UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>         v.<br><br>FREDY STANLEY CRUZ RAMOS,<br>   aka "Fredy Stanley Cruz,"<br><br>              Defendant. | CR No. 19CR00189-JAK<br><br>I N D I C T M E N T<br><br>[8 U.S.C. §§ 1326(a), (b)(1):<br>Illegal Alien Found in the<br>United States Following<br>Deportation] |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(1)]

On or about September 4, 2018, defendant FREDY STANLEY CRUZ RAMOS, also known as "Fredy Stanley Cruz" ("defendant"), an alien, who had been officially deported and removed from the United States on or about October 1, 2008, was found in Los Angeles County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States following deportation and removal.

Defendant's previously alleged deportation and removal from the United States occurred subsequent to defendant's conviction for a felony, namely, Possession of a Deadly Weapon, in violation of California Penal Code Section 12020(a)(1), on or about July 18, 2008, in the Superior Court of the State of California, County of Los Angeles, Case Number BA339455-03, for which defendant was sentenced to 180 days' jail.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

CHRISTINA T. SHAY
Assistant United States Attorney
Deputy Chief, General Crimes Section

KYLE J. RYAN
Special Assistant United States Attorney
General Crimes Section