UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR19-00189 JAK | Date | March 4, 2021 |
|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Interpreter | SPANISH – Jesus Rivera |

| T. Jackson | Lisa Gonzalez | David Friedman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Fredy Stanley Cruz Ramos | X | | X | David Menninger, DFPD | X | | X |

| Proceedings: | DEFENDANT'S MOTION TO DISMISS INDICTMENT UNDER 8 U.S.C. § 1326(D) (DKT. 39) |
|---|---|

Upon agreement of Defendant and counsel, the hearing is held by videoconference. Defendant, counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The motion hearing is held. The Court states its tentative views that it is inclined to deny Defendant's Motion to Dismiss Indictment (the "Motion"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

: 35

Initials of Deputy Clerk   TJ

cc: United States Probation and Pretrial Services Office