UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CR19-00189 JAK | Date | October 7, 2021 |

| | |
|---|---|
| Present: The Honorable | John A. Kronstadt, United States District Judge |
| Interpreter | SPANISH – Javier Villalobos (video) |

| T. Jackson | Lisa Gonzalez | David Friedman (video) |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Fredy Stanley Cruz Ramos (video) | X | X | | David Menninger, DFPD (video) | X | | X |

| | |
|---|---|
| Proceedings: | **MOTION TO DISMISS INDICTMENT UNDER EQUAL PROTECTION CLAUSE (DKT. 75)** |

Upon agreement of Defendant and counsel, the hearing is held by Zoom webinar. Defendant, counsel, the Court and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The motion hearing is held. Counsel address the Court. The Court orders Defendant's counsel to file transcripts of the testimony of the professors noted on the record within the next few days. Upon the submission of the transcripts, the Court will take the Motion **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

| | : | 28 |
|---|---|---|
| Initials of Deputy Clerk | TJ | |

cc: United States Probation & Pretrial Services