CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
DAVID MENNINGER (Bar No. 281460)
David_Menninger@fd.org
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
FREDY STANLEY CRUZ-RAMOS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FREDY STANLEY CRUZ-RAMOS,<br><br>　　　　Defendant. | Case No. CR 19-189-JAK<br><br>**EXHIBITS T & U IN SUPPORT OF MOTION TO DISMISS INDICTMENT UNDER EQUAL PROTECTION CLAUSE** |

   Defendant Fredy Stanley Cruz-Ramos, by and through his attorney, David Menninger, hereby submits the attached transcripts in *United States v. Carrillo-Lopez*, District of Nevada Case No. 20-CR-26, and *United States v. Machic-Xiap*, District of Oregon Case No. 19-407, as Exhibits T and U in support of his motion to dismiss the indictment under the Equal Protection Clause.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　CUAUHTEMOC ORTEGA
　　　　　　　　　　　　　　　Federal Public Defender

DATED: October 21, 2021　　　By */s/ David Menninger*
　　　　　　　　　　　　　　　DAVID MENNINGER
　　　　　　　　　　　　　　　Deputy Federal Public Defender
　　　　　　　　　　　　　　　Attorney for Mr. CRUZ-RAMOS