# EXHIBIT U

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF OREGON

 3

 4  UNITED STATES OF AMERICA,          )
                                       )
 5          Plaintiff,                 )     3:19-cr-00407-SI
                                       )
 6  vs.                                )     January 28, 2021
                                       )
 7  AUGUSTIN MACHIC-XIAP,              )        Portland, Oregon
                                       )
 8          Defendant.                 )

 9

10

11                        (Motion Hearing)

12                   TRANSCRIPT OF PROCEEDINGS

13            BEFORE THE HONORABLE MICHAEL H. SIMON

14              UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                         APPEARANCES

 2   FOR THE GOVERNMENT:      Sarah Barr
                              U.S. Attorney's Office
 3                            1000 SW Third Avenue, Suite 600
                              Portland, Oregon 97204
 4

 5

 6   FOR THE DEFENDANT:       Alison Clark
                              Elizabeth Daily
 7                            Federal Public Defender's Office
                              101 SW Main Street, Suite 1700
 8                            Portland, Oregon  97204

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   COURT REPORTER:         Dennis W. Apodaca, RDR, FCRR, CRR
                              United States District Courthouse
24                            1000 SW Third Avenue, Room 301
                              Portland, OR  97204
25                            (503) 326-8182
```

```
1                              INDEX
2  Motion hearing                                          4
3  Witnesses:  (For the Defense)    Direct   Cross  ReDirect
4  Kelly Lytle Hernandez                  59       99
5  Benjamin Gonzalez O'Brien              139
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                    (January 28, 2021)

 2                 P R O C E E D I N G S

 3          (The following motion hearing was held via video

 4   conference and telephonically:)

 5          THE COURT:  All right.  We are here in the case of

 6   United States versus Mr. Machic-Xiap, and we are here on the

 7   defendant's motion to dismiss, which is Docket 28.  May I

 8   please ask the attorney for the Government to enter an

 9   appearance.

10          Ms. Barr.

11          MS. BARR:  Yes.  Good morning, Your Honor.

12   AUSA Sarah Barr appearing on behalf of the United States.

13          THE COURT:  Good morning.

14          May I ask counsel for the defense to enter an

15   appearance.

16          MS. CLARK:  Thank you, Your Honor.  This is

17   Alison Clark on behalf of Augustin Machic-Xiap.

18          MS. DAILY:  Your Honor, Liz Daily, also here for

19   Mr. Machic-Xiap.

20          THE COURT:  Good morning to both of you.

21          MS. DAILY:  Good morning.

22          THE COURT:  I understand that we are assisted by a

23   court-certified interpreter.

24          Ms. McBride, will you please enter your appearance.

25          THE INTERPRETER:  Yes, Your Honor.  Jessica McBride,
```

```
 1    a federal court-certified Spanish interpreter.
 2            THE COURT:  Can I see Mr. Machic-Xiap?  Is he on the
 3    screen or just available by audio?
 4            MS. CLARK:  Your Honor, this is Alison Clark.
 5    Mr. Machic-Xiap is on audio, and we have confirmed that there
 6    is a way that he can audibly hear, if needed, the Spanish
 7    interpreter, but I've confirmed he is on the line with us,
 8    Your Honor.
 9            THE COURT:  Very good.
10            Good morning, Mr. Machic-Xiap.  Can you hear me
11    through the interpreter?  This is Judge Simon.
12            THE DEFENDANT:  Good morning.
13            THE COURT:  Good morning.  As you can, tell we are
14    not in court.  We would normally be doing a proceeding like
15    this, Mr. Machic-Xiap -- we would normally be doing a
16    proceeding like this in an open courtroom with all of us
17    present in person.  But because of COVID-19, that's not
18    advisable at this time.  But I will proceed, if you voluntarily
19    waive your right to be in court and to have an in-court
20    hearing, and instead participate by this telephone connection.
21            Do you waive your right to an in-person hearing and
22    agree to participate in this hearing by telephone?
23            THE DEFENDANT:  Yes.
24            THE COURT:  Mr. Machic-Xiap?
25            THE DEFENDANT:  Yes.
```

1             THE COURT:  Thank you.

2             All right.  Let me ask the lawyers the following

3    question:  I am prepared to make findings that it is in the

4    interest of justice that we not delay this evidentiary hearing

5    and oral argument on the motion to dismiss; that the defendant,

6    Mr. Machic-Xiap, has knowingly and voluntarily waived his right

7    to an in-person in-court hearing and has agreed to participate

8    by telephone conference and that that manner of connection with

9    him is the most technologically feasible at this time.

10            Are there any objections from the Government,

11   Ms. Barr, to me making those findings?

12            MS. BARR:  No objection, Your Honor.

13            THE COURT:  Thank you.

14            Ms. Clark, any objection from the defendant to me

15   making those findings?

16            MS. CLARK:  No, Your Honor.  Thank you.

17            THE COURT:  Thank you.  I hereby make those findings.

18            All right.  As I said, we are here on defendant's

19   motion to dismiss, both for evidentiary hearing and oral

20   argument.  I have read the many materials that the parties have

21   provided, and I thank them for their very helpful arguments.  I

22   have received a hard copy of -- it looks like a PowerPoint

23   presentation from the defense.  This also appears to be on the

24   screen.

25            So unless there is any other preliminary matters, my

```
 1   plan would be to turn this over to defense for opening

 2   argument.

 3              Are there any preliminary matters, though, that I

 4   should address?

 5              Ms. Clark.

 6              MS. CLARK:  Thank you, Your Honor.  I just wanted to

 7   give the Court a roadmap of sorts about how we plan to go

 8   forward this morning, with the Court's permission.  So I am

 9   planning to address the Court about the Arlington Heights

10   standard and the 1929 Act in my PowerPoint presentation.  Then

11   I'm going -- Ms. Daily has prepared a second half of the

12   PowerPoint presentation for Your Honor, taking cues from our

13   last status conference on delving deeply into the legislative

14   history.  So she is prepared to present to Your Honor on that

15   subject.

16              Then we have two witnesses.  As we indicated in our

17   brief, we have Kelly Lytle Hernandez -- Dr. Kelly

18   Lytle Hernandez to present as a witness.  She is present, and I

19   believe Your Honor can see her on the screen.  She is ready.

20   I'll be handling the direct of Professor Lytle Hernandez.  Then

21   Ms. Daily is going to handle the direct of Benjamin

22   Gonzalez O'Brien.

23              So that's how we plan to proceed through the

24   material, Your Honor.  We wanted you to know that before we

25   began.
```

1          THE COURT:  Thank you, Ms. Clark.

2          Let me ask, Ms. Barr, No. 1, do you have any

3    preliminary matters for the Court?  And No. 2, would you like

4    to make some type of opening comments after Ms. Clark and

5    Ms. Daily make their comments but before we hear from any of

6    the witnesses?

7          MS. BARR:  Thank you, Your Honor.  I will answer the

8    second question first.  I was not prepared for this to move

9    forward in the manner of a trial with opening arguments,

10   evidence, and then closing arguments.  I think I will be able

11   to make my arguments at the oral argument portion of this

12   hearing.  So I do not request the opportunity to make those

13   opening statements, or at least I waive that opportunity now.

14   I will defer my comments until later in the hearing.

15         I do have two preliminary matters that I would like

16   to address.  One is the exclusion of witnesses.  I would ask

17   that witnesses be excluded during the testimony, or at least

18   witnesses who have not yet testified be excluded during the

19   testimony of the initial witness.  Then I also have an

20   objection to the exhibit that was filed yesterday.

21         THE COURT:  All right.  Let's deal with the first

22   preliminary issue first.

23         Ms. Clark or Ms. Daily, any response to the

24   Government's request for witness exclusion?

25         MS. DAILY:  Yes, Your Honor.  We think it is a matter

1    of efficiency and convenience to the Court as well as to us, as

2    the parties presenting the argument in this case, to not

3    exclude the witnesses.  It is an issue, of course, under

4    Rule 615.  The Ninth Circuit has recognized that experts need

5    not automatically be exempted or that they, rather, can be

6    exempted from the rule of exclusion.  The question is whether

7    there's going to be more credibility from these witnesses if

8    one of them is excluded so that they can't duplicate testimony,

9    but since these are not fact witnesses but are instead going

10   backwards in time, there is not the same credibility issues

11   that you currently see.  We do think it would be efficient and

12   better for our presentation of the case for the second witness

13   to be present to be able to advise us, to avoid duplication,

14   and to avoid undue wasting of the Court's time.  So we will ask

15   that they not be excluded or that Professor Gonzalez O'Brien

16   not be excluded.

17          THE COURT:  Ms. Daily, are both of your witnesses

18   probably referred to as Dr. Hernandez and Dr. O'Brien; is that

19   right?

20          MS. DAILY:  I believe they prefer "professor."  It is

21   Professor Lytle Hernandez and Professor Gonzalez O'Brien.

22          THE COURT:  Professor Gonzalez O'Brien and

23   Professor -- what did you say before "Hernandez"?

24          MS. DAILY:  Professor Lytle Hernandez.  It is

25   L-Y-T-L-E for Mr. Apodaca.

1          THE COURT:  All right.  Let me tell Ms. Barr and then

2     ask a question.

3          Ms. Barr, it has been my practice that I do not

4     exclude expert witnesses.  Is there something particularly

5     unique to this case or their testimony that should depart from

6     that standard practice?

7          MS. BARR:  Your Honor, we haven't been given the

8     specifics of the scope of their testimony yet, but I sort of

9     deduced from the overall contents of the motion and the overall

10    context of the arguments that they are in the same professional

11    community, their research generally employs the same potential

12    ideas, and they will be testifying to the same and similar

13    matters.  I think efficiency in this case does not trump

14    fairness in ensuring that the information provided by one does

15    not bleed into the testimony of the other.

16         THE COURT:  Well, I generally agree that efficiency

17    does not trump fairness, but I have not heard anything that

18    gives me reason to depart from my standard practice of not

19    excluding expert witnesses.

20         So the Government's first request for exclusion is

21    denied.

22         On the second point, do you want to take up your

23    evidentiary argument now or later?

24         MS. BARR:  Whatever your preference is, Your Honor.

25    It is a very brief one.  I think in this preliminary state, I

1    think it makes sense for me to briefly relay to you my

2    concerns, unless you would prefer not.

3              THE COURT:  That's fine.  Go ahead.

4              MS. BARR:  Thank you.

5              So, Your Honor, last night defendant filed an

6    exhibit.  I believe it is ECF 42.  It is an exhibit that I

7    understand is not going to be used in today's presentation.  It

8    is an exhibit containing information that is not relevant to

9    the motion.  It is not relevant to the claim that the 1326

10   statute is constitutionally invalid on the basis of equal

11   protection grounds.  It is not relevant to equal protection.

12   It is not relevant to any legal issue that we will be

13   addressing today.  It is relevant to any potential collateral

14   attack -- my apologies.  I will start to slow down.  I realized

15   how quickly I am speaking, Mr. Apodaca.

16             It is relevant to a potential collateral attack that

17   defendants might have made regarding his underlying order of

18   removal.  He has chosen not to pursue a collateral attack on

19   his underlying order of removal.  He has chosen to raise an

20   equal protection claim.

21             So information about his immigration arrest and about

22   his immigration hearing are not relevant in any way -- or any

23   meaningful way -- to the issue of whether the 1326 statute is

24   defective on the equal protection prong.

25             THE COURT:  Your response, Ms. Clark.

1              MS. CLARK:  Thank you, Your Honor.

2              Well, Your Honor, as we were preparing for this

3     hearing, it occurred to us that Your Honor might -- may be

4     writing an opinion and may interested in some essential dates

5     in the case about a few of the underlying facts of the case and

6     the nature of Mr. Machic-Xiap's prior removal, as he comes and

7     is virtually in your courtroom today.  That was our

8     intention -- to provide the Court with more information about

9     this client and the facts behind the indictment.  That's why we

10    submitted it, and that's why we believe it is relevant.

11             THE COURT:  So you're offering it really only for

12    background purposes, not in any way in support of the motion

13    regarding the constitutionality of the statute, correct?

14             MS. CLARK:  Yes, Your Honor.  It was to serve the

15    Court in providing additional information and context.

16             Thank you.

17             THE COURT:  I am going to conditionally overrule the

18    objection to the exhibit, Docket 42, but, of course, at any

19    time, Ms. Barr, if you hear that that exhibit is being used in

20    a way that you think is inappropriate, you have leave to call

21    my attention to that to make further argument and ask me to

22    reconsider.

23             But for right now, I'm just going to receive it for

24    background purposes.

25             All right.  I think that takes care of the

1    preliminary matters.

2              Ms. Clark, the floor is yours.

3              MS. CLARK:  Thank you, Your Honor.

4              As I begin, can I confirm with Your Honor that you

5    can see the evidentiary hearing title screen?

6              THE COURT:  I can.  Pretty much my full screen is the

7    first page of your PowerPoint.  Then I have you as maybe about

8    three-by-two in video and then incredibly thumbnail sketches of

9    everybody else by video that I can barely see.

10             MS. CLARK:  Thank you, Your Honor, very much.

11             I want to thank Liz Daily for joining me in this

12   project and for the Court's time and attention today, as we

13   have sort of the unusual circumstances of presenting an

14   evidentiary hearing from our offices and from our homes.

15             I wanted to begin today with our -- we have this

16   motion before the Court to dismiss the indictment, because the

17   statute, 1326, violates equal protection that is guaranteed

18   under law under the United States Constitution.  The premise is

19   that the illegal reentry statute, when it was initially

20   enacted, was done so with discriminatory purpose and has a

21   disparate impact.

22             So we are going to the Arlington Heights standard

23   that we actually put into the title of our motion.  That's our

24   guide today about how we frame this equal protection claim.

25             Equal protection claims challenging laws can be done

1    in three ways:  Laws can be discriminatory on their face

2    outright.  Laws can be discriminatory if they are applied in a

3    discriminatory way -- facially neutral but based on the

4    executive actor, the authority.  But our situation today is

5    that this is a facially neutral law that was enacted -- with

6    motivation with racial discrimination and still has a disparate

7    impact and also had a disparate impact at the time of

8    enactment.

9            Your Honor, courts have been here before.  This is

10   not the first court to hear a challenge of a law that was

11   enacted in the context of racial animus.  We are asking this

12   court to look back from -- we are now in 2021 -- to look back

13   to 1929 and around that time and going forward in the racial

14   animus of the passage of the law and the impact.

15           But this has happened before.  The United States

16   Supreme Court got a similar ask in 1985 about a law that had

17   been enacted 85 years before, in 1900.  Using Arlington Heights

18   and using expert historians and legislative history, the

19   United States Supreme Court unanimously found an equal

20   protection violation in that case due to racial animus.  That

21   case was Hunter.  That was authored by Justice Rehnquist.

22           And if we could offer the Court a template, or how

23   we'd ask the Court how to approach Mr. Machic-Xiap's claim, it

24   would be Hunter v. Underwood.  The entire court that considered

25   the matter -- eight justices, because Justice Powell was not a

```
1    part of the deliberation -- found that when they looked back in
2    1985 -- it was an Alabama constitutional provision.  It
3    deliberately disenfranchised black voters, in the view of the
4    Court, because even though it was facially neutral, and it said
5    you couldn't vote if you had a prior conviction for a crime of
6    moral turpitude -- be it a felony, be it a misdemeanor, if you
7    had a crime of moral turpitude, you were stricken from the
8    voter rolls.
9              In this case, Mr. Underwood had a misdemeanor
10   conviction for having allegedly passed a bad check.  So he's
11   sued.  It wasn't until over 80 years later, with the help of
12   historians and the NAACP, that the case was brought to the
13   United States Supreme Court, which found that when they're
14   presented with a neutral state law that produces
15   disproportionate effects along racial lines, the Court of
16   Appeals was correct in applying the approach of
17   Arlington Heights to determine whether the law violates equal
18   protection under the Fourteenth Amendment.
19             I wanted to point out a few things about Hunter v.
20   Underwood.  In that case the citizens of Alabama, by popular
21   vote, for what it was worth, had ratified the enactment of this
22   moral turpitude clause.  So it wasn't just the legislature; it
23   was also an enactment by popular vote.  But the Supreme Court
24   and the courts below it, the District Court, sitting much as
25   Your Honor is today, heard from historians and looked at the
```

1    legislative history.

2          When we look that far back into history, we don't

3    have eyewitnesses to call.  But Hunter v. Underwood is a map

4    about how it is never too late to look back to an uncomfortable

5    past; that we can do that in federal court when it comes to an

6    equal protection violation.

7          Just this year -- or in 2020 -- that happened again

8    related to Oregon in the United States Supreme Court in

9    Louisiana v. Ramos.  The Court signaled, again, that history

10   matters, and we can look back into racialized origins of

11   certain laws in order to protect people's constitutional

12   rights.

13         The evidence of legislative intent available to the

14   Courts below consisted of proceedings at the convention, the

15   legislative history emphasized in Hunter v. Underwood, several

16   historical studies, and the testimony of two expert historians,

17   and that's just what we have for Your Honor today.  And when

18   they reviewed the evidence, they were persuaded that the Court

19   of Appeals had been correct.

20         So going to our standard of what we have to prove,

21   the Ninth Circuit took up the standard of Arlington Heights in

22   Arce v. Douglas.  The plaintiff doesn't have to prove the

23   discriminatory purpose was the exclusive reason the legislature

24   acted or the sole purpose of a challenged action but only that

25   it was a motivating factor.

1          So just as the Supreme Court has done in other

2     Arlington Heights cases, looking at that motivating factor and

3     whether it was a motivating factor is from the historical

4     record but also the context at the time.  Is it plausible?  Is

5     it established by a preponderance of the evidence that racial

6     animus would have entered into legislation being passed in

7     1929?  Before 1929?  After 1929?

8          I want to set out for the Court that this was -- when

9     all of this was happening in the beginning of the 20th century,

10    this was the time of Plessy v. Ferguson.  This was the time of

11    a fervor of -- coming back from Reconstruction and the

12    Emancipation Proclamation and the Civil War.  This was the

13    1900s, 1910s, 1920s.  There was a lot of institutional

14    investment in white supremacy, explicitly so.  This was the

15    time of KKK, of Jim Crow, of race lynching, of race massacres,

16    of a tremendous amount of miscegenation laws, tremendous

17    anti-Semitism, and moral panic about black slavery.

18          THE COURT:  *The Birth of a Nation* being screened in

19    the White House.

20          MS. CLARK:  Yes, Your Honor.  And this segregated

21    everything is what was happening at this period in American

22    history.  It is most certainly extended to Latinos.  It was not

23    only -- it was non-whites in a very broad sense, as our

24    historians are going to explain to you later today.  It was

25    especially in the South, but in the Southwest, throughout the

1  country in the North, and all the different kind of dextrous

2  ways white supremacy was written in into our laws in overt and

3  also neutral ways.  And it certainly extended to immigration

4  and border policies, as we've set forth in detail in our brief

5  and also as the historians will testify to.

6         Criminal enforcement of white supremacy was most

7  certainly part of that scheme and that context of the way that

8  legislation of the day was trying to enforce those values and

9  beliefs around a very racialized concept of how to preserve the

10  country or to preserve safety and exclude ideas of racial

11  inferiority.

12         And it was also the time of eugenics.  Eugenics was a

13  scientific spin on the ideas of racial inferiority, drawing

14  upon the Darwin concepts of natural selection and the idea that

15  through science we could elevate the quality of indigenous

16  population by excluding undesirable people; to improve the

17  genetic quality of the human population by excluding groups

18  judged to be inferior and promoting those judged to be

19  superior.

20         And this was not a fringe idea.  It wasn't outside

21  the mainstream in any way.  People did not think they were

22  backward.  As our brief shows, and the experts will also

23  testify, there was a great concern among politicians and

24  policymakers that the American Experiment, as it was, was going

25  to be undermined by overwhelming numbers of undesirables from

1    Southern Europe, Eastern Europe; that they were dumping their

2    bad stock and flooding -- undesirable immigrants were going to

3    be flooding into the United States and ruining our country;

4    that these were people that were not able to be good citizens.

5            THE COURT:  And to some extent, even the eugenics

6    movement was accepted by Oliver Wendell Holmes, Jr., in

7    Buck v. Bell in that horrible statement that he made that

8    prompted others to say, "Homer nodded."  I understand.

9            MS. CLARK:  Yes, Your Honor.  I agree with that.  The

10   term "undesirable immigrants" was very commonly used in the

11   rhetoric of the time and the conversation about how we could

12   keep pure racial types protected from changes in the world;

13   migration shifts that were happening in the world.  That

14   "undesirable" term, it shows up again in the history, as we

15   sort of move forward towards 1959.

16           This is a rather ugly political cartoon from the day.

17   It was in *Judge* magazine that was a very popular magazine in

18   the early 20th century.  They're images and ideas of disease;

19   that people were going to be emptied from the slums of Europe,

20   bringing crime and anarchists into our ports of entry and that

21   the apathy --

22           THE COURT:  Do you know the dates of either this

23   cartoon or the previous one, the years they were published?

24           MS. CLARK:  Your Honor, the artist on this one -- his

25   name is Victor Gillam.  He and his brother both -- I think this

1    is Victor.  They both did cartoons during 1900-1910.  This

2    cartoon -- this is not referring to Latinos.  It says on there,

3    "Direct from the slums of Europe."  I believe that's when this

4    cartoon is from.

5              The previous slide, I can -- I have that in notes.  I

6    can pull it for Your Honor and send the date after the hearing,

7    if that would be all right.

8              THE COURT:  Thank you.  Yes.

9              MS. CLARK:  Thank you.

10             So this led up to legislative action; the human cry;

11   that something needed to be done about the immigration issue;

12   and that our country was being overrun.  It was a very

13   racialized concern, as our experts will testify to.

14             It's very well set out in the National Origins Act of

15   1924 about what they were trying to do.  They reduced

16   immigration with that Act by 80 percent.  All immigration from

17   Asia was barred.  Chinese were specially singled out for

18   exclusion in the legislation even preceding this in a number of

19   famous cases that Your Honor knows very well.

20             There were national quotas set for -- based on who

21   had already arrived in the United States, and there was a heavy

22   favoritism placed on immigrants from Northern and Western

23   Europe and made it harder for people to come in from Eastern

24   and Southern Europe.  The historical record is very full of

25   explanations about how these were in part driven by eugenical

1    and racist ideas that were really ubiquitous at the time.

2            But there was a problem.  There was a labor demand in

3    the United States, particularly in the Southwest with cotton,

4    produce, sugar beets, and there was a reliance that had

5    developed on labor coming from our southern border; that there

6    would be people who would be needed to fuel this increasing

7    industrialism in the United States, and that was a Latino labor

8    force -- predominantly at that time a Mexican labor force --

9    that would be able to do these jobs in California, and

10   agribusiness needed cheap labor.

11           And so they lobbied so that those quotas that had

12   been applied to the Eastern Hemisphere, with Asia and Europe,

13   would not be applied to the Western Hemisphere.  Bill after

14   bill was presented to Congress, showing this tension between

15   agribusiness and the eugenical concerns about having nonwhites

16   being able to come up so permissively across the southern

17   border, what that would do.  There was a dilemma; that they

18   were looking for a legislative swooshing for it.

19           I wanted to point out in 1930 -- we do the census

20   every ten years by the Constitution.  How that census is

21   developed and what the questions will be is kind of an

22   indicator of what the attitudes are and what's going on in the

23   country at the time.

24           In the 1930 census, they certainly considered Mexican

25   to be a racial group or a racial type, not simply a national

1    origin.  This slide shows column 12 from the 1930 census.  The

2    category of Mexicans was broader in scope.  I think our

3    historians will be able to support that countries and people

4    from south of the Mexican border were swept up in that common

5    concept of who was in that racial group or other nonwhite

6    racial groups.

7            So how did the crime of illegal reentry make it into

8    the law books?  Illegal reentry was enacted for the first time

9    in 1929.  The reason that we know it was racially motivated, as

10   our historians will tell us, is because we know who was in

11   power in setting public policy at the time, and they wrote down

12   their avowed racially driven purposes in enacting these laws

13   and introducing bills leading up to when the 1929 act was

14   passed.

15           Representative Albert Johnson was a very powerful

16   politician and was the chairman of the House Immigration and

17   Naturalization Committee.  He was a huge proponent of eugenics

18   controls in terms of public policy.  He had been the coauthor

19   of the 1924 Act.  Like many powerful men of his day, he was

20   affiliated with the KKK and an ardent opponent of immigration

21   and had been pushing through his chairmanship in the

22   Immigration and Naturalization Committee to set quotas

23   specifically on Mexicans and other groups.

24           His sort of partner in this was a representative

25   named John Box, and he was on Johnson's committee.  He showed a

1    great interest in eugenics, and his testimony is in our
2    exhibits that we attached for the Court.  He said, "The purpose
3    of the immigration laws is protection of American racial stock
4    and from the further degradations or change through
5    mongrelization."  They referred to "Mediterranean blood;
6    Spanish peasants."  These were "low-grade Indians."  That was
7    referring to the fact that they were indigenous, who did not
8    fight to extinction.  "Negro slave blood."
9            Those qualities was the purpose of -- the immigration
10   law, in part, was motivated in part by targeting Latino
11   workers.  And indeed there was a bill at the time he forwarded
12   to try to put these quotas, like they had done for the Eastern
13   Hemisphere on Latino workers that was called the Box Bill,
14   named after Mr. Box.
15           Your Honor --
16           THE COURT:  Pardon me?
17           MS. CLARK:  Sorry.  I thought you were saying
18   something.
19           So Johnson and Box brought along with them a science
20   to help their committee, and it was offering great detail by
21   this man, Dr. Harry Laughlin.  We attached this to our
22   materials.  It's in our exhibits -- *The Eugenical Aspects Of*
23   *Deportation* -- how deportation was a tool that the Government
24   could use to make a final selection of who they wanted to stay
25   to be in the United States to be part of that racial stock.

1          Dr. Harry Laughlin was not a crank charlatan that was

2    brought in by -- I mean, for his time -- in the context of his

3    time -- that was brought in to enter testimony in this

4    congressional record.  He was an official eugenics expert who

5    served the House of Representatives in that capacity for a

6    decade and was even the director of the Eugenics Record Office.

7          Looking into that, eugenical thoughts and ideas were

8    very much en vogue of this sort of idea of the future will be

9    shaped by science and social engineering.

10          The Carnegie Institute funded the Eugenics Record

11   Office.  It was in Cold Spring Harbor, which, to this day,

12   carries on being an intellectual and scientific leadership

13   point in the United States.  He wrote policies for governments

14   about weeding out undesirables through immigration.  He was

15   interested in counting -- counting different races, counting

16   undesirables.  He even received an award from the University of

17   Heidelberg in the early '30s -- I believe it was 1933 -- for

18   his work on the science of racial cleansing.  He was

19   internationally known as a promoter of racialized immigration

20   policy.

21          These are some little snippets from the exhibit we

22   filed about undesirable elements; alien contamination of

23   American blood; degenerate classes; that they needed to deport

24   defectives; watch out for miscegenation or race-crossing.  A

25   lot of testimony about horses -- about how breeding of people

1    is like breeding of thoroughbred horses and just a lot of

2    terrible, disgusting eugenical ideas like that that were in the

3    congressional record, invited to be presented by Johnson, by

4    Box, specifically as to controlling the border.

5            They said the best thing -- "Prevention of necessity

6    for deportation is the best remedy.  However, to do the best a

7    nation can, there will always be the need for deportation, or

8    the 'final selection,' so as long as we are an

9    immigrant-receiving nation."

10           So Dr. Laughlin's biggest fan was in the executive

11   branch.  He was the Secretary of Labor at the time.  This is

12   Secretary of Labor James Davis.  At the time immigration was

13   under the Labor Department, so he is a very powerful person in

14   that regard in the executive branch, and he was a strong

15   supporter of Laughlin and eugenics.  He wrote policies pieces

16   on the interplay between eugenics and immigration and warned

17   that "rat men" were going to jeopardize the American gene pool.

18           But he also, as Secretary of Labor, had the interests

19   of agribusiness in mind and was looking for a way to indulge

20   or -- to follow his eugenical beliefs that he and legislatures

21   believed while still allowing -- I mean, sort of the economy to

22   move forward probably in his view.

23           So that was where Senator Coleman Blease came in.

24   Senator Blease was from South Carolina.  He was a suspected KKK

25   member.  He openly supported lynchings, and he understood the

```
 1   plantation system of the American South very well.  He
 2   understood how criminal laws could be used to control farm
 3   labor very well and he even proposed -- in his racism and
 4   beliefs, he promoted amending our United States Constitution to
 5   criminalize miscegenation.  He protested the First Lady of the
 6   United States inviting black women to tea at the White House.
 7   He put a racist slur into the congressional record.  And so he
 8   is kind of the father.
 9              THE COURT:  Which First Lady was that?
10              MS. CLARK:  I believe it would have been Eleanor
11   Roosevelt, as I recall.  I know that Professor Lytle Hernandez
12   would be able to answer Your Honor's question and is very
13   familiar with this.
14              So he understood how criminal codes could be used to
15   subjugate white farm labor.  His name -- on the Government's
16   exhibit and on mine -- the name of Coleman Blease appears on
17   the first illegal reentry statute and bill, because he's the
18   father of 1326.  It was his bill.
19              So it is pretty depressing, you know, that this was
20   happening and that there were these powerful forces
21   criminalizing reentry and what their motivations were.  I
22   noticed this last night actually when I was preparing for our
23   remarks, that there was dissent, and I think that's indicative
24   of the fact that it was racist and it was -- to some,
25   ultimately, they spoke up; that this was morally wrong.  I
```

1    think that's a factor and an indicator that Your Honor can look

2    to say, yes, they knew this was racially motivated at the time,

3    because people spoke up against it.

4           The ACLU spoke out against the illegal reentry

5    statute being passed.  Elsewhere in the exhibit, in Exhibit G

6    in particular, I was reading through the different members of

7    the Immigration and Naturalization Committee sort of debating

8    how they were going to implement policy and try to control the

9    southern border.

10          There is one representative, Representative Samuel

11   Dickstein of New York, and he was an immigrant himself.  He was

12   born in Russia and had come to the United States, escaping as a

13   pilgrim as a child.  He said in the record -- he proposed

14   basically a statute of limitations.  Why not legalize people

15   who came here before 1921, for instance, if they are of good

16   moral character?  If a person who had come here illegally, who

17   otherwise is fit and admissible, he should be permitted to

18   stay.

19          THE COURT:  He may have been 100 years before his

20   time.

21          MS. CLARK:  Your Honor, he might have been.  He was

22   on that committee.  I think -- he was an immigrant, and

23   representation does matter in the way legislation evolved and

24   what voices are heard.  But the voices of "don't do this" or

25   "there could be another way," there are alternatives to what

1    Johnson, Box, and Blease instituted here, those warnings about
2    racial animus and bad ideas went unheeded.
3          So this was a compromise with agribusiness.  And as
4    the experts will testify, agribusiness was -- they had fiercely
5    lobbied against putting a quota or closing the border to limit
6    their labor supply, but they didn't mind criminalizing reentry
7    because of the timing with which a reentry prosecution could be
8    done, so long as the law wasn't enforced until after the
9    harvest was over.  This was a period of time in American
10   history when someone like the Secretary of Labor might have
11   been able to have a controlling hand on how much enforcement
12   was going on.
13         So that's how we wound up with the Undesirable Aliens
14   Act of 1929.  When Ms. Daily takes over, and also through our
15   experts, she will be able to parse it down more for Your Honor
16   about specifically how similar -- how very similar the 1929 Act
17   is that created both misdemeanor and a felony in 1929 through
18   the Undesirable Aliens Act.  We can establish that this had a
19   disparate impact.
20         By the end of the 1930s, our experts will testify,
21   there was a wave of prosecutions.  New prisons had to be built.
22   Ever since the Act was instituted, there is always disparately
23   impacted Latinos.  It is nonwhites from the southern border.
24   Latinos have always borne this statute -- had a greater burden
25   than any other racial burden.  And it wasn't a mistake at all.

1   It was because the law was partially motivated -- substantially

2   motivated by racial animus.

3           So based on our briefs and today's experts, we

4   believe that Your Honor can find in answering these questions

5   that this law was created with a discriminatory purpose as one

6   of its motivating factors.  And it's a preponderance standard.

7   If we can establish a motivating discriminating purpose, and I

8   think we have and we will today, then the burden shifts to the

9   United States to prove that even if there hadn't been an

10  impermissible purpose of racial discrimination considered, that

11  this would have been passed away.  And I don't think they can

12  meet that burden because -- it wouldn't have been the same.

13  How can we know that it would have come down exactly the way it

14  did?

15          But we know what their purpose was in creating this

16  disparate impact, because, again, they told us so.  This is Box

17  speaking again.  "The prevention of such mongrelization and

18  degradation it causes is one of the purposes of our laws."

19  They are saying, like, if somebody tells you who they are,

20  believe them.  This is one of those situations, looking back

21  into the historical record.

22          So we are asking the Court to take the template of

23  Hunter v. Underwood, apply it to 1326, using the historical

24  information and all the things that they brought to bear in the

25  Underwood case and find that Mr. Machic-Xiap shouldn't be

```
 1   prosecuted under 8 U.S.C. 1326, because that statute violates
 2   equal protection.
 3           At this point I'll hand off to my colleague,
 4   Ms. Daily, to continue remarks for the Court.
 5           THE COURT:  Thank you, Ms. Clark.
 6           Good morning, Ms. Daily.
 7           Ms. Daily, if you are speaking, you're probably on
 8   mute.
 9           MS. DAILY:  I appreciate that.  Thank you.  A common
10   error on my part.  Thank you, Your Honor.  Good morning.
11           I will take the baton that Ms. Clark has handed over
12   to me, and my focus will be to discuss the movement over time
13   that we have that has led us from the original Undesirable
14   Aliens Act of 1929 to the precise version of Section 1326 that
15   we have today.
16           Specifically my goal is going to be provide the Court
17   with very concrete answers to the question that you asked at
18   the September status hearing, which was:  What does it mean to
19   examine an uncomfortable past if we find the law was reenacted
20   in later periods of time free from discriminatory purpose?
21           So we will address that in both factual terms and
22   legal terms.  In short, our position is that the original
23   intent of the 1929 law remains at issue under
24   Arlington Heights, because in this case subsequent enactments,
25   at most, have merely recodified the same events on the same
```

1    basic terms with substantially the same language.

2            So I will be discussing today the specific amendments

3    to 1326 over time, the application of the Arlington Heights

4    intent test as well as the import of the Ramos and Espinoza

5    decisions from last term in more detail.

6            At the end I'm going to be emphasizing that no matter

7    what period of time, no matter what year of Congress, the Court

8    considers congressional intent, it will be clear from the

9    evidence and the testimony of our witnesses that raced-based

10   discrimination remained a motivating factor in retaining the

11   crime of illegal reentry in its current form, even up to the

12   law's most recent amendments in 1996.

13           Looking at the history of the Undesirable Aliens Act

14   and up to the current 1326, we can see in this slide that the

15   crime of illegal reentry, the crime itself, has been in

16   existence continuously since its initial enactment.  It was

17   carried through in substantially the same form.  There was a

18   major overhaul in the Immigration and Nationality Act of 1952,

19   but it focused on changing the provisions for lawful entry into

20   the country and the requirements for that, but essentially left

21   in place the criminal invasion of illegal reentry.

22           From there, there have been a handful of times that

23   Congress in the 1980s and 1990s were turned to the particular

24   wording, the particular penalties of the Act, tinkered with

25   those in various ways, leaving us in the mid 1990s with the

1    statute that we have today.

2            I will go through each of those changes in more

3    detail, but I want to ask the initial question of:  Which

4    Congress's intent matters?  As I said, we believe it is the

5    intent of the original 1929 Congress.  That is the standard

6    that is called for by Arlington Heights, because in that case

7    they told us that the intent attaches to the official action or

8    the challenged action.  Unlike when you've had a repeal of a

9    provision and a period of time where it's reconsidered, the

10   criminalization of illegal reentry has remained continuously in

11   effect from the point of its initial enactment by the

12   70th Congress.  And it has been maintained ever since without

13   ever having a point in time when Congress went back and looked

14   at the statements of the legislators at the time, who said that

15   its precise purpose was racially based.

16           Now, I want to talk about the 1952 McCarran-Walter

17   Act, the Immigration and Nationality Act of 1952.

18           Ms. Clark, I think we are on a separate slide here.

19   Thank you.

20           On the face of the legislative record, we can see

21   that Congress expressly told us that they were merely

22   reenacting the same act from March 4th, 1929, under the

23   Undesirable Aliens Act.  They told us that their intent was to

24   merely carry forward that same crime with a penalty for

25   subsequent offenses.

1          This is the exact words.  And when we look at the
2    statute itself, even though it was given a different code
3    provision, Congress didn't decide to give it any different
4    material terms.  As our historians will discuss, there was
5    minimal debate about any of these provisions, because the focus
6    at the time was, of course, on setting the requirements for
7    lawful entry.  And there was certainly no expressed intent to
8    the purpose of the law of the past, which is how we come up
9    with virtually the same statute that still applies to any alien
10   who has been arrested and deported and who then enters or
11   attempts to enter the United States, making those actions a
12   felony.
13          Now, there is a line of Arlington Heights precedent
14   cited by the Government that addresses reenactments, and I want
15   to discuss that, because as I read it, it stands for the
16   proposition that when you have a law that's initially struck
17   down or recognized as discriminatory, and when that law is
18   later reenacted, oftentimes in a different form or with
19   ameliorative-type amendments, then when you're applying an
20   Arlington Heights standard, it's the intent of the reenactment
21   that controls.  And that's, for example, what happened in the
22   Raymond case cited in the Government's supplemental authority.
23          So in those cases, the earlier discrimination remains
24   relevant as historical background, but that is emphatically not
25   the lane that we are in, because we have the precedent of

1    Hunter v. Underwood.  In that case they said, even though the

2    list of offenses had been altered over the course of a

3    significant period of 85 years, the article itself had never

4    been repealed.

5            Now, of course, in this case we do have a technical

6    reenactment in 1952.  But we know from principles of statutory

7    construction that a repeal and a reenactment that continues the

8    same rule is not considered anything more than amendatory.  We

9    can't simply rely on the characterization of repeal and

10   reenact; we have to look at whether there are substantive

11   changes or whether there is a whole termination of the law.

12           That's the same principle that the Supreme Court

13   articulated more than a hundred years ago in the Bear Lake

14   case, where they said when similar provisions are continually

15   enforced, the new act is construed as a continuation of the

16   old.

17           THE COURT REPORTER:  Ms. Daily, please slow down.

18           MS. DAILY:  Yes.  Of course.  The salient --

19           THE COURT:  What do you mean by "they never looked

20   back"?

21           MS. DAILY:  We will have our historians address that

22   in more detail.  I will be going through each of the particular

23   years in which the law was considered.  But what I mean by

24   "they never looked back" is that they never considered anew

25   whether to criminalize illegal reentry.  But as they did in

1  1952, they said, "We will carry this forward."  In particular,

2  there is no acknowledgment of past discrimination.  There is no

3  discussion of whether to ameliorate past discrimination through

4  remedial amendments, and there is no examination of whether

5  this crime serves any purposes other than those racist

6  motivating factors.

7         THE COURT:  When you say that there is "no

8  acknowledgment of past discrimination," that prompts me to ask

9  you two questions:  Isn't it correct that one of the authors

10  for whom the 1952 Act was named, Senator Patrick McCarran, made

11  the statement that the statute "does not contain one iota of

12  racial or religious discrimination"?

13         He made that statement, right?

14         MS. DAILY:  Yes, Your Honor.

15         THE COURT:  And similarly in the Senate Judiciary

16  Committee's report on the legislation, the Senate Judiciary

17  Committee disavowed "any theory of Nordic superiority,"

18  correct?

19         MS. DAILY:  Yes, Your Honor.

20         THE COURT:  So aren't those two statements an

21  acknowledgment of past discrimination?  Otherwise, why would

22  those statements have been made?

23         MS. DAILY:  Your Honor, I'm distinguishing between

24  changes to the rules for lawful immigration entry and

25  exclusion, which is the focus of the 1952 legislation, versus

1  the criminalization of border entries.  There is a clear

2  distinction between those concepts that our historians are

3  going to address in more detail and in more factual detail.  I

4  think when you are looking at a particular provision, it's not

5  enough for legislators to go back and say, "Some other law was

6  racist, and we're going to take out the express racial aspect

7  of that law."

8          If the discrimination that goes into the law at issue

9  has not been addressed, then how can we know whether it has

10  been remedied?  That is how I would ask the Court to examine

11  it.

12          THE COURT:  If you want, I'll save this and wait and

13  hear what your witnesses have to say.

14          But isn't it correct that, leading up to the 1952

15  legislation, Congress had received a 900-page report that

16  identified the current problems at the time in U.S. immigration

17  policy and laid out recommendations for how best to address

18  them, and that's what led to the 1952 legislation?  Some things

19  were changed quite significantly.  Some things, like the

20  criminalization of reentry, were not changed.  But they did a

21  massive overhaul or rewrite of the nation's immigration laws.

22          Senator McCarran, as part of explaining it, said,

23  "This new law does not contain one iota of racial

24  discrimination."  The Judiciary Committee said in its report

25  that it no longer disavowed theories of Nordic superiority.

1           Doesn't that support the conclusion that they took a

2     look at the entire state of United States immigration laws,

3     decided what needed to be changed and what didn't.  They

4     changed an awful lot.  They disavowed racial or religious

5     discrimination or theories of Nordic superiority, but they kept

6     the criminalization of illegal reentry.

7           What's the best legal authority you have to respond

8     to the Government's argument that basically the creation of

9     1326, the 1952 statute, was done without racial animus, even

10    though they kept an earlier criminalization of the same

11    conduct, which let's assume hypothetically you've proven, was

12    motivated by racial animus?

13          MS. DAILY:  Your Honor, I welcome the Court's

14    questions at this point, because they will certainly inform the

15    experts' responses as they provide the historical record.

16          I have two factual and legal responses.  I want to

17    talk first about what we learned from Ramos and Espinoza, about

18    what it means to reckon with a law's discriminatory past,

19    because as we saw -- as I put on the slide about the 1952

20    Senate report that Your Honor -- the 900-page report that

21    Your Honor referenced -- that's where they said, "We're taking

22    the March 4th, 1924, Act, and we are reenacting.  That is the

23    crime that we're carrying forward."

24          So, yes, they made a conscious decision to keep the

25    same law, and I think that the precedent from Bear Lake and the

1    statutory principles that we articulated show us that that is

2    not the type of evidence that shows us a different legislative

3    purpose, but Ramos and Espinoza confirm that for us.

4            I want to talk about Ramos first, because these are

5    two 2020 last-term Supreme Court decisions that specifically

6    talk about this question of what does it mean to examine a

7    law's past.  The lesson I think we learned from Ramos -- first,

8    the Court is well familiar with these cases.  The Ramos

9    decision was about the history of nonunanimous juries, which

10   much like the law at issue here, originated in the late 19th

11   century/early 20th century/Jim Crow era, and the purpose of the

12   laws -- one of the motivating purposes of those laws was to

13   suppress the role of African-Americans jurors, to prevent them

14   from disrupting convictions, to suppress their viewpoints on

15   juries.

16           When Justice Alito considered the fact that the

17   majority had set out this racialized history of the rule in the

18   dissenting opinion, Justice Alito took issue with having

19   considered that history, because of the fact that the Louisiana

20   provision and that the Oregon provisions had both been adopted.

21   And as he said, for Louisiana, it had been adopted on a "new,

22   narrower rule."  And I think that's important.  Not only did

23   they adopt the rule, but they adopted a new, narrower rule for

24   entirely legitimate race-neutral reasons.  So they must have

25   articulated a new reason for that same rule.  And not only

1    that, but they changed the rule to be more narrow to be less

2    suppressive of the initial discrimination.

3         But the majority didn't agree with that position.

4    They said it's not enough to merely articulate or to even have

5    race-neutral reasons, because that doesn't show that there has

6    been an examination of the past.  I think even though the Sixth

7    Amendment issue was decided on different grounds, what they're

8    telling us is very relevant to 1326, because it says if you

9    haven't considered the function that rule was to serve, how can

10   you say that it has now been re-adopted without that purpose?

11        THE COURT:  Didn't the --

12        MS. DAILY:  I think that's what Justice Sotomayor

13   said more specifically.  I'm sorry?

14        THE COURT:  Didn't the Supreme Court in Ramos

15   basically say that, even if there would have been no racial

16   discrimination whatsoever, a nonunanimous jury rule would still

17   be unconstitutional under the Sixth Amendment?

18        MS. DAILY:  Yes, Your Honor.  That's the Sixth

19   Amendment holding.  Ramos is not an Equal Protection Act case.

20   We acknowledge that.

21        THE COURT:  Right.

22        MS. DAILY:  But it does have the salient reference to

23   how you are going to look at legislative intent and what it

24   means to decide whether a law has simply been carried forward

25   in time without examination or whether, as Your Honor was

1    discussing, whether there has been grappling with that history.

2    And it was considered -- whether it was the holding, it was

3    not, but it was considered.  These are Supreme Court justices

4    who are debating with each other how a law should work, how

5    legislative history should be examined, and they, in their

6    considered judgment, have given us this guidance, this rule.

7    Once more, two months later, we have the Espinoza case, where,

8    again, these same principles come to light in the context of

9    potential discrimination against religious schools,

10   particularly the history of anti-Catholic sentiment.

11           THE COURT:  In Espinoza, didn't Justice Alito also

12   say, regardless of the motivation of that law, it still would

13   be unconstitutional under the free exercise clause; therefore,

14   motivation wasn't dispositive to that decision either?

15           MS. DAILY:  Your Honor, I absolutely agree that the

16   discussion of the legislative history is tangential to the

17   precise constitutional holdings in those cases.  Those cases

18   involve, in my view, dicta.  Those cases involve different

19   constitutional provisions than the one we have here.  But

20   again, we have considered thought and expressed beliefs by the

21   justices about how they view legislative history.

22           Alito's concurrence is particularly helpful, because

23   he does go into such a wide-ranging historical narrative of the

24   "no aid" provisions.  He gives us this roadmap of what types of

25   evidence can be relevant to finding whether a law reenactment

1    is tainted by earlier discrimination or whether it's really a

2    new decision to carry forward the same rule.

3            The factors that he looks at are representation by

4    the target group; whether the law's material language was ever

5    altered; whether the law continues to disparately impact the

6    targeted group; and what I see as the key factor, whether later

7    decision-makers acknowledged the original animus.

8            There was a very strong record here that the

9    re-adoption of the Montana provision was done without

10   discrimination.  In that case there was ample Catholic

11   representation in the 1972 Constitutional Convention.  The

12   convention discussed what they call "the badge of bigotry";

13   that this provision represented the badge of anti-Catholic

14   bigotry.  Members of the convention discussed how they had in

15   fact been targeted under the rule -- or targeted for

16   discrimination based on their religious status as youths, and

17   yet Justice Alito said, whether or not they had reasons to

18   re-adopt it that they believed were legitimate, they used the

19   same tones, and they recognized that it would continue to mean

20   and do whatever it does now.

21           He said, "This is a law that continues to disparately

22   impact Catholics."  There were 45 of the state's 61 religious

23   schools that were Catholic, and he said that only Catholic

24   schools had been impacted by this provision.  He said, "When

25   they are adopting a provision, that means and does the same

1    thing," and that is not creating a break from the past.  There

2    is no clean slate that you can go forward on there.  And he

3    said that he did not believe that law had been scrubbed from

4    its past.

5              THE COURT:  How do you reconcile the dicta in Ramos

6    and Espinoza that you've discussed with the decision in the

7    Supreme Court just two years earlier, in 2018, in Abbott v.

8    Perez, where the Supreme Court said, "Past discrimination

9    cannot, in the manner of original sin, condemn governmental

10   action that is not itself unlawful"?

11             MS. DAILY:  Yes, Your Honor.  Abbott is the line of

12   reenactment cases, and that's similar to the Raymond case that

13   was cited in the Government's supplemental authority, and

14   there's another, I believe, Second Circuit decision from 2010

15   in their original response that goes to the same issue.

16             In those cases, what you see is a clean break from

17   the past because they have found the earlier rule to be

18   discriminatory or they have made changes to ameliorate the

19   discriminatory impact of the rule.  So there is acknowledgment,

20   there is remedy, and there is new reasons to go forward in

21   addition to all of that.

22             When you don't have any of those factors, when you

23   have a law expressly being carried forward, when you have the

24   discriminatory intent acknowledged, when you have the

25   discriminatory impact acknowledged, and when you have the

1    discriminatory impact continuing, and they choose to adopt the

2    same provision and continue the same provision without change,

3    you don't have any of those factors that create a break.  So in

4    that instance, I think we are back in the Bear Lake and Hunter

5    lane, where there is an initial provision.  Yes, they've looked

6    at it.  Yes, they've decided to keep it.  But it is still the

7    original intent that this Court looks at under the Arlington

8    Heights standard.

9              And I haven't found a case where a recodification of

10   the same rule without acknowledgment of the past discrimination

11   has been upheld.  And that's because of the purpose of the

12   equal protection clause, which is that our laws are not to be

13   intended on race-based consideration.  And when they have the

14   effect that they were designed to have, Congress has an

15   obligation to reconsider that race-based motive.

16             So I told you I had factual reasons and legal reasons

17   to address Your Honor's question.  So far I've only talked

18   about how the recodification of the illegal reentry crime into

19   current day Section 1326, in my view, is merely a carrying

20   forward.

21             But I also want to talk about the amendments as they

22   went forward.  Our position that we will confirm with the

23   historians today, at each point in history, when 1326 and its

24   predecessor were considered, there continued to be racial

25   animus under the Arlington Heights factors.

1          So let me start out with just sort of a nuts and

2   bolts of what happened and when.  In 1988, with the Anti-drug

3   Abuse Act --

4          Ms. Clark, if you could just click through.

5          We had modification of 1326 that solely went to the

6   increasing the felony penalties.  There wasn't a discussion of

7   maybe we should ameliorate penalties because of disparate

8   impact; maybe we should consider the fact that this was a

9   race-based law.  They increased the penalties.  They doubled

10  down.

11          In 1990, they struck the $1,000 fine cap.

12          In 1994, Congress, again, increased the maximum

13  sentences.  Congress expanded the groups to whom those

14  sentences would apply.

15          And then in 1996, under the first AEDPA -- under

16  AEDPA in the first 1996 amendment, Congress imposed even more

17  severe penalty provisions for terrorism in this case and

18  required deported aliens to complete their sentences if they

19  later reentered and added the limitations on collateral attacks

20  following the Mendoza-Lopez ruling.

21          Then the last amendment to it, the last time this was

22  looked at, it was again in 1996.  I know the title of the law

23  is 1997, but it was enacted in September of 1996.  Again, the

24  only change was an expanded ten-year penalty for aliens.

25          So at no point in any of those years did the material

1    elements that the 1929 Congress chose and designed in order to

2    impact Mexican and Latin American immigrants, at no point were

3    those material elements modified to be less disparately

4    impactful.  At no point were they reconsidered or changed, and

5    so that's what I mean when I say there is no look-back.  To the

6    contrary, each of these points is a point when Congress double

7    downed on the penalties, despite the continuing evidence of

8    disparate harm.

9          Now, I did say that I believe that the Court can find

10   discriminatory impact whichever year the Court looks at, and I

11   see from the Court's questions that that's going to be a

12   fruitful area for us to explore with our expert historians.

13         THE COURT:  At least it will be important, if not

14   fruitful.  I make no comment about the fruitfulness.

15         MS. DAILY:  Your point is well taken.  I will

16   endeavor to be fruitful as well as to move forward here in

17   time.

18         So even if we are looking at 1952 -- and yes, there

19   is, I find, somewhat of an interesting statement that there is

20   not one iota of racism in this law.  The McCarran-Walter Act

21   itself, as our historians will explain, relied heavily on

22   notions of white supremacy; on the same notions of white

23   supremacy and anti-Mexican sentiment that predominated in the

24   1920s.  Those same sentiments had not disappeared in any sense

25   by the 1950s.

1          How do we know this?  Because they carried forward

2    essentially the same national origins quota system that had

3    been drawn from the 1924 Johnson-Reed Act.  What

4    Senator McCarran was proud of in this law was the fact that the

5    facial exclusion based on Asian race had been negated.  So in

6    his view, because the face of the law had been described as

7    this explicit race-based classification, that was a moment of

8    showing how nondiscriminatory this law was.  But

9    President Truman saw right through it, and in his veto remarks

10   he said, "This quota system has always been based on

11   assumptions at variance with our American ideals."  He

12   explicitly recognizes that it came from the same 1924 rule.  He

13   says, "This is long since out of date and more than ever

14   unrealistic in the face of our present world conditions."

15          And when you look at the Senate report and the House

16   Committee reports, the Court will see repeated discussion of

17   the same types of undesirable immigrants that were precisely at

18   issue as you see in the cartoons from the 1920s.  They used the

19   same terminology in deciding who they want to let into the

20   country under lawful immigration rules.

21          At no point in the McCarran-Walter Act was there

22   discussion of whether illegal reentry was a crime that

23   disparately harmed Mexicans and other Latin Americans.

24          I want to discuss the context of the 1950's

25   amendments.  But first, I think as the Court knows from

1  Arlington Heights, the Supreme Court in that decision
2  understood racism would be rarely as expressly and clearly
3  articulated as it was in the 1920's, and that's why the
4  Arlington Heights test and standards -- that's why we have the
5  five-factor, expansive, non-exhaustive list -- in which the
6  explicit legislative history of an enactment is only one of the
7  five factors.  The Supreme Court told us that this has to be a
8  sensitive inquiry, and it is going to consider both
9  circumstantial and direct evidence.
10          So I've talked about what is in the 1950's Act and
11  why does President Truman see it as a racist rule.  But in
12  addition, this is the same era that we have immediately
13  following the 1952 Act, Operation Wetback, which the historians
14  are going to discuss was the largest mass deportation campaign
15  in U.S. history.
16          THE COURT:  Ms. Daily, did you give me in the
17  materials -- I just don't recall right now --
18  President Truman's statement regarding why he vetoed it?
19          MS. DAILY:  Your Honor, I'm not sure.  Maybe
20  Ms. Clark knows.  I'm not sure that that's in the materials.
21  It will certainly be addressed by Professor Gonzalez O'Brien.
22          MS. CLARK:  Your Honor, we could provide that to
23  Your Honor after the hearing in an additional exhibit if it is
24  convenient to the Court.
25          THE COURT:  Please do.

1            MS. DAILY:  This is the era of Operation Wetback.  As

2    I said, this is the largest mass deportation campaign.  It

3    expressly targeted Mexican and Latino immigrants, and it

4    ultimately deported over a million people in the course of

5    about two years, including both foreign-born nationals and U.S.

6    citizens who were caught up because of the racialized specter

7    of this selective enforcement mechanism; that it was based on

8    how people appeared, and there was not particular care taken to

9    ensure that only Mexican nationals -- people of Latino descent

10   were brought within its scope.

11            Just a moment.  Thank you.

12            I've already mentioned that I think only the express

13   legislative record is only one of the factors out of the five.

14            I want to move forward now to what the witnesses will

15   be discussing with respect to the 1980s and 1990s and how we

16   see this period of our history is a question of what we are

17   inheriting and what the views are going forward, because when

18   you have a decades-long history of unapologetic racist

19   immigration policy, it makes sense that the results of those

20   policies, the inheritance of those policies will continue to

21   impact the decisions that legislators make going forward.

22            So we're going to talk through our witnesses about

23   how through the 1980s and through the 1990s the concept of

24   "the illegal alien" has become heavily racialized term

25   associated with Latino immigrants, and it is specifically

1    associated with the concept of criminality and community safety

2    and danger, echoing the claims of the eugenists from the 1920s

3    that individuals of this race simply couldn't prevent

4    themselves from bringing in risk of criminal behavior.

5           So what we will show this Court is that this rhetoric

6    is not linked to reality, because as the experts will testify,

7    over and over again studies have continually negated claims

8    linked between immigration status and crime, and those are the

9    facts.  That's the empirical record.  But when you look at the

10   legislative record for the increased penalties and the

11   expansion of incarcerable results for border crossing without

12   authorization, the justification for doing that is consistently

13   based on rhetoric or involving crime.

14          The experts are going to discuss why that rhetoric

15   has continued to persist despite the lack of empirical support,

16   and I believe they will be able to link it back to race-based

17   discrimination.

18          So with that, I want to conclude by saying that

19   history is not a matter of closed doors.  The racism of the

20   past does not get locked into a closet where we can put it

21   neatly and move forward on a clean slate without looking back.

22   It's a matter of both common sense and common experience that

23   we inherit the legacy of those who have come before us in both

24   obvious and subtle ways, and that porous nature of history is

25   what informs the broad Arlington Heights test that this Court

1    is going to be following in this case, and it's what

2    underscores the reasoning of the Supreme Court Justices in

3    Ramos and Espinoza and what makes those statements so

4    compelling and that they comport with our common experiences

5    and our common understanding of how history carries forward

6    with us in time.

7            The precedent understands also that racism and white

8    supremacy are flexible complex motivators that present with

9    many bases.  In the case of illegal reentry, openly racist

10   sentiments of the 1920s have carried forward to today in coded

11   language and dog-whistle rhetoric.  We're going to ask the

12   Court to conduct the thorough and sensitive inquiry called for

13   by Arlington Heights, and we will suggest that whatever year

14   this Court deems relevant, the Court will be able to find that

15   illegal reentry was continued as a crime with discriminatory

16   intent, and it has had discriminatory impact on Latinx

17   defendants.

18           THE COURT:  Thank you, Ms. Daily.

19           In a few moments we're going to take a mid-morning

20   recess, but I have some procedural questions for you, and then

21   I want to let you know something going forward.

22           First, let me ask, Ms. Barr, when we come back from

23   our recess, is it still the case that you would like to defer

24   your argument and responses until later after we hear from the

25   witnesses?  Is that still your preference, Ms. Barr?

```
 1              MS. BARR:  Yes, Your Honor.
 2              THE COURT:  Okay.  That's fine.
 3              Ms. Daily or Ms. Clark, who do you anticipate calling
 4  as your first witness, Professor Lytle Hernandez or
 5  Professor Gonzalez O'Brien?
 6              MS. CLARK:  Professor Lytle Hernandez, Your Honor.
 7              THE COURT:  How long would you anticipate your direct
 8  examination?
 9              MS. CLARK:  I am going to estimate about an hour.
10              THE COURT:  And how long do you anticipate for the
11  direct examination of Professor Gonzalez O'Brien?
12              MS. DAILY:  I would suspect 45 minutes to an hour,
13  Your Honor.  That will be my witness, Your Honor.
14              THE COURT:  Okay.  And those will be the only fact
15  witnesses -- or the only testimony, right?
16              MS. CLARK:  Yes, Your Honor.
17              MS. DAILY:  Right.
18              THE COURT:  Okay.  All right.  In a moment we will
19  take our mid-morning break.
20              Dennis, is 10 minutes sufficient, or do you want 15?
21              THE COURT REPORTER:  15, Judge.
22              THE COURT:  All right.  Before we do that, I want to
23  advise both sides of the hypothetical question that I don't
24  want you to answer now, but I would like you to answer later
25  today in closing argument, or to the extent you want to elicit
```

1    something from your witnesses about this, that's fine as well.

2    It's something that has recently happened, and I'm curious as

3    to how it plays out, and I pose it in the form of a

4    hypothetical question.

5            Both sides in this case probably know that last week

6    President Biden sent a fairly comprehensive immigration bill to

7    Congress.  That's the U.S. Citizenship Act of 1921 (sic.)  Now,

8    granted, Congress hasn't acted on it yet.  It is just the

9    President's proposal, but it is pretty comprehensive.  It

10   provides for an opportunity to earn citizenship.  It provides

11   for a modernization of our immigration system.  According to

12   the President's statement, it provides for responsibly managing

13   the border; they call "smart investment."  It provides for

14   cracking down on criminal organizations and using technology

15   and infrastructure to protect and secure the border.

16           I don't think that that proposed legislation would in

17   any way affect 1326.  I don't think it repeals 1326.  I don't

18   think it modifies 1326.  By the way, if I'm wrong, I sure would

19   appreciate it if somebody would tell me if I've missed

20   something.  But I don't think it affects 1326.

21           If I'm right on that, and if a law like that gets

22   passed, the following is a line of questions that I really

23   would appreciate you thinking about and telling me about later

24   today:

25           If the law gets passed, and it doesn't even mention

1  1326 but 1326 gets carried forward, either in that same

2  numbering system or with new numbering, like what happened in

3  1952.  Would that by itself, that new law, make the argument --

4  let's say there would be a new notion, regardless of how this

5  turns out.  Or let's pretend this motion was never filed.  If

6  somebody in the future made the argument that 1326 was

7  unconstitutional, could someone point to the U.S. Citizenship

8  Act of 2021, assuming it gets passed and signed into law, as

9  evidence under Arlington Heights, or under the equal protection

10  clause analysis, that now we have a new enactment, a new break,

11  and 1326 is constitutional?  It is not unconstitutional?  Could

12  someone make that argument?  And if the defendant's answer is

13  "no," for the same reasons that you argued that the 1952

14  Immigration and Nationality Act does not cure the racial animus

15  that motivated the 1929 law, then my follow-up question would

16  be, primarily to the defendant:  What would or should Congress

17  do in passing the U.S. Citizenship Act of 1921 if they really

18  wanted to criminalize entry and make a serious felony of

19  illegal reentry?  What could or should they do?

20          Is simple passage of the Act sufficient to ensure

21  that it is constitutional?  If that's the defendant's position,

22  fine.  But if defendant maintains, no, that would not be

23  sufficient for the same reasons that you've argued against the

24  1952 Act, then what would or should Congress do if they wanted

25  to criminalize it?

```
 1              In other words, assume that you are now advising
 2    Congress and Congress tells you, "We recognize the past
 3    discrimination, but we also think that in a modern society
 4    there is an important nondiscriminatory value of only having
 5    appropriate process for legal entry.  We want to deter illegal
 6    entry" -- frankly, illegal reentry.  "We think the best way to
 7    deter it is with a criminal law, frankly, making illegal
 8    reentry a felony, but we want to do it constitutionally."
 9              So based upon your learning that has led to this
10    case, how would you then advise Congress what should they do in
11    a new U.S. Citizenship Act of 2021 to accomplish that result of
12    making illegal reentry a felony if they wanted to do so
13    consistent with the equal protection clause?
14              Again, I don't want an answer now.  But is my
15    question or my hypothetical questions clear to everyone?
16              Ms. Daily?
17              MS. DAILY:  Absolutely clear.  Thank you, Your Honor.
18              THE COURT:  Ms. Barr, do you understand what I am
19    asking?
20              MS. BARR:  I do understand, Your Honor.
21              THE COURT:  All right.  Let's take a 15-minute
22    recess.
23              MS. BARR:  Judge --
24              THE COURT:  Yes.
25              MS. BARR:  I'm sorry, Your Honor.  I forget to
```

1    mention one more thing, and I probably should have mentioned

2    this in my preliminary comments.  It occurs to me now, as we

3    take a pause in order to prepare for the witness testimony --

4    and this goes without saying, but I want to make sure that it

5    is out there on the record that at this time the witnesses have

6    not yet been qualified as experts, and so I wanted to ensure

7    that qualification will first happen and that the scope of

8    their expertise will be defined before they present their

9    substantive testimony.

10              THE COURT:  Let me ask Ms. Clark and Ms. Daily, two

11   things:  No. 1, remember to present your qualifications of

12   expertise in the beginning of your witness testimony.  And

13   No. 2, don't spend too much time on it.  Just give me the

14   overview.  You don't need to persuade me about how qualified

15   they are.  Just make sure you've laid an adequate foundation of

16   qualification, okay?

17              MS. CLARK:  Thank you, Your Honor.

18              THE COURT:  All right.  Let's take a 15-minute

19   recess.

20              (Recess.)

21              (Open court; proceedings resumed:)

22              THE COURT:  We are back on the record.

23              I want to state a few things, including a procedural

24   matter or two.

25              I think when I was framing the question that I put to

1    counsel for later, I may have at one point or another referred

2    to the recent proposed legislation from President Biden, the

3    U.S. Citizenship Act, I may have referred to it as the

4    U.S. Citizenship Act of 1921.  If I said that, obviously I

5    misspoke.  The title, I understand, is the U.S. Citizenship Act

6    of 2021.  So I apologize for any confusion there.

7           Secondly, here is my plan on scheduling.  We will do

8    the direct and cross of Dr. Lytle Hernandez -- is it Lytle or

9    Lytle (enunciating)?

10          THE WITNESS:  Lytle (enunciating) is correct.

11          THE COURT:  So we will do the direct and cross of

12   Dr. Lytle Hernandez, and then we will take another 10- or

13   15-minute break -- we will do the direct and cross of

14   Professor Lytle Hernandez, and then we will take a 10- or

15   15-minute break.

16          Then we will do the direct and cross of

17   Professor Gonzalez O'Brien.  Then we will take a 10- or

18   15-minute break.  Then we will go right into, right after that

19   break, into closing arguments.

20          There will not be a substantial lunch break.  I would

21   like to see, if we could, wrap this up by early afternoon, and

22   that's the schedule.

23          In addition, I really think that both sides and the

24   witnesses need to speak much more slowly.  I have no idea how

25   I'm going to rule.  I have not made a decision on how I'm going

1    to rule in this case.  I'll tell you now, and I think Ms. Clark

2    has already hinted at it, I'm not going to rule from the bench.

3    I will be issuing a written opinion.  I don't know what that

4    opinion it going to say yet.

5         But I expect that whichever side is on the losing

6    side, whichever it may be, there may be some interesting

7    appellate issues here, both to the Ninth Circuit, maybe to the

8    Ninth Circuit en banc, maybe to the Supreme Court.  Therefore,

9    I really need to make sure that we have an accurate record of

10   this hearing.  So please, please, please, lawyers and

11   witnesses, speak slowly and clearly and into your microphone.

12        All right.  Before we hear from Dr. Lytle Hernandez,

13   I wanted to disclose to both sides not only have I read the

14   declaration of Dr. Lytle Hernandez that was filed -- that's

15   Docket 28-1 -- I did come across a shorter essay that

16   Dr. Lytle Hernandez wrote.  She wrote it for The Conversation,

17   or it was published in The Conversation journal.  It was dated

18   April 30th, 2017.  The title was *How Crossing the U.S.-Mexico*

19   *Border Became a Crime*, and there was some statistics that she

20   discussed a little bit in a little bit more detail even than

21   was found in her declaration.  If she doesn't bring it up, I'm

22   planning on asking her about it, but I wanted to alert both

23   sides -- as a matter of fact, I'll just read it into the record

24   right now, the two paragraphs that caught my attention.  It's

25   near the end.  Frankly, it looks like it is fourth and third

 1  paragraphs from the end.

 2          They read as follows:  "By 2015, prosecutions for

 3  unlawful entry and reentry accounted for 49 percent of all

 4  federal prosecutions, and the federal government had spent at

 5  least $7 billion to lock up unlawful border crossers.

 6          "Throughout this most recent surge, the disparate

 7  impact of criminalizing unlawful entry and reentry has endured.

 8  Today, Latinos, led by Mexicans and Central Americans, make up

 9  92 percent of all immigrants imprisoned for unlawful entry and

10  reentry."

11          So those two paragraphs, as I said, came from

12  Dr. Lytle Hernandez's essay.  It appears it's dated April 30th,

13  2017.  If that doesn't come out in her testimony, my plan was

14  to ask if those statistics are correct, to the best of her

15  knowledge, and where she got those statistics from.  But I

16  wanted to give both sides a heads-up on that issue.

17          I think with that, we are now ready to have the

18  movant, defendant, to call their first witness.

19          Ms. Clark.

20          MS. CLARK:  Thank you, Your Honor.  On behalf of

21  Mr. Machic-Xiap, I would call Professor Kelly Lytle Hernandez

22  to the stand in our proceeding today.  She, I believe, is ready

23  to be sworn.

24          THE COURT:  Very good.  So Professor Lytle Hernandez,

25  you're welcome to be seated and remain comfortable, but I'm

K. Lytle Hernandez - D

1   going to ask the clerk of the court to administer an oath to

2   you.  For the oath, would you please raise your right hand.

3              (The witness was duly sworn.)

4              THE CLERK:  Would you please state your name for the

5   record, spelling your last.

6              THE WITNESS:  Kelly Lytle Hernandez; two last names.

7   Lytle is L-Y-T-L-E; Hernandez is H-E-R-N-A-N-D-E-Z.

8              THE COURT:  You may proceed, Ms. Clark.

9              MS. CLARK:  Thank you, Your Honor.

10                        DIRECT EXAMINATION

11  BY MS. CLARK:

12  Q    Professor, can you please state your employment and

13  academic title for the record.

14  A    I'm a professor of history at UCLA.

15  Q    I would like to talk about your expertise and

16  qualifications in the area of criminal immigration

17  enforcement -- the study of criminal immigration enforcement.

18  A    Sure.  I spent about 15 years studying the history of U.S.

19  immigration law and law enforcement.  I have written two books

20  on the subject, *Migra! A History of the U.S. Border Patrol*; and

21  *City of Inmates:  Conquest, Rebellion, and the Rise of Human*

22  *Caging*.

23              This work has required me to do archival research in

24  the National Archives.  I've worked at the National Archives in

25  Washington, D.C., College Park, Forth Worth, Perris,

K. Lytle Hernandez - D

1  California, across the country, exploring this issue and also

2  looking closely at the Congressional Record, and, of course,

3  working very closely with my colleagues and reading widely the

4  secondary literature.

5  Q    Can you describe whether your work has been subject to

6  peer review and why peer review in your field is important.

7  A    Absolutely.  I mean, that's what we do at the academy.

8  Our work is subject to peer review.  So my journal articles,

9  for the most part, and both of my books, have been published in

10  peer-reviewed journals and peer-reviewed academic presses.

11  Q    And have you received any particular awards or

12  recognitions for your level of expertise?

13  A    Sure.  Both of my books won awards.  The book *City of*

14  *Inmates* -- that's the book that I really talk about the 1929

15  legislation -- won several awards.  It won best book for the

16  history of race relations in the United States from the

17  Organization of American Historians.  It won best book on the

18  American West from the American Western Historical.  It won

19  best book from the American Studies Association.  In addition

20  to this, my work in general led to me winning the 2019

21  MacArthur "genius" Fellowship and an appointment to the

22  Pulitzer Prize Board.

23  Q    In preparing for your -- because the judge brought up your

24  writing in the article -- you mentioned your books.  So I know,

25  the article that the judge referred to in The Conversation from

K. Lytle Hernandez - D

```
 1    2017, was that a peer-reviewed publication or was that
 2    something more for the popular press?
 3    A    That is for the popular press.
 4    Q    Thank you.
 5             THE COURT:  Professor Hernandez, I don't think I
 6    heard, and if I did, I missed it.  Do you have a Ph.D.?
 7             THE WITNESS:  I do have a Ph.D. from UCLA.
 8             THE COURT:  In what field?
 9             THE WITNESS:  In history, with a specializing in
10    policing and immigration.
11             THE COURT:  Thank you.
12    BY MS. CLARK:
13    Q    Are you familiar with the document, Professor, that was
14    marked in this case as the declaration of Professor Kelly
15    Lytle Hernandez on the history of 1325 and 1326 marked as
16    Exhibit A?
17    A    Yes.
18    Q    Did you sign that document?
19    A    Yes.
20    Q    And can you affirm today on the record whether that
21    document is true and correct?
22    A    Yes.
23    Q    In your declaration and preparation for your testimony
24    today, you've discussed the 1929 Act, and I wanted to ask you
25    specifically about the Undesirable Aliens Act of 1929 and how
```

K. Lytle Hernandez - D

1  it relates to what we know in federal court as illegal reentry,

2  1326.

3  A     Sure.  Well, the 1929 Act was the very first time that

4  Congress criminalized unauthorized reentry into the

5  United States, and that is the piece of legislation that was

6  latter codified into 1326.

7  Q     Thank you.  To give the Court a sense of the historical

8  sweep of what was happening leading up to 1929 in legislation

9  and policymaking, can you provide the Court a timeline about

10  how its legislation led up to the point of 1924.

11           THE COURT:  Let me interrupt you to remind everybody

12  that I have read, frankly, several times

13  Professor Lytle Hernandez's declaration Docket 28-1, and it is

14  in evidence.

15           You may proceed.

16           MS. CLARK:  Thank you, Your Honor.

17  BY MS. CLARK:

18  Q     So I'm going to rephrase my question for the Professor.

19  As the Court has acknowledged and has said, His Honor is

20  familiar with your declaration, but I did want to ask you to

21  put down a bit of guideposts of significant historical events

22  in summary going up to the 1924 Act.

23  A     Sure.  What I'll do is I'll tell you the story of

24  immigration control and what was essentially the punchline

25  rather than taking it step-by-step to the timeline.  So as I

K. Lytle Hernandez - D

1    write in the declaration, really the federal government causes

2    a trowel of immigration control in the 1870s, and the goal was

3    to create a sieve, right, to filter out undesirable immigrants

4    and undesirable stock, and that happened in a variety of ways.

5    People who are presumed prostitutes or former convicts or

6    illiterates or beggars are all weeded out.  There are also

7    measures of race that are utilized to weed out the undesirable

8    immigrant.

9             My apologies to the court reporter.  I will slow

10   down.

11            The racial exclusions really begin with the Chinese

12   Exclusion Act.  They move forward to include Japanese

13   immigrants, who largely get excluded through the Gentlemen's

14   Agreement until we hit the 1917 piece of legislation, which

15   instituted the Asiatic Barred Zone.

16            This sort of racial impetus of exclusion hits a high

17   point in 1924 with the passage of what is known as the National

18   Origins Act or the Johnson-Reed Act of 1924.  That piece of

19   legislation is facially neutral, right, other than the fact of

20   the Asiatic Barred Zone.  It's facially neutral, but it is

21   designed in a way by its architects to filter out and weed out

22   undesirable races.  In particular during that time period the

23   focus was on Southern and Eastern Europeans who were racialized

24   as lesser or certainly racially different than Anglo-Western

25   European immigrants.

K. Lytle Hernandez - D

1          So that's what really brings us to 1924, is a variety

2    of measures that are used to keep out undesirable immigrants,

3    but race is a particularly motivating factor in that process,

4    and race hits a high point in 1924 and heading into the 1920s

5    in conversations about how to also exclude Western Hemisphere

6    immigrants; namely, Mexicans and Central Americans.

7    Q    How do you know that these racialized -- that the neutral

8    language has a racialized purpose leading into 1924?  What

9    kinds of indicators did you see in the historical record?

10   A    Sure.  Well, when you read the Congressional Record, you

11   often hear the term "race" and "undesirable races" and

12   "undesirable blood in stock," wanting to keep those groups out

13   of the United States.  There is also the tight bond between

14   what you laid out, the science of eugenics and the development

15   of this immigration policy.  The science of eugenics is a

16   popular science of race during the 1920s, and Harry Laughlin

17   really was known as the eugenics expert of the House of coming

18   in and providing research and testimony as to how and why we

19   should keep out undesirable races from the United States; that

20   they would create a degeneracy of the American stock if we

21   allowed them to continue entering the United States.

22   Q    Professor, you know one of the terms that we are talking

23   about today is racial animus, and I wanted to ask about how

24   people at the time -- how they define the scope of their

25   understanding of using this racial term "Mexicans" or the scope

K. Lytle Hernandez - D

1   of the racial intention with respect to the southern border.

2   A    So there are many ways to approach this question, and I

3   will begin with a simple one first, which is that by the time

4   we get to the 1930s, Mexicans are identified as a distinct

5   race, according to the United States Census.

6           Let me explain why that happened.  According to the

7   1790 Naturalization Act, only free white persons were allowed

8   to naturalize as U.S. citizens.  After the U.S.-Mexico War, the

9   United States had to figure out a way to incorporate all of the

10  Mexican citizens that were in that territory that was then

11  claimed by the United States.  Given the racial variance on

12  naturalization from the 1790 Act, Mexicans had to be formally

13  defined as white to be able to naturalize as U.S. citizens.

14          Moving into the late 19th century and early 20th

15  century, Mexicans were formally identified as white, according

16  to U.S. law, but in everyday practice they were regarded as

17  nonwhite.  How do we know this?  We know this from the language

18  of the period describing Mexican immigrants, laboring

19  immigrants as "dirty," as "peons," as "Indians."

20          And so when we get up to 1930, that's a moment --

21  sort of a high-pitched moment of the racialization -- or the

22  effort to racialize or to find an alternative way to racialize

23  Mexicans as nonwhites.

24          Another way that we know what's happening in the

25  world of immigration control is that after the 1924

K. Lytle Hernandez - D

 1    legislation, which really focuses on the Eastern Hemisphere, on
 2    European immigration, and codifying the total ban on Asian
 3    immigration, Congress turned its attention to Mexico and the
 4    southern border.  And there is a series of bills put forward
 5    during the 1920s to add the Western Hemisphere to the national
 6    quota system.
 7         The discussion of those bills focuses almost entirely
 8    on Mexican immigrants in particular, and it is the same
 9    characters that you had listed earlier.  Albert Johnson,
10    John C. Box, and others were bringing these bills forward.  So
11    those are sort of two of the focuses that we get on Mexican
12    immigrants.
13         Now, when people talk about Mexicans as a distinct
14    race during this time period, they are not necessarily talking
15    about a national origin.  And let me explain how we know this.
16    Mexicans were -- people from the Mexico were the vast majority
17    of people crossing the U.S.-Mexico border during this time
18    period.  But the racialized fear of them was the racialized
19    fear of people who were seen as being mixed race, part black, a
20    majority of indigenous or Indian.  That would be an umbrella
21    term, "Mexican," for all nonwhite persons crossing the
22    U.S.-Mexico border during this time period who weren't coming
23    from Asia.  So "Mexican" becomes sort of a catch-all term for
24    mixed race, Latin American, and Mexican immigrants crossing the
25    border.

1          THE COURT:  Can I interrupt here and ask a

2     foundational question?  In modern times, what does the word

3     "race" mean so I can understand?  And when did it change its

4     meaning from this earlier period that you just described?  When

5     and how did that evolution take place?

6          THE WITNESS:  That's a good question.  So eugenics,

7     as a race science, really took hold in the early 20th century

8     following Mendel's genetics discovery, and it falls out of

9     fashion, of course, after World War II when that kind of

10    racialized thinking became discredited with the loss of Nazi

11    Germany in particular.

12          As we move forward through the 20th century, kind of

13    more popular theories of race and racialization is developed is

14    called the social construction of race; that there is no

15    biological foundation to any of this; simply that we have

16    created system and structures and definitions that imbue

17    meaning into hereditary, background, or even blood, but it's

18    actually socially discrepant.  So that's the big timeline.

19    World War II becomes a break with that kind of racialization.

20          THE COURT:  Is there anything that you would

21    recommend that I could read, whether an article or a book, that

22    will help me understand a little bit more about this concept of

23    the social construction of race as we use that concept today?

24          THE WITNESS:  Yes.  There is a foundational text by

25    Omi -- O-M-I -- and Winant -- W-I-N-A-N-T called *Racial*

K. Lytle Hernandez - D

1   *Formation Theory*.  The title is something like that.  The book

2   that is really foundational and seminal of bringing racial

3   formation theory into immigration law and immigration law

4   enforcement is Mae Ngai.  M-A-E; N-G-A-I.  The book's title is

5   *Impossible Subjects.*

6            THE COURT:  Thank you.

7   BY MS. CLARK:

8   Q    This goes back to your expertise and the depth of your

9   understanding of the topic, Professor.  You just mentioned Mae

10  Ngai.  Is Professor Ngai one of the people that you consulted

11  with about this hearing and Mr. Machic-Xiap's motion?

12  A    Yes.  Absolutely.  I consulted with -- to be honest -- the

13  leading historians of the day to make sure that I was coming

14  prepared and also that I was aligned with the leading

15  scholarship.  I consulted with Mae Ngai.  I consulted with

16  Elliott Young.  I consulted with Torrie Hester.  I consulted

17  with Cesar Cuauhtemoc Garcia Hernandez and many others.  That's

18  what we do as scholars; we consult with one another.

19            THE COURT:  Along those lines, let me ask you:  Is

20  there anything that you are planning on telling me today or

21  you've put in your declaration that you disagree with what

22  you've learned to be mainstream scholarship or mainstream

23  scholarly thinking?  You're allowed to disagree.  I just want

24  to know where you disagree.

25            THE WITNESS:  No.  I think that the analysis of race

K. Lytle Hernandez - D

1    and the part that it played in the creation of immigration law
2    and law enforcement has been a major thread of study over the
3    last 10 to 15 years.  I'm sure there are people who disagree
4    with me, and that's why I hesitate to answer your question.
5    There are disagreements all the time in the academy, but it's
6    work that's certainly within the mainstream of work on race and
7    immigration law at this moment.
8              THE COURT:  Thank you.
9              Back to you, Ms. Clark.
10   BY MS. CLARK:
11   Q    I want to ask you about the motivations for enacting the
12   Undesirable Aliens Act of 1929.  You provided on the record, in
13   your declaration, how it was that illegal reentry became a
14   federal crime.  Because that's in the record, I want to shift
15   that to maybe a more specific question about -- we've
16   identified this as a racially neutral statute.  What would you
17   say -- does that mean that the people who enacted that statute
18   were not -- does "racially neutral" mean that they weren't
19   aware of what the impact of the law was intended to do or that
20   "racially neutral" might be that they were oblivious to the
21   racialized nature of laws being passed?
22   A    No.  It would be my position -- it is my position that the
23   leaders in the construction of this piece of legislation had
24   good reason to believe that this legislation would disparately
25   impact Mexican immigrants or nonwhite immigrants coming across

K. Lytle Hernandez - D

1    the southern border.
2            Let me explain why:  One, there were changes that
3    happened in immigration law enforcement during the 1920s that
4    shifted the image of the so-called "iconic illegal immigrant."
5    So if you had gone back to the late 19th century and been
6    talking about the so-called "illegal immigrant," you would have
7    conjured up an image of unauthorized Chinese immigrants trying
8    to get across the U.S.-Mexico border.  And there's a very
9    famous image from Harper's Bazaar showing Chinese immigrants
10   trying to climb and crawl the desert of the U.S.-Mexico border.
11           What happens during the 1920s -- actually after the
12   passage of the National Origins Act -- three days later the
13   U.S. Border Patrol is established.  The U.S. Border Patrol
14   really shifted its focus toward policing Mexican immigrants in
15   particular on the U.S.-Mexican border, and if you want more
16   information on that, I'm happy to go deeper.  But the point
17   here is that by the late 1920s, Mexican immigrants became the
18   iconic illegal immigrants in the minds of people across the
19   country.  It largely happens through border patrol work.
20           THE COURT:  And what prompted that change in focus by
21   law enforcement?
22           THE WITNESS:  That's a good question.  My first book,
23   *Migra*, the first half of it is dedicated to this issue.  So
24   what happens is, after Congress establishes the U.S. Border
25   Patrol, a new federal law enforcement agency, they in fact hire

K. Lytle Hernandez - D

1   people who grew up in the U.S.-Mexico border region; largely
2   white men, largely poor white men, working-class white men who
3   had been tram operators or field workers.  These people become
4   empowered with federal immigration law enforcement, but they've
5   spent their entire lives being called "white trash" by the
6   landowners of that community.  So when they get the power of
7   federal immigration law enforcement in their hands, it serves
8   them more to amplify their social position.  The police access
9   to Mexican workers -- which, remember, by this point immigrant
10  flows of labor into the western United States had been cut off
11  from Asia.  Native and indigenous people had been subject to
12  genocide.  African-Americans are totally unwanted, right.  So
13  there are all kinds of bars to prevent African-Americans from
14  moving West.
15          Mexicans are seen as, really, the only acceptable
16  source of -- not just labor but cheap, temporary, marginalized
17  labor.  When border patrol puts themselves in control of
18  determining access to that labor force, they were able to
19  amplify their social position.  So rather than going around and
20  picking up people at brothels or at almshouses, it became much
21  more influential to police Mexican immigrants.  That's what
22  happens.  That's sort of a very fine, grand texture of what's
23  happening in the border region.  So you have image of the
24  iconic illegal Mexican immigrant by the late 1920s.
25          But in addition to this, in 1928, the U.S. Department

K. Lytle Hernandez - D

1   of State orders U.S. consular officials in Mexico to stop

2   basically issuing visas to any Mexican immigrants that they

3   think will become a public charge, and those are largely

4   Mexican workers.  So it becomes very difficult for Mexican

5   immigrants to get a visa to enter the United States, which is

6   still required by law at this point.

7            So between this iconic image, the denial of visas, a

8   long history of informal border crossing by all borderlanders,

9   Anglo-Americans, U.S. citizens, Mexican citizens, it was like a

10  perfect storm that had been concocted so that Mexican

11  immigrants would be the persons who were delivered up for

12  arrest, prosecution, and imprisonment.

13           I want to add one more thing.  By 1928, after

14  Congress had tried multiple times to get Mexicans added to the

15  Western Hemisphere quota, Albert Johnson made a decision that

16  it wasn't going to be possible to put Mexicans on a quota, and

17  the best way to manage Mexican immigration would be through an

18  administrative procedure, and this is exactly what you see

19  happening on the border.

20  BY MS. CLARK:

21  Q    Professor, part of what you just described is -- it sounds

22  like economic exploitation; that the reason for leading up to

23  the 1929 Undesirable Aliens Act was exploitation of people

24  because they were poor.  How do you parse out the idea of

25  racial animus and exploitation under this law because people

K. Lytle Hernandez - D

```
 1   are nonwhite versus that they were simply a labor supply from a
 2   poor country?
 3   A     Well, the racialization process is precisely what makes
 4   this population marginalized and a cheap labor force.  It is
 5   exactly what you see happening in the American South.  The
 6   racialization of African-Americans as unworthy/as lesser than
 7   is what legitimates and creates a logic as to why they can be
 8   cheap, disposable workers.  So racialization and the
 9   marginalization of labor go hand in hand during certainly this
10   time period.
11   Q     Was there a conscious --
12              MS. CLARK:  Go ahead, Your Honor.
13              THE COURT:  I was going to ask -- so comparing to the
14   migration of the African-Americans from the Southeast at around
15   the same time period, I know from other things that I've read
16   that there was a lot of migration north, west.  Was there less
17   migration of African-Americans from the Southeast to the
18   Southwest?
19              THE WITNESS:  Yeah.  There was relatively limited
20   immigration of African-Americans into the American West until
21   World War II.  That's the real breaking point.
22              THE COURT:  Why is that?
23              THE WITNESS:  Well, there are a lot of reasons for
24   that.  One of them is just family flow.  People go north first,
25   and then family comes north with you.
```

K. Lytle Hernandez - D

1              One of the reasons why we have so many people coming

2    up from Mexico is that labor agents went down into Mexico and

3    recruited them to come.  You don't have labor agents going into

4    the South and recruiting them to go West.  The West also is

5    this iconic place of the U.S., sort of, Anglo-American racial

6    frontier, manifest destiny.  There is a strong opposition to

7    African-American migration into the West, and you see that in

8    the Congressional Record actually around immigration control.

9              So one of the rationalizations for the agribusiness

10   saying, "Look, we've got to depend upon Mexican workers,

11   because they are close.  They will go back.  They will be

12   permanent.  And if we don't allow them to continue coming, what

13   we're left with is African-Americans, and we don't want black

14   folks in the West.  And you can't deport them.  They're U.S.

15   citizens."  And this is explicitly said by agribusiness.  So

16   that's a part of the story.

17   BY MS. CLARK:

18   Q    And in the passage of the 1929 Act and the people who

19   voted for it and signed it into law, was there a consciousness

20   and an awareness of a racially discriminatory motivation?

21   A    Well, I think that all indicators pointed toward a

22   rationalized outcome.  They would have been completely

23   oblivious to have not noted all of that.  Of course, some of

24   the best evidence we have for this being racially motivated is

25   the sponsor of the bill:  Coleman Livingston Blease was a

K. Lytle Hernandez - D

1    special kind of white supremacist even for the 1920s.  He was

2    explicit to this point that even nativists would have said,

3    "You know, you need to really tone down your language; it is

4    too much."  So the sponsor who brings this legislation to bear,

5    I think we can read a significant amount of the intent and

6    motivation.

7    Q    I want to ask you about disparate outcomes, shifting into

8    that portion of our questions.  What does your research show

9    about the disparate impact specifically on Latinos and how this

10   bore out from the moment of passage, like when the law is

11   enacted?

12            MS. BARR:  I object, Your Honor.

13            THE COURT:  I'm sorry?

14            You may be mute, or I can't hear you.  Did you just

15   have an objection?  Would you state the basis for the

16   objection.

17            MS. BARR:  Yes, Your Honor.  I do object to the

18   language of that question.  I would not object if the

19   definition of "Latino" is clarified so we have an understanding

20   of exactly what the question is and exactly what the answer is

21   designed to do.

22            THE COURT:  Ms. Clark, can you restate the question?

23            MS. CLARK:  Yes, Your Honor.

24            THE COURT:  If you want to state it exactly, that's

25   fine, or if you want to, in light of what Ms. Barr just said,

K. Lytle Hernandez - D

1    rephrase it.

2            MS. CLARK:  Thank you, Your Honor.  I'll do my best.

3    BY MS. CLARK:

4    Q    Professor, I asked you a question earlier in our

5    discussion about the scope of racial animus and how "Mexican"

6    was defined as a racial category and the breadth of --

7    contemporary to the laws -- how they defined this racially

8    discriminated against group.  So would it be fair, based on

9    your answer from before, to use the term "Latinos" in asking

10   you about disparate impact?

11   A    In terms of the culture and practice of racialization in

12   the 1920s, the fear was not people of mixed Mexican origins.

13   The fear was people of mixed race and largely indigenous coming

14   from south of the border.

15           I didn't talk about this before, but if you go back

16   to 1925, the year after the passage of the 1924 legislation,

17   the Secretary of Labor, James Davis, who was a eugenicist,

18   often utilized eugenecist research, he sponsored a study

19   called -- can I grab the title of the study, or I can put it in

20   the record later.  It is *The Racial Problems of Immigration*

21   *from Latin America and West Indies*, or something like that.

22           That study goes through and looks at every nation

23   south of the border and provides a racial analysis of what that

24   community is.  It has a summary at the end that the problem is

25   these "Indians," these "indigenous folk," these "mixed race

K. Lytle Hernandez - D

1   folk" coming from south of the border, and we need to add these
2   communities to the national origin system to keep them out.
3          The issue is that, in the 1920s, the vast majority of
4   those people who were crossing the border were Mexicans, and
5   that became the term that was used; that the fear was about
6   Latinos.  The undergirding fear was more broad than that.  So I
7   don't have a problem with using the term "Latino."  At the time
8   they would have used the term "Mexican," but they would have
9   been imagining Latino.
10  Q    How would a person who was perhaps a citizen or from the
11  area of Guatemala who was indigenous, how would they fit into
12  that category you described?
13  A    Well, an economist from California described Mexican
14  immigration in 1929 as the largest Indian migration across the
15  border of all time -- or into the United States of all time.
16  Again, this is how people are thinking about this foreign
17  immigration.  The indigeneity component is enormous, but that
18  is one of the major concerns.
19         Many people who were eugenecists during this time
20  period would have argued that the United States, as a white
21  nation, had eradicated its Indian problem.  Why would we invite
22  more Indians in now?  And so that is the fear.  Indigeneity is
23  crucial to that, and the fears of contamination of Latin
24  American populations with black blood is also a core component
25  here.

K. Lytle Hernandez - D

1    Q    And the references to "black blood" and "Indians," we can
2    see that directly in the text from the legislature; is that
3    right?
4    A    You can read it in the Congressional Record.  You can also
5    read it in the publications of leading eugenecists during this
6    time period, including Harry Laughlin, who is being brought in
7    as an expert.
8    Q    So having defined the term -- using "Latinos," which I
9    understand to be a more updated 2021 way of referring to people
10   from Latin America, what did your research show about a
11   racially disparate outcome -- a racially disparate impact from
12   that group from this law of 1929?
13   A    It had a vast, significant, and immeasurable impact.  So
14   looking at the U.S. Bureau of Prisons records and I believe the
15   U.S. Department of Justice records as well, annual reports in
16   particular, I was able to create a table of who was being
17   prosecuted in prison on unlawful reentry charges.  During the
18   1930s, it hovers between 85 percent and 99 percent of the
19   people who are in prison are Latin Mexican nationals.
20            THE COURT:  Were you able to drill down any further
21   to know why were they in prison?  Were they in prison for
22   immigration offenses or other types of offenses?
23            THE WITNESS:  I believe unlawful reentry was the
24   leading charge that I was calculating for these prosecutions.
25   Of course, human smuggling during that time period would have

K. Lytle Hernandez - D

```
 1   been an issue as well.
 2   BY MS. CLARK:
 3   Q    Professor, you just referred to a table.  Was that table
 4   published in one of your books or publications that you
 5   created?  Is that in your academic work out there?
 6   A    The table is not published, but this research is published
 7   in City of Inmates.  In the footnote I provide you precisely
 8   which annual report you can go to.  I believe it is 1937 --
 9   maybe it's Bureau of Prisons that has the table that breaks it
10   down.
11   Q    I briefly lost audio.  I don't know if the Court could
12   hear the end of the Professor's comments.
13           THE COURT:  Let me ask our court reporter, what were
14   the last words of what the professor said that you got?
15           THE COURT REPORTER:  One second, Judge.
16           THE COURT:  Take your time.
17           THE COURT REPORTER:  "That has the table that breaks
18   it down."
19           THE COURT:  All right.  Then that's the end of our
20   audio.
21           Professor Lytle Hernandez, if that was the end of
22   your sentence, fine.  If you said more, would you repeat it,
23   please.
24           THE WITNESS:  Sorry.  I don't recall exactly what I
25   said.  I was saying that you can find in my book,
```

K. Lytle Hernandez - D

1    *City of Inmates*, this research on prosecutions and imprisonment

2    for unlawful reentry.

3              THE COURT:   Thank you.

4              THE WITNESS:   There is a table that is provided in

5    one of the annual reports from 1937 that breaks it down.

6              THE COURT:   Thank you.

7    BY MS. CLARK:

8    Q    You mentioned to the judge that there would have been a

9    direct connection between illegal reentry as a crime and those

10   arrests, detentions, and convictions?

11   A    Yes.  Absolutely.  So in this time period, it's largely

12   the U.S. Border Patrol that's doing the arrests for unlawful

13   reentry, and the U.S. Border Patrol is largely focused on

14   policing Mexican immigration.  So that was a pathway into

15   prosecution and imprisonment for Mexican immigrants in

16   particular during this time period -- a predictable pathway.

17   Q    So in our opening remarks and the areas of the judge's

18   interest today, we're discussing the course of criminal

19   immigration law over the years, to your knowledge has that

20   disparate impact that you saw -- you mentioned like a table

21   from the 1930s -- has that ever been updated?

22   A    Yeah.  So the recordkeeping on this is not clean, but the

23   number of prosecutions have ebbed and flowed over time.  But to

24   my knowledge, the disparate impact upon Mexicans and Latinos

25   has not shifted.

K. Lytle Hernandez - D

```
 1   Q    By that, you mean who is being prosecuted?  Would you say
 2   there has always been some or there has always been a majority?
 3   A    Well, again, the record and data drops out in the 1940s
 4   and 1950s to a certain degree, but, of course, that's also the
 5   same time period of Operation Wetback.  It begins in actually
 6   1950, again, helping us to find the correlation between
 7   policing of the southern border and these prosecutions.  I
 8   can't provide you the data, as it is not available, but it is
 9   my understanding that the large segment and disproportionate
10   impact of arrests, prosecutions, and imprisonment on 1326
11   generally across time remains focused on Latino immigrants.  We
12   have got data from 1930s.  We have got data more recently.
13   It's more uneven in between.
14   Q    The judge brought up the 1952 Act earlier and a statement
15   about whether contains -- from the Act at the time -- about
16   whether it would have contained any iota of discrimination --
17   to summarize.  As a historian of this topic, how would you
18   describe 1952 as a moment in the course of criminal immigration
19   history?
20   A    Well, of course, supporters of the 1924 Act also said that
21   does not contain one iota of discrimination, and that's in the
22   Congressional Record.
23             THE COURT:  One second.  How would I find that?  I
24   would like to find that.
25             THE WITNESS:  I will send it over.
```

K. Lytle Hernandez - D

1           THE COURT:  Where would I find it?

2           THE WITNESS:  I will pull it.  Can I send it to you?

3           THE COURT:  Send it to Ms. Clark, and Ms. Clark will

4   file that as a supplemental exhibit.  If they made a similar

5   statement in the 1924 Act, I would be interested in seeing that

6   in the Congressional Record.

7           THE WITNESS:  I am happy to send it.

8           In 1952, it maintains --

9           THE COURT:  What was that?

10          THE WITNESS:  It actually applies quotas to West

11  Indian nations or colonies, and this is a mechanism to reduce

12  the number of black immigrants who are coming in.  It also

13  ignores the disparate mechanisms that are impacting the Latino

14  immigrants.  It really just doesn't address 1325 and 1326.

15  That omission is a continuation of the disparities that began

16  in the 1920s.  Most significantly, the 1952 Act institutes

17  something called the "Asia-Pacific Triangle," which bars -- it

18  doesn't bar.  But it limits Asian immigration to the

19  United States while also sweeping all persons of Asian descent

20  into this sort of geographic limitation.

21          So the 1952 Act was complicated.  Yes, it creates a

22  new form of color-blind citizenship by affirming the end to

23  barring people who are ineligible for naturalization, but it

24  also creates a new quota system that has racially disparate

25  impacts.

K. Lytle Hernandez - D

BY MS. CLARK:

Q    Was the racially discriminatory motivation -- was there a racially discriminatory motivation, at least in part, that continued through 1952 and onward in powerful policymaking that would have been --

A    I don't see it explicitly stated in the Congressional Record, and so that was a little bit more difficult to parse out.  But you do have this issue of the continuation -- the un-addressing of the 1929 legislation -- in particular, the refusal, which to me as a historian is quite interesting, to not engage with what is happening in a popular sense in the country around policing Mexican immigration, around this build-up of Operation Wetback.  That is still unaddressed in 1952 legislation.  It strikes me as a selective omission as to what is occurring.

Q    We've talked about disparate impact in terms of Section 4 and 1952 and perhaps we will talk onward about who is allowed to immigrate.  I wanted to ask you about how the criminal code -- rather than, like, who can immigrate code -- how that related as a tool of exclusion but as a racialized tool of exploitation.

A    Yeah.  We could definitely talk about that.  As a racialized tool of exploitation, there is a learning curve that happens during the 1920s.  So early on, employers in the American West don't want to see any numerical caps on Mexican

1    immigration, but they do understand the power of deportability;

2    that in their relations and negotiations with employees they

3    can leverage deportability as an additional tool to utilize in

4    their negotiations with the threat of, "Well, look, I can call

5    the border patrol, and you'll be out of here, or you can get

6    back to work for the price I just offered you."  And that is

7    explicitly happening across the border region.  Whether people

8    are documented or not, that's a threat that is utilized.

9           There are some good quotes from the

10   Congressional Record and from some oral histories and testimony

11   taken during this time period about, "Well, they're a very

12   docile labor force.  All we have to do is call the sheriff, and

13   the sheriff will come and force them."

14          What happens after 1929 is an increasing appreciation

15   to the power of the threat of imprisonment in those

16   negotiations as well.  So you have adjoining deportability with

17   the threat of imprisonment, which further marginalizes an

18   undocumented labor force, which they are all utilizing and

19   encouraging to come.  So that is certainly happening during

20   this time period, and it is rationally meted out.  That threat

21   of deportability is not utilized against European immigrants in

22   particular.  It is marshaled and leveraged against Latino

23   immigrants almost strategically and systematically.

24          You had mentioned something about criminal code.

25   There is another interesting change that happened in 1954, and

K. Lytle Hernandez - D

1    we've talked about Operation Wetback.   Operation Wetback is a
2    massive law enforcement campaign that explicitly targeted
3    Mexican immigrants.   Border officers are given pieces of paper.
4    They put them in the back pocket, and it says, "Go find
5    undocumented Mexican immigrants."
6          Within weeks of that ending, that campaign ending and
7    this proclamation that this crisis is over, the border patrol
8    issues a statement that says, "We are no longer going to refer
9    to 'documented Mexican immigrants' as 'wetbacks.'  That's a
10   thing of the past.  We are now going to refer to 'undocumented
11   Mexican' immigrants as 'criminal alien.'"
12         And there is this shift that happens immediately in
13   the rhetoric and language about how "undocumented immigrants"
14   south of the border are defined.  And the language that had
15   been used is directly replaced -- "wetback" is directly
16   replaced with "criminal alien," and that becomes the new
17   terminology for immigrants from south of the border.  So this
18   criminalization piece is intensifying during this time period.
19         THE COURT:  So you used the term "criminal aliens"
20   that you just described.  When and how did we get to the common
21   usage of the phrase "illegal alien"?
22         THE WITNESS:  That's a good question.  I'm not sure I
23   can track that totally for you.
24   BY MS. CLARK:
25   Q    So in your scholarship of study, did you see any

K. Lytle Hernandez - D

1    legislative history of how Congress looked back at the racial

2    animus of the way this was enacted in any formal way after

3    1929's legislation?

4    A    Yeah.  I have found no such record.  I have consulted with

5    historians, and we have found no such record of a conversation

6    looking back to redress racial animus in the 1929 legislation.

7    Q    And are there other comparative examples, though, of when

8    Congress does look back, what that looks like when they are

9    trying to sort of step up their act about racism -- even

10   facially neutral but a discriminatory policy?

11              MS. BARR:  Objection, Your Honor.

12              THE COURT:  Basis.

13              MS. BARR:  This exceeds the scope of her expertise,

14   and it's a legal question --

15              THE COURT:  Slow down.  Start from the top.  What's

16   your basis?

17              MS. BARR:  This exceeds the scope of her stated

18   expertise.  It is not specifically an immigration-related

19   discussion or an immigration-related history or a

20   law-enforcement-related discussion.  It asks her to address

21   other laws of unknown and infinite nature for which she has not

22   been qualified as an expert and for which, Your Honor, you are

23   the expert on the law.

24              THE COURT:  Let me ask our court reporter if you

25   could read back precisely Ms. Clark's question.

K. Lytle Hernandez - D

1               (The last question was read.)

2               THE COURT:  The objection is overruled.  You may

3    answer.

4               THE WITNESS:  I can certainly answer that in the

5    realm of my expertise in immigration history.

6               In 1943, Congress went ahead and overruled or banned

7    the Chinese exclusion.  Subsequent to 1965, Congress went and

8    looked at the national quota and origin system and decided that

9    that was discriminatory and unfair and having a discriminatory

10   impact or exacerbating the extent, especially after

11   World War II -- during and after World War II.  So that's

12   another example of when Congress substantively engaged the

13   racial animus and the discriminatory impact of immigration law.

14              THE COURT:  By the way, now that I have interrupted

15   that flow, I want to go back and clarify some terminology that

16   you used a few minutes ago.  I believe you said, Professor,

17   that "85 to 99 percent of unlawful reentry offenders were

18   Mexican nationals."  I also heard you describe the disparate

19   impact on Latinos.  I heard and I recall what you testified

20   about how "Mexican" -- that word was shorthand for indigenous

21   and mixed-race people coming from the United States's southern

22   border.

23              So when you said "85 to 99 percent of unlawful

24   reentry offenders were Mexican nationals," did you mean that in

25   the literal sense of coming from Mexico or Mexico national

K. Lytle Hernandez - D

1  origin, or did you mean that as you previously described,

2  "Mexican" sometimes being used as a racial term, as you

3  described equivalent to "Latinos"?

4       Could you clarify that for me.

5       THE WITNESS:  That would have been in the literal

6  sense of "national origin."  Why is that?  Because during this

7  time period, that's the vast majority of Latino immigrants who

8  are crossing the border are coming from Mexico.  That flow of

9  immigration steadily increases as you get into the 1970s and

10 1980s or extends south in Central America and elsewhere.

11      THE COURT:  Understood.  Thank you.

12      Back to you, Ms. Clark.

13 BY MS. CLARK:

14 Q    Following up on that, how did Congress address or

15 policymakers address this overwhelming disparity of Latinos or

16 Mexicans being impacted by these criminal statutes?

17 A    I am unaware of any substantive conversations that

18 happened to address the racial animus and disparities of 1325

19 and 1326.

20 Q    Did the penalties ever increase?

21 A    Yes.

22 Q    I want to recap your expertise -- not too much.  I wanted

23 to -- if the Court feels it would be helpful, to emphasize how

24 it is you know these things to be true as a historian -- not in

25 a great detailed answer, but these are things that are based in

K. Lytle Hernandez - D

1    reliable methodology.
2              THE COURT:  In other words, you are asking:  How do
3    historians know history?
4              Okay, I'm interested in the answer.
5              MS. CLARK:  Thank you, Your Honor.
6              THE WITNESS:  So as a trained historian, the archive
7    is my favorite place on earth and my best friend.  So I spend
8    hour after hour, day after day, week after week going to places
9    like the National Archives, going to places like the Border
10   Patrol Museum in El Paso, going to places like the
11   Archivo General de la Nacion in Mexico City to dig deep into
12   the pieces of paper that remain from these time periods.  So I
13   have read extensively in immigration law enforcement in
14   particular from records that are maintained across the country.
15   I have also looked at the Congressional Record on these issues.
16   I have consulted with oral histories and in regular
17   conversation with fellow scholars and experts in the field.
18   Q    So is it your professional opinion and informed opinion
19   that there was a racially discriminatory motivating factor in
20   the enactment of the illegal reentry law?
21   A    It is my professional opinion.
22   Q    Is it your professional opinion that the enactment of
23   illegal reentry has disproportionally affected nonwhites,
24   specifically Latinos and indigenous people, from entering south
25   of the Mexican border?

K. Lytle Hernandez - D

1    A    That is correct.

2         MS. CLARK:  I have no further questions, unless

3    Your Honor has any follow-up.

4         THE COURT:  I do.

5         In a few moments, Professor Hernandez, I'm going to

6    invite the Government's attorney to ask you some questions in

7    cross-examination.  But before I do that, I want to follow up

8    with you with a question on historian methodology.  So I'm

9    going to be asking you a moderately odd hypothetical question.

10   It may or may not be unfair.  But I want it to be clear that

11   I'm not asking about law.  I'm asking about professional

12   historians' practice and perception.

13        I would like you to assume a couple of things:  I

14   would like you to assume that there is plenty of evidence today

15   that there is plenty of racism in the United States American

16   society today.  I'm not going to use the phrase "systemic

17   racism," but assume there is plenty of evidence that we still

18   have racism and the problem of racism among us in the country

19   today.

20        Now, I'd like you to assume that a law like what

21   President Biden just proposed in United States Citizenship Act

22   of 2021 is passed, and as I described earlier, assume it is a

23   comprehensive bill that Congress passes to modernize our

24   immigration system; that it provides a path to citizenship, it

25   cracks down on criminal organizations, it does what I think is

K. Lytle Hernandez - D

1    referring to as prioritizing smart border controls, supplements

2    border resources with technology and infrastructure, all of the

3    things that it describes.  It provides additional support for

4    asylum seekers, things like that.

5               But also assume it continues to criminalize illegal

6    reentry.  It makes it a felony.  You go to prison.  It

7    criminalizes illegal reentry.

8               Are you following me?

9               THE WITNESS:  Yes.

10              THE COURT:  With those assumptions -- and this is the

11   unfair part of the question -- I would like you to talk to me

12   from the perspective of a historian 50 years from now in the

13   year 2071.  And there's a court proceeding in the year 2071,

14   and probably the technology will be a little bit better for

15   these types of video conference interactions.  One of the

16   relevant questions to the professional historian in 2071 was

17   whether or not racial animus that started in the Undesirable

18   Aliens Act of 1929, or even before that, that continued

19   perhaps -- let's assume hypothetically that continued through

20   the 1952 recodification and the INA, maybe it continued through

21   the other statutes since then; that racial animus continued.

22   But now the relevant question for one of your proteges who will

23   be testifying in 2071 is:  Did that racial animus continue to

24   exist in the passage of my hypothetical, the U.S. Citizenship

25   Act of 2021, and was there still evidence of discriminatory

K. Lytle Hernandez - D

```
 1    impact?
 2              Let's assume that even after 2021 most of the people
 3    who are criminally prosecuted for illegal reentry are people
 4    who have crossed our southern border.  Can you talk to me about
 5    how would a historian, really, in 2071, go about answering that
 6    question of whether or not we should continue to find a
 7    continuity of racial animus underlying the illegal reentry
 8    criminal offense that has been readopted in my hypothetical
 9    U.S. Citizenship Act of 2021.
10              Do you understand my question?
11              THE WITNESS:  I think I do.
12              THE COURT:  All right.  The floor is yours.
13              THE WITNESS:  You began with the question of the
14    historians' method, and a key component of what we do is we
15    look for change and, as you mentioned, continuity over time.
16    That's how a historical analysis narrative is built -- is at a
17    moment of change, what caused the change, how did it shift, and
18    looking for continuities.  How did things stay the same?  If it
19    is facially changed, how did the outcome stay the same?
20              So a key example would be the shift from enslavement
21    to emancipation.  What changed?  Emancipation, the legal
22    structure around black --
23              THE COURT:  One second.  There was an audio problem.
24    Would you start that sentence again.  A change from what to
25    what?  The audio was cracking.
```

K. Lytle Hernandez - D

1          THE WITNESS:  One example would have been the shift
2    from enslavement to Jim Crow.  There is a massive legal set of
3    legal and social changes and political changes and cultural
4    changes that accompany that.  There is also a threat of
5    continuity that develops with the passage of the now infamous
6    state laws and vagrancy codes that help to re-subrogate
7    African-Americans as well.  That's one very clear well-known
8    example of how historians have looked at change and continuity.
9          I think that this would be in some ways a very
10   similar story.  We would be looking for the changes and the
11   continuity over time.  The continuity would be in the disparate
12   impact.  The continuity would be in distinctions such as what
13   population is disparately criminalized and imprisoned:  People
14   who are here without papers, because they've overstayed a visa
15   or people who cross the border?  And that was a decision that
16   was made back in the 1920s around which populations are more
17   likely to arrive with a visa and which populations are more
18   likely to cross the border.
19          One population, relief is offered to time and time
20   again.  My colleague, Mae Ngai, has a wonderful op-ed in the
21   LA Times about how grandma got legal and all of the relief that
22   was offered to European immigrants -- disproportionally
23   European immigrants over time for overstaying visas or falling
24   out of status.
25          At the same time you have the continually

K. Lytle Hernandez - D

1    intensifying sentencing and punishment for the criminalization
2    of undocumented border crossings, which is disproportionally
3    attack Mexicans and Central American immigrants.
4              The other piece I would be looking for as an
5    historian is the construction of a logic of why that makes
6    sense over time.  That logic was not in place in 1929.  It was
7    created over time.  I will give one example that comes directly
8    from my work -- from my book on the U.S. Border Patrol.  Again,
9    we talk about that shift that happened in the general
10   understanding of the illegal immigration problem in the late
11   19th century with Chinese immigrants and the 20th century being
12   about Mexican immigrants.  This logic becomes consecrated
13   really by the U.S. Supreme Court in a decision in the
14   mid-1970s, Brignoni-Ponce, which says "Mexican appearance" is
15   an indicator of having illegally crossed of the border or being
16   here without authorization.  This is really important to the
17   unique history, is their example for the rationale as to why
18   that makes sense.  We all know that undocumented -- that it is
19   Mexicans who are likely to be undocumented.  That historical
20   analysis becomes consecrated in law and practice in the
21   mid-1970s with that U.S. Supreme Court ruling.
22             So I'd keep looking for how these threads of
23   continuity continue over time and deliver us to 2021, in which
24   a moment that when our detention centers and our prisons are
25   filling up with a certain population -- in this case it is

K. Lytle Hernandez - D

 1    Latinos -- why that does not send off alarm signals immediately
 2    to people, because over time we've created a common sense that
 3    that is the population that is naturalized as the undocumented,
 4    as the guilty of this act.  So for me, as a historian, that's
 5    what I would be looking for -- what is the thread of continuity
 6    that draws these all together; what are the changes that happen
 7    over time as well.
 8            Does that answer your question?
 9            THE COURT:  It does.  And now taking that
10    methodology, now can you apply it to what we've seen from 1929
11    to 1952?
12            THE WITNESS:  1929 to 1952?
13            THE COURT:  Right.  Basically from the first
14    criminalization of illegal reentry up to the 1952 massive
15    recodification of our Immigration and Nationality Act that
16    continues though to criminalize illegal reentry.
17            So based upon using that methodology, what does that
18    teach us about the status of that criminalization or basically
19    the recodification in 1952?  Was my question clear?
20            THE WITNESS:  I think so.  We may have some
21    conversation as we move along to make sure that we get to the
22    same place we want to get to.
23            What I would be looking for -- and we have talked
24    a lot today about the Congressional Record and the individuals
25    involved in the case, and certainly that's important.  But I

K. Lytle Hernandez - D

1    would also be looking for the context and the outcome.  So the

2    context in which the 1929 legislation gets its force is the

3    context in the 1930s in particular and into the '40s and '50s

4    in which Mexican immigrants are becoming known as outsiders

5    within the United States.

6            This happened once in which law enforcement embodied

7    that category of so-called "illegal aliens" with people from

8    Mexico.  So you've got this thing called "deportation" that's

9    generalized and all kinds of people could fit into that.  But

10   the border patrol is bringing one population to that category,

11   the support team.

12           By the 1930s, that's really consolidating -- the

13   Mexican immigrant population is brand-new.  They just started

14   coming in in the early 20th century.  "Who are they?  Are we

15   going to have a race problem like we had with

16   African-Americans?  What are we supposed to do with them?  They

17   are not white; they are not black.  Oh, they're the illegal."

18   And that starts to come together for the U.S. Border Patrol in

19   the 1920s and that deepens after the passage in 1929.

20           The House still legitimates the mass repatriation and

21   deportations of the 1930s, where you have cities like

22   Los Angeles, who have a third of their Mexican immigrants and

23   Mexican-American population emptied out because of deportation

24   or repatriation.

25           This carries us into the 1940s, when you have the

K. Lytle Hernandez - D

1   establishment of a bi-national program to make sure that

2   Mexican immigrants come in on a temporary basis.  That's the

3   Bracero Program.  About 2.5 million Mexican immigrants come and

4   go on that program.  They are supposed to stay only for six

5   months and then leave.

6         Then you're heading into the 1950s.  One quibble I

7   would have with the way that Operation Wetback is often

8   discussed, and I have written a probably the seminal article on

9   Operation Wetback.  It is called *The Crimes and Consequences of*

10   *Illegal Reentry*.  It was published in the *Western Historical*

11   *Quarterly*; it's peer-reviewed.

12         The one quibble I would have with the prevailing

13   understanding of Operation Wetback is that it is described that

14   as something that happens in 1954.  Well, in fact, it began

15   back in 1950.  So these mass operations -- planes and trains

16   and boats and trucks that are descending upon areas where

17   Mexican immigrants are known to be working -- and then picking

18   them up en masse -- that begins prior to the 1952 legislation.

19   These images of these mass deportations are being splattered

20   and splashed across the media.

21         So everyone has a strong sense heading into 1952 that

22   there is a crisis around undocumented immigration, even around

23   1326.  So that, to me, as a historian, tells me:  Hey, didn't

24   it address the 1952.  And it didn't get addressed in 1965.

25   This is a selective omission to not deal with the harms that

K. Lytle Hernandez - D

 1    are happening at the southern border and targeting disparately

 2    Mexican and Latino immigrants.  So that's the kind of context.

 3            I think I read somewhere that you read this book,

 4    *One Mighty and Irresistible Tide*, which is fantastic.  A part

 5    why I recommend the Mae Ngai book is this wonderful complement

 6    to that book, because *One Mighty and Irresistible Tide* focuses

 7    on the issue of European immigrants and quotas.  It does not do

 8    such a good job dealing with what's happening around Asian

 9    immigration and Latino immigration.  That's where the

10    *Impossible Subjects* book really focuses.

11            So that's what brings us into 1952.

12            THE COURT:  Thank you.

13            By the way, to disclose to counsel, during our

14    break -- frankly, I think it was about 15 minutes ago, I just

15    ordered Mae Ngai's book, so just fair disclosure.

16            By the way, you were also talking about the

17    transition from the migration relationship between

18    African-American migration and where it was going.  I did find

19    *The Warmth of Other Suns* to be very, very informative.  I

20    haven't gotten that far into *Caste* yet, and that's a different

21    yet.  By the way, I also loved Henry Louis Gates Jr.'s book

22    *Stony The Road* and David Blight's book *Frederick Douglass:*

23    *Prophet*.  Those are different issues.

24            All right.  We now have an opportunity to hear

25    questions or cross-examination from the Government's attorney

K. Lytle Hernandez - X

1    to Professor Lytle Hernandez.  After cross-examination, and

2    redirect, we will then take another recess, unless someone

3    needs one sooner, in which case, speak up; otherwise, Ms. Barr,

4    the floor is yours.

5              MS. BARR:  Thank you, Your Honor.

6              I would like to start by saying, and I hope the Court

7    doesn't find this inappropriate or defense counsel or

8    Professor Lytle Hernandez finds this inappropriate, but in

9    light of Your Honor's comments just now, I would like to say

10   that I have read Professor Lytle Hernandez's book *Migra*.  I

11   have also Mae Ngai's book, and I find them to be fascinating.

12   And I appreciate the contributions and the scholarship in this

13   area.  I think it is extremely interesting and extremely

14   useful, and so I do appreciate that.

15             THE COURT:  There's nothing inappropriate about that.

16   Good book recommendations are always welcome.

17             MS. BARR:  Thank you, Your Honor.  So with that, I

18   will get to my questions.

19                         CROSS-EXAMINATION

20   BY MS. BARR:

21   Q    Professor, I have a quick question addressing something

22   you mentioned in your direct examination, and that was that in

23   1928 American officials in Mexico were ordered to deny visas.

24   But prior to that -- 1928 -- isn't it true that Mexicans were

25   exempt from the visa requirements?

K. Lytle Hernandez - X

1    A    So your question is prior to 1928 were Mexicans exempt

2    from visa requirements in particular or administrative

3    procedures in general?

4    Q    Isn't it true that Mexicans were exempt from visa

5    requirements or the administrative entry procedures around and

6    at the time of World War I?

7    A    That is true around World War I, but it becomes

8    implemented, I believe, by 1921.

9    Q    I would like to ask you some questions about a statistic

10   that is cited to you in the defendant's motion, and I will read

11   to you that statistic now.

12           THE COURT:  Read slowly, remember.

13   BY MS. BARR:

14   Q    "Within a year of the 1929 law's passage, the Government

15   has prosecuted 7,001 border crossing crimes; by 1939, that

16   number rose to over 44,000."

17           Again, this statistic is cited to you.  What does

18   "border crossing crimes" mean in the context of this statistic?

19   A    I would need to double-check, but I am quite confident

20   right now that that is around unlawful reentry charges,

21   immigration crimes in particular or, in general, unlawful

22   entry.

23   Q    Does the source data that you used to create the statistic

24   differentiate between illegal reentry, illegal entry, alien

25   smuggling, other criminal border-crossing-type crimes?

K. Lytle Hernandez - X

1   A    Again, I would need to double-check, but it's immigration

2   offenses in general and that unlawful reentry was the

3   escalating crime at the time.

4   Q    In the decade of 1929 to 1939, that was largely the

5   Great Depression, right?

6   A    Correct.

7   Q    Do you agree that the normal act of sovereignty would be

8   countries to use legitimate tools to prevent noncitizens from

9   taking what it believes to be scarce jobs from the

10  United States citizen?

11  A    Are you asking me a question as an immigration historian?

12  Q    Yes.

13  A    So do I believe that the United States has a right as a

14  sovereign nation to keep people out so they don't utilize

15  social services?  Did I understand that correctly?  Can you

16  rephrase?

17  Q    Do you agree that a normal act of sovereignty would be for

18  a country to use --

19          THE COURT REPORTER:  Ms. Barr, would you please start

20  over.

21  BY MS. BARR:

22  Q    Do you agree that a normal act of sovereignty would be for

23  a country to use legitimate tools to prevent or control

24  noncitizens from taking scarce jobs in the United States?

25  A    Well, I think that it was established in case law by the

K. Lytle Hernandez - X

1    1930s that there was a sovereign right to control immigration

2    to the United States and to manage that population and its

3    removal from the country.

4    Q    And other countries criminalized illegal reentry; is that

5    right?

6    A    That, I don't know.

7    Q    Okay.  In the early part of this time period, 1929 to

8    1939, industrialization had shifted and unskilled labor wasn't

9    as necessary except in the southwestern agribusiness area; is

10   that right?

11   A    Well, that shift happened earlier than 1929.  It's part of

12   the conversation in the Congressional Record around national

13   origin restriction, that is certainly true.  But this

14   mechanization took a fairly significant -- an extensive

15   happening even in agricultural.  That's why they are called

16   "The Factories of Field" during this time period.

17   Q    Isn't it true that a part of Mae Ngai's

18   *Impossible Subjects* is a finding that one of the trends that

19   has led to this era of immigration restrictionism is that there

20   was a reduced need for mass labor to feed industrial

21   capitalism?

22           MS. CLARK:  I object on foundation.  We're talking

23   about another text.

24           THE COURT:  Okay.  I generally don't like speaking

25   objections.  I understand your objection.  It is overruled.

K. Lytle Hernandez - X

```
 1              THE WITNESS:  You know, it's so funny, because I was
 2    reviewing Mae Ngai's book in preparation for this.  Am I
 3    allowed to look at the book at this moment?
 4              THE COURT:  Sure.  But if you are going to read from
 5    something, No. 1, read slowly; No. 2, tell us what page number
 6    you are reading from.
 7              THE WITNESS:  Sure.  Can you give me a moment?
 8              THE COURT:  Sure.
 9              THE WITNESS:  Do you recall the page number you're
10    citing, and I can go right to it?
11              MS. BARR:  I can direct you generally to page 19?
12              THE WITNESS:  Sure.
13              MS. BARR:  Your Honor, I can withdraw and re-ask my
14    question reading from the book.
15              THE COURT:  All right.
16              Professor Lytle Hernandez, Ms. Barr is going to ask
17    you a different question.  Let's hear the question, and then
18    I'll invite you to answer the new question.
19    BY MS. BARR:
20    Q    On page 19 of *Impossible Subjects*, Mae Ngai says, "In the
21    economic realm, by 1920 the country simply no longer needed the
22    same levels of mass immigration."  She then says, "By the
23    1920s, industrial capitalism has matured to the point where
24    economic growth could come more from technological advances in
25    mass production than from a continued expansion of the
```

1    manufacturing workforce."

2            Do you agree with that?

3    A    I can confirm that that was written on page 19.  I would

4    say that's a little bit like looking at the tree and missing

5    the forest.  The next chapter and the entirety of the book is

6    focused on the racial dynamic of immigration control.  So

7    that's a moment where she establishes that there are shifts

8    happening in the economy and yet makes an argument about the

9    significance of race in driving changes in immigration law.

10   Q    So you agree with that statement that I read?

11   A    In the particular but not in the general.  The thrust of

12   that book is about race.

13   Q    During the decades 1929 to 1939, as stated in the

14   statistic I read earlier, the total number of border patrol

15   officers increased; isn't that right?

16   A    I don't recall the exact number of border patrol officers.

17   Q    You don't know whether the number of officers increased

18   from 1929 to 1939, generally speaking?  I'm not asking for a

19   specific number of personnel.

20   A    I thought you said "as you had stated."  Did we go over

21   that?

22   Q    If I said that, that was not my intent, and I'll rephrase

23   the question.

24           During the decade of 1929 to 1939, which is in the

25   statistic that is cited to you, is the number of border patrol

K. Lytle Hernandez - X

1    officers increased?  Yes or no?

2    A    I would want to recheck my book before I answer that

3    question.

4    Q    You can't say as a historian and expert and MacArthur

5    "genius" fellow on the history of criminal immigration law

6    enforcement whether or not generally the number of border

7    patrol officers increased in a decade, which is a seminal

8    decade, according to you, during this period of immigration

9    enforcement?

10   A    I would like to check whether or not the number of

11   allocated officers increased as opposed to the number in bodies

12   of officers increased.  So I want to be very clear and accurate

13   in my presentations here today.  So if you want to give me a

14   moment, I would be happy to take it.

15            THE COURT:  By way the way, can you point out the

16   distinction you just made to me?  What are those two different

17   terms?

18            THE WITNESS:  Sure.  So the number of allocations for

19   border patrol officers steadily inclined across the

20   20th century, but their ability to keep people in those

21   positions is pretty unstable during the 1920s and 1930s.  So

22   that's one of the distinctions I want to be super clear about

23   as we are having this conversation.

24            THE COURT:  How long do you think it will take you to

25   check that data?

K. Lytle Hernandez - X

1          THE WITNESS:  I have got the book right next to me.

2          THE COURT:  All right.  Go ahead.  You may.

3          (Pause in proceedings.)

4          THE WITNESS:  Ms. Barr, could you give me the pages

5    that you found that?

6    BY MS. BARR:

7    Q    This is a federal assessment that I'm surmising from the

8    course of your book in which you discussed at length and which

9    you briefly mentioned today in your direct testimony how, at

10   the beginning of the U.S. Border Patrol, it started with sort

11   of a ragtag crew full of United States citizens/local members

12   of the Southwest border community, and it grew to become the

13   large law enforcement criminal mission agency that we have

14   today.

15   A    Yes.  I think that explains why I'm not able to

16   immediately find it.  So certainly the allocation for border

17   patrol officers and the number of border patrol officers

18   increased between 1924 and certainly World War II.  The actual

19   numbers in those positions shifts over time for a variety of

20   reasons.  But I don't see in here where I actually document

21   between -- what did you say -- 1929 and 1939 -- a number.  As a

22   scholar, I cannot answer a question specifically that I have

23   not taken a very close look at.  I'm trying to be very careful

24   in my answers here.

25   Q    Okay.  And I would like to be very clear in my question

K. Lytle Hernandez - X

1    just to make sure that there is no lack of clarity.  I am not
2    asking about turnover.  I'm not asking about specific personnel
3    decisions.  I understand from your book that, particularly in
4    the early days of border patrol, it was tough work.  They're in
5    hot conditions, desert conditions; people didn't like that
6    work.  There was a lot of turnover.  I get that.  That's not
7    what I'm asking.  I'm asking a very general question over a
8    decade of 1929 to 1939 did the number of border patrol officers
9    increase?
10   A    I really can't answer that for you.  So you have cutbacks
11   that are happening across the federal government, and there are
12   shifts moving forward in terms of the turnover issue.
13   Q    Okay.  I'll move on.
14            Over the course of this decade isn't it true that the
15   systems of border patrol enforcement changed?  So like I said,
16   it started, at least my understanding from your book, sort of a
17   ragtag crew.  There wasn't a lot of centralized guidance coming
18   down from the central agency.  They were implementing the law
19   as they sort of locally understood it to mean.  Then over time,
20   including during this decade, 1929 to 1939, that changes.
21   There is a more centralized mission and more centralized
22   directives; is that true?
23   A    That is true.  I wouldn't -- yes, it is a local direction
24   from the 1920s, but it is a regional culture that's at play.
25   But more training is developed in the early 1930s certainly.

K. Lytle Hernandez - X

1    Q    In fact, in 1937, the Immigration Service created the

2    Border Patrol Training School in El Paso, Texas, and began to

3    require all new recruits nationwide to attend that training

4    facility; is that right?

5    A    Correct.

6    Q    And along with this trend, during this time, tools and

7    technology available to border patrols improved; isn't that

8    right?

9    A    I don't know what you mean "improved."  Can you be more

10   specific?

11   Q    For example, in your direct testimony, when you talked

12   about Operation Wetback, you talk about planes and trains, and

13   you may have said boats and all of these other things.  I

14   believe in your book you mentioned radio operations and things

15   of that nature improved.  So wasn't that happening at this time

16   as well?

17   A    Certainly.  After World War II, border patrol, as well as

18   other law enforcement, gets active to new technology.  That's

19   certainly true.

20   Q    So there were no improvements in technology or changes in

21   the tools used to execute their mission in the decade of 1929

22   to 1939?

23   A    When the border patrol first began, it was mostly horses.

24   You get cars that are infrequently utilized during this time

25   period.  That would be true.

K. Lytle Hernandez - X

1          THE COURT:  Ms. Barr, let me remind you to speak a

2     bit more slowly and a bit more loudly into your microphone.

3     BY MS. BARR:

4     Q     Wouldn't those changes in numbers, technology, training,

5     things of that nature lead to improved efficiencies in border

6     patrol work?

7     A     Not necessarily improved efficiencies.  I'm not sure we

8     can assess that.

9     Q     Just as a matter of mechanics, sort of, in prosecution, is

10     it your understanding that the Government prosecuted

11     border-crossing crimes after the border patrol referred and

12     apprehended aliens for prosecution, or was there some other

13     mechanism by which the Government received these potential

14     cases for prosecution?

15     A     That's a good question.  So in my research, one of the

16     principal mechanisms for delivering folks up for prosecution

17     was border patrol apprehension.  But, of course, there were

18     people fairly early on who are being apprehended away from the

19     border, outside of border patrol jurisdiction, who were being

20     delivered up and then transported to a border jurisdiction for

21     prosecution -- not very many people, but there were a few.

22     Q     Would you agree that the increase in prosecution of

23     border-crossing crimes between the early 1930s and 1939 is

24     attributable to many factors, including things like the rise in

25     the absolute number of border crossings, foreign policy in

K. Lytle Hernandez - X

1  which the Mexican government itself was interested in stopping

2  illegal crossings, a sovereign's desire to protect and keep

3  American jobs during the Depression, increases in border patrol

4  tools and technology?  Were all of these things contributing

5  factors to the increase in absolute numbers of prosecutions?

6  A    I think those are certainly factors when it comes to the

7  apprehension, arrests, and prosecutions around unlawful entry

8  and the management of immigration control in general.

9  Q    Didn't you believe that the border patrol's rise took

10 shape within a cross-border context of migration control along

11 the U.S.-Mexican border; isn't that right?

12 A    That is part of the argument in *Migra*, yes.

13 Q    That's exactly what you said in *Migra* on page 6; is that

14 right?

15 A    That's part of the argument that I make in *Migra*; that's

16 not the exclusive argument.

17 Q    In fact, the Mexican border patrol, or the Mexican

18 Department of Migration, as they are called, was established

19 around the same time as the U.S. Border Patrol, and itself

20 worked to try to prevent Mexican workers from illegally

21 crossing into the United States; isn't that right?

22 A    That is accurate.

23 Q    In fact, Mexican officials lobbied the United States

24 Department of State, the U.S. Immigration and Naturalization

25 Service, and the U.S. Border Patrol to improve border control

K. Lytle Hernandez - X

1  and to deport Mexican nationals who broke U.S. and Mexican laws
2  by illegally entering; isn't that right?
3  A     So your question is really about Mexican politics of
4  immigration control and seeing how it influenced what's
5  happening in the United States, and that's a really good
6  question.  That's certainly a part of what is happening in what
7  you've laid out.  Another part that's also in *Migra* is the way
8  in which you have, for example, Mexican consular officials --
9  Enrique Santibanez is one of the ones I talk about in the
10 book -- going around to prisons or jails in the border region
11 documenting the large number of Mexican immigrants in jail for
12 unlawful reentry charges and protesting them.  So there is also
13 the politics of bi-national protests that is happening.
14 Q     So there is a role of foreign relations at issue here in
15 the way that the law is designed and implemented; isn't that
16 right?
17 A     The way in which U.S. immigration law becomes constituted
18 over the course of the 19th and the early 20th century is it
19 places it in the realm of foreign relations, and so, of course,
20 there is a foreign relations dynamic to all forms of
21 immigration control.  That is certainly happening, yes.
22        I mean, so if you even go back to the 1924 hearings
23 and the 1920 hearings, there is a lot of debate about what
24 impact this legislation is going to have on foreign relations.
25 That's always been present.  And one of the strongest arguments

K. Lytle Hernandez - X

1  against the Act was foreign relations.  Yeah, that's a good set

2  of questions.  Foreign relations are always at play.

3  Q    And you concluded -- I mean, you sort of just said that.

4  But if I may rephrase what I think I just heard you say is a

5  conclusion that you made that Border Patrol's deepening focus

6  on the southern border and on persons of Mexican origin evolved

7  in great part in response to Mexican demands and in

8  coordination with Mexican immigration control efficiencies.

9          Is that accurate?

10  A    That is an accurate read.

11          I also want to go back to what the judge was saying

12  earlier about historical method.  The way historiography has

13  been written of Mexican immigration and the presumption of the

14  U.S. Border Patrol history is that it has been singularly

15  unilateral; that it's just the U.S. going out and punching.

16  The arguments that I was lifting up in that book was a response

17  to the historiography of the moment.  It's a correction to the

18  historiography of the moment to say:  Let's also pay attention

19  to this dimension of U.S.-Mexican relations and foreign

20  relations that's at play.

21          So it is really important to understand that book,

22  within the context of what we do as professional scholars, that

23  is called the historiography.  We're having a conversation with

24  one another about how we are telling the story of the past.  So

25  yes, that's part of the argument that I make.  The largest

1   thrust of that book, however, like Mae Ngai's work and others',

2   is about racialization and how the disparate policing of

3   Mexican immigrants led to the racialization of Mexicans and

4   Mexican-Americans in the United States.

5   Q    So part of my line of questioning here is a recognition of

6   this nuanced contribution that you are acknowledging that you

7   just made, saying, "Hey, there are other things going on here,"

8   because those other things aren't necessarily addressed at all

9   in the motion, in the exhibits, elsewhere in this record, and

10  so this is part of the reason I'm asking you that question --

11  I'll move on -- but just to give you some context in case you

12  were confused about how you should answer these questions or

13  what I was looking for.

14          So I'll move on to another set of questions.

15          This set of questions relates to the statistic that

16  is also attributed to you in the defendant's motion, and that

17  is in each of these years -- that is the years of 1929 to

18  1929 -- individuals from Mexico comprised no fewer than

19  84 percent of those convicted and often made up as many as

20  99 percent of defendants.

21          Now, during that time period, isn't it true that the

22  substantial majority of unauthorized alien crossings on the

23  Mexican border were in fact Mexican?

24  A    So this is a really thorny historical research question,

25  right.  What I can confirm for you is that the vast majority of

K. Lytle Hernandez - X

1  people who were being apprehended were Mexican nationals.  What

2  I cannot confirm for you is who was actually crossing the

3  border without authorization.  You have that long culture that

4  I talked about earlier of U.S. citizens crossing the border

5  without permission of Mexican nationals.  As global -- as

6  certainly U.S. immigration restrictions bear down after 1924,

7  the border does become more and more of a spot for people to

8  cross without documents.

9          So what we're getting in the apprehension statistics

10  is a reflection, really, of law enforcement priorities in

11  relationship to what is happening on the ground.  It is not a

12  reflection of what is happening on the ground, and that's true

13  today in crime statistics in general.

14  Q    Are you aware of anything in the historical record which

15  shows a mass number of migrants entering the United States from

16  a different nationality in the singular or from different

17  nationalities combined other than Mexico -- other than Mexicans

18  at that time?

19  A    Certainly.  So there is a substantial amount of

20  literature -- I'm sorry.  Are you trying to say something?

21  Q    I'm sorry.  If I may.  My question is intended to be

22  limited to as of the scale of the mass proportions at which the

23  Mexican population was coming in.  Are you aware of anything in

24  the historical record showing those mass numbers of a single

25  population or other populations combined?

K. Lytle Hernandez - X

1    A    So in the historical record there is documentation of

2    large numbers -- I think you probably read this in *Migra* as

3    well -- of Chinese immigrants or persons of Chinese descent

4    being forced across the border at different moments in time

5    certainly.  But this large, you're absolutely right.  Mexican

6    immigrants during this period are making large movements across

7    the border.

8              I want to take a moment explain why and how that

9    happens as a historian.  I want to take a moment for this.

10             Mexico is the first place of mass U.S. foreign

11   investment.  In the early 20th century, about 50 percent of all

12   foreign investment abroad is happening in Mexico.  All of the

13   leading industrialists of the United States, the Guggenheim

14   family, the Rockefeller family, the Dohenys, the Hearst family,

15   they're all making major, major investments in Mexico.  They

16   are buying up mines.  They are building railroads.  They are

17   starting cotton farms.  They are using segregated workforces in

18   Mexico.  They're disrupting the sort of local economies in ways

19   that force Mexicans to begin to immigrate north.  They also

20   invite Mexicans to immigrate north.  It is within the context

21   of the expansion of U.S. local investment that you see the rise

22   of Mexican immigration happen, at the time it happens, and in

23   the way that it happens.  So there is a tight relationship

24   there.

25   Q    Okay.  So everything that you've just described kind of

K. Lytle Hernandez - X

1    feeds into these estimates that you cited, which I believe are

2    cited in your declaration, but you also stated in your book

3    that the total number of border crossings undertaken by Mexican

4    nationals in the 1920s skyrocketed to more than 1 million; is

5    that right?

6    A    That's the estimate that scholars have given, yes.

7    Q    And between 1908 and 1924, isn't it true that the majority

8    of persons standing trial in the United States District Court

9    were Chinese, Japanese, Eastern European, and East Indian

10   immigrants who had evaded U.S. immigration restrictions by

11   entering the United States without sanction?

12   A    Correct.

13   Q    But that changed after the 1920s after the overall

14   population of Mexicans skyrocketed?

15   A    That changed after the establishment of the U.S.

16   Border Patrol, which shifted its focus.  This is what I was

17   trying to say earlier:  Arrest and apprehension statistics are

18   as much a reflection of law enforcement priorities.  This is

19   clear in the chronology of the literature as they are in terms

20   of what's happening on the ground.  What I talked about earlier

21   in terms of border patrol, they make choices and decisions to

22   focus on Mexican immigrants that was not in place prior to

23   1924.

24   Q    So you've also said or referred to estimates which would

25   suggest that a substantial proportion of the 1 million

K. Lytle Hernandez - X

1   crossings during this decade, the 1920s, were made in violation

2   of United States immigration restrictions; is that right?

3   A    That is correct.

4   Q    And would you agree that these unauthorized entries were

5   made largely because during that decade agribusiness in the

6   Southwest had developed something of a dependence on Mexican

7   labor?

8   A    Can you repeat?  Are we talking about the 1920s or 1930s?

9   Q    1920s or 1930s; I welcome an answer to either.

10  A    The immigration trend -- yes, in the '30s.  Can you repeat

11  your question?  Sorry.

12  Q    My question relates to this estimate that a substantial

13  proportion of the skyrocketing 1 million crossings during the

14  '20s, having been made in violation of U.S. immigration

15  restrictions, that was a result, at least in part, of the

16  Southwest agribusiness's reliance on Mexican labor

17  specifically, right?

18  A    Sure.  There is a dominance of labor migration.  There is

19  also the Cristero Rebellion and sort of the refugees who are

20  migrating and fleeing the violence that's coming out of the

21  Cristero Rebellion.  That's also in the draft.

22  Q    You mentioned the Chinese Exclusion Act of 1882.  I

23  believe on direct you briefly mentioned the

24  Gentlemen's Agreement that curtailed Japanese immigration in

25  1907.  It's my understanding that there was a law ending

1   Filipino migration in 1934.  So all of those laws, isn't it
2   true, didn't they have an impact in reducing that available
3   source of labor of people from other nationalities?
4   A     That is accurate.  The long story here is as
5   Anglo-American settlers pushed across the continent and engaged
6   in war, the genocide with native indigenous population, that,
7   in their minds, did not leave open a labor force that was
8   indigenous for them to utilize.  Then immigration controls were
9   developed at the national level that cut off access, as you
10  stated, first to Chinese immigrants, to contract laborers, to
11  people who would likely become public charges, and various
12  Asian populations as you have mentioned, that is accurate.  And
13  agribusiness used Mexicans as their last supply.
14          I really want to be very clear here.  They understand
15  Mexican immigrants are not just the last labor supply, but it
16  is their last marginal racialized labor supply.  They don't
17  want any kind of worker.  They don't want white workers.  They
18  want a racially marginalized, temporary, deportable, punishable
19  labor force that can come and go with the season.
20  Q     Okay.  But regardless of the type of -- as you said
21  "docile laborer" that they were looking for -- the absolute
22  number of laborers available at that time as a result of
23  various laws, as a result of geopolitical trend, as a result of
24  economic forces, that absolute number of available immigrant
25  labor pool was Mexican in that time period, correct?

K. Lytle Hernandez - X

```
1    A    Through a construction, right, that leaves open that
2    particular labor source.
3    Q    Isn't it true that in the mid-1920s between 80 to
4    95 percent of California's laborers were Mexican?
5    A    That is correct, yes.
6    Q    And Mexicans comprised of a sustained 80 to 98 percent of
7    Texas' laborers?
8    A    We are talking about low-wage workers in particular, and,
9    yes, that is accurate.
10          THE COURT:  Ms. Barr, approximately how much longer
11   do you have for your cross-examination?
12          MS. BARR:  I am hopeful 45 minutes.
13          THE COURT:  Well, let me tell both sides, we have a
14   hard stop at three o'clock today.
15          MS. BARR:  Okay.  Thank you, Your Honor.
16          THE WITNESS:  Can I request a break in a little bit.
17          THE COURT:  You can have a break in a little bit, or
18   now.  What's your preference?
19          THE WITNESS:  Either way.
20          THE COURT:  Let's take a break now.  Will ten minutes
21   be sufficient for everybody?
22          THE COURT REPORTER:  Yes, Judge.
23          THE COURT:  Ten minutes.
24          (Recess.)
25          (Proceedings resumed:)
```

1          THE COURT:  All right.  We are continuing with

2    cross-examination of Professor Lytle Hernandez.

3          Ms. Barr, you may continue.

4          MS. BARR:  Thank you, Your Honor.

5    BY MS. BARR:

6    Q    Isn't it true that by 1937, when the border patrol El Paso

7    training facility opened, that the U.S.-Mexico border was not

8    the epicenter of border patrol activity?  In fact, there were

9    more officers working the U.S.-Canadian border than the

10   U.S.-Mexico border and some in Jacksonville, Florida, and

11   Louisiana as well.

12   A    That is correct.

13   Q    Would you agree that in this 1930s time period, in the

14   statistic in defendant's brief when it said that the

15   prosecution for entry crimes increased, would you agree that

16   the fines and incarceration that were imposed worked to

17   diminish the basic pecuniary function of labor and immigration?

18   A    Can you please restate that?

19   Q    Would you agree that in the 1930s, when prosecution for

20   entry crimes allegedly increased, the fines and incarceration

21   that were imposed diminished or worked to diminish the basic

22   pecuniary function of labor and immigration?

23   A    Well, the prosecution for unlawful reentry began -- it

24   didn't increase in 1930 -- it began then.  Yes, the penalties

25   for prosecution and conviction would result in somebody being

1    imprisoned as opposed to working.

2    Q    Right.  And you say that in your book.  You make that

3    point, right?

4    A    Correct.

5    Q    So the fine took away the money that they made in their

6    labor, and the incarceration took away the time that they would

7    have had otherwise to be working, right?

8    A    Yeah.  Once somebody is found, that's certainly the case.

9    What I also talk about in the book is I way in which the threat

10   of imprisonment was used to further marginalize and rationalize

11   the population.

12   Q    In an effort to move forward with my question so that we

13   can try to meet as many of our goals today as possible, I'm

14   going to ask you about another set of statistics that were

15   cited in the defendant's brief.  I am going to quote this, so

16   bear with me and please let me know if you need repetition.

17   It's a little long.

18         "Though no publicly available statistic exists

19   concerning the national origin of persons prosecuted for 1326

20   today, the overwhelming number of border patrol arrests along

21   the southern border are Mexican or people of Latino origin.  In

22   2000, over 97 percent of persons apprehended at the border were

23   Mexican; in 2005, Mexicans made up 86 percent apprehension; and

24   in 2010, 87 percent."

25         Do you need me to repeat that?  Did you get that or

K. Lytle Hernandez - X

1    did you get the gist?

2    A    Yes.  You said that's in the declaration.  Can you tell me

3    what page?

4    Q    No, it's in the motion.

5    A    Sorry.

6    Q    These statistics -- I'll quote it again.  "The

7    overwhelming number of border patrol arrests along the southern

8    border are Mexicans or people of Latino origin."  Those

9    statistics are specific to border patrols first specifically

10   and in the southern border region specifically, right?

11   A    I assume so.  I didn't put the statistics into the record.

12   Q    Okay.  As a historian, as someone who writes these types

13   of statistics and reads these kinds of statistics, if you read

14   that statistic, would you assume that it means it's specific

15   to, first, only "border patrol" as an apprehending entity; and

16   second, the "southern border" as a geographic limitation?

17   A    I'm sorry.  I need you to repeat the question again.  You

18   are asking me about a statistics I didn't put forward, so I

19   want to be very clear about what you are asking me.

20   Q    In hearing this statistic -- unfortunately because of

21   video, you can't read it -- but in hearing the statistic "the

22   overwhelming number of border patrol arrests along the southern

23   border are Mexicans or people of Latino origin," could you

24   surmise in your capacity as a historian and academic that that

25   statistic relates only to border patrol, and it relates only to

K. Lytle Hernandez - X

1   the southern border?  In other words, it doesn't relate to ICE.

2   It doesn't relate to the northern border.  It doesn't relate to

3   anywhere in the United States.  It doesn't relate to anyone

4   else who might have apprehended an illegal alien -- excuse

5   me -- an undocumented migrant.  It relates to border patrol and

6   the southern border.

7   A     No.  I run a big data project in UCLA, so I am going to be

8   very careful about the fields of analysis here.  So I would

9   want to look at the underlying data and look more closely at

10  the data points.  The thing that is also tripping me up here,

11  the border patrol typically doesn't do arrests; they do

12  apprehension.  And when they are doing arrests, it is for a

13  criminal prosecution.  When they are doing apprehension, it is

14  for immigration law stuff.  Again, you're giving me someone

15  else's data and asking me to weigh in on it, and I am not going

16  to do that.

17         THE COURT:  Let me remind both Ms. Barr and

18  Professor Lytle Hernandez to speak slowly.  I know we're trying

19  to move along, but both of you are speaking a bit quickly.

20         Go ahead.

21  BY MS. BARR:

22  Q     So would it be fair to say then that you're uncomfortable

23  extrapolating any sort of conclusion from this statistic other

24  than -- well, I'll leave it at that.  You are uncomfortable

25  extrapolating any sort of conclusion from this statistic?

K. Lytle Hernandez - X

1   A    I am comfortable with saying that in my work on the

2   history of the U.S. Border Patrol, the origins from 1924 up

3   through the '90s and early 2000s, one of the things that I

4   tracked in the archives was the increasing focus on the

5   southern border and on Mexican immigrants and

6   Central Americans.  That statistic would seem to reflect that

7   focus.

8   Q    Okay.  And you made the point of distinguishing between

9   this idea of arrest versus apprehension versus prosecution

10  maybe.  Do you feel comfortable concluding that this statement

11  that I read to you relates only to apprehension and not to

12  anything else -- not to prosecution, not to arrests -- just

13  apprehensions?

14  A    Can you read it again.

15           THE COURT:  Slowly.

16           MS. BARR:  Yes.

17  BY MS. BARR:

18  Q    "In 2000, 97 percent of persons apprehended at the border

19  were Mexican; in 2005, Mexicans made up 86 percent of

20  apprehensions; and in 2010, 87 percent."

21  A    In my general understanding of U.S. Border Patrol work,

22  those numbers would align, yes.

23  Q    My question is, would you agree that that statement

24  relates only to apprehension.  It doesn't relate to or address

25  arrests, for example; or prosecutions, for example?

K. Lytle Hernandez - X

1   A    It is a terminology question.  If you are saying the

2   statement is "apprehensions," then it relates to apprehensions.

3   If it states "arrests," then it relates to arrests.

4   Q    So that statistic or that statement itself doesn't tell

5   you that Mexicans apprehended at the border are prosecuted at a

6   higher rate than people of other nationalities who are

7   apprehended at the border under similar circumstances; isn't

8   that right?

9   A    That is correct.

10  Q    And the statistic or statement doesn't tell you anything

11  about the rate or proportionality of prosecution of Mexicans in

12  the rest of the country?

13          THE COURT:  Ms. Barr, if you are asking what the

14  statement says, I think we have beaten that dead horse

15  sufficiently.  I think we can move on.  But we now know what

16  the statement says and the limits of what it says.

17          MS. BARR:  Thank you, Your Honor.  I will move on.

18  My apologies for repeating the statement.  It was my

19  understanding --

20          THE COURT:  That's okay.  Let's ask a new question.

21  No apologies needed.

22          MS. BARR:  Thank you, Your Honor.

23  BY MS. BARR:

24  Q    Now, when the U.S. immigration restriction law in the

25  1920s came into play, isn't it true that Mexican immigrant

K. Lytle Hernandez - X

1  workers were not the primary target of the immigration

2  restriction at that time?

3  A     European immigrants and Asian immigrants were the

4  principal targets of the 1921 and the 1924 legislation.

5  Q     And you said "a committed core" opposed Mexican migration

6  to the United States after the 1924 Act; is that right?  Out of

7  Congress a committed core?

8  A     That is correct.  A committed core led a legislative

9  initiative in '26 and '28 to try to add Mexicans to the quota

10 system.

11 Q     In 1942, the United States and Mexico signed a bilateral

12 agreement, which was the Bracero Program; isn't that right?

13 A     That's correct.  It is actually trilateral.  There are

14 actually several Caribbean countries that are included as well.

15 Q     Thank you for that clarification.

16        An unintended result of that Bracero Program, which

17 created a lawful means of entry, is that it increased the

18 illegal migration of Mexican labor, isn't that true?

19 A     I don't know if the legislation increased unauthorized

20 border crossings, but there was a parallel movement that was

21 happening -- lawful, temporary migration for men through the

22 Bracero Program.  Clearly you read this in *Migra*.  And because

23 women were in excluded, women and children and others were left

24 with an unlawful pathway.

25 Q     During the early years of the Bracero Program, that's when

K. Lytle Hernandez - X

1    World War II broke out; isn't that right?

2    A     That's right.

3    Q     And this triggered increased national security and

4    geopolitical concerns between the United States and Mexico in

5    light of the almost 2,000 miles of borders shared between the

6    two countries; isn't that right?

7    A     That is correct.

8    Q     And the United States State Department put pressure on the

9    Immigration and Naturalization Service and Border Patrol to

10   close the door to undocumented migrants; isn't that right?

11   A     That is correct.

12   Q     In fact, in 1943, the Mexican Embassy in Washington, D.C.,

13   warned the United States State Department that if control was

14   not established over the flow of illegal immigration into the

15   United States, Mexico would effect a complete reversal of the

16   Bracero Program; isn't that right?

17   A     Mexico did make that threat.  It must be understood within

18   the dynamics of the power relationships between the

19   United States and Mexico, which is Mexico had a junior role in

20   that partnership.

21   Q     But a role nonetheless?

22   A     Sure.  Yeah, absolutely.

23   Q     And now would be a time -- well, I'll ask you.  Would now

24   be a time, in the 1950s, World War II -- actually I believe you

25   testified to this -- by now, there were increased technological

K. Lytle Hernandez - X

1   efficiencies -- planes, radios, trucks, things of that
2   nature -- available to border patrol?
3   A    Following World War II, yes.
4   Q    Isn't it true that around this time the United States
5   government and Mexican border patrol created bilateral
6   strategies that coordinated the return of Mexican deportees?
7   A    That is correct.
8   Q    Isn't it true that by the late 1940s one-third of all
9   apprehensions were repeat offenders who had previously been
10  deported?
11  A    That's correct.
12  Q    And isn't it true that the border patrol tried all sorts
13  of different deterrent strategies.  They tried detention.  They
14  tried bus lifts.  They tried boat lifts.  They tried train
15  lifts.  They tried erecting fences.  They tried direct transfer
16  of individuals to Mexican officials.  And they even tried
17  unsanctioned things, like shaving heads, which were not
18  sanctioned, and they did all of these things, but the repeat
19  offenders kept coming back.  Isn't that true?
20  A    That is true, yeah.
21  Q    Isn't it true that after 1954 border patrol apprehension
22  numbers plummeted?
23  A    It is true that after 1954 border patrol practices changed
24  that led to a reduction in the number of people that they were
25  able to apprehend.  So the sort of increased uses of the boats

K. Lytle Hernandez - X

1    and trains and all that that we have discussed is retired and a
2    return to the two-man patrol.
3    Q    Isn't it true that in the 1950s fingerprint technology and
4    the use of fingerprint technology began to impact prosecution
5    decisions?
6    A    I don't know if I can answer that in the totality.
7    Q    Okay.  Well, you wrote in *Migra* that if the INS received
8    notification of a prior criminal -- excuse me.  Let me back up.
9    You wrote in *Migra* that the INS would begin fingerprinting and
10   sending out the fingerprints for individuals they apprehend.
11   And if the INS received no notifications from those fingerprint
12   results, and an apprehended alien had a criminal record, that
13   alien would be deported.  But if the Immigration Service
14   received notification of a prior criminal record, the alien
15   would be referred for prosecution.  Is that true?
16   A    That is true.
17   Q    And when you wrote that and affirm it today, are you
18   talking about prosecutions for illegal entry or illegal reentry
19   or some other combination of those two or alien smuggling,
20   et cetera?
21   A    Some immigration offense probably.
22   Q    So you don't know whether -- you don't know necessarily
23   the breakdown of how that fingerprint data affected the
24   strategy or the referral or prosecutions of illegal entry
25   versus illegal reentry versus alien smuggling?

K. Lytle Hernandez - X

1    A    No.

2    Q    Okay.  I would like to ask you about a chart that's in

3    your book -- a table.  It's Table 3.  It is labeled "Immigrants

4    Deported (Total)."  For the record, that word "total" is in

5    parentheses?

6    A    Can you give me the page number?

7    Q    Yes.  Pages 122 to 123.

8             MS. BARR:  Your Honor, I'm happy to submit this after

9    the hearing as an exhibit if it would be helpful.

10             THE COURT:  It would, and thank you very much.

11   BY MS. BARR:

12   Q    This is labeled "Immigrants Deported (Total), Immigrants

13   deporting voluntarily (Total), and Mexicans immigrants returned

14   to Mexico for the years ending June 30, 1925, to 1975."

15             This is in your book, so I assume you are familiar

16   with this chart?

17   A    Yes.

18   Q    I apologize for the tedious nature of this next set of

19   questions.  It's in part to help the record; in part to help

20   those of you on video conference.

21             The chart has four columns.  The first column is the

22   year in ascending order, year 1925 to 1975.  The second column

23   is for immigrants deported.  The third column is for immigrants

24   departing voluntarily.  The last column is Mexican immigrants

25   returned to Mexico.

K. Lytle Hernandez - X

```
 1              Is that right?
 2   A     That's correct.
 3   Q     Now, the column labeled "Immigrants Deported," does that
 4   number include Mexicans?
 5   A     For the total, yes.
 6   Q     So "total" means all aliens?
 7   A     Uh-huh.  All persons deported.
 8   Q     Okay.  And the column labeled "Immigrants Departing
 9   Voluntarily," is that also all aliens?
10   A     It's all persons in the Voluntary Departure Program that
11   was available.
12   Q     Was the Voluntary Departure Program available to all
13   aliens who were apprehended and deemed to be subject to
14   deportation?
15   A     I believe it begins in the '20s with Mexican immigrants.
16   I'm not clear on when it opens up.
17   Q     Okay.  Now, the column "Mexican Immigrants Returned to
18   Mexico," did that mean Mexican immigrants who were returned to
19   Mexico by some means other than deportation or voluntary
20   departure, so, for example, by forced repatriation or some
21   other means, but it is not deportation; it's not voluntarily
22   departure?
23              MS. CLARK:  Your Honor, I need to make an objection.
24              THE COURT:  What's the objection?
25              MS. CLARK:  I think it's foundational.  I believe
```

K. Lytle Hernandez - X

1  that the Government is cross-examining my witness on a document

2  that is not in the record that is from the book *Migra* that is

3  not one of the exhibits, if I'm right, if that's what is

4  happening.  So I don't have it, and I can't follow along

5  because it wasn't circulated before the questioning.  I don't

6  want to slow us down, Your Honor, but I'm doing a bad job for

7  my client if I say I don't have the document.

8           THE COURT:  I know.  If we were all in person in the

9  old-fashioned days, I would let you take a look at it now.  I

10  can't do that now.  But I'm not sure that's a good enough

11  reason to not let Ms. Barr ask her questions.  But that said, I

12  will tell Ms. Barr that I don't think this is all that relevant

13  or probative.  Maybe that might affect her questioning.  But

14  I'll overrule the questioning and let Ms. Barr proceed.

15           MS. BARR:  Thank you, Your Honor.  If I may just also

16  point out that the book *Migra* was cited in the motion and it --

17           THE COURT:  I overruled the objection.  You don't

18  need to point anything out.  You can move on and ask your

19  question.

20  BY MS. BARR:

21  Q    So the column for "Mexican Immigrants Returned to Mexico,"

22  that means returned to Mexico through some other means; they

23  weren't deported, right?

24  A    I believe that's correct.

25  Q    Isn't it true that for the first year in which all of the

K. Lytle Hernandez - X

1    columns contain numbers, which is 1927, there were more
2    voluntary departures than deportations?
3    A    That's correct.  There is about 15,000 voluntary
4    departures in comparison to about 11,600 deportations.
5    Q    And about 5,000 immigrants returned by other means,
6    non-deportation?
7    A    4,500, but yes.
8    Q    Same with the second year, 1928.  There were more
9    volunteer departures than deportations?
10   A    Voluntary departure is established as a way of making it
11   cheaper to remove people.
12   Q    Sure.  But it resulted in there being no deportation
13   order, correct?
14   A    Correct.
15   Q    And a deportation order is required in order for the
16   illegal reentry statute to be used as a tool for prosecution,
17   correct?
18   A    Correct.
19   Q    Starting in 1939, the number of voluntary departures
20   alone -- just voluntary departures not even considering
21   Mexicans returned by other means -- far exceed the number of
22   deportations every year for the rest of the chart until 1975;
23   isn't that right?
24   A    Hmm --
25   Q    So, for example, some years this is by a magnitude of

K. Lytle Hernandez - X

1   several hundred thousand for more illegal entrants or more

2   entrants for apprehended individuals being permitted to depart

3   voluntarily than being deported?

4   A    Well, I think that's real interesting that you point that

5   out.  It's 1954 that you're talking about -- more than 100,000

6   distinctions, where it really is the high point.  No?

7   Q    I would say starting in 1946, 14,375 versus 101,945

8   voluntary departures.  1947, 18,663 deportations; 195,880

9   voluntary departures.  1950, 6,628 deportations; 572,477

10  voluntary departures.

11            So would you agree that in this chart since about

12  1943 it becomes in the tens of thousands and eventually the

13  hundreds of thousands where more individuals were being allowed

14  to depart voluntarily than were being given a deportation

15  order?

16  A    Correct.

17  Q    Now, you talked a little earlier about this idea of race,

18  and the word "Mexican" was sort of a proxy for all Latinos or

19  everyone below the border, south of the border.  Isn't it true

20  that migration from Central American countries in the 1920s was

21  in fact negligible, if there was any at all?

22  A    That's correct.

23  Q    Migration flow from Guatemala began to see some

24  significant rise in the 1970s during that country's civil war;

25  is that right?

K. Lytle Hernandez - X

1   A    That is correct.

2   Q    And since the 1970s, migration from Guatemala has ebbed

3   and flowed, and it inferred a lot by just terrible, unfortunate

4   circumstances -- natural disasters, socioeconomic crises in

5   Guatemala, gang violence, domestic violence, things of that

6   nature that happened in Guatemala that has caused it to ebb and

7   flow since the 1970s in Guatemala, and migration; is that true?

8   A    Well, in migration scholarship, we talk about three things

9   that matter in migration.  People don't randomly go to a

10  certain place.  You need a push and a pull and a process.  So

11  what you just discussed were the push factors that are pushing

12  people out of Guatemala in particular, but this is a global

13  theory.

14          You also need a pull factor that pull people to a

15  certain location.  So why do people from Guatemala go to the

16  United States as opposed to going to Panama or Argentina or

17  something else?

18          Then the thing third thing you need is a process.

19  You need some kind of mechanism that you can actually get to

20  that place.  So you need a railroad.  You need a highway.  You

21  need a transportation system that will get you there.

22          So I want to be very clear, in migration theory, we

23  talk about all three things:  Push, pull, and process.

24  Q    Thank you.  I appreciate that.  So generally speaking,

25  since about the 1970s, that's really when Guatemalan migration

K. Lytle Hernandez - X

1    to the United Stated started getting the push and pull; is that
2    right?
3    A    And like there is a Pan-American Highway that made it
4    possible and a railroad, which, again, was constructed by U.S.
5    investors.
6    Q    The same thing for El Salvador and Nicaragua.  Civil wars
7    in those countries in the 1980s drove immigration of
8    significant numbers of nationals from those countries, is that
9    right, in that time period, the 1980s?
10   A    If we want to get into -- I'm not an expert in the civil
11   wars in Central America.  I'd strongly recommend an expert who
12   could speak to the process of U.S. involvement in Central
13   America and why that would create that pathway for those
14   migrants to come here.  But yes, those migration flows
15   increased during the 1970s and '80s.  If you want to
16   contextualize it as civil war, I think you should definitely
17   consult with scholars that could give a more robust
18   understanding of how that violence came to be.
19   Q    And that's my problem and my fault in asking.  It's not a
20   great question, and it's reflective of you being much smarter
21   than I am.  So my main concern is the time here.  Before 1980s,
22   not a lot of migration from Guatemala -- well, Guatemala in the
23   '70s; but '80s, El Salvador and Nicaragua, not a whole lot of
24   migration from those countries until the 1980s; is that right?
25   A    Not that we know of.

K. Lytle Hernandez - X

```
 1              MS. BARR:  Thank you, Professor.  I have no further
 2   questions for you.
 3              THE COURT:  Thank you very much.
 4              Ms. Clark, are there any redirect examination
 5   questions that you feel you must ask?
 6              MS. CLARK:  No, Your Honor.  Thank you.
 7              THE COURT:  Thank you very much.
 8              All right.  Professor Lytle Hernandez, I very much
 9   appreciate your testimony.  That concludes your testimony now.
10   I very much appreciate it.  All I can say is I am glad I took
11   this class pass/fail.
12              All right.  The defendant may call the next witness.
13              MS. DAILY:  Thank you, Your Honor.  This is
14   Liz Daily.  Can you hear me?
15              THE COURT:  Barely.  You need to turn up your volume
16   and/or speak closer to the microphone and also, of course,
17   remember to speak slowly.
18              MS. DAILY:  I'm glad I asked, Your Honor.  I have had
19   some technical difficulties.  I have been pushed off my
20   Internet connection, and so I'm now connecting by the phone.  I
21   am speaking directly into my phone.  Is the connection now
22   clear?
23              THE COURT:  A little bit.
24              Dennis, can you hear okay?
25              THE COURT REPORTER:  Yes, Judge.
```

```
 1              THE COURT:  Ms. Daily, it is a little bit hard to
 2    hear you, and that's going to make it even ten times more
 3    important for you to speak slowly and loudly.  You may proceed.
 4              MS. DAILY:  I will certainly do my best.
 5              THE COURT:  I assume you call
 6    Professor Gonzalez O'Brien?
 7              MS. DAILY:  Yes, Your Honor.  Thank you.
 8              THE COURT:  All right.  Professor Gonzalez O'Brien.
 9    I can see you, I believe.  Can you see me and/or hear me?
10              THE WITNESS:  I can.
11              THE COURT:  Very good.  All right.  You are welcome
12    to remain seated, but for the oath, please raise your right
13    hand.
14              (The witness was duly sworn.)
15              THE CLERK:  Thank you.
16              Would you please state your name for the record,
17    spelling your last.
18              THE WITNESS:  Benjamin Gonzalez O'Brien.
19    G-O-N-Z-A-L-E-Z; O-'-B-R-I-E-N.
20              THE COURT:  Thank you.
21              Ms. Daily, you may proceed.
22              MS. DAILY:  Thank you, Your Honor.
23
24
25
```

B. Gonzalez O'Brien - D

```
 1                    DIRECT EXAMINATION

 2   BY MS. DAILY:

 3   Q    Welcome, Professor.  Thank you for being here.

 4          For the record, will you please state your employment

 5   and your academic title.

 6   A    I am an associate professor of political science at

 7   San Diego State University.

 8   Q    And will you please describe for the Court briefly your

 9   training and education as it relates to United States history

10   and the criminalization of unauthorized border entries.

11   A    I have a master's degree from the University of Victoria

12   in political science as well as a master's degree in political

13   science from the University of Washington.  I also have my

14   Ph.D. from the University of Washington.  My main area of

15   expertise is American politics, racial and ethnic politics, and

16   research method.

17   Q    Have you authored any books, Professor?

18   A    I have two books on U.S. immigration policy.  The first

19   Handcuffs and Chain Link; Criminalizing the Undocumented in

20   America, looks specifically at the policy implications of the

21   Undesirable Aliens Act of 1929 and the use of racialized

22   language in future immigration bills, including the

23   Illegal Immigration Reform and Immigrant Responsibility Act of

24   1996.

25          I also have a second book with Oxford University
```

B. Gonzalez O'Brien - D

1    Press called *Sanctuary Cities:  The Politics of Refuge*, with

2    Loren Collingwood, who is now at the University of New Mexico,

3    that looks at both the history of sanctuary city policies in

4    the United States as well as the linkages between sanctuary

5    cities, policies, and crime.

6    Q    Will you provide an overview of how you have developed

7    expertise in this area, including a description of your

8    research methodologies.

9    A    I have been studying American immigration policy since I

10   started graduate school in 2007 -- well, I started my Ph.D.

11   program in 2007.  I have authored two books on the subject.

12   Both of those books employ a fixed methodology utilizing

13   qualitative methods usually through an examination of the

14   Congressional Record as well as statistical methods to look at

15   things like (indiscernible) and crime rates.

16   Q    Can you talk about how your work is peer reviewed and

17   maybe discuss also the importance of peer reviewed in political

18   science research?

19   A    All of my work to date has been peer review usually by a

20   minimum of two other individuals in the field.  This is always

21   a double-blind process.  So they don't know who I am; I don't

22   know who they are.  The importance of peer review is to ensure

23   that the methodology being used is correct and employed

24   properly as well as that the conclusions of your work are

25   justifiable conclusions based on the research that you've done

B. Gonzalez O'Brien - D

1    in the rest of the text.

2    Q    Are there ways that your academic work has been recognized

3    as reliable by other colleagues in the field and by other

4    reputable academic institutions?

5    A    My work has been reviewed.  My books have been reviewed

6    for academic journals, which, again, provide a means for other

7    individuals within the field to criticize either the

8    methodology or the conclusions of that work.  It also has been

9    cited by other researchers -- both books -- as well as my

10   journal articles have been cited by other researchers.

11   Q    Going along with that, with your work being reviewed and

12   deemed reliable by others, have you also collaborated with

13   other academics on the topics of criminal immigration, history,

14   and policy?

15   A    I have collaborated with a number of other academics at a

16   number of different institutions across the United States.  My

17   most recent collaborator, Loren Collingwood, as I said, was at

18   the University of New Mexico.  I've also collaborated with

19   researchers from the University of Oklahoma.  I have done some

20   public opinion work with researchers from UCLA, and I have also

21   done some research on elections with researchers at the

22   University of Washington in Tacoma.

23   Q    What time period of the United States history does your

24   work cover?

25   A    My work covers broadly American immigration policy from

B. Gonzalez O'Brien - D

1    the founding but with a particular concentration on American
2    immigration policy in the 20th and 21st century.
3    Q    Okay.  I want to shift now to discussing some of the
4    issues that were coming up in the 1920s and the earlier part of
5    the 20th century, but I want to be mindful not to repeat what
6    we've already heard from Professor Lytle Hernandez.
7              So what I want to ask you is how in your research you
8    have looked at the concept of racial purity.  Can you discuss
9    how that was conceptualized in the 1920s.
10   A    So the 1920s, as Professor Lytle Hernandez has already
11   mentioned, was a period during the period of eugenics in the
12   United States where this notion that -- especially kind of the
13   Northern/Western European bloodlines of the United States had
14   to be protected.  We first see -- well, you see the first
15   racial restriction with the Chinese Exclusion Act in 1882.
16   Then you definitely see it in 1924 under the Johnson-Reed Act.
17             THE COURT REPORTER:  Judge, I need the witness to
18   repeat after "Chinese Exclusion Act in 1882."
19             THE COURT:  Repeat that and please slow down.
20             THE WITNESS:  So following the Exclusion Act, the
21   Johnson-Reed Act is the next step in immigration exclusion, or
22   the next significant step in immigration exclusion.  We see a
23   lot of discussion of the purity of bloodlines in the
24   congressional debate over the Johnson-Reed Act, particularly by
25   certain members that have already been mentioned.  But we do

B. Gonzalez O'Brien - D

1    see this desire to limit immigration from Southern and Eastern

2    Europe, not because of the national origins of those

3    individuals, but because regionally those immigrants from those

4    areas were seen as being of a lesser form of whiteness.

5    Matthew Jacobson has a book called *Whiteness of a Different*

6    *Color* that looks at this period and looks at the construction

7    of whiteness in the early part of the 20th century and the fact

8    that certain European groups, particularly those from Southern

9    Europe and Eastern Europe, were characterized in some way were

10   a muddied form or a less pure form of white.

11   Q    Can you address some of the characteristics that were

12   associated during this time with the concept of being less

13   racially pure?

14   A    Well, the attributions of racial inferiority and fears of

15   racial inferiority were often led by a belief that skin color

16   denoted certain inherent characteristics.  So oftentimes

17   intelligence or impulse control -- so you see a lot of debate

18   around things like criminality or potential criminality of

19   certain national groups both in 1924 but also going forward to

20   1929 and the Undesirable Aliens Act.

21   Q    Now, we've heard from Professor Lytle Hernandez, and I

22   think it has been established in the record that there were

23   actually no quotas that were imposed on entering from Western

24   Hemisphere countries at this point in time in the 1920s when

25   we're talking about the Undesirable Aliens Act.  Can you talk

B. Gonzalez O'Brien - D

1    about whether that exemption from the quotas signified
2    Congress's intent to bring Mexican immigrants into the country
3    as opposed to whether there was a concern with permanent
4    migration and permanent residency within the United States?
5    A    The main concern, as Dr. Lytle Hernandez I think has
6    already highlighted, the main concern was with the permanent --
7    the potential permanence of a Mexican population in the
8    United States.  The Dillingham Commission Report in 1911
9    referenced the Mexican population and specifically referenced
10   them as not being a problem as long as they went back.
11           This is something that you see crop up a lot in
12   debates both around the potential extension of quotas to Mexico
13   in the periods between Johnson-Reed and the Undesirable Aliens
14   Act, and you also see it come up in some of the committee
15   discussion over the Undesirable Aliens Act, this idea that some
16   Western agricultural interests were promising that they would
17   ensure that Mexicans did not establish permanence in the
18   United States.
19   Q    Again, I'm not going to repeat the history of the 1929
20   Act --
21           THE COURT:  Hold on, Ms. Daily.  You are speaking
22   very rapidly.
23           MS. DAILY:  I apologize.  I will try again.
24   BY MS. DAILY:
25   Q    I want to ask you whether you agree with something that

B. Gonzalez O'Brien - D

1   Professor Lytle Hernandez already expressed to us.  As a matter
2   of your professional expertise, do you agree that the 1929
3   Undesirable Aliens Act was representing a compromise between
4   the competing aim, on the one hand, of excluding racial
5   inferiorities from degrading the country's racial stock but
6   allowing access to achieve a temporary labor force on the other
7   hand?  Do you agree with that general characterization of how
8   the 1929 Act came into being?
9   A    I do.  And I believe that is requested in the
10  Congressional Record in the debate over the Undesirable Aliens
11  Act but also in debates around the extension of quotas of
12  Mexicans.  That's that the labor force --
13  Q    I wanted to ask you.  I'm sorry.  I didn't mean to
14  interrupt.
15  A    No.  Go ahead.
16  Q    Well, I wanted to ask you specifically what are some of
17  the overtly racialized --
18         THE COURT REPORTER:  Ms. Daily, you are breaking up.
19  Repeat the question.
20  BY MS. DAILY:
21  Q    What I wanted to ask the witness specifically,
22  Professor Gonzalez O'Brien, is whether you can discuss some of
23  the overtly racialized themes and rationales that were
24  discussed on the Congressional record with respect to
25  immigrants from south of the United States' border leading up

B. Gonzalez O'Brien - D

1    to and in the 1929 Act?

2    A       In the period preceding -- so in the discussion of the

3    extension of quotas to Mexico, there was a mention of the need

4    to protect the racial purity of the United States and that an

5    influx of a large number of immigrants from the southern border

6    would potentially pose a race problem for the United States.

7            In the debate specifically over the

8    Undesirable Aliens Act, Representative John Box of Texas, who

9    has been mentioned, characterizes Mexican immigrants as

10   potentially being diseased, having tuberculosis, also as being

11   potential criminals.  There is a number of quotes from the

12   Congressional Record during that time.

13           So Box stated that they are badly infected with

14   tuberculosis and other diseases.  There are many paupers among

15   them.  There are many criminals.  They work for lower wages.

16   They are as objectionable as immigrants, when tried by the test

17   applied to other aliens.

18           Representative Green was also a well-known

19   immigration restrictionist and also someone serving on the

20   Immigration and Naturalization Committee during the time that

21   the Undesirable Aliens Act was being debated and noted, if you

22   examine the criminal records, you will find that a big portion

23   of the alien population -- the percentage of criminals is

24   largely foreign.

25           So you see a lot of these notions of inherent

B. Gonzalez O'Brien - D

1    criminality in discussions about immigration during this
2    period, and this is something that has long been associated
3    with racial inferiority, the notion that those who are not
4    white are more inclined with criminal behavior.  This was
5    something that was extended both to Mexican immigrants, but
6    also in one of the earlier statements by Representative Green,
7    to all people and all countries south of the Rio Grande.
8    Q    So who would be within -- who would be within the scope of
9    that classification, the impure stock that they are talking
10   about?  Was it limited to someone born in Mexico based on that
11   national origin, or would it apply as well to someone from a
12   greater Latin American country like Guatemala?
13   A    It would apply, as I mentioned, to anyone from south of
14   the Rio Grande, at least according to a statement made by
15   representative Robert Green of Florida.  Again, he served as a
16   member of the Immigration and Naturalization Committee, who
17   stated, "Another reason why the quota should apply to any
18   country south of the Rio Grande is because their population is,
19   in the main, composed of a mixture of blood of white, Indian,
20   and negro.  This makes this blood a very great penalty upon the
21   society which assimilates it."
22   Q    Can you tell me about -- we have heard the word "peon" a
23   few times.  You can tell me about that word with respect to
24   this legislation and whether, in your opinion, it is a
25   racialized term?

B. Gonzalez O'Brien - D

1   A    It was commonly -- it was a term that was very commonly

2   used to refer to individuals who were illiterate, who were

3   likely to potentially become public charges, so they were

4   subject to poverty.  And all of these things, we know, also

5   tracked back to the discussions for the need for deportation.

6   One of the specifics entered into the testimony was the

7   eugenical aspects of deportation in the United States getting

8   sideways.

9        But a lot of what that discussion is driven by is

10  things like poverty, things like crime, all of these things are

11  inherent characteristics based on race; that poverty becomes

12  more likely because of racial characteristics.  That leads to

13  lower levels of intellectual ability, perhaps to laziness, and

14  that criminality goes hand in hand.

15  Q    Okay.  I want to talk a little bit about the debate

16  leading to the Undesirable Aliens Act.  A lot of the debate we

17  have been talking about, it sounds like, happened in years

18  prior to 1929.  Is that fair?

19  A    A lot of the debate around Mexican quotas did occur in the

20  period between Johnson-Reed and the passage of the Undesirable

21  Aliens Act in 1929.

22  Q    And at the time that we were with the 70th Congress, were

23  there any voices in Congress that were saying -- that were

24  recognizing the racial aspects of what was happening?  Was

25  there any objection that these rules were perhaps criminalizing

B. Gonzalez O'Brien - D

1   based on race?

2   A    There was.  And this was actually at the very beginning of

3   the debate over the Undesirable Aliens Act.

4        THE COURT:  Professor, I think we lost our audio with

5   you.  I think we lost our audio with you.  So I think the last

6   we may have heard was "I think there were."

7        THE WITNESS:  Can you hear me now?

8        THE COURT:  Yes.  A little bit better.

9        Dennis, what's the last thing you heard from the

10  professor?

11       THE COURT REPORTER:  Answer:  "There was.  And this

12  was actually at the very beginning of the debate over the

13  Undesirable Aliens Act" --

14       THE WITNESS:  Okay.  If I cut out again, just let me

15  know.

16       So at the very beginning of the debate over the

17  Undesirable Aliens Act, John J. O'Connor noted, "I fear there

18  is a spirit pervading our country today reflected in these

19  immigration bills that is a menace to the country.  A spirit of

20  intolerance and bigotry not only to religion but to races.  How

21  long can demagogues in all political parties continue to preach

22  this doctrine of saying 'America for Americans only' and

23  further foment this vindictive intolerance evidenced by these

24  bills?"

25       So there was an acknowledgment even at the time that

B. Gonzalez O'Brien - D

 1   bigotry and racial animus was a motivating factor behind the

 2   discussion of the Undesirable Aliens Act.

 3   Q    Okay.  Thank you.  I want to ask you a little bit on a

 4   different topic about barriers to lawful entry from other

 5   southern border crossers --

 6             THE COURT REPORTER:  Judge, this is Dennis.  I am

 7   getting a lot of feedback.

 8             THE COURT:  I know.

 9             Ms. Daily, we are getting a lot of feedback from your

10   audio.  It is very hard to hear what you're saying.  Can you

11   try it some other way?

12             MS. DAILY:  Your Honor, perhaps we could take a

13   ten-minute recess.

14             THE COURT:  We are running out of time.  How much

15   time do you have for your direct examination?

16             MS. DAILY:  Well, Your Honor, I would expect I have

17   25 to 30 more minutes.

18             THE COURT:  I think we are cutting it way too close.

19   I don't think we can afford another ten-minute recess.  If you

20   can't figure out how to get a clearer connection on the audio,

21   I may turn it back over to Ms. Clark to do the remainder of

22   this examination.

23             Do you want to try calling back?

24             MS. DAILY:  Your Honor, even if I could have five

25   minutes, it might help me connect online.  I'm not sure that my

B. Gonzalez O'Brien - D

```
1   cell phone connection is going to get better.
2           THE COURT:  Very good.  You have five minutes.  If
3   that doesn't work, then Ms. Clark will complete the direct
4   examination.
5           Five-minute recess.
6           MS. DAILY:  Thank you.
7           (Recess.)
8           (Proceedings resumed:)
9           THE COURT:  Ms. Daily, are you back?
10          MS. DAILY:  I'm sorry, Your Honor.  I currently have
11  audio.
12          THE COURT:  That sounds terrific now.  This should be
13  a lot better.  Let's see if this improves the situation.
14          Ms. Daily, I believe we're still doing your direct
15  examination.  You may continue to ask your next question.
16          MS. DAILY:  Thank you.  Just a quick moment.  I'm
17  getting an echo.  Is everybody hearing an echo?
18          THE COURT:  Dennis, are you getting an echo?
19          THE COURT REPORTER:  Yes, Judge.  I am getting an
20  echo.
21          (Discussion between the Court's IT assistant and
22  counsel.)
23          THE COURT:  All right.  Well, let's give it a try.
24          Liz, speak slowly, please.  We are back on the
25  record.
```

B. Gonzalez O'Brien - D

1            MS. DAILY:  Thank you, Your Honor.

2    BY MS. DAILY:

3    Q    Can you talk about the barriers to lawful entry for

4    Mexicans?

5    A    Some of these were already mentioned by

6    Professor Lytle Hernandez, but there were medical inspections

7    that were required beginning in the 1920s.  Even though

8    Mexican-Americans were still required to provide a medical

9    certificate, there were requirements of delousing baths when

10   they were trying to enter the United States.  There were some

11   head taxes that were imposed as well.  The physical exception

12   of delousing baths were not applied to the northern border in

13   the same way.

14           THE COURT REPORTER:  Judge, I am not getting audio.

15   The witness was speaking, but I did not hear anything.

16           THE WITNESS:  All right.  I'm back evidently.  Is

17   everybody still here?

18           THE COURT:  Are you doing anything?

19           THE WITNESS:  I'm not doing anything.  The screen

20   just went white, but it didn't kick me out of the room or

21   anything.

22           THE COURT:  It is probably an unstable Internet

23   connection or an unstable WiFi connection.

24           THE WITNESS:  Okay.

25           THE COURT:  From the top.

B. Gonzalez O'Brien - D

1          THE WITNESS:  We will get through this.

2          Anyway, so there were steps that were taken.  Mae

3   Ngai points out that these were very deliberately aimed at

4   reducing legal immigration to the United States by making the

5   process of legal entry as difficult and humiliating as

6   possible.  This, in turn, when you have a really long,

7   unsecured border, you have to endure this when you're crossing

8   at a legal point of entry, but you don't have to do it at any

9   other point where you can potentially walk across, then some

10  individuals chose to do that.

11          Again, this was aimed at reducing the flow of

12  undocumented entry -- legal entry into the United States,

13  because what the agricultural interest wanted, to a certain

14  extent and what eugenicists in the United States wanted, was a

15  Mexican population that would be here to labor but also

16  wouldn't have permanence.  They could be deported when they

17  were no longer necessary; when their labor was no longer

18  needed.

19  Q    Were those same entrance requirements applied at the

20  northern border?

21  A    They were not.  There were, in fact, a number of

22  exceptions that were made for individuals who were entering

23  illegally from Canada.  There also was a sense that Canadian

24  illegal entrants were not a problem.  In 1927, the immigration

25  restriction lead pointed out -- whose goal was, to be clear,

B. Gonzalez O'Brien - D

1    was immigration restriction, but pointed out that no quotas

2    were needed for Canada, because immigrants from Canada are of

3    racial origins similar to our own self, while quotas were

4    needed on Mexico and other countries in South America whose

5    population is predominantly not of the white race.

6            In addition, beginning in 1935, individuals who had

7    illegally entered from the northern border could apply for

8    hardship and pre-examination from the United States if they

9    were here without status.  What this did was -- to be clear,

10   hardship initially applied to you had a U.S.-born spouse or

11   child.  This was eventually expanded to also include you had a

12   house in the United States.  So the bar was lowered quite a bit

13   in terms of what was considered hardship.

14           But they could apply for pre-examination in the

15   United States, then enter Canada, apply for legal entry into

16   the United States, and that would serve as a form of

17   normalizing their status.  This was only permitted on the

18   northern border.  This was not extended also to Mexico.

19   Q    Thank you.  So you've discussed some of the specific terms

20   that appear in the record from the 1920s legislation.  Can we

21   now move forward to the 1950s legislation.  I want to ask you

22   to discuss the meaning of the term "wetback" as it was used in

23   the early 1950s, specifically as it pertains to immigrants from

24   south of the Rio Grande.

25   A    So the term "wetback" was used to denote anyone who

B. Gonzalez O'Brien - D

1   entered -- largely anyone who entered the United States
2   illegally.  Sometimes it was used synonymously with "Mexican
3   immigrants."  Other times, the term was rather broadly without
4   any kind of national designation of what was meant by that
5   term.
6           So it could be anybody who technically crossed the
7   Rio Grande; therefore, the origin of that term, "wetback," but
8   anybody who crossed the Rio Grande who came to the
9   United States illegally.  So it was a term that was relatively
10  broadly applied.  And if you look at the debate in Congress,
11  oftentimes "wetbacks" are referenced without also a reference
12  to any kind of national origin of those individuals.  They are
13  referenced as "wetbacks."  This is during debate over the
14  immigration act that preceded the McCarran-Walter Act in 1952,
15  which was nicknamed the "Wetback Bill," and this is also part
16  of Congressional Record and was debated as the "Wetback Bill."
17          The attributions that were made to wetbacks are very
18  similar to how Mexicans had been discussed under the
19  Undesirable Aliens Act.  So there were attributions to
20  criminality.  There were attributions of lack of intelligence,
21  of poverty, of all of these -- of all these things that we saw
22  come up during the discussion of the Undesirable Aliens Act.
23  But this term has been reconstituted.  They were no longer
24  talking about "Mexicans" specifically, but instead they were
25  talking about "wetbacks."

B. Gonzalez O'Brien - D

1   Q    I think you had mentioned to me at one point in time that

2   there was something in one of the "Wetback" bills, or one of

3   the bills that was debated around this time where it was

4   preposed perhaps that the enforcement efforts should be

5   targeted against Mexicans specifically.  Is that ringing a

6   bell, and that it was determined that perhaps that wasn't

7   allowed?  Does that sound familiar, or am I on a tangent?

8   A    Yeah.  So during a debate over the "Wetback Bill," there

9   was an exchange between Senator Aiken -- and I'm trying to find

10  the other senator here -- but between Senator Aiken and another

11  senator whose name I unfortunately did not scribble down -- but

12  about the fact that initially the "Wetback Bill" had

13  specifically included the term "Mexican."  Senator Aiken asked

14  that this be struck, questioning whether "we can discriminate

15  constitutionally against the aliens of one particular nation."

16          Aiken also noted that, while he thought it should

17  apply to all aliens, he knew of no instances of its legal

18  employment of Canadians, or certainly that is not common.  So

19  there was this sense that initially the "Wetback Bill," which

20  was an anti-harboring bill, which also, while it did attach

21  felony penalties to the act of harboring, also excluded

22  employment as a form harboring, again, as the same agricultural

23  interests we discussed earlier.

24          So initially this was very much meant to target

25  Mexican immigrants.  And again, Canadian immigrants were not

B. Gonzalez O'Brien - D

1    constructed in the same way.  They were not seen as

2    undocumented immigrants; and therefore, they were not the

3    subject or intended target of the bill.

4    Q    So against that backdrop, can you provide a quick just

5    sort of elevator summary of what were the major changes in the

6    1952 Immigration and Nationality Act, how it changed policy

7    going forward.

8    A    The Immigration and Nationality Act, some of the

9    characterizations of it are a little off.  While it did remove

10   the restriction on Asian immigration to the United States, it

11   left in place a very small quota for the Asian Pacific

12   Triangle.

13             THE COURT REPORTER:  Judge, the witness broke up.

14             THE COURT:  Yes.

15             So, Professor, it left in place --

16             THE WITNESS:  A very small quota.  I should just

17   write this down and hold it up.  It left in place a very small

18   quota for all the Asian Pacific Triangle.  That was not

19   addressed.  It also left in place the African quota, which was

20   not addressed.  Again, these were considered to be racialized

21   quotas because they were lumping all of the individuals of

22   these countries together under a single quota while ascribing

23   individual quotas to European immigrants.

24             In addition, even during the debate of the

25   McCarran-Walter Act, sometimes the mask slipped off of what the

B. Gonzalez O'Brien - D

1   actual intent of that Act was.  I'd like to read to you, if I
2   could find it -- give me one second here.  Well, the mask
3   slipped off on a couple of occasions where you had one
4   individual who noted that while he wasn't -- you know, he
5   didn't endorse the beliefs of Hitler, that immigration was
6   naturally tied to race and to the need to preserve some kind of
7   racial purity in the United States.
8           It's noted in Daniel Tichenor's *Dividing Line*, he
9   calls the McCarran-Walter Act "a new wine in an old bottle."
10  In other words, you are reconstituting this.  You are
11  reconstituting the national quota but not really changing
12  things, and you're kind of slipping away what was recognized in
13  the 1950s, a very explicit racism in the Johnson-Reed Act,
14  particularly --
15          THE COURT REPORTER:  Judge, I didn't hear that.
16          THE WITNESS:  Hold on a second.  Let me see if I can
17  get my -- I don't know what is going on with my Internet
18  connection.
19          MS. DAILY:  For the court reporter, the act
20  referenced is the McCarran-Walter Act.
21          THE COURT:  All right.
22          Professor Gonzalez O'Brien.
23          THE WITNESS:  So anyway, the point of the
24  McCarran-Walter Act was to essentially talk about race and to
25  continue with the same quotas as what you largely had with

B. Gonzalez O'Brien - D

1    Johnson-Reed but just dressed it up in new clothes.  So while

2    you didn't have the very explicit references to the need for

3    racial purity and things like that, you didn't see a

4    significant shift in the pool of immigrants.

5         The referenced census was moved from 1890 to 1920,

6    which still privileged Northern and Western Europeans.  During

7    the Committee hearing on the McCarran-Walter Act, there was

8    data that was entered into the record showing that this was

9    still privileged Northern/Western European over Southern and

10   Eastern European, so you're not really changing much.

11        Go ahead, Your Honor.

12        THE COURT:  Can you give me any background that would

13   help me understand Senator McCarran's statement that "the

14   statute does not contain one iota of racial or religious

15   discrimination" or the Senate Judiciary's report that "the

16   legislation disavowed any theory of Nordic superiority"?  What

17   background can you share with me, if any, that can help me

18   understand the significance of those statements?

19        THE WITNESS:  Senator Lehman of New York regularly

20   was one of the --

21        THE COURT:  You're breaking up.

22        Senator "somebody" of New York was one of the

23   something?

24        You're breaking up.  Let's try it again.

25        THE WITNESS:  Senator Lehman of New York was one of

B. Gonzalez O'Brien - D

1     the critics of the McCarran-Walter Act because he argued in the

2     congressional debate that this was essentially an act that

3     continued to discriminate against people based on race and

4     national origin.   Senator McMahon also noted that it would

5     alter and intensify racial discrimination.

6           So simply because the architect of the bill says,

7     "This is not a racist bill" does not make it a bill that is not

8     racist.   It is easy to make those declarations, but I think if

9     you look at what McCarran-Walter's actions did and the fact

10    that it didn't actually address discrimination against Asian

11    immigrants; that it didn't address discrimination against

12    African immigrants.   They were still ascribed as an

13    essentialized racial identity, and they were still left with

14    quotas that were ridiculously small when compared to any of the

15    quotas extended to European countries, which often were in at

16    least the low thousands and not the tens of thousands that you

17    get for Northern and Western.

18    Q    So can you just discuss President Truman's role in the

19    Immigration and Nationality Act?

20    A    So President Truman did veto the Immigration and

21    Nationality Act in part because it was -- this was something

22    covered in the earlier testimony, so I won't spend too much

23    time on it or was part of the usual presentation.   But

24    President Truman said that this makes the United States look

25    bad, particularly during a period when it appeared to be

B. Gonzalez O'Brien - D

1    competition between the United States and the USSR, right, this

2    idea that you need to get people on your side.  Passing an

3    immigration bill that looks just as discriminatory as what you

4    had in 1924 but just to say, "It's not discriminatory.  We are

5    not discriminating.  We are going to pass the same thing.

6    We're just going to say, well, now the quota for China can

7    actually be used for people who are Chinese," whereas in 1924

8    the quota for China could only be used by people who could

9    become citizens of the United States, which excluded anyone who

10   was Chinese.

11   Q    Were there entrance restrictions at this time that

12   inhibited lawful entry for people from Mexico?

13   A    Well, as mentioned earlier, there was the Bracero Program

14   in place during this period that allowed for the legal entrance

15   of some Mexican immigrants.  As mentioned earlier, this also

16   did lead, at least in part, to an increase in undocumented

17   immigration as well.  But it is also part of the story of one

18   of the issues with the history of immigration policy in this

19   country is that most of the labor programs that have been

20   implemented have not actually brought in enough immigrants to

21   meet the labor demands in this country.

22   Q    About the Bracero Program, was it a program for permanent

23   entry and residence in the United States or was it a temporary

24   labor program, or both?

25   A    The Bracero Program was a temporary labor program.  You

B. Gonzalez O'Brien - D

1    could come here, you could work, you could return.

2    Q    Now, I think you were describing the "not one iota of

3    racism" remark as perhaps being a reference to "we've taken off

4    of the face of this law some of the previous racial

5    classifications that we now know we're not allowed to have on

6    the face of the law."

7              At the moment when they are taking off this

8    discriminatory classification from the base of the law, is

9    there any discussion of the past discrimination against Mexican

10   immigrants that was apparent on the 1920s legislation?

11   A    There is not a significant discussion of this.  The debate

12   around the "Wetback Bill" largely concerned the way to control

13   that population and was also not the codification of 1326 which

14   happened in the Immigration and Nationality Act of 1952 or the

15   McCarran-Walter Act.  But during the McCarran-Walter debate,

16   there was no significant discussion of discrimination towards

17   Mexican immigrants or the Undesirable Aliens Act.

18   Q    Was there a debate or -- a significant debate about

19   whether to continue the crime of illegal reentry?

20   A    There has been debate during McCarran-Walter about whether

21   to continue the crime of reentry.  It was essentially 1929

22   recodified with very little, if any, debate.

23   Q    So, for example, there was no discussion of maybe

24   administrative alternatives or other forms of deterrence on the

25   1952 legislative record; is that correct?

B. Gonzalez O'Brien - D

1   A     Yes.

2   Q     The next topic I want to ask you about relates to the

3   complexity of immigration policy and enforcement and some of

4   the other reasons other than racial animus why Congress would

5   want to perhaps criminalize reentering after deportation.  With

6   respect to the original 1929 legislation, how did the goal of

7   crime prevention factor into the decision to criminalize border

8   entries?

9              MS. BARR:  Objection.

10             THE COURT:  One second, Professor.

11             Basis of the objection?

12             MS. BARR:  Leading.  Can we just ask it in a

13   non-leading way.  It assumes the response.

14             THE COURT:  Can I hear the question, Dennis?

15             (The last question was read.)

16             MS. BARR:  I think part of his response skipped, and

17   I didn't hear it.  I will withdraw my objection.  I think part

18   of Ms. Daily's question skipped, and I didn't hear it in its

19   entirety, so I will withdraw the objection.

20             THE COURT:  The objection is withdrawn.

21             Professor, you may answer.

22             THE WITNESS:  So in the 1929 debate as well as some

23   of the debate over Mexican quotas, there was an expression

24   about the criminal behavior of Mexicans --

25             THE COURT REPORTER:  Judge, sorry to interrupt, but

B. Gonzalez O'Brien - D

1    the witness is breaking up for me.

2              THE COURT:  So start the answer from the beginning,

3    Professor.

4              THE WITNESS:  So take 15.

5              There were concerns about the criminality of Mexican

6    immigrants who were entering the United States.  That was

7    something that was regularly voiced both in the desire for

8    quotas on Mexican immigration as well as in the debates over

9    the Undesirable Aliens Act, this idea that the people who were

10   coming in were -- that there was a greater number of criminals

11   among them.  We know from the time period and some of the

12   documents that we have seen that this was also very much

13   eugenecists' thinking at the time; that nonwhites were more

14   criminalistic --

15             THE COURT REPORTER:  Judge, I missed part of that

16   towards the end.

17             THE COURT:  Speak a little bit louder, slower, and in

18   the microphone.

19             THE WITNESS:  Thank you.

20             Anyway, so there were attributions in eugenecists'

21   thinking that attributed criminality to nonwhites, and this is

22   very much part of the debate around Mexican immigration.

23   Q    Can you just discuss the relationship between

24   criminalizing unlawful reentry versus generally enforcing the

25   immigration laws or deterring law violations?  Is there a

1    distinction there?  Or if reentry is not criminalized in your

2    political science work, would you say that's equivalent to

3    having open borders?

4    A     It's not.  There are a multitude of differences that can

5    be used.  One of the interesting things is if you look back at

6    the history of immigration policy --

7              THE COURT REPORTER:  Judge, this is Dennis.  This is

8    just not working for me.  I don't know what else to say or do.

9              IT SPECIAL BOLLES:  Judge, this is Houston.  I can

10   help.

11             Professor, do you have a phone we can call you at?

12   We can call you on the phone and mute your microphone.

13             THE WITNESS:  You know what I can do, I have an

14   external mike that I can plug into a USB.  Let's try that.  If

15   I could have one second.

16             THE COURT:  We are also, by the way, cutting it close

17   on time.

18             Ms. Barr, how long would you estimate, from what

19   you've heard so far, your cross-examination would be?

20             MS. BARR:  An hour, perhaps.

21             THE COURT:  Okay.  I think what we need to do then is

22   probably break it off now.  I will let the lawyers and

23   Professor work with my courtroom deputy and schedule a time to

24   resume.  But I will share with you now that one of the thoughts

25   that I had when I heard Ms. Daily's questions to the Professor

1   about are there ways to protect a border -- Professor, can you

2   hear me?

3            Professor, can you hear me?

4            THE WITNESS:  Yes.

5            THE COURT:  So in the question that I heard from

6   Ms. Daily, are there ways to protect the border without

7   criminalizing reentry?

8            I want to share with you all -- and we will come back

9   and talk more about this at our next session.  I don't view

10  that as a particularly helpful or relevant question, because I

11  think the answer to that question is going to be, "Of course,

12  there are ways to effectuate immigration policy and border

13  control policy in many different ways."  But it is not my

14  job -- it is not the job of the Court to select among various

15  reasonable policy alternatives.  I think that's the job of the

16  legislature.  That's the job of the Congress.

17           And so if there are some ways to protect the border

18  that don't involve criminalizing reentry -- illegal reentry --

19  so be it.  So that doesn't help advance the ball for the

20  question before me.

21           The question is:  If Congress were to choose, in the

22  future, to criminalize reentry, is that necessarily and under

23  all circumstances reflecting a racial animus?  That's going to

24  be a relevant question.

25           So one of the questions that I'm going to be asking

1   you, Professor, when we come back -- I'm going to ask you from

2   a historical perspective.  Then I'll be asking the lawyers a

3   slight variance from a legal perspective is:  If Congress

4   today, in 2021, were to pass an act substantially similar to

5   what we have right now in our criminalized illegal reentry

6   statute, how would historians in the future go back and

7   evaluate this hypothetical statute being passed in 2021 to

8   answer the question:  Was that motivated by racial animus or a

9   continuation of earlier racial animus?

10          What would historians look to.  And is there any way

11  that Congress could pass a statute today that chose to

12  criminalize illegal reentry that would not be infected by the

13  criticism that it was motivated by racial animus or a

14  continuation of earlier racial animus?

15          I think that Ms. Daily started down that path a

16  little bit with her comment about what is the role of debate.

17  I would be interested in hearing that develop.  We will pick up

18  with that when we come back with you.

19          Let me share with the lawyers three questions that I

20  would appreciate at some point you giving me your written

21  analysis to as part of a written closing argument, and, of

22  course, I will also allow you to do an oral closing argument.

23          Here are the three questions:  No. 1, how should the

24  Court determine which Act, the Undesirable Aliens Act of 1929

25  or the Immigration and Nationality Act of 1952, is the

1    "challenged action" for purposes of the Arlington Heights

2    analysis?

3              Obviously I'm hearing the defendant argue that the

4    challenged action is the Undesirable Aliens Act of 1929.  How

5    do I decide under an Arlington Heights analysis which one

6    really is the challenged action?  What does Arlington Heights

7    or other cases teach us about how I decide what is the

8    challenged action?  So that's question 1.

9              Question No. 2 builds on that:  If I were to

10   determine that the challenged action is the Immigration and

11   Nationality Act of 1952, then what significance do I give to

12   the evidence that Congress's intent in passing the Undesirable

13   Aliens Act of 1929 was an intent that had racial animus?  What

14   significance do I give to that in the Arlington Heights

15   analysis?

16             Obviously Arlington Heights gives me four factors.

17   One of them is some background or historical evidence.  Let's

18   assume that I find that the Undesirable Aliens Act of 1929 was

19   motivated by racial animus.  If I also find that the challenged

20   action, or if I conclude as a matter of law that the challenged

21   action is the INA of 1952, then what role does that historical

22   analysis play and how do the other Arlington Heights factors

23   come into the analysis here?  And that's my second question.

24             And my third question really builds on both of those

25   two and a little bit of what I was just talking to

1    Professor Gonzalez O'Brien about.  That is; if Congress were to

2    pass an act that is substantially similar to the current

3    version of 1326 such that it criminalizes -- they make the

4    policy decision to criminalize illegal reentry in order to

5    provide deterrence, what evidence would or should a court look

6    at later if that new statute was challenged under equal

7    protection grounds to decide whether the 2021 legislation was

8    or was not motivated by the same racial animus that may have

9    been present both in 1929 and maybe even in 1952?

10          And now related to that question is the following:

11   If we would look at whether there are statements made by

12   Congress or in the public forum generally that might indicate

13   that our society still harbors some racial animus, is it the

14   defendant's position that Congress today in 2021 cannot

15   possibly pass a constitutionally acceptable statute that

16   criminalizes illegal reentry?  Is that really the consequence

17   of the defendant's position?

18          I'll tell you now, because I'm still thinking about

19   all of these issues; I haven't made final decisions.  But if

20   that's the consequence of the defendant's position, I just find

21   that not an acceptable decision by the judicial branch to make

22   that there is no way that Congress can make a decision in 2021

23   to criminalize the illegal reentry.

24          So if that's not the defendant's position; if the

25   defendant says:  No, of course, in 2021, notwithstanding the

general comments that have been made and that one can point to
that might show we still have a racial animus problem in this
country; notwithstanding that, Congress can today pass a
constitutionally acceptable -- under the equal protection
clause -- a constitutionally valid statute that criminalizes
illegal reentry, what would they have to do to satisfy, A,
historians in the future looking back; and B, judges in the
future looking back on legal arguments?

          Obviously the first part of the question is for the
historian.  The second part is for the lawyers.  But that's
what I would really like to get both sides' arguments on.
Obviously most of these questions are primarily directed to the
defendant, and then I would like to see the Government's
argument of, well, what's wrong with the defendant's argument?
Why are those not appropriate arguments, or why are they
invalid or not sound arguments?

          So with that said, I am going to leave so I can get
to a doctor's appointment.  I am going to leave you with my
courtroom deputy, Mary.  Maybe we can talk about it now.  I
think what we need to do is find a time that is convenient for
the lawyers and for Professor Gonzalez O'Brien, and I apologize
for making you come back, but I'll tell you in advance that I
appreciate you coming back.

          Yes, sir?  We can't hear you.

          THE WITNESS:  I'm muted.  So that's why you haven't

```
 1    been able to hear me.  I sorted out the problem.
 2              THE COURT:  I am glad you sorted out the problem, but
 3    I'm out of time.  I have got a doctor's appointment, and I
 4    can't miss it.  I assume and hope it is not serious, but I'm
 5    not going to take that chance.
 6              All right.  So would there be a time next week that
 7    might be available for you, Professor?
 8              THE WITNESS:  I'm available on Wednesday of next week
 9    any time from 8:00 a.m. until around 1:30 p.m.
10              THE COURT:  All right.  I'm available all day
11    Thursday.  Did you say 8:00 a.m?
12              Let me ask my courtroom deputy this:  Mary, we have
13    got some criminal matters that don't start until 11:00, right?
14              THE CLERK:  Right.
15              THE COURT:  How about if we start at 8:00 a.m.  I
16    can't go past 11:00 a.m. because we have criminal matters that
17    require our video system.  I'm positive we can finish with the
18    professor between 8:00 a.m. and 11:00 a.m.
19              Will that work for you, Professor?  8:00 a.m.?
20              THE WITNESS:  That works.
21              THE COURT:  Liz and Sarah, can you do it?
22              MS. BARR:  Yes.
23              MS. DAILY:  Yes, Your Honor.
24              THE COURT:  Dennis, can you?
25              THE COURT REPORTER:  Yes.
```

1            THE COURT:  Okay.  So we will continue this hearing

2     until February 3rd at 8:00 a.m.  Then in the meantime,

3     Ms. Clark, Ms. Daily, and Ms. Barr, will the three of you speak

4     among yourselves and then speak with my courtroom deputy, and

5     let me know what you'd like.  You know my written questions.

6     Let me know what you would like to do in terms of when you

7     would like us to make written responses and when you would like

8     to have oral argument and what works best for you.  Mary will

9     find time that works for our calendar.  I'll tell you if I'm

10    not otherwise tied up in a hearing or a doctor's appointment, I

11    will give you whatever works best for you.

12            Does that work?

13            MS. BARR:  Yes, Your Honor.

14            MS. CLARK:  Yes.

15            THE COURT:  I think that's all we need to talk about

16    right now.  Does anybody need to talk about anything else

17    before I say we are in recess until February 3rd at 8:00 a.m.?

18            Anything else we should talk about, Ms. Clark or

19    Ms. Daily?

20            MS. DAILY:  Nothing, Your Honor.  Thank you so much

21    for your patience today.

22            THE COURT:  All right.  Ms. Barr, anything else we

23    should talk about now?

24            MS. BARR:  No, Your Honor.  Nothing further.  Thank

25    you.

1              THE COURT:  All right.  I look forward to hearing

2     more about this interesting issue and seeing you all on

3     February 3rd, Wednesday, at 8:00 a.m.

4              Thank you.

5              (Court adjourned.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                              --oOo--

3

4          I certify, by signing below, that the foregoing is a

5     correct transcript of the record of proceedings in the

6     above-entitled cause.   A transcript without an original

7     signature, conformed signature, or digitally signed signature

8     is not certified.

9
      /s/ Dennis W. Apodaca                    March 1, 2021
10    DENNIS W. APODACA, RDR, RMR, FCRR, CRR              DATE
      Official Court Reporter
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**BY MS. BARR: [12]**  99/19 100/12 101/20 103/18 106/5 109/2 120/4 123/20 124/16 125/22 130/10 132/19

**BY MS. CLARK: [13]**  59/10 61/11 62/16 68/6 69/9 72/19 74/16 76/2 79/1 80/6 82/25 85/23 88/12

**BY MS. DAILY: [4]**  139/1 144/23 145/19 152/1

**IT SPECIAL BOLLES: [1]**  165/8

**MS. BARR: [35]**  4/10 6/11 8/6 10/6 10/23 11/3 50/25 54/19 54/22 54/24 75/11 75/16 86/10 86/12 86/16 99/4 99/16 103/10 103/12 119/11 119/14 120/3 124/15 125/16 125/21 130/7 132/14 136/25 163/8 163/11 163/15 165/19 171/21 172/12 172/23

**MS. CLARK: [33]**  4/15 5/3 6/15 7/5 11/25 12/13 13/2 13/9 17/19 19/8 19/23 20/8 23/16 26/9 27/20 47/21 51/5 51/8 51/15 55/16 58/19 59/8 62/15 73/11 75/22 76/1 89/4 90/1 102/21 131/22 131/24 137/5 172/13

**MS. DAILY: [39]**  4/17 4/20 8/24 9/19 9/23 30/8 34/17 34/20 35/13 35/18 35/22 37/12 39/11 39/17 39/21 40/14 42/10 45/14 47/18 47/25 51/11 51/16 54/16 137/12 137/17 138/3 138/6 138/21 144/22 150/11 150/15 150/23 151/5 151/9 151/15 151/25 158/18 171/22 172/19

**THE CLERK: [3]**  59/3 138/14 171/13

**THE COURT REPORTER: [17]**  79/14 79/16 101/18 119/21 137/24 142/16 145/17 149/10 150/5 151/18 152/13 157/12 158/14 163/24 164/14 165/6 171/24

**THE COURT: [168]**  4/4 4/12 4/19 4/21 5/1 5/8 5/12 5/23 5/25 6/12 6/16 7/25 8/20 9/16 9/21 9/25 10/15 11/2 11/24 12/10 12/16 13/5 17/17 19/4 19/21 20/7 23/15 26/8 27/18 30/4 34/18 35/6 35/14 35/19 36/11 39/10 39/13 39/20 40/10 42/4 45/12 47/15 47/24 50/17 51/1 51/6 51/9 51/13 51/17 51/21 54/17 54/20 54/23 55/9 55/17 55/21 56/10 58/23 59/7 61/4 61/7 61/10 62/10 66/25 67/19 68/5 68/18 69/7 70/19 73/12 73/21 75/12 75/21 75/23 78/19 79/12 79/15 79/18 80/2 80/5 81/22 81/25 82/2 82/8 85/18 86/11 86/14 86/23 87/1 87/13 88/10 89/1 90/3 91/9 92/11 92/22 95/8 95/12 98/11 99/14 100/11 102/23 103/3 103/7 103/14 105/14 105/23 106/1 108/25 119/9 119/12 119/16 119/19 119/22 119/25 123/16 124/14 125/12 125/19 130/9 131/23 132/7 132/16 137/2 137/6 137/14 137/22 137/25 138/4 138/7 138/10 138/19 142/18 144/20 149/3 149/7 150/7 150/13 150/17 151/1 151/8 151/11 151/17 151/22 152/17 152/21 152/24 157/13 158/20 159/11 159/20 163/9 163/13 163/19 164/1 164/16 165/15 165/20 166/4 171/1 171/9 171/14 171/20 171/23 171/25 172/14 172/21 172/25

**THE DEFENDANT: [3]**  5/11 5/22 5/24

**THE INTERPRETER: [1]**  4/24

**THE WITNESS: [58]**  56/9 59/5 61/6 61/8 67/5 67/23 68/24 70/21 73/18 73/22 78/22 79/23 80/3 81/24 82/1 82/6 82/9 85/21 87/3 88/4 89/5 91/8 92/10 92/12 92/25 95/11 95/19 102/25 103/6 103/8 103/11 105/17 105/25 106/3 119/15 119/18 138/9 138/17 142/19 149/6 149/13 152/15 152/18 152/23 152/25 157/15 158/15 158/22 159/18 159/24 163/21 164/3 164/18 165/12 166/3 170/24 171/7 171/19

**$**

**$1,000 [1]**  44/11

**$7 [1]**  58/5

**$7 billion [1]**  58/5

**'**

**'20s [2]**  117/14 131/15

**'26 [1]**  126/9

**'28 [1]**  126/9

**'30s [2]**  24/17 117/10

**'40s [1]**  96/3

**'50s [1]**  96/3

**'70s [1]**  136/23

**'80s [2]**  136/15 136/23

**'90s [1]**  124/3

**'America [1]**  149/22

**'criminal [1]**  85/11

**'documented [1]**  85/9

**'final [1]**  25/8

**'undocumented [1]**  85/10

**'wetbacks.' [1]**  85/9

**-**

**--oOo [1]**  174/2

**/**

**/s [1]**  174/9

**1**

**10 [5]**  51/20 56/12 56/14 56/17 69/3

**100 [1]**  27/19

**100,000 [1]**  134/5

**1000 [2]**  2/3 2/24

**101 [1]**  2/7

**101,945 [1]**  134/7

**11,600 [1]**  133/4

**11:00 [3]**  171/13 171/16 171/18

**12 [1]**  22/1

**122 [1]**  130/7

**123 [1]**  130/7

**1325 [3]**  61/15 82/14 88/18

**1326 [32]**  11/9 11/23 13/17 26/18 29/23 30/1 30/14 31/3 31/14 37/9 39/8 43/19 43/23 44/5 52/17 52/17 52/18 52/20 53/1 53/1 53/6 53/11 61/15 62/2 62/6 81/10 82/14 88/19 97/23 121/19 162/13 169/3

**139 [1]**  3/5

**14,375 [1]**  134/7

**15 [6]**  51/20 51/21 59/18 69/3 98/14 164/4

**15,000 [1]**  133/3

**15-minute [5]**  54/21 55/18 56/13 56/15 56/18

**1700 [1]**  2/7

**1790 [2]**  65/7 65/12

**18,663 [1]**  134/8

**1870s [1]**  63/2

**1882 [3]**  117/22 142/15 142/18

**1890 [1]**  159/5

**19 [4]**  5/17 103/11 103/20 104/3

**1900 [1]**  14/17

**1900-1910 [1]**  20/1

**1900s [1]**  17/13

**1907 [1]**  117/25

**1908 [1]**  116/7

**1910 [1]**  20/1

**1910s [1]**  17/13

**1911 [1]**  144/8

**1917 [1]**  63/14

**1920 [3]**  103/21 111/23 159/5

**1920's [1]**  47/3

**1920s [37]**  17/13 45/24 46/18 49/2 50/10 64/4 64/16 66/5 70/3 70/11 70/17 71/24 75/1 76/12 77/3 82/16 83/24 93/16 96/19 103/23 105/21 107/24 116/4 116/13 117/1 117/8 117/9 119/3 125/25 134/20 142/4 142/9 142/10 143/24 152/7 154/20 162/10

**1921 [6]**  27/15 52/7 53/17 56/4 100/8 126/4

**1924 [28]**  20/15 22/19 37/22 46/3 46/12 62/10 62/22 63/17 63/18 64/1 64/4 64/8 65/25 76/16 81/20 82/5 106/18 111/22 114/6 116/7 116/23 124/2 126/4 126/6 142/16 143/19 161/4 161/7

**1925 [3]**  76/16 130/14 130/22

**1927 [2]**  133/1 153/24

**1928 [6]**  71/25 72/13 99/23 99/24 100/1 133/8

**1929 [64]**  7/10 14/13 17/7 17/7 17/7 22/9 22/13 28/14 28/16 28/17 30/14 30/23 32/5 32/22 45/1 53/15 60/14 61/24 61/25 62/3 62/8 69/12 72/23 74/18 77/14 78/12 83/9 84/14 86/6 91/18 94/6 95/10 95/12 96/2 96/19 100/14 101/4 102/7 102/11 104/13 104/18 104/24 106/21 107/8 107/20 108/21 113/17 113/18 139/21 143/20 144/19 145/2 145/8 146/1 148/18 148/21 162/21 163/6 163/22 167/24 168/4 168/13 168/18 169/9

**1929's [1]**  86/3

**1930 [5]**  21/19 21/24 22/1 65/20 120/24

**1930s [16]**  28/20 65/4 78/18 80/21 81/12 96/3 96/12 96/21 102/1 105/21 107/25 109/23 117/8 117/9 120/13 120/19

**1933 [1]**  24/17

**1934 [1]** 118/1
**1935 [1]** 154/6
**1937 [4]** 79/8 80/5 108/1 120/6
**1939 [12]** 100/15 101/4 102/8 104/13 104/18 104/24 106/21
107/8 107/20 108/22 109/23 133/19
**1940s [3]** 81/3 96/25 128/8
**1942 [1]** 126/11
**1943 [3]** 87/6 127/12 134/12
**1946 [1]** 134/7
**1947 [1]** 134/8
**195,880 [1]** 134/8
**1950 [3]** 81/6 97/15 134/9
**1950's [2]** 46/24 47/10
**1950s [8]** 45/25 81/4 97/6 127/24 129/3 154/21 154/23 158/13
**1952 [41]** 31/18 32/16 32/17 34/6 35/1 35/10 35/25 36/14 36/18
37/9 37/19 45/18 47/13 53/3 53/13 53/24 81/14 81/18 82/8
82/16 82/21 83/4 83/14 83/17 91/20 95/11 95/12 95/14 95/19
97/18 97/21 97/24 98/11 155/14 157/6 162/14 162/25 167/25
168/11 168/21 169/9
**1954 [5]** 84/25 97/14 128/21 128/23 134/5
**1959 [1]** 19/15
**1965 [2]** 87/7 97/24
**1970s [8]** 88/9 94/14 94/21 134/24 135/2 135/7 135/25 136/15
**1972 [1]** 41/11
**1975 [3]** 130/14 130/22 133/22
**1980s [8]** 31/23 48/15 48/23 88/10 136/7 136/9 136/21 136/24
**1985 [2]** 14/16 15/2
**1988 [1]** 44/2
**1990 [1]** 44/11
**1990s [4]** 31/23 31/25 48/15 48/23
**1994 [1]** 44/12
**1996 [6]** 31/12 44/15 44/16 44/22 44/23 139/24
**1997 [1]** 44/23
**19th [5]** 38/10 65/14 70/5 94/11 111/18
**1:30 [1]** 171/9

## 2

**2,000 miles [1]** 127/5
**2.5 [1]** 97/3
**2000 [2]** 121/22 124/18
**2000s [1]** 124/3
**2005 [2]** 121/23 124/19
**2007 [2]** 140/10 140/11
**2010 [3]** 42/14 121/24 124/20
**2015 [1]** 58/2
**2017 [3]** 57/18 58/13 61/1
**2018 [1]** 42/7
**2019 [1]** 60/20
**2020 [2]** 16/7 38/5
**2021 [19]** 1/6 4/1 14/12 53/8 54/11 56/6 78/9 90/22 91/25 92/2
92/9 94/23 167/4 167/7 169/7 169/14 169/22 169/25 174/9
**2071 [5]** 91/13 91/13 91/16 91/23 92/5
**20th [7]** 17/9 65/14 67/7 94/11 96/14 115/11 143/7
**20th and [1]** 142/2
**20th century [5]** 19/18 67/12 105/20 111/18 142/5
**20th century/Jim [1]** 38/11
**21st [1]** 142/2
**25 [1]** 150/17
**28 [3]** 1/6 4/1 4/7
**28-1 [2]** 57/15 62/13

## 3

**30 [2]** 130/14 150/17
**301 [1]** 2/24
**30th [2]** 57/18 58/12
**326-8182 [1]** 2/25
**3:19-cr-00407-SI [1]** 1/5
**3rd [3]** 172/2 172/17 173/3

## 4

**4,500 [1]** 133/7

**42 [2]** 21/6 12/18
**44,800 [1]** 100/16
**45 [3]** 41/22 51/12 119/12
**49 percent [1]** 58/3
**4th [2]** 32/22 37/22

## 5

**5,000 [1]** 133/5
**50 [1]** 91/12
**50 percent [1]** 115/11
**503 [1]** 2/25
**572,477 [1]** 134/9
**59 [1]** 3/4

## 6

**6,628 [1]** 134/9
**600 [1]** 2/3
**61 [1]** 41/22
**615 [1]** 9/4

## 7

**7,001 [1]** 100/15
**70th [1]** 148/22
**70th Congress [1]** 32/12

## 8

**80 [3]** 15/11 119/3 119/6
**80 percent [1]** 20/16
**8182 [1]** 2/25
**84 percent [1]** 113/19
**85 [4]** 14/17 34/3 87/17 87/23
**85 percent [1]** 78/18
**86 percent [2]** 121/23 124/19
**87 percent [2]** 121/24 124/20
**8:00 [4]** 171/15 171/19 172/17 173/3
**8:00 a.m [4]** 171/9 171/11 171/18 172/2

## 9

**900-page [2]** 36/15 37/20
**92 percent [1]** 58/9
**95 percent [1]** 119/4
**97 percent [2]** 121/22 124/18
**97204 [3]** 2/3 2/8 2/24
**98 percent [1]** 119/6
**99 [1]** 3/4
**99 percent [4]** 78/18 87/17 87/23 113/20

## A

**a lot [1]** 95/24
**a.m [10]** 171/9 171/11 171/15 171/16 171/18 171/18 171/19
172/2 172/17 173/3
**Abbott [2]** 42/7 42/11
**ability [2]** 105/20 148/13
**able [18]** 8/10 9/13 19/4 21/9 21/16 22/3 26/12 28/11 28/15
49/16 50/14 65/13 71/18 78/16 78/20 106/15 128/25 171/1
**about [164]** 7/7 7/9 11/21 11/21 12/5 12/8 13/7 13/24 14/16
15/19 16/4 17/17 19/11 20/11 20/15 20/25 21/15 24/14 24/22
24/25 24/25 28/1 28/16 32/16 33/5 37/17 37/17 37/19 38/4 38/6
38/9 40/21 43/18 43/21 45/14 47/10 48/5 48/22 51/9 52/1 52/23
52/23 55/14 57/22 59/15 59/18 60/14 61/25 62/9 64/5 64/23
64/23 66/13 66/15 67/22 68/11 69/11 69/15 70/6 75/7 75/9 76/5
76/10 76/15 77/5 77/16 78/10 81/15 81/15 83/16 83/17 83/18
83/22 84/11 84/24 85/1 85/13 86/9 87/20 90/11 90/11 92/4 92/5
93/21 94/9 94/12 95/18 95/24 97/3 98/14 98/16 99/15 100/9
102/23 104/8 104/12 105/22 107/2 107/2 108/12 108/12 111/3
111/9 111/23 112/12 112/24 113/2 113/12 114/4 115/11 116/20
117/8 119/8 121/9 121/14 122/18 122/19 123/8 125/11 129/18
130/2 133/3 133/4 133/5 134/5 134/11 134/7 135/8 135/23
135/25 140/16 143/25 144/1 147/1 147/10 147/22 147/23
148/15 148/17 150/4 152/3 155/24 155/25 156/12 158/24
161/22 162/18 162/20 163/2 163/24 164/5 166/1 166/9 167/16
168/7 169/1 169/18 170/19 171/15 172/15 172/16 172/18
172/23 173/2

**A**

**above** [1]  174/6
**above-entitled** [1]  174/6
**abroad** [1]  115/12
**absolute** [4]  109/25 110/5 118/21 118/24
**absolutely** [7]  40/15 54/17 60/7 68/12 80/11 115/5 127/22
**Abuse** [1]  44/3
**academic** [8]  59/13 60/10 79/5 122/24 139/5 141/2 141/4 141/6
**academics** [2]  141/13 141/15
**academy** [2]  60/7 69/5
**acceptable** [2]  71/15 169/15 169/21 170/4
**accepted** [1]  19/6
**access** [4]  71/8 71/18 118/9 145/6
**accompany** [1]  93/4
**accomplish** [1]  54/11
**according** [6]  52/11 65/5 65/6 65/15 105/8 147/14
**accounted** [1]  58/3
**accurate** [8]  57/9 105/12 110/22 112/9 112/10 118/4 118/12 119/9
**achieve** [1]  145/6
**acknowledge** [1]  39/20
**acknowledged** [4]  41/7 42/24 42/25 62/19
**acknowledging** [1]  113/6
**acknowledgment** [6]  35/2 35/8 35/21 42/19 43/10 149/25
**ACLU** [1]  27/4
**across** [18]  21/16 57/15 60/1 69/25 70/8 70/18 77/14 81/11 84/7 89/14 97/20 105/19 107/11 115/4 115/6 118/5 141/16 153/9
**act** [126]  7/10 20/14 20/16 22/13 22/19 28/14 28/16 28/18 28/22 30/14 31/13 31/18 31/24 32/17 32/17 32/22 32/23 34/15 35/10 37/22 39/19 44/3 45/20 46/3 46/21 47/10 47/13 52/7 53/8 53/14 53/17 53/20 53/24 54/11 56/3 56/4 56/5 61/24 61/25 62/3 62/22 63/12 63/18 63/18 65/7 65/12 69/12 70/12 72/23 74/18 81/14 81/15 81/20 82/5 82/16 82/21 86/9 90/21 91/18 91/25 92/9 95/4 95/15 101/7 101/17 101/22 112/1 117/22 126/6 139/21 139/23 142/15 142/16 142/18 142/20 142/21 142/24 143/20 143/25 144/14 144/15 144/20 145/3 145/8 145/11 146/1 146/8 146/21 148/16 148/21 149/3 149/13 149/17 150/2 155/14 155/14 155/19 155/22 156/21 157/6 157/8 157/25 158/1 158/9 158/13 158/19 158/20 158/24 159/7 160/1 160/2 160/19 160/21 162/14 162/15 162/17 164/9 167/4 167/24 167/24 167/25 168/4 168/11 168/13 168/18 169/2
**acted** [2]  16/24 52/8
**action** [12]  16/24 20/10 32/7 32/8 42/10 168/1 168/4 168/6 168/8 168/10 168/20 168/21
**actions** [2]  33/11 160/9
**active** [1]  108/18
**activity** [1]  120/8
**actor** [1]  14/4
**actual** [2]  106/18 158/1
**actually** [19]  13/23 26/22 67/18 70/11 74/8 81/5 82/10 106/20 114/2 126/13 126/14 127/24 135/19 143/23 149/2 149/12 160/10 161/7 161/20
**add** [4]  66/5 72/13 77/1 126/9
**added** [2]  44/19 72/14
**addition** [7]  42/21 47/12 56/23 60/19 71/25 154/6 157/24
**additional** [4]  12/15 47/23 84/3 91/3
**address** [18]  7/4 7/9 8/16 30/21 34/21 36/3 36/17 43/17 82/14 86/20 88/14 88/15 88/18 97/24 124/24 143/11 160/10 160/11
**addressed** [6]  36/9 47/21 97/24 113/8 157/19 157/20
**addresses** [1]  33/14
**addressing** [3]  11/13 83/9 99/21
**adequate** [1]  55/15
**adjoining** [1]  84/16
**adjourned** [1]  173/5
**administer** [1]  59/1
**administrative** [4]  72/18 100/2 100/5 162/24
**admissible** [1]  27/17
**adopt** [3]  38/23 41/18 43/1
**adopted** [4]  38/20 38/21 38/23 39/10
**adopting** [1]  41/25
**adoption** [1]  41/9

**advance** [2]  166/19 170/22
**advances** [1]  166/4
**advisable** [1]  5/18
**advise** [3]  9/13 51/23 54/10
**advising** [1]  54/1
**AEDPA** [2]  44/15 44/16
**affect** [2]  52/17 132/13
**affected** [2]  89/23 129/23
**affects** [1]  52/20
**affiliated** [1]  22/20
**affirm** [2]  61/20 129/17
**affirming** [1]  82/22
**afford** [1]  150/19
**African** [14]  38/13 71/12 71/13 73/6 73/14 73/17 73/20 74/7 74/13 93/7 96/16 98/18 157/19 160/12
**African-American** [2]  74/7 98/18
**African-Americans** [10]  38/13 71/12 71/13 73/6 73/14 73/17 73/20 74/13 93/7 96/16
**after** [38]  8/4 17/7 20/6 21/13 23/14 28/8 47/23 50/24 56/18 65/8 65/25 67/9 70/11 70/24 72/13 76/16 84/14 86/2 87/10 87/11 89/8 89/8 89/8 92/2 96/19 99/1 108/17 109/11 114/6 116/13 116/13 116/15 126/6 128/21 128/23 130/8 142/18 163/5
**afternoon** [1]  56/21
**again** [35]  16/7 16/9 19/14 29/16 29/17 40/8 40/20 44/12 44/22 44/23 49/7 54/14 77/16 81/3 81/6 92/24 93/20 94/8 100/17 101/1 122/6 122/17 123/14 124/14 136/4 141/6 144/19 144/23 147/15 149/14 153/11 156/22 156/25 157/20 159/24
**against** [16]  27/3 27/4 28/5 40/9 53/23 76/8 84/21 84/22 112/1 156/5 156/15 157/4 160/3 160/10 160/11 162/9
**agency** [3]  70/25 106/13 107/18
**agents** [2]  74/2 74/3
**ago** [3]  34/13 87/16 98/14
**agree** [20]  5/22 10/16 19/9 39/3 40/15 101/7 101/17 101/22 104/2 104/10 109/22 117/4 120/13 120/15 120/19 124/23 134/11 144/25 145/2 145/7
**agreed** [1]  6/7
**agreement** [3]  63/14 117/24 126/12
**agribusiness** [10]  21/10 21/15 25/19 28/3 28/4 74/9 74/15 102/9 117/5 118/13
**agribusiness's** [1]  117/16
**agricultural** [4]  102/15 144/16 153/13 156/22
**ahead** [7]  11/3 73/12 87/6 106/2 123/20 145/15 159/11
**aid** [1]  40/24
**Aiken** [4]  156/9 156/10 156/13 156/16
**aim** [1]  145/4
**aimed** [2]  153/3 153/11
**Alabama** [2]  15/2 15/20
**alarm** [1]  95/1
**Albert** [3]  22/15 66/9 72/15
**alert** [1]  57/22
**alien** [14]  24/22 33/9 48/24 85/16 85/21 100/24 113/22 123/4 129/12 129/13 129/14 129/19 129/25 146/23
**alien.'** [1]  85/11
**aliens** [43]  28/13 28/18 30/14 31/13 32/23 44/18 44/24 61/25 69/12 72/23 85/19 91/18 96/7 109/12 131/6 131/9 131/13 139/21 143/20 143/25 144/13 144/15 145/3 145/10 146/8 146/17 146/21 148/16 148/21 149/3 149/13 149/17 150/2 155/19 155/22 156/15 156/17 162/17 164/9 167/24 168/4 168/13 168/18
**align** [1]  124/22
**aligned** [1]  68/14
**Alison** [3]  2/6 4/17 5/4
**Alison Clark** [1]  4/17
**Alito** [4]  38/16 38/18 40/11 41/17
**Alito's** [1]  40/22
**all** [99]  4/5 5/16 6/2 6/18 8/21 10/1 12/25 17/9 18/1 20/7 20/16 28/25 29/24 42/21 51/18 51/22 54/21 55/18 57/12 58/3 58/9 63/6 65/9 66/21 66/23 69/5 71/13 72/8 74/21 74/23 77/15 77/15 79/19 82/19 84/12 84/18 91/2 92/12 93/21 94/18 95/6 96/9 98/24 103/15 106/2 108/3 108/13 110/4 111/20 113/8 115/11 115/12 115/15 118/1 120/1 128/12 128/18 129/1 131/6 131/7 131/9 131/10 131/12 132/8 132/12 132/25 134/18 134/21 135/23 137/8 137/10 137/12 138/8 138/11 140/19 147/7 147/7

**A**

all... [21] 148/4 148/10 149/21 151/23 152/16 155/21 155/21 156/17 157/18 157/21 158/21 166/8 166/23 169/19 171/6 171/10 171/10 172/15 172/22 173/1 173/2

allegedly [2] 15/10 120/20

allocated [1] 105/11

allocation [1] 106/16

allocations [1] 105/18

allow [1] 74/12 167/22

allowed [9] 64/21 65/7 68/23 83/17 103/3 134/13 156/7 161/14 162/5

allowing [2] 25/21 145/6

almost [3] 66/7 84/23 127/5

almshouses [1] 71/20

alone [1] 133/20

along [12] 15/15 23/19 68/19 95/21 108/6 110/10 121/20 122/7 122/22 123/19 132/4 141/11

already [9] 20/21 48/12 57/2 142/6 142/10 142/25 144/4 145/1 152/5

also [86] 4/18 6/23 8/19 14/7 15/23 17/4 18/3 18/5 18/12 18/22 25/18 28/14 40/11 43/21 50/7 54/3 60/1 63/6 64/5 64/13 68/14 74/4 77/24 78/4 81/4 81/20 82/12 82/19 82/24 87/18 89/15 91/5 93/4 96/1 98/16 98/21 99/11 111/7 111/12 112/11 112/18 113/16 115/19 116/2 116/24 117/19 117/21 121/9 123/10 131/9 132/15 135/14 137/16 139/13 139/25 140/17 141/8 141/12 141/18 141/20 143/19 144/14 145/11 146/10 146/18 146/19 147/6 148/4 153/15 153/23 154/11 154/18 155/11 155/15 156/16 156/20 156/21 157/19 160/4 161/15 161/17 162/13 164/12 165/16 167/22 168/19

alter [1] 160/5

altered [2] 34/2 41/5

alternative [1] 65/22

alternatives [3] 27/25 162/24 166/15

always [10] 25/7 28/22 28/24 46/10 81/2 81/2 99/16 111/25 112/2 140/20

am [28] 6/3 7/8 11/15 12/17 51/9 54/18 82/7 88/17 100/19 103/2 107/1 119/12 121/15 123/7 123/15 124/1 136/21 137/10 137/21 139/6 140/21 150/6 151/19 152/14 156/7 170/17 170/18 171/2

ameliorate [3] 35/3 42/18 44/7

ameliorative [1] 33/19

ameliorative-type [1] 33/19

amendatory [1] 34/8

amending [1] 26/4

amendment [6] 15/18 39/7 39/17 39/19 44/16 44/21

amendments [6] 31/2 31/12 33/19 35/4 43/21 46/25

AMERICA [8] 1/4 76/21 78/10 88/10 136/11 136/13 139/20 154/4

American [35] 17/21 18/24 23/3 24/23 25/17 26/1 28/9 45/2 46/11 60/17 60/18 60/19 64/20 66/24 73/5 73/20 74/5 74/7 77/24 83/25 90/15 94/3 96/23 98/18 99/23 110/3 118/5 134/20 136/3 139/15 140/9 141/25 142/1 147/12

Americans [18] 38/13 46/23 58/8 64/6 71/12 71/13 72/9 73/6 73/14 73/17 73/20 74/13 93/7 96/16 113/4 124/6 149/22 152/8

among [6] 18/23 90/18 146/14 164/11 166/14 172/4

amount [3] 17/16 75/5 114/19

ample [1] 41/10

amplify [2] 71/8 71/19

analysis [12] 53/10 68/25 76/23 92/16 94/20 123/8 167/21 168/2 168/5 168/15 168/22 168/23

anarchists [1] 19/20

and/or [2] 137/16 138/9

anew [1] 34/24

Angeles [1] 96/22

Anglo [4] 63/24 72/9 74/5 118/5

Anglo-American [2] 74/5 118/5

Anglo-Americans [1] 72/9

Anglo-Western [1] 63/24

animus [34] 14/11 14/14 14/20 17/6 28/2 29/2 37/9 37/12 41/7 43/25 53/14 64/23 72/25 76/5 86/2 86/6 87/13 88/18 91/17 91/21 91/23 92/7 150/1 163/4 166/23 167/8 167/9 167/13 167/14 168/13 168/19 169/8 169/13 170/2

annual [3] 78/15 79/8 80/5

another [17] 27/25 42/14 56/1 56/12 65/24 68/18 84/25 87/12 93/2 162/23 170/6 172/2 173/12

answer [26] 8/7 26/12 51/24 51/24 53/12 54/14 69/4 75/20 76/9 87/3 87/4 88/25 89/4 95/8 103/18 105/2 106/22 107/10 113/12 117/9 129/6 149/11 163/21 164/2 166/11 167/8

answering [2] 29/4 92/5

answers [2] 30/17 106/24

anti [6] 17/17 40/10 41/13 44/2 45/23 156/20

anti-Catholic [2] 40/10 41/13

Anti-drug [1] 44/2

anti-harboring [1] 156/20

anti-Mexican [1] 45/23

anti-Semitism [1] 17/17

anticipate [3] 51/3 51/7 51/10

any [56] 6/10 6/14 6/25 7/3 8/2 8/5 8/23 11/12 11/13 11/22 11/22 12/12 12/18 18/21 28/25 33/3 33/5 33/9 35/5 35/17 42/22 43/3 44/25 45/24 52/17 56/6 60/1 67/15 72/2 78/20 81/16 83/25 85/25 86/2 88/17 90/3 118/17 123/23 123/25 134/21 137/4 139/17 147/17 148/23 148/25 153/8 155/4 155/12 159/12 159/16 159/17 160/14 162/9 162/22 167/10 171/9

anybody [3] 155/6 155/8 172/16

anyone [5] 123/3 147/13 154/25 155/1 161/9

anything [16] 10/17 34/8 67/20 68/20 114/14 114/23 124/12 125/10 132/18 152/15 152/18 152/19 152/21 172/16 172/18 172/22

anyway [3] 153/2 158/23 164/20

anywhere [1] 123/3

apathy [1] 19/21

Apodaca [5] 2/23 9/25 11/15 174/9 174/10

apologies [1] 11/14 63/9 125/18 125/21

apologize [4] 56/6 130/18 144/23 170/21

apparent [1] 162/10

Appeals [2] 15/16 16/19

appear [1] 154/20

appearance [4] 4/9 4/15 4/24 94/14

APPEARANCES [1] 2/1

appeared [2] 48/8 160/25

appearing [1] 4/12

appears [3] 6/23 26/16 58/12

appellate [1] 57/7

application [1] 31/3

applied [8] 14/2 21/12 21/13 146/17 152/12 153/19 154/10 155/10

applies [2] 33/9 82/10

apply [10] 29/23 44/14 95/10 147/11 147/13 147/17 154/7 154/14 154/15 156/17

applying [2] 15/16 33/19

appointment [4] 60/21 170/18 171/3 172/10

appreciate [10] 30/9 52/19 52/23 99/12 99/14 135/24 137/9 137/10 167/20 170/23

appreciation [1] 84/14

apprehend [2] 128/25 129/10

apprehended [11] 109/12 109/18 114/1 121/22 123/4 124/18 125/5 125/7 129/12 131/13 134/2

apprehending [1] 122/15

apprehension [11] 109/17 110/7 114/9 116/17 121/23 123/12 123/13 124/9 124/11 124/24 128/21

apprehensions [5] 124/13 124/20 125/2 125/2 128/9

approach [3] 14/23 15/16 65/2

appropriate [1] 54/5 170/15

approximately [1] 119/10

April [2] 57/18 58/12

April 30th [2] 57/18 58/12

Arce [1] 16/22

architect [1] 160/6

architects [1] 63/21

archival [1] 59/23

archive [1] 89/6

archives [4] 59/24 59/24 89/9 124/4

Archivo [1] 89/11

Archivo General [1] 89/11

ardent [1] 22/20

are [217]

**A**

**area [7]** 45/12 59/16 77/11 99/13 102/9 139/14 140/7
**areas [3]** 80/17 97/16 143/4
**aren't [2]** 35/20 113/8
**Argentina [1]** 135/16
**argue [1]** 168/3
**argued [4]** 53/13 53/23 77/20 160/1
**argument [23]** 6/5 6/20 7/2 8/11 9/2 10/23 12/21 37/8 50/24
51/25 53/3 53/6 53/12 104/8 110/12 110/15 110/16 112/25
167/21 167/22 170/14 170/14 172/8
**arguments [12]** 6/21 8/9 8/10 8/11 10/10 56/11 115/25 112/16
170/8 170/11 170/15 170/16
**Arlington [24]** 7/9 13/22 14/17 15/17 16/21 17/2 30/24 31/3
32/6 33/13 33/20 43/7 43/25 47/1 47/4 49/25 50/13 53/9 168/1
168/5 168/6 168/14 168/16 168/22
**Arlington Heights [7]** 7/9 13/22 15/17 30/24 33/20 47/4 50/13
**around [28]** 14/13 18/9 71/19 73/14 74/8 83/12 83/13 92/22
93/16 97/22 97/22 98/8 100/5 100/7 100/20 102/12 110/7
110/19 111/10 128/4 143/18 144/12 145/11 148/19 156/3
162/12 164/22 171/9
**arrest [4]** 11/21 72/12 116/17 124/9
**arrested [1]** 33/10
**arrests [13]** 80/10 80/12 81/10 110/7 121/20 122/7 122/22
123/11 123/12 124/12 124/25 125/3 125/3
**arrive [1]** 93/17
**arrived [1]** 20/21
**article [5]** 34/3 60/24 60/25 67/21 97/8
**articles [2]** 60/8 141/10
**articulate [1]** 39/4
**articulated [4]** 34/13 38/1 38/25 47/3
**artist [1]** 19/24
**as [250]**
**ascending [1]** 130/22
**ascribed [1]** 160/12
**ascribing [1]** 157/22
**Asia [5]** 20/17 21/12 66/23 71/11 82/17
**Asia-Pacific [1]** 82/17
**Asian [11]** 46/5 66/2 82/18 82/19 98/8 118/12 126/3 157/10
157/11 157/18 160/10
**Asiatic [2]** 63/15 63/20
**ask [52]** 4/8 4/14 6/2 8/2 8/16 9/14 10/2 12/21 14/16 14/23 32/3
35/8 36/10 50/11 50/22 55/10 58/14 59/1 61/24 62/20 64/23
67/1 68/19 69/11 73/13 75/7 79/13 83/18 86/24 90/6 100/9
103/13 103/16 121/14 125/20 127/23 130/12 132/11 132/18
137/5 142/7 144/25 145/13 145/16 145/21 150/3 151/15 154/21
163/2 163/12 167/1 171/12
**asked [4]** 30/17 76/4 137/18 156/13
**asking [23]** 14/11 29/22 54/19 57/22 76/9 89/2 90/9 90/11 90/11
101/11 104/18 107/2 107/2 107/7 107/7 113/10 122/18 122/19
123/15 125/13 136/19 166/25 167/2
**asks [1]** 86/20
**aspect [1]** 36/6
**aspects [3]** 23/22 148/7 148/24
**assess [1]** 109/8
**assessment [1]** 106/7
**assimilates [1]** 147/21
**assistant [1]** 151/21
**assisted [1]** 4/22
**associate [1]** 139/6
**associated [4]** 48/25 49/1 143/12 147/2
**Association [1]** 60/19
**assume [16]** 37/11 54/1 90/13 90/14 90/17 90/20 90/22 91/5
91/19 92/2 122/11 122/14 130/15 138/5 168/18 171/4
**assumes [1]** 163/13
**assuming [1]** 53/8
**assumptions [2]** 46/11 91/10
**asylum [1]** 91/4
**attach [1]** 156/20
**attached [2]** 23/2 23/21
**attaches [1]** 32/7
**attack [4]** 11/14 11/16 11/18 94/3
**attacks [1]** 44/19

**attempts [1]** 33/11
**attend [1]** 108/22
**attention [5]** 12/21 13/12 57/24 66/3 112/18
**attitudes [1]** 21/22
**attorney [3]** 4/8 90/6 98/25
**Attorney's [1]** 2/2
**attributable [1]** 109/24
**attributed [2]** 113/16 164/21
**attributions [5]** 143/14 155/17 155/19 155/20 164/20
**audibly [1]** 5/6
**audio [12]** 5/3 5/5 79/11 79/20 92/23 92/25 149/4 149/5 150/10
150/20 151/11 152/14
**AUGUSTIN [2]** 1/7 4/17
**AUSA [1]** 4/12
**AUSA Sarah [1]** 4/12
**authored [3]** 14/21 139/17 140/11
**authority [4]** 14/4 33/22 37/7 42/13
**authorization [3]** 49/12 94/16 114/3
**authors [1]** 35/9
**automatically [1]** 7/22
**available [14]** 5/3 16/13 81/8 108/7 118/2 118/22 118/24 121/18
128/2 131/11 131/12 171/7 171/8 171/10
**Avenue [2]** 2/3 2/24
**avoid [2]** 9/13 9/14
**avowed [1]** 22/12
**award [1]** 24/16
**awards [3]** 60/11 60/13 60/15
**aware [3]** 69/19 114/14 114/23
**awareness [1]** 74/20
**away [5]** 29/11 109/18 121/5 121/6 158/12
**awful [1]** 37/4

**B**

**back [53]** 14/12 14/12 15/1 16/2 16/4 16/10 17/11 29/20 32/13
34/20 34/24 36/5 43/4 45/5 49/16 49/21 50/22 55/22 68/8 69/9
70/5 74/11 76/15 84/6 85/4 86/1 86/6 86/8 86/25 87/15 88/12
93/16 97/15 111/22 112/11 128/19 129/8 144/10 148/5 150/21
150/23 151/9 151/24 152/16 165/5 166/8 167/1 167/6 167/18
170/7 170/8 170/22 170/23
**backdrop [1]** 157/4
**background [7]** 12/12 12/24 33/24 67/17 159/12 159/17 168/17
**backward [1]** 18/22
**backwards [1]** 9/10
**bad [5]** 15/10 19/2 28/2 132/6 160/25
**badge [2]** 41/12 41/13
**badly [1]** 146/13
**ball [1]** 166/19
**ban [1]** 66/2
**banc [1]** 57/8
**banned [1]** 87/6
**bar [2]** 82/18 154/12
**barely [1]** 13/9 137/15
**Barr [27]** 2/2 4/10 4/12 6/11 8/2 10/1 10/3 12/19 50/22 50/25
54/18 75/25 99/3 101/19 103/16 104/4 109/1 119/10 120/3
123/17 125/13 132/11 132/12 132/14 165/18 172/3 172/22
**barred [3]** 20/17 63/15 63/20
**barriers [2]** 150/4 152/3
**barring [1]** 82/23
**bars [2]** 71/13 82/17
**base [1]** 162/8
**based [24]** 14/3 20/20 29/3 31/9 32/15 41/16 43/13 43/15 44/9
46/5 46/7 46/10 48/7 49/13 49/16 54/9 76/8 88/25 95/17 140/25
147/10 148/11 149/1 160/3
**bases [1]** 50/9
**basic [3]** 31/1 120/17 120/21
**basically [6]** 27/14 37/8 39/15 72/2 95/13 95/18
**basis [6]** 11/10 75/15 86/12 86/16 97/2 163/11
**baths [2]** 152/9 152/12
**baton [1]** 30/11
**Bazaar [1]** 70/9
**be [187]**
**bear [7]** 29/24 34/13 37/25 43/4 75/4 114/6 121/16
**beaten [1]** 125/14

**became [6]**  57/19 67/10 69/13 70/17 71/20 77/5
**because [61]**  5/17 13/16 14/25 15/4 22/10 26/17 27/3 28/7 29/1 29/12 29/16 30/1 30/24 32/6 33/5 33/15 33/25 37/14 37/19 38/4 38/19 39/5 39/8 40/22 42/17 43/11 44/7 46/1 46/6 48/6 48/17 49/6 60/23 69/14 72/24 72/25 74/11 88/6 93/14 95/2 96/23 98/6 103/1 113/8 117/5 122/20 126/22 132/5 143/2 143/3 147/18 148/12 153/13 154/2 157/21 160/1 160/6 160/21 166/10 169/18 171/16
**become [8]**  48/24 71/3 72/3 106/12 114/7 118/11 148/3 161/9
**becomes [10]**  66/23 67/19 72/4 85/16 94/12 94/20 100/7 111/17 134/12 148/11
**becoming [1]**  96/4
**been [86]**  10/3 10/7 14/9 14/17 16/19 21/12 22/18 22/21 26/10 27/19 27/21 28/11 29/9 29/11 29/12 31/15 31/22 32/12 33/10 34/2 34/4 35/22 36/9 36/10 38/20 38/21 39/6 39/10 39/15 39/24 40/1 41/15 41/24 42/3 43/11 46/3 46/5 46/6 46/10 55/6 60/5 60/9 69/2 70/5 71/3 71/10 71/11 72/10 74/22 77/9 79/1 80/8 80/21 81/2 81/2 83/5 85/15 86/22 88/5 92/8 93/1 111/25 112/14 117/14 128/9 137/19 140/9 140/19 141/2 141/5 141/5 141/8 141/10 142/25 143/22 146/9 147/2 148/17 155/18 155/23 161/19 162/20 169/9 170/1 171/1
**beets [1]**  21/4
**before [24]**  1/13 7/24 8/5 9/23 13/16 14/9 14/15 14/17 17/7 27/15 27/19 49/23 51/22 55/8 57/12 76/9 76/15 90/7 91/18 105/2 132/5 136/21 166/20 172/17
**began [10]**  7/25 82/15 92/13 97/14 108/2 108/23 120/23 120/24 129/4 134/23
**beggars [1]**  63/6
**begin [6]**  13/4 13/15 63/11 65/3 115/19 129/9
**beginning [9]**  17/9 55/12 106/10 149/2 149/12 149/16 152/7 154/6 164/2
**begins [3]**  81/5 97/18 131/15
**behalf [3]**  4/12 4/17 58/20
**behavior [3]**  49/4 147/4 163/24
**behind [2]**  12/9 150/1
**being [43]**  12/19 17/6 17/18 20/12 21/16 24/12 27/5 42/23 66/19 69/21 71/5 74/24 78/6 78/16 81/1 88/2 88/16 94/11 94/15 97/19 109/18 109/19 114/1 115/4 120/25 133/12 134/2 134/3 134/13 134/14 136/20 139/3 140/23 141/11 143/4 143/12 144/10 145/8 146/10 146/10 146/21 162/3 167/7
**belief [1]**  143/15
**beliefs [5]**  18/9 25/20 26/4 40/20 158/5
**believe [33]**  7/19 9/20 11/6 12/10 20/3 24/17 26/10 29/4 29/20 32/4 42/3 42/14 45/9 49/16 58/22 69/4 78/14 78/23 79/8 87/16 100/8 101/13 109/10 116/1 117/23 127/24 131/15 131/25 132/24 138/9 145/9 151/14
**believed [2]**  25/21 41/18
**believes [1]**  101/9
**bell [2]**  19/7 156/6
**below [4]**  15/24 16/14 134/19 174/4
**bench [1]**  57/2
**Benjamin [3]**  3/5 7/21 138/18
**best [17]**  25/5 25/6 25/6 36/17 37/7 54/6 58/14 60/15 60/17 60/19 72/17 74/24 76/2 89/7 138/4 172/8 172/11
**better [5]**  9/12 91/14 149/8 151/1 151/13
**between [32]**  21/14 25/16 35/23 36/2 49/8 64/13 72/7 78/18 80/9 81/6 81/13 98/17 100/24 106/18 106/21 109/23 116/7 119/3 124/8 127/4 127/5 127/18 140/4 144/13 145/3 148/20 151/21 156/9 156/10 161/1 164/23 171/18
**bi [2]**  97/1 111/13
**bi-national [2]**  97/1 111/13
**Biden [3]**  52/6 56/2 90/21
**big [3]**  67/18 123/7 146/22
**biggest [1]**  25/10
**bigotry [4]**  41/12 41/14 149/20 150/1
**bilateral [2]**  126/11 128/5
**bill [21]**  21/13 21/14 23/11 23/13 26/17 26/18 52/6 74/25 90/23 155/15 155/16 156/8 156/12 156/19 156/20 157/3 160/6 160/7 160/7 161/3 162/12
**billion [1]**  58/5
**bills [9]**  126/6 64/6 67 66/10 139/22 149/19 149/24 156/2

**biological [1]**  69/5
(156/3)
**Birth [1]**  17/18
**bit [21]**  57/20 57/20 62/21 67/22 83/7 91/14 104/4 109/2 119/16 119/17 123/19 137/23 138/1 148/15 149/8 150/3 154/12 164/17 167/16 168/25
**black [10]**  15/3 17/17 26/6 66/19 74/13 77/24 78/1 82/12 92/22 96/17
**Blease [5]**  25/23 25/24 26/16 28/1 74/25
**bleed [1]**  10/15
**Blight's [1]**  98/22
**blind [2]**  82/22 140/21
**blood [9]**  23/5 23/8 24/23 64/12 67/17 77/24 78/1 147/19 147/20
**bloodlines [1]**  142/13 142/23
**Board [1]**  60/22
**boat [1]**  128/14
**boats [3]**  97/16 108/13 128/25
**bodies [1]**  105/11
**bolts [1]**  44/2
**bond [1]**  64/13
**book [44]**  60/13 60/14 60/15 60/17 60/19 67/21 68/1 70/22 79/25 94/8 98/3 98/5 98/6 98/10 98/15 98/21 98/22 99/10 99/11 99/16 103/2 103/3 103/14 104/5 104/12 105/2 106/1 106/8 107/3 107/16 108/14 111/10 112/16 112/21 113/1 116/2 121/2 121/9 130/3 130/15 132/2 132/16 139/25 143/5
**book's [1]**  68/4
**books [12]**  22/8 59/19 60/9 60/13 60/24 79/4 139/17 139/18 140/11 140/12 141/5 141/9
**border [162]**  18/4 21/5 21/17 22/4 25/4 27/9 28/5 28/23 36/1 49/11 52/13 52/15 57/19 58/5 59/20 65/1 66/4 66/17 66/22 66/25 70/1 70/8 70/10 70/13 70/15 70/19 70/24 71/1 71/17 71/23 72/8 72/19 76/14 76/23 77/1 77/4 77/15 80/12 80/13 81/7 84/5 84/7 85/3 85/7 85/14 85/17 87/22 88/8 89/9 89/25 91/1 91/2 92/4 93/15 93/18 94/2 94/8 94/15 96/10 96/18 98/1 100/15 100/18 100/25 104/14 104/16 104/25 105/6 105/19 106/10 106/12 106/16 106/17 107/4 107/8 107/15 108/2 108/7 108/17 108/23 109/5 109/11 109/17 109/19 109/19 109/20 109/23 109/25 110/3 110/9 110/10 110/11 110/17 110/19 110/25 110/25 111/10 112/5 112/6 112/14 113/23 114/3 114/4 114/7 115/4 115/7 116/3 116/16 116/21 120/6 120/7 120/8 120/9 120/10 121/20 121/21 121/22 122/7 122/8 122/9 122/10 122/15 122/16 122/22 122/23 122/25 123/1 123/2 123/5 123/6 123/11 124/2 124/5 124/18 124/21 125/5 125/7 126/20 127/9 128/22 128/5 128/12 128/21 128/23 134/19 134/19 139/10 145/25 146/5 150/5 152/12 153/7 153/20 154/7 154/18 163/7 166/1 166/6 166/12 166/17
**Border Patrol [1]**  116/16
**border-crossing [2]**  109/11 109/23
**border-crossing-type [1]**  100/25
**borderlanders [1]**  72/8
**borders [2]**  127/5 165/3
**bore [1]**  75/10
**born [4]**  27/12 48/5 147/10 154/10
**borne [1]**  28/24
**both [35]**  4/20 6/19 9/17 19/25 20/1 28/17 30/21 38/20 47/8 48/5 49/22 49/23 51/23 52/5 56/23 57/7 57/13 57/22 58/16 60/9 60/13 119/13 123/17 123/19 140/3 140/12 141/9 143/19 144/12 147/5 161/24 164/7 168/24 169/9 170/11
**bottle [1]**  158/9
**Box [10]**  22/25 23/13 23/14 23/19 25/4 28/1 29/16 66/10 146/8 146/13
**Bracero [9]**  97/3 126/12 126/16 126/22 126/25 127/16 161/13 161/22 161/25
**branch [3]**  25/11 25/14 169/21
**brand [1]**  76/16
**brand-new [1]**  96/13
**breadth [1]**  76/6
**break [16]**  42/1 42/16 43/3 51/19 53/10 56/13 56/15 56/18 56/19 56/20 67/19 98/14 119/16 119/17 119/20 165/22
**breakdown [1]**  129/23
**breaking [5]**  73/21 145/18 159/21 159/24 164/1
**breaks [3]**  79/9 79/17 80/5

**B**

**breeding [2]** 24/25 25/1
**brief [6]** 7/17 10/25 18/4 18/22 120/14 121/15
**briefly [5]** 11/1 79/11 106/9 117/23 139/8
**briefs [1]** 29/3
**Brignoni [1]** 94/14
**Brignoni-Ponce [1]** 94/14
**bring [2]** 57/21 144/2
**bringing [5]** 19/20 49/4 66/10 68/2 96/10
**brings [3]** 64/1 75/4 98/11
**broad [3]** 17/23 49/25 77/6
**broader [1]** 22/2
**broadly [3]** 141/25 155/3 155/10
**broke [3]** 111/1 127/1 157/13
**brothels [1]** 71/20
**brother [1]** 19/25
**brother both [1]** 19/25
**brought [10]** 15/12 23/19 24/2 24/3 29/24 48/10 60/23 78/6 81/14 161/20
**Buck [1]** 19/7
**Buck v. Bell [1]** 19/7
**build [1]** 83/13
**build-up [1]** 83/13
**building [1]** 115/16
**builds [2]** 168/9 168/24
**built [2]** 28/21 92/16
**burden [4]** 28/24 28/25 29/8 29/12
**Bureau [2]** 78/14 79/9
**bus [1]** 128/14
**buying [1]** 115/16

**C**

**Caging [1]** 59/22
**calculating [1]** 78/24
**calendar [1]** 172/9
**California [3]** 21/9 60/1 77/13
**California's [1]** 119/4
**call [12]** 12/20 16/3 41/12 52/13 58/18 58/21 84/4 84/12 137/12 138/5 165/11 165/12
**called [18]** 23/13 32/6 50/12 67/14 67/25 70/4 70/6 71/5 76/19 82/17 96/7 96/8 97/9 102/15 110/18 112/23 140/1 143/5
**calling [2]** 51/3 150/23
**calls [1]** 158/9
**came [8]** 25/23 27/15 46/12 58/11 125/25 136/18 145/8 155/8
**campaign [4]** 47/14 48/2 85/2 85/6
**can [128]** 5/2 5/6 5/10 5/13 7/19 9/5 13/4 13/5 13/6 13/9 13/25 14/1 14/2 16/5 16/10 20/5 20/6 25/7 27/1 28/18 29/4 29/7 29/11 29/13 31/14 32/20 36/9 39/9 40/25 42/2 45/9 49/20 59/12 60/5 61/20 62/9 67/1 67/3 73/7 75/5 75/22 76/19 76/19 78/1 78/4 78/4 79/8 79/25 82/2 83/19 84/3 84/4 84/5 85/23 87/4 92/4 95/10 101/15 103/7 103/10 103/11 103/13 104/3 105/15 108/9 109/8 113/25 117/8 117/10 118/19 119/16 119/17 120/18 121/13 122/2 124/14 125/15 129/6 130/6 132/18 135/19 137/10 137/14 137/24 138/9 138/9 138/10 140/16 142/8 143/11 143/25 145/22 147/22 147/23 149/7 149/21 150/10 150/19 152/3 153/9 154/20 156/14 157/4 158/16 159/12 159/17 159/17 160/18 161/6 163/12 163/14 164/23 165/4 165/9 165/11 165/12 165/13 165/14 166/1 166/3 169/22 170/1 170/3 170/17 170/19 171/17 171/21 171/24
**can't [14]** 9/8 34/9 74/14 75/14 81/8 105/4 107/10 122/21 132/4 132/10 150/20 170/24 171/4 171/16
**Canada [4]** 153/23 154/2 154/2 154/15
**Canadian [3]** 120/9 153/23 156/25
**Canadians [1]** 156/18
**cannot [4]** 42/9 106/22 114/2 169/14
**cap [1]** 44/11
**capacity [2]** 24/5 122/24
**capitalism [2]** 102/21 103/23
**caps [1]** 83/25
**care [2]** 12/25 48/8
**careful [2]** 106/23 123/8
**Caribbean [1]** 126/14

**Carnegie [1]** 24/10
**Carolina [1]** 21/9
**carried [6]** 31/17 39/24 42/23 46/1 50/10 53/1
**carries [3]** 24/12 50/5 96/25
**carry [3]** 32/24 35/1 41/2
**carrying [2]** 37/23 43/19
**cars [1]** 108/24
**cartoon [4]** 19/16 19/23 20/2 20/4
**cartoons [2]** 20/1 46/18
**case [38]** 4/5 9/2 9/12 10/5 10/13 12/5 12/5 14/20 14/21 15/9 15/12 15/20 29/25 30/24 32/6 33/22 34/1 34/5 34/14 39/19 40/7 41/10 42/12 43/9 44/17 50/1 50/9 50/23 52/5 54/10 57/1 61/14 94/25 95/25 99/3 101/25 113/11 121/8
**cases [11]** 17/2 20/19 33/23 38/8 40/17 40/17 40/18 42/12 42/16 109/14 168/7
**Caste [1]** 98/20
**catch [1]** 66/23
**catch-all [1]** 66/23
**category [5]** 22/2 76/6 77/12 96/7 96/10
**Catholic [5]** 40/10 41/10 41/13 41/23 41/23
**Catholics [1]** 41/22
**caught [2]** 48/6 57/24
**cause [1]** 174/6
**caused [2]** 92/17 135/6
**causes [2]** 29/18 63/1
**cell [1]** 151/1
**census [6]** 21/19 21/20 21/24 22/1 65/5 159/5
**centers [1]** 94/24
**central [9]** 58/8 64/6 88/10 94/3 107/18 124/6 134/20 136/11 136/12
**Central Americans [1]** 124/6
**centralized [3]** 107/17 107/21 107/21
**century [18]** 17/9 19/18 38/11 38/11 65/14 65/15 67/7 67/12 70/5 94/11 94/11 96/14 105/20 111/18 115/11 142/2 142/5 143/7
**century/early [1]** 38/11
**certain [10]** 16/11 81/4 94/25 135/10 135/15 142/25 143/8 143/16 143/19 153/13
**certainly [28]** 17/22 18/3 18/7 21/24 33/7 37/14 47/21 63/24 69/6 73/9 84/19 87/4 95/25 102/13 106/16 106/18 107/25 108/17 108/19 110/6 111/6 111/21 114/6 114/19 115/5 121/8 138/4 156/18
**certificate [1]** 152/9
**certified [3]** 4/23 5/1 174/8
**certify [1]** 174/4
**Cesar [1]** 68/17
**cetera [1]** 129/20
**Chain [1]** 139/19
**chairman [1]** 22/16
**chairmanship [1]** 22/21
**challenge [1]** 14/10
**challenged [10]** 16/24 32/8 168/1 168/4 168/6 168/8 168/10 168/19 168/20 169/6
**challenging [1]** 13/25
**chance [1]** 171/5
**change [11]** 23/4 43/2 44/24 67/3 70/20 84/25 92/15 92/17 92/17 92/24 93/8
**changed [13]** 36/19 36/20 37/3 37/4 39/1 45/4 92/19 92/21 107/15 116/13 116/15 128/23 157/6
**changes [16]** 19/12 32/2 34/11 35/24 42/18 70/2 93/3 93/3 93/4 93/10 95/6 104/9 107/20 108/20 109/4 157/5
**changing [3]** 31/19 158/11 159/10
**chapter [1]** 104/5
**character [1]** 27/16
**characteristics [4]** 143/11 143/16 148/11 148/12
**characterization [2]** 34/9 145/7
**characterizations [1]** 157/9
**characterized [1]** 143/9
**characterizes [1]** 146/9
**characters [1]** 66/9
**charge [2]** 72/3 78/24
**charges [5]** 78/17 100/20 111/12 118/11 148/3
**charlatan [1]** 24/1

**C**

chart [5]  130/2 130/16 130/21 133/22 134/11
cheap [4]  21/10 71/16 73/4 73/8
cheaper [1]  133/11
check [5]  15/10 100/19 101/1 105/10 105/25
child [2]  27/13 154/11
children [1]  126/23
China [2]  161/6 161/8
Chinese [15]  20/17 63/11 70/7 70/9 87/7 94/11 115/3 115/3
116/9 117/22 118/10 142/15 142/18 161/7 161/10
choices [1]  116/21
choose [2]  43/1 166/21
chose [3]  45/1 153/10 167/11
chosen [2]  11/18 11/19
chronology [1]  116/19
Circuit [5]  9/4 16/21 42/14 57/7 57/8
circulated [1]  132/5
circumstances [4]  13/13 125/7 135/4 166/23
circumstantial [1]  47/9
cited [12]  33/14 33/22 42/13 100/10 100/17 104/25 116/1 116/2
121/15 132/16 141/9 141/10
cities [3]  96/21 140/1 140/5
citing [1]  103/10
citizen [2]  77/10 101/10
citizens [12]  15/20 19/4 48/6 65/8 65/10 65/13 72/9 72/9 74/15
106/11 114/4 161/9
citizens/local [1]  106/11
citizenship [13]  52/7 52/10 53/7 53/17 54/11 56/3 56/4 56/5
82/22 90/21 90/24 91/24 92/9
city [6]  59/21 60/13 79/7 80/1 89/11 140/3
City of Inmates [1]  80/1
civil [5]  17/12 134/24 136/6 136/10 136/16
claim [4]  11/9 11/20 13/24 14/23
claimed [1]  65/11
claims [3]  13/25 49/2 49/7
clarification [1]  126/15
clarified [1]  75/19
clarify [2]  87/15 88/4
clarity [1]  107/1
Clark [30]  2/6 4/17 5/4 6/14 7/5 8/1 8/4 8/23 11/25 13/2 30/5
30/11 32/18 44/4 47/20 51/3 55/10 57/1 58/19 59/8 69/9 75/2
82/3 82/3 88/12 137/4 150/21 151/3 172/3 172/18
Clark's [1]  86/25
class [2]  71/2 137/11
classes [1]  24/23
classification [3]  46/7 147/9 162/8
classifications [1]  162/5
clause [6]  15/22 40/13 43/12 53/10 54/13 170/5
clean [4]  42/2 42/16 49/21 80/22
cleansing [1]  24/18
clear [18]  31/8 36/1 54/15 54/17 90/10 93/7 95/19 105/12
105/22 106/25 116/19 118/14 122/19 131/16 135/22 137/22
153/25 154/9
clearer [1]  150/20
clearly [3]  47/2 57/11 126/22
clerk [1]  59/1
click [1]  44/4
client [2]  12/9 132/7
climb [1]  70/10
close [5]  74/11 106/23 127/10 150/18 165/16
closed [1]  49/19
closely [3]  60/2 60/3 123/9
closer [1]  137/16
closet [1]  49/20
closing [6]  8/10 28/5 51/25 56/19 167/21 167/22
clothes [1]  159/1
coauthor [1]  22/18
code [4]  33/2 83/19 83/19 84/24
coded [1]  50/10
codes [2]  26/14 93/6
codification [1]  162/13
codified [1]  62/6

codifying [1]  66/2
cold [1]  24/14
Coleman [3]  25/23 26/16 74/25
collaborated [3]  141/12 141/15 141/18
collaborator [1]  141/17
collateral [4]  11/13 11/16 11/18 44/19
colleague [2]  30/3 93/20
colleagues [2]  60/3 141/3
College [1]  59/25
Collingwood [2]  140/2 141/17
colonies [1]  82/11
color [3]  82/22 143/6 143/15
color-blind [1]  82/22
column [9]  22/1 130/21 130/22 130/23 130/24 131/3 131/8
131/17 132/1
columns [2]  130/21 133/1
combination [1]  129/19
combined [2]  114/17 114/25
come [28]  20/23 21/16 27/12 27/16 29/13 33/8 40/8 49/23 50/22
57/15 58/13 74/3 84/13 84/19 96/18 97/2 97/3 103/24 118/19
136/14 144/14 155/22 162/1 166/8 167/1 167/18 168/23 170/22
comes [5]  12/6 16/5 73/25 94/7 110/6
comfortable [3]  58/25 124/1 124/10
coming [22]  17/1 21/5 64/17 66/22 68/13 69/25 74/1 74/12
76/13 77/1 82/12 87/21 87/25 88/8 96/14 107/17 114/23 117/20
128/19 142/4 164/10 170/23
comment [2]  45/14 167/16
comments [7]  8/4 8/5 8/14 55/2 79/12 99/9 170/1
Commission [1]  144/8
committed [2]  126/5 126/7 126/8
committee [13]  22/17 22/22 22/25 23/20 27/7 27/22 35/17
36/24 46/16 144/14 146/20 147/16 159/7
Committee's [1]  35/16
common [5]  22/4 30/9 49/22 49/22 50/4 50/5 85/20 95/2 156/18
commonly [3]  19/10 148/1 148/1
communities [1]  77/2
community [5]  10/11 49/1 71/6 76/24 106/12
comparative [1]  86/7
compared [1]  160/14
comparing [1]  73/13
comparison [1]  133/4
compelling [1]  50/4
competing [1]  145/4
competition [1]  161/1
complement [1]  98/5
complete [3]  44/18 127/15 151/3
completely [1]  74/22
complex [1]  50/8
complexity [1]  163/3
complicated [1]  82/21
component [3]  77/17 77/24 92/14
comport [1]  50/4
composed [1]  147/19
comprehensive [3]  52/6 52/9 90/23
comprised [2]  113/18 119/6
compromise [2]  28/3 145/3
concentration [1]  142/1
concept [8]  18/9 22/5 48/23 49/1 67/22 67/23 142/8 143/12
concepts [2]  18/14 36/2
conceptualized [1]  142/9
concern [6]  18/23 20/13 136/21 144/3 144/5 144/6
concerned [1]  162/12
concerning [1]  121/19
concerns [5]  11/2 21/15 77/18 127/4 164/5
conclude [2]  49/18 168/20
concluded [1]  112/3
concludes [1]  137/9
concluding [1]  124/10
conclusion [4]  37/1 112/5 123/23 123/25
conclusions [3]  140/24 140/25 141/8
concocted [1]  72/10
concrete [1]  30/17
concurrence [1]  40/22

condemn [1] 42/9
conditionally [1] 12/17
conditions [3] 46/14 107/5 107/5
conduct [2] 37/11 50/12
conference [5] 4/4 6/8 7/13 91/15 130/20
confident [1] 100/19
confirm [6] 13/4 38/3 43/22 104/3 113/25 114/2
confirmed [2] 5/5 5/7
conformed [1] 174/7
confused [1] 113/12
confusion [1] 56/6
Congress [47] 21/14 31/7 31/23 32/5 32/12 32/13 32/21 33/3 36/15 43/14 44/12 44/13 44/16 45/1 45/6 52/7 52/8 53/16 53/24 54/2 54/2 54/10 62/4 66/3 70/24 72/14 86/1 86/8 87/6 87/7 87/12 88/14 90/23 126/7 148/22 148/23 155/10 163/4 166/16 166/21 167/3 167/11 169/1 169/12 169/14 169/22 170/3
Congress's [3] 32/4 144/2 168/12
congressional [22] 24/4 25/3 26/7 31/8 60/2 64/10 74/8 78/4 81/22 82/6 83/7 84/10 89/15 95/24 102/12 140/14 142/24 145/10 145/24 146/12 155/16 160/2
Congressional Record [2] 83/7 84/10
conjured [1] 70/7
connect [1] 150/25
connecting [1] 137/20
connection [10] 5/20 6/8 80/9 137/20 137/21 150/20 151/1 152/23 152/23 158/18
Conquest [1] 59/21
conscious [2] 37/24 73/11
consciousness [1] 74/19
consecrated [2] 94/12 94/20
consequence [2] 169/16 169/20
Consequences [1] 97/9
consider [2] 44/8 47/8
consideration [1] 43/13
considered [16] 14/24 21/24 29/10 34/8 34/23 34/24 38/16 38/19 39/9 40/2 40/3 40/6 40/20 43/24 154/13 157/20
considering [1] 133/20
considers [1] 31/8
consisted [1] 16/14
consistent [1] 54/13
consistently [1] 49/12
consolidating [1] 96/12
constituted [1] 111/17
Constitution [3] 13/18 21/20 26/4
constitutional [7] 15/2 16/11 40/17 40/19 41/1 53/11 53/21
constitutionality [1] 12/13
constitutionally [6] 11/10 54/8 156/15 169/15 170/4 170/5
constructed [2] 136/4 157/1
construction [7] 34/7 67/14 67/23 69/23 94/5 119/1 143/6
construed [1] 34/15
consular [2] 72/1 111/8
consult [2] 68/18 136/17
consulted [8] 68/10 68/12 68/15 68/15 68/16 68/16 86/4 89/16
contain [5] 35/11 36/23 81/21 133/1 159/14
contained [1] 81/16
containing [1] 11/8
contains [1] 81/15
contamination [2] 24/22 77/23
contemporary [1] 76/7
contents [1] 10/9
context [17] 10/10 12/15 14/11 17/4 18/7 24/2 40/8 46/24 96/1 96/2 96/3 98/2 100/18 110/10 112/22 113/11 115/20
contextualize [1] 136/16
continent [1] 118/5
continually [3] 34/14 49/7 93/25
continuation [5] 34/15 82/15 83/9 167/9 167/14
continue [16] 30/4 41/19 43/2 48/20 64/21 74/12 91/23 92/6 94/23 120/3 149/21 151/15 158/25 162/19 162/21 172/1
continued [10] 43/24 49/15 50/15 83/4 91/18 91/19 91/20 91/21 103/25 160/3
continues [5] 34/7 41/5 41/21 91/5 95/16

continuing [3] 43/1 45/7 120/1
continuities [1] 98/18
continuity [9] 92/7 92/15 93/5 93/8 93/11 93/11 93/12 94/23 95/5
continuously [2] 31/16 32/10
contract [1] 118/10
contrary [1] 45/6
contributing [1] 110/4
contribution [1] 113/6
contributions [1] 99/12
control [20] 26/2 27/8 62/24 63/2 65/25 71/17 74/8 101/23 102/1 104/6 110/8 110/10 110/25 111/4 111/21 112/8 127/13 143/17 162/12 166/13
controlling [2] 25/4 28/11
controls [4] 22/18 33/21 91/1 118/8
convenience [1] 9/1
convenient [2] 47/24 170/20
convention [4] 16/14 41/11 41/12 41/14
conversation [10] 19/11 57/16 57/17 60/25 86/5 89/17 95/21 102/12 105/23 112/23
conversations [2] 64/5 88/17
convicted [1] 113/19
conviction [3] 15/5 15/10 120/25
convictions [2] 38/14 80/10
convicts [1] 63/5
coordinated [1] 128/6
coordination [1] 112/8
copy [1] 6/22
core [4] 77/24 126/5 126/7 126/8
correct [38] 12/13 15/16 16/19 35/9 35/18 36/14 56/10 58/14 61/21 90/1 101/6 108/5 116/12 117/3 118/25 119/5 120/12 121/4 125/9 126/8 126/13 127/7 127/11 128/7 128/11 131/2 132/24 133/3 133/13 133/14 133/17 133/18 134/16 134/22 135/1 140/23 162/25 174/5
correction [1] 112/17
correctly [1] 101/15
correlation [1] 81/6
cotton [2] 21/3 115/17
could [39] 14/22 18/15 19/11 23/24 26/2 26/14 27/25 28/7 44/4 47/22 53/7 53/11 53/19 56/21 67/21 79/11 83/22 86/25 88/4 96/9 103/24 106/4 122/23 136/12 136/17 150/12 150/24 153/16 154/7 154/14 155/6 158/2 161/8 161/8 162/1 162/1 162/1 165/15 167/11
couldn't [2] 15/5 49/3
counsel [5] 4/14 56/1 98/13 99/7 151/22
counting [3] 24/15 24/15 24/15
countries [14] 22/3 101/8 102/4 126/14 127/6 134/20 136/7 136/8 136/24 143/24 147/7 154/4 157/22 160/15
country [26] 18/1 18/10 19/3 20/12 21/23 31/20 46/20 60/1 70/19 73/2 83/12 89/14 90/18 101/18 101/23 102/3 103/21 125/12 144/2 147/12 147/18 149/18 149/19 161/19 161/21 170/3
country's [2] 134/24 145/5
couple [2] 90/13 158/3
course [24] 9/3 12/18 33/6 34/2 34/5 34/18 48/4 60/2 67/9 74/23 78/25 80/18 81/4 81/18 81/20 106/8 107/14 109/17 111/18 111/19 137/16 166/11 167/22 169/25
court [87] 1/1 1/14 2/23 4/23 5/1 5/14 5/19 5/19 6/7 7/7 7/9 8/3 9/1 12/8 12/15 13/16 14/10 14/12 14/16 14/19 14/22 14/23 14/24 15/4 15/13 15/15 15/23 15/24 16/5 16/8 16/9 16/18 17/1 17/8 23/2 29/22 30/4 30/16 31/7 34/12 34/17 36/10 38/5 38/8 39/14 40/3 42/7 42/8 43/7 45/9 45/10 46/16 46/25 47/1 47/7 47/24 49/5 49/25 50/2 50/12 50/14 50/14 51/21 55/21 57/8 59/1 62/1 62/7 62/9 62/19 63/9 79/11 79/13 86/24 88/23 91/13 94/13 94/21 99/6 116/8 139/8 158/19 166/14 167/24 169/5 173/5 174/10
Court's [6] 7/8 9/14 13/12 37/13 45/11 151/21
court-certified [2] 4/23 5/1
Courthouse [1] 2/23
courtroom [6] 5/16 12/7 165/23 170/19 171/12 172/4
courts [3] 14/9 15/24 16/14
cover [1] 141/24
covered [1] 160/22

## C

**covers** [1] 141/25
**COVID** [1] 5/17
**COVID-19** [1] 5/17
**cr** [1] 1/5
**cracking** [2] 52/14 92/25
**cracks** [1] 90/25
**crank** [1] 24/1
**crawl** [1] 70/10
**create** [6] 43/3 63/3 64/20 78/16 100/23 136/13
**created** [9] 28/17 29/5 67/16 79/5 94/7 95/2 108/1 126/17 128/5
**creates** [3] 73/7 82/21 82/24
**creating** [2] 29/15 42/1
**creation** [2] 37/8 69/1
**credibility** [2] 9/7 9/10
**crew** [2] 106/11 107/17
**crime** [26] 15/5 15/7 19/20 22/7 31/11 31/15 31/15 32/24 35/5 37/23 43/18 46/22 49/8 49/13 50/15 57/19 69/14 80/9 101/3 114/13 140/5 140/15 148/10 162/7 162/21 163/7
**crimes** [9] 97/9 100/15 100/18 100/21 100/25 109/11 109/23 120/15 120/20
**criminal** [31] 18/6 26/2 26/14 31/21 49/4 52/14 54/7 59/16 59/17 80/18 81/18 83/18 84/24 85/16 85/19 88/16 90/25 92/8 100/25 105/5 106/13 123/13 129/8 129/12 129/14 141/13 146/22 147/4 163/24 171/13 171/16
**criminalistic** [1] 164/14
**criminality** [8] 49/1 143/18 143/18 147/1 148/14 155/20 164/5 164/21
**criminalization** [10] 32/10 36/1 36/20 37/6 37/10 85/18 94/1 95/14 95/18 139/10
**criminalize** [12] 26/5 34/25 53/18 53/25 91/5 95/16 163/5 163/7 166/22 167/12 169/4 169/23
**criminalized** [5] 62/4 93/13 102/4 165/1 167/5
**criminalizes** [4] 91/7 169/3 169/16 170/5
**criminalizing** [8] 26/21 28/6 58/7 139/19 148/25 164/24 166/7 166/18
**criminally** [1] 92/3
**criminals** [4] 146/11 146/15 146/23 164/10
**crises** [1] 135/4
**crisis** [2] 85/7 97/22
**Cristero** [2] 117/19 117/21
**criticism** [1] 167/13
**criticize** [1] 141/7
**critics** [1] 160/1
**crop** [1] 144/11
**cross** [17] 3/3 56/8 56/11 56/13 56/16 90/7 93/15 93/18 98/25 99/1 99/19 110/10 114/8 119/11 120/2 132/1 165/19
**cross-border** [1] 110/10
**cross-examination** [7] 90/7 98/25 99/1 99/19 119/11 120/2 165/19
**cross-examining** [1] 132/1
**crossed** [4] 92/4 94/15 156/6 155/8
**crossers** [2] 58/5 150/5
**crossing** [18] 24/24 49/11 57/18 66/17 66/21 66/24 72/8 77/4 88/8 100/15 100/18 100/25 109/11 109/23 110/21 114/2 114/4 153/7
**crossings** [8] 94/2 109/25 110/2 113/22 116/3 117/1 117/13 126/20
**Crow** [3] 17/15 38/11 93/2
**CRR** [2] 2/23 174/10
**crucial** [1] 77/23
**cry** [1] 20/10
**Cuauhtemoc** [1] 68/17
**cues** [1] 7/12
**cultural** [1] 93/3
**culture** [3] 76/11 107/24 114/3
**cure** [1] 53/14
**curious** [1] 52/2
**current** [5] 31/11 31/14 36/16 43/19 169/2
**currently** [2] 9/11 151/10
**curtailed** [1] 117/24
**curve** [1] 83/23
**cut** [3] 71/10 118/9 149/14
**cutbacks** [1] 149/10
**cutting** [2] 150/18 165/16

## D

**D.C** [2] 59/25 127/12
**Daily** [30] 2/6 4/18 7/11 7/21 8/5 8/23 9/17 13/11 28/14 30/4 30/6 30/7 34/17 47/16 50/18 51/3 54/16 55/10 137/14 138/1 138/21 144/21 145/18 150/9 151/9 151/14 166/6 167/15 172/3 172/19
**Daily's** [2] 163/18 165/25
**danger** [1] 49/2
**Daniel** [1] 158/8
**Darwin** [1] 18/14
**data** [12] 81/3 81/8 81/12 81/12 100/23 105/25 123/7 123/9 123/10 123/15 129/23 159/8
**date** [4] 20/6 46/13 140/19 174/10
**dated** [2] 57/17 58/12
**dates** [2] 12/4 19/22
**David** [1] 98/22
**Davis** [2] 25/12 76/17
**day** [9] 18/8 19/16 22/19 24/11 43/19 68/13 89/8 89/8 171/10
**days** [3] 70/12 107/4 132/9
**de** [1] 89/11
**dead** [1] 125/14
**deal** [2] 8/21 97/25
**dealing** [1] 98/8
**debate** [27] 33/5 111/23 142/24 143/17 145/10 146/7 148/15 148/16 148/19 149/3 149/12 149/16 155/10 155/13 156/8 157/24 160/2 162/11 162/15 162/18 162/18 162/20 162/22 163/22 163/23 164/22 167/16
**debated** [3] 146/21 155/16 156/3
**debates** [3] 144/12 145/11 164/8
**debating** [2] 27/7 40/4
**decade** [11] 24/6 101/4 104/24 105/7 105/8 107/8 107/14 107/20 108/21 117/1 117/5
**decades** [2] 48/18 104/13
**decades-long** [1] 48/18
**decide** [5] 33/3 39/24 168/5 168/7 169/7
**decided** [4] 37/3 39/7 43/6 87/8
**deciding** [1] 46/19
**decision** [16] 37/24 38/9 40/14 41/2 41/7 42/6 42/14 47/1 56/25 72/15 93/15 94/13 163/7 169/4 169/21 169/22
**decision-makers** [1] 41/7
**decisions** [7] 31/5 38/5 48/21 107/3 116/21 129/5 169/19
**declaration** [11] 57/14 57/21 61/14 61/23 62/13 62/20 63/1 68/21 69/13 116/2 122/2
**declarations** [1] 160/8
**dedicated** [1] 70/23
**deduced** [1] 10/9
**deemed** [2] 131/13 141/12
**deems** [1] 50/14
**deep** [1] 89/11
**deepening** [1] 112/5
**deepens** [1] 96/19
**deeper** [1] 70/16
**deeply** [1] 7/13
**defective** [1] 11/24
**defectives** [1] 24/24
**defendant** [12] 1/8 2/6 6/5 6/14 11/5 53/16 53/22 58/18 137/12 168/3 169/25 170/13
**defendant's** [13] 4/7 6/18 53/12 53/21 100/10 113/16 120/14 121/15 169/14 169/17 169/20 169/24 170/14
**defendants** [3] 11/17 50/17 113/20
**Defender's** [1] 2/7
**defense** [5] 3/3 4/14 6/23 7/1 99/7
**defer** [2] 8/14 50/23
**define** [1] 64/24
**defined** [6] 55/8 65/13 76/6 76/7 78/8 85/14
**definitely** [3] 83/22 136/16 142/16
**definition** [1] 75/19
**definitions** [1] 67/16
**degeneracy** [1] 64/20

**D**

degenerate [1] 24/23
degradation [1] 29/18
degradations [1] 23/4
degrading [1] 145/5
degree [3] 81/4 139/11 139/12
delay [1] 6/4
deliberately [2] 15/3 153/3
deliberation [1] 15/1
deliver [1] 94/23
delivered [2] 72/11 109/20
delivering [1] 109/16
delousing [2] 152/9 152/12
delving [1] 7/13
demagogues [1] 149/21
demand [1] 21/2
demands [2] 112/7 161/21
denial [1] 72/7
denied [1] 10/21
Dennis [11] 2/23 51/20 137/24 149/9 150/6 151/18 163/14
  165/7 171/24 174/9 174/10
denote [1] 154/25
denoted [1] 143/16
deny [1] 99/23
depart [4] 10/5 10/18 134/2 134/14
departing [2] 130/24 131/8
Department [7] 25/13 71/25 78/15 110/18 110/24 127/8 127/13
departure [5] 131/10 131/12 131/20 131/22 133/10
departures [8] 133/2 133/4 133/9 133/19 133/20 134/8 134/9
  134/10
depend [1] 74/10
dependence [1] 117/6
deport [3] 24/23 74/14 111/1
deportability [4] 84/1 84/3 84/16 84/21
deportable [1] 118/18
deportation [18] 23/23 23/23 25/6 25/7 47/14 48/2 96/8 96/23
  131/14 131/19 131/21 133/6 133/12 133/15 134/14 148/5 148/7
  163/5
deportations [8] 96/21 97/19 133/2 133/4 133/9 133/22 134/8
  134/9
deported [13] 33/10 44/18 48/4 128/10 129/13 130/4 130/12
  130/23 131/3 131/7 132/23 134/3 153/16
deportees [1] 128/6
deporting [1] 130/13
depressing [1] 26/19
Depression [2] 101/5 110/3
depth [1] 68/8
deputy [4] 165/23 170/19 171/12 172/4
descending [1] 97/16
descent [3] 48/9 82/19 115/3
describe [4] 60/5 81/18 87/18 139/8
described [11] 46/6 67/4 72/21 77/12 77/13 85/20 88/1 88/3
  90/22 97/13 115/25
describes [1] 91/3
describing [2] 65/18 162/2
description [1] 140/7
desert [2] 70/10 107/5
designation [1] 155/4
designed [5] 43/14 45/1 63/21 75/21 111/15
desire [3] 110/2 143/1 164/7
despite [2] 45/7 49/15
destiny [1] 74/6
detail [8] 18/4 23/20 31/5 32/3 34/22 36/3 36/3 57/20
detailed [1] 88/25
detention [2] 94/24 128/13
detentions [1] 80/10
deter [2] 54/5 54/7
determine [3] 15/17 167/24 168/10
determined [1] 156/6
determining [1] 71/18
deterrence [2] 162/24 169/5
deterrent [1] 128/13
deterring [1] 164/25
develop [1] 164/9
developed [7] 21/5 21/21 67/13 107/25 117/6 118/9 140/6
development [1] 64/14
develops [1] 93/5
dextrous [1] 18/1
Dickstein [1] 27/11
dicta [2] 40/18 42/5
did [55] 9/23 18/21 20/1 22/7 23/7 29/14 34/25 36/20 38/22 42/3
  44/25 45/9 47/16 57/15 61/6 61/18 62/20 64/9 67/3 67/5 75/14
  78/10 85/20 85/25 87/24 88/1 88/14 88/20 91/23 92/17 92/18
  92/19 98/18 101/15 104/20 106/21 107/8 118/7 121/25 122/1
  127/17 128/18 131/18 144/17 148/19 152/15 154/9 156/11
  156/20 157/9 160/9 160/20 161/16 163/6 171/11
didn't [26] 28/6 33/3 37/3 39/3 39/11 39/14 40/11 76/15 97/23
  97/24 107/5 110/9 118/2 120/24 122/11 122/18 145/13 152/20
  158/5 158/15 159/2 159/3 160/10 160/11 163/17 163/18
Diego [1] 139/7
differences [1] 165/4
different [22] 18/1 24/15 27/6 33/2 33/3 33/18 38/2 39/7 40/18
  63/24 98/20 98/23 103/17 105/16 114/16 114/16 115/4 128/13
  141/16 143/5 150/4 166/13
differentiate [1] 100/24
difficult [3] 72/4 83/8 153/5
difficulties [1] 137/19
dig [1] 89/11
digitally [1] 174/7
dilemma [1] 21/17
Dillingham [1] 144/8
dimension [1] 112/19
diminish [2] 120/17 120/21
diminished [1] 120/21
direct [23] 3/3 7/20 7/21 20/3 47/9 51/7 51/11 56/8 56/11 56/13
  56/16 59/10 80/9 99/22 103/11 106/9 108/11 117/23 128/15
  139/1 150/15 151/3 151/14
directed [1] 170/12
direction [1] 107/23
directives [1] 107/22
directly [5] 78/2 85/15 85/15 94/7 137/21
director [1] 24/6
dirty [1] 65/19
disagree [4] 68/21 68/23 68/24 69/3
disagreements [1] 69/5
disappeared [1] 45/24
disasters [1] 135/4
disavowed [4] 35/17 36/25 37/4 159/16
disclose [2] 57/13 98/13
disclosure [1] 98/15
discovery [1] 67/8
discredited [1] 67/10
discrepant [1] 67/18
discriminate [2] 156/14 160/3
discriminated [1] 76/8
discriminating [2] 29/7 161/5
discrimination [30] 14/6 29/10 31/10 33/23 35/2 35/3 35/8
  35/12 35/21 36/8 36/24 37/5 39/2 39/16 40/9 41/1 41/10 41/16
  42/8 43/10 49/17 54/3 81/16 81/21 159/15 160/5 160/10 160/11
  162/9 162/16
discriminatory [29] 13/20 14/1 14/2 14/3 16/23 29/5 30/20
  33/17 37/18 42/18 42/19 42/24 42/25 43/1 45/10 50/15 50/16
  74/20 83/2 83/3 86/10 87/9 87/9 87/13 89/19 91/25 161/3 161/4
  162/8
discuss [12] 30/12 33/4 33/15 46/24 47/14 49/14 140/17 142/8
  145/22 154/22 160/18 164/23
discussed [13] 41/12 41/14 42/6 57/20 61/24 97/8 106/8 129/1
  135/11 145/24 154/19 155/18 156/23
discussing [5] 31/2 40/1 48/15 80/18 142/3
discussion [20] 35/3 40/16 44/6 46/16 46/22 66/7 76/5 86/19
  86/20 142/23 144/15 146/2 148/9 150/2 151/21 155/22 162/9
  162/11 162/16 162/23
discussions [2] 147/1 148/5
disease [1] 19/18
diseased [1] 146/10

**D**

**diseases [1]** 146/14
**disenfranchised [1]** 15/3
**disgusting [1]** 25/2
**dismiss [4]** 4/7 6/5 6/19 13/16
**disparate [21]** 13/21 14/6 14/7 28/19 29/16 44/7 45/8 58/6 75/7 75/9 76/10 78/11 78/11 80/20 80/24 82/13 82/24 83/16 87/18 93/11 113/2
**disparately [8]** 28/22 41/5 41/21 45/3 46/23 69/24 93/13 98/1
**disparities [2]** 82/15 88/18
**disparity [1]** 88/15
**disposable [1]** 73/8
**dispositive [1]** 40/14
**disproportionally [3]** 89/23 93/22 94/2
**disproportionate [2]** 15/15 81/9
**disrupting [2]** 38/14 115/18
**dissent [1]** 26/23
**dissenting [1]** 38/18
**distinct [2]** 65/4 66/13
**distinction [3]** 36/2 105/16 165/1
**distinctions [3]** 93/12 105/22 134/6
**distinguishing [2]** 35/23 124/8
**DISTRICT [6]** 1/1 1/2 1/14 2/23 15/24 116/8
**Dividing [1]** 158/8
**do [101]** 5/21 8/2 8/12 8/15 9/11 10/3 10/22 16/5 19/22 20/15 21/9 21/17 21/19 25/6 27/24 34/5 34/19 41/20 42/5 46/1 47/25 51/3 51/10 51/20 51/22 53/17 53/19 53/24 54/8 54/10 54/12 54/18 54/20 56/7 56/11 56/13 56/16 59/23 60/4 60/7 61/6 61/7 62/23 64/7 65/17 68/18 69/19 72/24 75/17 75/21 76/2 83/8 84/1 84/12 89/2 90/4 90/7 92/10 92/11 92/14 96/16 98/7 99/14 101/7 101/13 101/17 101/22 103/9 104/2 105/24 112/22 119/11 121/25 123/11 123/11 123/16 124/10 132/10 135/15 138/4 142/25 145/2 145/7 145/9 150/15 150/21 150/23 153/8 153/10 165/8 165/11 165/13 165/21 167/22 168/5 168/11 168/14 168/22 170/6 170/20 171/21 172/6
**docile [2]** 84/12 118/21
**Docket [4]** 4/7 12/18 57/15 62/13
**doctor's [3]** 170/18 171/3 172/10
**doctrine [1]** 149/22
**document [6]** 61/13 61/18 61/21 106/20 132/1 132/7
**documentation [1]** 115/1
**documented [1]** 84/8
**documenting [1]** 111/11
**documents [2]** 114/8 164/12
**does [39]** 10/13 10/14 10/17 27/23 30/18 35/11 36/23 38/6 39/22 40/23 41/20 41/25 47/11 49/20 53/14 67/2 69/17 69/18 75/8 81/21 86/8 90/25 95/1 95/8 95/9 95/17 98/7 100/17 100/23 114/7 131/3 141/23 156/7 159/14 160/7 168/6 168/21 172/12 172/16
**doesn't [19]** 16/22 37/1 39/5 52/25 57/21 58/13 82/14 82/18 99/7 123/1 123/2 123/2 123/3 123/11 124/24 125/4 125/10 151/3 166/19
**dog [1]** 50/11
**dog-whistle [1]** 50/11
**Dohenys [1]** 115/14
**doing [10]** 5/14 5/15 49/12 80/12 123/12 123/13 132/6 151/14 152/18 152/19
**domestic [1]** 135/5
**dominance [1]** 117/18
**don't [52]** 16/2 27/24 29/11 42/22 43/3 47/17 51/23 52/16 52/17 52/17 52/20 54/14 55/13 55/14 57/3 61/5 74/3 74/12 74/13 77/7 79/11 79/24 83/6 83/25 101/14 102/6 102/24 104/16 104/17 106/20 108/9 118/16 118/17 126/19 129/6 129/22 129/22 132/4 132/5 132/7 132/12 132/17 135/9 140/21 140/21 150/19 153/8 158/17 165/8 166/9 166/18 171/13
**done [11]** 13/20 13/25 17/1 20/11 23/12 28/8 37/9 41/9 140/25 141/19 141/21
**door [1]** 127/10
**doors [1]** 49/19
**double [4]** 45/6 100/19 101/1 140/21
**double-blind [1]** 140/21
**double-check [2]** 100/19 101/1

**doubled [1]** 44/9
**doubling [1]** 44/22
**Douglass [1]** 98/22
**down [25]** 11/14 22/11 28/15 29/13 33/17 34/17 44/10 52/14 62/21 63/10 74/2 75/3 78/20 79/10 79/18 80/5 86/15 90/25 107/18 114/6 132/6 142/19 156/11 157/17 167/15
**downed [1]** 45/7
**Dr. [13]** 7/17 9/18 9/18 23/21 24/1 25/10 56/8 56/12 57/12 57/14 57/16 58/12 144/5
**Dr. Harry [2]** 23/21 24/1
**Dr. Hernandez [1]** 9/18
**Dr. Kelly [1]** 7/17
**Dr. Laughlin's [1]** 25/10
**Dr. Lytle [6]** 56/8 56/12 57/12 57/14 58/12 144/5
**Dr. Lytle Hernandez [1]** 57/16
**Dr. O'Brien [1]** 9/18
**draft [1]** 117/21
**drawing [1]** 18/13
**drawn [4]** 46/3
**draws [1]** 95/6
**dressed [1]** 159/1
**drill [1]** 78/20
**driven [3]** 20/25 22/12 148/9
**driving [1]** 104/9
**drops [1]** 81/3
**drove [1]** 136/7
**drug [1]** 44/2
**due [1]** 14/20
**duly [2]** 59/3 138/14
**dumping [1]** 19/1
**duplicate [1]** 9/8
**duplication [1]** 9/13
**during [55]** 8/17 8/18 20/1 63/22 64/16 66/5 66/14 66/17 66/22 70/3 70/11 73/9 77/19 78/5 78/17 78/25 80/16 83/24 84/11 84/19 85/18 87/11 88/6 98/13 102/16 104/13 104/24 105/8 105/21 107/20 108/6 108/24 110/3 113/21 115/6 117/1 117/5 117/13 126/25 134/24 136/15 142/11 143/12 146/12 146/20 147/1 155/13 155/22 156/8 157/24 159/6 160/25 161/14 162/15 162/20
**dynamic [2]** 104/6 111/20
**dynamics [1]** 127/18

**E**

**each [6]** 32/2 34/22 40/4 43/23 45/6 113/17
**earlier [25]** 33/23 37/10 41/1 42/7 42/17 66/9 67/4 76/4 81/14 90/22 102/11 104/14 112/12 114/4 116/17 116/20 134/17 142/4 147/6 156/23 160/22 161/13 161/15 167/9 167/14
**early [19]** 19/18 24/17 38/11 56/21 65/14 67/7 83/24 96/14 102/7 107/4 107/25 109/18 109/23 111/18 115/11 124/3 126/25 143/7 154/23
**earn [1]** 52/10
**earth [1]** 89/7
**East [1]** 116/9
**Eastern [10]** 19/1 20/23 21/12 23/12 63/23 66/1 116/9 143/1 143/9 159/10
**easy [1]** 160/8
**ebb [1]** 135/6
**ebbed [2]** 80/23 135/2
**ECF [1]** 11/6
**echo [4]** 151/17 151/17 151/18 151/20
**echoing [1]** 49/2
**economic [4]** 72/22 103/21 103/24 118/24
**economies [1]** 115/18
**economist [1]** 77/13
**economy [2]** 25/21 104/8
**ed [1]** 93/20
**education [1]** 139/9
**effect [3]** 32/11 43/14 127/15
**effects [1]** 15/15
**effectuate [1]** 166/12
**efficiencies [4]** 109/5 109/7 112/8 128/1
**efficiency [3]** 9/1 10/13 10/16
**efficient [1]** 9/11

**E**

effort [2] 65/22 121/12
efforts [1] 156/4
eight [1] 14/25
either [6] 19/22 40/14 53/1 117/9 119/19 141/7
El [5] 89/10 108/2 120/6 136/6 136/23
Eleanor [1] 26/10
elections [1] 141/21
elements [3] 24/22 45/1 45/3
elevate [1] 18/15
elevator [1] 157/5
elicit [1] 51/25
Elizabeth [1] 2/6
Elliott [1] 68/16
else [8] 13/9 123/4 124/12 135/17 165/8 172/16 172/18 172/22
else's [1] 123/15
elsewhere [3] 27/5 88/10 113/9
emancipation [3] 17/12 92/21 92/21
Embassy [1] 127/12
embodied [1] 96/6
emphasize [1] 88/23
emphasized [1] 16/15
emphasizing [1] 31/6
emphatically [1] 33/24
empirical [2] 49/9 49/15
employ [1] 140/12
employed [1] 140/23
employees [1] 84/2
employers [1] 83/24
employment [4] 59/12 139/4 156/18 156/22
employs [1] 10/11
empowered [1] 71/4
emptied [2] 19/19 96/23
en [3] 24/8 57/8 97/18
en masse [1] 97/18
enacted [9] 13/20 14/5 14/11 14/17 22/8 44/23 69/17 75/11 86/2
enacting [2] 22/12 69/11
enactment [9] 14/8 15/21 15/23 31/16 32/11 47/6 53/10 89/20 89/22
enactments [1] 30/24
encouraging [1] 84/19
end [10] 28/20 31/6 57/25 58/1 76/24 79/12 79/19 79/21 82/22 164/16
endeavor [1] 45/16
ending [4] 85/6 85/6 117/25 130/14
endorse [1] 158/5
endure [1] 153/7
endured [1] 58/7
enforce [1] 18/8
enforced [2] 28/8 34/15
enforcement [26] 18/6 28/11 48/7 59/17 59/17 59/19 68/4 69/2 70/3 70/21 70/25 71/4 71/7 85/2 86/20 89/13 96/6 105/6 105/9 106/13 107/15 108/18 114/10 116/18 156/4 163/3
enforcing [1] 164/24
engage [1] 83/11
engaged [2] 87/12 118/5
engineering [1] 24/9
enormous [1] 77/17
enough [4] 36/5 39/4 132/10 161/20
Enrique [1] 111/9
enslavement [2] 92/20 93/2
ensure [5] 48/9 53/20 55/6 140/22 144/17
ensuring [1] 10/14
enter [8] 4/8 4/14 4/24 24/3 33/11 72/5 152/10 154/15
entered [6] 17/6 148/6 154/7 155/1 155/1 159/8
entering [8] 64/21 89/24 111/2 114/15 116/11 143/23 153/22 164/6
enters [1] 33/10
entire [3] 14/24 37/2 71/5
entirely [2] 38/24 66/7
entirety [2] 104/5 163/19
entitled [1] 174/6
entity [1] 122/10
entrance [3] 153/19 161/11 161/14
entrants [1] 134/1 134/2 153/24
entries [4] 36/1 117/4 139/10 163/8
entry [28] 19/20 31/19 33/7 35/24 53/18 54/5 54/6 58/3 58/7 58/9 100/5 100/22 100/24 110/7 120/15 120/20 126/17 129/18 129/24 150/4 152/3 153/5 153/8 153/12 153/12 154/15 161/12 161/23
enunciating [2] 56/9 56/10
epicenter [1] 120/8
equal [17] 11/10 11/11 11/20 11/24 13/17 13/24 13/25 14/19 15/17 16/6 30/2 39/19 43/12 53/9 54/13 169/6 170/4
equivalent [2] 88/3 165/2
era [4] 38/11 47/12 48/1 102/19
eradicated [1] 77/21
erecting [1] 128/15
error [1] 30/10
escalating [1] 101/3
escaping [1] 27/12
especially [3] 17/25 87/10 142/12
Espinoz [1] 50/3
Espinoza [6] 31/4 37/17 38/3 40/7 40/11 42/6
essay [2] 57/15 58/12
essential [1] 12/4
essentialized [1] 160/13
essentially [6] 31/20 46/2 62/24 158/24 160/2 162/21
establish [3] 28/18 29/7 144/17
established [7] 17/5 70/13 101/25 110/18 127/14 133/10 143/22
establishes [2] 70/24 104/7
establishment [2] 97/1 116/15
estimate [4] 51/9 116/6 117/12 165/18
estimates [2] 116/1 116/24
et [1] 129/20
et cetera [1] 129/20
ethnic [1] 139/15
eugenecist [1] 76/18
eugenecists [2] 77/19 78/5
eugenecists' [2] 164/13 164/20
eugenical [7] 20/25 21/15 23/22 24/7 25/2 25/20 148/7
eugenicist [1] 76/17
eugenicists [1] 153/14
eugenics [15] 18/12 18/12 19/5 22/17 23/1 24/4 24/6 24/10 25/15 25/16 64/14 64/15 64/17 67/6 142/11
eugenists [1] 49/2
Europe [10] 19/1 19/1 19/19 20/3 20/23 20/24 21/12 143/2 143/9 143/9
European [14] 63/25 66/2 84/21 93/22 93/23 98/7 116/9 126/3 142/13 143/8 157/23 159/9 159/10 160/15
Europeans [2] 63/23 159/6
evaded [1] 116/10
evaluate [1] 167/7
even [35] 15/4 19/5 20/18 24/6 24/16 26/3 29/9 31/11 33/2 34/1 37/9 39/4 39/6 39/15 44/16 45/18 52/25 57/20 67/17 75/1 75/2 86/9 91/18 92/2 97/22 102/15 111/22 128/16 133/20 138/2 149/25 150/24 152/7 157/24 169/9
events [2] 30/25 62/21
eventually [2] 134/12 154/11
ever [7] 28/22 32/12 32/13 41/4 46/13 80/21 88/20
every [3] 21/20 76/22 133/22
everybody [5] 13/9 62/11 119/21 151/17 152/17
everyday [1] 65/16
everyone [3] 54/15 97/21 134/19
everything [2] 17/21 115/25
evidence [18] 8/10 16/13 16/18 17/5 31/9 38/2 40/25 45/7 47/9 53/9 62/14 74/24 90/14 90/17 91/25 168/12 168/17 169/5
evidenced [1] 149/23
evidentiary [5] 6/4 6/19 10/23 13/5 13/14
evidently [1] 152/16
evolution [1] 67/5
evolved [2] 27/23 112/6
exacerbating [1] 87/10

**E**

**exact** [2]  33/1 104/16
**exactly** [8]  29/13 72/18 73/5 75/20 75/20 75/24 79/24 110/13
**examination** [23]  35/4 39/6 39/25 51/8 51/11 59/10 90/7 98/25
99/1 99/19 99/22 119/11 120/2 137/4 139/1 140/13 150/15
150/22 151/4 151/15 154/8 154/14 165/19
**examine** [4]  30/19 36/10 38/6 146/22
**examined** [1]  40/5
**examining** [1]  132/11
**example** [14]  33/21 87/12 92/20 93/1 93/8 94/7 94/17 108/11
111/8 124/25 124/25 131/20 133/25 162/23
**examples** [1]  86/7
**exceed** [1]  133/21
**exceeds** [2]  86/13 86/17
**except** [1]  102/9
**exception** [1]  152/11
**exceptions** [1]  153/22
**exchange** [1]  156/9
**exclude** [4]  9/3 10/4 18/10 64/5
**excluded** [9]  8/17 8/18 9/8 9/15 9/16 63/13 126/23 156/21
161/9
**excluding** [4]  10/19 18/16 18/17 145/4
**exclusion** [17]  8/16 8/24 9/6 10/20 20/18 35/25 46/5 63/12
63/16 83/20 87/7 117/22 142/15 142/18 142/20 142/21 142/22
**exclusions** [1]  63/11
**exclusive** [2]  16/23 110/16
**excuse** [2]  123/4 129/8
**execute** [1]  108/21
**executive** [3]  14/4 25/10 25/14
**exempt** [3]  99/25 100/1 100/4
**exempted** [2]  9/5 9/6
**exemption** [1]  144/1
**exercise** [1]  40/13
**exhaustive** [1]  47/5
**exhibit** [14]  8/20 11/6 11/6 11/8 12/18 12/19 24/21 26/16 27/5
27/5 47/23 61/16 82/4 130/9
**exhibits** [4]  23/2 23/22 113/9 132/3
**exist** [1]  91/24
**existence** [1]  31/16
**exists** [1]  121/18
**expanded** [3]  44/13 44/24 154/11
**expansion** [3]  49/11 103/25 115/21
**expansive** [1]  47/5
**expect** [2]  57/5 150/16
**experience** [1]  49/22
**experiences** [1]  50/4
**Experiment** [1]  18/24
**expert** [13]  10/4 10/19 14/18 16/16 24/4 45/12 64/17 78/7 86/22
86/23 105/4 136/10 136/11
**expertise** [12]  55/8 55/12 59/15 60/12 68/8 86/13 86/18 87/5
88/22 139/15 140/7 145/2
**experts** [11]  9/4 18/22 20/13 28/4 28/15 28/20 29/3 49/6 49/14
55/6 89/17
**experts'** [1]  37/15
**explain** [6]  17/24 45/21 65/6 66/15 70/2 115/8
**explaining** [1]  36/22
**explains** [1]  106/15
**explanations** [1]  20/25
**explicit** [5]  46/7 47/6 75/2 158/13 159/2
**explicitly** [6]  17/14 46/12 74/15 83/6 84/7 85/2
**exploitation** [5]  72/2 72/23 72/25 83/21 83/23
**explore** [1]  45/12
**exploring** [1]  60/1
**express** [2]  36/6 48/12
**expressed** [3]  33/7 40/20 145/1
**expression** [1]  163/23
**expressly** [4]  32/21 42/23 47/2 48/3
**extended** [5]  17/22 18/3 147/5 154/18 160/15
**extends** [1]  88/10
**extension** [3]  144/12 145/11 146/3
**extensive** [1]  102/14
**extensively** [1]  89/13

**extent** [4]  19/5 51/25 87/10 153/14
**external** [1]  166/6
**extinction** [1]  23/8
**extrapolating** [2]  123/23 123/25
**extremely** [2]  99/13 99/13
**eyewitnesses** [1]  16/3

**F**

**face** [6]  14/1 32/20 46/6 46/14 162/4 162/6
**facial** [1]  46/5
**facially** [7]  14/3 14/5 15/4 63/19 63/20 86/10 92/19
**facility** [2]  108/4 120/7
**fact** [24]  9/9 23/7 26/24 38/16 38/19 41/15 44/8 46/4 51/14
57/23 63/19 70/25 97/14 108/1 110/17 110/23 113/23 120/8
127/12 134/21 143/7 153/21 156/12 160/9
**factor** [12]  16/25 17/2 17/3 27/1 31/10 41/6 47/5 64/3 89/19
135/14 150/1 163/7
**Factories** [1]  102/16
**factors** [14]  29/6 35/6 41/3 42/22 43/3 43/25 47/7 48/13 109/24
110/5 110/6 135/11 168/16 168/22
**facts** [3]  12/5 12/9 49/9
**factual** [4]  30/21 36/3 37/16 43/16
**fail** [1]  137/11
**fair** [4]  76/8 98/15 123/22 148/18
**fairly** [3]  52/6 102/14 109/18
**fairness** [2]  10/14 10/17
**falling** [1]  93/23
**falls** [1]  67/8
**familiar** [6]  26/13 38/8 61/13 62/20 130/15 156/7
**family** [5]  73/24 73/25 115/14 115/14 115/14
**famous** [2]  20/19 70/9
**fan** [1]  25/10
**fantastic** [1]  98/4
**far** [5]  16/2 43/17 98/20 133/21 165/19
**farm** [2]  26/2 26/15
**farms** [1]  115/17
**fascinating** [1]  99/11
**fashion** [1]  67/9
**fashioned** [1]  132/9
**father** [2]  26/8 26/18
**fault** [1]  136/19
**favorite** [1]  89/7
**favoritism** [1]  20/22
**FCRR** [2]  2/23 174/10
**fear** [8]  66/18 66/19 76/12 76/13 77/5 77/6 77/22 149/17
**fears** [2]  77/23 143/14
**feasible** [1]  6/9
**February** [3]  172/2 172/17 173/3
**February 3rd** [1]  173/3
**federal** [13]  2/7 5/1 16/5 58/4 58/4 62/1 63/1 69/14 70/25 71/4
71/7 106/7 107/11
**feed** [1]  102/20
**feedback** [2]  150/7 150/9
**feeds** [1]  116/1
**feel** [2]  124/10 137/5
**feels** [1]  88/23
**fellow** [2]  89/17 105/5
**Fellowship** [1]  60/21
**felony** [9]  15/6 28/17 33/12 44/6 53/18 54/8 54/12 91/6 156/21
**fences** [1]  128/15
**Ferguson** [1]  17/10
**fervor** [1]  17/11
**few** [8]  12/5 15/19 50/19 55/23 87/16 90/5 109/21 147/23
**fewer** [1]  113/18
**field** [8]  60/6 61/8 71/3 89/17 102/16 140/20 141/3 141/7
**fields** [1]  123/8
**fiercely** [1]  28/4
**fight** [1]  23/8
**figure** [2]  65/9 150/20
**file** [1]  82/4
**filed** [5]  8/20 11/5 24/22 53/5 57/14
**Filipino** [1]  118/1
**filling** [1]  94/25

## F

filter [2]  63/3 63/21
final [2]  23/24 169/19
find [26]  29/4 29/25 30/19 45/9 45/19 50/14 65/22 79/25 81/6 81/23 81/24 82/1 85/4 92/6 98/18 99/7 99/11 106/16 146/22 156/9 158/2 168/18 168/19 169/20 170/20 172/9
finding [2]  40/25 102/18
findings [4]  6/3 6/11 6/15 6/17
finds [1]  99/8
fine [9]  11/3 44/11 51/2 52/1 53/22 71/22 75/25 79/22 121/5
fines [2]  120/16 120/20
fingerprint [4]  129/3 129/4 129/11 129/23
fingerprinting [1]  129/9
fingerprints [1]  129/10
finish [1]  171/17
first [37]  8/8 8/21 8/22 10/20 13/7 14/10 22/8 26/5 26/9 26/17 37/17 38/4 38/7 44/15 44/16 46/25 50/22 51/4 55/7 58/18 62/3 65/3 70/22 70/23 73/24 95/13 108/23 115/10 118/10 122/9 122/15 130/21 132/25 139/18 142/14 142/14 170/9
fit [3]  27/17 77/11 96/9
five [6]  47/5 47/7 48/13 150/24 151/2 151/5
five-factor [1]  47/5
Five-minute [1]  151/5
fixed [1]  140/12
fleeing [1]  117/20
flexible [1]  50/8
flooding [2]  19/2 19/3
floor [3]  13/2 92/12 99/4
Florida [2]  120/10 147/15
flow [7]  73/24 87/15 88/8 127/14 134/23 135/7 153/11
flowed [2]  80/23 135/3
flows [2]  71/10 136/14
focus [11]  30/12 33/5 35/25 63/23 70/14 70/20 112/5 116/16 116/22 124/4 124/7
focused [4]  31/19 80/13 81/11 104/6
focuses [5]  66/1 66/7 66/11 98/6 98/10
folk [2]  76/25 77/1
folks [2]  74/14 109/16
follow [5]  25/20 53/15 90/3 90/7 132/4
follow-up [2]  53/15 90/3
following [8]  4/3 6/2 44/20 47/13 50/1 52/22 67/8 88/14 91/8 128/3 142/20 169/10
follows [1]  58/2
foment [1]  149/23
footnote [1]  79/7
force [13]  21/8 21/8 71/18 73/4 84/12 84/13 84/18 96/2 115/19 118/7 118/19 145/6 145/12
forced [2]  115/4 131/20
forces [2]  26/20 118/24
foregoing [1]  174/4
foreign [13]  48/5 77/16 109/25 111/14 111/19 111/20 111/24 112/1 112/2 112/19 115/10 115/12 146/24
foreign-born [1]  48/5
forest [1]  104/5
forget [1]  54/25
form [10]  31/11 31/17 33/18 52/3 82/22 143/4 143/10 143/10 154/16 156/22
formal [1]  86/2
formally [2]  65/12 65/15
formation [2]  68/1 68/3
former [1]  63/5
forms [2]  111/20 162/24
forth [2]  18/4 59/25
forum [1]  169/12
forward [36]  7/8 8/9 14/13 19/15 25/22 32/24 35/1 37/23 39/24 41/2 42/2 42/20 42/23 43/20 43/22 45/16 46/1 48/14 48/17 48/21 49/21 50/5 50/10 50/21 53/1 63/12 66/4 66/10 67/12 107/12 121/12 122/18 143/19 154/21 157/7 173/1
forwarded [1]  23/11
found [10]  14/19 15/1 15/13 42/17 43/9 57/21 86/4 86/5 106/5 121/8
foundation [3]  55/15 67/15 102/22
foundational [4]  67/2 67/24 68/2 131/25
founding [1]  42/24
four [2]  130/21 168/16
Fourteenth [1]  15/18
fourth [1]  57/25
frame [1]  13/24
framing [1]  55/25
frankly [5]  54/6 54/7 57/25 62/12 98/14
Frederick [1]  98/22
Frederick Douglass [1]  98/22
free [3]  30/20 40/13 65/7
friend [1]  89/7
fringe [1]  18/20
frontier [1]  74/6
fruitful [3]  45/12 45/14 45/16
fruitfulness [1]  45/14
fuel [1]  21/6
full [3]  13/6 20/24 106/11
function [3]  39/9 120/17 120/22
funded [1]  24/10
funny [1]  103/1
further [9]  12/21 23/4 78/20 84/17 90/2 121/10 137/1 149/23 172/24
future [7]  24/8 53/6 139/22 166/22 167/6 170/7 170/8

## G

G-O-N-Z-A-L-E-Z [1]  138/19
gang [1]  135/5
Garcia [1]  68/17
Gates [1]  98/21
Gates Jr.'s [1]  98/21
gene [1]  25/17
general [13]  60/20 89/11 94/9 100/3 100/21 101/2 104/11 107/7 110/8 114/13 124/21 145/7 170/1
generalized [1]  96/9
generally [10]  10/11 10/16 81/11 102/24 103/11 104/18 105/6 135/24 164/24 169/12
genetic [1]  18/17
genetics [1]  67/8
genius [2]  60/21 105/5
genocide [2]  71/12 118/6
Gentlemen's [2]  63/13 117/24
Gentlemen's Agreement [1]  117/24
geographic [2]  82/20 122/16
geopolitical [2]  118/23 127/4
Germany [1]  67/11
get [31]  49/20 63/13 65/4 65/20 66/11 70/8 71/6 72/5 72/14 84/5 85/20 88/9 95/21 95/22 97/24 99/18 107/6 108/24 121/25 122/1 135/19 135/21 136/10 150/20 151/1 153/1 158/17 160/17 161/2 170/11 170/17
gets [6]  52/21 52/25 53/1 53/8 96/2 108/18
getting [9]  114/9 136/1 148/7 150/7 150/9 151/17 151/18 151/19 152/14
Gillam [1]  19/25
gist [1]  122/1
give [19]  7/7 33/3 47/16 55/13 58/16 62/7 94/7 103/7 105/13 106/4 113/11 130/6 136/7 151/23 158/2 159/12 168/11 168/14 172/11
given [7]  10/7 33/2 40/6 65/11 85/3 116/6 134/14
gives [3]  10/18 40/24 168/16
giving [2]  123/14 167/20
glad [3]  137/10 137/18 171/2
global [2]  114/5 135/12
go [34]  7/7 11/3 32/2 36/5 40/23 42/2 42/20 56/18 70/16 73/9 73/12 73/24 74/4 74/11 76/15 79/8 85/4 87/15 91/6 92/5 97/4 103/10 104/20 106/2 111/22 112/11 118/19 123/20 135/9 135/15 145/15 159/11 167/6 171/16
goal [4]  30/16 63/2 153/25 163/6
goals [1]  121/13
goes [6]  36/8 42/15 55/4 68/8 76/22 148/14
going [84]  7/11 7/21 9/7 9/9 11/7 12/17 12/23 13/22 14/13 16/20 17/24 18/24 19/2 19/19 21/22 25/17 27/8 28/12 30/16 31/6 34/22 36/3 36/6 39/23 45/11 47/8 47/14 48/17 48/21 48/22

## G

**going... [54]** 49/14 50/1 50/11 50/19 50/21 51/9 56/25 56/25 57/2 57/4 59/1 62/18 62/22 71/19 72/16 73/13 74/3 85/8 85/10 89/8 89/9 89/10 90/5 90/9 90/16 96/15 98/18 103/4 103/16 111/10 111/24 112/15 113/7 121/14 121/15 123/7 123/15 135/16 138/2 141/11 143/19 144/19 151/1 157/7 158/17 161/5 161/6 166/11 166/23 166/25 167/1 170/17 170/18 171/5
**gone [1]** 70/5
**Gonzalez [16]** 3/5 7/22 9/15 9/21 9/22 47/21 51/5 51/11 56/17 138/6 138/8 138/18 145/22 158/22 169/1 170/21
**Gonzalez O'Brien [1]** 7/22
**good [26]** 4/11 4/13 4/20 4/21 5/9 5/10 5/12 5/13 19/4 27/15 30/6 30/10 58/24 67/6 69/24 70/22 84/9 85/22 98/8 99/16 109/15 111/5 112/1 132/10 138/11 151/2
**got [11]** 14/16 58/15 74/10 79/14 81/12 81/12 93/21 96/8 106/1 171/3 171/13
**gotten [1]** 98/20
**government [14]** 2/2 4/8 6/10 23/23 33/14 58/4 63/1 100/14 107/11 109/10 109/13 110/1 128/5 132/1
**Government's [9]** 8/24 10/20 26/15 33/22 37/8 42/13 90/6 98/25 170/13
**governmental [1]** 42/9
**governments [1]** 24/13
**grab [1]** 76/19
**grade [1]** 23/6
**graduate [1]** 140/10
**grand [1]** 71/22
**Grande [6]** 147/7 147/14 147/18 154/24 155/7 155/8
**grandma [1]** 93/21
**granted [1]** 52/8
**grappling [1]** 40/1
**great [8]** 18/23 23/1 23/20 88/25 101/5 112/7 136/20 147/20
**Great Depression [1]** 101/5
**greater [3]** 28/24 147/12 164/10
**Green [3]** 146/18 147/6 147/15
**grew [2]** 71/1 106/12
**ground [3]** 114/11 114/12 116/20
**grounds [3]** 11/11 39/7 169/7
**group [6]** 21/25 22/5 41/4 41/6 76/8 78/12
**groups [7]** 18/17 22/6 22/23 44/13 64/12 143/8 143/19
**growth [1]** 103/24
**guaranteed [1]** 13/17
**Guatemala [11]** 77/11 134/23 135/2 135/5 135/6 135/7 135/12 135/15 136/22 136/22 147/12
**Guatemalan [1]** 135/25
**Guggenheim [1]** 115/13
**guidance [2]** 40/6 107/17
**guide [1]** 13/24
**guideposts [1]** 62/21
**guilty [1]** 95/4

## H

**H-E-R-N-A-N-D-E-Z [1]** 59/7
**had [75]** 14/7 14/16 15/5 15/7 15/9 15/21 16/19 20/21 21/4 21/11 22/18 22/21 23/12 25/18 27/12 27/16 28/4 28/18 28/21 28/24 32/8 34/2 34/3 36/15 38/17 38/20 38/21 41/14 41/17 41/24 42/3 43/16 44/5 45/24 46/2 46/5 46/6 50/16 58/4 65/9 65/12 66/9 69/23 70/5 71/3 71/10 71/11 72/10 72/14 77/21 78/13 84/24 85/14 96/15 102/8 104/20 116/10 117/6 121/7 127/19 128/9 129/12 137/18 142/13 154/6 154/10 154/11 155/18 156/1 156/12 158/3 158/25 161/4 165/25 168/13
**hadn't [1]** 29/9
**half [2]** 7/11 70/23
**hand [10]** 28/11 30/3 59/2 73/9 73/9 138/13 145/4 145/7 148/14 148/14
**Handcuffs [1]** 139/19
**handed [1]** 30/11
**handful [1]** 31/22
**handle [1]** 7/21
**handling [1]** 7/20
**hands [1]** 71/7
**happen [1]** 55/7 95/6 115/22

**happened [17]** 14/15 16/7 33/21 44/2 52/2 53/2 63/4 65/6 70/3 67/23 68/18 94/3 95/6 102/1 136/6 138/16 144/1
**happening [29]** 17/9 17/21 19/13 26/20 62/8 65/24 71/23 72/19 73/5 83/11 84/7 84/19 98/1 98/8 102/15 104/8 107/11 108/15 111/5 111/6 111/13 111/21 114/11 114/12 115/12 116/20 126/21 132/4 148/24
**happens [11]** 70/11 70/19 70/24 71/22 83/24 84/14 85/12 97/14 115/9 115/22 115/23
**happy [4]** 70/16 82/7 105/14 130/8
**Harbor [1]** 24/11
**harboring [3]** 152/20 156/21 156/22
**harbors [1]** 169/13
**hard [4]** 6/22 119/14 138/1 150/10
**harder [1]** 20/23
**hardship [3]** 154/8 154/10 154/13
**harm [1]** 45/8
**harmed [1]** 46/23
**harms [1]** 97/25
**Harper's [1]** 70/9
**Harry [4]** 23/21 24/1 64/16 78/6
**harvest [1]** 28/9
**has [76]** 6/6 6/7 7/11 9/4 10/3 11/18 11/19 13/20 14/6 14/15 17/1 30/11 30/13 31/15 32/10 32/12 33/10 36/9 36/9 39/5 39/10 39/24 40/1 43/11 43/14 46/10 47/7 48/24 49/15 50/16 52/2 54/9 57/2 58/7 59/23 60/5 62/19 62/19 64/8 69/2 76/24 79/9 79/17 80/19 80/21 80/25 81/2 81/2 82/24 86/21 89/23 90/3 92/8 93/20 97/21 100/15 101/13 102/19 103/23 112/12 112/14 130/21 135/2 135/6 140/19 141/2 141/5 141/8 142/10 143/5 143/22 144/5 146/9 147/2 155/23 162/20
**hasn't [1]** 52/8
**have [209]**
**haven't [6]** 10/7 39/9 43/9 98/20 169/19 170/25
**having [13]** 15/10 21/15 32/13 38/18 54/4 78/8 87/9 94/15 105/23 112/23 117/14 146/10 165/3
**he [68]** 5/2 5/6 5/7 11/18 11/19 12/6 19/7 19/25 22/17 22/18 22/19 22/25 22/25 23/2 23/11 24/4 24/13 24/14 24/16 24/18 25/11 25/13 25/14 25/15 25/18 25/20 25/24 25/25 25/25 26/1 26/3 26/4 26/5 26/7 26/7 26/14 27/11 27/11 27/13 27/13 27/17 27/19 27/21 27/21 27/22 27/23 28/3 38/21 40/23 40/24 41/3 41/21 41/23 41/24 42/2 42/3 46/10 46/11 46/12 47/18 75/1 76/18 147/15 156/16 156/17 158/4 158/4 158/8 160/1
**he's [2]** 15/10 26/17
**head [1]** 152/11
**heading [3]** 64/4 97/6 97/21
**heads [2]** 58/16 128/17
**heads-up [1]** 58/16
**hear [28]** 5/6 5/10 8/5 12/19 14/10 36/13 50/24 57/12 64/11 75/14 79/12 98/24 103/17 137/14 137/24 138/2 138/9 149/7 150/10 152/15 158/15 163/14 163/17 163/18 166/2 166/3 170/24 171/1
**heard [15]** 10/17 15/25 27/24 61/6 87/18 87/19 112/4 142/6 143/21 147/22 149/9 165/19 165/25 166/5
**hearing [30]** 1/11 3/2 4/3 5/20 5/21 5/22 6/4 6/7 6/19 8/12 8/14 11/22 12/3 13/5 13/14 20/6 30/18 47/23 57/10 68/11 122/20 122/21 130/9 151/17 167/17 168/3 172/1 172/10 173/1
**hearings [2]** 111/22 111/23
**Hearst [1]** 115/14
**heavily [2]** 45/21 48/24
**heavy [1]** 20/21
**Heidelberg [1]** 24/17
**Heights [24]** 7/9 13/22 14/17 15/17 16/21 17/2 30/24 31/3 32/6 33/13 33/20 43/8 43/25 47/1 47/4 49/25 50/13 53/9 168/1 168/5 168/6 168/14 168/16 168/22
**held [1]** 4/3
**help [11]** 15/11 23/20 67/22 93/6 130/19 130/19 150/25 159/13 159/17 165/10 166/19
**helpful [5]** 6/21 40/22 88/23 130/9 166/10
**helping [1]** 81/6
**Hemisphere [8]** 21/12 21/13 23/13 64/5 66/1 66/5 72/15 143/24
**Henry [1]** 98/21
**her [11]** 7/19 57/21 57/22 58/13 58/14 86/13 86/17 86/20 132/11 132/13 167/16
**here [42]** 4/5 4/6 4/18 6/18 14/9 27/15 27/16 28/1 32/18 38/10

## H

**here...** **[32]** 40/19 41/8 45/16 56/7 57/7 67/1 70/17 77/25 84/5 93/14 94/16 105/13 106/20 106/24 111/14 113/5 113/7 118/4 118/14 123/8 123/10 136/14 136/21 139/3 152/17 153/15 154/9 156/10 158/2 162/1 167/23 168/23
**hereby** **[1]** 6/17
**hereditary** **[1]** 67/17
**Hernandez** **[38]** 3/4 7/17 7/18 7/20 9/18 9/21 9/23 9/24 26/11 51/4 51/6 56/8 56/12 56/14 57/12 57/14 57/16 58/21 58/24 59/6 59/7 61/5 61/15 68/17 79/21 90/5 99/1 99/8 103/16 120/2 123/18 137/8 142/6 142/10 143/21 144/5 145/1 152/6
**Hernandez's** **[3]** 58/12 62/13 99/10
**hesitate** **[1]** 69/4
**Hester** **[1]** 68/16
**Hey** **[2]** 97/23 113/7
**high** **[4]** 63/16 64/4 65/21 134/6
**high-pitched** **[1]** 65/21
**higher** **[1]** 125/6
**highlighted** **[1]** 144/6
**highway** **[2]** 135/20 136/3
**him** **[1]** 6/9
**himself** **[1]** 27/11
**hinted** **[1]** 57/2
**hire** **[1]** 70/25
**his** **[24]** 6/6 11/17 11/19 11/21 11/22 19/24 19/25 22/19 22/21 22/24 23/1 24/2 24/2 24/18 25/20 25/22 26/3 26/15 26/18 27/19 46/6 46/9 62/19 163/16
**historian** **[17]** 81/17 83/10 88/24 89/6 90/8 91/12 91/16 92/5 94/5 95/4 97/23 101/11 105/4 115/9 122/12 122/24 170/10
**historians** **[23]** 14/18 15/12 15/25 16/16 17/24 18/5 22/3 22/10 33/4 34/21 36/2 43/23 45/12 45/21 47/13 60/17 68/13 86/5 89/3 93/8 167/6 167/10 170/7
**historians'** **[2]** 90/12 92/14
**historical** **[23]** 16/16 17/3 20/24 29/21 29/23 33/24 37/15 40/23 60/18 62/7 62/21 64/9 92/16 94/19 97/10 112/12 113/24 114/14 114/24 115/1 167/22 168/17 168/21
**histories** **[2]** 84/10 89/16
**historiography** **[4]** 112/12 112/17 112/18 112/23
**history** **[49]** 7/14 14/18 16/1 16/2 16/9 16/15 17/22 19/14 28/10 31/13 38/9 38/17 38/19 40/1 40/5 40/10 40/16 40/21 43/23 47/6 47/15 48/16 48/18 49/19 49/24 50/5 59/14 59/18 59/20 60/16 61/9 61/15 72/8 81/19 86/1 86/19 87/5 89/3 94/17 105/5 112/14 124/2 139/9 140/3 141/13 141/23 144/19 161/18 165/6
**hit** **[1]** 63/14
**Hitler** **[1]** 158/5
**hits** **[2]** 63/16 64/4
**Hmm** **[1]** 133/24
**hold** **[4]** 67/7 144/21 157/17 158/16
**holding** **[2]** 39/19 40/2
**holdings** **[1]** 40/17
**Holmes** **[1]** 19/6
**Homer** **[1]** 19/8
**homes** **[1]** 13/14
**honest** **[1]** 68/12
**Honor** **[100]** 4/11 4/16 4/18 4/25 5/4 5/8 6/12 6/16 7/6 7/12 7/14 7/19 7/24 8/7 8/25 10/7 10/24 11/5 12/1 12/2 12/3 12/14 13/3 13/4 13/10 14/9 15/25 16/17 17/20 19/9 19/24 20/6 20/19 23/15 27/1 27/21 28/15 29/4 30/10 35/14 35/19 35/23 37/13 37/20 37/21 39/18 39/25 40/15 42/11 47/19 47/22 47/23 51/1 51/6 51/13 51/16 54/17 54/20 54/25 57/17 58/20 59/9 62/16 62/19 73/12 75/12 75/17 75/23 76/2 86/11 86/22 89/5 90/3 99/5 99/17 103/13 119/15 120/4 125/17 125/22 130/8 131/23 132/6 132/15 137/6 137/13 137/18 138/7 138/22 150/12 150/16 150/24 151/10 152/1 159/11 171/23 172/13 172/20 172/24
**Honor's** **[3]** 26/12 43/17 99/9
**HONORABLE** **[1]** 1/13
**hope** **[2]** 99/6 171/4
**hopeful** **[1]** 119/12
**horrible** **[1]** 19/7
**horse** **[1]** 125/14
**horses** **[3]** 24/25 25/1 108/23
**hot** **[1]** 107/5

**hour** **[5]** 51/9 51/12 89/8 89/8 165/20
**house [6]** 17/8 22/16 24/5 62/23 64/9 96/20 154/12
**Houston** **[1]** 165/9
**hovers** **[1]** 78/18
**how** **[114]** 7/7 7/23 11/15 13/24 14/22 14/23 16/4 18/9 19/11 20/25 21/20 22/7 23/23 24/25 26/2 26/14 27/8 28/11 28/13 28/16 28/16 29/13 33/8 36/9 36/10 36/17 39/9 39/23 40/4 40/4 40/21 41/14 42/5 43/18 46/1 46/8 48/8 48/15 48/23 50/5 51/7 51/10 52/3 53/4 54/10 55/14 56/24 56/25 57/18 61/25 62/10 64/5 64/7 64/18 64/23 64/24 65/17 66/15 67/5 69/13 72/24 75/9 76/5 76/7 77/10 77/11 77/16 81/17 81/23 83/18 83/19 85/13 85/20 86/1 87/20 88/14 88/23 89/2 92/5 92/16 92/17 92/18 92/19 93/8 93/21 94/22 105/24 106/9 111/4 112/24 113/2 113/12 115/8 119/10 129/23 136/18 140/6 140/16 142/7 142/9 145/7 149/20 150/14 150/20 155/18 157/6 163/6 165/18 167/6 167/23 168/4 168/7 168/22 171/15
**however** **[2]** 25/6 113/1
**huge** **[1]** 22/17
**huh** **[1]** 131/7
**human** **[4]** 18/17 20/10 59/21 78/25
**humiliating** **[1]** 153/5
**hundred** **[2]** 34/13 134/1
**hundreds** **[1]** 134/13
**Hunter** **[8]** 14/21 14/24 15/19 16/3 16/15 29/23 34/1 43/4
**hypothetical** **[7]** 51/23 52/4 54/15 90/9 91/24 92/8 167/7
**hypothetically** **[2]** 37/11 91/19

## I

**I'd** **[4]** 90/20 94/22 136/11 158/1
**I'll** **[21]** 7/20 30/3 36/12 57/1 57/23 62/23 62/23 76/2 103/18 104/22 107/13 113/11 113/14 122/6 123/24 127/23 132/14 167/2 169/18 170/22 172/9
**I'm** **[68]** 7/11 12/23 31/6 35/23 39/13 47/19 47/20 52/2 52/18 52/21 54/25 56/25 56/25 57/2 57/21 58/25 59/14 62/18 69/3 70/16 75/13 85/22 89/4 90/5 90/8 90/11 90/11 90/16 104/18 106/7 106/15 106/23 107/2 107/7 107/7 109/7 113/10 114/20 114/21 121/13 122/17 130/8 131/16 132/3 132/6 132/10 136/10 137/18 137/20 144/19 145/13 150/25 151/10 151/16 152/16 152/19 156/9 166/25 167/1 168/3 169/18 170/25 171/3 171/4 171/8 171/10 171/17 172/9
**I've** **[8]** 5/7 43/17 47/10 48/12 52/19 59/24 73/15 141/18
**ICE** **[1]** 123/1
**iconic** **[5]** 70/4 70/18 71/24 72/7 74/5
**idea** **[10]** 18/14 18/20 24/8 56/24 72/24 124/9 134/17 144/15 161/2 164/9
**ideals** **[1]** 46/11
**ideas** **[8]** 10/12 18/10 18/13 19/18 21/1 24/7 25/2 28/2
**identified** **[4]** 36/16 65/4 65/15 69/16
**identity** **[1]** 160/13
**ignores** **[1]** 82/13
**II** **[10]** 67/9 67/19 73/21 87/11 87/11 106/18 108/17 127/1 127/24 128/3
**illegal** **[64]** 13/19 22/7 22/8 26/17 27/4 31/11 31/15 31/21 32/10 34/25 37/6 43/18 46/22 48/24 50/9 50/15 53/19 54/5 54/6 54/7 54/12 62/1 69/13 70/4 70/6 70/18 71/24 80/9 85/21 89/20 89/23 91/5 91/7 92/3 92/7 94/10 95/14 95/16 96/7 96/17 97/10 100/24 100/24 102/4 110/2 123/4 126/18 127/14 129/18 129/18 129/24 129/25 130/16 134/1 139/23 153/24 162/19 166/18 167/5 167/12 169/4 169/16 169/23 170/6
**Illegal Immigration** **[1]** 139/23
**illegally** **[8]** 27/16 94/15 110/20 111/2 153/23 154/7 155/2 155/9
**illiterate** **[1]** 148/2
**illiterates** **[1]** 63/6
**image** **[5]** 70/4 70/7 70/9 71/23 72/7
**images** **[2]** 19/18 97/19
**imagining** **[1]** 77/9
**imbue** **[1]** 67/16
**immeasurable** **[1]** 78/13
**immediately** **[4]** 47/12 85/12 95/1 106/16
**immigrant** **[12]** 25/9 27/11 27/22 63/8 70/4 70/6 71/9 71/24 96/13 118/24 125/25 139/23
**immigrant-receiving** **[1]** 25/9
**immigrants** **[100]** 19/2 19/10 20/22 45/2 46/17 48/3 48/25 58/9

**immigrants... [92]** 63/3 63/13 63/25 64/2 64/6 65/18 65/19 66/8 66/12 66/24 69/25 69/25 70/7 70/9 70/14 70/17 70/18 71/21 72/2 72/5 72/11 80/15 81/11 82/12 82/14 84/21 84/23 85/3 85/5 85/11 85/13 85/17 88/7 93/22 93/23 94/3 94/11 94/12 96/4 96/22 97/2 97/3 97/17 98/2 98/7 111/11 113/3 115/3 115/6 116/10 116/22 118/10 118/15 124/5 126/5 126/13 130/3 130/12 130/12 130/13 130/23 130/23 130/24 131/3 131/8 131/15 131/17 131/18 132/21 133/5 143/3 144/2 145/25 146/5 146/9 146/16 147/5 154/2 154/23 155/3 156/25 156/25 157/2 157/23 159/4 160/11 160/12 161/15 161/20 162/10 162/17 164/6

**immigrants' [1]** 85/9
**immigrate [4]** 83/18 83/19 115/19 115/20
**immigration [143]** 11/21 11/22 18/3 20/11 20/16 20/16 22/16 22/20 22/22 23/3 23/9 24/14 24/19 25/12 25/16 27/7 31/18 32/17 35/24 36/16 36/21 37/2 46/20 48/19 49/8 52/6 52/11 53/14 59/16 59/17 59/19 61/10 62/24 63/2 64/15 65/25 66/2 66/3 68/3 68/3 69/1 69/7 70/3 71/4 71/7 72/17 73/20 74/8 76/20 77/14 77/17 78/22 80/14 80/19 81/18 82/18 83/12 84/1 86/18 86/19 87/5 87/13 88/9 89/13 90/24 94/10 95/15 97/22 98/9 98/9 100/21 101/1 101/11 102/1 102/19 103/22 104/6 104/9 105/5 105/8 108/1 110/8 110/24 111/4 111/17 111/21 112/8 112/13 114/6 115/22 116/10 117/2 117/10 117/14 117/24 118/8 120/17 120/22 123/14 125/24 126/1 127/9 127/14 129/13 129/21 136/7 139/18 139/22 139/23 140/9 141/13 141/25 142/2 142/21 142/22 143/1 146/19 146/20 147/1 147/16 149/19 153/4 153/24 154/1 155/14 157/6 157/8 157/10 158/5 160/19 160/20 161/3 161/17 161/18 162/14 163/3 164/8 164/22 164/25 165/6 166/12 167/25 168/10

**immigration-related [2]** 86/18 86/19
**impact [35]** 13/21 14/7 14/7 14/14 28/19 29/16 41/5 41/22 42/19 42/25 43/1 44/8 45/2 45/10 48/21 50/16 58/7 69/19 69/25 75/9 76/10 78/11 78/13 80/20 80/24 81/10 83/16 87/10 87/13 87/19 92/1 93/12 111/24 118/2 129/4

**impacted [3]** 28/23 41/24 88/16
**impactful [1]** 45/4
**impacting [1]** 82/13
**impacts [1]** 82/25
**impermissible [1]** 29/10
**impetus [1]** 63/16
**implement [1]** 27/8
**implemented [3]** 100/8 111/15 161/20
**implementing [1]** 107/18
**implications [1]** 139/20
**import [1]** 31/4
**importance [2]** 140/17 140/22
**important [8]** 38/22 45/13 54/4 60/6 94/16 95/25 112/21 138/3
**imposed [5]** 44/16 120/16 120/21 143/23 152/11
**Impossible [4]** 68/5 98/10 102/18 103/20
**Impossible Subjects [1]** 102/18
**imprisoned [3]** 58/9 93/13 121/1
**imprisonment [7]** 72/12 80/1 80/15 81/10 84/15 84/17 121/10
**improve [2]** 18/16 110/25
**improved [5]** 108/7 108/9 108/15 109/5 109/7
**improvements [1]** 108/20
**improves [1]** 151/13
**impulse [1]** 143/17
**impure [1]** 147/9
**in by [1]** 24/2
**in-court [2]** 5/19 6/7
**in-person [2]** 5/21 6/7
**INA [2]** 91/20 168/21
**inappropriate [4]** 12/20 99/7 99/8 99/15
**incarcerable [1]** 49/11
**incarceration [3]** 120/16 120/20 121/6
**inclined [1]** 105/19 147/4
**include [3]** 63/12 131/4 154/11
**included [2]** 126/14 156/13
**including [7]** 48/5 55/23 78/6 107/20 109/24 139/22 140/7
**incorporate [1]** 65/9
**increase [6]** 88/20 107/9 109/22 110/5 120/24 161/16
**increased [18]** 44/9 44/12 49/10 104/15 104/17 105/1 105/7

105/11 105/12 106/18 120/15 120/20 126/17 126/19 127/3 127/25 128/23 129/15
**increases [2]** 88/9 110/3
**increasing [4]** 21/6 44/6 84/14 124/4
**incredibly [1]** 13/8
**indeed [1]** 23/11
**INDEX [1]** 3/1
**Indian [6]** 66/20 77/14 77/21 82/11 116/9 147/19
**Indians [5]** 23/6 65/19 76/25 77/22 78/1
**indicate [1]** 169/12
**indicated [1]** 7/16
**indicative [1]** 26/23
**indicator [3]** 21/22 27/1 94/15
**indicators [2]** 64/9 74/21
**indictment [2]** 12/9 13/16
**Indies [1]** 76/21
**indigeneity [2]** 77/17 77/22
**indigenous [11]** 18/15 23/7 66/20 71/11 76/13 76/25 77/11 87/20 89/24 118/6 118/8
**indiscernible [2]** 140/15
**individual [2]** 157/23 158/4
**individuals [16]** 49/3 95/24 113/18 128/16 129/10 134/2 134/13 140/20 141/7 143/3 148/2 153/10 153/22 154/6 155/12 157/21
**indulge [1]** 25/19
**industrial [2]** 102/20 103/23
**industrialism [1]** 21/7
**industrialists [1]** 115/13
**industrialization [1]** 102/8
**ineligible [1]** 82/23
**inferior [1]** 18/18
**inferiorities [1]** 145/5
**inferiority [5]** 18/11 18/13 143/14 143/15 147/3
**inferred [1]** 135/3
**infinite [1]** 86/21
**influenced [1]** 111/4
**influential [1]** 71/21
**influx [1]** 146/5
**inform [1]** 37/14
**informal [1]** 72/8
**information [7]** 10/14 11/8 11/21 12/8 12/15 29/24 70/16
**informative [1]** 98/19
**informed [1]** 89/18
**informs [1]** 49/25
**infrastructure [2]** 52/15 91/2
**infrequently [1]** 108/24
**inherent [3]** 143/16 146/25 148/11
**inherit [1]** 49/23
**inheritance [1]** 48/20
**inheriting [1]** 48/17
**inhibited [1]** 161/12
**initial [6]** 8/19 31/16 32/3 32/11 39/2 43/5
**initially [6]** 13/19 33/16 154/10 156/12 156/19 156/24
**initiative [1]** 126/9
**Inmates [4]** 59/21 60/14 79/7 80/1
**inquiry [2]** 47/8 50/12
**INS [3]** 129/7 129/9 129/11
**inspections [1]** 152/6
**instance [2]** 27/15 43/4
**instances [1]** 156/17
**instead [3]** 5/20 9/9 155/24
**Institute [1]** 24/10
**instituted [3]** 28/1 28/22 63/15
**institutes [1]** 82/16
**institutional [1]** 17/13
**institutions [2]** 141/4 141/16
**intellectual [2]** 24/12 148/13
**intelligence [2]** 143/17 155/20
**intended [4]** 43/13 69/19 114/21 157/3
**intensify [1]** 160/5
**intensifying [2]** 85/18 94/1
**intent [20]** 16/13 30/23 31/4 31/8 32/4 32/5 32/7 32/23 33/7

**intent... [11]**  33/20 39/23 42/24 43/7 50/16 75/5 104/22 144/2 158/1 168/12 168/13
**intention [2]**  12/8 65/1
**interactions [1]**  91/15
**interest [4]**  6/4 23/1 80/18 153/13
**interested [6]**  12/4 24/15 82/5 89/4 110/1 167/17
**interesting [8]**  45/19 57/6 83/11 84/25 99/13 134/4 165/5 173/2
**interests [3]**  25/18 144/16 156/23
**internationally [1]**  24/19
**Internet [3]**  137/20 152/22 158/17
**interplay [1]**  25/16
**interpreter [4]**  4/23 5/1 5/7 5/11
**interrupt [4]**  62/11 67/1 145/14 163/25
**interrupted [1]**  87/14
**intolerance [2]**  149/20 149/23
**introducing [1]**  22/13
**invalid [2]**  11/10 170/16
**invasion [1]**  31/21
**investment [5]**  17/14 52/13 115/11 115/12 115/21
**investments [1]**  115/15
**investors [1]**  136/5
**invite [4]**  77/21 90/6 103/18 115/20
**invited [1]**  25/3
**inviting [1]**  26/6
**involve [3]**  40/18 40/18 166/18
**involved [1]**  95/25
**involvement [1]**  136/12
**involving [1]**  49/13
**iota [7]**  35/11 36/23 45/20 81/16 81/21 159/14 162/2
**Irresistible [2]**  98/4 98/6
**is [550]**
**isn't [34]**  35/9 36/14 99/24 100/4 102/17 104/15 107/14 108/7 110/11 110/21 111/2 111/15 113/21 116/7 118/1 119/3 120/6 125/7 125/25 126/12 126/18 127/1 127/6 127/10 127/16 128/4 128/8 128/12 128/19 128/21 129/3 132/25 133/23 134/19
**issue [22]**  8/22 9/3 11/12 11/23 20/11 30/23 36/8 38/18 39/7 42/15 46/18 58/16 60/1 70/23 77/3 79/1 83/8 98/7 107/12 111/14 173/2
**issues [8]**  9/10 57/7 85/8 89/15 98/23 142/4 161/18 169/19
**issuing [2]**  57/3 72/2
**it [439]**
**it's [41]**  20/14 23/22 29/6 32/9 33/20 36/4 39/4 41/1 49/22 50/1 52/2 57/24 58/12 63/20 67/17 69/5 79/9 80/11 81/13 86/14 97/11 101/1 102/11 103/1 112/15 112/17 117/25 121/17 122/4 122/14 130/3 130/19 131/10 131/21 131/25 134/5 136/19 136/20 158/8 161/4 165/4
**its [20]**  29/6 31/11 31/16 32/11 32/15 36/24 42/4 43/23 48/10 62/10 63/21 66/3 67/3 70/14 77/21 96/2 102/2 116/16 156/17 163/18
**itself [9]**  31/15 33/2 34/3 42/10 45/21 53/3 110/1 110/19 125/4

**J**

**Jacksonville [1]**  120/10
**Jacobson [1]**  143/5
**jail [1]**  111/11
**jails [1]**  111/10
**James [2]**  25/12 76/17
**January [2]**  1/6 4/1
**Japanese [2]**  63/12 116/9 117/24
**jeopardize [1]**  25/17
**Jessica [1]**  4/25
**Jim [3]**  17/15 38/11 93/2
**Jim Crow [1]**  93/2
**job [6]**  98/8 132/6 166/14 166/14 166/15 166/16
**jobs [4]**  21/9 101/9 101/24 110/3
**John [4]**  22/25 66/10 146/8 149/17
**John C [1]**  66/10
**Johnson [15]**  22/15 23/19 25/3 28/1 46/3 63/18 66/9 72/15 142/16 142/21 142/24 144/13 148/20 158/13 159/1
**Johnson's [1]**  22/25
**Johnson-Reed [9]**  46/3 63/18 142/16 142/21 142/24 144/13

**joined [1]**  148/20 158/13 159/1
**joining [1]**  134/3
**journal [3]**  57/17 60/8 141/10
**journals [2]**  60/10 141/6
**Jr [1]**  19/6
**Jr.'s [1]**  98/21
**judge [23]**  1/14 5/11 19/17 51/21 54/23 60/23 60/25 79/15 80/8 81/14 112/11 119/22 137/25 142/17 150/6 151/19 152/14 157/13 158/15 163/25 164/15 165/7 165/9
**Judge Simon [1]**  5/11
**judge's [1]**  80/17
**judged [2]**  18/18 18/18
**judges [1]**  170/7
**judgment [1]**  40/6
**judicial [1]**  169/21
**Judiciary [3]**  35/15 35/16 36/24
**Judiciary's [1]**  159/15
**June [1]**  130/14
**June 30 [1]**  130/14
**junior [1]**  127/19
**juries [2]**  38/9 38/15
**jurisdiction [2]**  109/19 109/20
**jurors [1]**  38/13
**jury [1]**  39/16
**just [64]**  5/3 7/6 12/23 15/22 16/7 16/17 17/1 25/1 42/7 44/1 44/4 47/17 48/11 52/8 55/13 55/15 57/23 67/4 68/9 68/23 71/16 72/21 73/24 75/14 75/25 79/3 82/14 84/6 85/20 90/21 96/13 98/14 98/15 99/9 105/16 107/1 109/9 112/3 112/4 112/15 113/7 113/11 115/25 118/15 124/12 132/15 133/20 135/3 135/11 149/14 151/16 152/20 157/4 157/16 159/1 160/18 161/3 161/4 161/6 163/12 164/23 165/8 168/25 169/20
**justice [9]**  6/4 14/21 14/25 38/16 38/18 39/12 40/11 41/17 78/15
**justices [4]**  14/25 40/3 40/21 50/2
**justifiable [1]**  140/25
**justification [1]**  49/12

**K**

**keep [11]**  19/12 37/24 43/6 64/2 64/12 64/19 77/2 94/22 101/14 105/20 110/2
**Kelly [6]**  3/4 4/17 7/17 58/21 59/6 61/14
**kept [3]**  37/5 37/10 128/19
**key [3]**  41/6 92/14 92/20
**kick [1]**  152/20
**kind [16]**  18/1 21/21 26/8 67/9 67/12 67/19 75/1 98/2 115/25 118/17 135/19 142/12 155/4 155/12 158/6 158/12
**kinds [4]**  64/9 71/13 96/9 122/13
**KKK [3]**  17/15 22/20 25/24
**knew [2]**  27/2 156/17
**know [58]**  7/24 19/22 22/9 22/10 26/11 26/19 29/13 29/15 34/6 36/9 44/22 46/1 50/21 52/5 57/3 60/24 62/1 64/7 64/22 65/17 65/17 65/24 66/15 68/24 73/15 75/3 78/21 79/11 88/24 89/3 94/18 102/6 103/1 104/17 108/9 121/16 128/15 125/16 126/19 129/6 129/22 129/22 132/8 136/25 140/21 140/22 148/4 149/15 150/8 158/4 158/17 162/5 164/11 165/8 165/13 172/5 172/5 172/6
**knowingly [1]**  6/6
**knowledge [3]**  58/15 80/19 80/24
**known [7]**  24/19 63/17 64/17 93/7 96/4 97/17 146/18
**knows [3]**  20/19 46/25 47/20

**L**

**L-Y-T-L-E [2]**  9/25 59/7
**la [2]**  89/11 93/21
**LA Times [1]**  93/21
**labeled [4]**  130/3 130/12 131/3 131/8
**labor [49]**  21/2 21/5 21/7 21/8 21/10 25/11 25/12 25/13 25/18 26/3 26/15 28/6 28/10 71/10 71/16 71/17 71/18 73/1 73/4 73/9 74/2 74/3 76/17 84/12 84/18 102/8 102/20 117/7 117/16 117/18 118/3 118/7 118/15 118/16 118/19 118/25 119/2 120/17 120/22 121/6 126/18 145/6 145/12 153/15 153/17 161/19 161/21 161/24 161/25
**laborer [1]**  118/21
**laborers [4]**  118/10 118/22 119/4 119/7

**laboring [1]** 65/18
**lack [3]** 49/15 107/1 155/20
**Lady [2]** 26/5 26/9
**laid [4]** 36/17 55/15 64/14 111/7
**Lake [3]** 34/13 37/25 43/4
**landowners [1]** 71/6
**lane [2]** 33/25 43/5
**language [10]** 31/1 41/4 50/11 64/8 65/17 75/3 75/18 85/13
85/14 139/22
**large [7]** 81/9 106/13 111/11 115/2 115/5 115/6 146/5
**largely [14]** 63/13 70/19 71/1 71/2 72/3 76/13 80/11 80/13 101/4
117/5 146/24 155/1 158/25 162/12
**largest [4]** 47/14 48/2 77/14 112/25
**last [21]** 7/13 11/5 26/22 31/5 38/5 44/21 44/21 52/5 59/5 59/6
69/3 79/14 87/1 118/13 118/15 118/16 130/24 138/17 149/5
149/9 163/15
**last-term [1]** 38/5
**late [8]** 16/4 38/10 65/14 70/5 70/17 71/24 94/10 128/8
**later [16]** 8/14 10/23 15/11 17/24 30/20 33/18 40/7 41/6 44/19
50/24 51/24 52/23 56/1 70/12 76/20 169/6
**Latin [8]** 45/2 46/23 66/24 76/21 77/23 78/10 78/19 147/12
**Latino [18]** 21/7 23/10 23/13 48/3 48/9 48/25 75/19 77/7 77/9
81/11 82/13 84/22 88/7 98/2 98/9 121/21 122/8 122/23
**Latinos [16]** 17/22 20/2 28/23 28/24 58/8 75/9 76/9 77/6 78/8
80/24 87/19 88/3 88/15 89/24 95/1 134/18
**Latinx [1]** 50/16
**latter [1]** 62/6
**Laughlin [5]** 23/21 24/1 25/15 64/16 78/6
**Laughlin's [1]** 25/10
**law [93]** 13/18 14/5 14/10 14/14 14/16 15/14 15/17 22/8 23/10
28/8 29/1 29/5 30/19 30/23 33/8 33/16 33/17 34/11 34/23 36/5
36/7 36/8 36/23 37/25 38/10 39/24 40/4 40/12 40/25 41/5 41/21
42/3 42/23 44/9 44/22 45/20 46/4 46/6 46/8 52/21 52/25 53/3
53/8 53/15 54/7 59/19 59/19 65/16 68/3 68/3 69/1 69/2 69/7
69/19 70/3 70/21 70/25 71/4 71/7 72/6 72/25 74/19 75/10 78/12
80/19 85/2 86/20 86/23 87/13 89/13 89/20 90/11 90/20 94/20
96/6 101/25 104/9 105/5 106/13 107/18 108/18 111/15 111/17
114/10 116/18 117/25 123/14 125/24 162/4 162/6 162/8 164/25
168/20
**law's [5]** 31/12 37/18 38/7 41/4 100/14
**law-enforcement-related [1]** 86/20
**lawful [9]** 31/19 33/7 35/24 46/20 126/17 126/21 150/4 152/3
161/12
**laws [23]** 13/25 14/1 14/2 16/11 17/16 18/2 22/12 23/3 26/2
29/18 36/21 37/2 38/12 38/14 43/12 69/21 76/7 86/21 93/6
111/1 118/1 118/23 164/25
**lawyers [7]** 6/2 57/10 165/22 167/2 167/19 170/10 170/21
**laziness [1]** 148/13
**lead [3]** 109/5 153/25 161/16
**leaders [1]** 69/23
**leadership [1]** 24/12
**leading [14]** 22/13 36/14 62/8 64/8 68/13 68/14 72/22 78/5
78/24 115/13 145/25 148/16 163/12 163/13
**leads [1]** 148/12
**learned [3]** 37/17 38/7 68/22
**learning [2]** 54/9 83/23
**least [10]** 8/13 8/17 45/13 58/5 83/3 107/16 117/15 147/14
160/16 161/16
**leave [6]** 12/20 97/5 118/7 123/24 170/17 170/18
**leaves [1]** 119/1
**leaving [1]** 31/25
**led [12]** 20/10 30/13 36/18 54/9 58/8 60/20 62/10 102/19 113/3
126/8 128/24 143/15
**left [8]** 31/20 74/13 126/23 157/11 157/15 157/17 157/19 160/13
**legacy [1]** 49/23
**legal [20]** 11/12 30/22 37/7 37/16 43/16 54/5 86/14 92/21 93/2
93/3 93/21 153/4 153/5 153/8 153/12 154/15 156/17 161/14
167/3 170/8
**legalize [1]** 27/14
**legislation [37]** 17/6 18/8 20/18 27/23 35/16 35/25 36/15 36/18
52/16 56/2 60/15 62/5 62/8 62/10 63/14 63/19 66/1 69/23 69/24

**legislative [19]** 7/13 14/18 16/1 16/13 16/15 20/10 21/8 32/20
38/2 39/23 40/5 40/16 40/21 47/6 48/13 49/10 86/1 126/8
162/25
**legislators [3]** 32/14 36/5 48/21
**legislature [4]** 15/22 16/23 78/2 166/16
**legislatures [1]** 25/20
**legitimate [4]** 38/24 41/18 101/8 101/23
**legitimates [2]** 73/7 96/20
**Lehman [2]** 159/19 159/25
**length [1]** 106/8
**less [5]** 39/1 45/3 73/6 143/10 143/12
**lesser [3]** 63/24 73/6 143/4
**lesson [1]** 38/7
**let [30]** 6/2 8/2 10/1 44/1 46/19 50/21 50/22 55/10 62/11 65/6
66/15 68/19 70/2 79/13 86/24 109/1 119/13 121/16 123/17
129/8 132/9 132/11 132/14 149/14 158/16 165/22 167/19
171/12 172/5 172/6
**let's [17]** 8/21 37/11 53/4 53/5 54/21 55/18 91/19 92/2 103/17
112/18 119/20 125/20 151/13 151/23 159/24 165/14 168/17
**level [2]** 60/12 118/9
**levels [2]** 103/22 148/13
**leverage [1]** 84/3
**leveraged [1]** 84/22
**lifting [1]** 112/16
**lifts [3]** 128/14 128/14 128/15
**light [4]** 40/8 75/25 99/9 127/5
**like [68]** 5/14 5/16 6/22 8/3 8/15 22/19 23/12 25/1 25/2 28/10
29/19 36/19 38/10 50/23 51/24 52/21 53/2 56/21 57/25 59/15
68/1 72/9 72/22 75/10 76/21 80/20 81/24 83/19 86/8 89/9 89/9
89/10 90/13 90/14 90/20 90/20 91/4 91/11 96/15 96/21 99/6
99/9 100/9 102/24 104/4 105/10 106/25 107/5 107/15 109/24
113/1 128/17 130/2 136/3 140/15 143/18 147/12 148/10 148/10
148/17 158/1 159/3 170/11 170/13 172/5 172/6 172/7 172/7
**likely [6]** 93/17 93/18 94/19 118/11 148/3 148/12
**limit [2]** 28/5 143/1
**limitation [2]** 82/20 122/16
**limitations [2]** 27/14 44/19
**limited [3]** 73/19 114/22 147/10
**limits [2]** 82/18 125/16
**line [6]** 5/7 33/13 42/11 52/22 113/5 158/8
**lines [2]** 15/15 68/19
**link [2]** 49/16 139/19
**linkages [1]** 140/4
**linked [2]** 49/6 49/8
**list [2]** 34/2 47/5
**listed [1]** 66/9
**literal [2]** 87/25 88/5
**literature [3]** 60/4 114/20 116/19
**little [21]** 24/21 57/20 57/20 67/22 83/7 91/14 104/4 119/16
119/17 121/17 134/17 137/23 138/1 148/15 149/8 150/3 157/9
162/22 164/17 167/16 168/25
**lives [1]** 71/5
**Livingston [1]** 74/25
**Liz [5]** 4/18 13/11 137/14 151/24 171/21
**Liz Daily [1]** 137/14
**lobbied [3]** 21/11 28/5 110/23
**local [4]** 106/11 107/23 115/18 115/21
**locally [1]** 107/19
**location [1]** 135/15
**lock [1]** 58/5
**locked [1]** 49/20
**logic [4]** 73/7 94/5 94/6 94/12
**long [16]** 25/8 28/8 46/13 48/18 51/7 51/10 72/8 105/24 114/3
118/4 121/17 144/10 147/2 149/21 153/6 165/18
**longer [7]** 36/25 85/8 103/21 119/10 153/17 153/17 155/23
**look [31]** 14/12 14/12 16/2 16/4 16/10 27/1 33/1 34/10 37/2
39/23 45/5 46/15 49/9 74/10 84/4 86/8 92/15 103/3 106/23
123/9 123/9 132/9 140/14 155/10 160/9 160/24 165/5 167/10
169/5 169/11 173/1
**look-back [1]** 45/5
**looked [12]** 15/1 15/25 32/13 34/19 34/24 43/5 44/22 86/1 87/8

**L**

looked... **[3]**  89/15 93/8 142/8
looking **[24]**  17/2 21/18 24/7 25/19 29/20 31/13 36/4 45/18 49/21 60/2 78/14 86/6 92/18 93/10 94/4 94/22 95/5 95/23 96/1 104/4 113/13 118/21 170/7 170/8
looks **[12]**  6/22 41/3 43/7 45/10 57/25 76/22 86/8 139/20 140/3 143/6 143/6 161/3
Lopez **[1]**  44/20
Loren **[2]**  140/2 141/17
Los **[1]**  96/22
Los Angeles **[1]**  96/22
losing **[1]**  57/5
loss **[1]**  67/10
lost **[3]**  79/11 149/4 149/5
lot **[23]**  17/13 24/25 25/1 37/4 73/16 73/23 95/24 107/6 107/17 111/23 135/3 136/22 136/23 142/23 143/17 144/11 146/25 148/9 148/16 148/19 150/7 150/9 151/13
louder **[1]**  164/17
loudly **[2]**  109/2 138/3
Louis **[1]**  98/21
Louisiana **[4]**  16/9 38/19 38/21 120/11
loved **[1]**  98/21
low **[3]**  23/6 119/8 160/16
low-grade **[1]**  23/6
low-wage **[1]**  119/8
lower **[2]**  146/15 148/13
lowered **[1]**  154/12
lumping **[1]**  157/21
lunch **[1]**  56/20
lynching **[1]**  17/15
lynchings **[1]**  25/25
Lytle **[39]**  3/4 7/17 7/18 7/20 9/21 9/24 26/11 51/4 51/6 56/8 56/8 56/9 56/10 56/12 56/14 57/12 57/14 57/16 58/12 58/21 58/24 59/6 59/7 61/15 62/13 79/21 99/1 99/8 99/10 103/16 120/2 123/18 137/8 142/6 142/10 143/21 144/5 145/1 152/6
Lytle Hernandez **[3]**  7/18 58/24 61/15

**M**

M-A-E **[1]**  68/4
MacArthur **[2]**  60/21 105/4
MACHIC **[15]**  1/7 4/6 4/17 4/19 5/2 5/5 5/10 5/15 5/24 6/6 12/6 14/23 29/25 58/21 68/11
MACHIC-XIAP **[2]**  1/7 4/17
made **[31]**  11/17 19/7 20/23 35/10 35/13 35/22 37/24 42/18 53/6 56/25 72/15 82/4 93/16 105/16 112/5 113/7 113/19 117/1 117/5 117/14 121/5 121/23 124/8 124/19 136/3 147/14 153/22 155/17 169/11 169/19 170/1
Mae **[12]**  68/4 68/9 68/15 93/20 98/5 98/15 99/11 102/17 103/2 103/20 113/1 153/2
magazine **[2]**  19/17 19/17
magnitude **[1]**  133/25
main **[6]**  2/7 136/21 139/14 144/5 144/6 147/19
mainstream **[4]**  18/21 68/22 68/22 69/6
maintained **[2]**  32/12 89/14
maintains **[2]**  53/22 82/8
major **[6]**  31/18 69/2 77/18 115/15 115/15 157/5
majority **[10]**  38/17 39/3 66/16 66/20 77/3 81/2 88/7 113/22 113/25 116/7
make **[35]**  6/3 6/17 8/4 8/5 8/11 8/12 12/21 22/7 23/24 45/14 48/21 53/3 53/12 53/18 55/4 55/15 57/9 58/8 68/13 95/21 97/1 107/1 110/15 112/25 116/21 121/2 127/17 131/23 138/2 160/7 160/8 169/3 169/21 169/22 172/7
makers **[1]**  41/7
makes **[10]**  11/1 49/19 50/3 73/3 91/6 94/5 94/18 104/8 147/20 160/24
making **[10]**  6/11 6/15 33/11 54/7 54/12 115/6 115/15 133/10 153/4 170/22
man **[2]**  23/21 129/2
manage **[2]**  72/17 102/2
management **[1]**  110/8
managing **[1]**  52/12
manifest **[1]**  74/6
manner **[3]**  6/8 8/9 42/9
manufacturing **[1]**  119/4
many **[14]**  6/20 22/19 50/9 65/2 68/17 74/1 77/19 109/21 109/24 113/19 121/13 146/14 146/15 166/13
map **[1]**  16/3
March **[3]**  32/22 37/22 174/9
March 4th **[2]**  32/22 37/22
marginal **[1]**  118/16
marginalization **[1]**  73/9
marginalize **[1]**  121/10
marginalized **[3]**  71/16 73/4 118/18
marginalizes **[1]**  84/17
marked **[2]**  61/14 61/15
marshaled **[1]**  84/22
Mary **[3]**  170/19 171/12 172/8
mask **[2]**  157/25 158/2
mass **[12]**  47/14 48/2 96/20 97/15 97/19 102/20 103/22 103/25 114/15 114/22 114/24 115/10
massacres **[1]**  17/15
masse **[1]**  97/18
massive **[4]**  36/21 85/2 93/2 95/14
master's **[2]**  139/11 139/12
material **[5]**  7/24 33/4 41/4 44/25 45/3
materials **[4]**  6/20 23/22 47/17 47/20
matter **[13]**  8/25 14/25 27/23 31/6 31/7 49/19 49/22 55/24 57/23 109/9 135/9 145/1 168/20
matters **[10]**  6/25 7/3 8/3 8/15 10/13 13/1 16/10 32/4 171/1 171/16
Matthew **[1]**  143/5
matured **[1]**  103/23
maximum **[1]**  44/12
may **[30]**  4/7 4/14 12/3 12/4 27/19 56/1 56/3 57/6 57/6 59/8 62/15 75/14 87/2 90/10 90/10 95/20 106/2 108/13 112/4 114/21 120/3 132/15 137/12 138/3 138/21 149/6 150/21 151/15 163/21 169/8
maybe **[15]**  13/7 44/7 44/8 47/19 57/7 57/8 69/15 79/9 91/20 124/10 132/13 140/17 162/23 169/9 170/19
McBride **[2]**  4/24 4/25
McCarran **[17]**  32/16 35/10 36/22 45/20 46/4 46/21 155/14 157/25 158/9 158/20 158/24 159/7 160/1 160/9 162/15 162/15 162/20
McCarran's **[1]**  159/13
McCarran-Walter **[3]**  32/16 45/20 46/21 155/14 157/25 158/9 158/20 158/24 159/7 160/1 162/15 162/15 162/20
McCarran-Walter's **[1]**  160/9
McMahon **[1]**  160/4
me **[93]**  5/10 6/2 6/11 6/14 8/2 10/1 10/18 11/1 12/21 13/11 23/16 30/12 35/8 44/1 47/16 50/22 52/19 52/23 55/2 55/10 55/13 55/14 59/23 60/20 62/11 65/6 66/15 67/22 68/19 68/20 69/4 70/2 79/13 83/10 83/14 86/24 88/4 91/8 91/11 92/4 95/4 97/23 97/23 101/11 103/7 105/13 105/16 106/1 106/4 109/1 119/13 121/16 121/16 121/25 122/2 122/18 122/19 123/5 123/10 123/14 123/15 123/17 129/8 129/8 136/6 137/14 138/9 138/9 147/22 147/23 149/7 149/14 150/25 152/20 156/1 158/2 158/16 159/12 159/13 159/17 159/17 164/1 165/8 166/2 166/3 166/20 167/19 167/20 168/16 171/1 171/12 172/5 172/6
mean **[22]**  24/2 25/21 30/18 34/19 34/23 38/6 41/19 45/5 60/7 67/3 69/17 69/18 81/1 87/24 88/1 100/18 107/19 108/9 111/22 112/3 131/18 145/13
meaning **[3]**  67/4 67/17 154/22
meaningful **[1]**  11/23
means **[13]**  37/18 39/24 41/25 122/14 126/17 131/6 131/19 131/21 132/22 132/22 133/5 133/21 141/6
meant **[2]**  155/4 156/24
meantime **[1]**  172/2
measures **[2]**  63/7 64/2
mechanics **[1]**  109/9
mechanism **[4]**  48/7 82/11 109/13 135/19
mechanisms **[2]**  82/13 109/16
mechanization **[1]**  102/14
media **[1]**  97/20
medical **[2]**  152/6 152/8
Mediterranean **[1]**  23/5

**M**

**meet [3]**  29/12 121/13 161/21
**member [2]**  25/25 147/16
**members [4]**  27/6 41/14 106/11 142/25
**men [6]**  22/19 25/17 71/2 71/2 71/2 126/21
**menace [1]**  149/19
**Mendel's [1]**  67/8
**Mendoza [1]**  44/20
**Mendoza-Lopez [1]**  44/20
**mention [3]**  52/25 55/1 146/3
**mentioned [22]**  48/12 55/1 60/24 68/9 80/8 80/20 84/24 92/15 99/22 106/9 108/14 117/22 117/23 118/12 142/11 142/25 146/9 147/13 152/5 156/1 161/13 161/15
**merely [5]**  30/25 32/21 32/24 39/4 43/19
**meted [1]**  84/20
**method [3]**  92/14 112/12 139/16
**methodologies [1]**  140/8
**methodology [7]**  89/1 90/8 95/10 95/17 140/12 140/23 141/8
**methods [2]**  140/13 140/14
**Mexican [122]**  21/8 21/24 22/4 45/2 45/23 48/3 48/9 65/10 65/18 66/8 66/11 66/21 66/23 66/24 69/25 70/14 70/15 70/17 71/9 71/21 71/24 72/2 72/4 72/4 72/9 72/10 72/17 74/10 76/5 76/12 77/8 77/13 78/19 80/14 80/15 83/12 83/25 85/3 85/5 85/9 87/18 87/20 87/24 88/2 89/25 94/12 94/14 96/4 96/13 96/22 96/23 97/2 97/3 97/17 98/2 110/1 110/11 110/17 110/17 110/20 110/23 111/1 111/1 111/3 111/8 111/11 112/6 112/7 112/8 112/13 112/19 113/3 113/4 113/23 113/23 114/1 114/5 114/23 115/5 115/22 116/3 116/22 117/6 117/16 118/15 118/25 119/4 121/21 121/23 124/5 124/19 125/25 126/5 126/18 127/12 128/5 128/6 128/16 130/24 131/15 131/17 131/18 132/21 134/18 144/2 144/7 144/9 146/9 147/5 148/19 152/8 153/15 155/2 156/13 156/25 161/15 162/9 162/17 163/23 164/5 164/8 164/22
**Mexican' [1]**  85/11
**Mexican-American [1]**  96/23
**Mexican-Americans [2]**  113/4 152/8
**Mexicans [47]**  22/2 22/23 46/23 58/8 64/6 64/25 65/4 65/12 65/15 65/23 66/13 66/16 71/15 72/14 72/16 77/4 80/24 88/16 94/3 94/19 99/24 100/1 100/4 113/3 114/17 115/19 115/20 116/14 118/13 119/6 121/23 122/8 122/23 124/19 125/5 125/11 126/9 130/13 131/4 133/21 144/17 145/12 152/4 155/18 155/24 156/5 163/24
**Mexico [46]**  57/18 65/8 66/3 66/16 66/17 66/22 70/8 70/10 71/1 72/1 74/2 74/2 87/25 87/25 88/8 89/11 96/8 99/23 113/18 114/17 115/10 115/12 115/15 115/18 120/7 120/10 126/11 127/4 127/15 127/17 127/19 127/19 130/14 130/25 131/18 131/19 132/21 132/22 140/2 141/18 144/12 146/3 147/10 154/4 154/18 161/12
**Mexico City [1]**  89/11
**MICHAEL [1]**  1/13
**microphone [5]**  57/11 109/2 137/16 164/18 165/12
**mid [6]**  31/25 50/19 51/19 94/14 94/21 119/3
**mid-1920s [1]**  119/3
**mid-1970s [2]**  94/14 94/21
**mid-morning [2]**  50/19 51/19
**might [11]**  11/17 12/3 27/21 28/10 69/20 123/4 132/13 150/25 169/12 170/2 171/7
**Mighty [2]**  98/4 98/6
**Migra [13]**  59/20 70/23 99/10 110/12 110/13 110/15 111/7 115/2 126/22 129/7 129/9 132/2 132/16
**migrant [1]**  123/5
**migrants [3]**  114/15 127/10 136/14
**migrating [1]**  117/20
**migration [27]**  19/13 73/14 73/16 73/17 74/7 77/14 98/17 98/18 110/10 110/18 117/18 118/1 126/5 126/18 126/21 134/20 134/23 135/2 135/7 135/8 135/9 135/22 135/25 136/14 136/22 136/24 144/4
**mike [1]**  165/14
**miles [1]**  127/5
**million [5]**  48/4 97/3 116/4 116/25 117/13
**mind [2]**  25/19 28/6
**mindful [1]**  142/5
**minds [2]**  70/18 118/7

**mine [1]**  26/16
**mines [1]**  115/8
**minimal [1]**  33/5
**minimum [1]**  140/20
**minute [8]**  54/21 55/18 56/13 56/15 56/18 150/13 150/19 151/5
**minutes [10]**  51/12 51/20 87/16 98/14 119/12 119/20 119/23 150/17 150/25 151/2
**miscegenation [3]**  17/16 24/24 26/5
**misdemeanor [3]**  15/6 15/9 28/17
**miss [1]**  171/4
**missed [3]**  52/19 61/6 164/15
**missing [1]**  104/4
**mission [3]**  106/13 107/21 108/21
**misspoke [1]**  56/5
**mistake [1]**  28/25
**mixed [6]**  66/19 66/24 76/12 76/13 76/25 87/21
**mixed-race [1]**  87/21
**mixture [1]**  147/19
**moderately [1]**  90/9
**modern [2]**  54/3 67/2
**modernization [1]**  52/11
**modernize [1]**  90/23
**modification [1]**  44/5
**modified [1]**  45/3
**modifies [1]**  52/18
**moment [20]**  46/7 48/11 51/18 65/20 65/21 69/7 75/10 81/18 92/17 94/24 103/3 103/7 104/7 105/14 112/17 112/18 115/8 115/9 151/16 162/7
**moments [3]**  50/19 90/5 115/4
**money [1]**  121/5
**mongrelization [2]**  23/5 29/17
**Montana [1]**  41/9
**months [2]**  40/7 97/5
**moral [5]**  15/6 15/7 15/22 17/17 27/16
**morally [1]**  26/25
**more [61]**  9/7 12/8 28/15 31/5 32/2 34/8 34/13 34/22 36/3 36/3 39/1 39/13 40/7 44/16 46/13 55/1 56/24 57/20 61/2 67/13 67/22 69/15 70/15 71/8 71/21 72/13 77/6 77/22 78/9 79/22 81/12 81/13 83/7 93/16 93/17 103/24 107/21 107/21 107/25 108/9 109/2 109/2 114/7 114/7 116/4 120/9 123/9 133/1 133/8 134/1 134/5 134/13 136/17 138/2 147/4 148/12 150/17 164/13 166/9 173/2
**morning [12]**  4/11 4/13 4/20 4/21 5/10 5/12 5/13 7/8 30/6 30/10 50/19 51/19
**most [12]**  6/9 17/22 18/6 30/25 31/12 58/6 60/9 82/16 92/2 141/17 161/19 170/12
**mostly [1]**  108/23
**motion [18]**  1/11 3/2 4/3 4/7 6/5 6/19 10/9 11/9 12/12 13/16 13/23 53/5 68/11 100/10 113/9 113/16 122/4 132/16
**motivated [12]**  22/9 23/10 27/2 29/1 29/2 37/12 53/15 74/24 167/8 167/13 168/19 169/8
**motivating [11]**  16/25 17/2 17/3 29/6 29/7 31/10 35/6 38/12 64/3 89/19 150/1
**motivation [7]**  14/6 40/12 40/14 74/20 75/6 83/2 83/3
**motivations [2]**  26/21 69/11
**motivators [1]**  50/8
**motive [1]**  43/15
**movant [1]**  58/18
**move [18]**  8/8 19/15 25/22 45/16 48/14 49/21 63/12 67/12 95/21 107/13 113/11 113/14 121/12 123/19 125/15 125/17 132/18 154/21
**moved [1]**  159/5
**movement [3]**  19/6 30/12 126/20
**movements [1]**  115/6
**moving [3]**  65/14 71/14 107/12
**Mr [1]**  11/15
**Mr. [16]**  4/6 4/19 5/2 5/5 5/10 5/15 5/24 6/6 9/25 12/6 14/23 15/9 23/14 29/25 58/21 68/11
**Mr. Apodaca [1]**  9/25
**Mr. Box [1]**  23/14
**Mr. Machic-Xiap [1]**  4/6 4/19 5/2 5/5 5/10 5/15 5/24 6/6 29/25 58/21
**Mr. Machic-Xiap's [3]**  12/6 14/23 68/11

## M

**Mr. Underwood [1]** 15/9
**Ms [9]** 4/24 32/18 34/17 44/4 47/16 101/19 132/12 138/21 145/18
**Ms. [73]** 4/10 6/11 6/14 7/5 7/11 7/21 8/1 8/2 8/4 8/5 8/23 8/23 9/17 10/1 10/3 11/25 12/19 13/2 28/14 30/4 30/5 30/6 30/7 30/11 47/20 50/18 50/22 50/25 51/3 51/3 54/16 54/18 55/10 55/10 57/1 58/19 59/8 69/9 75/22 75/25 82/3 82/3 86/25 88/12 99/3 103/16 106/4 109/1 119/10 120/3 123/17 125/13 132/11 132/14 137/4 138/1 144/21 150/9 150/21 151/3 151/9 151/14 163/18 165/18 165/25 166/6 167/15 172/3 172/3 172/3 172/18 172/19 172/22
**Ms. Barr [23]** 4/10 6/11 8/2 10/1 10/3 12/19 50/22 50/25 54/18 75/25 99/3 103/16 106/4 109/1 119/10 120/3 123/17 125/13 132/11 132/14 165/18 172/3 172/22
**Ms. Clark [25]** 6/14 7/5 8/1 8/4 8/23 11/25 13/2 30/5 30/11 47/20 51/3 55/10 57/1 58/19 59/8 69/9 75/22 82/3 82/3 88/12 137/4 150/21 151/3 172/3 172/18
**Ms. Clark's [1]** 86/25
**Ms. Daily [22]** 7/11 7/21 8/5 8/23 9/17 28/14 30/4 30/6 30/7 50/18 51/3 54/16 55/10 138/1 144/21 150/9 151/9 151/14 166/6 167/15 172/3 172/19
**Ms. Daily's [2]** 163/18 165/25
**much [26]** 13/6 13/10 15/24 24/8 28/11 38/10 55/13 56/24 71/20 75/4 88/22 116/18 119/10 130/10 136/20 137/3 137/7 137/8 137/10 150/14 156/24 159/10 160/22 164/12 164/22 172/20
**muddied [1]** 143/10
**multiple [1]** 72/14
**multitude [1]** 165/4
**Museum [1]** 89/10
**must [3]** 38/24 127/17 137/5
**mute [3]** 30/8 75/14 165/12
**muted [1]** 170/25
**my [97]** 6/25 7/10 8/11 8/14 10/3 10/18 11/1 11/14 12/21 13/6 30/3 30/10 30/12 30/16 40/18 43/19 51/13 53/15 54/14 54/15 55/2 56/7 57/24 58/13 60/3 60/8 60/9 60/13 60/20 62/18 63/9 69/22 69/22 70/22 76/2 79/25 80/24 81/9 87/5 89/7 89/7 89/21 91/24 92/8 92/10 93/20 94/8 94/8 95/19 99/18 103/13 104/22 105/2 105/13 106/24 106/25 107/16 109/15 113/5 114/21 117/12 117/25 121/12 124/1 124/21 124/24 125/18 125/18 132/1 132/7 136/19 136/19 136/21 137/19 137/21 138/4 139/13 139/14 140/10 140/19 141/5 141/5 141/9 141/16 141/25 150/25 158/17 158/17 163/17 165/23 166/13 168/23 168/24 170/18 171/12 172/4 172/5

## N

**N-G-A-I [1]** 68/4
**NAACP [1]** 15/12
**Nacion [1]** 89/11
**name [6]** 19/25 26/15 26/16 59/4 138/16 156/11
**named [1]** 22/25 23/14 35/10
**namely [1]** 64/6
**names [1]** 59/6
**narrative [2]** 40/23 92/16
**narrow [1]** 39/1
**narrower [2]** 38/22 38/23
**nation [7]** 17/18 25/7 25/9 76/22 77/21 101/14 156/15
**nation's [1]** 36/21
**national [28]** 20/14 20/20 21/25 46/2 59/24 59/24 63/17 66/5 66/15 70/12 77/2 87/8 87/25 88/6 89/9 97/1 102/12 111/13 118/9 121/19 127/3 143/2 143/19 147/11 155/4 155/12 158/11 160/4
**nationalities [3]** 114/17 118/3 125/6
**nationality [12]** 31/18 32/17 53/14 95/15 114/16 157/6 157/8 160/19 162/1 162/14 167/25 168/11
**nationals [10]** 48/5 48/9 78/19 87/18 87/24 111/1 114/1 114/5 116/4 136/8
**nations [1]** 82/11
**nationwide [1]** 108/3
**native [2]** 71/11 118/6
**nativists [1]** 75/2

**natural [2]** 18/14 135/4
**naturalization [10]** 23/19 22/22 27/7 65/18 95/12 82/25 116/24 127/9 146/20 147/16
**naturalize [2]** 65/8 65/13
**naturalized [1]** 95/3
**naturally [1]** 158/6
**nature [9]** 12/6 49/24 69/21 86/21 108/15 109/5 128/2 130/18 135/6
**Nazi [1]** 67/10
**near [1]** 57/25
**neatly [1]** 49/21
**necessarily [5]** 66/14 109/7 113/8 129/22 166/22
**necessary [2]** 102/9 153/17
**necessity [1]** 25/5
**need [33]** 9/4 25/7 55/14 56/24 57/9 75/3 77/1 100/19 101/1 102/20 121/16 121/25 122/17 131/23 132/18 135/10 135/14 135/18 135/19 135/20 135/20 135/21 137/15 142/17 146/3 148/5 158/6 159/2 161/2 165/21 170/20 172/15 172/16
**needed [11]** 5/6 20/11 21/6 21/10 24/23 37/3 103/21 125/21 153/18 154/2 154/4
**needs [1]** 99/3
**negated [2]** 46/5 49/7
**negligible [1]** 134/21
**negotiations [3]** 84/2 84/4 84/16
**negro [2]** 23/8 147/20
**neutral [14]** 14/3 14/5 15/4 15/14 18/3 38/24 39/5 63/19 63/20 64/7 69/16 69/18 69/20 86/10
**never [6]** 16/4 34/3 34/19 34/24 34/24 53/5
**new [32]** 27/11 28/21 34/15 36/23 38/21 38/23 38/25 41/2 42/20 53/2 53/3 53/4 53/10 53/10 54/11 70/25 82/22 82/24 85/16 96/13 103/18 108/3 108/18 125/20 140/2 141/18 158/9 159/1 159/19 159/22 159/25 169/6
**New Mexico [1]** 140/2
**New York [4]** 27/11 159/19 159/22 159/25
**next [11]** 104/5 106/1 130/18 137/12 142/21 142/22 151/15 163/2 166/9 171/6 171/8
**Ngai [8]** 68/4 68/10 68/10 68/15 93/20 98/5 103/20 153/3
**Ngai's [5]** 98/15 99/11 102/17 103/2 113/1
**Nicaragua [2]** 136/6 136/23
**nicknamed [1]** 155/15
**night [2]** 11/5 26/22
**Ninth [4]** 9/4 16/21 57/7 57/8
**Ninth Circuit [4]** 9/4 16/21 57/7 57/8
**no [61]** 6/12 6/16 31/6 31/7 33/7 35/2 35/2 35/4 35/7 36/25 39/15 40/24 42/2 44/25 45/2 45/4 45/5 45/14 46/21 53/13 53/22 55/11 56/24 67/14 68/25 69/22 85/8 86/4 86/5 90/2 103/5 103/5 103/21 105/1 107/1 108/20 113/18 121/18 122/4 123/7 125/21 129/11 130/1 133/12 134/6 137/1 137/6 143/23 145/15 153/17 153/17 154/1 155/23 156/17 162/16 162/23 167/23 168/9 169/22 169/25 172/24
**No. [3]** 8/2 8/3 55/13
**No. 1 [1]** 8/2
**No. 2 [2]** 8/3 55/13
**nodded [1]** 19/8
**non [4]** 17/23 47/5 133/6 163/13
**non-deportation [1]** 133/6
**non-exhaustive [1]** 47/5
**non-leading [1]** 163/13
**non-whites [1]** 17/23
**noncitizens [2]** 101/8 101/24
**nondiscriminatory [2]** 46/8 54/4
**nonetheless [1]** 127/21
**nonunanimous [2]** 38/9 39/16
**nonwhite [5]** 22/5 65/17 66/21 69/25 73/1
**nonwhites [6]** 21/15 28/23 65/23 89/23 164/13 164/21
**Nordic [4]** 35/17 36/25 37/5 159/16
**normal [3]** 101/7 101/17 101/22
**normalizing [1]** 154/17
**normally [2]** 5/14 5/15
**north [6]** 18/1 73/16 73/24 73/25 115/19 115/20
**northern [10]** 20/22 123/2 142/13 152/12 153/20 154/7 154/18 159/6 159/9 160/17
**Northern/Western [2]** 142/13 159/9

## N

**not [195]**
**noted [7]** 74/23 146/21 149/17 156/16 158/4 158/8 160/4
**notes [1]** 20/5
**nothing [3]** 99/15 172/20 172/24
**noticed [1]** 26/22
**notification [2]** 129/8 129/14
**notifications [1]** 129/11
**notion [3]** 53/4 142/12 147/3
**notions [3]** 45/22 45/22 146/25
**notwithstanding [2]** 169/25 170/3
**now [68]** 8/13 10/23 12/23 14/12 32/16 33/13 34/5 39/10 41/20 45/9 47/17 48/14 51/24 52/7 53/10 54/1 54/14 55/2 57/1 57/24 58/17 66/13 77/22 85/10 87/14 90/20 91/12 91/22 93/5 95/9 95/10 98/24 99/9 100/11 100/20 113/21 119/18 119/20 125/15 125/24 127/23 127/25 131/3 131/17 132/9 132/10 134/17 137/9 137/20 137/21 140/2 142/3 143/21 149/7 151/12 154/21 161/6 162/2 162/5 165/22 165/24 167/5 169/10 169/18 170/19 172/16 172/23
**nuanced [1]** 113/6
**number [38]** 20/18 80/23 82/12 100/16 103/5 103/9 104/14 104/16 104/17 104/19 104/25 105/6 105/10 105/11 105/18 106/17 106/21 107/8 109/25 111/11 114/15 116/3 118/22 118/24 121/20 122/7 122/22 128/24 130/6 131/4 133/19 133/21 141/15 141/16 146/5 146/11 153/21 164/10
**numbering [2]** 53/2 53/2
**numbers [10]** 18/25 106/19 109/4 110/5 114/24 115/2 124/22 128/22 133/1 136/8
**numerical [1]** 83/25
**nuts [1]** 44/1

## O

**O'Brien [17]** 3/5 7/22 9/15 9/18 9/21 9/22 47/21 51/5 51/11 56/17 138/6 138/8 138/18 145/22 158/22 169/1 170/21
**o'clock [1]** 119/14
**O'Connor [1]** 149/17
**O-'-B-R-I-E-N [1]** 138/19
**O-M-I [1]** 67/25
**oath [3]** 59/1 59/2 138/12
**object [4]** 75/12 75/17 75/18 102/22
**objection [18]** 6/12 6/14 8/20 12/18 75/15 75/16 86/11 87/2 102/25 131/23 131/24 132/17 148/25 163/9 163/11 163/17 163/19 163/20
**objectionable [1]** 146/16
**objections [2]** 6/10 102/25
**obligation [1]** 43/15
**oblivious [2]** 69/20 74/23
**obvious [1]** 49/24
**obviously [5]** 56/4 168/3 168/16 170/9 170/12
**occasions [1]** 158/3
**occur [1]** 148/19
**occurred [1]** 12/3
**occurring [1]** 83/15
**occurs [1]** 55/2
**odd [1]** 90/9
**off [11]** 30/3 71/10 95/1 118/9 137/19 157/9 157/25 158/3 162/3 162/7 165/22
**offenders [4]** 87/17 87/24 128/9 128/19
**offense [2]** 92/8 129/21
**offenses [5]** 32/25 34/2 78/22 78/22 101/2
**offer [1]** 14/22
**offered [3]** 84/6 93/19 93/22
**offering [2]** 12/11 23/20
**Office [4]** 2/2 2/7 24/6 24/11
**officers [13]** 85/3 104/15 104/16 104/17 105/1 105/7 105/11 105/12 105/19 106/17 106/17 107/8 120/9
**offices [1]** 13/14
**official [3]** 24/4 32/7 174/10
**officials [5]** 72/1 99/23 110/23 111/8 128/16
**often [6]** 64/11 76/18 97/7 113/19 143/15 160/15
**oftentimes [3]** 33/18 143/16 155/11
**Oh [1]** 96/17

**okay [27]** 51/2 51/14 51/18 55/16 89/4 102/7 102/24 106/25 107/3 115/25 118/20 119/5 122/2 124/9 125/20 137/1 130/2 131/8 131/17 137/24 142/3 148/15 149/14 150/3 152/24 165/21 172/11
**Oklahoma [1]** 141/19
**old [3]** 34/16 132/9 158/9
**old-fashioned [1]** 132/9
**Oliver [1]** 19/6
**Omi [1]** 67/25
**omission [3]** 82/15 83/15 97/25
**once [3]** 40/7 96/6 121/8
**one [80]** 8/16 9/8 10/14 10/25 19/23 19/24 27/10 29/5 29/18 29/20 35/9 35/11 36/23 38/12 40/19 45/20 47/6 48/13 55/1 56/1 64/22 65/3 65/10 68/18 70/2 72/13 73/24 74/1 74/9 77/18 79/4 79/15 80/5 81/21 81/23 91/15 91/22 92/23 93/1 93/7 93/19 94/7 96/10 97/6 97/12 98/4 98/6 99/3 102/18 105/22 109/15 111/9 111/25 112/24 124/3 128/8 132/3 145/4 147/6 148/6 156/1 156/2 156/2 156/15 158/2 158/3 159/14 159/20 159/22 159/25 161/17 162/2 163/10 165/5 165/15 165/24 166/25 168/5 168/17 170/1
**One Mighty [1]** 98/4
**one-third [1]** 128/8
**ones [1]** 111/9
**online [1]** 150/25
**only [27]** 12/11 16/24 17/23 38/22 38/25 41/23 43/17 44/24 47/6 48/9 48/12 48/13 51/14 51/15 54/4 57/13 65/7 71/15 97/4 122/15 122/25 122/25 124/11 124/24 149/20 154/17 161/8
**only' [1]** 149/22
**onward [2]** 83/4 83/17
**oOo [1]** 174/2
**op [1]** 93/20
**op-ed [1]** 93/20
**open [5]** 5/16 55/21 118/7 119/1 165/3
**opened [1]** 120/7
**opening [5]** 7/1 8/4 8/9 8/13 80/17
**openly [2]** 25/25 50/9
**opens [1]** 131/16
**Operation [10]** 47/13 48/1 81/5 83/13 85/1 85/1 97/7 97/9 97/13 108/12
**operations [2]** 97/15 108/14
**operators [1]** 71/3
**opinion [10]** 12/4 38/18 57/3 57/4 89/18 89/18 89/21 89/22 141/20 147/24
**opponent [1]** 22/20
**opportunity [4]** 8/12 8/13 52/10 98/24
**opposed [5]** 105/11 121/1 126/5 135/16 144/3
**opposition [1]** 74/6
**oral [7]** 6/5 6/19 8/11 84/10 89/16 167/22 172/8
**order [11]** 11/17 11/19 16/11 45/1 55/3 130/22 133/13 133/15 133/15 134/15 169/4
**ordered [2]** 98/15 99/23
**orders [1]** 72/1
**OREGON [6]** 1/2 1/7 2/3 2/8 16/8 38/20
**Organization [1]** 60/17
**organizations [2]** 52/14 90/25
**origin [16]** 22/1 66/15 77/2 87/8 88/1 88/6 102/13 112/6 121/19 121/21 122/8 122/23 147/11 155/7 155/12 160/4
**original [9]** 30/13 30/22 32/5 41/7 42/9 42/15 43/7 163/6 174/6
**originated [1]** 38/10
**origins [9]** 16/10 20/14 46/2 63/18 70/12 76/12 124/2 143/2 154/3
**other [63]** 6/25 10/15 17/1 22/5 22/23 28/25 35/5 36/5 40/4 46/23 54/1 63/19 73/15 78/22 86/7 86/21 89/2 91/21 94/4 98/19 100/25 102/4 108/13 108/18 109/12 113/7 113/8 114/17 114/17 114/25 118/3 123/1 123/23 125/6 129/19 131/19 131/21 132/22 133/5 133/21 140/20 141/3 141/3 141/6 141/9 141/10 141/13 141/15 145/6 146/14 146/17 150/4 150/11 153/9 154/4 155/3 156/10 158/10 162/24 163/4 168/7 168/22
**others [5]** 19/8 66/10 68/17 126/23 141/12
**others' [1]** 113/1
**otherwise [5]** 27/17 35/21 99/3 121/7 172/10
**our [73]** 7/12 7/16 9/12 12/7 13/14 13/14 13/15 13/23 13/23 14/4 16/20 17/23 18/2 18/4 18/22 19/3 19/20 20/12 20/13 21/5

# O

**our... [53]** 22/2 22/10 23/1 23/21 23/22 26/4 26/22 28/14 28/20 29/3 29/18 30/22 31/9 33/4 34/21 36/2 43/12 43/22 45/12 45/21 46/11 46/14 48/16 48/22 50/4 50/5 50/23 51/19 52/11 58/22 60/8 75/8 76/4 79/14 79/19 80/17 86/24 90/23 92/4 94/24 94/24 95/15 98/13 121/13 149/4 149/5 149/18 154/3 166/9 167/5 169/13 171/17 172/9

**out [61]** 15/19 17/8 20/14 20/17 21/19 24/14 24/24 27/4 36/6 36/17 38/17 44/1 46/13 48/13 52/3 53/5 55/5 58/13 63/3 63/6 63/7 63/21 63/21 64/2 64/12 64/14 64/19 65/9 67/8 72/24 75/10 77/2 79/5 81/3 83/8 84/5 84/20 93/24 96/23 101/14 105/15 111/7 112/15 117/20 126/6 127/1 129/10 132/16 132/18 134/5 135/12 149/14 150/14 150/20 152/20 153/3 153/25 154/1 171/1 171/2 171/3

**outcome [4]** 74/22 78/11 92/19 96/1

**outcomes [1]** 75/7

**outright [1]** 14/2

**outside [2]** 18/20 109/19

**outsiders [1]** 96/4

**over [47]** 7/1 15/11 28/9 28/14 30/11 30/12 31/3 34/2 48/4 49/7 49/7 69/2 80/19 80/23 81/25 85/7 92/15 93/11 93/23 94/6 94/7 94/23 95/2 95/7 100/16 101/20 104/20 106/19 107/7 107/14 107/19 111/18 121/22 127/14 142/24 144/15 145/10 146/7 149/3 149/12 149/16 150/21 155/13 156/8 159/9 163/23 164/8

**overall [3]** 10/9 10/9 116/13

**overhaul [2]** 31/18 36/21

**overrule [2]** 12/17 132/14

**overruled [4]** 87/2 87/6 102/25 132/17

**overrun [1]** 20/12

**overstayed [1]** 93/14

**overstaying [1]** 93/23

**overt [1]** 18/2

**overtly [2]** 145/17 145/23

**overview [2]** 55/14 140/6

**overwhelming [5]** 18/25 88/15 121/20 122/7 122/22

**own [1]** 154/3

**Oxford [1]** 139/25

# P

**p.m [1]** 171/9

**Pacific [3]** 82/17 157/11 157/18

**page [11]** 13/7 36/15 37/20 103/5 103/9 103/11 103/20 104/3 110/13 122/3 130/6

**pages [2]** 106/4 130/7

**Pan [1]** 136/3

**Pan-American [1]** 136/3

**Panama [1]** 135/16

**panic [1]** 17/17

**paper [2]** 85/3 89/12

**papers [1]** 93/14

**paragraphs [3]** 57/24 58/1 58/11

**parallel [1]** 126/20

**Pardon [1]** 23/16

**parentheses [1]** 130/5

**Park [1]** 59/25

**parse [3]** 28/15 72/24 83/8

**part [44]** 15/1 18/7 20/25 23/10 23/10 23/25 30/10 36/22 60/9 66/19 69/1 72/21 74/16 83/3 91/11 98/4 102/7 102/11 102/17 110/12 110/15 111/6 111/7 112/7 112/25 113/5 113/10 117/15 130/19 130/19 142/4 143/7 155/15 160/21 160/23 161/16 161/17 163/16 163/17 164/15 164/22 167/21 170/9 170/10

**partially [1]** 29/1

**participate [3]** 5/20 5/22 6/7

**particular [26]** 27/6 31/23 31/24 34/22 35/1 36/4 48/8 60/11 63/22 66/8 67/11 70/15 78/16 80/16 83/10 84/22 89/14 96/3 100/2 100/21 104/11 119/2 119/8 135/12 142/1 156/15

**particularly [11]** 10/4 21/3 40/10 40/22 64/3 107/3 142/24 143/8 158/14 160/25 166/10

**parties [3]** 6/20 9/2 149/21

**partner [1]** 22/24

**partnership [1]** 127/20

**Paso [3]** 89/10 108/2 120/6

**pass [7]** 137/11 161/5 167/4 167/11 169/2 169/15 170/3

**pass/fail [1]** 139/8

**passage [12]** 14/14 53/20 63/17 70/12 74/18 75/10 76/16 91/24 93/5 96/19 100/14 148/20

**passed [11]** 15/10 17/6 22/14 27/5 29/11 52/22 52/25 53/8 69/21 90/22 167/7

**passes [1]** 90/23

**passing [3]** 53/17 161/2 168/12

**past [21]** 16/5 30/19 33/8 35/2 35/3 35/8 35/21 37/18 38/7 39/6 42/1 42/4 42/8 42/17 43/10 49/20 54/2 85/10 112/24 162/9 171/16

**path [2]** 90/24 167/15

**pathway [4]** 80/14 80/16 126/24 136/13

**patience [1]** 172/21

**Patrick [1]** 35/10

**patrol [57]** 59/20 70/13 70/13 70/19 70/25 71/17 80/12 80/13 84/5 85/7 89/10 94/8 96/10 96/18 104/14 104/16 104/25 105/7 105/19 106/10 106/17 106/17 107/4 107/8 107/15 108/2 108/17 108/23 109/6 109/11 109/17 109/19 110/3 110/17 110/19 110/25 112/14 116/16 116/16 116/21 120/8 121/20 122/7 122/15 122/22 122/25 123/5 123/11 124/2 124/21 127/9 128/2 128/5 128/12 128/21 128/23 129/2

**patrol's [2]** 110/9 112/5

**patrols [2]** 108/7 122/9

**paupers [1]** 146/14

**pause [2]** 55/3 106/3

**pay [1]** 112/18

**peasants [1]** 23/6

**pecuniary [2]** 120/17 120/22

**peer [11]** 60/6 60/6 60/8 60/10 60/10 61/1 97/11 140/16 140/17 140/19 140/22

**peer-reviewed [4]** 60/10 60/10 61/1 97/11

**penalties [9]** 31/24 44/6 44/7 44/9 45/7 49/10 88/20 120/24 156/21

**penalty [4]** 32/24 44/17 44/24 147/20

**peon [1]** 147/22

**peons [1]** 65/19

**people [76]** 18/16 18/21 19/4 19/19 20/23 21/6 22/3 24/25 27/3 27/14 48/4 48/8 48/9 63/5 64/24 66/13 66/16 66/17 66/19 68/10 69/3 69/17 70/18 71/1 71/3 71/11 71/20 72/23 72/25 73/24 74/1 74/18 76/12 76/13 77/4 77/16 77/19 78/9 78/19 82/23 84/7 87/21 89/24 92/2 92/3 93/13 93/15 95/2 96/7 96/9 101/14 105/20 107/5 109/18 109/21 114/1 114/7 118/3 118/11 121/21 122/8 122/23 125/6 128/24 133/11 135/9 135/12 135/14 135/15 147/7 160/3 161/2 161/7 161/8 161/12 164/9

**people's [1]** 16/11

**percent [18]** 20/16 58/3 58/9 78/18 78/18 87/17 87/23 113/19 113/20 115/11 119/4 119/6 121/22 121/23 121/24 124/18 124/19 124/20

**percentage [1]** 146/23

**perception [1]** 90/12

**Perez [1]** 42/8

**perfect [1]** 72/10

**perhaps [11]** 77/10 83/17 91/19 148/13 148/25 150/12 156/4 156/6 162/3 163/5 165/20

**period [43]** 17/21 28/9 31/7 32/9 34/3 48/16 63/22 65/18 66/14 66/18 66/22 67/4 73/10 73/15 77/20 78/6 78/25 80/11 80/16 81/5 84/11 84/20 85/18 88/7 102/7 102/16 105/8 108/25 113/21 115/6 118/25 120/13 136/9 141/23 142/11 142/11 143/6 146/2 147/2 148/20 160/25 161/14 164/11

**periods [3]** 30/20 89/12 144/13

**permanence [3]** 144/7 144/17 153/16

**permanent [5]** 74/12 144/3 144/4 144/6 161/22

**permission [2]** 7/8 114/5

**permissively [1]** 21/16

**permitted [3]** 27/17 134/2 154/17

**Perris [1]** 59/25

**persist [1]** 49/15

**person [7]** 5/17 5/21 6/7 25/13 27/16 77/10 132/8

**personnel [2]** 14/19 107/2

**persons [12]** 65/7 66/21 72/11 82/19 112/6 115/3 116/8 121/19 121/22 124/18 131/7 131/10

**perspective [3]** 91/12 167/2 167/3

**P**

**persuade [1]** 55/14
**persuaded [1]** 16/18
**pertains [1]** 154/23
**pervading [1]** 149/18
**Ph.D [4]** 61/6 61/7 139/14 140/10
**phone [5]** 137/20 137/21 151/1 165/11 165/12
**phrase [2]** 85/21 90/16
**physical [1]** 152/11
**pick [1]** 167/17
**picking [2]** 71/20 97/17
**piece [6]** 62/5 63/14 63/18 69/23 85/18 94/4
**pieces [3]** 25/15 85/3 89/12
**pilgrim [1]** 27/13
**pitched [1]** 65/21
**place [15]** 31/21 67/5 74/5 89/7 94/6 95/22 115/10 116/22
135/10 135/20 157/11 157/15 157/17 157/19 161/14
**placed [1]** 20/22
**places [4]** 89/8 89/9 89/10 111/19
**plaintiff [2]** 1/5 16/22
**plan [5]** 7/1 7/7 7/23 56/7 58/13
**planes [3]** 97/15 108/12 128/1
**planning [3]** 7/9 57/22 68/20
**plantation [1]** 26/1
**plausible [1]** 17/4
**play [5]** 107/24 112/2 112/20 125/25 168/22
**played [1]** 69/1
**plays [1]** 52/3
**please [20]** 4/8 4/24 34/17 47/25 57/10 57/10 57/10 59/2 59/4
59/12 79/23 101/19 120/18 121/16 138/12 138/16 139/4 139/8
142/19 151/24
**plenty [3]** 90/14 90/15 90/17
**Plessy [1]** 17/10
**plug [1]** 165/14
**plummeted [1]** 128/22
**pocket [1]** 85/4
**point [40]** 10/22 15/19 21/19 24/13 30/3 32/11 32/13 37/14
43/23 44/25 45/2 45/4 45/6 45/15 46/21 53/7 56/1 62/10 63/17
64/4 70/16 71/9 72/6 73/21 75/2 103/23 105/15 121/3 124/8
132/16 132/18 134/4 134/6 143/24 153/8 153/9 156/1 158/23
167/20 170/1
**pointed [3]** 74/21 153/25 154/1
**pointed out [1]** 153/25
**points [3]** 45/6 123/10 153/3
**police [2]** 71/8 71/21
**policies [7]** 18/4 24/13 25/15 48/20 48/20 140/3 140/5
**policing [6]** 61/10 70/14 80/14 81/7 83/12 113/2
**policy [23]** 22/11 22/18 24/20 27/8 36/17 48/19 64/15 86/10
109/25 139/18 139/20 140/9 141/14 141/25 142/2 157/6 161/18
163/3 165/6 166/12 166/13 166/15 169/4
**policymakers [2]** 18/24 88/15
**policymaking [2]** 62/9 83/4
**political [8]** 19/16 93/3 139/6 139/12 139/12 140/17 149/21
165/2
**politician [1]** 22/16
**politicians [1]** 18/23
**politics [5]** 111/3 111/13 139/15 139/15 140/1
**Ponce [1]** 94/14
**pool [3]** 25/17 118/25 159/4
**poor [3]** 71/2 72/24 73/2
**popular [8]** 15/20 15/23 19/17 61/2 61/3 64/16 67/13 83/11
**population [23]** 18/16 18/17 73/4 93/13 93/19 94/25 95/3 96/10
96/13 96/23 102/2 114/23 114/25 116/14 118/6 121/11 144/7
144/9 146/23 147/18 153/15 154/5 162/13
**populations [5]** 77/24 93/16 93/17 114/25 118/12
**porous [1]** 49/24
**portion [3]** 8/11 75/8 146/22
**Portland [4]** 1/7 2/3 2/8 2/24
**ports [1]** 19/20
**pose [2]** 52/3 146/6
**position [12]** 30/22 39/3 43/22 53/21 69/22 69/22 71/8 71/19
169/14 169/17 169/20 169/24

**positions [2]** 105/21 106/19
**positive [1]** 169/15
**possible [4]** 72/16 121/13 136/4 153/6
**possibly [1]** 169/15
**potential [9]** 10/11 11/13 11/16 40/9 109/13 143/18 144/7
144/12 146/11
**potentially [4]** 146/6 146/10 148/3 153/9
**poverty [4]** 148/4 148/10 148/11 155/21
**Powell [1]** 14/25
**power [5]** 22/11 71/6 84/1 84/15 127/18
**powerful [2]** 22/15 22/19 25/13 26/20 83/4
**PowerPoint [4]** 6/22 7/10 7/12 13/7
**practice [7]** 10/3 10/6 10/18 65/16 76/11 90/12 94/20
**practices [1]** 128/23
**pre [2]** 154/8 154/14
**pre-examination [2]** 154/8 154/14
**preach [1]** 149/21
**preceded [1]** 155/14
**precedent [4]** 33/13 33/25 37/25 50/7
**preceding [2]** 20/18 146/2
**precise [3]** 30/14 32/15 40/17
**precisely [4]** 46/17 73/3 79/7 86/25
**predecessor [1]** 43/24
**predictable [1]** 80/16
**predominantly [2]** 21/8 154/5
**predominated [1]** 45/23
**prefer [2]** 9/20 11/2
**preference [3]** 10/24 50/25 119/18
**preliminary [8]** 6/25 7/3 8/3 8/15 8/22 10/25 13/1 55/2
**premise [1]** 13/18
**preparation [2]** 61/23 103/2
**prepare [1]** 55/3
**prepared [5]** 6/3 7/11 7/14 8/8 68/14
**preparing [3]** 12/2 26/22 60/23
**preponderance [2]** 17/5 29/6
**preposed [1]** 156/4
**present [11]** 5/17 7/14 7/18 7/18 9/13 46/14 50/8 55/8 55/11
111/25 169/9
**presentation [6]** 6/23 7/10 7/12 9/12 11/7 160/23
**presentations [1]** 105/13
**presented [3]** 15/14 21/14 25/3
**presenting [2]** 9/2 13/13
**preserve [3]** 18/9 18/10 158/6
**President [9]** 46/9 47/11 47/18 52/6 56/2 90/1 160/18 160/20
160/24
**President Biden [1]** 90/21
**President Truman [1]** 46/9
**President Truman's [1]** 47/18
**President's [2]** 52/9 52/12
**press [3]** 61/2 61/3 140/1
**presses [1]** 60/10
**pressure [1]** 127/8
**presumed [1]** 63/5
**presumption [1]** 112/13
**pretend [1]** 53/5
**pretty [4]** 13/6 26/19 52/9 105/21
**prevailing [1]** 97/12
**prevent [6]** 38/13 49/3 71/13 101/8 101/23 110/20
**prevention [3]** 25/5 29/17 163/7
**previous [3]** 19/23 20/5 162/4
**previously [2]** 88/1 128/9
**price [1]** 84/6
**primarily [2]** 53/16 170/12
**primary [1]** 126/1
**principal [2]** 109/16 126/4
**principle [1]** 34/12
**principles [3]** 34/6 38/1 40/8
**prior [9]** 12/6 15/5 97/18 99/24 100/1 116/22 129/8 129/14
148/18
**priorities [2]** 114/10 116/18
**prioritizing [1]** 91/1
**prison [5]** 78/17 78/19 78/21 78/21 91/6
**prisons [5]** 28/21 78/14 79/9 94/24 111/10

# P

privileged [2] 159/6 159/9
Prize [1] 60/22
probably [11] 9/18 25/22 30/7 52/5 55/1 91/14 97/8 115/2 129/21 152/22 165/22
probative [1] 132/13
problem [15] 21/2 76/24 77/7 77/21 90/18 92/23 94/10 96/15 136/19 144/10 146/6 153/24 170/2 171/1 171/2
problems [2] 36/16 76/20
procedural [2] 50/20 55/23
procedure [1] 72/18
procedures [2] 100/3 100/5
proceed [7] 5/18 7/23 59/8 62/15 132/14 138/3 138/21
proceeding [4] 5/14 5/16 58/22 91/13
proceedings [7] 1/12 16/14 55/21 106/3 119/25 151/8 174/5
process [9] 54/5 64/3 73/3 135/10 135/18 135/23 136/12 140/21 153/5
proclamation [2] 17/12 85/7
produce [1] 21/4
produces [1] 15/14
production [1] 103/25
professional [8] 10/10 89/18 89/21 89/22 90/11 91/16 112/22 145/2
professor [73] 7/20 9/15 9/20 9/21 9/21 9/22 9/23 9/24 26/11 47/21 51/4 51/5 51/6 51/11 56/14 56/17 58/21 58/24 59/12 59/14 61/5 61/13 61/14 62/13 62/18 64/22 68/9 68/10 72/21 76/4 79/3 79/14 79/21 87/16 90/5 99/1 99/8 99/10 99/21 103/16 120/2 123/18 137/1 137/8 138/6 138/8 139/3 139/6 139/17 142/6 142/10 143/21 145/1 145/22 149/4 149/10 152/6 157/15 158/22 163/10 163/21 164/3 165/11 165/25 166/1 166/3 167/1 169/1 170/21 171/7 171/18 171/19
Professor Gonzalez [4] 51/5 56/17 145/22 169/1
Professor Gonzalez O'Brien [1] 138/6
Professor Hernandez [1] 90/5
Professor Lytle [14] 7/20 9/21 26/11 56/14 99/1 99/8 99/10 120/2 123/18 137/8 142/6 142/10 143/21 145/1
Professor Lytle Hernandez [1] 152/6
Professor Lytle Hernandez's [1] 62/13
Professor's [1] 79/12
program [17] 97/1 97/3 97/4 126/12 126/16 126/22 126/25 127/16 131/10 131/12 140/11 161/13 161/22 161/22 161/24 161/25 161/25
programs [1] 161/19
project [2] 13/12 123/7
promising [1] 144/16
promoted [1] 26/4
promoter [1] 24/19
promoting [1] 18/18
prompted [2] 19/8 70/20
prompts [1] 35/8
prong [1] 11/24
properly [1] 140/24
Prophet [1] 98/23
proponent [1] 22/17
proportion [2] 116/25 117/11
proportionality [1] 125/11
proportions [1] 114/22
proposal [1] 52/9
proposed [5] 26/3 27/13 52/16 56/2 90/21
proposition [1] 33/16
prosecuted [8] 30/1 78/17 81/1 92/3 100/15 109/10 121/19 125/5
prosecution [20] 28/7 72/12 80/15 109/9 109/12 109/14 109/16 109/21 109/22 120/15 120/23 120/25 123/13 124/9 124/12 125/11 129/4 129/15 133/16
prosecutions [13] 28/21 58/2 58/4 78/24 80/1 80/23 81/7 81/10 110/5 110/7 124/25 128/19 129/24
prostitutes [1] 63/5
protect [7] 16/11 52/15 110/2 146/4 166/1 166/6 166/17
protected [2] 19/12 142/14
protection [18] 11/11 11/11 11/20 11/24 13/17 13/24 13/25 14/20 15/18 16/6 23/3 30/2 39/19 43/12 53/9 54/13 169/7 170/4

proteges [1] 91/22
protested [1] 89/2
protesting [1] 111/12
protests [1] 111/13
proud [1] 46/4
prove [3] 16/20 16/22 29/9
proven [1] 37/11
provide [12] 12/8 30/16 37/15 47/22 62/9 79/7 81/8 140/6 141/6 152/8 157/4 169/5
provided [4] 6/21 10/14 69/12 80/4
provides [7] 52/10 52/10 52/12 52/13 76/23 90/24 91/3
providing [2] 12/15 64/18
provision [12] 15/2 32/9 33/3 36/4 38/20 41/9 41/13 41/24 41/25 43/2 43/2 43/5
provisions [7] 31/19 33/5 34/14 38/20 40/19 40/24 44/17
proxy [1] 134/18
public [8] 2/7 22/11 22/18 72/3 118/11 141/20 148/3 169/12
publication [1] 61/1
publications [2] 78/5 79/4
publicly [1] 121/18
published [7] 19/23 57/17 60/9 79/4 79/6 79/6 97/10
Pulitzer [1] 60/22
pull [7] 20/6 82/2 135/10 135/14 135/14 135/23 136/1
punching [1] 112/15
punchline [1] 62/24
punishable [1] 118/18
punishment [1] 94/1
pure [3] 19/12 143/10 143/13
purity [5] 142/8 142/23 146/4 158/7 159/3
purpose [17] 12/20 16/23 16/24 23/2 23/9 29/5 29/7 29/10 29/15 30/20 32/15 33/8 38/3 38/11 39/10 43/11 64/8
purposes [7] 12/12 12/24 22/12 29/18 35/5 38/12 168/1
pursue [1] 11/18
push [4] 135/10 135/11 135/23 136/1
pushed [2] 118/5 137/19
pushing [2] 22/21 135/11
put [15] 13/23 23/12 26/7 37/19 49/20 55/25 62/21 66/4 68/21 72/16 76/19 85/4 122/11 122/18 127/8
puts [1] 71/17
putting [1] 28/5

# Q

qualification [2] 55/7 55/16
qualifications [2] 55/11 59/16
qualified [3] 55/6 55/14 86/22
qualitative [1] 140/13
qualities [1] 23/9
quality [2] 18/15 18/17
Quarterly [1] 97/11
question [84] 6/3 8/8 9/6 10/2 26/12 30/17 32/3 38/6 43/17 48/16 51/23 52/4 53/15 54/15 55/25 62/18 65/2 67/2 67/6 69/4 69/15 70/22 75/18 75/20 75/22 76/4 85/22 86/14 86/25 87/1 90/8 90/9 91/11 91/22 92/6 92/10 92/13 95/8 95/19 99/21 100/1 101/11 103/14 103/17 103/17 103/18 104/23 105/3 106/22 106/25 107/7 109/15 111/3 111/6 113/10 113/24 114/21 117/11 117/12 121/12 122/17 124/23 125/1 125/20 132/19 136/20 145/19 151/15 163/14 163/15 163/18 166/5 166/10 166/11 166/20 166/21 166/24 167/8 168/8 168/9 168/23 168/24 169/10 170/9
Question No [1] 168/9
questioning [5] 113/5 132/5 132/13 132/14 156/14
questions [29] 21/21 29/4 35/9 37/14 45/11 50/20 52/22 54/15 75/8 90/2 90/6 91/16 98/25 99/18 100/9 112/2 113/12 113/14 113/15 130/19 132/11 137/2 137/5 165/25 166/25 167/19 167/23 170/12 172/5
quibble [2] 97/6 97/12
quick [3] 99/21 151/16 157/4
quickly [2] 11/15 123/19
quite [4] 36/19 83/10 100/19 154/12
quota [18] 28/5 46/2 46/10 66/6 72/15 72/16 82/24 87/8 126/9 147/17 157/11 157/16 157/18 157/19 157/22 158/11 161/6 161/8
quotas [21] 20/20 21/11 22/22 23/12 82/10 98/7 143/23 144/1

**Q**

**quotas... [13]**  144/12 145/11 146/3 148/19 154/1 154/3 157/21 157/23 158/25 160/14 160/15 163/23 164/8
**quote [2]**  121/15 122/6
**quotes [2]**  84/9 146/11

**R**

**race [43]**  17/15 17/15 24/24 38/24 39/5 43/13 43/15 44/9 46/5 46/7 49/3 49/16 60/16 63/7 64/3 64/4 64/11 64/16 65/5 66/14 66/19 66/24 67/3 67/7 67/13 67/14 67/23 68/25 69/6 76/13 76/25 87/21 96/15 104/9 104/12 134/17 146/6 148/11 149/1 154/5 158/6 158/24 160/3
**race-based [5]**  43/13 43/15 44/9 46/7 49/16
**race-crossing [1]**  24/24
**race-neutral [2]**  38/24 39/5
**raced [1]**  31/9
**raced-based [1]**  31/9
**races [5]**  24/15 63/22 64/11 64/19 149/20
**racial [83]**  14/6 14/11 14/13 14/20 15/15 17/5 18/10 18/13 19/12 21/25 21/25 22/5 22/6 23/3 23/25 24/18 28/2 28/25 29/2 29/10 35/12 36/6 36/23 37/4 37/9 37/12 39/15 43/24 53/14 63/11 63/16 64/23 64/25 65/1 65/11 67/25 68/2 72/25 74/5 76/5 76/6 76/20 76/23 86/1 86/6 87/13 88/2 88/18 91/17 91/21 91/23 92/7 104/6 139/15 142/8 142/15 143/14 143/15 145/4 145/5 146/4 147/3 148/12 148/24 150/1 154/3 158/7 159/3 159/14 160/5 160/13 162/4 163/4 166/23 167/8 167/9 167/13 167/14 168/11 168/19 169/8 169/13 170/2
**racialization [9]**  65/21 67/13 67/19 73/3 73/6 73/8 76/11 113/2 113/3
**racialize [2]**  65/22 65/22
**racialized [22]**  16/10 18/9 20/13 24/19 38/17 48/6 48/24 63/23 64/7 64/8 66/18 66/18 67/10 69/21 83/20 83/23 118/16 139/21 145/17 145/23 147/25 157/20
**racially [19]**  22/9 22/12 27/2 32/15 63/24 69/16 69/18 69/20 74/20 74/24 76/7 78/11 78/11 82/24 83/2 83/3 89/19 118/14 143/13
**racism [12]**  26/3 45/20 47/2 49/19 50/7 86/9 90/15 90/17 90/18 90/18 158/13 162/3
**racist [10]**  21/1 26/7 26/24 35/5 36/6 47/11 48/18 50/9 160/7 160/8
**radio [1]**  108/14
**radios [1]**  128/1
**ragtag [2]**  106/11 107/17
**railroad [2]**  135/20 136/4
**railroads [1]**  115/16
**raise [3]**  11/19 59/2 138/12
**Ramos [11]**  16/9 31/4 37/17 38/3 38/4 38/7 38/8 39/14 39/19 42/5 50/3
**randomly [1]**  135/9
**ranging [1]**  40/23
**rapidly [1]**  144/22
**rarely [1]**  47/2
**rat [1]**  25/17
**rate [2]**  125/6 125/11
**rates [1]**  140/15
**rather [6]**  9/5 19/16 62/25 71/19 83/19 155/3
**ratified [1]**  15/21
**rationale [1]**  94/17
**rationales [1]**  145/23
**rationalizations [1]**  74/9
**rationalize [1]**  121/10
**rationalized [1]**  74/22
**rationally [1]**  84/20
**Raymond [2]**  33/22 42/12
**RDR [2]**  2/23 174/10
**re [5]**  39/10 41/9 41/18 93/6 103/13
**re-adopt [1]**  41/18
**re-adopted [1]**  39/10
**re-adoption [1]**  41/9
**re-ask [1]**  103/13
**re-subrogate [1]**  93/6
**read [33]**  6/20 33/15 57/13 57/23 58/2 62/12 64/10 67/21 73/15 75/5 78/4 78/5 86/25 87/1 89/13 98/3 98/3 99/10 100/10 100/12 103/4 103/5 103/6 103/9 103/21 103/22 115/2 122/19 122/21 124/11 124/14 126/22 158/1 163/15
**reading [4]**  27/6 60/3 103/6 103/14
**readopted [1]**  92/8
**reads [1]**  122/13
**ready [3]**  7/19 58/17 58/22
**real [2]**  73/21 134/4
**reality [1]**  49/6
**realized [1]**  11/14
**really [40]**  12/11 21/1 41/1 52/22 53/17 56/23 57/9 60/14 63/1 63/11 64/1 64/17 66/1 67/7 68/2 70/14 71/15 75/3 82/14 92/5 94/13 94/16 96/12 98/10 107/10 111/3 111/5 112/21 113/24 114/10 118/14 134/6 135/25 153/6 158/11 159/10 168/6 168/24 169/16 170/11
**realm [3]**  87/5 103/21 111/19
**reason [9]**  10/18 16/23 22/9 38/25 69/24 72/22 113/10 132/11 147/17
**reasonable [1]**  166/15
**reasoning [1]**  50/2
**reasons [12]**  38/24 39/5 41/17 42/20 43/16 43/16 53/13 53/23 73/23 74/1 106/20 163/4
**Rebellion [3]**  59/21 117/19 117/21
**recall [6]**  26/11 47/17 79/24 87/19 103/9 104/16
**recap [1]**  88/22
**receive [1]**  12/23
**received [8]**  6/22 24/16 36/15 60/11 109/13 129/7 129/11 129/14
**receiving [1]**  25/9
**recent [4]**  31/12 56/2 58/6 141/17
**recently [2]**  52/2 81/12
**recess [12]**  50/20 50/23 54/22 55/19 55/20 99/2 119/24 150/13 150/19 151/5 151/7 172/17
**recheck [1]**  105/2
**reckon [1]**  37/18
**recodification [5]**  43/9 43/18 91/20 95/15 95/19
**recodified [2]**  30/25 162/22
**recognition [1]**  113/5
**recognitions [1]**  60/12
**recognize [1]**  54/2
**recognized [5]**  9/4 33/17 41/19 141/2 158/12
**recognizes [1]**  46/12
**recognizing [1]**  148/24
**recommend [3]**  67/21 98/5 136/11
**recommendations [2]**  36/17 99/16
**reconcile [1]**  42/5
**reconsider [2]**  12/22 43/15
**reconsidered [2]**  32/9 45/4
**reconstituted [1]**  155/23
**reconstituting [2]**  158/10 158/11
**Reconstruction [1]**  17/11
**record [63]**  17/4 20/24 24/4 24/6 24/10 25/3 26/7 27/13 29/21 32/20 37/15 41/8 48/13 49/9 49/10 55/5 55/22 57/9 57/23 59/5 59/13 60/2 61/20 64/9 64/10 69/12 69/14 74/8 76/20 78/4 81/3 81/22 82/6 83/7 84/10 86/4 86/5 89/15 95/24 102/12 113/9 114/14 114/24 115/1 122/11 129/12 129/14 130/4 130/19 132/2 138/16 139/4 140/14 143/22 145/10 145/24 146/12 151/25 154/20 155/16 159/8 162/25 174/5
**recordkeeping [1]**  80/22
**records [4]**  78/14 78/15 89/14 146/22
**recruited [1]**  74/3
**recruiting [1]**  74/4
**recruits [1]**  108/3
**redirect [3]**  3/3 99/2 137/4
**redress [1]**  86/6
**reduce [1]**  82/11
**reduced [2]**  20/15 102/20
**reducing [3]**  118/2 153/4 153/11
**reduction [1]**  128/24
**Reed [9]**  46/3 63/18 142/16 142/21 142/24 144/13 148/20 158/13 159/1
**reenact [1]**  34/10
**reenacted [2]**  30/19 33/18

**reenacting** [2] 32/22 37/22
**reenactment** [5] 33/20 34/6 34/7 40/25 42/12
**reenactments** [1] 33/14
**reentered** [1] 44/19
**reentering** [1] 163/5
**reentry** [68] 13/19 22/7 22/8 26/17 26/21 27/4 28/6 28/7 31/11 31/15 31/21 32/10 34/25 36/20 37/6 43/18 46/22 50/9 50/15 53/19 54/6 54/8 54/12 58/3 58/7 58/10 62/1 62/4 69/13 78/17 78/23 80/2 80/9 80/13 87/17 87/24 89/20 89/23 91/6 91/7 92/3 92/7 95/14 95/16 97/10 100/20 100/24 101/2 102/4 111/12 120/23 129/18 129/25 133/16 162/19 162/21 164/24 165/1 166/7 166/18 166/18 166/22 167/5 167/12 169/4 169/16 169/23 170/6
**refer** [3] 85/8 85/10 148/2
**reference** [3] 39/22 155/11 162/3
**referenced** [7] 37/21 144/9 144/9 155/11 155/13 158/20 159/5
**references** [2] 78/1 159/2
**referral** [1] 129/24
**referred** [9] 9/18 23/5 56/1 56/3 60/25 79/3 109/11 116/24 129/15
**referring** [4] 20/2 23/7 78/9 91/1
**reflect** [1] 124/6
**reflected** [1] 149/18
**reflecting** [1] 166/23
**reflection** [3] 114/10 114/12 116/18
**reflective** [1] 136/20
**Reform** [1] 139/23
**Refuge** [1] 140/1
**refugees** [1] 117/19
**refusal** [1] 83/10
**regard** [1] 25/14
**regarded** [1] 65/16
**regarding** [3] 11/17 12/13 47/18
**regardless** [3] 40/12 53/4 118/20
**region** [5] 71/1 71/23 84/7 111/10 122/10
**regional** [1] 107/24
**regionally** [1] 143/3
**regular** [1] 89/16
**regularly** [2] 159/19 164/7
**Rehnquist** [1] 14/21
**relate** [5] 123/1 123/2 123/2 123/3 124/24
**related** [6] 16/8 83/20 86/18 86/19 86/20 169/10
**relates** [12] 62/1 113/15 117/12 122/25 122/25 123/5 124/11 124/24 125/2 125/3 139/9 163/2
**relations** [10] 60/16 84/2 111/14 111/19 111/20 111/24 112/1 112/2 112/19 112/20
**relationship** [4] 98/17 114/11 115/23 164/23
**relationships** [1] 127/18
**relatively** [2] 73/19 155/9
**relay** [1] 11/1
**relevant** [17] 11/8 11/9 11/11 11/12 11/13 11/16 11/22 12/10 33/24 39/8 40/25 50/14 91/16 91/22 132/12 166/10 166/24
**reliable** [3] 89/1 141/3 141/12
**reliance** [2] 21/4 117/16
**relied** [1] 45/21
**relief** [2] 93/19 93/21
**religion** [1] 149/20
**religious** [6] 35/12 37/4 40/9 41/16 41/22 159/14
**rely** [1] 34/9
**remain** [3] 58/25 89/12 138/12
**remainder** [1] 150/21
**remained** [2] 31/10 32/10
**remains** [3] 30/23 33/23 81/11
**remark** [1] 162/3
**remarks** [4] 26/23 30/4 46/9 80/17
**remedial** [1] 35/4
**remedied** [1] 36/10
**remedy** [2] 25/6 42/20
**remember** [4] 55/11 71/9 100/12 137/17
**remind** [3] 62/11 109/1 123/17
**removal** [4] 11/18 11/19 12/6 102/3

**removes** [2] 133/11 157/9
**repatriation** [3] 98/25 99/2 131/20
**repeal** [3] 32/8 34/7 34/9
**repealed** [1] 34/4
**repeals** [1] 52/17
**repeat** [12] 79/22 117/8 117/10 121/25 122/17 128/9 128/18 142/5 142/18 142/19 144/19 145/19
**repeated** [1] 46/16
**repeating** [1] 125/18
**repetition** [1] 121/16
**rephrase** [5] 62/18 76/1 101/16 104/22 112/4
**replaced** [2] 85/15 85/16
**report** [9] 35/16 36/15 36/24 37/20 37/20 46/15 79/8 144/8 159/15
**reporter** [8] 2/23 34/17 51/21 63/9 79/13 86/24 158/19 174/10
**reports** [3] 46/16 78/15 80/5
**representation** [3] 27/23 41/3 41/11
**representative** [8] 22/15 22/24 27/10 27/10 146/8 146/18 147/6 147/15
**Representatives** [1] 24/5
**represented** [1] 41/13
**representing** [1] 145/3
**reputable** [1] 141/4
**request** [4] 8/12 8/24 10/20 119/16
**requested** [1] 145/9
**require** [2] 108/3 171/17
**required** [6] 44/18 59/23 72/6 133/15 152/7 152/8
**requirements** [7] 31/20 33/6 99/25 100/2 100/5 152/9 153/19
**research** [16] 10/11 59/23 64/18 75/8 76/18 78/10 79/6 80/1 109/15 113/24 139/16 140/8 140/18 140/25 141/21 142/7
**researchers** [5] 141/9 141/10 141/19 141/20 141/21
**residence** [1] 161/23
**residency** [1] 144/4
**resources** [1] 91/2
**respect** [5] 48/15 65/1 145/24 147/23 163/6
**respond** [1] 37/7
**response** [7] 8/23 11/25 42/15 112/7 112/16 163/13 163/16
**responses** [4] 37/15 37/16 50/24 172/7
**Responsibility** [1] 139/23
**responsibly** [1] 52/12
**rest** [3] 125/12 133/22 141/1
**restate** [2] 75/22 120/18
**restriction** [7] 102/13 125/24 126/2 142/15 153/25 154/1 157/10
**restrictionism** [1] 102/19
**restrictionist** [1] 146/19
**restrictions** [5] 114/6 116/10 117/2 117/15 161/11
**result** [7] 54/11 117/15 118/22 118/23 118/23 120/25 126/16
**resulted** [1] 133/12
**results** [3] 48/19 49/11 129/12
**resume** [1] 165/24
**resumed** [3] 55/21 119/25 151/8
**retaining** [1] 31/10
**retired** [1] 129/1
**return** [3] 128/6 129/2 162/1
**returned** [8] 130/13 130/25 131/17 131/18 132/21 132/22 133/5 133/21
**reversal** [1] 127/15
**review** [5] 60/6 60/6 60/8 140/19 140/22
**reviewed** [10] 16/18 60/10 60/10 61/1 97/11 140/16 140/17 141/5 141/5 141/11
**reviewing** [1] 103/2
**rewrite** [1] 36/21
**rhetoric** [6] 19/11 49/5 49/13 49/14 50/11 85/13
**ridiculously** [1] 160/14
**right** [98] 4/5 5/19 5/21 6/2 6/6 6/18 8/21 9/19 10/1 12/23 12/25 20/7 35/13 39/21 46/9 47/17 51/15 51/17 51/18 51/22 52/21 54/21 55/18 56/18 56/18 57/12 57/24 59/2 63/3 63/19 71/12 78/3 79/19 92/12 95/13 98/24 100/20 101/5 101/13 102/1 102/5 102/10 103/10 103/15 104/15 106/1 106/2 108/4 108/8 110/11 110/14 110/21 111/2 111/16 113/25 115/5 116/5 117/2 117/17 119/1 120/1 121/2 121/3 121/7 122/10 125/8 126/6 126/12 127/1 127/2 127/6 127/10 127/16 131/1 132/3 132/23 133/23

# B

**right... [21]** 134/25 136/2 136/9 136/24 137/8 137/12 138/8
138/11 138/12 151/23 152/16 158/21 161/1 167/5 171/6 171/10
171/13 171/14 172/16 172/22 173/1
**rights [1]** 16/12
**ringing [1]** 156/5
**Rio [6]** 147/7 147/14 147/18 154/24 155/7 155/8
**rise [5]** 59/21 109/24 110/9 115/21 134/24
**risk [1]** 49/4
**RMR [1]** 174/10
**Road [1]** 98/22
**roadmap [2]** 7/7 40/24
**Robert [1]** 147/15
**robust [1]** 136/17
**Rockefeller [1]** 115/14
**role [7]** 38/13 111/14 127/19 127/21 160/18 167/16 168/21
**rolls [1]** 15/8
**room [2]** 2/24 152/20
**Roosevelt [1]** 26/11
**rose [1]** 100/16
**ruining [1]** 19/3
**rule [22]** 9/4 9/6 34/8 38/17 38/22 38/23 38/23 38/25 39/1 39/9
39/16 40/6 41/2 41/15 42/17 42/19 43/10 46/12 47/11 56/25
57/1 57/2
**Rule 615 [1]** 9/4
**rules [3]** 35/24 46/20 148/25
**ruling [2]** 44/20 94/21
**run [1]** 123/7
**running [1]** 150/14
**Russia [1]** 27/12

# S

**safety [2]** 18/10 49/1
**said [51]** 6/18 15/4 23/2 25/5 27/13 32/4 32/14 34/1 34/14 35/1
36/22 36/24 37/21 38/21 39/4 39/13 41/17 41/21 41/23 41/24
42/3 42/8 46/10 48/2 56/4 58/11 62/19 74/15 75/2 75/25 79/14
79/22 79/25 81/20 87/16 87/23 104/20 104/22 107/15 108/13
110/13 112/3 116/24 118/20 120/14 122/2 126/5 132/11 141/17
160/24 170/17
**salient [2]** 34/18 39/22
**Salvador [3]** 136/6 136/23
**same [53]** 9/10 10/10 10/11 10/12 29/12 30/25 30/25 31/1 31/17
32/22 32/24 33/9 34/8 34/12 37/10 37/25 38/25 40/8 41/2 41/19
41/25 42/15 43/2 43/2 43/10 45/22 49/24 46/17 46/18 46/12 46/17
46/19 47/12 53/1 53/13 53/23 66/8 73/15 81/5 92/18 92/19
93/25 95/22 103/22 110/19 133/8 136/6 152/13 153/19 156/22
157/1 158/25 161/5 169/8
**Samuel [1]** 27/10
**San [1]** 139/7
**San Diego [1]** 139/7
**sanction [1]** 116/11
**sanctioned [1]** 128/18
**sanctuary [3]** 140/1 140/3 140/4
**Santibanez [1]** 111/9
**Sarah [3]** 2/2 4/12 171/21
**satisfy [1]** 170/6
**save [1]** 36/12
**saw [4]** 37/19 46/9 80/20 155/21
**say [34]** 9/23 19/8 27/2 35/7 36/5 36/13 39/10 39/15 40/12 45/5
45/9 53/4 57/4 69/17 81/1 99/9 104/4 105/4 106/21 112/4
112/18 114/20 116/17 121/2 123/22 132/7 134/7 137/10 161/4
161/6 165/2 165/8 171/11 172/17
**saying [14]** 23/17 29/19 49/18 55/4 74/10 79/25 99/6 112/11
113/7 124/1 125/1 148/23 149/22 150/10
**says [13]** 20/2 39/8 46/13 85/4 85/8 94/14 103/20 103/22
125/14 125/16 125/16 160/6 169/25
**scale [1]** 114/22
**scarce [2]** 101/9 101/24
**schedule [2]** 56/22 165/23
**scheduling [1]** 56/7
**scheme [1]** 18/7
**scholar [1]** 106/22

**scholarly [1]** 68/23
**scholars [5]** 68/9 69/17 112/22 116/6 168/1
**scholarship [5]** 68/15 68/22 85/25 99/12 135/8
**school [2]** 108/2 140/10
**schools [3]** 40/9 41/23 41/24
**science [13]** 18/15 23/19 24/9 24/18 64/14 64/15 64/16 67/7
139/6 139/12 139/13 140/18 165/2
**scientific [2]** 18/13 24/12
**scope [10]** 10/8 22/2 48/10 55/7 64/24 64/25 76/5 86/13 86/17
147/8
**screen [6]** 5/3 6/24 7/19 13/5 13/6 152/19
**screened [1]** 17/18
**scribble [1]** 156/11
**scrubbed [1]** 42/3
**season [1]** 118/19
**seated [2]** 58/25 138/12
**second [18]** 7/11 8/8 9/12 10/22 42/14 79/15 81/23 92/23
122/16 130/22 133/8 139/25 158/2 158/16 163/10 165/15
168/23 170/10
**secondary [1]** 60/4
**Secondly [1]** 56/7
**Secretary [5]** 25/11 25/12 25/18 28/10 76/17
**Section [3]** 30/14 43/19 83/16
**Section 1326 [2]** 30/14 43/19
**Section 4 [1]** 83/16
**secure [1]** 52/15
**security [1]** 127/3
**see [41]** 5/2 7/19 9/11 13/5 13/9 31/14 32/20 41/6 42/16 45/11
46/16 46/18 47/11 48/16 56/21 64/9 72/18 73/5 74/7 78/2 83/6
83/25 85/25 106/20 115/21 134/23 138/9 138/9 142/14 142/14
142/16 142/22 143/1 143/17 144/11 144/14 146/25 151/13
158/16 159/3 170/13
**seeing [3]** 82/5 111/4 173/2
**seekers [1]** 91/4
**seem [1]** 124/6
**seen [6]** 66/19 71/15 95/10 143/4 157/1 164/12
**segment [1]** 81/9
**segregated [2]** 17/20 115/17
**select [1]** 166/14
**selection [2]** 18/14 23/24
**selection,' [1]** 25/8
**selective [3]** 48/7 83/14 97/25
**self [1]** 154/3
**seminal [3]** 68/2 97/8 105/7
**Semitism [1]** 17/17
**Senate [5]** 35/15 35/16 37/20 46/15 159/15
**senator [15]** 25/23 25/24 35/10 36/22 46/4 156/9 156/10 156/10
156/11 156/13 159/13 159/19 159/22 159/25 160/4
**Senator McCarran [1]** 46/4
**send [6]** 20/6 81/25 82/2 82/3 82/7 95/1
**sending [1]** 129/10
**sense [15]** 11/1 17/23 45/24 48/19 49/22 62/7 83/12 87/25 88/6
94/6 94/18 95/2 97/21 153/23 156/19
**sensitive [2]** 47/8 50/12
**sent [1]** 52/6
**sentence [2]** 79/22 92/24
**sentences [3]** 44/13 44/14 44/18
**sentencing [1]** 94/1
**sentiment [2]** 40/10 45/23
**sentiments [2]** 45/24 50/10
**separate [1]** 32/18
**September [2]** 30/18 44/23
**September of [1]** 44/23
**series [1]** 66/4
**serious [2]** 53/18 171/4
**serve [3]** 12/14 39/9 154/16
**served [2]** 24/5 147/15
**serves [2]** 35/5 71/7
**Service [4]** 108/1 110/25 127/9 129/13
**services [1]** 101/15
**serving [1]** 146/19
**session [1]** 166/9
**set [12]** 17/8 18/4 20/14 20/20 22/22 38/17 93/2 112/1 113/14

**S**

set... [3]  113/15 121/14 130/18
setting [2]  22/11 33/6
settlers [1]  118/5
several [5]  16/15 60/15 62/12 126/14 134/1
severe [1]  44/17
shape [1]  110/10
shaped [1]  24/9
share [3]  159/17 165/24 166/8 167/19
shared [1]  127/5
shaving [1]  128/17
she [12]  7/14 7/18 7/19 28/15 57/16 57/19 57/21 58/15 58/22 86/21 103/22 104/7
sheriff [2]  84/12 84/13
shift [9]  69/14 85/12 92/17 92/20 93/1 94/9 102/11 142/3 159/4
shifted [3]  70/4 70/14 80/25 102/8 116/16
shifting [1]  75/7
shifts [5]  19/13 29/8 104/7 106/19 107/12
short [1]  30/22
shorter [1]  57/15
shorthand [1]  87/20
should [25]  7/4 10/5 27/17 40/4 40/5 44/7 44/8 53/16 53/19 53/24 54/10 55/1 64/19 92/6 113/12 136/16 147/17 151/12 156/4 156/16 157/16 167/23 169/5 172/18 172/23
shouldn't [1]  29/25
show [6]  38/1 39/5 49/5 75/8 78/10 170/2
showed [1]  22/25
showing [5]  21/14 46/8 70/9 114/24 159/8
shows [5]  18/22 19/14 22/1 38/2 114/15
SI [1]  1/5
sic [1]  52/7
side [3]  57/5 57/6 161/2
sides [7]  51/23 52/5 56/23 57/13 57/23 58/16 119/13
sides' [1]  170/11
sideways [1]  148/8
sieve [1]  63/3
sign [1]  61/18
signaled [1]  16/9
signals [1]  95/1
signature [3]  174/7 174/7 174/7
signed [4]  53/8 74/19 126/11 174/7
significance [4]  104/9 159/18 168/11 168/14
significant [12]  34/3 62/21 75/5 78/13 102/14 134/24 136/8 142/22 159/4 162/11 162/16 162/18
significantly [2]  36/19 82/16
signified [1]  144/1
signing [1]  174/4
similar [13]  10/12 14/16 28/16 28/16 34/14 42/12 82/4 93/10 125/7 154/3 155/18 167/4 169/2
similarly [1]  35/15
SIMON [2]  1/13 5/11
simple [2]  53/20 65/3
simply [8]  21/25 34/9 39/24 49/3 67/15 73/1 103/21 160/6
sin [1]  42/9
since [11]  9/9 28/22 31/16 32/12 46/13 91/21 134/11 135/2 135/7 135/25 140/9
single [2]  114/24 157/22
singled [1]  20/17
singular [1]  114/16
singularly [1]  112/14
sir [1]  170/24
sitting [1]  15/24
situation [2]  14/4 151/13
situations [1]  29/20
six [1]  97/4
Sixth [3]  39/6 39/17 39/18
sketches [1]  13/8
skin [1]  143/15
skipped [2]  163/16 163/18
skyrocketed [2]  116/4 116/14
skyrocketing [1]  117/13
slate [2]  42/2 49/21

slave [1]  23/8
slavery [1]  17/18
slide [5]  20/5 22/1 31/14 32/18 37/19
slight [1]  167/3
slipped [2]  157/25 158/3
slipping [1]  158/12
slow [6]  11/14 34/17 63/9 86/15 132/6 142/19
slower [1]  164/17
slowly [10]  56/24 57/11 100/12 103/5 109/2 123/18 124/15 137/17 138/3 151/24
slums [2]  19/19 20/3
slur [1]  26/7
small [4]  157/1 157/16 157/17 160/14
smart [2]  52/13 91/1
smarter [1]  136/20
smuggling [4]  78/25 100/25 129/19 129/25
snippets [1]  24/21
so [247]
so-called [3]  70/4 70/6 96/7
social [7]  24/9 67/14 67/23 71/8 71/19 93/3 101/15
socially [1]  67/18
society [4]  54/3 90/16 147/21 169/13
socioeconomic [1]  135/4
sole [1]  16/24
solely [1]  44/5
some [58]  8/4 12/4 19/5 24/21 26/24 36/5 36/18 36/19 50/20 57/6 57/19 74/23 81/2 84/9 84/10 87/15 90/6 93/9 95/20 100/9 109/12 113/11 120/10 129/19 129/21 131/19 131/20 132/22 133/25 134/23 135/19 137/19 141/19 141/21 142/3 143/9 143/11 144/14 144/15 145/16 145/22 150/11 152/5 152/10 153/9 154/19 157/8 158/6 161/15 162/4 163/3 163/22 164/11 166/17 167/20 168/17 169/13 171/13
somebody [6]  29/19 52/19 53/6 120/25 121/8 159/22
someone [9]  28/10 53/7 53/12 99/2 122/12 123/14 146/19 147/10 147/11
something [26]  10/4 20/11 23/18 50/21 52/1 52/2 52/20 61/2 68/1 76/21 82/17 84/24 97/14 99/21 103/5 114/20 117/6 135/17 144/11 144/25 147/2 147/5 156/2 159/23 160/21 164/7
sometimes [3]  88/2 155/2 157/25
somewhat [1]  45/19
somewhere [1]  98/3
sooner [1]  99/3
sorry [13]  23/17 39/13 54/25 75/13 79/24 114/20 114/21 117/11 122/5 122/17 145/13 151/10 163/25
sort [28]  10/8 13/13 19/15 22/24 24/8 25/21 27/7 44/1 63/16 65/21 66/11 66/23 71/22 74/5 82/20 86/9 106/10 107/16 107/19 109/9 112/3 115/18 117/19 123/23 123/25 128/25 134/18 157/5
sorted [2]  171/1 171/2
sorts [2]  7/7 128/12
Sotomayor [1]  39/12
sound [2]  156/7 170/16
sounds [3]  72/21 148/17 151/12
source [4]  71/16 100/23 118/3 119/2
south [20]  17/25 22/4 25/24 26/1 73/5 74/4 76/14 76/23 77/1 85/14 85/17 88/10 89/24 134/19 145/25 147/7 147/13 147/18 154/4 154/24
Southeast [2]  73/14 73/17
southern [28]  19/1 20/24 21/5 21/16 27/9 28/23 63/23 65/1 66/4 70/1 81/7 87/21 92/4 98/1 112/6 121/21 122/7 122/10 122/16 122/22 123/1 123/6 124/5 143/1 143/8 146/5 150/5 159/9
Southwest [6]  17/25 21/3 73/18 106/12 117/6 117/16
southwestern [1]  102/9
sovereign [2]  101/14 102/1
sovereign's [1]  110/2
sovereignty [3]  101/7 101/17 101/22
Spanish [3]  5/1 5/6 23/6
speak [13]  56/24 57/11 99/3 109/1 123/18 136/12 137/16 137/17 138/3 151/24 164/17 172/3 172/4
speaking [10]  11/15 29/17 30/7 102/24 104/18 123/19 135/24 137/21 144/21 152/15
special [1]  75/1
specializing [1]  61/9
specially [1]  20/17

# S

**specific [8]**  31/2 69/15 104/19 107/2 108/10 122/9 122/14 154/19

**specifically [24]**  22/23 25/4 28/16 30/16 38/5 39/13 48/25 61/25 75/9 86/18 89/24 106/22 117/17 122/9 122/10 139/20 144/9 145/16 145/21 146/7 154/23 155/24 156/5 156/13

**specifics [2]**  10/8 148/6

**specter [1]**  48/6

**spelling [2]**  59/5 138/17

**spend [5]**  55/13 89/7 160/22

**spent [3]**  58/4 59/18 71/5

**spin [1]**  18/13

**spirit [2]**  149/18 149/19

**splashed [1]**  97/20

**splattered [1]**  97/19

**spoke [3]**  26/25 27/3 27/4

**sponsor [2]**  74/25 75/4

**sponsored [1]**  76/18

**spot [1]**  114/7

**spouse [1]**  154/10

**Spring [1]**  24/11

**stand [1]**  58/22

**standard [10]**  7/10 10/6 10/18 13/22 16/20 16/21 29/6 32/5 33/20 43/8

**standards [1]**  47/4

**standing [1]**  116/8

**stands [1]**  33/15

**start [9]**  11/4 44/1 86/15 92/24 99/6 101/19 164/2 171/13 171/15

**started [8]**  91/17 96/13 106/10 107/16 136/1 140/10 140/10 167/15

**starting [3]**  115/17 133/19 134/7

**starts [1]**  96/18

**state [16]**  10/25 15/14 37/2 55/23 59/4 59/12 72/1 75/15 75/24 93/6 110/24 127/8 127/13 138/16 139/4 139/7

**state's [1]**  41/22

**stated [9]**  83/6 86/17 104/13 104/20 116/2 118/10 136/1 146/13 147/17

**statement [20]**  19/7 35/11 35/13 45/19 47/18 52/12 81/14 82/5 85/8 104/10 124/10 124/23 125/2 125/4 125/10 125/14 125/16 125/18 147/14 159/13

**statements [8]**  8/13 32/14 35/20 35/22 50/3 147/6 159/18 169/11

**states [93]**  1/1 1/4 1/14 2/23 4/6 4/12 13/18 14/15 14/19 15/13 16/8 19/3 20/21 21/3 21/7 23/25 24/13 26/4 26/6 27/12 29/9 33/11 37/2 60/16 62/5 64/13 64/19 64/21 65/5 65/9 65/11 71/10 72/5 77/15 77/20 82/19 90/15 90/21 96/5 101/10 101/13 101/24 102/2 106/11 110/21 110/23 111/5 113/4 114/15 115/13 116/8 116/11 117/2 123/3 125/3 126/6 126/11 127/4 127/8 127/13 127/15 127/19 128/4 135/16 139/9 140/4 141/16 141/23 142/12 142/13 144/4 144/8 144/18 146/4 146/6 148/7 152/10 153/4 153/12 153/14 154/8 154/12 154/15 154/16 155/1 155/9 157/10 158/7 160/24 161/1 161/9 161/23 164/6

**States' [1]**  145/25

**States's [1]**  87/21

**statistic [19]**  100/9 100/11 100/17 100/18 100/23 104/14 104/25 113/15 120/14 121/18 122/14 122/20 122/21 122/25 123/23 123/25 124/6 125/4 125/10

**statistical [1]**  140/14

**statistics [13]**  57/19 58/14 58/15 114/9 114/13 116/17 121/14 122/6 122/9 122/11 122/13 122/13 122/18

**status [8]**  7/13 30/18 41/16 49/8 93/24 95/18 154/9 154/17

**statute [25]**  11/10 11/23 12/13 13/17 13/19 26/17 27/5 27/14 28/24 30/1 32/1 33/2 33/9 35/11 37/9 69/16 69/17 133/16 159/14 167/6 167/7 167/11 169/6 169/15 170/5

**statutes [2]**  88/16 91/21

**statutory [2]**  34/6 38/1

**stay [5]**  23/24 27/18 92/18 92/19 97/4

**steadily [2]**  88/9 105/19

**step [5]**  62/25 62/25 86/9 142/21 142/22

**step-by-step [1]**  62/25

**steps [1]**  153/2

**still [23]**  14/6 25/21 33/9 39/16 40/12 43/6 50/23 50/25 72/6 93/19 90/17 97/18 106/20 151/14 152/8 159/7 159/5 159/21 160/12 160/13 169/13 169/18 170/2

**stock [8]**  19/2 23/3 23/25 63/4 64/12 64/20 145/5 147/9

**Stony [1]**  98/22

**stop [2]**  72/1 119/14

**stopping [1]**  110/1

**storm [1]**  72/10

**story [6]**  62/23 74/16 93/10 112/24 118/4 161/17

**strategically [1]**  84/23

**strategies [2]**  128/6 128/13

**strategy [1]**  129/24

**Street [1]**  2/7

**stricken [1]**  15/7

**strikes [1]**  83/14

**strong [4]**  25/14 41/8 74/6 97/21

**strongest [1]**  111/25

**strongly [1]**  136/11

**struck [3]**  33/16 44/11 156/14

**structure [1]**  92/22

**structures [1]**  67/16

**studies [3]**  16/16 49/7 60/19

**study [6]**  59/17 69/2 76/18 76/19 76/22 85/25

**studying [2]**  59/18 140/9

**stuff [1]**  123/14

**subject [9]**  7/15 59/20 60/5 60/8 71/11 131/13 140/11 148/4 157/3

**Subjects [4]**  68/5 98/10 102/18 103/20

**subjugate [1]**  26/15

**submit [1]**  130/8

**submitted [1]**  12/10

**subrogate [1]**  93/6

**subsequent [3]**  30/24 32/25 87/7

**substantial [5]**  56/20 113/22 114/19 116/25 117/12

**substantially [5]**  29/1 31/1 31/17 167/4 169/2

**substantive [3]**  34/10 55/9 88/17

**substantively [1]**  87/12

**subtle [1]**  49/24

**such [7]**  29/17 40/23 86/4 86/5 93/12 98/8 169/3

**sued [1]**  15/11

**sufficient [4]**  51/20 53/20 53/23 119/21

**sufficiently [1]**  125/15

**sugar [1]**  21/4

**suggest [2]**  50/13 116/25

**Suite [2]**  2/3 2/7

**summarize [1]**  81/17

**summary [3]**  62/22 76/24 157/5

**Suns [1]**  98/19

**super [1]**  105/22

**superior [1]**  18/19

**superiority [4]**  35/17 36/25 37/5 159/16

**supplemental [3]**  33/22 42/13 82/4

**supplements [1]**  91/1

**supply [5]**  28/6 73/1 118/13 118/15 118/16

**support [6]**  12/12 22/3 37/1 49/15 91/3 96/11

**supported [1]**  25/25

**supporter [1]**  25/15

**supporters [1]**  81/20

**supposed [2]**  96/16 97/4

**suppress [2]**  38/13 38/14

**suppressive [1]**  39/2

**supremacist [1]**  75/1

**supremacy [6]**  17/14 18/2 18/6 45/22 45/23 50/8

**Supreme [18]**  14/16 14/19 15/13 15/23 16/8 17/1 34/12 38/5 39/14 40/3 42/7 42/8 47/1 47/7 50/2 57/8 94/13 94/21

**sure [28]**  47/19 47/20 52/18 55/4 55/15 57/9 59/18 60/13 62/3 62/23 64/10 68/13 69/3 85/22 95/21 97/1 103/4 103/7 103/8 103/12 105/18 107/1 109/7 117/18 127/22 132/10 133/12 150/25

**surge [1]**  58/6

**surmise [1]**  122/24

**surmising [1]**  106/7

**suspect [1]**  51/12

**S**

**suspected [1]** 25/24
**sustained [1]** 119/6
**SW [3]** 2/3 2/7 2/24
**sweep [1]** 62/8
**sweeping [1]** 82/19
**swept [1]** 22/4
**swooshing [1]** 21/18
**sworn [3]** 58/23 59/3 138/14
**synonymously [1]** 155/2
**system [14]** 26/1 46/2 46/10 52/11 53/2 66/6 67/16 77/2 82/24
87/8 90/24 126/10 135/21 171/17
**systematically [1]** 84/23
**systemic [1]** 90/16
**systems [1]** 107/15

**T**

**table [10]** 78/16 79/3 79/3 79/6 79/9 79/17 80/4 80/20 130/3
130/3
**Tacoma [1]** 141/22
**tainted [1]** 41/1
**take [24]** 10/22 29/22 30/11 36/6 50/19 51/19 54/21 55/3 55/18
56/12 56/14 56/17 67/5 79/16 99/2 105/14 105/24 115/8 115/9
119/20 132/9 150/12 164/4 171/5
**taken [6]** 45/15 48/8 84/11 106/23 153/2 162/3
**takes [2]** 12/25 28/14
**taking [7]** 7/12 37/21 62/25 95/9 101/9 101/24 162/7
**talk [31]** 32/16 37/17 38/4 38/6 43/21 48/22 59/15 60/14 66/13
76/15 83/17 83/22 91/1 92/4 94/9 108/12 111/9 121/9 135/8
135/23 140/16 143/25 148/15 152/3 158/24 166/9 170/19
172/15 172/16 172/18 172/23
**talked [9]** 43/17 47/10 83/16 85/1 95/23 108/11 114/4 116/20
134/17
**talking [15]** 64/22 66/14 70/6 98/16 102/22 117/8 119/8 129/18
134/5 143/25 147/9 148/17 155/24 155/25 168/25
**tangent [1]** 156/7
**tangential [1]** 40/16
**target [4]** 41/4 126/1 156/24 157/3
**targeted [6]** 41/6 41/15 41/15 48/3 85/2 156/5
**targeting [2]** 23/10 98/1
**targets [1]** 126/4
**taxes [1]** 152/11
**tea [1]** 26/6
**teach [2]** 95/18 168/7
**team [1]** 96/11
**technical [2]** 34/5 137/19
**technically [1]** 155/6
**technological [2]** 103/24 127/25
**technologically [1]** 6/9
**technology [10]** 52/14 91/2 91/14 108/7 108/18 108/20 109/4
110/4 129/3 129/4
**tedious [1]** 130/18
**telephone [3]** 5/20 5/22 6/8
**telephonically [1]** 4/4
**tell [17]** 5/13 10/1 22/10 52/19 57/1 62/23 103/5 119/13 122/2
125/4 125/10 132/12 147/22 147/23 169/18 170/22 172/9
**telling [4]** 39/8 52/23 68/20 112/24
**tells [3]** 29/19 54/2 97/23
**template [2]** 14/22 29/22
**temporary [7]** 71/16 97/2 118/18 126/21 145/6 161/23 161/25
**ten [7]** 21/20 44/24 119/20 119/23 138/2 150/13 150/19
**ten-minute [2]** 150/13 150/19
**ten-year [1]** 44/24
**tens [2]** 134/12 160/16
**tension [1]** 21/14
**term [26]** 19/10 19/14 31/5 38/5 48/24 64/11 64/25 66/21 66/23
76/9 77/5 77/7 77/8 78/8 85/19 88/2 147/25 148/1 154/22
154/25 155/3 155/5 155/7 155/9 155/23 156/13
**termination [1]** 34/11
**terminology [4]** 46/19 85/17 87/15 125/1
**terms [15]** 22/18 30/21 30/22 31/1 33/4 64/22 76/11 83/16
105/17 107/12 116/19 116/21 154/13 154/19 172/6

**terrible [2]** 25/2 135/3
**terrific [1]** 151/22
**territory [1]** 65/10
**terrorism [1]** 44/17
**test [4]** 31/4 47/4 49/25 146/16
**testified [3]** 8/18 87/19 127/25
**testify [6]** 18/5 18/23 20/13 28/4 28/20 49/6
**testifying [2]** 10/12 91/23
**testimony [25]** 8/17 8/19 9/8 10/5 10/8 10/15 16/16 23/1 24/3
24/25 31/9 51/15 55/3 55/9 55/12 58/13 61/23 64/18 84/10
106/9 108/11 137/9 137/9 148/6 160/22
**Texas [2]** 108/2 146/8
**Texas' [1]** 119/7
**text [4]** 67/24 78/2 102/23 141/1
**texture [1]** 71/22
**than [31]** 28/25 34/8 34/13 35/5 40/19 46/13 57/20 62/25 63/19
63/24 71/9 73/6 77/6 83/19 102/11 103/25 113/18 114/17
114/17 116/4 120/9 123/24 125/6 131/19 133/2 133/9 134/3
134/5 134/14 136/21 163/4
**thank [68]** 4/16 6/1 6/13 6/16 6/21 7/6 8/1 8/7 11/4 12/1
12/16 13/3 13/10 13/11 20/8 20/9 30/5 30/9 30/10 32/19 48/11
50/18 54/17 55/17 58/20 59/9 61/4 61/11 62/7 62/16 68/6 69/8
76/2 80/3 80/6 88/11 89/5 98/12 99/5 99/17 119/15 120/4
125/17 125/22 126/15 130/10 132/15 135/24 137/1 137/3 137/6
137/7 137/13 138/7 138/15 138/20 138/22 139/3 150/3 151/6
151/16 152/1 154/19 164/19 172/20 172/24 173/4
**that [1063]**
**that it [1]** 36/25
**that's [121]** 5/17 7/23 11/3 12/9 12/10 13/23 16/17 20/3 26/23
27/1 28/13 33/16 33/21 34/12 36/18 37/21 38/22 39/12 39/18
42/12 43/11 45/5 45/11 47/3 47/4 47/20 49/9 51/2 52/1 52/7
53/21 56/22 57/14 60/7 60/14 64/1 65/20 67/6 67/18 68/17 69/4
69/6 69/14 70/22 71/21 71/22 73/21 74/16 75/24 79/19 80/12
81/4 81/21 84/8 85/9 85/22 87/11 88/7 92/16 93/7 95/4 95/25
96/8 96/12 97/2 98/2 98/9 98/11 98/20 102/15 104/4 104/7
105/22 107/6 107/24 108/18 109/15 110/13 110/15 110/15
111/5 111/6 111/7 111/15 112/1 112/20 112/25 114/12 116/6
117/20 117/21 121/8 122/2 125/20 126/13 126/25 127/2 128/11
130/2 131/2 132/3 132/10 132/24 133/3 134/4 134/22 135/25
136/19 138/2 145/12 165/2 166/15 166/16 166/23 168/8 168/23
169/20 169/24 170/10 170/25 172/15
**the apathy [1]** 19/21
**The Factories [1]** 102/16
**the illegal [1]** 48/24
**their [40]** 6/21 8/5 10/5 10/8 10/11 14/1 19/1 22/12 23/20 26/21
28/6 29/15 32/23 38/14 40/5 41/16 42/15 44/18 55/8 55/8 58/18
64/24 71/5 71/7 71/8 71/19 84/2 84/4 86/9 94/17 96/22 105/20
108/21 118/7 118/13 118/16 121/5 147/18 153/17 154/17
**them [26]** 6/21 9/8 23/19 29/20 36/18 38/13 64/21 66/18 71/8
73/24 74/3 74/4 74/12 74/14 77/2 84/13 85/4 96/16 97/18 99/11
111/12 118/8 144/10 146/15 164/11 168/17
**themes [1]** 145/23
**themselves [2]** 49/4 71/17
**then [52]** 7/10 7/16 7/20 8/10 8/19 10/1 13/7 13/8 29/8 33/10
33/19 36/9 44/15 44/21 50/20 53/15 53/24 54/10 56/12 56/14
56/16 56/17 56/18 65/10 73/25 79/19 91/21 97/5 97/6 97/17
99/2 103/17 103/22 107/19 109/20 118/8 120/24 123/22 125/2
125/3 135/18 142/16 151/3 153/9 154/15 165/21 167/2 168/11
168/21 170/13 172/2 172/4
**theories [3]** 36/25 37/5 67/13
**theory [6]** 35/17 68/1 68/3 135/13 135/22 159/16
**there [189]**
**there's [5]** 9/7 42/14 70/8 91/13 99/15
**therefore [4]** 40/13 57/8 155/7 157/2
**these [62]** 9/7 9/9 19/4 20/25 21/9 22/12 23/6 23/12 24/21 26/20
29/4 33/5 38/4 38/8 40/3 40/8 45/6 64/7 66/10 71/3 76/25 76/25
76/25 77/1 78/24 81/7 88/16 88/24 88/25 89/12 89/15 91/15
94/22 95/6 97/15 97/19 97/19 108/13 109/13 110/4 113/12
113/17 116/1 117/4 122/6 122/12 122/13 128/18 146/25 148/4
148/10 148/25 149/18 149/23 152/5 153/3 155/21 155/21
157/20 157/22 169/19 170/12
**they [192]**
**they're [9]** 15/13 19/18 39/7 74/14 84/11 96/17 107/4 115/15

**they're...** [1] 115/18

**they've** [4] 43/5 43/6 71/4 93/14

**thing** [12] 25/5 42/1 55/1 72/13 85/10 96/8 123/10 135/18 135/18 136/6 149/9 161/5

**things** [37] 15/19 29/24 36/18 36/19 55/11 55/23 73/15 88/24 88/25 90/13 91/3 91/4 92/18 108/13 108/14 109/5 109/24 110/4 113/7 113/8 124/3 128/1 128/17 128/18 135/5 135/8 135/23 140/15 143/18 148/4 148/10 148/10 148/10 155/21 158/12 159/3 165/5

**think** [79] 8/10 8/25 9/11 10/13 10/25 11/1 12/20 12/25 18/21 19/25 22/2 26/23 27/1 27/22 29/8 29/11 32/18 36/4 37/25 38/7 38/22 39/6 39/12 43/4 46/25 48/12 52/16 52/17 52/18 52/20 54/3 54/6 55/25 56/23 57/1 58/17 61/5 68/25 72/3 74/21 75/5 90/25 92/11 93/9 95/20 98/3 98/14 99/13 101/25 105/24 106/15 110/6 112/4 115/2 125/14 125/15 131/25 132/12 134/4 136/16 143/22 144/5 149/4 149/5 149/5 149/6 150/18 150/19 156/1 160/8 162/2 163/16 163/17 165/21 166/11 166/15 167/15 170/20 172/15

**thinking** [7] 52/23 67/10 68/23 77/16 164/13 164/21 169/18

**third** [8] 2/3 2/24 57/25 96/22 128/8 130/23 135/18 168/24

**this** [330]

**thorny** [1] 113/24

**thorough** [1] 50/12

**thoroughbred** [1] 25/1

**those** [79] 6/11 6/15 6/17 8/12 18/8 18/18 21/11 23/9 28/1 29/20 31/25 32/2 33/11 33/23 35/5 35/20 35/22 36/2 38/12 40/17 40/17 40/18 42/16 42/22 43/3 44/13 44/25 45/3 45/24 48/19 48/20 49/8 49/23 50/3 51/14 58/11 58/14 58/15 64/12 66/7 66/11 68/19 72/3 77/4 80/9 84/15 91/10 98/23 105/16 105/20 106/19 109/4 110/6 113/8 113/19 114/24 118/1 122/8 124/22 129/11 129/19 130/20 136/7 136/8 136/13 136/14 136/24 140/12 143/2 143/3 143/3 143/8 147/3 153/19 155/12 159/18 160/8 168/24 170/15

**though** [10] 7/3 15/4 33/2 34/1 37/10 39/6 86/7 95/16 121/18 152/7

**thought** [4] 23/17 40/20 104/20 156/16

**thoughts** [2] 24/7 165/24

**thousand** [1] 134/1

**thousands** [4] 134/12 134/13 160/16 160/16

**thread** [2] 69/2 95/5

**threads** [1] 94/22

**threat** [8] 84/4 84/8 84/15 84/17 84/20 93/4 121/9 127/17

**three** [9] 13/8 14/1 70/12 119/14 135/8 135/23 167/19 167/23 172/3

**three o'clock** [1] 119/14

**three-by-two** [1] 13/8

**through** [32] 5/11 7/23 18/15 22/21 23/4 24/14 27/6 28/14 28/17 31/17 32/2 34/22 35/3 44/4 46/9 48/22 48/23 48/23 63/13 67/12 70/19 72/17 76/22 83/4 91/19 91/20 119/1 124/3 126/21 132/22 140/13 153/11

**throughout** [2] 17/25 58/6

**thrust** [2] 104/11 113/1

**thumbnail** [1] 13/8

**Thursday** [1] 171/11

**Tichenor's** [1] 158/8

**Tide** [2] 98/4 98/6

**tied** [2] 158/6 172/10

**tight** [2] 64/13 115/23

**time** [127] 5/18 6/9 9/10 9/14 12/19 13/12 14/7 14/13 17/4 17/10 17/10 17/15 18/12 19/11 21/1 21/8 21/23 22/8 22/11 23/11 24/2 24/3 25/11 25/12 27/2 27/20 28/9 30/12 30/20 31/3 31/7 32/9 32/13 32/14 33/6 36/16 39/25 44/21 45/17 50/6 55/5 55/13 62/3 63/22 64/24 65/3 66/14 66/17 66/22 69/5 73/10 73/15 77/7 77/15 77/15 77/19 78/6 78/25 79/16 80/11 80/16 80/23 81/5 81/11 81/15 84/11 84/20 85/18 88/7 89/12 92/15 93/11 93/19 93/19 93/23 93/25 94/6 94/7 94/23 95/2 95/7 100/6 101/3 102/7 102/16 106/19 107/19 108/6 108/15 108/24 110/19 113/21 114/18 115/4 115/22 118/22 118/25 120/13 121/6 126/27 127/24 128/4 136/9 136/21 141/23 143/12 143/24 146/12 146/20 148/22 149/25 150/14 150/15 156/1 156/3 160/23 161/11 161/14 163/13 165/17 165/23 170/20 171/3 171/6 171/9

**timeline** [3] 52/9 62/25 87/18

**times** [8] 31/22 62/12 67/2 72/14 93/21 138/2 147/23 155/3

**timing** [1] 28/7

**tinkered** [1] 31/24

**title** [10] 13/5 13/23 44/22 56/5 57/18 59/13 68/1 68/4 76/19 139/5

**today** [43] 11/13 12/7 13/12 13/15 13/24 14/4 15/25 16/17 17/24 29/8 30/15 31/2 32/1 43/23 50/10 51/25 52/24 58/8 58/22 61/20 61/24 64/23 67/23 68/20 80/18 90/14 90/16 90/19 95/24 105/13 106/9 106/14 114/13 119/14 121/13 121/20 129/17 149/18 167/4 167/11 169/14 170/3 172/21

**today's** [2] 11/7 29/3

**together** [3] 95/6 96/18 157/22

**told** [6] 29/16 32/7 32/21 32/23 43/16 47/7

**tone** [1] 75/3

**tones** [1] 41/19

**too** [6] 16/4 55/13 75/4 88/22 150/18 160/22

**took** [9] 16/21 37/1 38/18 67/7 102/14 110/9 121/5 121/6 137/10

**tool** [6] 23/23 83/20 83/20 83/23 84/3 133/16

**tools** [5] 101/8 101/23 108/6 108/21 110/4

**top** [2] 86/15 152/25

**topic** [4] 68/9 81/17 150/4 163/2

**topics** [1] 141/13

**Torrie** [1] 68/16

**total** [9] 66/2 104/14 116/3 130/4 130/4 130/12 130/13 131/5 131/6

**totality** [1] 129/6

**totally** [2] 71/12 85/23

**tough** [1] 107/4

**toward** [2] 70/14 74/21

**towards** [3] 19/15 162/16 164/16

**track** [1] 85/23

**tracked** [2] 124/4 148/5

**train** [1] 128/14

**trained** [1] 89/6

**training** [6] 107/25 108/2 108/3 109/4 120/7 139/9

**trains** [3] 97/15 108/12 129/1

**tram** [1] 71/3

**transcript** [3] 1/12 174/5 174/6

**transfer** [1] 128/15

**transition** [1] 98/17

**transportation** [1] 135/21

**transported** [1] 109/20

**trash** [1] 71/5

**tree** [1] 104/4

**tremendous** [2] 17/16 17/16

**trend** [3] 108/6 117/10 118/23

**trends** [1] 102/18

**trial** [2] 8/9 116/8

**Triangle** [3] 82/17 157/12 157/18

**tried** [10] 72/14 128/12 128/13 128/14 128/14 128/14 128/15 128/15 128/16 146/16

**triggered** [1] 127/3

**trilateral** [1] 126/13

**tripping** [1] 123/10

**trowel** [1] 63/2

**trucks** [2] 97/16 128/1

**true** [33] 61/21 88/24 99/24 100/4 100/7 102/13 102/17 107/14 107/22 107/23 108/19 108/25 113/21 114/12 116/7 118/2 119/3 120/6 125/25 126/18 128/4 128/8 128/12 128/19 128/20 128/21 128/23 129/3 129/15 129/16 132/25 134/19 135/7

**Truman** [4] 46/9 47/1 47/11 160/20 160/24

**Truman's** [2] 47/18 160/18

**trump** [2] 10/13 10/17

**try** [11] 23/12 27/8 110/20 121/13 126/9 144/23 150/11 150/23 151/23 159/24 165/14

**trying** [11] 18/8 20/15 70/7 70/10 86/9 106/23 114/20 116/17 123/18 152/10 156/9

**tuberculosis** [2] 146/10 146/14

**turn** [4] 7/1 137/15 150/21 153/6

**turned** [2] 31/23 66/3

# T

**turnover [3]** 107/2 107/6 107/12
**turns [1]** 53/5
**turpitude [3]** 15/6 15/7 15/22
**two [26]** 7/16 8/15 13/8 16/16 35/9 35/20 37/16 38/5 40/7 42/7 48/5 55/10 55/24 57/24 58/11 59/6 59/19 66/11 105/16 127/6 129/2 129/19 139/18 140/11 140/20 168/25
**two-man [1]** 129/2
**type [6]** 8/4 21/25 33/19 38/2 100/25 118/20
**types [6]** 19/12 40/24 46/17 78/22 91/15 122/12
**typically [1]** 123/11

# U

**U.S [54]** 2/2 36/16 47/15 48/5 52/7 53/7 53/17 54/11 56/3 56/5 59/18 59/20 65/8 65/13 65/16 70/13 70/13 70/24 71/25 72/1 72/9 74/5 74/14 78/14 78/15 80/12 80/13 91/24 92/9 94/8 94/13 94/21 96/18 106/10 110/19 110/24 110/25 111/1 111/17 112/14 112/15 114/4 114/6 115/10 115/21 116/10 116/15 117/14 124/2 124/21 125/24 136/4 136/12 139/18
**U.S. [15]** 56/4 57/18 65/8 66/17 66/22 70/8 70/10 70/15 71/1 110/11 112/19 120/7 120/9 120/10 154/10
**U.S. Citizenship [1]** 56/4
**U.S.-born [1]** 154/10
**U.S.-Canadian [1]** 120/9
**U.S.-Mexican [3]** 70/15 110/11 112/19
**U.S.-Mexico [9]** 57/18 65/8 66/17 66/22 70/8 70/10 71/1 120/7 120/10
**U.S.C [1]** 30/1
**ubiquitous [1]** 21/1
**UCLA [4]** 59/14 61/7 123/7 141/20
**ugly [1]** 19/16
**Uh [1]** 131/7
**Uh-huh [1]** 131/7
**ultimately [2]** 26/25 48/4
**umbrella [1]** 66/20
**un [1]** 83/9
**un-addressing [1]** 83/9
**unaddressed [1]** 83/14
**unanimously [1]** 14/19
**unapologetic [1]** 48/18
**unauthorized [6]** 62/4 70/7 113/22 117/4 126/19 139/10
**unaware [1]** 88/17
**uncomfortable [4]** 16/4 30/19 123/22 123/24
**unconstitutional [4]** 39/17 40/13 53/7 53/11
**under [27]** 9/3 13/18 13/18 15/18 25/13 30/1 30/23 32/22 39/17 40/13 41/15 43/7 43/25 44/15 44/15 46/20 53/9 53/9 72/25 125/7 142/16 155/18 157/22 166/22 168/5 169/6 170/4
**undergirding [1]** 77/6
**underlying [5]** 11/17 11/19 12/5 92/7 123/9
**undermined [1]** 18/25
**underscores [1]** 50/2
**understand [18]** 4/22 11/7 19/8 54/18 54/20 56/5 67/3 67/22 78/9 84/1 92/10 101/15 102/25 107/3 112/21 118/14 159/13 159/18
**understanding [13]** 50/5 64/25 68/9 75/19 81/9 94/10 97/13 107/16 109/10 117/25 124/21 125/19 136/18
**understands [1]** 50/7
**understood [7]** 25/25 26/2 26/14 47/2 88/11 107/19 127/17
**undertaken [1]** 116/3
**Underwood [8]** 14/24 15/9 15/20 16/3 16/15 29/23 29/25 34/1
**undesirable [46]** 18/16 19/2 19/10 19/14 24/22 28/13 28/18 30/13 31/13 32/23 46/17 61/25 63/3 63/4 63/7 63/22 64/2 64/11 64/12 64/19 69/12 72/23 91/17 139/21 143/20 143/25 144/13 144/15 145/3 145/10 146/8 146/21 148/16 148/20 149/3 149/13 149/17 150/2 155/19 155/22 162/17 164/9 167/24 168/4 168/12 168/18
**Undesirable Aliens [1]** 146/8
**undesirables [3]** 18/25 24/14 24/16
**undocumented [14]** 84/18 85/5 85/13 94/2 94/18 94/19 95/3 97/22 123/5 127/10 139/19 153/12 157/2 161/16
**undocumented entry [1]** 153/12
**undue [1]** 9/14

**uneven [1]** 81/13
**unfair [3]** 87/9 87/9 87/11
**unfortunate [1]** 135/3
**unfortunately [2]** 122/20 156/11
**unheeded [1]** 28/2
**unilateral [1]** 112/15
**unintended [1]** 126/16
**unique [2]** 10/5 94/17
**UNITED [95]** 1/1 1/4 1/14 2/23 4/6 4/12 13/18 14/15 14/19 15/13 16/8 19/3 20/21 21/3 21/7 23/25 24/13 26/4 26/6 27/12 29/9 33/11 37/2 60/16 62/5 64/13 64/19 64/21 65/5 65/9 65/11 71/10 72/5 77/15 77/20 82/19 87/21 90/15 90/21 96/5 101/10 101/13 101/24 102/2 106/11 110/21 110/25 111/5 113/4 114/15 115/13 116/8 116/11 117/2 123/3 126/6 126/11 127/4 127/8 127/13 127/15 127/19 128/4 135/16 136/1 139/9 140/4 141/16 141/23 142/12 142/13 144/4 144/8 144/15 145/25 146/4 146/6 148/7 152/10 153/4 153/12 153/14 154/8 154/12 154/15 154/16 155/1 155/9 157/10 158/7 160/24 161/1 161/9 161/23 164/6
**United States [82]** 4/6 4/12 13/18 14/15 14/19 15/13 16/8 19/3 20/21 21/3 21/7 23/25 24/13 26/4 26/6 27/12 29/9 33/11 37/2 60/16 62/5 64/13 64/19 64/21 65/5 65/9 65/11 71/10 77/20 82/19 90/15 90/21 96/5 101/10 101/13 101/24 102/2 106/11 110/21 110/23 111/5 113/4 114/15 115/13 116/8 116/11 117/2 123/3 126/6 126/11 127/4 127/8 127/13 127/15 127/19 128/4 135/16 139/9 140/4 141/16 141/23 142/12 142/13 144/4 144/8 144/18 146/4 146/6 152/10 153/4 154/8 154/12 154/15 155/1 155/9 157/10 158/7 160/24 161/1 161/9 161/23 164/6
**United States' [1]** 145/25
**United States's [1]** 87/21
**University [10]** 24/16 139/7 139/11 139/13 139/14 139/25 140/2 141/18 141/19 141/22
**unknown [1]** 86/21
**unlawful [19]** 42/10 58/3 58/5 58/7 58/9 78/17 78/23 80/2 80/12 87/17 87/23 100/20 100/21 101/2 110/7 111/12 120/23 126/24 164/24
**unless [4]** 6/25 11/2 90/2 99/2
**Unlike [1]** 32/8
**unrealistic [1]** 46/14
**unsanctioned [1]** 128/17
**unsecured [1]** 153/7
**unskilled [1]** 102/8
**unstable [3]** 105/21 152/22 152/23
**until [12]** 8/14 15/11 28/8 50/24 63/14 73/20 133/22 136/24 171/9 171/13 172/2 172/17
**unusual [1]** 13/13
**unwanted [1]** 71/12
**unworthy [1]** 73/6
**unworthy/as [1]** 73/6
**up [68]** 10/22 16/21 19/14 20/10 21/16 22/4 22/13 26/25 27/3 28/13 31/11 31/14 33/8 36/14 48/6 53/15 56/21 57/21 58/5 58/8 58/16 60/23 62/8 62/10 62/22 65/20 70/7 71/1 71/20 72/11 72/22 74/2 81/14 83/13 86/9 88/14 90/3 90/7 94/25 95/14 97/18 99/3 109/16 109/20 112/16 113/19 115/16 121/23 123/10 124/2 124/19 129/8 131/16 137/15 142/4 144/11 144/14 145/18 145/25 155/22 157/13 157/17 159/1 159/21 159/24 164/1 167/17 172/10
**updated [2]** 78/9 80/21
**upheld [1]** 43/11
**upon [7]** 18/14 54/9 74/10 80/24 95/17 97/16 147/20
**us [34]** 5/7 5/16 9/1 9/13 12/3 22/10 29/16 30/13 31/25 32/7 32/21 32/23 38/1 38/2 38/3 39/8 40/6 40/24 45/12 47/7 49/23 50/6 64/1 81/6 90/18 94/23 95/18 96/25 98/11 103/5 132/6 145/1 168/7 172/7
**usage [1]** 85/21
**USB [1]** 165/14
**use [9]** 23/24 67/23 76/9 90/16 101/8 101/18 101/23 129/4 139/21
**used [27]** 11/7 12/19 19/10 26/2 26/14 41/18 46/18 64/2 77/5 77/8 85/15 85/19 87/16 88/2 100/23 108/21 118/13 121/10 133/16 140/23 148/2 154/22 154/25 155/2 161/7 161/8 165/5
**useful [1]** 99/14
**uses [1]** 128/25
**using [9]** 14/17 14/18 29/23 52/14 64/25 77/7 78/8 95/17

## U

**using...** [1] 115/17
**USSR** [1] 161/1
**usual** [1] 160/23
**usually** [2] 140/13 140/19
**utilize** [3] 84/3 101/14 118/8
**utilized** [5] 63/7 76/18 84/8 84/21 108/24
**utilizing** [2] 84/18 140/12

## V

**v.** [1] 19/7
**vagrancy** [1] 93/6
**valid** [1] 170/5
**value** [1] 54/4
**values** [1] 18/8
**variance** [3] 46/11 65/11 167/3
**variety** [3] 63/4 64/1 106/19
**various** [4] 31/25 118/11 118/23 166/14
**vast** [5] 66/16 77/3 78/13 88/7 113/25
**version** [2] 30/14 169/3
**versus** [9] 4/6 35/25 73/1 124/9 124/9 129/25 129/25 134/7 164/24
**very** [68] 5/9 6/21 10/25 13/10 17/23 18/9 19/10 19/17 20/12 20/14 20/19 20/24 22/15 24/8 25/13 26/1 26/3 26/12 28/16 30/17 39/8 41/8 58/24 60/3 62/3 70/8 71/22 72/4 84/11 93/7 93/9 98/19 98/19 105/12 106/23 106/23 106/25 107/7 109/21 118/14 122/19 123/8 130/10 135/22 137/3 137/7 137/8 137/10 138/11 144/22 147/20 148/1 149/2 149/12 149/16 150/10 151/2 153/3 155/17 156/24 157/11 157/16 157/7 158/13 159/2 162/22 164/12 164/22
**veto** [2] 46/9 160/20
**vetoed** [1] 47/18
**via** [1] 4/3
**Victor** [2] 19/25 20/1
**Victoria** [1] 139/11
**video** [7] 4/3 13/8 13/9 91/15 122/21 130/20 171/17
**view** [7] 15/3 25/22 40/18 40/21 43/19 46/6 166/9
**viewpoints** [1] 38/14
**views** [1] 48/17
**vindictive** [1] 149/23
**violates** [3] 13/17 15/17 30/1
**violation** [4] 14/20 16/6 117/1 117/14
**violations** [1] 164/25
**violence** [4] 117/20 135/5 135/5 136/18
**virtually** [2] 12/7 33/9
**visa** [6] 72/5 93/14 93/17 99/25 100/2 100/4
**visas** [4] 72/2 72/7 93/23 99/23
**vogue** [1] 24/8
**voiced** [1] 164/7
**voices** [3] 27/24 27/24 148/23
**volume** [1] 137/15
**voluntarily** [8] 5/18 6/6 130/13 130/24 131/9 131/21 134/3 134/14
**voluntary** [11] 131/10 131/12 131/19 133/2 133/3 133/10 133/19 133/20 134/8 134/9 134/10
**volunteer** [1] 133/9
**vote** [3] 15/5 15/21 15/23
**voted** [1] 74/19
**voter** [1] 15/8
**voters** [1] 15/3

## W

**W-I-N-A-N-T** [1] 67/25
**wage** [1] 119/8
**wages** [1] 146/15
**wait** [1] 36/12
**waive** [3] 5/19 5/21 8/13
**waived** [1] 6/6
**walk** [1] 153/9
**Walter** [13] 32/16 45/20 46/21 155/14 157/25 158/9 158/20 158/24 159/7 160/1 162/15 162/15 162/20
**Walter's** [1] 160/9

**want** [68] 10/22 13/11 17/8 32/3 32/16 33/14 36/12 37/16 38/4 43/21 48/19 48/25 49/14 49/18 50/21 51/23 51/22 51/24 53/25 54/5 54/8 54/14 55/4 55/23 62/20 68/23 69/11 69/14 70/15 72/13 74/13 75/7 75/24 75/25 83/25 87/15 88/22 90/7 90/10 95/22 105/2 105/12 105/13 105/22 112/11 115/8 115/9 118/14 118/17 118/17 118/18 122/19 123/9 132/6 135/22 136/10 136/15 142/3 142/5 142/7 144/25 148/15 150/3 150/23 154/21 163/2 163/5 166/8
**wanted** [22] 7/6 7/24 13/15 15/19 21/19 23/24 53/18 53/24 54/12 55/6 57/13 57/22 58/16 61/24 64/23 83/18 88/22 145/13 145/16 145/21 153/13 153/14
**wanting** [1] 64/12
**war** [17] 17/12 65/8 67/9 67/19 73/21 87/11 87/11 100/6 100/7 106/18 108/17 118/6 127/1 127/24 128/3 134/24 136/16
**War II** [8] 67/9 67/19 73/21 87/11 106/18 127/1 127/24 128/3
**Warmth** [1] 98/19
**warned** [2] 25/16 127/13
**warnings** [1] 28/1
**wars** [2] 136/6 136/11
**was** [380]
**Washington** [5] 59/25 127/12 139/13 139/14 141/22
**wasn't** [14] 15/11 15/22 18/20 28/8 28/25 40/14 44/6 72/16 102/8 107/17 108/15 132/5 156/6 158/4
**wasting** [1] 9/14
**watch** [1] 24/24
**wave** [1] 28/21
**way** [48] 5/6 11/22 11/23 12/12 12/20 14/3 18/7 18/21 25/19 27/23 27/25 29/13 52/17 52/18 54/6 63/21 65/9 65/22 65/24 72/17 78/9 86/2 86/2 87/14 97/7 98/13 98/16 98/21 105/15 105/15 111/7 111/15 111/17 112/12 115/23 119/19 121/9 133/10 143/9 150/11 150/18 152/13 157/1 162/12 163/13 165/16 167/10 169/22
**ways** [15] 14/1 18/2 18/3 31/25 49/24 63/4 65/2 93/9 115/18 141/2 166/1 166/6 166/12 166/13 166/17
**we** [250]
**we'd** [1] 14/23
**we're** [16] 36/6 37/21 37/23 48/22 50/11 50/19 74/13 80/18 102/22 112/23 114/9 123/18 143/25 151/14 161/6 162/5
**we've** [10] 18/4 69/15 74/10 83/16 85/1 95/2 95/10 142/6 143/21 162/3
**Wednesday** [2] 171/8 173/3
**weed** [2] 63/7 63/21
**weeded** [1] 63/6
**weeding** [1] 24/14
**week** [1] 52/5 89/8 89/8 171/6 171/8
**weeks** [1] 85/6
**weigh** [1] 123/15
**welcome** [6] 37/13 58/25 99/16 117/9 138/11 139/3
**well** [65] 9/1 10/16 12/2 20/14 20/19 26/1 26/3 31/4 38/8 45/15 45/16 52/1 62/3 64/10 73/3 73/23 74/21 77/13 78/15 79/1 81/3 81/20 84/4 84/11 84/16 93/7 93/7 95/7 97/14 101/25 102/11 108/16 108/17 115/3 119/13 120/11 120/23 123/24 126/14 127/23 129/7 134/4 135/8 136/22 139/12 140/4 140/10 140/24 140/24 141/9 142/14 143/14 145/16 146/18 147/11 150/16 151/23 152/11 158/2 161/6 161/13 161/17 163/22 164/8 170/14
**well-known** [2] 93/7 146/18
**Wendell** [1] 19/6
**went** [9] 28/2 32/13 43/22 44/5 74/2 87/6 87/7 144/10 152/20
**were** [177]
**weren't** [3] 66/22 69/18 132/23
**west** [11] 60/18 71/14 73/16 73/20 74/4 74/4 74/7 74/14 76/21 82/10 83/25
**western** [15] 20/22 21/13 60/18 63/24 64/5 66/5 71/10 72/15 97/10 142/13 143/23 144/16 159/6 159/9 160/17
**wetback** [21] 47/13 48/1 81/5 83/13 85/1 85/1 85/15 97/7 97/9 97/13 108/12 154/22 154/25 155/7 155/15 155/16 155/2 156/8 156/12 156/19 162/12
**wetbacks** [4] 155/11 155/13 155/17 155/25
**what** [178]
**what did** [1] 9/23
**what's** [12] 21/22 37/7 65/24 71/22 86/15 98/8 111/4 116/20 119/18 131/24 149/9 170/14
**whatever** [4] 10/24 41/20 50/13 172/11

**W**

whatsoever [1] 39/16

when [82] 13/19 15/1 15/13 16/2 16/5 16/17 17/8 20/3 22/13 26/22 28/10 28/14 32/8 32/13 33/1 33/16 33/17 33/19 34/14 35/7 36/4 38/16 41/24 42/22 42/22 42/23 42/24 42/25 43/13 43/23 44/2 45/5 45/6 46/15 48/17 49/9 50/22 55/25 64/10 65/20 66/13 67/3 67/4 67/9 71/6 71/17 75/10 85/20 86/7 86/8 87/12 87/23 94/24 96/25 108/11 108/23 110/6 120/6 120/14 120/19 123/12 123/13 125/24 126/25 129/17 131/16 135/25 143/24 146/16 152/9 153/6 153/7 153/16 153/17 160/14 160/25 162/7 165/25 167/1 167/18 172/6 172/7

where [25] 25/23 32/9 34/14 37/21 40/7 42/8 43/5 43/9 49/20 58/15 68/24 82/1 96/21 97/16 98/9 98/18 103/23 104/7 106/20 134/6 134/13 142/12 153/9 156/3 158/3

whereas [1] 161/7

whether [43] 9/6 11/23 15/17 17/3 34/10 34/11 34/25 35/3 35/4 36/9 39/24 39/25 40/1 40/2 40/25 41/1 41/4 41/5 41/6 41/17 46/22 60/5 61/20 67/21 81/15 81/16 84/7 91/17 92/6 104/17 105/6 105/10 129/22 144/1 144/3 144/25 145/22 147/24 156/14 162/19 162/20 169/7 169/11

which [71] 4/7 15/13 24/11 26/9 28/7 30/18 32/3 33/8 34/23 35/25 37/11 38/9 43/12 47/5 47/13 63/14 65/3 66/1 71/9 72/5 78/8 79/8 82/17 83/10 84/17 84/18 86/21 86/22 93/16 93/17 94/2 94/14 94/23 96/2 96/4 96/6 98/4 99/3 104/24 105/7 106/8 106/8 109/13 110/1 111/8 111/17 114/14 114/22 116/1 116/16 116/24 121/9 122/12 126/16 127/19 128/17 132/25 133/1 136/4 141/6 147/21 155/15 156/19 156/20 157/19 159/6 160/15 161/9 162/13 167/24 169/7 169/11

whichever [3] 45/10 57/5 57/6

while [9] 25/21 82/19 154/3 156/16 156/20 157/9 157/22 158/4 159/1

whistle [1] 50/11

white [25] 17/14 17/19 18/2 18/6 26/6 26/15 45/22 45/22 50/7 65/7 65/13 65/15 71/2 71/2 71/2 71/5 75/1 77/20 96/17 118/17 143/10 147/4 147/19 152/20 154/5

whiteness [3] 143/4 143/5 143/7

whites [1] 17/23

who [92] 8/18 20/20 21/6 22/5 22/10 23/7 23/24 24/4 27/15 27/16 27/16 29/19 32/14 33/10 33/10 40/8 46/8 49/23 51/3 63/5 63/13 63/23 66/19 66/22 69/3 69/17 71/1 71/2 72/11 74/18 75/4 76/17 77/4 77/10 77/11 77/19 78/6 78/16 78/19 81/1 82/12 82/23 83/17 83/19 88/7 91/22 92/3 92/4 93/14 93/15 117/19 118/11 122/12 123/4 125/6 128/9 131/3 131/18 136/11 140/2 140/21 140/22 146/8 147/3 147/8 147/8 147/16 148/2 148/2 153/22 154/6 155/1 155/6 155/8 155/8 158/4 161/7 161/8 161/9 164/6 164/9

whole [2] 34/11 136/23

whom [2] 35/10 44/13

whose [3] 153/25 154/4 156/11

why [34] 12/9 12/10 27/14 35/21 47/3 47/4 47/11 47/18 49/14 60/6 64/18 65/6 69/4 70/2 73/7 73/22 74/1 77/21 78/21 88/6 94/5 94/17 95/1 98/5 102/15 106/15 115/8 135/15 136/13 147/17 163/4 170/15 170/15 170/25

wide [1] 40/23

wide-ranging [1] 40/23

widely [1] 60/3

WiFi [1] 152/23

will [102] 4/24 5/18 8/7 8/10 8/14 9/14 10/12 11/12 11/14 18/5 18/22 20/13 21/21 22/3 22/10 24/8 25/7 28/4 28/15 28/20 29/8 30/11 30/12 30/21 31/2 31/8 32/2 33/4 34/21 34/22 35/1 37/14 43/22 45/13 45/15 45/21 46/16 47/21 48/14 48/20 49/5 49/6 49/16 50/10 50/14 51/13 51/14 51/18 55/7 55/8 56/7 56/11 56/12 56/13 56/14 56/16 56/17 58/6 63/8 63/9 65/3 67/22 72/3 74/11 74/11 81/25 82/2 82/3 83/17 84/13 91/14 91/22 94/7 99/2 99/18 100/10 105/24 119/20 125/17 132/12 135/21 138/4 139/4 139/8 140/6 144/23 146/22 151/3 153/1 163/17 163/19 165/22 165/24 166/8 167/17 167/22 171/19 172/1 172/3 172/8 172/11

Winant [1] 67/25

wine [1] 158/9

winning [1] 60/20

withdraw [3] 103/13 163/17 163/19

withdraw [3] 103/13 163/17 163/19

withdrawn [1] 43/20

within [13] 48/10 69/6 85/6 96/5 100/14 110/10 112/22 115/20 127/17 141/7 144/4 147/8 147/8

without [21] 32/12 37/9 39/10 39/25 41/9 43/2 43/10 49/11 49/21 55/4 93/14 94/16 114/3 114/5 114/8 116/11 154/9 155/3 155/11 166/6 174/6

witness [18] 7/18 8/19 8/24 9/12 51/4 51/13 55/3 55/12 58/18 59/3 132/1 137/12 138/14 142/17 145/21 152/15 157/13 164/1

witnesses [22] 3/3 7/16 8/6 8/16 8/17 8/18 9/3 9/7 9/9 9/17 10/4 10/19 31/9 36/13 48/14 48/22 50/25 51/15 52/1 55/5 56/24 57/11

women [3] 26/6 126/23 126/23

won [5] 60/13 60/15 60/15 60/17 60/18

won't [1] 160/22

wonderful [2] 93/20 98/5

word [6] 67/2 87/20 130/4 134/18 147/22 147/23

wording [1] 31/24

words [6] 33/1 54/1 79/14 89/2 123/1 158/10

work [35] 24/18 40/4 59/23 60/5 60/8 60/20 69/6 69/6 70/19 79/5 84/6 94/8 107/4 107/6 109/6 113/1 124/1 124/21 140/16 140/19 140/24 141/2 141/5 141/8 141/11 141/20 141/24 141/25 146/15 151/3 162/1 165/2 165/23 171/19 172/12

worked [4] 59/24 110/20 120/16 120/21

worker [1] 118/17

workers [11] 23/11 23/13 71/3 71/9 72/4 73/8 74/10 110/20 118/17 119/8 126/1

workforce [1] 104/1

workforces [1] 115/17

working [7] 60/3 71/2 97/17 120/9 121/1 121/7 165/8

working-class [1] 71/2

works [4] 171/20 172/8 172/9 172/11

world [16] 19/12 19/13 46/14 65/25 67/9 67/19 73/21 87/11 87/11 100/6 100/7 106/18 108/17 127/1 127/24 128/3

World War II [1] 87/11

worth [2] 15/21 59/25

would [171] 5/14 5/15 7/1 8/3 8/15 8/16 9/11 11/2 14/24 17/6 20/7 21/6 21/6 21/9 21/13 21/17 26/10 26/12 29/11 29/13 35/21 36/10 39/15 39/16 40/12 41/19 44/14 47/2 50/23 51/7 51/12 51/24 52/16 52/18 52/19 52/23 53/3 53/4 53/15 53/16 53/22 53/24 54/10 56/20 58/21 59/2 59/4 59/15 64/20 66/20 67/20 69/16 69/22 69/24 70/6 72/11 72/17 74/22 75/2 75/15 75/18 76/8 77/8 77/8 77/10 77/11 77/20 77/21 78/25 79/22 80/8 81/1 81/16 81/17 81/23 81/24 82/1 82/5 83/5 88/5 88/23 90/13 90/14 91/1 92/5 92/20 92/24 93/1 93/9 93/10 93/11 93/12 94/4 95/5 95/23 96/1 97/7 97/12 99/6 99/9 100/19 100/1 101/7 101/17 101/19 101/22 104/3 105/2 105/10 105/14 106/25 108/25 109/22 116/24 117/4 118/11 120/13 120/15 120/19 120/25 121/6 122/14 123/8 123/22 124/6 124/22 124/23 127/15 127/23 127/23 129/9 129/13 129/15 130/2 130/9 130/10 132/9 134/7 134/11 136/13 138/16 144/16 146/6 147/8 147/8 147/11 147/13 150/16 153/15 154/16 159/12 160/4 163/4 165/2 165/18 165/19 167/6 167/10 167/12 167/17 167/20 169/5 169/11 170/6 170/11 170/13 171/6 172/6 172/7 172/7

wouldn't [4] 29/12 107/23 109/4 153/16

wound [1] 28/13

wrap [1] 56/21

write [2] 63/1 157/17

writes [1] 122/12

writing [2] 12/4 60/24

written [16] 18/2 57/3 59/19 97/8 104/3 112/13 167/20 167/21 172/5 172/7

wrong [3] 26/25 52/18 170/14

wrote [8] 22/11 24/13 25/15 57/16 57/16 129/7 129/9 129/17

**X**

XIAP [12] 1/7 4/6 4/17 4/19 5/2 5/5 5/10 5/15 5/24 6/6 29/25 58/21

Xiap's [3] 12/6 14/23 68/11

**Y**

yeah [9] 73/19 80/22 83/22 86/4 112/1 121/8 127/22 128/20 156/8

**Y**

**year [14]**  16/7 31/7 44/24 45/10 50/13 76/16 91/13 91/13 100/14
130/22 130/22 132/25 133/8 133/22

**years [21]**  14/17 15/11 19/23 21/20 27/19 34/3 34/13 34/23 42/7
44/25 48/5 59/18 69/3 80/19 91/12 113/17 113/17 126/25
130/14 133/25 148/17

**yes [68]**  4/11 4/25 5/23 5/25 8/25 12/14 17/20 19/9 20/8 27/2
34/18 35/14 35/19 37/24 39/18 42/11 43/5 43/6 45/18 51/1
51/16 54/24 61/17 61/19 61/22 67/24 68/12 75/17 75/23 80/11
82/21 88/21 91/9 101/12 105/1 106/15 107/23 110/12 111/21
112/25 116/6 117/10 119/5 119/9 119/22 120/24 122/2 124/16
124/22 128/3 130/7 130/17 131/5 133/7 136/14 137/25 138/7
149/8 151/19 157/14 163/1 166/4 170/24 171/22 171/23 171/25
172/13 172/14

**yesterday [1]**  8/20

**yet [9]**  8/18 10/8 41/17 52/8 55/6 57/4 98/20 98/21 104/8

**York [4]**  27/11 159/19 159/22 159/25

**you [551]**

**You know [1]**  75/3

**you'd [1]**  172/5

**you'll [1]**  84/5

**you're [17]**  12/11 30/7 33/19 58/25 68/23 97/6 103/9 115/5
123/14 123/22 134/5 150/10 153/7 158/12 159/10 159/21
159/24

**you've [15]**  32/8 37/11 42/6 53/23 55/15 61/24 68/21 68/22 96/8
111/7 115/24 116/24 140/25 154/19 165/19

**Young [1]**  68/16

**your [207]**

**Your Honor [69]**  4/18 5/4 5/8 6/12 6/16 7/12 7/14 7/19 7/24
8/25 10/7 10/24 11/5 12/2 12/3 12/14 13/3 13/4 13/10 14/9
15/25 16/17 19/9 19/24 20/6 20/19 23/15 27/1 27/21 28/15 29/4
35/14 35/19 35/23 37/13 37/20 37/21 39/18 39/25 40/15 42/11
47/19 47/22 47/23 51/1 51/13 54/17 54/20 54/25 55/17 73/12
75/12 75/17 86/11 86/22 90/3 99/17 103/13 125/17 130/8
131/23 132/6 137/18 138/7 150/12 150/24 151/10 152/1 172/20

**Your Honor's [3]**  26/12 43/17 99/9

**yours [3]**  13/2 92/12 99/4

**yourselves [1]**  172/4

**youths [1]**  41/16

---

**Z**

---

**Zone [2]**  63/15 63/20

```
1                    IN THE UNITED STATES DISTRICT COURT

2                      FOR THE DISTRICT OF OREGON

3

4    UNITED STATES OF AMERICA,        )
                                      )
5              Plaintiff,             )    3:19-cr-00407-SI
                                      )
6    vs.                              )    February 3, 2021
                                      )
7    AUGUSTIN MACHIC-XIAP,            )       Portland, Oregon
                                      )
8              Defendant.             )

9

10

11                          (Motion Hearing)

12                     TRANSCRIPT OF PROCEEDINGS

13              BEFORE THE HONORABLE MICHAEL H. SIMON

14                UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25
```

1                              APPEARANCES

2   FOR THE GOVERNMENT:        Sarah Barr
                               U.S. Attorney's Office
3                              1000 SW Third Avenue, Suite 600
                               Portland, Oregon 97204
4

5

6   FOR THE DEFENDANT:         Alison Clark
                               Elizabeth Daily
7                              Federal Public Defender's Office
                               101 SW Main Street, Suite 1700
8                              Portland, Oregon  97204

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  COURT REPORTER:            Dennis W. Apodaca, RDR, FCRR, CRR
                               United States District Courthouse
24                             1000 SW Third Avenue, Room 301
                               Portland, OR  97204
25                             (503) 326-8182

```
 1                              INDEX

 2   Motion hearing resumed:

 3   Witnesses:  (For the Defense)    Direct   Cross   ReDirect

 4   Benjamin Gonzalez O'Brien            179     230

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        (February 3, 2021)

 2                    P R O C E E D I N G S

 3              (The following motion hearing was held via video

 4    conference and telephonically:)

 5              THE COURT:  Good morning, everyone.

 6              We are here in the continuation of the evidentiary

 7    hearing and oral argument in the case of United States versus

 8    Augustin Machic-Xiap, 3:19-cr-407-SI.

 9              Do we have our court reporter on the line?

10              THE COURT REPORTER:  Yes, Judge.  I'm here.

11              THE COURT:  Good morning.

12              Ms. Barr, will you enter your appearance for the

13    Government, please.

14              MS. BARR:  Good morning, Your Honor.  AUSA Sarah Barr

15    appearing on behalf of the United States.

16              THE COURT:  Good morning.

17              Good morning, Ms. Clark and Ms. Daily.  Will you

18    please enter your appearances.

19              MS. CLARK:  Good morning, Your Honor.  This is

20    Alison Clark on behalf of Mr. Machic-Xiap, who is also present.

21              MS. DAILY:  And also Elizabeth Daily, along with

22    Mr. Machic-Xiap.

23              THE COURT:  I understand we have our court

24    interpreter on the line to assist the defendant.  Will you

25    enter your appearance, Mr. Knaebel.
```

B. Gonzalez O'Brien - D

1        THE INTERPRETER:  Yes.  Good morning, Your Honor.
2   Federally court-certified interpreter Andre Knaebel standing by
3   for any clarifications that are needed.
4        THE COURT:  Thank you.
5        I also want to let all counsel know that yesterday I
6   received the filing from defense counsel, the notice of
7   supplemental authorities, Docket 45, and the supplemental
8   exhibits, Docket 46.  I thank you for that.
9        I see that we have Professor Gonzalez O'Brien.
10       Good morning, Professor.  Can you see and hear me?
11       THE WITNESS:  I can.  Can you see and hear me?
12       THE COURT:  That's fine.  Thank you and thank you for
13  coming back.
14       All right.  We are still in the direct examination of
15  Professor Gonzalez O'Brien.  Defense counsel may continue.
16       MS. DAILY:  Thank you, Your Honor.
17                    DIRECT EXAMINATION
18  BY MS. DAILY:
19  Q    Professor Gonzalez O'Brien, I want to focus today on
20  drawing out the connective tissues between where we left off
21  with the 1920s immigration laws and moving through the 1952
22  McCarran-Walter Act and then bringing us up to the present
23  statute that's currently in effect and specifically discussing
24  immigration across the southern border.
25       Can you please address the development of the term

B. Gonzalez O'Brien - D

1    "wetback"?

2    A    So the term "wetback" is used to describe individuals

3    entering the United States illegally from south of the

4    Rio Grande River.  Since there are no bridges, the idea is that

5    they had to cross the Rio Grande; therefore, they wind up wet.

6         But that term in the 1950s -- well, 1940s and

7    1950s -- starts to be used increasingly as a racialized term;

8    as a term that is almost a substitute for the discussion of

9    Mexicans that you see in the Undesirable Aliens Act; one that

10   carries a number of negative connotations and one that has

11   racially derogatory intent.

12        I want to talk a little -- so in terms of -- in terms

13   of the phrase "wetback," the term is --

14   BY MS. DAILY:

15   Q    I think we missed the beginning part of the answer.

16   Please repeat that.

17   A    So the Bracero Program is implemented in 1942, and this is

18   a trilateral agreement between -- primarily between the

19   United States and Mexico.  The idea with the Bracero Program is

20   this would allow individuals -- Mexican workers -- to come into

21   the United States to meet labor demands and that these workers

22   would have additional protections beyond what was traditionally

23   extended to Mexican workers in the United States.

24        So they would be guaranteed a wage.  They would also

25   be guaranteed housing, and they would be guaranteed kind of,

B. Gonzalez O'Brien - D

1  you know, daily money to feed themselves and handle things like

2  that.

3          So the Bracero Program is meant as a way of meeting

4  labor demands in this kind of a post Depression period in a way

5  that was initially meant to kind of serve as a means of

6  decreasing undocumented entry.

7          But what you have with the Bracero Program is, first

8  of all, the requirements that are placed on the Braceros

9  themselves oftentimes can spur or could act as a spur on

10 undocumented immigration.

11         The first issue with the Bracero Program is that

12 there was more demand for spots in the program than there were

13 actual spots in the Bracero Program.  In addition to that,

14 there was a lot of -- there were additional procedures that

15 Braceros had to go through, including the payment of fees in

16 Mexico, the registration, traveling to the border, submitting

17 to health inspection, chest X-rays, and other things meant to

18 screen for illness or disease.

19         Then after that, they were contracted to an employer.

20 Now, that employer was supposed to pay the promised wage, the

21 contracted wage.  But what you actually see is a number of

22 employers just ignore these contracted wages and actually pay

23 Braceros less.  Over the course of the program, that would

24 allow for employers to be dropped from the Bracero Program if

25 they violated the terms of the contract.  But in 1956, only 50

B. Gonzalez O'Brien - D

1  employers out of the 1,631 who were reported as violating the

2  program were actually dropped from it.

3          In addition, in 1954, in a re-negotiation of the

4  program, Mexico had agreed to drop its ability to unilaterally

5  blacklist employers in the United States.  So for Mexican

6  workers, for Braceros, there becomes little recourse in the

7  conditions that are promised if they're not met once they're in

8  the United States.

9          Now, this is paired with kind of the procedural steps

10 that they have to take to do -- to go into the program.  And at

11 the same time some employers, particularly employers in border

12 states or border regions, continue to see the reliance on

13 undocumented labor as an easier means of getting workers than

14 going through the red tape of the Bracero Program.

15          This was something they had traditionally relied

16 upon.  They didn't have to -- the wages for undocumented

17 workers were lower than Braceros.  They didn't have to offer

18 any kind of housing or anything like that.  The requirements

19 were lower.  So you continued to see this exploitation of

20 undocumented workers by some employers.

21          In addition, even those employers who worked under

22 the -- who had workers through the Bracero Program oftentimes

23 also employed undocumented workers alongside the Braceros,

24 again, as a means of meeting the labor demand in that

25 particular area.  So as the Bracero Program proceeds from the

B. Gonzalez O'Brien - D

1  beginning in 1942, you also have a growth in undocumented

2  immigration from Mexico.

3  Q     Just to interrupt to make sure I'm following the arc, am I

4  hearing that the sort of limitations or motivations under the

5  Bracero Program actually spurred undocumented crossings on the

6  southern border?  Is that a correct assumption from what I'm

7  hearing?

8  A     That is correct.  The other thing to keep in mind is that

9  this was a program aimed at bringing in workers.  This was not

10 a program aimed at bringing in families.  So in some cases some

11 of those undocumented entrants were the family members of

12 Braceros.

13         In addition, there was a lot of discussion -- or

14 there was discussion of the ability to find work in the

15 United States.  Some individuals chose to go through the

16 Bracero Program; some individuals chose to enter illegally,

17 again, for a number of different reasons.

18         Alongside the Bracero Program you have this growth in

19 undocumented entry across the 1940s and 1950s.  You see an

20 increasing discussion, both at the level of the Government but

21 also within academic research, on what was called the "wetback

22 problem."  This idea that -- the Bracero Program was in some

23 ways meant as a means of controlling the number of Mexicans in

24 the United States.  They were a temporary labor force.

25         If we go all the way back to 1911, Mexicans were

B. Gonzalez O'Brien - D

1   temporary.  They were not seen as a problematic population.
2   This is part of the Dillingham Commission Report that
3   essentially says that you can't really assimilate Mexicans, but
4   what you can do is you can use them for labor.  And as long as
5   they return to Mexico, then they don't pose that threat to kind
6   of the racial purity of the United States, because they're
7   temporary.

8          Across the early part of the 20th century, we see a
9   lot of push and pull over this, right, this idea that we need
10  these individuals as laborers, but we also don't want them
11  establishing permanence in the United States.

12         So in the 1940s, as you have this growth of the
13  undocumented population, you have the increasing attention that
14  is paid to this "wetback problem."  And the term "wetback" is
15  one that is a racialized term; that is being used and is very
16  broadly applicable to individuals who are or look like they
17  could be of Mexican descent.

18         I want to reference a 1951 study titled "The Wetback
19  in the Lower Rio Grande Valley."  So it was published in 1951.
20  This is the year preceding the passage of the McCarran-Walter
21  Act.

22         In that study it's noted that "no careful
23  distinctions are made between illegal alien and local citizens
24  of Mexican descent.  They are lumped together as Mexicans, and
25  the characteristics that are observed among the 'wetbacks' are,

B. Gonzalez O'Brien - D

1   by extension, assigned to the local people."

2           So essentially what this means -- and this is

3   something that Latinos today continue to discuss in the context

4   of the term "illegal alien."  The distinction of who is a legal

5   Mexican, who is an illegal Mexican, who is a Mexican-American,

6   and who is an illegal entry or a "wetback," or whatever term

7   was used, is oftentimes nonexistent because this is such --

8   because this is a racialized term.  It means people who are

9   brown.  And because of that, it is applied very broadly.

10          The term "wetback," in addition to having this

11  racialized aspect, also carries with it some the baggage that

12  we see explicitly referenced in regards to race in 1929 with

13  the discussion of the -- or the debate over the Undesirable

14  Aliens Act.

15  Q    Where do we see those --

16          THE COURT:  Can I ask a question just following up on

17  something that Professor Gonzalez O'Brien just said, and it is

18  a little bit more of a methodological question.

19          How do scholars in your field, Professor, know that

20  term is a racialized term?

21          THE WITNESS:  So there are is a number of different

22  ways that you can look at -- you know, today, the term that

23  we're looking at today is kind of the "illegal immigrant,"

24  because obviously the term "wetback" is not used by many, and

25  those individuals using the term "wetback" usually don't have

B. Gonzalez O'Brien - D

1  to draw these fuzzy words.

2        But in terms of phrase "illegal alien," there are a

3  number of studies both in the political science literature and

4  the psychology literature that essentially ask people -- and

5  the methodology varies.  But one study in 2018 in the American

6  Sociological Review, which is one of the highest-ranking

7  journals for sociology, in this they wanted to look at -- what

8  the associations -- what researchers wanted to look at what the

9  associations were with the term "illegal immigrants"; who

10  people believed would be illegal immigrants.

11        So what they did was they gave each participant in

12  the study ten different profiles to consider.  They asked them

13  to essentially, based on the demographic information -- there

14  was some information, I believe, regarding education.  There

15  was some information regarding whether that individual had been

16  arrested for a crime at some point.  Then there was information

17  about either their country of origin or their race.

18        What they found in that study was, first of all,

19  "Latin Americans," period, were more likely to be classified as

20  illegal.  Out of these random ten profiles that were

21  assigned -- Mexicans were the most likely.  If you said that

22  somebody is "of Mexican descent" or is "a Mexican immigrant,"

23  then they were most likely to be characterized as illegal.

24        This was also applicable -- I think one of the other

25  Latin American countries was El Salvador.  That was another one

B. Gonzalez O'Brien - D

1    that came up in the top three in terms of this.

2         So this is just one example of how we look at the

3    kind of racialized aspects of this; this idea that if you say

4    "illegal immigrant" to someone, what does that mean?  What do

5    they think of?  What pops into their head?  Because we know

6    that terms tend to prime us to think of certain things.

7         Mae Ngai, in *Impossible Subjects*, a book I reference

8    frequently -- and I think is one of the best books written on

9    the subject of illegal immigration from a historical

10   standpoint.  She says because of this long history that we've

11   discussed over the course of this trial, because of this long

12   history between the United States and Mexico, because of this

13   long history around the labor of Mexican immigrants in this

14   country, that Mexicans are now the iconic illegal immigrant,

15   but this is also broadly applicable to this racialized category

16   of Latinos, which in the United States is kind of a panethnic

17   category that means a whole variety of things with few

18   distinctions.

19        So that's one way in which we examine -- and again,

20   the methodology, there are a number of different ways to look

21   at it.  But every study I've looked at that has essentially

22   come to the same conclusion:  When you ask somebody about

23   illegal immigration, what they are thinking of is immigration

24   from Mexico.  They are not thinking of visa overstays.  They

25   are thinking about people not only people from Mexico, but they

B. Gonzalez O'Brien - D

1    are thinking about people who crossed the southern border,

2    which is a declining percentage of undocumented entrants.   A

3    larger percentage of undocumented entrants are actually visa

4    overstays today.

5              So -- go ahead, Liz

6    BY MS. DAILY:

7    Q    I just wanted to go back for a moment before we get too

8    far into that issue.   How do we know, from the historical

9    record, that "wetback" was a racialized term and that it would

10   have been understood that way in the 1950s?   What I'm hearing,

11   it sounds like one of the ways you know a term is racialized is

12   the association of negative characteristics to a class through

13   the use of that term.

14             Is that what you are looking for in the '50s, and can

15   you describe to us whether there is evidence of that?

16   A    There is evidence of that.   In addition to the study that

17   I mentioned, the 1951 study, if I'm remembering correctly, it

18   was actually something that was paid for by a Mexican-American

19   group because they were concerned about these negative

20   connotations of the term "wetback" and how these were being

21   broadly applied to Mexicans, as a group, regardless of their

22   citizenship or legal status.

23             But another study in 1953, by the GI Forum of Texas

24   and the Texas Federation of Labor addressed who "wetbacks" were

25   essentially, and it divided "wetbacks" into two different

B. Gonzalez O'Brien - D

1    groups.  The first group was a docile group of agricultural

2    workers who accepted, and I quote:  "Good or bad treatment,

3    starvation wages, diarrhea or other sickness for its children,

4    and unsanitary living conditions."

5          But in addition to this -- okay, this is one group of

6    "wetbacks."  But there was another group of "wetbacks," a group

7    of "wetbacks" that they referenced as "pachucos."  As you go

8    back, these are -- if you've heard of the Zoot Suit Riots,

9    these are young Latino men who wear flashy clothes and are less

10   assimilationist.  These individuals are viewed as a problematic

11   group in this period.

12         But the pachucos, these were the criminals, the

13   marijuana peddlers and users, the falsifiers of identity

14   documents, the smugglers, the prostitutes, and the homosexuals.

15   So you have this characterization in much the same way that we

16   saw in 1929 of criminality with the term "wetback"; that these

17   individuals are not only docile agricultural workers who come

18   in and don't care about their living conditions.  And even

19   that -- even that is a racialized term, because you are saying

20   that these individuals who are coming in, the docility on their

21   part -- we know this is a characteristic of racial inferiority,

22   if we go back to some of the early discussion of how you

23   distinguish superiority and inferiority.

24         So you have this characterization, and this is

25   extended to discussion of immigration policy.  So

B. Gonzalez O'Brien - D

1   Senator Kilgore of West Virginia, in 1952, during debate over

2   what would become known as the "Wetback Bill" -- this was the

3   anti-harboring legislation of March 20th, 1952.  It was passed

4   three months before, prior to the McCarran-Walter Act.  What it

5   introduced, Senator McFarland, when asking for the

6   consideration of Senate Bill 1851, states:  "Senate Bill

7   1851" --

8   Q    I'm sorry.  I don't think the court reporter got the

9   quote.  Can you start it again, the quote from Senator Kilgore?

10   A    Senator McFarland, with the introduction of Senate Bill

11   1851, notes that it is a bill known as the "Wetback Bill."

12   Senator Kilgore of West Virginia, during debate over this

13   legislation, noted:  "Practically every state of the Union has

14   had the wetback problem.  Some of these people cannot meet the

15   standards of immigration.  They may be criminal.  Because they

16   are 'wetbacks,' they can be kept in a stage of peonage."

17        So you have these -- go ahead.  Sorry.

18   Q    I wanted to ask you -- I want to ask you a specific

19   question about the 1952 legislation and the "Wetback Bill."

20   But before I get there, how long was the term "wetback" part of

21   the common parlance and the criminal immigration parlance in

22   our history?  Did that go out of use at some point in time?

23   A    Yeah.  You see it stopped being used, at least at the

24   level of governmental discussion of undocumented immigration,

25   by the end of the 1950s, and the replacement with the term

B. Gonzalez O'Brien - D

1   "criminal aliens" or "illegal aliens."  And then, of course, by

2   the time we get up to the 1980s, 1990s we are using this term

3   "illegal alien" as kind of a replacement.  But I think what is

4   important to consider is that these terms are replacements for

5   one another.

6          As you move out of the period of the 1920s and out of

7   this period of kind of open eugenecist thinking, especially in

8   the post World War II period, you are no longer talking in

9   terms of races and racial purity but instead you attach

10  different terminology to it, the terminology that carried the

11  same kind of racial categorization and the same kind of

12  negative stereotypes that are ascribed to an entire group of

13  people.  That becomes "wetbacks" and later that becomes

14  "illegal aliens."

15  Q    Okay.  So that's a good set-up for my next question.  We

16  covered the McCarran-Walter Act in some part last week, but I

17  had some difficulty with the audio and technological issues,

18  and I just want to make sure that we are on the same page with

19  that.

20          So can you talk about your response to the

21  description about legislation as "having not one iota of

22  racism."

23          Do you agree with that description, and what can we

24  see in the Act that proves or disproves it?

25  A    I disagree with that characterization of McCarran-Walter,

B. Gonzalez O'Brien - D

1    and I think that if you read through the debate over the
2    McCarran-Walter Act and the statements made during the debate,
3    certainly the racism that we see very explicitly offered in the
4    debate over the Johnson-Reed Act of 1924, that's stripped away.

5             But you do see the continuation of the racialized
6    aspects of National Origins quotas.  McCarran-Walter moved the
7    reference census lowered to 1920s.  So with Johnson-Reed, it
8    was the 1890 census.  McCarran-Walter moves it forward to 1920.

9             But what you see entered into congressional committee
10   hearings on McCarran-Walter are people showing that this bill
11   would extend more quotas to Northern and Western Europe
12   compared to Southern and Eastern Europe.  So this is
13   essentially preserving much of the -- the same quotas that are
14   essentially the same as the Johnson-Reed Act.
15   Q    Did the ending of World War II and sort of the exposure of
16   what happened in Nazi Germany with respect to Jewish people,
17   did that prompt a desire in Congress to be seen as non-racist?
18   A     Yeah.  I mean, the end of World War II and the horrors of
19   the Holocaust really make that kind of the explicitly racist
20   thinking, or at least expression of racist thought.  I should
21   clarify that.  But the expression of racist thoughts is no
22   longer what is socially acceptable.

23            So you see that language cleaned up a little but not
24   significantly.  The masks slip off of this occasionally.
25   Instead of talking about, "Well, we're just trying to change

B. Gonzalez O'Brien - D

1    the quotas," or whatever.

2              Did we lose -- Liz, are you still there?

3              THE COURT:  I think we have you, but we don't have

4    Liz.

5              THE WITNESS:  Okay.  I should wait -- oh, there you

6    are now.

7              MS. DAILY:  That has happened a couple of times.  It

8    seems like it glitches for about five seconds, and I come right

9    back on.  I hope it is not going to be a problem.

10             THE COURT:  Let me just remind everyone to speak

11   slowly.

12   BY MS. DAILY:

13   Q    The last thing I heard was "sometimes the masks slip off."

14   I'm sorry.  Could you go back to there.

15   A    Sometimes the mask slipped off of some of these

16   discussions with McCarran-Walter.  So you had

17   Representative Wood of Georgia during the debate over the

18   McCarran-Walter Act.  And this is in response to

19   Representative Celler of the later Hart-Celler Act of 1965

20   noting that -- and this was a discussion about kind of

21   criminality in the foreign-born, an attribution that was long

22   associated with kind of inferior racial stocks in this country.

23             Mr. Celler notes that the FBI would tell you that the

24   native-born are far more likely to break the law than the

25   foreign-born.  But Representative Wood of Georgia pointed out,

B. Gonzalez O'Brien - D

1   in kind of response to this, "It seems to me that the question

2   of racial origin, though I'm not a follower of Hitler, there is

3   something to it.  We cannot tie a stone around its neck and

4   drop it into the middle of the Atlantic just because it worked

5   to the contrary in Germany.  The facts still remain that the

6   people of Western Europe have made good American citizens.  I

7   believe that possibly statistics would show that the Western

8   European races have made the best citizens of America."

9   Q    So that's a statement that we don't ascribe to how the

10  Nazis expressed racial preference, of course, but that perhaps

11  there is some merit to the idea of preferring a specific race.

12  Is that how you would interpret that?

13  A    Right.  It's disavowing the Holocaust.  It is not

14  disavowing the racial thinking and anti-Semitism that led to

15  the Holocaust.  It is saying that there is something to this.

16  Just because it worked out this way in Germany, this is no

17  reason to tie a stone around its neck and throw it into the

18  middle of Atlantic.  There is still something to that.

19  Q    When we discussed the 1920s legislation, there was some

20  focus on the particular viewpoints of individuals/Congressmen

21  at the time.  Do we know anything about the particular

22  viewpoints of one of the sponsors, Patrick McCarran?

23  A    We do.  We know he made statements on the record that were

24  anti-Semitic.  He made statements on the record that seemed to

25  ascribe a racialized threat to kind of nonwhite people broadly

B. Gonzalez O'Brien - D

1   conceived.  He was actually -- two of the senators from Nevada,

2   three members of the House in Nevada -- McCarran was from

3   Nevada himself -- they actually asked that, because of these

4   statements, that his statue should be removed from the National

5   Statuary Hall in D.C., because of his past statements and the

6   problematic aspect of his past statements; that this did not

7   represent the people of Nevada, especially in retrospect; that

8   this is not something or someone who should be celebrated.

9          I also just want to talk briefly about -- I think I

10  touched on this a little bit in my previous testimony, but I

11  did want to mention it in passing one more time.  While the

12  McCarran-Walter Act did remove racial restriction on

13  immigration to the United States -- so prior to this, with the

14  passage of Johnson-Reed, there were quotas for kind of

15  Asia-Pacific region broadly, but you could only use those

16  quotas if you were eligible for citizenship in the

17  United States.

18         In 1924, if you were Asian, you weren't eligible for

19  citizenship.  So if you were not Asian and you were living in

20  China, you could utilize that quota, but you could not use it

21  if it you were actually in China.  McCarran-Walter does away

22  with this, and this is often portrayed as a progressive aspect

23  of the legislation.  You are finally no longer saying, "You

24  can't come to this country just by virtue of being Asian."  But

25  at the same time the extension of quotas still considers all of

B. Gonzalez O'Brien - D

1  the Asia-Pacific region as essentially one quota area with

2  2,000 visas available, or 2,000 spots available.

3         In addition to that, for individuals of Asian

4  descent, mixed individuals, even if they were citizens of

5  another country, their Asian descent designated the quota that

6  they could apply under.  So if they were Chinese but they were

7  a citizen of another country, their quota would still be the

8  Chinese quota.  So there still were these racialized aspects to

9  McCarran-Walter, despite the fact that it removed the formal

10 bar.

11        Again, this was a lot about appearance.  You see

12 references to kind of winning the hearts and minds during this

13 Cold War period.  We don't want to look like Hitler's Germany,

14 right.  We want to win the hearts and minds of the East in this

15 fight against communism.  And you can't do that -- go ahead,

16 Your Honor.

17        THE COURT:  Are you saying, hypothetically, if

18 someone of Chinese ancestry had their parents or grandparents

19 move to Norway, and they married a Norwegian citizen, and they

20 lived in Norway, and they were a Norwegian citizen, but they

21 still had either a quarter or an eighth of Chinese ancestry in

22 them, for purposes of the McCarran-Walter Act, they would be

23 under the Chinese quota as opposed to the quota that would

24 apply to Norway or Northern Europe?

25        THE WITNESS:  That's my --

B. Gonzalez O'Brien - D

1              THE COURT:  You are breaking up.

2              THE WITNESS:  That is my understanding.  That's my

3    understanding of it; the idea being that essentially this kind

4    of one drop -- well, not one drop, but that any kind of Asian

5    descent, that you had to apply under the quota for that country

6    from which you were a descendent.  Now, I don't know if you are

7    chopping up genetic lineages, I don't know if that washes out

8    at some point.  Maybe if you were 1/64th Chinese, you could

9    maybe pass as being European by that stage.

10             But the idea was that the reference point for people

11   who were citizens of other countries or potentially could apply

12   under other quotas.  A lot of this had to do with miscegenation

13   and with people who had married, say, a European and this idea

14   that you are still -- even if you achieved citizenship, you are

15   still Chinese at the end of the day or you were still Japanese

16   at the end of the day.

17   BY MS. DAILY:

18   Q    I have two follow-up questions on that.  My first

19   follow-up question, you said there was a quota of 2,000 for the

20   Asian Pacific triangle.  Can you put that in connection in

21   comparison to the Western European quota.

22   A    That is comparable to the quota that was extended to

23   Sweden.

24             The United Kingdom, for instance, had a quota that

25   was tens of thousands.  Most Northern and Western European

B. Gonzalez O'Brien - D

1   countries had relatively large quotas.  But the entire Asian
2   Pacific region was extended a quota of 2,000, the same as
3   Sweden at that point in time.
4          THE COURT:  For comparison, what was Mexico or other
5   countries in South or Central America?
6          THE WITNESS:  There were no quotas during this period
7   on the Western Hemisphere.  Those would be extended under the
8   Hart-Celler Act of 1965.  Then subsequently Mexico would be put
9   under the 20,000 per country quota in 1976.
10         THE COURT:  Thank you.
11  BY MS. DAILY:
12  Q    So my second follow-up question just, for historical
13  context, at the time was it still -- was miscegenation still a
14  crime?
15  A    It was.
16  Q    Okay.  I'm getting an echoing -- I want to talk about the
17  particular debate about illegal reentry and go back to that
18  "Wetback Bill" that you were discussing.  So as part of the
19  McCarran-Walter Act, I understand they took the existing
20  reentry law, reworded it, and it became part of the
21  McCarran-Walter Act and codified as 1326.  Am I correct so far?
22  A    You are.
23  Q    So my question is what kind of discussion is there on the
24  legislative record about the decision to continue the crime of
25  illegal reentry in 1952?

B. Gonzalez O'Brien - D

1  A      As I mentioned, you have this discussion of the

2  "Wetback Bill," this anti-harboring bill in the three months

3  preceding the passage of McCarran-Walter on June 27.  And

4  during debate over the "Wetback Bill," you see the reference to

5  the term "wetback" over and over again, and this is a

6  discussion of "how do we prevent this?"  What's interesting, I

7  think, about this discussion is that while this is meant as an

8  anti-harboring bill, it also includes what's known as the

9  Texas Proviso.  The Texas Proviso essentially excludes

10  employment as a form of harboring, again, at the behest of

11  American agricultural interests who were saying, "You can't

12  include us in this, because these are potential felony charges

13  if we're busted for employing all of thee undocumented workers

14  who are currently working for us right now."

15        So I mentioned Senator Kilgore of West Virgina, but I

16  also want to point out that initially the language of the

17  "Wetback Bill" specifically designated Mexicans as the target

18  of this legislation.  Senator Aiken of Vermont had asked that

19  this actually be struck from the language, stating that --

20  asking whether we can discriminate constitutionally against the

21  aliens of one particular nation.  So he is acknowledging that

22  this is discriminatory language.

23        THE COURT:  We lost you.  We lost a few words.  We

24  have the words "he is acknowledging."

25        THE WITNESS:  He is acknowledging that this is meant

B. Gonzalez O'Brien - D

1    as racially discriminatory legislation.  In addition to that,

2    he continues -- he says, "This should apply to all aliens,

3    because we can't apply it constitutionally to just one

4    nationality."  But he continues, "I know of no instances of the

5    illegal employment of Canadians.  Certainly it is not common,"

6    again, perpetuating this differential treatment of the two

7    borders, something that goes back to the period of the 1930s

8    where you have pre-examination, which I believe was discussed

9    in the previous session, so I don't want to go too deep into

10   it.

11          But the extension of pre-examination to Canadians,

12   this idea that you can apply for pre-examination, based on

13   hardship in the United States, cross the border into Canada, go

14   to an American consular building and become legal, even if you

15   entered illegally.

16          Mexicans are excluded from that explicitly in 1945,

17   and you continue to have this different discussion.  And again,

18   if you go through all of the Congressional Record and all these

19   time periods that we're talking about, even the immigration

20   restriction in the early part of the 20th century, they say,

21   "Yeah, there is nothing wrong with Canadians, because racially

22   they are like us.  They probably don't come here, but we

23   wouldn't know anyway.  If they look like us, how do we know

24   that they are illegal?"  It is, again, that attribution of

25   illegality to skin tone.

B. Gonzalez O'Brien - D

1  BY MS. DAILY:

2  Q    So as we are debating this term that we now see as a slur,

3  the "Wetback Bill," and as I understand the emphasis is on

4  preventing undocumented immigration and ensuring that people

5  come through lawful means because of the risks of labor

6  exploitation and the harms to Mexicans and American workers.

7  How do we know that the term "wetback" in this context is still

8  a racialized concept?  Are we still seeing the same kinds of

9  negative associations to criminality and social problems that

10 you discussed earlier?

11 A    Yeah.  I mean, you're still seeing them.  You're seeing

12 them in that 1953 report that I noted, these attributions of

13 criminal behavior of docile characteristics to groups of

14 people.  It is a very racialized term.  If you're just talking

15 about workers, you wouldn't talk about a group of workers as,

16 "Well, some of them are these like docile agricultural workers

17 who will accept any kind of treatment and don't care."  And

18 then the flip side of this is, "But there is this other group,

19 these pachucos, who are criminals."  So with that, you also

20 have these INS officials saying that not only is --

21              Okay.  Is everybody there, or did I freeze?

22              MS. CLARK:  This is Alison Clark.  It could help us

23 to refresh your browser and come back in with a refreshed

24 browser.  That sometimes helps me.

25              THE WITNESS:  Give me one second.  I'm hitting

B. Gonzalez O'Brien - D

1    "Control R" right now.

2              THE COURT:  Is that how one refreshes a browser,

3    "Control R"?

4              THE WITNESS:  F5, if you have a PC.

5              THE COURT:  I have a Mac.

6              THE WITNESS:  "Command R."

7              THE COURT:  Thank you.

8              THE WITNESS:  It took me a long time to figure that

9    out; longer than it should have.

10             Anyway, you do have attributions on some INS

11   officials.  There is a letter cited in Mae Ngai's

12   *Impossible Subjects*.  One of the INS officials in that letter

13   notes that, "It's easier and sometimes appears even more

14   necessary" -- in reference to the kind of "wetback" -- "for him

15   to break other laws since he considers himself as an outcast

16   and even an outlaw."

17             So you have these continued attributions of

18   racialized traits across the period of the 1950s and the

19   associations of those traits with this term that is very --

20   that is acknowledged as one that is applied not just to

21   undocumented entrants but to anybody who is or could be of

22   Mexican descent very broadly conceived -- to the point that

23   Mexican Americans are starting to be concerned.  This is making

24   everybody look bad, including individuals who are American

25   citizens, and that is the kind of the point of that research

B. Gonzalez O'Brien - D

1    study that's funded, which is, you know, this is a problem for
2    all of us.
3            So during this period -- in addition, the large-scale
4    deportation campaign is --
5    BY MS. DAILY:
6    Q    Before you move on to that, can I ask you about -- the
7    provision that became 1326 in the McCarran-Walter Act, what
8    kind of discussions were in the record about that, and was
9    there any specific reference to Mexican immigration in regards
10   to that?
11   A    There was very little discussion of Mexican immigration in
12   the debate over the McCarran-Walter Act.  Now, part of this you
13   have this very detailed discussion of Mexican immigration just
14   three months earlier.  That is the entire point of the
15   "Wetback Bill," is the discussion of Mexican immigration.  So
16   by the time you get to McCarran-Walter, really the discussion
17   switches, and you're talking about National Origins quotas and
18   legal immigration.
19           And this is often the characteristic of immigration
20   policymaking in this country is that the -- policies directed
21   towards undocumented entry -- policies directed towards legal
22   entry are often decoupled, because they are considered too
23   complicated on their own to be considered together.  You don't
24   tend to see -- the Immigration Reform and Control Act of 1986
25   was initially discussed as something that would reform both

B. Gonzalez O'Brien - D

1    legal and illegal immigration.  But this is moved away from

2    because the complicating factors and the different interests on

3    both sides, when discussing undocumented entry and legal

4    immigration, are so different that the inclusion of one could

5    kill the potential to get any kind of reform with the other --

6    Q    Professor -- I'm sorry.  I didn't mean to interrupt your

7    answer.

8    A    So while there wasn't much debate around Mexican

9    immigration under McCarran-Walter, you do have this letter from

10   the deputy Attorney General, Peyton Ford, on behalf of the

11   Department of Justice, where Peyton Ford is noting some

12   requested changes to some of the language, in particular the

13   language that would allow for individuals to be taken into

14   custody and charged under 1326 if they were found in other

15   places a long distance from the border.  The particular concern

16   is like if you find somebody on the Eastern Seaboard somewhere.

17        But in that letter the deputy AG notes that

18   "statutory clarification of the above point will aid in taking

19   action against the conveyors and the receivers of the

20   'wetback.'"  So again, you have this reference to this racially

21   derogatory term in the one instance that you really have any

22   specific discussion of undocumented entry during this period of

23   debate over the McCarran-Walter Act.

24   Q    And that's the expansion of the illegal reentry crime,

25   correct?

B. Gonzalez O'Brien - D

1  A     That is an expansion, although I would also note that if

2  you look at the language between 1929 and 1952, the language of

3  1326 and the language of the Undesirable Aliens Act, they are

4  virtually identical to one another, particularly if you look at

5  the section of those acts specifically laying out the penalties

6  for the initial act of entry and the act of reentry.

7  Q     So in 1952, when you have the debate over the

8  McCarran-Walter Act and the "Wetback Bill," at that time were

9  illegal reentry prosecutions and convictions disparately

10  impacting Mexicans and other Latinos as far as what we know

11  about the numbers of -- just the sheer number of prosecutions

12  and convictions?

13  A     Yeah.  The majority of prosecutions and convictions under

14  1326 or under even the Undesirable Aliens Act have always been

15  disproportionately individuals who were either Latino or of

16  Mexican descent.

17  Q     I was going to ask, at the same time that they are

18  debating these bills, were there specific enforcement actions

19  that were ensuring the deportation of Mexicans and other

20  Latinos?

21  A     Yeah.  As I started to wander off onto a spiel, there was

22  a large-scale deportation campaign in 1954 termed "Operation

23  Wetback."  Operation Wetback had a goal of a thousand -- the

24  deportation of a thousand immigrants a day.  The total number

25  deported under that program is estimated -- and I'm saying

B. Gonzalez O'Brien - D

1   "estimated" because these numbers can get a little fuzzy -- but

2   estimated to be around 1.1 million people.

3          But in addition to Operation Wetback targeting

4   individuals who are characterized as "wetback," at the same

5   time, when you have this implemented in Los Angeles, there is

6   the use of this mass deportation campaign -- or the threat of

7   this mass deportation campaign as a means of getting people

8   also to voluntarily repatriate.  That's been the point --

9   sorry -- not Los Angeles -- nationally.

10         But that has been the point of -- a lot of these big

11  and very visual deportation campaigns is, if you scare people

12  enough, you can get people to repatriate under the threat of

13  you could get swept up in these raids that often target Latino

14  neighborhoods or Latino places of employment.

15  Q    With Operation Wetback in particular, was it carefully

16  directed only to those who are undocumented, or did it have

17  secondary impacts?

18  A    Well, it would have secondary impacts, because how do you

19  know that someone is undocumented?  Again, a lot of this is

20  based on the racial cues of the --

21         THE COURT:  The court reporter had his hand up, and

22  so he probably lost the last part of your sentence.

23         THE WITNESS:  So including deportation campaigns

24  today, who is questioned?  Is it everyone?  No, certainly not,

25  because the target group tends to be those who have illegally

B. Gonzalez O'Brien - D

1    entered via the southern border.  So it is people who look like

2    they could be undocumented immigrants, who we know is

3    essentially anyone who looks like they could be Mexican or

4    Central American.

5            That is one of the reasons that Mexican-American

6    groups, even dating back to the period of the 1950s, have said,

7    "We are getting caught in this net too, because the INS during

8    this period can't tell any difference between someone who is

9    Mexican-American and someone who is an illegal immigrant.

10   They're going to ask us, because this is a racialized

11   category."

12           All people are being swept up.  And that's the same

13   thing you saw with, say, the Mexican Repatriation Campaign

14   between '29 and '36.  You see a large number of

15   Mexican-Americans and individuals who had entered legally

16   either self-deport or are questioned because they look as if

17   they could be undocumented immigrants.

18           You also see similar -- sorry, Your Honor.

19           THE COURT:  Go ahead.  Finish the sentence, and then

20   I have a follow-up.

21           THE WITNESS:  I was going to talk about something

22   else, so, please, your follow-up would be great.

23           THE COURT:  All right.  Right now, you just mentioned

24   sort of the things that are going on today, and that leads to

25   something that is still nagging at me, and I would appreciate

B. Gonzalez O'Brien - D

1   your scholarly insights into this.

2           As you know, in the motion, the defense is asking me

3   to declare unconstitutional a violation of equal protection,

4   Section 126.  Let's assume that I do that hypothetically, and

5   then Congress chooses to reenact it and repass it and say, "No,

6   we meant it.  We want illegal reentry to be a criminal offense,

7   because we want to deter it."

8           Now, I'm assuming, based upon all of the

9   circumstances that are in existence today, whether it be news

10  media accounts, individual stories, court records, historians,

11  political scientists, and sociologists in the future will

12  probably be able to find a lot of evidence that the early 1920s

13  also had their racially discriminatory aspects against people

14  from Mexico or Latinos or Central America generally.

15          I'm also assuming that if Congress were to reenact a

16  bill like 1326 in the year 2021, we would find over the next

17  several years probably a disparate impact, because most people

18  who would be prosecuted under that law would be coming up from

19  the southern border.

20          If the theory that is being advanced to me of

21  unconstitutionality of 1326 were to be applied then to this

22  reenactment, that too would say the reenactment is

23  unconstitutional.  If that's the case, does that mean that

24  there is no circumstance at all in the early 1920s, in the 21st

25  century in America, that we can have a constitutionally

B. Gonzalez O'Brien - D

1   acceptable criminal penalty for illegal reentry?

2            I'm not intending to ask you a legal question.  I'm

3   intending to ask, applying your same political science and

4   historical and sociological methodology that you've given me a

5   tremendous amount of good information about -- about the

6   McCarran-Walter Act; before that, the undesirable aliens act --

7   applying that to this hypothetical reenactment of the 21st

8   century, aren't we in the same situation, and does that mean

9   that there can never be, at least in the 21st century, a

10  constitutionally valid criminalization of illegal reentry?

11           I ask that because that concerns me, because I'm

12  assuming that one of the indicia or hallmarks of national

13  sovereignty is the legal right to close one's borders.  And if

14  one can close or limit one's borders, then one should be able

15  to come up with a reasonable and fair way to deter illegally

16  entering and crossing those boarders.

17           I totally get that there are other ways noncriminally

18  to do that.  But if the majority in society, as reflected by

19  their elected representatives, the political branches, chooses

20  to deter illegal reentry using the criminal laws, shouldn't

21  they be allowed to do it?  I'm trying to see and understand

22  where all of this goes.

23           Any insights?

24           THE WITNESS:  I can speak as to what I would like to

25  see and what I think would be necessary as a political

B. Gonzalez O'Brien - D

1  scientist.  So I have spent a good amount of time studying the

2  Undesirable Aliens Act and the arc of American immigration

3  policy.  I think in some cases the racialized and racist

4  aspects of U.S. immigration policy are considered, are debated,

5  even with McCarran-Walter.  While it wasn't a great piece of

6  legislation by any stretch of the imagination, you do have a

7  debate over the racialized aspects of Johnson-Reed.  They talk

8  about it.  They talk about the problematic nature of it.  They

9  debate it.  Now, you don't get a perfect piece of legislation

10  out of it.

11      But they discuss:  Okay, we recognize that the

12  implementation of these quotas in 1924, there is some racial

13  animus attached to that.  How do we talk about this in a

14  different way?  How do we reconstitute our national quota

15  system in a way that strips out some of this stuff?  When you

16  do it through discussion --

17      THE COURT:  We lost you.  You can do it through?

18      THE WITNESS:  Discussion.  Luckily, I'm talking more

19  slowly so you're not missing too many words.

20      But you can do it through discussion and debate that

21  acknowledges the history of racial animus in our immigration

22  policymaking and then look at a racially -- or a more racially

23  neutral assessment of why that policy exists.

24      So what I want to see with 1326 and what I think is

25  necessary, if you want to get rid of the racial animus that we

B. Gonzalez O'Brien - D

1    see clearly in 1929 as a motivating factor behind this law.

2    Now, you have the recodification of it in 1952, but you don't

3    have any changes to the language really.  The bills are

4    virtually identical to one another, and yet you don't have a

5    single piece of debate around the racial animus that is very

6    clearly demonstrated under the Undesirable Aliens Act.  They do

7    not address it.  And if this is meant to be a racialized

8    neutral law in 1952, then that at least deserves debate over

9    the effectiveness and the racially neutral aspects of 1326 in

10   1952, and you don't have that.

11        At the same time you do have a relatively robust

12   debate on the National Origins quotas.  You even have a debate

13   over the continuing racialized problems with McCarran-Walter,

14   this idea of the Asian-Pacific triangle getting 2,000.  There

15   is at least discussion of that.  Now, it stays in place, but at

16   least members of Congress are acknowledging that this is a

17   problem.

18        1326, after its passage in 1929 as the Undesirable

19   Aliens Act, its recodification in 1952, and also subsequent

20   reenactment is never given more than the scantest amount of

21   attention -- usually the amendment of some minor passages in

22   the bill itself.  So that racial animus that was originally the

23   motivating factor behind the passage of what would become 1326

24   in 1929, that is never confronted.  That is never discussed.

25        This is simply implemented -- codified, recodified,

B. Gonzalez O'Brien - D

1    and then reenacted without any discussion of the history of it,

2    without any consideration of:  Okay, if we take 1326 as a

3    racially neutral policy, then what we should be doing is

4    debating its effectiveness as a deterrent.  We have not debated

5    its effectiveness as a deterrent.

6         We simply reenact -- or recodified -- reenact,

7    reenact, reenact, with very little debate of:  Okay, we've had

8    this policy since 1929, almost a hundred years, and yet we've

9    never looked at whether it actually serves as the deterrent it

10   is supposed to serve us.  We haven't even really talked about

11   that.

12        Now, I think your question is:  Could Congress look

13   at that and say, "Okay, we are discussing this in a different

14   context today."  I don't think -- certainly racial animus has

15   not disappeared.  Some of the problematic aspects of discussing

16   illegal immigration, the racialized feature of that, that

17   hasn't disappeared either.

18        But I think if you had a discussion of 1326 today, it

19   would be different than the discussion had in 1929, and there

20   would be lawmakers who at least would acknowledge that this

21   originally was something that was meant to maintain racial

22   purity in this country while at the same time allowing for a

23   deportable workforce, a workforce that was necessary, but a

24   workforce that could be held as long as necessary in

25   second-class status in this country.  We need you to work; we

B. Gonzalez O'Brien - D

1    don't want you to stay.

2              So, yes, Congress could reenact 1326 or recodified

3    1326.  If they debated it on the merits of it as a racially

4    neutral policy, then I don't think you have the same potential

5    questions of constitutionality.

6              Now, does that mean that I love it as a policy?

7    Maybe not.  But I accept that countries as sovereign entities

8    have the right --

9              THE COURT:  I lost you.  The last we received was, "I

10   accept countries as sovereign entities."

11             THE WITNESS:  I will try my "Control R" real quick.

12             THE COURT:  If you could pick up with one more time,

13   "I accept that countries, as sovereign entities" --

14             THE WITNESS:  Countries have the right to set their

15   immigration policy.

16             What I think is problematic about either the

17   Undesirable Aliens Act or its recodification in 1952 is that

18   this initially was done out of racial animus towards Mexicans

19   and probably towards all people from south of the Rio Grande,

20   and that has never been confronted in the way that the racism

21   directed towards individuals from the Asian-Pacific region has

22   been confronted in subsequent legislation, including debated --

23   being debated, being acknowledged in the same way that the

24   discriminatory nature of Johnson-Reed toward Southern and

25   Eastern European, the way that was confronted in later

B. Gonzalez O'Brien - D

1   immigration policies.

2          And all of these things were discussed very much in

3   terms of that was racist.  The Asiatic Bar Zone was racist.

4   The Chinese Exclusion Act was racist.  Not allowing people,

5   just based on their national origin, to come to this country,

6   that was racist.  Characterizing individuals who had gotten

7   citizenship in another country but had Asian ancestry, as

8   having to use these quotas from Asia, that was racist.

9          But we've acknowledged all of this.  But what we have

10   not acknowledged is the racism and racial animus that

11   originally motivated the passage of the Undesirable Aliens Act,

12   which is then recodified in basically exactly the same form,

13   with some very minor changes in 1952 and with very little

14   debate from Congress, while at the same time in 1952, what are

15   you talking about when it comes to Mexicans?  Well, you have

16   this entire piece of legislation that is introduced using a

17   racially derogatory term -- any term that is acknowledged as

18   being racially derogatory in 1952.

19          You have Congress debating not Mexicans, not Mexican

20   workers, but "wetbacks"; "wetbacks, who, again, are constructed

21   as either these kind of submissive, docile pieces of burden, or

22   are constructed as these individuals who, because they are not

23   that, because they dress flashy, because they don't push for

24   assimilation into the U.S. culture -- they're pachucos.  They

25   are homosexuals.  They are criminals.  They are drug dealers.

B. Gonzalez O'Brien - D

 1   That's how Mexicans are talked about in the 1950s.

 2           So then just a couple of months after that, you have

 3   the passage of the McCarran-Walter Act, the recodification of

 4   1326, with very little discussion or reference to either of

 5   what happened in 1929, or there they're spending all this time

 6   talking about a law -- Johnson-Reed was passed five years

 7   before the passage of the Undesirable Aliens Act, but they

 8   choose to give it no attention.  And the only real reference

 9   that we have to "Mexicans" is this use of the term -- either

10   "illegal alien" or "wetback" on the part of Deputy AG Peyton

11   Ford.

12           So to your question, I think if this is reconsidered

13   and debated on its merits as a policy and as a race-neutral

14   policy, a policy that is not meant to prevent Mexicans or brown

15   people from coming to this country but is instead debated on

16   its merits, as a policy to deter undocumented entry, then, yes,

17   I think some of the problems go away, at least in terms of the

18   discussion that we're having here today.

19   BY MS. DAILY:

20   Q    Can I pick up on that as a link --

21           THE COURT:  Liz, I want you to tell me, do we have

22   the deputy AG's letter in the record?  If so, where is it?

23           MS. DAILY:  It is not.

24           THE COURT:  Would you make sure it gets filed.

25           MS. CLARK:  We will do that, Your Honor.

B. Gonzalez O'Brien - D

1        MS. DAILY:  Yes.

2        THE COURT:  If you could do that this week, please.

3        MS. DAILY:  Of course.

4        THE COURT:  You wanted to ask a follow-up.

5   BY MS. DAILY:

6   Q    I think that's a good link to go to my next topic, which

7   you have done some particularized study about the link -- the

8   empirical correlation between border crossings and general

9   crime.  And as you are discussing the concept of the

10  effectiveness of 1326 for its intended purposes, can you talk

11  about that particular correlation and what studies have shown.

12  A    Yeah.  So part of the discussion of the Undesirable Aliens

13  Act, as well as the application of quotas to Mexico and the

14  notions of racial inferiority, one of the stereotypes that is

15  very broadly applied to Mexicans or people from south of the

16  Rio Grande is a tendency toward criminal behavior, to the

17  extent that the Wickersham Commission, which was put together

18  by President Hoover in 1929, specifically examined the question

19  of criminality among the foreign-born.

20        Of that report, a significant portion of it, over a

21  hundred pages -- I'm forgetting the exact number -- well over a

22  hundred pages is dedicated to the question of Mexican

23  criminality, with this acknowledgment that this is an attribute

24  that is broadly applied to Mexicans; that they are more

25  inclined towards criminal behavior.

B. Gonzalez O'Brien - D

1        Again, that quote I mentioned earlier from a member

2   of the INS in the 1950s, again, speaks to that, as did the

3   report on the pachucos and a lot of the debate around both

4   Mexican immigrants in the early part of 1920s.  But then later

5   when we switch to talking about "wetbacks" or "illegal aliens,"

6   there is this continued attribution of criminality to an entire

7   group of people.

8        Now, we've had multiple governmental reports looking

9   at this question specifically.  You have the Wickersham

10  Commission in 1931, which finds no linkage.  They say, "In some

11  places" -- and I think I've talked about this a little bit

12  before, so I don't go too much into the weeds on it.  They say,

13  "In some places, Mexican immigrants commit more crime; in other

14  places, they commit less crime."

15       As a social scientist, you know if you are saying

16  Mexican immigration and crime are linked, then what you would

17  expect is areas with more Mexican immigrants would have greater

18  crime rates.  You wouldn't expect there to be a great deal of

19  variation.

20       So the Wickersham Commission doesn't find anything

21  that is evidence of this.  But the last reenactment of 1326 was

22  in 1994.  Prior to this, the U.S. Commission on Immigration

23  Reform in 1994 also issues a report.

24

25       THE COURT REPORTER:  Could you repeat that, please.

B. Gonzalez O'Brien - D

1          THE WITNESS:  The Commission was 1994.  So the U.S.

2     Commission on Immigration Reform in 1994, again, tasked with

3     looking at the question of immigration, they looked at crime in

4     border cities.  What they found was that border cities have

5     lower crime rates during that period of time -- have lower

6     crime rates than cities in the interior.

7          Again, the expected correlation -- or if you are

8     arguing that Mexican immigrants are more inclined towards

9     criminal behavior, then what you'd expect to see in that 1994

10    report is border cities, with a larger number of Mexican

11    immigrants, would have more crime.  And you don't find it.

12         In 2000, Martinez and Lee did a survey of all of the

13    literature going back to the Dillingham Commission Report in

14    1911, looking at this question of the linkages between

15    immigration and crime.  What they find in that is that

16    essentially, regardless of how you chop this up, regardless of

17    whether you look at this regionally or you look at this in

18    terms of specific cities or you look at this in regards to

19    legal or illegal immigrants, regardless of how you chop it up,

20    going back to Representative Celler's comments in 1952, what

21    you find is that the native-born actually are more likely to

22    offend than the foreign-born.

23         But looking specifically at the question -- now, this

24    can be a little hard to get at when it comes to individuals who

25    would be considered illegal immigrants.  This is a hard

B. Gonzalez O'Brien - D

1   population to measure, especially when you're looking at the

2   crime rates, the type of information that's collected varies

3   wildly from state to state in terms of if somebody has that

4   contact and is taken into custody.  Are they legal?  Are they

5   illegal?  You have questions of whether they track by race; all

6   these other things.

7           But the Cato Institute has done a number of

8   contemporary studies, using both the formula and applying the

9   formula that's used to estimate the size of the undocumented

10  population of the United States, applying that to prison

11  population and also finding that undocumented immigrants offend

12  at lower rates than the native-born -- not -- obviously

13  excluding immigration crimes -- but excluding that and looking

14  at -- because attribution isn't to "illegal aliens" or

15  "wetbacks" -- isn't that they broke the law in coming here.

16  It's that they broke the law in coming here; therefore, they're

17  more likely to be a member of a gang -- and a lot of the

18  iconography that is associated with the "illegal immigrant" in

19  the country.

20          We know there are associations with gang activities.

21  Some of my own work found that if you ask about illegal aliens

22  about being involved in drugs and gangs, around 45 percent of

23  the respondents I had in my survey agreed with that.  That was

24  a few hundred respondents.  You find similar things:

25  Undocumented immigrants are more likely to drive up

B. Gonzalez O'Brien - D

1   neighborhood crime.  You get agreement in that same

2   40th percentile.

3        But all of that runs counter to the evidence and

4   every single piece of evidence to date, going back to 1931,

5   which all finds that illegal immigrants are actually less

6   likely to commit crimes than the native-born, and yet you

7   continue to see this as a reference, as a justification, for in

8   particular policies that are meant to crack down on

9   undocumented entry.

10        How do you justify that?  Well, you justify it by

11  saying, well, it is not just that they are illegally crossing

12  the border; it's that they were doing other things once they

13  are here.  And the reliance on these kind of anecdotal cases:

14  The Mollie Tibbetts killing in Iowa, which was a tragedy; the

15  Kate Steinle killing in San Francisco -- or shooting, I should

16  say, in San Francisco, which, again, these are both tragic

17  events.  But this anecdotal evidence is used as a way of

18  saying, "This is what we have to be worried about.  This is

19  what undocumented immigrants do.  They are a threat."

20        Not only are they a threat, because the reference is

21  never an undocumented immigrant killing another undocumented

22  immigrant.  The anecdote is always an undocumented immigrant

23  usually killing someone who is white, and that is meant to prey

24  on the same racial anxieties that still exist in this country.

25  And again, it is meant to characterize individuals, who for the

B. Gonzalez O'Brien - D

1    most part come here to work, many of whom have families, have

2    lives in this country, to characterize them as dangerous

3    criminals as a means of allowing us to de-humanize them, to

4    separate them from their families, and to treat them as we

5    would a criminal class of people who pose a physical threat to

6    the nation, and yet there is no evidence for it.

7              As a university professor, if I can access this data,

8    every single member of Congress can access this same data.

9    They have clerks, assistants, and everything else that could

10   specifically help them with this, but they choose not to.

11   BY MS. DAILY:

12   Q    Well, I was going to ask you a question about that.  I was

13   wondering how do you untangle -- I think a lot of us nowadays

14   have training on implicit bias and the idea that, despite your

15   best intentions, you may have concepts or reactions that are

16   racialized.

17             How do we untangle the type of implicit bias that I'm

18   talking about from race itself being an explicit motivating

19   factor -- maybe not explicit but an unstated motivating factor

20   in light of these empirical studies and continuing on the

21   thread that you were discussing bout the lack of debate and the

22   lack of consideration of effectiveness?

23   A    The idea of implicit bias is that -- implicit bias is

24   something that subconsciously affects your behavior.  This is

25   something that is sometimes used to describe -- or is used in

B. Gonzalez O'Brien - D

1   discussing things like police shootings of unarmed
2   African-Americans.  This is not kind of the explicit
3   racism-driven response that maybe we saw in previous decades in
4   this country.  But people have entrenched stereotypes in their
5   head about who is potentially dangerous, and those can
6   accentuate threat responses.

7           But that has to be separated from very explicit
8   characterizations of nonwhite groups as criminal threats or as,
9   in some way, differing substantially from the majority of the
10  population in this country, because that's not an implicit
11  bias.  That's something you're expressing.  You're saying,
12  "Illegal immigrants are more likely to kill people" or "to
13  rape" or "to do this."  That's not implicit anymore, because
14  you are verbally expressing that, meaning it is no longer
15  subconscious.

16          This isn't you are passing -- you're passing
17  restrictive immigration policies without expressing any of
18  these things, and you are just talking about it in terms of
19  employment or maybe in terms of -- or in other ways.

20          In 1996, with the Illegal Immigration Reform and
21  Immigrant Responsibility Act, you have individuals, like
22  Lamar Smith of Texas, claiming that illegal aliens are ten
23  times more likely than Americans, as a whole, to have been
24  convicted of a federal offense, you know, if we consider that
25  immigration violations are a federal offense.

B. Gonzalez O'Brien - D

1          But he goes on.  He continues, and he says, "Think
2    about the cost in pain and suffering to the innocent victims
3    and their families."  So he is not saying that they are more
4    likely to be convicted of federal offenses related to their
5    immigration status.

6          He is saying, "They are hurting people."  They are
7    either killing people or physically assaulting people or doing
8    something that causes this pain and suffering to innocent
9    victims and their families.  And this is no longer an implicit
10   bias, because you are expressing a belief that an entire group
11   of people -- even if you want to characterize them as illegal
12   immigrants -- an entire group of people is more prone towards
13   dangerous and violent criminal behavior, based on nothing other
14   than how they crossed into the country; how they entered the
15   country.

16         Again, we have this idea in our head that it is young
17   Latino men kind of scoping across the southern border, but
18   increasingly there is a large number of visa overstays as well.

19         But this attribution -- this racialized
20   attribution -- is not driven by -- is not an example of
21   implicit bias.  It is an example of explicit bias, because it
22   is being expressed.  It is not just shaping the behavior of
23   that member of Congress.  They are saying this is what I
24   believe.

25         THE COURT:  I think now might be a good time to offer

B. Gonzalez O'Brien - D

1    our court reporter a ten-minute recess.

2              Professor, it looks like you want one too.

3              THE WITNESS:  Perfect.

4              THE COURT:  Liz, how much more time do you anticipate

5    for your direct examination?

6              MS. DAILY:  Depending on the length of the answers, I

7    would guess about 15 minutes.

8              THE COURT:  Okay.  Then, Sarah, you can have as much

9    time as you need, but I have a criminal case that I need to do

10   a sentencing on at eleven o'clock.  So if we need to go past

11   11:00, what we will need to do is probably take maybe a

12   half-hour recess at 11:00.  Oh, gosh, I've got to give Dennis a

13   break too.

14             We will talk about it a few minutes before 11:00, if

15   we have to go past 11:00.  But I would ask everybody to be

16   efficient.  But that said, these are important and difficult

17   issues, so I will not cut anybody short.  Let's see if we can

18   be efficient.

19             We will be back in ten minutes.

20             MS. DAILY:  Thank you.

21             (Recess.)

22             (Proceedings resumed:)

23             THE COURT:  All right.  Liz, you can hear me?

24             MS. DAILY:  Yes, Your Honor.

25             THE COURT:  Let's pick up with the direct examination

B. Gonzalez O'Brien - D

1    of Professor Gonzalez O'Brien.

2              MS. DAILY:  Thank you, Your Honor.

3    BY MS. DAILY:

4    Q    I wanted to go back and just make sure that our record is

5    complete.  You had cited, I believe, a 1951 study as well as a

6    1953 study in reference to the term "wetbacks."  Do you know

7    the source of those studies off the top of your head?

8    A    The source -- hold on.  Let me scroll up to my notes.  The

9    source of the first one, "The Wetback in the Lower Rio Grande

10   Valley," that is mentioned on Mae Ngai's page 149.  But "The

11   Wetback in the Lower Rio Grande Valley" is also an independent

12   1951 study to something that she cites.

13             The second -- the mention of the kind of docile farm

14   worker and the pachuco -- is from a 1956 paper.  I can get the

15   title of that, if you'd like.  But it's a 1956 paper, an

16   academic writing, on the issue of the wetback.  If you want to

17   know the title of it, the 1956 paper is titled "A Critical

18   Analysis of the Wetback Problem."

19   Q    Do you have the author?

20   A    Eleanor Hadley.  She was a professor at American

21   University.

22   Q    Thank you.

23   A    And that's in *Law and Contemporary Problems*.

24   Q    Picking back up with where we left off, you had mentioned

25   some comments by Lamar Smith in Congress.  Can you tell me what

B. Gonzalez O'Brien - D

1  years those were?

2  A    1996, during debate over the Illegal Immigration Reform

3  and Immigrant Responsibility Act, which would be the last

4  reenactment -- is the last reenactment so far of 1326.

5  Q    Were those sort of lone wolf comments, or were those

6  typical other viewpoints at the time?

7  A    No.  I mean there was some other -- there were other

8  members of Congress who also made similar comments.  I think it

9  is also important to keep in mind that Lamar Smith at this

10  point in time was a member of the Judiciary Committee, and the

11  Immigration and Citizenship Subcommittee is housed under the

12  Judiciary Committee.  So Lamar Smith was not a low-ranking

13  member of Congress, just some random representative.  He was a

14  ranking member within the House.

15        Representative Greg Laughlin, a fellow Texan, also

16  claimed that because of the border fence that had been erected,

17  the rapes, the robberies, the drug sales, and the murders went

18  down because of the fence.  In the Senate, Spencer Abraham of

19  Michigan noted that by "conservative estimates almost half a

20  million felons are living in this country illegally.  These

21  aliens have been convicted of rape, murder, drug trafficking,

22  potentially such crimes as espionage, sabotage, treason and/or

23  a number of other serious crimes."

24        So this is something that comes up on a number of

25  occasions in the discussion of the Illegal Immigration Reform

B. Gonzalez O'Brien - D

1  and Immigrant Responsibility Act of 1996.

2  Q     Can you address the representation in Congress of Latinos

3  and Mexicans over time.

4  A     The representation of Latinos have always been

5  underrepresented in Congress.  They are still underrepresented

6  today, although the number of Latinos serving in Congress has

7  grown obviously over the course of the time period we're

8  discussing.

9          But in 1929, with the passage of the Undesirable

10  Aliens Act, there were only three individuals serving in

11  Congress who could be characterized as being of Latino broadly

12  conceived descent.  One of those was the non-voting member from

13  Puerto Rico, and so that brings that down to two members of

14  Congress.

15          Again, this has been -- in discussion of immigration

16  policy in this country, this has been one of the difficulties;

17  that Latinos, as a group, and Mexicans, as a group, tend to

18  lack representation and then, therefore, they are reliant on,

19  for the most part, white members of Congress to act in their

20  interest.  And that's not to say that this is always related to

21  the question of undocumented immigration but related to Latino

22  representation and interests more broadly conceived.

23  Q     Looking through up to the present amendments from the

24  1990s, has the burden of illegal reentry as a crime continue to

25  bear more heavily on Latinos, and if so, how so?

B. Gonzalez O'Brien - D

1   A    Well, Latinos are constructed as the "iconic illegal

2   alien."  They are the group that comprises the largest number

3   of arrests for undocumented entries since the 1920s, and this

4   is even in 2018, even when the number of undocumented entrants

5   dropped.  You still had the number of prosecutions for the

6   crime of undocumented entry rise.

7           Latinos comprised the bulk of prosecution.  In 2018,

8   about 65 percent of all federal arrests were along the

9   U.S.-Mexico border in just five judicial districts.  So you

10  continue to have Latinos bear the brunt of this policy -- of

11  these policies.  But also when you look at things like

12  Arizona's SB1070 law, which some refer as the "driving while

13  Latino law," which originally conceived would have allowed

14  officers to ask for proof of citizenship or legal status from

15  anyone that they suspected of being an undocumented immigrant.

16          Now, of course, we know if you look at the

17  construction of who is or is not an undocumented immigrant,

18  that that raised the specter of racial profiling.  Some of the

19  discussion around this was not only the immigration advocate

20  saying, "This is bad policy," but it also was police

21  departments saying, "This is bad policy, because we are going

22  to get hit with racial profiling charges," because if you are

23  saying, "Ask people that you suspect of being undocumented

24  immigrants for some kind of proof of legal status or

25  citizenship, then this is going to lead to racial profiling."

B. Gonzalez O'Brien - D

1          So SB1070 is passed in Arizona.  It was passed based

2    on -- or at least it was supported by then-Governor Jan Brewer

3    through claims that they were finding headless bodies in the

4    desert, something that she never provided any evidence for, and

5    I think the reporters who looked into those claims said that

6    there was actually no instance that they could find where this

7    had actually occurred; but that they were finding headless

8    bodies in the desert, and this was necessary to kind of protect

9    the citizens of Arizona.

10          SB1070 leads to a number of kind of clone laws,

11   policy diffusion across the country, and so a number of

12   different states introduce legislation that is very similar to

13   SB1070.  One of those bills in Florida is interesting in

14   that -- it was introduced; it did not pass.  It was introduced.

15   But it would have exempted the citizens of 32 European nations

16   and four Asian countries from having to produce anything more

17   than a passport to prove that they are in the U.S. illegally,

18   and this burden was higher for individuals from Mexico or

19   Central America or South America, again, suggesting that even

20   in 2010, that the individuals who were believed to be the

21   undocumented entrants were largely Latino.

22          We know, of course, that if you pass a law like

23   SB1070, that this is not only going to affect those individuals

24   who are undocumented.  This is going to affect anybody who

25   looks like they could be Latino, because that is the kind of

B. Gonzalez  O'Brien - X

1   visual cue that we use for the kind of association with

2   potential illegality.

3   Q    So it sounds like what I'm hearing is that there are

4   impacts that are direct -- the number of arrests, prosecutions,

5   convictions for the particular crime -- but there are also

6   indirect secondary results of criminalizing based on this

7   racial classification.  Is that what you're saying?

8   A    That's correct.

9         MS. DAILY:  Your Honor, I have no further questions

10  on direct.

11        THE COURT:  Thank you very much, Liz.

12        Sarah, cross-examination, if you're ready.

13        MS. BARR:  Thank you, Your Honor.

14                    CROSS-EXAMINATION

15  BY MS. BARR:

16  Q    Professor, your CV includes a title "The Undocumented

17  Threat:  Police, Policy Differences, and the Politics of

18  Immigration."

19        Is that your dissertation?

20  A    Yeah, that was my dissertation.  That was revised multiple

21  times and eventually would become my publication with the

22  University of Virginia Press, *Handcuffs and Chain Link,*

23  *Criminalizing the Undocumented in America*.

24  Q    So that dissertation formed a substantial basis of your

25  future publication -- the publication that you now have?

B. Gonzalez  O'Brien - X

1  A    It was expanded upon, and it was reviewed as part of the
2  process -- the publication process and the peer-review process.
3  So I can't speak to exactly what portion of my dissertation,
4  which I only have vague recollections of at this point, what
5  portion of my dissertation eventually became the book with the
6  University of Virginia Press.

7        But I should also mention that dissertations are not
8  publications.  We are required to enter them into our schools'
9  library system, but these are not formal publications because
10 they haven't been subjected to the kind of peer review that a
11 publication with an academically recognized press, like the
12 University of Virginia, or my second book with Oxford
13 University Press would be subjected to.  So this can be
14 considered a draft of the final project -- or the final book,
15 manuscript that would be *Handcuffs and Chain*.
16 Q    And it contains statements that you made that you believed
17 in at the time, right?
18 A    Probably.  I don't recall the specifics of what appeared
19 in the dissertation that I completed in 2014 and revised on
20 multiple occasions and exist in a finalized version in
21 *Handcuffs and Chains*, including some of the things that may
22 have been raised in the dissertation that were either rephrased
23 or removed based on the process of peer review, which, again,
24 serves, as we discussed in the beginning of my testimony as
25 well as the beginning of Dr. Lytle Hernandez's testimony,

B. Gonzalez  O'Brien - X

1    serves as a means of cleaning up any potential problematic

2    conclusion, incomplete evidence, things like that.

3    Q    Professor, I understand everything you've said.  I just

4    have a very simple question.  Did your dissertation contain

5    statements that you believed in at the time of the

6    dissertation?  It may have changed.  Maybe it is presented in a

7    different format now in your book.  But at the time of your

8    dissertation the contents included therein are statements that

9    you believed, correct?

10   A    They were statements that I wrote at that time as a

11   graduate student.

12   Q    Okay.  Moving on, you already mentioned your familiarity

13   with Mae Ngai and how she has served as a reference point for

14   you.  You've cited her a couple of times today --

15              THE COURT:  Ms. Barr, may I remind you to speak more

16   slowly, please.

17              MS. BARR:  Thank you, Your Honor.

18   BY MS. BARR:

19   Q    You have mentioned Mae Ngai today a few times.  You have

20   mentioned her book *Impossible Subjects*.  You are familiar with

21   that book, correct?

22   A    I have got it right here.

23   Q    Okay.  I'm going to get right down to it.  Do you agree

24   that since the 1920s there has been an increasing flow of

25   Mexicans nationals unlawfully entering the United States?

B. Gonzalez  O'Brien - X

1   A    It has ebbed and flowed over the course of the period from

2   the 1920s going forward.  There have been undocumented entrants

3   from Mexico over that period, that's correct.

4   Q    And you have acknowledged in your dissertation, at least

5   at one point, "There is a basic lack of control over how

6   Mexican workers come into the country."  Would you agree you

7   have acknowledged that?

8   A    I don't recall the context of that statement that, again,

9   appeared in my dissertation.  If it appears in my book as well,

10  and you would like to cite a page number, I would be happy to

11  pull that up and read the context.  But the statement --

12  Q    Do you believe that now -- "there is basic lack of control

13  of how Mexican workers come into the country"?

14  A    That there is a basic lack of control?  We have a

15  relatively robust border patrol at this point in time.  We have

16  an increasing number of barriers on the southern border.  The

17  situation has certainly changed since where it was either in

18  1929 or the period preceding 1929.

19  Q    So you disagree that "there is a lack of control over how

20  Mexicans workers come into the country"?  You disagree with

21  that statement?

22  A    I don't disagree that there are still individuals who

23  enter the country illegally from the southern border despite

24  the barriers that have been put in place as well as the

25  increase in the size of the border patrol, although I do think

B. Gonzalez  O'Brien - X

1  that the method for entry has shifted away from the kind of
2  physical entry at the southern border to an increasingly large
3  number of visa overstays, which I mentioned earlier in my
4  testimony.
5  Q    Would you agree that at times in our history since the
6  1920s Congress or the Executive has tried to address the
7  increasing number of illegal Mexican persons coming into this
8  country by increasing legal avenues for Mexican individuals to
9  come into this country, through, for example, the Bracero
10  Program, the Guest Worker Program by IRCA?  Would you agree
11  with that?  Congress has tried to address it?
12  A    Congress has tried to address it in a relatively haphazard
13  fashion and in a way that has some inconsistencies in it.
14  Obviously the Bracero Program is a time-bound program running
15  from 1942 to 1964.  You do have some guest worker programs
16  implemented under the Immigration Reform and Control Act.
17       But guest worker programs that offered a smaller
18  number of spots than was originally envisioned by someone like
19  Pete Wilson in earlier debate around the Simpson-Mazzoli Bill
20  that would later be split up and part of it would become IRCA.
21  So there was a guest worker program with IRCA, but it didn't
22  address the labor demands in this country for largely Mexican
23  agricultural workers but also Mexican workers more generally
24  perceived.
25  Q    So Congress did try to address this issue of lack of

B. Gonzalez  O'Brien - X

1    control in part by providing avenues for legal migration of
2    Mexicans?  Yes or no?
3    A    They did try to address the -- they did try to address
4    undocumented entry in a number of different ways under IRCA,
5    and I'm happy to speak about IRCA at length.
6    Q    Now, you discussed on your direct testimony that the
7    Bracero Program and perhaps other legalization programs had the
8    unintended consequence of spurring illegal entry; is that
9    right?
10   A    I mentioned that in reference to the Bracero Program.  I
11   don't know that I referenced it in regards to other programs.
12   Was there a specific program that you're referencing in
13   addition to the Bracero Program?
14   Q    How about the Guest Worker Program in IRCA?  The
15   Immigration Reform and Control Act, for the record, of 1986.
16   A    Did the Guest Worker Program in 1986 spur undocumented
17   entry?  Is that the question?
18   Q    Yes.
19   A    I don't believe that the Guest Worker Program in 1986
20   spurred undocumented entry, but I believe that it did not
21   address the issues that were leading to undocumented entry over
22   the period of the 1980s and 1990s.
23   Q    Didn't undocumented entry increase substantially within a
24   few years of the IRCA program?
25   A    It did.

B. Gonzalez  O'Brien - X

1   Q    Didn't you state in your dissertation, which you may not

2   agree with anymore, but you stated in your dissertation that

3   that failure to provide the deterrent and to provide the

4   control over illegal immigration that IRCA tried to have

5   through the Guest Worker Program is what prompted Congress to

6   go back to imposing more punishment or punitive or those types

7   of remedies to address illegal reentry problems?

8   A    Well, I mean, the way I look at it -- and again, I'm going

9   to speak in terms of my book.  I have got to get the website to

10  pull my dissertations down so I can make those royalties off

11  sales of the Kindle version of my book.

12          I think IRCA was a complicated policy.  It tried to

13  do a lot of things.  On the one hand, it contained the first

14  amnesty program.  It did legalize a large number of individuals

15  who were in the United States illegally.  It did contain, as

16  you mentioned, the Guest Worker Program.  But it also included

17  an increase in the size of the border patrol.  One of the

18  arguments that's made in regards to the increase in

19  undocumented entries across the -- the latter part the 1980s, I

20  believe, but especially in the early part of the 1990s is that,

21  with an increase in the size of the border patrol, that many

22  immigrants who normally would have returned to Mexico simply

23  stay in the United States because it is getting too hard to

24  reenter if they return to Mexico; that the increase in the size

25  of the border patrol is eventually leading to this increase in

B. Gonzalez  O'Brien - X

1    the size of the undocumented population, because of an
2    inability of this population to return to Mexico in the way
3    that they had preceding the expansion of the border patrol in
4    1986.
5    Q    Isn't it true that you wrote in your dissertation that the
6    debate over IRCA "differed significantly from the earlier
7    debates on undocumented immigration"?
8    A    Yes, it did.  And I think I wrote that in my book too.  So
9    we're on the same page on that one, I agree.
10   Q    And you wrote, in interpreting your dissertation, a floor
11   statement by Representative Fish as expressing a feeling that
12   you believed was "no doubt shared" by "many" that IRCA
13   represented an opportunity to address immigration control "in a
14   way that was not driven by nativism or a reaction to the anger
15   of the public."
16   A    Are you asking if I wrote that?
17   Q    Yes.
18   A    I did.
19   Q    Isn't it true that you wrote in your dissertation that
20   floor statements in IRCA reflected --
21            MS. DAILY:  Objection.  Hearsay -- or lack of
22   improper impeachment.
23            THE COURT:  And what's wrong with this way of
24   impeaching?
25            MS. DAILY:  Well, there is no testimony that is

B. Gonzalez O'Brien - X

1   inconsistent.  She just asked him whether he believes these
2   things now rather than asking him if he believes these things
3   now rather than asking him if he said this in the past.
4            THE COURT:  I'm going to overrule it.
5            You may continue, Ms. Barr.
6            MS. BARR:  Thank you, Your Honor.
7   BY MS. BARR:
8   Q    Isn't it true that you wrote in your dissertation that
9   floor statements reflected "a significant shift from the way in
10  which Mexicans and undocumented immigration was discussed
11  during the 1924 and 1929 Act"?
12  A    Yes.  That's something I wrote both in my dissertation and
13  in my book as a means of demonstrating that there is the
14  ability of Congress to discuss and address undocumented entry
15  in a way that strips out some of the kind of racial animus and
16  loaded term from the discussion of undocumented entry,
17  something that I mentioned what I tended to see in regards to
18  1326 earlier.
19  Q    And you wrote, nevertheless, despite this shift and
20  change, "it failed to reduce the influx of undocumented
21  immigrants."
22  A    That's correct.  You had a growth in the undocumented
23  immigrants across the 1990s, and that's why I characterized it
24  in my book as a critical policy failure because the limits or
25  the construction of the Guest Worker Program did not actually

B. Gonzalez  O'Brien - X

1   meet labor demands.  The increase in the size of the border

2   patrol made return to Mexico more difficult --

3   Q    You wrote --

4   A    I'm sorry.  Did I cut out?

5   Q    My apologies.  I thought you were finished.  You wrote

6   that you believed the failure of IRCA "led to a re-entrenchment

7   of immigration and congressional policies"; isn't that right?

8   A    I don't know if that line made it into my book exactly,

9   but it sounds like something that might have been in my

10  dissertation.

11  Q    In fact, after IRCA, the undocumented population dropped

12  from 3.2 million in 1986 to 1.9 million in 1988; isn't that

13  right?

14  A    Well, the amnesty program granted legal status a large

15  number of undocumented immigrants, which was the reason you saw

16  the drop of the size of the undocumented population.

17  Q    Okay.  By 1990, that undocumented population had again

18  risen to above 3 million; isn't that right?

19  A    That's my recollection.  I don't have the charts in front

20  of me.

21  Q    And by 1996, the undocumented population had increased to

22  an estimated 5 million; isn't that right?

23  A    Based on my recollection.

24  Q    I'll briefly touch on IIR&IRA now since you address it in

25  your direct testimony.  IIR&IRA is the -- Professor, you are

B. Gonzalez  O'Brien - X

1   better at this than I am -- Illegal Immigrant Reform and

2   Immigrant Responsibility Act, I believe?

3   A    The Illegal Immigration Reform and Immigrant

4   Responsibility Act.  It is a tongue twister.

5   Q    Thank you.  You indicated in your dissertation that by

6   1996, when IIR&IRA for short was enacted, there were several

7   pressure points leading to a passage of a stricter immigration

8   control act.  You mentioned specifically the failure of IRCA to

9   stop illegal immigration tides; discussion around

10  Proposition 187 in California; the passage of NAFTA; the 1993

11  World Trade Center Bombing, which was by an immigrant.  There

12  was an overall policy shift not connected to immigration but to

13  crime control in general at that time, right?  So all of these

14  things were leading to -- or could be considered pressure

15  points that led to and contributed to the enactment of IIR&IRA,

16  correct?

17  A    Well, I think in the consideration of what leads to the

18  passage of any policy, you have to consider everything that is

19  occurring in the nation at that point in time.  So that really

20  was part of the set-up for a discussion of -- the historical

21  context for both the discussion and the passage of the Illegal

22  Immigration Reform and Immigrant Responsibility Act.

23  Q    Okay.  In that discussion, you're acknowledging that

24  Congress is a deliberative body.  You've already mentioned it

25  is difficult to pass large immigration bills; sometimes they

B. Gonzalez  O'Brien - X

1    need to get broken down into steps.  All of these things, and

2    perhaps other things, were factors that went into this

3    deliberative process that Congress made in enacting IIR&IRA,

4    right?

5    A    Right.  But a deliberative process, as I mentioned

6    earlier, lacked representation from -- representation of either

7    Latinos or Mexicans in the discussion of a number of policies

8    that directly affect those populations, both inside the

9    United States but also exterior to the United States.  But yes,

10   I agree that Congress is a deliberative body, or at least it

11   should be ideally.

12   Q    Okay.  Now, I would like to take a jump back, which is

13   where I was starting to go in my line of question before this

14   slight diversion.  I want to go back to some of your testimony

15   that you made regarding the 1929 time period and the time

16   period of the UAA.

17              Isn't it true, Professor, that World War I marked a

18   turning point not just for U.S. immigration policy but really

19   for the world order?

20   A    I mean, I think that's relatively safe to say.

21   Q    Would you agree that World War I simultaneously

22   destabilized and entrenched Union states boundaries?

23   A    I'm not sure what the question is.  Are you -- what is

24   your question?  Can you offer some clarification?

25   Q    This is a statement made in *Impossible Subjects*.  It is

B. Gonzalez  O'Brien - X

1   about how after World War I, the integrity of the territorial

2   nation state really became intensified, and the principle

3   became entrenched at that time that no nation can interfere

4   with the nation of another, and nations have really the

5   sovereign right to control its territorial boundaries.

6          Do you agree with that?

7   A    Yes.  I agree that is broadly how the post World War I

8   period is constructed in Impossible Subjects.

9   Q    In fact, after World War I, rigid border controls,

10  passports, state restrictions on entry and exit became the norm

11  worldwide, not just America but for other countries as well,

12  right?

13  A    I can't speak to the changes in every country's

14  immigrations laws for the period following World War I.  I'm an

15  American politics specialist and someone who has expertise in

16  U.S. immigration policy, not international immigration policy.

17  So if you are asking for me to make an assumption about the

18  changes, I can make an assumption.  But I can't make an

19  assumption based on any knowledge of the exact changes in the

20  international community in the period following World War I.

21  Q    You also teach comparative politics, don't you?

22  A    No.  I taught comparative politics on a handful of

23  occasions at Highline College before taking the position at

24  San Diego State because it was required that we teach that.

25  But that is an introductory comparative politics class, which

B. Gonzalez  O'Brien - X

1    simply covers some of the broad theories related to the study

2    of comparative politics.  I'm not an expert in any way, shape,

3    or form in comparative politics.

4    Q    Okay.  Well, it's in your CV, but nonetheless, that's

5    neither here nor there.  I'm not asking you to specify about

6    numbers of countries or specific countries.  I'm asking about

7    the global trend -- whether that became the norm for countries

8    generally at that time.  As I understand it, during World War I

9    many, if not most, countries implemented emergency passport

10   measures and emergency entry/exit restrictions and things of

11   that nature, and those became more permanent after World War I.

12   A    Again, I can speak to the United States.  I can't speak to

13   what happened in many or most, because I would actually --

14   those are two different characterizations.  And again, what

15   countries are we talking about?  And also, it's outside my area

16   of expertise, especially in that period.  That may be something

17   that is in Mae Ngai's book.  But again, that may be her

18   expertise; that is not my expertise.

19   Q    Do you have any reason to disbelieve her expertise in that

20   area?

21   A    No, I do not.

22   Q    Isn't it true that the Immigration Service excluded only

23   1 percent of the 25 million immigrants from Europe who arrived

24   in the United States from 1880 to World War I?

25   A    Is that a statistic appearing in Ngai?  I don't believe it

B. Gonzalez  O'Brien - X

1   is something that I've cited at any point.  So I can't speak to

2   the -- I can't speak to that statistic since it has not

3   appeared in any of my work to my knowledge.  Is this coming out

4   of Ngai?

5   Q    This is coming out of Ngai.  So again, I will ask:  Do you

6   have any reason to disbelieve that statistic?

7   A    No.  I don't have any reason to disbelieve the statistic

8   she cites.

9   Q    Would you agree, Professor, that you have a basis of

10  knowledge that is far broader than simply the materials you

11  have written yourself?

12  A    I would hope so.

13  Q    So just because you haven't written something yourself

14  doesn't mean that you lack familiarity on the issue, right?

15  A    Well, I may lack familiarity with specific statistics that

16  are being cited.  So my reservation is only as far as I'm not

17  looking at that particular page; and therefore, if you are

18  asking me if that is something that appears in Mae Ngai's book,

19  it sounds like something that would appear in Mae Ngai's book.

20  But again, without looking at that specific passage, I,

21  unfortunately, haven't had the opportunity to memorize all of

22  the facts and dates that Mae Ngai cites across the 300-plus

23  pages of *Impossible Subjects*.

24  Q    Okay.  Mae Ngai also states, "During and immediately after

25  World War I" -- and this is quotation.  "During and immediately

B. Gonzalez  O'Brien - X

1    after World War I, a confluence of political and economic trend
2    impaled the legislation of immigration restriction."
3         Would you agree with that?
4    A     I would agree with that.
5    Q     And that restriction included the imposition of quotas on
6    European and other non-West Hemisphere countries, right?
7    A     It did.  But I think you're also stripping out some of the
8    additional context which Ngai offers, which is the discussion
9    of the desire to control the racial contours of this country,
10   which is part of her discussion of the 1924 Johnson-Reed Act.
11   Q     Sure.  And you discussed that at length, and so now I'm
12   getting into some of the other areas that she talked about at
13   length that have not yet been discussed.
14        So Mae Ngai specified three political and economic
15   trends that led to this area of restrictionism.  She talked
16   about concern about the Bolsheviks and the anarchists seeking
17   to undermine U.S. democracy; she talked about the reduced need
18   for mass labor -- capitalism -- with the exception, of course,
19   of agribusiness, and she talked about this newly emerging
20   primacy of territorial integrity and sovereignty of the nation
21   state.
22        Do you agree that these three political and economic
23   trends helped lead to the area of restrictionism?
24   A     I think that these were contributing factors.  I think
25   that there is ample evidence also showing that the rise of

B. Gonzalez  O'Brien - X

1   eugenics in the early part of the 20th century also played a

2   role in the desire to restrict immigration both from Southern

3   and Eastern Europe as well as immigration from Mexico and other

4   countries that were viewed as containing people who were seen

5   as racially inferior.

6   Q    Mae Ngai wrote, "Within this overall context, support for

7   immigration restriction became overwhelming."

8        Do you agree?

9   A    In the broad context.

10  Q    Mae Ngai concludes, "Not all supporters were 100 percent

11  Americanists but few could restrict the combination of

12  nativism, job scarcity, and anti-Bolshevism that fueled the

13  politics of restrictionism."

14        Do you agree?

15  A    I agree that appears in Mae Ngai's book.

16  Q    Do you disagree with that conclusion?

17  A    I don't necessarily disagree that there are number of

18  factors that contributed to the kind of rise of immigration

19  restriction in this country.  But again, you know, Ngai

20  mentions nativism one of those threads.  I think they do go

21  hand in hand.  But if you look at the debate around immigration

22  restriction, nativism, and notions of racial inferiority in

23  this period, I think they play a significant role.  I think

24  that's relatively clear and reflected in the Congressional

25  Record and debate.

B. Gonzalez  O'Brien - X

1  Q    Now, specific to Mexico, foreign policy entrants in the
2  Western Hemisphere impacted Congress's approach to Mexico this
3  time period, right, in the 1920s when the 1924 and 1929 Acts
4  were passed?
5  A    What specific foreign policy interests are you referring
6  to?
7  Q    For now, let's leave it as general foreign policy
8  interests in maintaining, say, a good relationship with Mexico.
9  A    There were some interests there, that's correct.
10 Q    And even Senator Reed, a sponsor of the 1924 Act, opposed
11 quotas in the Americas on the grounds of the tradition of
12 Pan-Americanism, right?
13 A    That's correct from my recollection.
14 Q    And some other people -- some other Congressmen could not
15 see how, in fairness, Congress could impose quotas on Mexico
16 but not Canada, right?
17 A    I would want to see the specific passages.  That may be
18 something -- something like that may be attributable to a
19 member of Congress during the debate around this period.
20 Q    Okay.  Mae Ngai wrote:  Others could not see "how, in
21 fairness, Congress could impose quotas on Mexico but not
22 Canada."
23       Do you have any reason to believe that her conclusion
24 is not supported by facts?
25 A    No.  But you do see a turning away from discussions in the

B. Gonzalez  O'Brien - X

1    post Johnson-Reed period.  You do see a turning away from the

2    discussions of the application of quotas, as I mentioned in my

3    testimony, to Canada and the need to not impose quotas on

4    Canadian immigration because Canadians were seen as being

5    racially similar to those individuals already in the

6    United States.

7    Q    And in the time period of 1910 to 1920 and just after

8    1920, Mexico was having its own socioeconomic shift as a result

9    of the Mexican Revolution; isn't that right?

10   A    That's correct.

11   Q    So in that time period laborers from the Mexican interiors

12   were pushed from the land by the Mexican Revolution, and they

13   started entering the U.S., seeking agricultural work, and this

14   started happening in increasing numbers around that time,

15   right?

16   A    I believe that is the story as recounted in *Impossible*

17   *Subjects*.

18   Q    And you have no reason to disbelieve the accuracy of that?

19   A    No.  But I also won't claim to be an expert on the history

20   of Mexico during the period of the 1910s to 1920s.

21   Q    I understand that.

22   A    I'm just trying to stay in the lane of my expertise.

23   Q    I understand that, Professor.  But you do claim to be an

24   expert of the immigration law and passage of the 1920s, and

25   this is a part of that.  This is the overall context, wouldn't

B. Gonzalez  O'Brien - X

1    you agree?

2    A    I agree.

3    Q    Now, to oversee and control this migration spurred by the

4    Mexican Revolution and other issues happening at that time, the

5    State Department, the United States State Department, began to

6    more strictly enforce immigration entry requirements by

7    requiring visas and denying them to people deemed excludable;

8    isn't that right?

9    A    That's correct in the context of the areas -- the points

10   of legal entry to the United States.  But there was still an

11   understanding during that time period that a lot of the

12   immigration from south of the border was driven by labor

13   demands in the period preceding the passage of the

14   Johnson-Reed Act and then the subsequent Undesirable Aliens

15   Act.  That's also recounted in Ngai as well.  I can't remember

16   the page off the top of my head, unfortunately.

17   Q    So isn't it true that, even before passage of the 1929

18   Act, Mexicans had begun in large numbers to avoid the

19   inspection point, and there was a difference between legal

20   migration and illegal migration started to harden even before

21   1929?

22   A    Well, I think you have to understand that in the period

23   prior --

24        THE COURT:  You broke up after "in the period prior."

25        THE WITNESS:  In the period prior to the kind of

B. Gonzalez  O'Brien - X

1   hardening of borders, what you have is -- this was largely an

2   exchange back and forth across the border to meet labor demands

3   in the United States.  And so if you're asking me if

4   undocumented or Mexican immigrants are deliberately avoiding

5   border checkpoints, I mean, I don't think I can characterize

6   all the individuals who were entering the United States without

7   inspection as people who did so deliberately and deliberately

8   decided to go around the border checkpoints, because this had

9   been based on a culture of labor exchange in the Southwest that

10  had existed following the Treaty of Guadalupe Hidalgo in 1848

11  in the acceding of the Southwest to the United States at the

12  end of the Mexican-American War.

13  Q    Thank you, Professor.  My question is not asking you to

14  determine the intent of any individual immigrant or immigrants

15  as a whole.  My question is:  At this time, given the

16  socioeconomic and political factors that were happening -- the

17  Mexican Revolution, the State Department imposing tighter

18  immigration controls -- isn't it true that in the 1920s, before

19  passage of the 1929 Act, the idea of this distinction between

20  legal and illegal immigrants had started to harden; there was a

21  better understanding of this distinction between legal and

22  illegal immigration?

23  A    I think you see a lot of discussion around the idea of

24  Mexican entry into the United States.  I don't recall whether

25  that was designated as legal or illegal.  There may have been

B. Gonzalez O'Brien - X

1    mention that these individuals were going around the kind of

2    legal entry points.  But I think if you look at the bulk of

3    debate, it is really around this idea of Mexican entrants to

4    the country.

5    Q    Okay.  Mae Ngai also talked about, even after the 1920s,

6    in the decades since World War II, migration to the

7    United States has been the product of specific economic,

8    colonial, political, military, and/or ideological ties between

9    the United States and other countries, and she also talks about

10   war.  Some of the countries she gives examples of are Mexico,

11   South Korea, Cuba, the Philippines, El Salvador, and Vietnam.

12            So do you agree that these type of external factors

13   have largely contributed to migration to the United States?

14   A    Yes.  I mean, immigration is driven by a host of factors.

15   Q    And do you agree that the United States's response, either

16   Congress or the Executive, has often been informed by the

17   context of those types of events?

18   A    In answering that question in the context of specific

19   pieces of legislation --

20            MS. DAILY:  I just lost Professor Gonzalez O'Brien.

21            THE COURT REPORTER:  I did as well.

22            THE WITNESS:  I'm back.

23            THE COURT:  Let's go back to Dennis.

24            Dennis, where did you leave off?

25            THE COURT REPORTER:  I missed the beginning, so if

B. Gonzalez  O'Brien - X

1  you could repeat the entire answer.

2          THE WITNESS:  As I started to say, I believe that

3  we're talking about immigration policy broadly, yes.  If you

4  want to talk about the -- but each piece of legislation

5  obviously has different influences in terms of the variables

6  that you mentioned.

7  BY MS. BARR:

8  Q    Okay.  Since the 1920s, Canadians have not entered the

9  United States without authorization in mass numbers to seek

10  employment in America; isn't that right?

11  A    To be honest, I don't have any idea.

12  Q    Have you come across any statistics?

13  A    I don't recall seeing any statistics specifically denoting

14  the number of undocumented Canadians in the United States.

15  Q    Have you come across any references in all of your

16  research and reading and scholarship that suggests that there

17  were mass numbers of Canadians coming into the United States

18  unauthorized?

19  A    My scholarship and research and reading has suggested that

20  nobody believed that there were a large number of Canadians

21  coming across the border at that point in time.  But also, that

22  was a largely unsecured border, and the individuals were being

23  seen as being indistinguishable from Americans.  So if you are

24  trying to quantify the number of undocumented Canadians

25  entrants and immigration enforcement is not occurring as

B. Gonzalez  O'Brien - X

1   strongly at the northern border in the period following 1929,

2   then it becomes hard it quantify that group.  So I don't feel

3   that I have -- that I've seen data exactly quantifying the

4   number of Canadians who entered illegally or may have entered

5   illegally.

6   Q     Have you come across any references in your research

7   referring to any problem of Canadians on a mass scale taking

8   jobs from Americans, depressing prices, causing displacement,

9   anything of that nature?

10  A     Canadians were seen as being a group that could be

11  assimilated into the United States.  Therefore, you don't see a

12  great deal of discussion of the problem of Canadian

13  immigration.  Also, as was included in my testimony, Canadian

14  immigrants or individuals who entered illegally from Canada

15  were offered ways of normalizing their status that was not

16  extended to those who entered illegally from the southern

17  border -- the policy of pre-examination that I had previously

18  mentioned that begins in 1935 and runs until 1961.

19  Q     In your scholarship and research have you seen anything

20  that would give you reason to believe that Canadians were

21  coming over in mass numbers in the same rate and same

22  proportions as Mexicans?

23  A     I don't feel that I can say one way or the other.  You

24  know, I have no statistics quantifying or attempting to

25  quantify the number of Canadian undocumented entrants in the

B. Gonzalez  O'Brien - X

1   1920s or the 1930s.  There may be some statistics in Mae Ngai's

2   book regarding perhaps the number of individuals who applied

3   for pre-examination, but I don't recall coming across any work

4   that tried to quantify how many Canadians maybe entered the

5   United States illegally during this period.

6   Q    Okay.  Let's talk about this pre-examination.  Last week,

7   you mentioned delousing baths and things of that nature.  Isn't

8   it true that in the El Paso sector, the Service exempted all

9   European and Mexicans arriving by first-class rail line from

10  inspection, the baths, and the literacy test?

11  A    That's true, to my knowledge and based on my reading of --

12  I think that's out -- I think we are referencing Ngai again.

13  She will get all the royalties.

14       THE COURT:  I bought her book last week.  I just

15  bought your book this morning.

16       THE WITNESS:  Thank you.  I think I get like 75 cents

17  or something.  I will put that in my daughter's college fund;

18  maybe one day it will add up.

19  BY MS. BARR:

20  Q    Now, you wrote in your dissertation that the passage of

21  the 1929 Act "led to a 57-year period where there would be

22  almost no congressional action on undocumented immigration."

23  A    Yes.  Just to contextualize that, what I mean by that is

24  that there were no bills that substantially reformed the

25  approach to undocumented immigration over that period.  That is

B. Gonzalez  O'Brien - X

1   not to say that there weren't pieces of legislation like the

2   Wetback Bill, which is also mentioned in my book.  There

3   weren't pieces of legislation that occurred during this period

4   making tweaks to undocumented entry.  But you don't have a

5   substantial overhaul to U.S. approach undocumented entry until

6   1986.

7   Q   You also wrote, "The Undesirable Aliens Act remained the

8   only piece of congressional legislation specifically addressing

9   undocumented immigration until the passage of IRCA in 1986."

10  A   Right.  With the exception, again, of the "Wetback Bill,"

11  and that was a harboring bill and not a bill dealing

12  specifically with entry via the southern border but the

13  harboring of undocumented immigrants.

14  Q   But you don't talk about the "Wetback Bill" or any other

15  bill from the 1950s in your dissertation, do you?  You go right

16  from 1929 to 1986.

17  A   Well, again, I only feel comfortable in speaking to my

18  book, which was the finalized version of what appeared in my

19  dissertation, which should be considered as rough draft, for

20  all intents and purposes.  In *Handcuffs and Chain Link*, I do

21  mention the "Wetback Bill".  I don't go into great detail on

22  it.  But I do mention that this was something that occurred in

23  1952 and was part of this arc of history in immigration

24  policymaking between '29 and 1986.

25  Q   Okay.  So let's talk about the 1952 Act.  Now, this Act

B. Gonzalez  O'Brien - X

1  folded disparate immigration and national security laws that

2  had existed prior to that time, it folded that all into one

3  comprehensive immigration act, right?

4  A    Correct.

5  Q    And while it retained the quotas, isn't it true that it

6  envisioned the quotas through a new lens that had not been

7  present before in which it imposed a newly considered

8  preference system on the quotas based on occupation and family

9  ties?

10 A    It did, although I think there is an argument that in

11 terms of the racial and ethnic aspects of it, it preserved much

12 of Johnson-Reed.

13 Q    The 1952 Act was preceded by a comprehensive study of the

14 nation's immigration policies, right, and that resulted in a

15 900-page report; isn't that right?

16 A    Right.  And if you are going to ask me if I've read the

17 entire 900 pages of that report, I have not.

18          THE COURT:  Me neither.

19          MS. BARR:  Me neither.

20 BY MS. BARR:

21 Q    Now, in *Impossible Subjects*, Mae Ngai posits, "Preserving

22 the National Origins quota was not the central motivation for

23 the bill."  She says rather, "McCarran saw revision of the

24 nation's immigration laws as a tool in the United States'

25 urgent battle against communism."

B. Gonzalez  O'Brien - X

1          Do you agree with that?

2   A    Right.   Yes.   But also, I think you can't strip the

3   racialized aspects of McCarran-Walter.   Now, the thrust of it

4   is this kind of anti-Communist thrust.   But a part of Truman's

5   veto was the problematic way in which it portrayed U.S.

6   immigration policy in this post World War II/post Holocaust

7   international environment in that it made the United States

8   look bad and this kind of battle for hearts and minds.

9          I would also like to point out that during debate of

10  McCarran-Walter, Representative Rankin of Michigan noted that

11  he believed that communism was racial, and that is in part of

12  the debate.   So even when you are talking about the threat of

13  communism, you still have, among some, this racialization of

14  the threat posed by communism to the United States.

15  Q    And you mentioned Truman's veto and his statement.

16  Senators Lehman and Humphrey were opponents of the McCarran

17  Act, they believed in more liberal policy changes, and they

18  were aligned with President Truman on that veto issue; isn't

19  that right?

20  A    I believe so, from their statements.

21  Q    Now, isn't it true that they proposed an alternative to

22  the McCarran Act; retain the quotas but just move the benchmark

23  census?

24  A    Well, you have to understand, with the quotas, the issue

25  is the benchmark census.   This is why in 1924, with

B. Gonzalez  O'Brien - X

1    Johnson-Reed, you have the use of the 1890 census.  The use of
2    the census is the means by which the racial or ethnic contours
3    of the country are shaped.
4            So the reference point for that census in 1952, under
5    McCarran-Walter, switches to the 1920 census.  But that census
6    still privileges Northern and Western European over Southern
7    and Eastern European in a way that isn't explicitly mentioned
8    but is demonstrated through charts that were introduced during
9    the committee hearings over McCarran-Walter.
10           THE COURT:  Sarah, I have an eleven o'clock criminal
11   matter in a different case obviously, and I need to give Dennis
12   a little bit of a break before then.
13           Approximately how much longer do you anticipate on
14   cross?
15           MS. BARR:  I probably have quite some time,
16   Your Honor.  I would say at least an hour; probably more.
17           THE COURT:  All right.  Well, my day is pretty much
18   then jammed for the rest of the day.  Tomorrow is mostly open,
19   except for a little bit here or there.
20           Are you all free tomorrow?  Any particular
21   constraints tomorrow?
22           Mary, we are not really expecting that ten o'clock to
23   go forward, are we, in Morris?
24           THE CLERK:  No.
25           THE COURT:  How does your morning look?

1              I will start with Professor Gonzalez O'Brien.  How

2     does your morning look tomorrow?

3              THE WITNESS:  My morning is open tomorrow.

4              THE COURT:  Sarah and Liz?

5              MS. BARR:  Yes, Your Honor.  I'm available tomorrow

6     morning.  Thank you.

7              MS. DAILY:  As well.  I'm at your disposal.

8              MS. CLARK:  Your Honor, I have a 11:30 with

9     Judge Hernandez; otherwise, I'm free.

10             THE COURT:  Am I correct, Ms. Clark, that you don't

11    need to be here necessarily; that you can rely on your

12    co-counsel?

13             MS. CLARK:  Yes, Your Honor.  We could do that.

14             THE COURT:  All right.  Shall we start at 9:00 or at

15    10:00?  I have some things I need to move around, but I could

16    do that.  Or do you want to start at 8:00?  What's your

17    preferences?

18             MS. DAILY:  I will defer, but my preference is to

19    start as early as possible.

20             MS. CLARK:  I agree.  If the Professor can go early,

21    we would be available.

22             MS. BARR:  That would be fine with me, Your Honor.

23             THE COURT:  Can everybody do 8:00 a.m.?

24             THE WITNESS:  I guess so.  I need time for

25    caffeination, which I guess means I will be less jittery.  If

```
 1    you get me at 9:00, I'm likely to be over-caffeinated.
 2              THE COURT:  Do you have a preference?  I will let you
 3    choose.
 4              THE WITNESS:  Let's go with 8:00.  We will do it via
 5    the democratic method.
 6              (Laughter.)
 7              THE COURT:  Okay.  So we will continue with the
 8    filibuster tomorrow.
 9              THE WITNESS:  Okay.
10              THE COURT:  8:00 a.m., tomorrow.  We will be in
11    recess until then.
12              Thanks, everybody.
13              COUNSEL:  Thank you, Your Honor.
14              (Court adjourned.)
15
16
17
18
19
20
21
22
23
24
25
```

1

2                                  --oOo--

3

4              I certify, by signing below, that the foregoing is a

5       correct transcript of the record of proceedings in the

6       above-entitled cause.   A transcript without an original

7       signature, conformed signature, or digitally signed signature

8       is not certified.

9

        /s/ Dennis W. Apodaca                    March 1, 2021
10      DENNIS W. APODACA, RDR, RMR, FCRR, CRR              DATE
        Official Court Reporter
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BY MS. BARR: [6]  230/14 232/17 238/6 252/6 254/18 256/19
BY MS. DAILY: [12]  179/17 180/13 188/5 193/11 197/16
198/10 200/25 203/4 215/18 216/4 221/10 225/2
COUNSEL: [1]  260/12
MS. BARR: [8]  178/13 230/12 232/16 238/5 256/18 258/14
259/4 259/21
MS. CLARK: [6]  178/18 201/21 215/24 259/7 259/12 259/19
MS. DAILY: [16]  178/20 179/15 193/6 215/22 215/25 216/2
224/5 224/19 224/23 225/1 230/8 237/20 237/24 251/19 259/6
259/17
THE CLERK: [1]  258/23
THE COURT REPORTER: [4]  178/9 217/23 251/20 251/24
THE COURT: [49]  178/4 178/10 178/15 178/22 179/3 179/11
185/15 193/2 193/9 196/16 196/25 198/3 198/9 199/22 202/1
202/4 202/6 207/18 207/22 210/16 213/8 213/11 215/20 215/23
216/1 216/3 223/24 224/3 224/7 224/22 224/24 230/10 232/14
237/22 238/3 249/23 251/22 254/13 256/17 258/9 258/16
258/24 259/3 259/9 259/13 259/22 260/1 260/6 260/9
THE INTERPRETER: [1]  178/25
THE WITNESS: [27]  179/10 185/20 193/4 196/24 197/1 198/5
199/24 201/24 202/3 202/5 202/7 206/22 207/20 209/23 210/17
213/10 213/13 217/25 224/2 249/24 251/21 252/1 254/15 259/2
259/23 260/3 260/8

**'**

**'29 [2]**  207/14 255/24
**'36 [1]**  207/14
**'50s [1]**  188/14
**'wetback.' [1]**  204/20
**'wetbacks' [1]**  184/25
**'wetbacks,' [1]**  190/16

**-**

**--oOo [1]**  261/2

**/**

**/s [1]**  261/9

**1**

**1 percent [1]**  243/23
**1,631 [1]**  182/1
**1.1 million [1]**  206/2
**1.9 million [1]**  239/12
**1/64th [1]**  197/8
**100 [1]**  246/10
**1000 [2]**  176/3 176/24
**101 [1]**  176/7
**10:00 [1]**  259/15
**11:00 [4]**  224/11 224/12 224/14 224/15
**11:30 [1]**  259/8
**126 [1]**  208/4
**1326 [20]**  198/21 203/7 204/14 205/3 205/14 208/16 208/21
210/24 211/9 211/18 211/23 212/2 212/18 213/2 213/3 215/4
216/10 217/21 226/4 238/18
**149 [1]**  225/10
**15 [1]**  224/7
**1700 [1]**  176/7
**179 [1]**  177/4
**1848 [1]**  250/10
**1851 [3]**  190/6 190/7 190/11
**187 [1]**  240/10
**1880 [1]**  243/24
**1890 [2]**  192/8 258/1
**1910 [1]**  248/7
**1910s [1]**  248/20
**1911 [2]**  183/25 218/14
**1920 [4]**  192/8 248/7 248/8 258/5
**1920s [18]**  179/21 191/6 192/7 194/19 208/12 208/24 217/4
228/3 232/24 233/2 234/6 247/3 248/20 248/24 250/18 251/5
252/8 254/1
**1924 [8]**  192/4 195/18 210/12 238/11 245/10 247/3 247/10

257/25
**1929 [22]**  185/19 188/16 205/22 211/12 211/21 211/24 212/8
212/19 215/5 216/18 227/9 233/18 233/18 238/11 241/15 247/3
249/17 249/21 250/19 253/1 254/21 255/16
**1930s [2]**  200/7 254/1
**1931 [2]**  217/10 220/4
**1935 [1]**  253/18
**1940s [3]**  180/6 183/19 184/12
**1942 [3]**  180/17 183/1 234/15
**1945 [1]**  200/16
**1950s [10]**  180/6 180/7 183/19 188/10 190/25 202/18 207/6
215/1 217/2 255/15
**1951 [5]**  184/18 184/19 188/17 225/5 225/12
**1952 [20]**  179/21 190/1 190/3 190/19 198/25 205/2 205/7 211/2
211/8 211/10 211/19 213/17 214/13 214/14 214/18 218/20
255/23 255/25 256/13 258/4
**1953 [3]**  188/23 201/12 225/6
**1954 [2]**  182/3 205/22
**1956 [4]**  181/25 225/14 225/15 225/17
**1961 [1]**  253/18
**1964 [1]**  234/15
**1965 [2]**  193/19 198/8
**1976 [1]**  198/9
**1980s [3]**  191/2 235/22 236/19
**1986 [10]**  203/24 235/15 235/16 235/19 237/4 239/12 255/6
255/9 255/16 255/24
**1988 [1]**  239/12
**1990 [1]**  239/17
**1990s [5]**  191/2 227/24 235/22 236/20 238/23
**1993 [1]**  240/10
**1994 [5]**  217/22 217/23 218/1 218/2 218/9
**1996 [5]**  222/20 226/2 227/1 239/21 240/6

**2**

**2,000 [5]**  196/2 196/2 197/19 198/2 211/14
**20,000 [1]**  198/9
**2000 [1]**  218/12
**2010 [1]**  229/20
**2014 [1]**  231/19
**2018 [3]**  186/5 228/4 228/7
**2021 [4]**  175/6 178/1 208/16 261/9
**20th [1]**  190/3
**20th century [3]**  184/8 200/20 246/1
**21st [3]**  208/24 209/7 209/9
**230 [1]**  177/4
**25 million [1]**  243/23
**27 [1]**  199/3

**3**

**3 million [1]**  239/18
**3.2 million [1]**  239/12
**300-plus [1]**  244/22
**301 [1]**  176/24
**32 [1]**  229/15
**326-8182 [1]**  176/25
**3:19-cr-00407-SI [1]**  175/5
**3:19-cr-407-SI [1]**  178/8

**4**

**40th percentile [1]**  220/2
**45 [1]**  179/7
**45 percent [1]**  219/22
**46 [1]**  179/8

**5**

**50 [1]**  181/25
**503 [1]**  176/25
**57-year [1]**  254/21

**6**

**600 [1]**  176/3
**64th [1]**  197/8
**65 percent [1]**  228/8

**7**

75 **[1]** 254/16

**8**

**8182 [1]** 176/25
**8:00 [2]** 259/16 260/4
**8:00 a.m [2]** 259/23 260/10

**9**

**900 [1]** 256/17
**900-page [1]** 256/15
**97204 [3]** 176/3 176/8 176/24
**9:00 [2]** 259/14 260/1

**A**

**a.m [2]** 259/23 260/10
**ability [3]** 182/4 183/14 238/14
**able [2]** 208/12 209/14
**about [72]** 186/17 187/22 187/25 188/1 188/19 189/18 190/19
191/20 191/21 192/25 193/8 193/20 194/21 195/9 196/11
198/16 198/17 198/24 199/7 200/19 201/15 201/15 203/6 203/8
203/17 205/11 207/21 209/5 209/5 210/8 210/8 210/13 212/10
213/16 214/15 215/1 215/6 216/7 216/11 217/5 217/11 219/17
219/22 220/18 221/12 221/18 222/5 222/5 223/2 224/7 224/14
228/8 235/5 235/14 242/1 242/17 243/5 243/6 243/15 245/12
245/16 245/16 245/17 245/19 251/5 251/9 252/3 252/4 254/6
255/14 255/25 257/12
**above [3]** 204/18 239/18 261/6
**above-entitled [1]** 261/6
**Abraham [1]** 226/18
**academic [2]** 183/21 225/16
**academically [1]** 231/11
**acceding [1]** 250/11
**accentuate [1]** 222/6
**accept [4]** 201/17 213/7 213/10 213/13
**acceptable [2]** 192/22 209/1
**accepted [1]** 189/2
**access [2]** 221/7 221/8
**accounts [1]** 208/10
**accuracy [1]** 248/18
**achieved [1]** 197/14
**acknowledge [1]** 212/20
**acknowledged [7]** 202/20 213/23 214/9 214/10 214/17 233/4
233/7
**acknowledges [1]** 210/21
**acknowledging [5]** 199/21 199/24 199/25 211/16 240/23
**acknowledgment [1]** 216/23
**across [15]** 179/24 183/19 184/8 202/18 223/17 229/11 236/19
238/23 244/22 250/2 252/12 252/15 252/21 253/6 254/3
**across the [1]** 236/19
**act [64]** 179/22 180/9 181/9 184/21 185/14 190/4 191/16 191/24
192/2 192/4 192/14 193/18 193/19 195/12 196/22 198/8 198/19
198/21 203/7 203/12 203/24 204/23 205/3 205/6 205/6 205/8
205/14 209/6 209/6 210/2 211/6 211/19 213/17 214/4 214/11
215/3 215/7 216/13 222/21 226/3 227/1 227/10 227/19 234/16
235/15 238/11 240/2 240/4 240/8 240/22 245/10 247/10 249/14
249/15 249/18 250/19 254/21 255/7 255/25 255/25 256/3
256/13 257/17 257/22
**action [2]** 204/19 254/22
**actions [1]** 205/18
**activities [1]** 219/20
**acts [2]** 205/5 247/3
**actual [1]** 181/13
**actually [17]** 181/21 181/22 182/2 183/5 188/3 188/18 195/1
195/3 195/21 199/19 212/9 218/21 220/5 229/6 229/7 238/25
243/13
**add [1]** 254/18
**addition [12]** 181/13 182/3 182/21 183/13 185/10 188/16 189/5
196/3 200/1 203/3 206/3 235/13
**additional [3]** 180/22 181/14 245/8
**address [15]** 179/25 211/7 227/2 234/6 234/11 234/12 234/22
234/25 235/3 235/3 235/21 236/7 237/13 238/14 239/24

**addressed [1]** 188/24
**addressing [1]** 235/8
**adjourned [1]** 260/14
**advanced [1]** 208/20
**advocate [1]** 228/19
**affect [3]** 229/23 229/24 241/8
**affects [1]** 221/24
**African [1]** 222/2
**African-Americans [1]** 222/2
**after [12]** 181/19 211/18 215/2 239/11 242/1 242/9 243/11
244/24 245/1 248/7 249/24 251/5
**AG [2]** 204/17 215/10
**AG's [1]** 215/22
**again [35]** 182/24 183/17 187/19 190/9 196/11 199/5 199/10
200/6 200/17 200/24 204/20 206/19 214/20 217/1 217/2 218/2
218/7 220/16 220/25 223/16 227/15 229/19 231/23 233/8 236/8
239/17 243/12 243/14 243/17 244/5 244/20 246/19 254/12
255/10 255/17
**against [5]** 196/15 199/20 204/19 208/13 256/25
**agree [24]** 191/23 232/23 233/6 234/5 234/10 236/2 237/9
241/10 241/21 242/6 242/7 244/9 245/3 245/4 245/22 246/8
246/14 246/15 249/1 249/2 251/12 251/15 257/1 259/20
**agreed [2]** 182/4 219/23
**agreement [2]** 180/18 220/1
**agribusiness [1]** 245/19
**agricultural [6]** 189/1 189/17 199/11 201/16 234/23 248/13
**ahead [4]** 188/5 190/17 196/15 207/19
**aid [1]** 204/18
**Aiken [1]** 199/18
**aimed [2]** 183/9 183/10
**alien [6]** 184/23 185/4 186/2 191/3 215/10 228/2
**aliens [25]** 180/9 185/14 191/1 191/1 191/14 199/21 200/2
205/3 205/14 209/6 210/2 211/6 211/19 213/17 214/11 215/7
216/12 217/5 219/14 219/21 222/22 226/21 227/10 249/14
255/7
**aligned [1]** 257/18
**Alison [3]** 176/6 178/20 201/22
**Alison Clark [1]** 178/20
**all [39]** 179/5 179/14 181/8 183/25 186/18 195/25 199/13 200/2
200/18 200/23 203/2 207/12 207/23 208/8 208/24 209/22
213/19 214/2 214/9 215/5 218/12 219/5 220/3 220/5 224/23
228/8 240/13 241/1 244/21 246/10 250/6 252/15 254/8 254/13
255/20 256/2 258/17 258/20 259/14
**allow [3]** 180/20 181/24 204/13
**allowed [2]** 209/21 228/13
**allowing [3]** 212/22 214/4 221/3
**almost [4]** 180/8 212/8 226/19 254/22
**along [2]** 178/21 228/8
**alongside [2]** 182/23 183/18
**already [3]** 232/12 240/24 248/5
**also [50]** 178/20 178/21 179/5 180/24 182/23 183/1 183/21
184/10 185/11 186/24 187/15 195/9 199/8 199/16 201/19 205/1
206/8 207/18 208/13 208/15 211/19 217/23 219/11 225/11
226/8 226/9 226/15 228/11 228/20 230/5 231/7 234/23 236/16
241/9 242/21 243/15 244/24 245/7 245/25 246/1 248/19 249/15
251/5 251/9 252/21 253/13 255/2 255/7 257/2 257/9
**alternative [1]** 257/21
**although [4]** 205/1 227/6 233/25 256/10
**always [4]** 205/14 220/22 227/4 227/20
**am [4]** 183/3 198/21 240/1 259/10
**amendment [1]** 211/21
**amendments [1]** 227/23
**AMERICA [10]** 175/4 194/8 198/5 208/14 208/25 229/19 229/19
230/23 242/11 252/10
**American [16]** 185/5 186/5 186/25 188/18 194/6 199/11 200/14
201/6 202/24 207/6 207/5 207/9 210/2 225/20 242/15 250/12
**Americanism [1]** 247/12
**Americanists [1]** 246/11
**Americans [7]** 186/19 202/23 207/15 222/2 222/23 252/23
253/8
**Americas [1]** 247/11
**amnesty [2]** 236/14 239/14
**among [3]** 184/25 216/19 257/13

**A**

amount [3]  209/5 210/1 211/20
ample [1]  245/25
Analysis [1]  225/18
anarchists [1]  245/16
ancestry [3]  196/18 196/21 214/7
and/or [2]  226/22 251/8
Andre [1]  179/2
anecdotal [2]  220/13 220/17
anecdote [1]  220/22
Angeles [2]  206/5 206/9
anger [1]  237/14
animus [9]  210/13 210/21 210/25 211/5 211/22 212/14 213/18 214/10 238/15
another [11]  186/25 188/23 189/6 191/5 196/5 196/7 205/4 211/4 214/7 220/21 242/4
answer [3]  180/15 204/7 252/1
answering [1]  251/18
answers [1]  224/6
anti [7]  190/3 194/14 194/24 199/2 199/8 246/12 257/4
anti-Bolshevism [1]  246/12
anti-Communist [1]  257/4
anti-harboring [3]  190/3 199/2 199/8
anti-Semitic [1]  194/24
anti-Semitism [1]  194/14
anticipate [1]  224/4 258/13
anxieties [1]  220/24
any [36]  179/3 182/18 197/4 201/17 203/9 204/5 204/21 207/8 209/23 210/6 211/3 212/1 212/2 214/17 222/17 229/4 232/1 240/18 242/19 242/3 243/19 244/1 244/3 244/6 244/7 247/23 250/14 252/11 252/12 252/13 252/15 253/6 253/7 254/3 255/14 258/20
anybody [3]  202/21 224/17 229/24
anymore [2]  222/13 236/2
anyone [2]  207/3 228/15
anything [6]  182/18 194/21 217/20 229/16 253/9 253/19
anyway [2]  200/23 202/10
Apodaca [3]  176/23 261/9 261/10
apologies [1]  239/5
appear [1]  244/19
appearance [3]  178/12 178/25 196/11
appearances [2]  176/1 178/18
appeared [4]  231/18 233/9 244/3 255/18
appearing [2]  178/15 243/25
appears [4]  202/13 233/9 244/18 246/15
applicable [3]  184/16 186/24 187/15
application [2]  216/13 248/2
applied [7]  185/9 188/21 202/20 208/21 216/15 216/24 254/2
apply [7]  196/6 196/24 197/5 197/11 200/2 200/3 200/12
applying [4]  209/3 209/7 219/8 219/10
appreciate [1]  207/25
approach [3]  247/2 254/25 255/5
Approximately [1]  258/13
arc [3]  183/3 210/2 255/23
are [153]
area [6]  182/25 196/1 243/15 243/20 245/15 245/23
areas [3]  217/17 245/12 249/9
aren't [1]  209/8
arguing [1]  218/8
argument [2]  178/7 256/10
arguments [1]  236/18
Arizona [2]  229/1 229/9
Arizona's [1]  228/12
around [19]  187/13 194/3 194/17 204/8 206/2 211/5 217/3 219/22 228/19 234/19 240/9 246/21 247/19 248/14 250/8 250/23 251/1 251/3 259/15
arrested [1]  186/16
arrests [3]  228/3 228/8 230/4
arrived [1]  243/23
arriving [1]  254/9
as [152]
ascribe [2]  194/9 194/25

ascribed [1]  191/12
Asia [3]  195/15 195/21 214/1
Asia-Pacific [2]  195/15 196/1
Asian [12]  195/18 195/19 195/24 196/3 196/5 197/4 197/20 198/1 211/14 213/21 214/7 229/16
Asian-Pacific [2]  211/14 213/21
Asiatic [1]  214/3
ask [19]  185/16 186/4 187/22 190/18 190/18 203/6 205/17 207/10 209/2 209/3 209/11 216/4 219/21 221/12 224/15 228/14 228/23 244/5 256/16
asked [4]  186/12 195/3 199/18 238/1
asking [12]  190/5 199/20 208/2 237/16 238/2 238/3 242/17 243/5 243/6 244/18 250/3 250/13
aspect [3]  185/11 195/6 195/22
aspects [10]  187/3 192/6 196/8 208/13 210/4 210/7 211/9 212/15 256/11 257/3
assaulting [1]  223/7
assessment [1]  210/23
assigned [2]  185/1 186/21
assimilate [1]  184/3
assimilated [1]  253/11
assimilation [1]  214/24
assimilationist [1]  189/10
assist [1]  178/24
assistants [1]  221/9
associated [2]  193/22 219/18
association [2]  188/12 230/1
associations [5]  186/8 186/9 201/9 202/19 219/20
assume [1]  208/4
assuming [3]  208/8 208/15 209/12
assumption [4]  183/6 242/17 242/18 242/19
Atlantic [2]  194/4 194/18
attach [1]  191/9
attached [1]  210/13
attempting [1]  253/24
attention [3]  184/13 211/21 215/8
Attorney [1]  204/10
Attorney's [1]  176/2
attributable [1]  247/18
attribute [1]  216/23
attribution [6]  193/21 200/24 217/6 219/14 223/19 223/20
attributions [3]  201/12 202/10 202/17
audio [1]  191/17
AUGUSTIN [2]  175/7 178/8
AUSA [1]  178/14
author [1]  225/19
authorities [1]  179/7
authorization [1]  252/9
available [4]  196/2 196/2 259/5 259/21
Avenue [2]  176/3 176/24
avenues [2]  234/8 235/1
avoid [1]  249/18
avoiding [1]  250/4
away [7]  192/4 195/21 204/1 215/17 234/1 247/25 248/1

**B**

back [23]  179/13 183/25 188/7 189/8 189/22 193/9 193/14 198/17 200/7 201/23 207/6 218/13 218/20 220/4 224/19 225/4 225/24 236/6 241/12 241/14 250/2 251/22 251/23
bad [5]  189/2 202/24 228/20 228/21 257/8
baggage [1]  185/11
bar [2]  196/10 214/3
Barr [5]  176/2 178/12 178/14 232/15 238/5
barriers [2]  233/16 233/24
based [14]  186/13 200/12 206/20 208/8 214/5 223/13 229/1 230/6 231/23 239/23 242/19 250/9 254/11 256/8
basic [3]  233/5 233/12 233/14
basically [1]  214/12
basis [2]  230/24 244/9
baths [2]  254/7 254/10
battle [2]  256/25 257/8
be [84]  180/7 180/24 180/25 180/25 181/24 184/17 186/10 186/19 186/23 190/15 190/16 192/17 193/9 195/4 195/8 196/7

**B**

**be... [68]**  196/22 198/7 198/8 199/19 202/21 202/23 203/23 204/13 206/2 206/25 207/2 207/3 207/7 207/22 208/6 208/9 208/12 208/18 208/18 208/21 209/9 209/14 209/21 209/25 211/7 212/3 212/19 212/20 212/24 217/18 218/24 218/25 219/17 220/18 222/7 223/4 223/25 224/15 224/18 224/19 226/3 227/11 229/20 229/25 231/13 231/13 231/15 233/10 234/20 240/14 241/11 243/16 243/17 247/17 247/18 248/19 248/23 252/11 253/10 254/1 254/21 255/19 259/11 259/21 259/22 259/25 260/1 260/10
**bear [2]**  227/25 228/10
**became [9]**  198/20 203/7 231/5 242/2 242/3 242/10 243/7 243/11 246/7
**because [55]**  184/6 185/7 185/8 185/9 185/24 187/5 187/10 187/11 187/12 188/19 189/19 190/15 194/4 194/16 195/3 195/5 199/12 200/3 200/21 201/5 203/22 204/2 206/1 206/18 206/25 207/7 207/10 207/16 208/7 208/17 209/11 209/11 214/22 214/23 214/23 219/14 220/20 222/10 222/13 223/10 223/21 226/16 228/16 228/21 228/22 229/25 231/9 236/23 237/1 238/24 242/24 243/13 244/13 248/4 250/8
**become [5]**  190/2 200/14 211/23 230/21 234/20
**becomes [4]**  182/6 191/13 191/13 253/2
**been [25]**  186/15 188/10 205/14 206/8 206/10 213/20 213/22 222/23 226/16 226/21 227/4 227/15 227/16 231/10 231/22 232/24 233/2 233/24 239/9 245/13 250/9 250/25 251/7 251/16 256/6
**before [16]**  175/13 188/7 190/4 190/20 203/6 209/6 215/7 217/12 224/14 241/13 242/23 249/17 249/20 250/18 256/7 258/12
**began [1]**  249/5
**beginning [5]**  180/15 183/1 231/24 231/25 251/25
**begins [1]**  253/18
**begun [1]**  249/18
**behalf [3]**  178/15 178/20 204/10
**behavior [7]**  201/13 216/16 216/25 218/9 221/24 223/13 223/22
**behest [1]**  199/10
**behind [2]**  211/1 211/23
**being [22]**  184/15 188/20 190/23 195/24 197/3 197/9 207/12 208/20 213/23 213/23 214/18 219/22 221/18 223/22 227/11 228/15 228/23 244/16 248/4 252/22 252/23 253/10
**belief [1]**  223/10
**believe [16]**  186/14 194/7 200/8 223/24 225/5 233/12 235/19 235/20 236/20 240/2 243/25 247/23 248/16 252/2 253/20 257/20
**believed [10]**  186/10 229/20 231/16 232/5 232/9 237/12 239/6 252/20 257/11 257/17
**believes [2]**  238/1 238/2
**below [1]**  261/4
**benchmark [2]**  257/22 257/25
**Benjamin [1]**  177/4
**best [3]**  187/8 194/8 221/15
**better [2]**  240/1 250/21
**between [15]**  179/20 180/18 180/18 184/23 187/12 205/2 207/8 207/14 216/8 218/14 249/19 250/19 250/21 251/8 255/24
**beyond [1]**  180/22
**bias [8]**  221/14 221/17 221/23 221/23 222/11 223/10 223/21 223/21
**big [1]**  206/10
**bill [28]**  190/2 190/6 190/6 190/10 190/11 190/11 190/19 192/10 198/18 199/2 199/2 199/4 199/8 199/17 201/3 203/15 205/8 208/16 211/22 234/19 255/2 255/10 255/11 255/11 255/14 255/15 255/21 256/23
**bills [5]**  205/18 211/3 229/13 240/25 254/24
**bit [5]**  185/18 195/10 217/11 258/12 258/19
**blacklist [1]**  182/5
**boarders [1]**  209/16
**bodies [2]**  229/3 229/8
**body [2]**  240/24 241/10
**Bolsheviks [1]**  245/16
**Bolshevism [1]**  246/12
**Bombing [1]**  240/11
**book [23]**  187/7 231/5 231/12 231/14 232/7 232/20 232/21

233/9 236/9 236/11 237/8 238/13 238/24 239/8 243/17 244/18 244/19 246/1 253/14 254/10 254/15 255/3 255/6 255/7
**books [1]**  187/8
**border [38]**  179/24 181/16 182/11 182/12 183/6 188/1 200/13 204/15 207/1 208/19 216/8 218/4 218/4 218/10 220/12 223/17 226/16 228/9 233/15 233/16 233/23 233/25 234/2 236/17 236/21 236/25 237/3 239/1 242/9 249/12 250/2 250/5 250/8 252/21 252/22 253/1 253/17 255/12
**borders [4]**  200/7 209/13 209/14 250/1
**born [8]**  193/21 193/24 193/25 216/19 218/21 218/22 219/12 220/6
**both [11]**  183/20 186/3 203/25 204/3 217/3 219/8 220/16 238/12 240/21 241/8 246/2
**bought [2]**  254/14 254/15
**bound [1]**  234/14
**boundaries [2]**  241/22 242/5
**bout [1]**  221/21
**Bracero [19]**  180/17 180/19 181/3 181/7 181/11 181/13 181/24 182/14 182/22 182/25 183/5 183/16 183/18 183/22 234/9 234/14 235/7 235/10 235/13
**Braceros [7]**  181/8 181/15 181/23 182/6 182/17 182/23 183/12
**branches [1]**  209/19
**break [4]**  193/24 202/15 224/13 258/12
**breaking [1]**  197/1
**Brewer [1]**  229/2
**bridges [1]**  180/4
**briefly [2]**  195/9 239/24
**bringing [3]**  179/22 183/9 183/10
**brings [1]**  227/13
**broad [2]**  243/1 246/9
**broader [1]**  244/10
**broadly [13]**  184/16 185/9 187/15 188/21 194/25 195/15 202/22 216/15 216/24 227/11 227/22 242/7 252/3
**broke [3]**  219/15 219/16 249/24
**broken [1]**  241/1
**brown [2]**  185/9 215/14
**browser [3]**  201/23 201/24 202/2
**brunt [1]**  228/10
**building [1]**  200/14
**bulk [2]**  228/7 251/2
**burden [3]**  214/21 227/24 229/18
**busted [1]**  199/13

**C**

**caffeinated [1]**  260/1
**caffeination [1]**  259/25
**California [1]**  240/10
**called [1]**  183/21
**came [1]**  187/1
**campaign [5]**  203/4 205/22 206/6 206/7 207/13
**campaigns [2]**  206/11 206/23
**can [49]**  179/10 179/11 179/11 179/25 181/9 184/4 184/4 185/16 185/22 188/14 190/9 190/16 191/20 191/23 197/20 199/20 200/12 203/6 206/1 206/12 208/25 209/9 209/14 209/24 210/17 210/20 215/20 216/10 218/24 221/7 221/8 222/5 224/8 224/17 224/23 225/14 225/25 227/2 231/13 236/10 241/24 242/3 242/18 243/12 250/5 253/23 259/11 259/20 259/23
**can't [14]**  184/3 195/24 196/15 199/11 200/3 207/8 231/3 242/13 242/18 243/12 244/1 244/2 249/15 257/2
**Canada [5]**  200/13 247/16 247/22 248/3 253/14
**Canadian [4]**  248/4 253/12 253/13 253/25
**Canadians [14]**  200/5 200/11 200/21 248/4 252/8 252/14 252/17 252/20 252/24 253/4 253/7 253/10 253/20 254/4
**cannot [2]**  190/14 194/3
**capitalism [1]**  245/18
**care [2]**  189/18 201/17
**careful [1]**  184/22
**carefully [1]**  206/15
**carried [1]**  191/10
**carries [1]**  180/10 185/11
**case [4]**  178/7 208/23 224/9 258/11
**cases [3]**  183/10 210/3 220/13
**categorization [1]**  191/11

**C**

category [3] 187/15 187/17 207/11
Cato [1] 219/7
caught [1] 207/7
cause [1] 261/6
causes [1] 223/8
causing [1] 253/8
celebrated [1] 195/8
Celler [4] 193/19 193/19 193/23 198/8
Celler's [1] 218/20
census [9] 192/7 192/8 257/23 257/25 258/1 258/2 258/4 258/5 258/5
Center [1] 240/11
central [5] 198/5 207/4 208/14 229/19 256/22
cents [1] 254/16
century [6] 184/8 200/20 208/25 209/8 209/9 246/1
certain [1] 187/6
certainly [5] 192/3 200/5 206/24 212/14 233/17
certified [2] 179/2 261/8
certify [1] 261/4
Chain [3] 230/22 231/15 255/20
Chains [1] 231/21
change [2] 192/25 238/20
changed [2] 232/6 233/17
changes [7] 204/12 211/3 214/13 242/13 242/18 242/19 257/17
characteristic [2] 189/21 203/19
characteristics [3] 184/25 188/12 201/13
characterization [3] 189/15 189/24 191/25
characterizations [2] 222/8 243/14
characterize [4] 220/25 221/2 223/11 250/5
characterized [4] 186/23 206/4 227/11 238/23
Characterizing [1] 214/6
charged [1] 204/14
charges [2] 199/12 228/22
charts [2] 239/19 258/8
checkpoints [2] 250/5 250/8
chest [1] 181/17
children [1] 189/3
China [2] 195/20 195/21
Chinese [8] 196/6 196/8 196/18 196/21 196/23 197/8 197/15 214/4
choose [3] 215/8 221/10 260/3
chooses [2] 208/5 209/19
chop [2] 218/16 218/19
chopping [1] 197/7
chose [2] 183/15 183/16
circumstance [1] 208/24
circumstances [1] 208/9
cite [1] 233/10
cited [5] 202/11 225/5 232/14 244/1 244/16
cites [3] 225/12 244/8 244/22
cities [5] 218/4 218/4 218/6 218/10 218/18
citizen [2] 196/7 196/19 196/20
citizens [8] 184/23 194/6 194/8 196/4 197/11 202/25 229/9 229/15
citizenship [8] 188/22 195/16 195/19 197/14 214/7 226/11 228/14 228/25
claim [2] 248/19 248/23
claimed [1] 226/16
claiming [1] 222/22
claims [2] 229/3 229/5
clarification [2] 204/18 241/24
clarifications [1] 179/3
clarify [1] 192/21
Clark [5] 176/6 178/17 178/20 201/22 259/10
class [5] 188/12 212/25 221/5 242/25 254/9
classification [1] 230/7
classified [1] 186/19
cleaned [1] 192/23
cleaning [1] 232/1
clear [1] 246/24
clearly [2] 211/1 211/6

clerks [1] 221/9
clone [1] 225/10
close [2] 209/13 209/14
clothes [1] 189/9
co [1] 259/12
co-counsel [1] 259/12
codified [2] 198/21 211/25
Cold [1] 196/13
collected [1] 219/2
college [2] 242/23 254/17
colonial [1] 251/8
combination [1] 246/11
come [18] 180/20 187/22 189/17 193/8 195/24 200/22 201/5 201/23 209/15 214/5 221/1 233/6 233/13 233/20 234/9 252/12 252/15 253/6
comes [3] 214/15 218/24 226/24
comfortable [1] 255/17
coming [13] 179/13 189/20 208/18 215/15 219/15 219/16 234/7 244/3 244/5 252/17 252/21 253/21 254/3
Command [1] 202/6
comments [4] 218/20 225/25 226/5 226/8
Commission [8] 184/2 216/17 217/10 217/20 217/22 218/1 218/2 218/13
commit [3] 217/13 217/14 220/6
committee [4] 192/9 226/10 226/12 258/9
common [2] 190/21 200/5
communism [5] 196/15 256/25 257/11 257/13 257/14
Communist [1] 257/4
community [1] 242/20
comparable [1] 197/22
comparative [5] 242/21 242/22 242/25 243/2 243/3
compared [1] 192/12
comparison [2] 197/21 198/4
complete [1] 225/5
completed [1] 231/19
complicated [2] 203/23 236/12
complicating [1] 204/2
comprehensive [2] 256/3 256/13
comprised [1] 228/7
comprises [1] 228/2
conceived [5] 195/1 202/22 227/12 227/22 228/13
concept [2] 201/8 216/9
concepts [1] 221/15
concern [2] 204/15 245/16
concerned [2] 188/19 202/23
concerns [1] 209/11
concludes [1] 246/10
conclusion [4] 187/22 232/2 246/16 247/23
conditions [3] 182/7 189/4 189/18
conference [1] 178/4
confluence [1] 245/1
conformed [1] 261/7
confronted [4] 211/24 213/20 213/22 213/25
Congress [32] 192/17 200/18 205/18 211/16 212/12 213/2 214/14 214/19 221/8 223/23 225/25 226/8 226/13 227/2 227/5 227/6 227/11 227/14 227/19 234/6 234/11 234/12 234/25 236/5 238/14 240/24 241/3 241/10 247/15 247/19 247/21 251/16
Congress's [1] 247/2
congressional [6] 192/9 200/18 239/7 246/24 254/22 255/8
Congressmen [2] 194/20 247/14
connected [1] 240/12
connection [1] 197/20
connective [1] 179/20
connotations [2] 180/10 188/20
consequence [1] 235/8
conservative [1] 226/19
consider [4] 186/12 191/4 222/24 240/18
consideration [4] 190/6 212/2 221/22 240/17
considered [8] 203/22 203/23 210/4 218/25 231/14 240/14 255/19 256/7
considers [1] 195/25 202/15
constitutionality [1] 213/5
constitutionally [4] 199/20 200/3 208/25 209/10

## C

**constraints [1]** 258/21
**constructed [4]** 214/20 214/22 228/1 242/8
**construction [2]** 228/17 238/25
**consular [1]** 200/14
**contact [1]** 219/4
**contain [2]** 232/4 236/15
**contained [1]** 236/13
**containing [1]** 246/4
**contains [1]** 231/16
**contemporary [2]** 219/8 225/23
**contents [1]** 232/8
**context [14]** 185/3 198/13 201/7 212/14 233/8 233/11 240/21 245/8 246/6 246/9 248/25 249/9 251/17 251/18
**contextualize [1]** 254/23
**continuation [2]** 178/6 192/5
**continue [10]** 179/15 182/12 185/3 198/24 200/17 220/7 227/24 228/10 238/5 260/7
**continued [3]** 182/19 202/17 217/6
**continues [3]** 200/2 200/4 223/1
**continuing [2]** 211/13 221/20
**contours [2]** 245/9 258/2
**contract [1]** 181/25
**contracted [3]** 181/19 181/21 181/22
**contrary [1]** 194/5
**contributed [3]** 240/15 246/18 251/13
**contributing [1]** 245/24
**control [18]** 202/1 202/3 203/24 213/11 233/5 233/12 233/14 233/19 234/16 235/1 235/15 236/4 237/13 240/8 240/13 242/5 245/9 249/3
**controlling [1]** 183/23
**controls [2]** 242/9 250/18
**conveyors [1]** 204/19
**convicted [3]** 222/24 223/4 226/21
**convictions [4]** 205/9 205/12 205/13 230/5
**correct [17]** 183/6 183/8 198/21 204/25 230/8 232/9 232/21 233/3 238/22 240/16 247/9 247/13 248/10 249/9 256/4 259/10 261/5
**correctly [1]** 188/17
**correlation [3]** 216/8 216/11 218/7
**cost [1]** 223/2
**could [36]** 181/9 184/17 193/14 195/15 195/20 195/20 196/6 197/8 197/11 201/22 202/21 204/4 206/13 207/2 207/3 207/17 212/12 212/24 213/12 213/12 216/2 217/25 221/9 227/11 229/6 229/25 240/14 246/11 247/14 247/15 247/20 247/21 252/1 253/10 259/13 259/15
**counsel [4]** 179/5 179/6 179/15 259/12
**counter [1]** 220/3
**countries [19]** 186/25 197/11 198/1 198/5 213/7 213/10 213/13 213/14 229/16 242/11 243/6 243/6 243/7 243/9 243/15 245/6 246/4 251/9 251/10
**country [35]** 186/17 187/14 193/22 195/24 196/5 196/7 197/5 198/9 203/20 212/22 212/25 214/5 214/7 215/19 219/19 220/24 221/2 222/4 222/10 223/14 223/15 226/20 227/16 229/11 233/6 233/13 233/20 233/23 234/8 234/9 234/22 245/9 246/19 251/4 258/3
**country's [1]** 242/13
**couple [3]** 193/7 215/2 232/14
**course [10]** 181/23 187/11 191/1 194/10 216/3 227/7 228/16 229/22 233/1 245/18
**court [13]** 175/1 175/14 176/23 178/9 178/23 179/2 190/8 206/21 206/21 208/10 224/1 260/14 261/10
**court-certified [1]** 179/2
**Courthouse [1]** 176/23
**covered [1]** 191/16
**covers [1]** 243/1
**cr [2]** 175/5 178/8
**crack [1]** 220/8
**crime [20]** 186/16 198/14 198/24 204/24 216/9 217/13 217/14 217/16 217/18 218/3 218/5 218/6 218/11 218/15 219/2 220/1 227/24 228/6 230/5 240/13
**crimes [4]** 219/13 220/6 226/22 226/23

## D

**criminal [15]** 190/15 190/21 191/1 201/13 208/6 209/6 209/20 216/22 216/25 220/3 221/1 223/7 228/23 253/9 258/16
**criminality [6]** 189/16 193/21 201/9 216/19 216/23 217/6
**criminalization [1]** 209/10
**criminalizing [2]** 230/6 230/23
**criminals [4]** 189/12 201/19 214/25 221/3
**critical [2]** 225/17 238/24
**cross [6]** 177/3 180/5 200/13 230/12 230/14 258/14
**cross-examination [2]** 230/12 230/14
**crossed [2]** 188/1 223/14
**crossing [2]** 209/16 220/11
**crossings [2]** 183/5 216/8
**CRR [2]** 176/23 261/10
**Cuba [1]** 251/11
**cue [1]** 230/1
**cues [1]** 206/20
**culture [2]** 214/24 250/9
**currently [2]** 179/23 199/14
**custody [2]** 204/14 219/4
**cut [2]** 224/17 239/4
**CV [2]** 230/16 243/4

## D

**D.C [1]** 195/5
**daily [4]** 176/6 178/17 178/21 181/1
**dangerous [3]** 221/2 222/5 223/13
**data [3]** 221/7 221/8 253/3
**date [2]** 220/4 261/10
**dates [1]** 244/22
**dating [1]** 207/6
**daughter's [1]** 254/17
**day [6]** 197/15 197/16 205/24 254/18 258/17 258/18
**de [1]** 221/3
**de-humanize [1]** 221/3
**deal [2]** 217/18 253/12
**dealers [1]** 214/25
**dealing [1]** 255/11
**debate [33]** 185/13 190/1 190/12 191/2 192/2 192/4 193/17 198/17 199/4 203/12 204/8 204/23 205/7 210/7 210/9 210/20 211/5 211/8 211/12 211/12 212/7 214/14 217/3 221/21 226/2 234/19 237/6 241/21 246/25 247/19 251/3 257/9 257/12
**debated [7]** 210/4 212/4 213/3 213/22 213/23 215/13 215/15
**debates [1]** 237/7
**debating [4]** 201/2 205/18 212/4 214/19
**decades [2]** 222/3 251/6
**decided [1]** 250/8
**decision [1]** 198/24
**declare [1]** 208/3
**declining [1]** 188/2
**decoupled [1]** 203/22
**decreasing [1]** 181/6
**dedicated [1]** 216/22
**deemed [1]** 249/7
**deep [1]** 200/9
**defendant [3]** 175/8 176/6 178/24
**Defender's [1]** 176/7
**defense [4]** 177/3 179/6 179/15 208/2
**defer [1]** 259/18
**deliberately [3]** 250/4 250/7 250/7
**deliberative [4]** 240/24 241/3 241/5 241/10
**delousing [1]** 254/7
**demand [2]** 181/12 182/24
**demands [6]** 180/21 181/4 234/22 239/1 249/13 250/2
**democracy [1]** 245/17
**democratic [1]** 260/5
**demographic [1]** 186/13
**demonstrated [2]** 211/6 258/8
**demonstrating [1]** 238/13
**Dennis [7]** 176/23 224/12 251/23 251/24 258/11 261/9 261/10
**denoting [1]** 252/10
**denying [1]** 249/7
**Department [4]** 204/11 249/5 249/5 250/17
**departments [1]** 228/21

**D**

**Depending [1]** 224/6
**deport [1]** 207/16
**deportable [1]** 212/23
**deportation [8]** 203/4 205/19 205/22 205/24 206/6 206/7
206/11 206/23
**deported [1]** 205/25
**depressing [1]** 253/8
**Depression [1]** 181/4
**deputy [4]** 204/10 204/17 215/10 215/22
**derogatory [4]** 180/11 204/21 214/17 214/18
**descendent [1]** 197/6
**descent [9]** 184/17 184/24 186/22 196/4 196/5 197/5 202/22
205/16 227/12
**describe [3]** 180/2 188/15 221/25
**description [2]** 191/21 191/23
**desert [2]** 229/4 229/8
**deserves [1]** 211/8
**designated [3]** 196/5 199/17 250/25
**desire [3]** 192/17 245/9 246/2
**despite [4]** 196/9 221/14 233/23 238/19
**destabilized [1]** 241/22
**detail [1]** 255/21
**detailed [1]** 203/13
**deter [4]** 208/7 209/15 209/20 215/16
**determine [1]** 250/14
**deterrent [4]** 212/4 212/5 212/9 236/3
**development [1]** 179/25
**diarrhea [1]** 189/3
**did [31]** 186/11 190/22 192/15 192/17 193/2 195/6 195/11
195/12 201/21 206/16 217/2 218/12 229/14 232/4 234/25 235/3
235/3 235/16 235/20 235/25 236/14 236/15 237/8 237/18
238/25 239/4 245/7 250/7 251/21 251/24 256/10
**didn't [6]** 182/16 182/17 204/6 234/21 235/23 236/1
**Diego [1]** 242/24
**differed [1]** 237/6
**difference [2]** 207/8 249/19
**Differences [1]** 230/17
**different [18]** 183/17 185/21 186/12 187/20 188/25 191/10
200/17 204/2 204/4 210/14 212/13 212/19 229/12 232/7 235/4
243/14 252/5 258/11
**differential [1]** 200/6
**differing [1]** 222/9
**difficult [3]** 224/16 239/2 240/25
**difficulties [1]** 227/16
**difficulty [1]** 191/17
**diffusion [1]** 229/11
**digitally [1]** 261/7
**Dillingham [2]** 184/2 218/13
**direct [9]** 177/3 179/14 179/17 224/5 224/25 230/4 230/10
235/6 239/25
**directed [4]** 203/20 203/21 206/16 213/21
**directly [1]** 241/8
**disagree [6]** 191/25 233/19 233/20 233/22 246/16 246/17
**disappeared [2]** 212/15 212/17
**disavowing [2]** 194/13 194/14
**disbelieve [4]** 243/19 244/6 244/7 248/18
**discriminate [1]** 199/20
**discriminatory [4]** 199/22 200/1 208/13 213/24
**discuss [3]** 185/3 210/11 238/14
**discussed [12]** 187/11 194/19 200/8 201/10 203/25 211/24
214/2 231/24 235/6 238/10 245/11 245/13
**discussing [9]** 179/23 198/18 204/3 212/13 212/15 216/9
221/21 222/1 227/8
**discussion [42]** 180/8 183/13 183/14 183/20 185/13 189/22
189/25 190/24 192/20 198/23 199/1 199/6 199/7 200/17 203/11
203/13 203/15 203/16 204/22 210/16 210/18 210/20 211/15
212/1 212/18 212/19 215/4 215/18 216/12 226/25 227/15
228/19 238/16 240/9 240/20 240/21 240/23 241/7 245/8 245/10
250/23 253/12
**discussions [4]** 193/16 203/8 247/25 248/2
**disease [1]** 181/18

**disparate [2]** 208/17 256/1
**disparately [1]** 205/9
**displacement [1]** 253/8
**disposal [1]** 259/7
**disproportionately [1]** 205/15
**disproves [1]** 191/24
**dissertation [24]** 230/19 230/20 230/24 231/3 231/5 231/19
231/22 232/4 232/6 232/8 233/4 233/9 236/1 236/2 237/5
237/10 237/19 238/8 238/12 239/10 240/5 254/20 255/15
255/19
**dissertations [2]** 231/7 236/10
**distance [1]** 204/15
**distinction [3]** 185/4 250/19 250/21
**distinctions [2]** 184/23 187/18
**distinguish [1]** 189/23
**DISTRICT [4]** 175/1 175/2 175/14 176/23
**districts [1]** 228/9
**diversion [1]** 241/14
**divided [1]** 188/25
**do [74]** 178/9 182/10 184/4 185/15 185/19 187/4 188/8 191/23
192/5 194/21 194/23 196/15 197/12 199/6 200/23 201/7 202/10
204/9 206/18 208/4 209/18 209/21 210/6 210/13 210/14 210/16
210/17 210/20 211/6 211/11 215/21 215/25 216/2 220/10
220/19 221/13 221/17 222/13 224/4 224/9 224/11 225/6 225/19
232/23 233/12 233/25 234/15 236/13 242/6 243/19 243/21
244/5 245/22 246/8 246/14 246/16 246/20 247/23 247/25 248/1
248/23 251/12 251/15 255/15 255/20 255/22 257/1 258/13
259/13 259/16 259/16 259/23 260/2 260/4
**docile [6]** 189/1 189/17 201/13 201/16 214/21 225/13
**docility [1]** 189/20
**Docket [2]** 179/7 179/8
**documents [1]** 189/14
**does [7]** 187/4 195/21 208/23 209/8 213/6 258/25 259/2
**doesn't [2]** 217/20 244/14
**doing [3]** 212/3 220/12 223/7
**don't [47]** 184/5 184/10 185/25 189/18 190/8 193/3 194/9
196/13 197/6 197/7 200/9 200/22 201/17 203/23 210/9 211/2
211/4 211/10 212/14 213/1 213/4 214/23 217/12 218/11 231/18
233/8 233/22 235/11 235/19 239/8 239/19 242/21 243/25 244/7
246/17 250/5 250/24 252/11 252/13 253/2 253/11 253/23 254/3
255/4 255/14 255/21 259/10
**done [3]** 213/18 216/7 219/7
**doubt [1]** 237/12
**down [6]** 220/8 226/18 227/13 232/23 236/10 241/1
**Dr. [1]** 231/25
**Dr. Lytle [1]** 231/25
**draft [2]** 231/14 255/19
**draw [1]** 186/1
**drawing [1]** 179/20
**dress [1]** 214/23
**drive [1]** 219/25
**driven [5]** 222/3 223/20 237/14 249/12 251/14
**driving [1]** 228/12
**drop [5]** 182/4 194/4 197/4 197/4 239/16
**dropped [4]** 181/24 182/2 228/5 239/11
**drug [3]** 214/25 226/17 226/21
**drugs [1]** 219/22
**during [23]** 190/1 190/12 192/2 193/17 196/12 198/6 199/4
203/3 204/22 207/7 218/5 226/2 238/11 243/8 244/24 244/25
247/19 248/20 249/11 254/5 255/3 257/9 258/8

**E**

**each [2]** 186/11 252/4
**earlier [8]** 201/10 203/14 217/1 234/3 234/19 237/6 238/18
241/6
**early [10]** 184/8 189/22 200/20 208/12 208/24 217/4 236/20
246/1 259/19 259/20
**easier [2]** 182/13 202/13
**East [1]** 196/14
**Eastern [5]** 192/12 204/16 213/25 246/3 258/7
**ebbed [1]** 233/1
**echoing [1]** 198/16
**economic [4]** 245/1 245/14 245/22 251/7

**E**

education [1] 186/14
effect [1] 179/23
effectiveness [5] 211/9 212/4 212/5 216/10 221/22
efficient [2] 224/16 224/18
eighth [1] 196/21
either [14] 186/17 196/21 205/15 207/16 212/17 213/16 214/21
215/4 215/9 223/7 231/22 233/17 241/6 251/15
El [3] 186/25 251/11 254/8
Eleanor [1] 225/20
elected [1] 209/19
eleven [2] 224/10 258/10
eligible [2] 195/16 195/18
Elizabeth [2] 176/6 178/21
else [2] 207/22 221/9
emergency [2] 243/9 243/10
emerging [1] 245/19
emphasis [1] 201/3
empirical [2] 216/8 221/20
employed [1] 182/23
employer [2] 181/19 181/20
employers [8] 181/22 181/24 182/1 182/5 182/11 182/11
182/20 182/21
employing [1] 199/13
employment [5] 199/10 200/5 206/14 222/19 252/10
enacted [1] 240/6
enacting [1] 241/3
enactment [1] 240/15
end [5] 190/25 192/18 197/15 197/16 250/12
ending [1] 192/15
enforce [1] 249/6
enforcement [2] 205/18 252/25
enough [1] 206/12
ensuring [2] 201/4 205/19
enter [6] 178/12 178/18 178/25 183/16 231/8 233/23
entered [11] 192/9 200/15 207/1 207/15 223/14 252/8 253/4
253/4 253/14 253/16 254/4
entering [5] 180/3 209/16 232/25 248/13 250/6
entire [9] 191/12 198/1 203/14 214/16 217/6 223/10 223/12
252/1 256/17
entities [3] 213/7 213/10 213/13
entitled [1] 261/6
entrants [11] 183/11 188/2 188/3 202/21 228/4 229/21 233/2
247/1 251/3 252/25 253/25
entrenched [3] 222/4 241/22 242/3
entrenchment [1] 239/6
entries [2] 228/3 236/19
entry [30] 181/6 183/19 185/6 203/21 203/22 204/3 204/22
205/6 215/16 220/9 228/6 234/1 234/2 235/4 235/8 235/17
235/20 235/21 235/23 238/14 238/16 242/10 243/10 249/6
249/10 250/24 251/2 255/4 255/5 255/12
entry/exit [1] 243/10
environment [1] 257/7
envisioned [2] 234/18 256/6
equal [1] 208/3
erected [1] 226/16
especially [5] 191/7 195/7 219/1 236/20 243/16
espionage [1] 226/22
essentially [13] 184/3 185/2 186/4 186/13 187/21 188/25
192/13 192/14 196/1 197/3 199/9 207/3 218/16
establishing [1] 184/11
estimate [1] 219/9
estimated [4] 205/25 206/1 206/2 239/22
estimates [1] 226/19
ethnic [2] 256/11 258/2
eugenecist [1] 191/7
eugenics [1] 246/1
Europe [6] 192/11 192/12 194/6 196/24 243/23 246/3
European [11] 194/8 197/9 197/13 197/21 197/25 213/25
229/15 245/6 254/9 258/6 258/7
even [23] 182/21 189/18 189/19 196/4 197/14 200/14 200/19
202/13 202/16 205/14 207/6 210/5 211/12 212/10 223/11 228/4

228/4 229/19 247/10 249/17 249/20 251/5 257/12
events [2] 229/9 231/10
eventually [3] 230/21 231/5 236/25
every [5] 187/21 190/13 220/4 221/8 242/13
everybody [5] 201/21 202/2 224/15 259/23 260/12
everyone [3] 178/5 193/10 206/24
everything [3] 221/9 232/3 240/18
evidence [11] 188/15 188/16 208/12 217/21 220/3 220/4 220/17
221/6 229/4 232/2 245/25
evidentiary [1] 178/6
exact [2] 216/21 242/19
exactly [4] 214/12 231/3 239/8 253/3
examination [5] 179/14 179/17 200/8 200/11 200/12 224/5
224/25 230/12 230/14 253/17 254/3 254/6
examine [1] 187/19
examined [1] 216/18
example [4] 187/2 223/20 223/21 234/9
examples [1] 251/10
except [1] 258/19
exception [2] 245/18 255/10
exchange [2] 250/2 250/9
excludable [1] 249/7
excluded [2] 200/16 243/22
excludes [1] 199/9
excluding [2] 219/13 219/13
Exclusion [1] 214/4
Executive [2] 234/6 251/16
exempted [2] 229/15 254/8
exhibits [1] 179/8
exist [2] 220/24 231/20
existed [2] 250/10 256/2
existence [1] 208/9
existing [1] 198/19
exists [1] 210/23
exit [2] 242/10 243/10
expanded [1] 231/1
expansion [3] 204/24 205/1 237/3
expect [3] 217/17 217/18 218/9
expected [1] 218/7
expecting [1] 258/22
expert [3] 243/2 248/19 248/24
expertise [6] 242/15 243/16 243/18 243/18 243/19 248/22
explicit [5] 221/18 221/19 222/2 222/7 223/21
explicitly [5] 185/12 192/3 192/19 200/16 258/7
exploitation [2] 182/19 201/6
exposure [1] 192/15
expressed [2] 194/10 223/22
expressing [5] 222/11 222/14 222/17 223/10 237/11
expression [2] 192/20 192/21
extend [1] 192/11
extended [6] 180/23 189/25 197/22 198/2 198/7 253/16
extension [3] 185/1 195/25 200/11
extent [1] 216/17
exterior [1] 241/9
external [1] 251/12

**F**

F5 [1] 202/4
fact [3] 196/9 239/11 242/9
factor [4] 211/1 211/23 221/19 221/19
factors [7] 204/2 241/2 245/24 246/18 250/16 251/12 251/14
facts [3] 194/5 244/22 247/24
failed [1] 238/20
failure [4] 236/3 238/24 239/6 240/8
fair [1] 209/15
fairness [2] 247/15 247/21
falsifiers [1] 189/13
familiar [1] 232/20
familiarity [3] 232/12 244/14 244/15
families [5] 183/10 221/1 221/4 223/3 223/9
family [2] 183/11 256/8
far [7] 188/8 193/24 198/21 205/10 226/4 244/10 244/16
farm [1] 225/13

**F**

**fashion** [1]  234/13
**FBI** [1]  193/23
**FCRR** [2]  176/23 261/10
**feature** [1]  212/16
**February** [2]  175/6 178/1
**federal** [5]  176/7 222/24 222/25 223/4 228/8
**Federally** [1]  179/2
**Federation** [1]  188/24
**feed** [1]  181/1
**feel** [3]  253/2 253/23 255/17
**feeling** [1]  237/11
**fees** [1]  181/15
**fellow** [1]  226/15
**felons** [1]  226/20
**felony** [1]  199/12
**fence** [2]  226/16 226/18
**few** [7]  187/17 199/23 219/24 224/14 232/19 235/24 246/11
**field** [1]  185/19
**fight** [1]  196/15
**figure** [1]  202/8
**filed** [1]  215/24
**filibuster** [1]  260/8
**filing** [1]  179/6
**final** [2]  231/14 231/14
**finalized** [2]  231/20 255/18
**finally** [1]  195/23
**find** [10]  183/14 204/16 208/12 208/16 217/20 218/11 218/15 218/21 219/24 229/6
**finding** [3]  219/11 229/3 229/7
**finds** [2]  217/10 220/5
**fine** [2]  179/12 259/22
**Finish** [1]  207/19
**finished** [1]  239/5
**first** [8]  181/7 181/11 186/18 189/1 197/18 225/9 236/13 254/9
**first-class** [1]  254/9
**Fish** [1]  237/11
**five** [3]  193/8 215/6 228/9
**flashy** [2]  189/9 214/23
**flip** [1]  201/18
**floor** [3]  237/10 237/20 238/9
**Florida** [1]  229/13
**flow** [1]  232/24
**flowed** [1]  233/1
**focus** [2]  179/19 194/20
**folded** [2]  256/1 256/2
**follow** [6]  197/18 197/19 198/12 207/20 207/22 216/4
**follow-up** [6]  197/18 197/19 198/12 207/20 207/22 216/4
**follower** [1]  194/2
**following** [7]  178/3 183/3 185/16 242/14 242/20 250/10 253/1
**force** [1]  183/24
**Ford** [3]  204/10 204/11 215/11
**foregoing** [1]  261/4
**foreign** [7]  193/21 193/25 216/19 218/22 247/1 247/5 247/7
**foreign-born** [4]  193/21 193/25 216/19 218/22
**forgetting** [1]  216/21
**form** [3]  199/10 214/12 243/3
**formal** [2]  196/9 231/9
**format** [1]  232/7
**formed** [1]  230/24
**formula** [2]  219/8 219/9
**forth** [1]  250/2
**Forum** [1]  188/23
**forward** [3]  192/8 233/2 258/23
**found** [4]  186/18 204/14 218/4 219/21
**four** [1]  229/16
**Francisco** [2]  220/15 220/16
**free** [2]  258/20 259/9
**freeze** [1]  201/21
**frequently** [1]  187/8
**front** [1]  239/19
**fueled** [1]  246/12

**fund** [1]  254/17
**funded** [1]  203/9
**further** [1]  230/9
**future** [2]  208/11 230/25
**fuzzy** [2]  186/1 206/1

**G**

**gang** [2]  219/17 219/20
**gangs** [1]  219/22
**gave** [1]  186/11
**general** [4]  204/10 216/8 240/13 247/7
**generally** [3]  208/14 234/23 243/8
**genetic** [1]  197/7
**Georgia** [2]  193/17 193/25
**Germany** [4]  192/16 194/5 194/16 196/13
**get** [21]  188/7 190/20 191/2 203/16 204/5 206/1 206/12 206/13 209/17 210/9 210/25 218/24 220/1 225/14 228/22 232/23 236/9 241/1 254/13 254/16 260/1
**gets** [1]  215/24
**getting** [7]  182/13 198/16 206/7 207/7 211/14 236/23 245/12
**GI** [1]  188/23
**give** [5]  201/25 215/8 224/12 253/20 258/11
**given** [3]  209/4 211/20 250/15
**gives** [1]  251/10
**glitches** [1]  193/8
**global** [1]  243/7
**go** [34]  181/15 182/10 183/15 183/25 188/5 188/7 189/7 189/22 190/17 190/22 193/14 196/15 198/17 200/9 200/13 200/18 207/19 215/17 216/6 217/12 224/10 224/15 225/4 236/6 241/13 241/14 246/20 250/8 251/23 255/15 255/21 258/23 259/20 260/4
**goal** [1]  205/23
**goes** [3]  200/7 209/22 223/1
**going** [20]  182/14 193/9 205/17 207/10 207/21 207/24 218/13 218/20 220/4 221/12 228/21 228/25 229/23 229/24 232/23 233/2 236/8 238/4 251/1 256/16
**Gonzalez** [8]  177/4 179/9 179/15 179/19 185/17 225/1 251/20 259/1
**good** [16]  178/5 178/11 178/14 178/16 178/17 178/19 179/1 179/10 189/2 191/15 194/6 209/5 210/1 216/6 223/25 247/8
**gosh** [1]  224/12
**got** [4]  190/8 224/12 232/22 236/9
**gotten** [1]  214/6
**GOVERNMENT** [3]  176/2 178/13 183/20
**governmental** [2]  190/24 217/8
**Governor** [1]  229/2
**graduate** [1]  232/11
**Grande** [7]  180/4 180/5 184/19 213/19 216/16 225/9 225/11
**grandparents** [1]  196/18
**granted** [1]  239/14
**great** [5]  207/22 210/5 217/18 253/12 255/21
**greater** [1]  217/17
**Greg** [1]  226/15
**grounds** [1]  247/11
**group** [20]  188/19 188/21 189/1 189/1 189/5 189/6 189/6 189/11 191/12 201/15 201/18 206/25 217/7 223/10 223/12 227/17 227/17 228/2 253/2 253/10
**groups** [4]  189/1 201/13 207/6 222/8
**grown** [1]  227/7
**growth** [4]  183/1 183/18 184/12 238/22
**Guadalupe** [1]  250/10
**guaranteed** [3]  180/24 180/25 180/25
**guess** [3]  224/7 259/24 259/25
**guest** [10]  234/10 234/15 234/17 234/21 235/14 235/16 235/19 236/5 236/16 238/25

**H**

**had** [46]  180/5 181/15 182/4 182/15 182/22 186/15 190/14 191/17 193/16 196/18 196/21 197/5 197/12 197/13 197/24 198/1 199/18 205/23 206/21 207/15 208/13 212/7 212/18 212/19 214/6 214/7 217/8 219/23 225/5 225/24 226/16 228/5 229/7 235/7 237/3 238/22 239/17 239/21 244/21 249/18 250/8 250/10 250/20 253/17 256/2 256/6

# H

**Hadley [1]** 225/20
**half [2]** 224/12 226/19
**half-hour [1]** 224/12
**Hall [1]** 195/5
**hallmarks [1]** 209/12
**hand [4]** 206/21 236/13 246/21 246/21
**Handcuffs [4]** 230/22 231/15 231/21 255/20
**handful [1]** 242/22
**handle [1]** 181/1
**haphazard [1]** 234/12
**happened [4]** 192/16 193/7 215/5 243/13
**happening [3]** 248/14 249/4 250/16
**happy [1]** 233/10 235/5
**harboring [6]** 190/3 199/2 199/8 199/10 255/11 255/13
**hard [4]** 218/24 218/25 236/23 253/2
**harden [2]** 249/20 250/20
**hardening [1]** 250/1
**hardship [1]** 200/13
**harms [1]** 201/6
**Hart [2]** 193/19 198/8
**Hart-Celler [2]** 193/19 198/8
**has [30]** 180/10 187/21 190/13 193/7 206/10 212/14 213/20 213/21 219/3 219/7 222/7 227/6 227/15 227/16 227/24 232/13 232/24 233/1 233/17 234/1 234/6 234/11 234/12 234/13 242/15 244/2 251/7 251/16 252/5 252/19
**hasn't [1]** 212/17
**have [144]**
**haven't [4]** 212/10 231/10 244/13 244/21
**having [6]** 185/10 191/21 214/8 215/18 229/16 248/8
**he [21]** 194/23 194/24 195/1 199/21 199/24 199/25 200/2 200/2 200/4 202/15 206/22 223/1 223/1 223/1 223/3 223/6 226/13 238/1 238/2 238/3 257/11
**head [5]** 187/5 222/5 223/16 225/7 249/16
**headless [2]** 229/3 229/7
**health [1]** 181/17
**hear [3]** 179/10 179/11 224/23
**heard [2]** 189/8 193/13
**hearing [8]** 175/11 177/2 178/3 178/7 183/4 183/7 188/10 230/3
**hearings [2]** 192/10 258/9
**Hearsay [1]** 237/21
**hearts [3]** 196/12 196/14 257/8
**heavily [1]** 227/25
**held [2]** 178/3 212/24
**help [2]** 201/22 221/10
**helped [1]** 245/23
**helps [1]** 201/24
**Hemisphere [3]** 198/7 245/6 247/2
**her [7]** 232/14 232/20 243/17 243/19 245/10 247/23 254/14
**here [12]** 178/6 178/10 200/22 215/18 219/15 219/16 220/13 221/1 232/22 243/5 258/19 259/11
**Hernandez [1]** 259/9
**Hernandez's [1]** 231/25
**Hidalgo [1]** 250/10
**higher [1]** 229/18
**highest [1]** 186/6
**highest-ranking [1]** 186/6
**Highline [1]** 242/23
**him [4]** 202/14 238/1 238/2 238/3
**himself [2]** 195/3 202/15
**his [5]** 194/4 195/5 195/6 206/21 257/15
**historians [1]** 208/10
**historical [5]** 187/9 188/8 198/12 209/4 240/20
**history [9]** 187/10 187/12 187/13 190/22 210/21 212/1 234/5 248/19 255/23
**hit [1]** 228/22
**Hitler [1]** 194/2
**Hitler's [1]** 196/13
**hitting [1]** 201/25
**hold [1]** 225/8
**Holocaust [4]** 192/19 194/13 194/15 257/6
**homosexuals [2]** 189/14 214/25

**honest [1]** 252/11
**Honor [19]** 178/14 178/19 179/7 179/16 180/16 207/18 215/25 224/24 225/2 230/9 230/13 232/17 238/6 258/16 259/5 259/8 259/13 259/22 260/13
**HONORABLE [1]** 175/13
**Hoover [1]** 216/18
**hope [2]** 193/9 244/12
**horrors [1]** 192/18
**host [1]** 251/14
**hour [2]** 224/12 258/16
**House [2]** 195/2 226/14
**housed [1]** 226/11
**housing [2]** 180/25 182/18
**how [38]** 185/19 187/2 188/8 188/20 189/22 190/20 194/9 194/12 199/6 200/23 201/7 202/2 206/18 210/13 210/14 215/1 218/16 218/19 220/10 221/13 221/17 223/14 223/14 224/4 227/25 232/13 233/5 233/13 233/19 235/14 241/2 242/7 247/15 247/20 254/4 258/13 258/25 259/1
**humanize [1]** 221/3
**Humphrey [1]** 257/16
**hundred [4]** 212/8 216/21 216/22 219/24
**hurting [1]** 223/6
**hypothetical [1]** 209/7
**hypothetically [2]** 196/17 208/4

# I

**I'll [1]** 239/24
**I'm [40]** 178/10 183/3 183/6 188/10 188/17 190/8 193/14 194/2 198/16 201/25 204/6 205/25 208/8 208/15 209/2 209/22 209/11 209/21 210/18 216/21 221/17 230/3 232/23 235/5 236/8 238/4 239/4 241/23 242/14 243/2 243/5 243/6 244/16 245/11 248/22 251/22 259/5 259/7 259/9 260/1
**I've [6]** 187/21 217/11 224/12 244/1 253/3 256/16
**iconic [2]** 187/14 228/1
**iconography [1]** 219/18
**idea [18]** 180/4 180/19 183/22 184/9 187/3 194/11 197/3 197/10 197/13 200/12 211/14 221/14 221/23 223/16 250/19 250/23 251/3 252/11
**ideally [1]** 241/11
**identical [2]** 205/4 211/4
**identity [1]** 189/13
**ideological [1]** 251/8
**ignore [1]** 181/22
**II [5]** 191/8 192/15 192/18 251/6 257/6
**IIR [5]** 239/24 239/25 240/6 240/15 241/3
**illegal [59]** 184/23 185/4 185/5 185/6 185/23 186/2 186/9 186/10 186/20 186/23 187/4 187/9 187/14 187/23 191/1 191/3 191/14 198/17 198/25 200/5 200/24 204/1 204/24 205/9 207/9 208/6 209/1 209/10 209/20 212/16 215/10 217/5 218/19 218/25 219/5 219/14 219/18 219/21 220/5 222/12 222/20 222/22 223/11 226/2 226/25 227/24 228/1 234/7 235/8 236/4 236/7 240/1 240/3 240/9 240/21 249/20 250/20 250/22 250/25
**illegality [2]** 200/25 230/2
**illegally [15]** 180/3 183/16 200/15 206/25 209/15 220/11 226/20 229/17 233/23 236/15 253/4 253/5 253/14 253/16 254/5
**illness [1]** 181/18
**imagination [1]** 210/6
**immediately [2]** 244/24 244/25
**immigrant [20]** 185/23 186/22 187/4 187/14 207/9 219/18 220/21 220/22 220/22 222/21 226/3 227/1 228/15 228/17 240/1 240/2 240/3 240/11 240/22 250/14
**immigrants [30]** 186/9 186/10 187/13 205/24 207/2 207/17 217/4 217/13 217/17 218/8 218/11 218/19 218/25 219/11 219/25 220/5 220/19 222/12 223/12 228/24 236/22 238/21 238/23 239/15 243/23 250/4 250/14 250/20 253/14 255/13
**immigration [89]**
**immigrations [1]** 242/14
**impact [1]** 208/17
**impacted [1]** 247/2
**impacting [1]** 205/10
**impacts [3]** 206/17 206/18 230/4
**impaled [1]** 245/2
**impeaching [1]** 237/24

**impeachment [1]** 237/22
**implementation [1]** 210/12
**implemented [5]** 180/17 206/5 211/25 234/16 243/9
**implicit [8]** 221/14 221/17 221/23 221/23 222/10 222/13 223/9 223/21
**important [3]** 191/4 224/16 226/9
**impose [3]** 247/15 247/21 248/3
**imposed [1]** 256/7
**imposing [2]** 236/6 250/17
**imposition [1]** 245/5
**Impossible [8]** 187/7 202/12 232/20 241/25 242/8 244/23 248/16 256/21
**Impossible Subjects [1]** 202/12
**improper [1]** 237/22
**inability [1]** 237/2
**inclined [2]** 216/25 218/8
**include [1]** 199/12
**included [4]** 232/8 236/16 245/5 253/13
**includes [2]** 199/8 230/16
**including [5]** 181/15 202/24 206/23 213/22 231/21
**inclusion [1]** 204/4
**incomplete [1]** 232/2
**inconsistencies [1]** 234/13
**inconsistent [1]** 238/1
**increase [8]** 233/25 235/23 236/17 236/18 236/21 236/24 236/25 239/1
**increased [1]** 239/21
**increasing [7]** 183/20 184/13 232/24 233/16 234/7 234/8 248/14
**increasingly [3]** 180/7 223/18 234/2
**independent [1]** 225/11
**INDEX [1]** 177/1
**indicated [1]** 240/5
**indicia [1]** 209/12
**indirect [1]** 230/6
**indistinguishable [1]** 252/23
**individual [3]** 186/15 208/10 250/14
**individuals [37]** 180/2 180/20 183/15 183/16 184/10 184/16 185/25 189/10 189/17 189/20 194/20 196/3 196/4 202/24 204/13 205/15 206/4 207/15 213/21 214/6 214/22 218/24 220/25 222/21 227/10 229/18 229/20 229/23 233/22 234/8 236/14 248/5 250/6 251/1 252/22 253/14 254/2
**individuals/Congressmen [1]** 194/20
**inferior [2]** 193/22 246/5
**inferiority [1]** 189/21 189/23 216/14 246/22
**influences [1]** 252/5
**influx [1]** 238/20
**information [6]** 186/13 186/14 186/15 186/16 209/5 219/2
**informed [1]** 251/16
**initial [1]** 205/6
**initially [4]** 181/5 199/16 203/25 213/18
**innocent [2]** 223/2 223/8
**INS [5]** 201/20 202/10 202/12 207/7 217/2
**inside [1]** 241/8
**insights [2]** 208/1 209/23
**inspection [4]** 181/17 249/19 250/7 254/10
**instance [3]** 197/24 204/21 229/6
**instances [1]** 200/4
**instead [3]** 191/9 192/25 215/15
**Institute [1]** 219/7
**integrity [2]** 242/1 245/20
**intended [1]** 216/10
**intending [2]** 209/2 209/3
**intensified [1]** 242/2
**intent [2]** 180/11 250/14
**intentions [1]** 221/15
**intents [1]** 255/20
**interest [1]** 227/20
**interesting [2]** 199/6 229/13
**interests [6]** 199/11 204/2 227/22 247/5 247/8 247/9
**interfere [1]** 242/3

**interior [1]** 218/6
**interiors [1]** 240/1
**international [3]** 242/16 242/20 257/7
**interpret [1]** 194/12
**interpreter [2]** 178/24 179/2
**interpreting [1]** 237/10
**interrupt [2]** 183/3 204/6
**introduce [1]** 229/12
**introduced [5]** 190/5 214/16 229/14 229/14 258/8
**introduction [1]** 190/10
**introductory [1]** 242/25
**involved [1]** 219/22
**iota [1]** 191/21
**Iowa [1]** 220/14
**IRA [5]** 239/24 239/25 240/6 240/15 241/3
**IRCA [16]** 234/10 234/20 234/21 235/4 235/5 235/14 235/24 236/4 236/12 237/6 237/12 237/20 239/6 239/11 240/8 255/9
**is [299]**
**is that [1]** 221/23
**isn't [23]** 219/14 219/15 222/16 237/5 237/19 238/8 239/7 239/12 239/18 239/22 241/17 243/22 248/9 249/8 249/17 250/18 252/10 254/7 256/5 256/15 257/18 257/21 258/7
**issue [7]** 181/11 188/8 225/16 234/25 244/14 257/18 257/24
**issues [5]** 191/17 217/23 224/17 235/21 249/4
**it [179]**
**it's [8]** 184/22 194/13 202/13 219/16 220/12 225/15 243/4 243/15
**its [14]** 182/4 189/3 194/3 194/17 211/18 211/19 212/4 212/5 213/17 215/13 215/16 216/10 242/5 248/8
**itself [2]** 211/22 221/18

**J**

**jammed [1]** 258/18
**Jan [1]** 229/2
**Jan Brewer [1]** 229/2
**Japanese [1]** 197/15
**Jewish [1]** 192/16
**jittery [1]** 259/25
**job [1]** 246/12
**jobs [1]** 253/8
**Johnson [12]** 192/4 192/7 192/14 195/14 210/7 213/24 215/6 245/10 248/1 249/14 256/12 258/1
**Johnson-Reed [11]** 192/4 192/7 192/14 195/14 210/7 213/24 215/6 245/10 248/1 256/12 258/1
**Johnson-Reed Act [1]** 249/14
**journals [1]** 186/7
**JUDGE [3]** 175/14 178/10 259/9
**Judge Hernandez [1]** 259/9
**judicial [1]** 228/9
**Judiciary [2]** 226/10 226/12
**jump [1]** 241/12
**June [1]** 199/3
**June 27 [1]** 199/3
**just [39]** 181/22 183/3 185/16 185/17 187/2 188/7 191/18 192/25 193/10 194/4 194/16 195/9 195/24 198/12 200/3 201/14 202/20 203/13 205/11 207/23 214/5 215/2 220/11 222/18 223/22 225/4 226/13 228/9 232/3 238/1 241/18 242/11 244/13 248/7 248/22 251/20 254/14 254/23 257/22
**Justice [1]** 204/11
**justification [1]** 220/7
**justify [2]** 220/10 220/10

**K**

**Kate [1]** 220/15
**keep [2]** 183/8 226/9
**kept [1]** 190/16
**Kilgore [4]** 190/1 190/9 190/12 199/15
**kill [2]** 204/5 222/12
**killing [5]** 220/14 220/15 220/21 220/23 223/7
**kind [46]** 180/25 181/4 181/5 182/9 182/18 184/5 185/23 187/3 187/16 191/3 191/7 191/11 191/11 192/19 193/20 193/22 194/1 194/25 195/14 196/12 197/3 197/4 198/23 201/17 202/14 202/25 203/8 204/5 214/21 220/13 222/2 223/17 225/13 228/24

## K

**kind... [12]** 229/8 229/10 229/25 230/1 231/10 234/1 238/15 246/18 249/25 251/1 257/4 257/8
**Kindle [1]** 236/11
**kinds [1]** 201/8
**Kingdom [1]** 197/24
**Knaebel [2]** 178/25 179/2
**know [32]** 179/5 181/1 185/19 185/22 187/5 188/8 188/11 189/21 194/21 194/23 197/6 197/7 200/4 200/23 200/23 201/7 203/1 205/10 206/19 207/2 208/2 217/15 219/20 222/24 225/6 225/17 228/16 229/22 235/11 239/8 246/19 253/24
**knowledge [4]** 242/19 244/3 244/10 254/11
**known [3]** 190/2 190/11 199/8
**Korea [1]** 251/11

## L

**labor [15]** 180/21 181/4 182/13 182/24 183/24 184/4 187/13 188/24 201/5 234/22 239/1 245/18 249/12 250/2 250/9
**Labor addressed [1]** 188/24
**laborers [2]** 184/10 248/11
**lack [11]** 221/21 221/22 227/18 233/5 233/12 233/14 233/19 234/25 237/21 244/14 244/15
**lacked [1]** 241/6
**Lamar [4]** 222/22 225/25 226/9 226/12
**Lamar Smith [1]** 222/22
**land [1]** 248/12
**lane [1]** 248/22
**language [10]** 192/23 199/16 199/19 199/22 204/12 204/13 205/2 205/2 205/3 211/3
**large [11]** 198/1 203/3 205/22 207/14 223/18 234/2 236/14 239/14 240/25 249/18 252/20
**large-scale [2]** 203/3 205/22
**largely [5]** 229/21 234/22 250/1 251/13 252/22
**larger [2]** 188/3 218/10
**largest [1]** 228/2
**last [9]** 191/16 193/13 206/22 213/9 217/21 226/3 226/4 254/6 254/14
**later [5]** 191/13 193/19 213/25 217/4 234/20
**Latin [2]** 186/19 186/25
**Latino [10]** 189/9 205/15 206/13 206/14 223/17 227/11 227/21 228/13 229/21 229/25
**Latinos [14]** 185/3 187/16 205/10 205/20 208/14 227/2 227/4 227/6 227/17 227/25 228/1 228/7 228/10 241/7
**latter [1]** 236/19
**Laughlin [1]** 226/15
**Laughter [1]** 260/6
**law [13]** 193/24 198/20 208/18 211/1 211/8 215/6 219/15 219/16 225/23 228/12 228/13 229/22 248/24
**lawful [1]** 201/5
**lawmakers [1]** 212/20
**laws [7]** 179/21 202/15 209/20 229/10 242/14 256/1 256/24
**laying [1]** 205/5
**lead [2]** 228/25 245/23
**leading [4]** 235/21 236/25 240/7 240/14
**leads [3]** 207/24 220/10 240/17
**least [12]** 190/23 192/20 209/9 211/8 211/15 211/16 212/20 215/17 229/2 233/4 241/10 258/16
**leave [2]** 247/7 251/24
**led [5]** 194/14 239/6 240/15 245/15 254/21
**Lee [1]** 218/12
**left [2]** 179/20 225/24
**legal [22]** 185/4 188/22 200/14 203/18 203/21 204/1 204/3 209/2 209/13 218/19 219/4 228/14 228/24 234/8 235/1 239/14 249/10 249/19 250/20 250/21 250/25 251/2
**legalization [1]** 235/7
**legalize [1]** 236/14
**legally [1]** 207/15
**legislation [19]** 190/3 190/13 190/19 191/21 194/19 195/23 199/18 200/1 210/6 210/9 213/22 214/16 229/12 245/2 251/19 252/4 255/1 255/3 255/8
**legislative [1]** 198/24
**Lehman [1]** 257/16

**length [4]** 224/6 235/5 245/11 245/13
**lens [1]** 256/6
**less [5]** 181/23 189/9 217/14 220/5 259/25
**let [4]** 179/5 193/10 225/8 260/2
**let's [8]** 208/4 224/17 224/25 247/7 251/23 254/6 255/25 260/4
**letter [5]** 202/11 202/12 204/9 204/17 215/22
**level [2]** 183/20 190/24
**liberal [1]** 257/17
**library [1]** 231/9
**light [1]** 221/20
**like [33]** 181/1 182/18 184/16 188/11 193/8 196/13 200/22 200/23 201/16 204/16 207/1 207/3 208/16 209/24 222/1 222/21 224/2 225/15 228/11 229/22 229/25 230/3 231/11 232/2 233/10 234/18 239/9 241/12 244/19 247/18 254/16 255/1 257/9
**likely [12]** 186/19 186/21 186/23 193/24 218/21 219/17 219/25 220/6 222/12 222/23 223/4 260/1
**limit [1]** 209/14
**limitations [1]** 183/4
**limits [1]** 238/24
**line [5]** 178/9 178/24 239/8 241/13 254/9
**lineages [1]** 197/7
**link [5]** 215/20 216/6 216/7 230/22 255/20
**linkage [1]** 217/10
**linkages [1]** 218/14
**linked [1]** 217/16
**literacy [1]** 254/10
**literature [3]** 186/3 186/4 218/13
**little [14]** 180/12 182/6 185/18 192/23 195/10 203/11 206/1 212/7 214/13 215/4 217/11 218/24 258/12 258/19
**lived [1]** 196/20
**lives [1]** 221/2
**living [4]** 189/4 189/18 195/19 226/20
**Liz [8]** 188/5 193/2 193/4 215/21 224/4 224/23 230/11 259/4
**loaded [1]** 238/16
**local [2]** 184/23 185/1
**lone [1]** 226/5
**long [9]** 184/4 187/10 187/11 187/13 190/20 193/21 202/8 204/15 212/24
**longer [7]** 191/8 192/22 195/23 202/9 222/14 223/9 258/13
**look [26]** 184/16 185/22 186/7 186/8 187/2 187/20 196/13 200/23 202/24 205/2 205/4 207/1 207/16 210/22 212/12 218/17 218/17 218/18 228/11 228/16 236/8 246/21 251/2 257/8 258/25 259/2
**looked [4]** 187/21 212/9 218/3 229/5
**looking [11]** 185/23 188/14 217/8 218/3 218/14 218/23 219/1 219/13 227/23 244/17 244/20
**looks [3]** 207/3 224/2 229/25
**Los [2]** 206/5 206/9
**Los Angeles [2]** 206/5 206/9
**lose [1]** 193/2
**lost [6]** 199/23 199/23 206/22 210/17 213/9 251/20
**lot [14]** 181/14 183/13 184/9 196/11 197/12 206/10 206/19 208/12 217/3 219/17 221/13 236/13 249/11 250/23
**love [1]** 213/6
**low [1]** 226/12
**low-ranking [1]** 226/12
**lower [8]** 182/17 182/19 184/19 218/5 218/5 219/12 225/9 225/11
**lowered [1]** 192/7
**Luckily [1]** 210/18
**lumped [1]** 184/24
**Lytle [1]** 231/25

## M

**Mac [1]** 202/5
**MACHIC [4]** 175/7 178/8 178/20 178/22
**MACHIC-XIAP [2]** 175/7 178/8
**made [15]** 184/23 192/2 194/6 194/8 194/23 194/24 226/8 231/16 236/18 239/2 239/8 241/3 241/15 241/25 257/7
**Mae [18]** 187/7 202/11 225/10 232/13 232/19 243/17 244/18 244/19 244/22 244/24 245/14 246/6 246/10 246/15 247/20 251/5 254/1 256/21
**Main [1]** 176/7

**M**

**maintain** [1] 212/21
**maintaining** [1] 247/8
**majority** [3] 205/13 209/18 222/9
**make** [9] 183/3 191/18 192/19 215/24 225/4 236/10 242/17 242/18 242/18
**making** [2] 202/23 255/4
**manuscript** [1] 231/15
**many** [8] 185/24 210/19 221/1 236/21 237/12 243/9 243/13 254/4
**March** [2] 190/3 261/9
**March 20th** [1] 190/3
**marijuana** [1] 189/13
**marked** [1] 241/17
**married** [2] 196/19 197/13
**Martinez** [1] 218/12
**Mary** [1] 258/22
**mask** [1] 193/15
**masks** [2] 192/24 193/13
**mass** [7] 206/6 206/7 245/18 252/9 252/17 253/7 253/21
**materials** [1] 244/10
**matter** [1] 258/11
**may** [16] 179/15 190/15 221/15 231/21 232/6 232/15 236/1 238/5 243/16 243/17 244/15 247/17 247/18 250/25 253/4 254/1
**maybe** [10] 197/8 197/9 213/7 221/19 222/3 222/19 224/11 232/6 254/4 254/18
**Mazzoli** [1] 234/19
**McCarran** [37] 179/22 184/20 190/4 191/16 191/25 192/2 192/6 192/8 192/10 193/16 193/18 194/22 195/2 195/12 195/21 196/9 196/22 198/19 198/21 199/3 203/7 203/12 203/16 204/9 204/23 205/8 209/6 210/5 211/13 215/3 256/23 257/3 257/10 257/16 257/22 258/5 258/9
**McCarran-Walter** [32] 179/22 184/20 190/4 191/16 191/25 192/2 192/6 192/8 192/10 193/16 193/18 195/12 195/21 196/9 196/22 198/19 198/21 199/3 203/7 203/12 203/16 204/9 204/23 205/8 209/6 210/5 211/13 215/3 257/3 257/10 258/5 258/9
**McFarland** [2] 190/5 190/10
**me** [25] 179/10 179/11 193/10 194/1 201/24 201/25 202/8 207/25 208/2 208/20 209/4 209/11 215/21 224/23 225/8 225/25 239/20 242/17 244/18 250/3 256/16 256/18 256/19 259/22 260/1
**mean** [14] 187/4 192/18 201/11 204/6 208/23 209/8 213/6 226/7 236/8 241/20 244/14 250/5 251/14 254/23
**meaning** [1] 222/14
**means** [14] 181/5 182/13 182/24 183/23 185/2 185/8 187/17 201/5 206/7 221/3 232/1 238/13 258/2 259/25
**meant** [13] 181/3 181/5 181/17 183/23 199/7 199/25 208/6 211/7 212/21 215/14 220/8 220/23 220/25
**measure** [1] 219/1
**measures** [1] 243/10
**media** [1] 208/10
**meet** [4] 180/21 190/14 239/1 250/2
**meeting** [2] 181/3 182/24
**member** [9] 217/1 219/17 221/8 223/23 226/10 226/13 226/14 227/12 247/19
**members** [6] 183/11 195/2 211/16 226/8 227/13 227/19
**memorize** [1] 244/21
**men** [2] 189/9 223/17
**mention** [6] 195/11 225/13 231/7 251/1 255/21 255/22
**mentioned** [24] 188/17 199/1 199/15 207/23 217/1 225/10 225/24 232/12 232/19 232/20 234/3 235/10 236/16 238/17 240/8 240/24 241/5 248/2 252/6 253/18 254/7 255/22 257/15 258/7
**mentions** [1] 246/20
**merit** [1] 194/11
**merits** [3] 213/3 215/13 215/16
**met** [1] 182/7
**method** [2] 234/1 260/5
**methodological** [1] 185/18
**methodology** [3] 186/5 187/20 209/4
**Mexican** [48] 180/20 180/23 182/5 184/17 184/24 185/5 185/5 185/5 186/22 186/22 187/13 188/18 202/22 202/23 203/9

203/11 203/13 203/15 204/8 205/16 207/3 207/5 207/9 207/13 207/13 207/13 208/22 217/01 217/3 217/3 217/8 217/8 218/10 233/6 233/13 234/7 234/8 234/22 234/23 248/9 248/11 248/12 249/4 250/4 250/12 250/17 250/24 251/3
**Mexican-American** [5] 185/5 188/18 207/5 207/9 250/12
**Mexican-Americans** [1] 207/15
**Mexicans** [31] 180/9 183/23 183/25 184/3 184/24 186/21 187/14 188/21 199/17 200/16 201/6 205/10 205/19 213/18 214/15 214/19 215/1 215/9 215/14 216/15 216/24 227/3 227/17 232/25 233/20 235/2 238/10 241/7 249/18 253/22 254/9
**Mexico** [28] 180/19 181/16 182/4 183/2 184/5 187/12 187/24 187/25 198/4 198/8 208/14 216/13 228/9 229/18 233/3 236/22 236/24 237/2 239/2 246/3 247/1 247/2 247/8 247/15 247/21 248/8 248/20 251/10
**MICHAEL** [1] 175/13
**Michigan** [2] 226/19 257/10
**middle** [2] 194/4 194/18
**might** [2] 223/25 239/9
**migration** [6] 235/1 249/3 249/20 249/20 251/6 251/13
**military** [1] 251/8
**million** [7] 206/2 226/20 239/12 239/12 239/18 239/22 243/23
**mind** [2] 183/8 226/9
**minds** [3] 196/12 196/14 257/8
**minor** [2] 211/21 214/13
**minute** [1] 224/1
**minutes** [3] 224/7 224/14 224/19
**miscegenation** [2] 197/12 198/13
**missed** [2] 180/15 251/25
**missing** [1] 210/19
**mixed** [1] 196/4
**Mollie** [1] 220/14
**moment** [1] 188/7
**money** [1] 181/1
**months** [4] 190/4 199/2 203/14 215/2
**more** [35] 181/12 185/18 186/19 192/11 193/24 195/11 202/13 210/18 210/22 211/20 213/12 216/24 217/13 217/17 218/8 218/11 218/21 219/17 219/25 222/12 222/23 223/3 223/12 224/4 227/22 227/25 229/16 232/15 234/23 236/6 239/2 243/11 249/6 257/17 258/16
**morning** [13] 178/5 178/11 178/14 178/16 178/17 178/19 179/1 179/10 254/15 258/25 259/2 259/3 259/6
**Morris** [1] 258/23
**most** [8] 186/21 186/23 197/25 208/17 221/1 227/19 243/9 243/13
**mostly** [1] 258/11
**motion** [4] 175/11 177/2 178/3 208/2
**motivated** [1] 214/11
**motivating** [4] 211/1 211/23 221/18 221/19
**motivation** [1] 256/22
**motivations** [1] 183/4
**move** [5] 191/6 196/19 203/6 257/22 259/15
**moved** [2] 192/6 204/1
**moves** [1] 192/8
**moving** [2] 179/21 232/12
**Mr.** [4] 178/20 178/22 178/25 193/23
**Mr. Celler** [1] 193/23
**Mr. Knaebel** [1] 178/25
**Mr. Machic-Xiap** [2] 178/20 178/22
**Ms.** [6] 178/12 178/17 178/17 232/15 238/5 259/10
**Ms. Barr** [3] 178/12 232/15 238/5
**Ms. Clark** [2] 178/17 259/10
**Ms. Daily** [1] 178/17
**much** [11] 189/15 192/13 204/8 214/2 217/12 224/4 224/8 230/11 256/11 258/13 258/17
**multiple** [3] 217/8 230/20 231/20
**murder** [1] 226/21
**murders** [1] 226/17
**my** [57] 191/15 195/10 196/25 197/2 197/2 197/18 198/12 198/23 213/11 216/6 219/21 219/23 225/8 230/20 230/21 231/3 231/5 231/12 231/24 233/9 233/9 234/3 236/9 236/10 236/11 237/8 238/12 238/13 238/24 239/5 239/8 239/9 239/19 239/23 241/13 243/15 243/18 244/3 244/3 244/16 247/13 248/2 248/22 249/16 250/13 250/15 252/19 253/13 254/11 254/11 254/17

**M**

**my...** [6]  255/2 255/17 255/18 258/17 259/3 259/18

**N**

**NAFTA** [1]  240/10
**nagging** [1]  207/25
**nation** [7]  199/21 221/6 240/19 242/2 242/3 242/4 245/20
**nation's** [2]  256/14 256/24
**national** [9]  192/6 195/4 203/17 209/12 210/14 211/12 214/5 256/1 256/22
**nationality** [1]  200/4
**nationally** [1]  206/9
**nationals** [1]  232/25
**nations** [2]  229/15 242/4
**native** [4]  193/24 218/21 219/12 220/6
**native-born** [4]  193/24 218/21 219/12 220/6
**nativism** [4]  237/14 246/12 246/20 246/22
**nature** [5]  210/8 213/24 243/11 253/9 254/7
**Nazi** [1]  192/16
**Nazis** [1]  194/10
**necessarily** [2]  246/17 259/11
**necessary** [6]  202/14 209/25 210/25 212/23 212/24 229/8
**neck** [2]  194/3 194/17
**need** [13]  184/9 212/25 224/9 224/9 224/10 224/11 241/1 245/17 248/3 258/11 259/11 259/15 259/24
**needed** [1]  179/3
**negative** [5]  180/10 188/12 188/19 191/12 201/9
**negotiation** [1]  182/3
**neighborhood** [1]  220/1
**neighborhoods** [1]  206/14
**neither** [3]  243/5 256/18 256/19
**net** [1]  207/7
**neutral** [6]  210/23 211/8 211/9 212/3 213/4 215/13
**Nevada** [4]  195/1 195/2 195/3 195/7
**never** [8]  209/9 211/20 211/24 211/24 212/9 213/20 220/21 229/4
**nevertheless** [1]  238/19
**new** [1]  256/6
**newly** [2]  245/19 256/7
**news** [1]  208/9
**next** [3]  191/15 208/16 216/6
**Ngai** [18]  187/7 232/13 232/19 243/25 244/4 244/5 244/22 244/24 245/8 245/14 246/6 246/10 246/19 247/20 249/15 251/5 254/12 256/21
**Ngai's** [7]  202/11 225/10 243/17 244/18 244/19 246/15 254/1
**no** [33]  180/4 184/22 191/8 192/21 194/16 195/23 198/6 200/4 206/24 208/5 208/24 215/8 217/10 221/6 222/14 223/9 226/7 229/6 230/9 235/2 237/12 237/25 242/3 242/22 243/21 244/7 247/25 248/18 248/19 253/24 254/22 254/24 258/24
**nobody** [1]  252/20
**non** [3]  192/17 227/12 245/6
**non-racist** [1]  192/17
**non-voting** [1]  227/12
**non-West** [1]  245/6
**noncriminally** [1]  209/17
**nonetheless** [1]  243/4
**nonexistent** [1]  185/7
**nonwhite** [2]  194/25 222/8
**norm** [2]  242/10 243/7
**normalizing** [1]  253/15
**normally** [1]  236/22
**northern** [5]  192/11 196/24 197/25 253/1 258/6
**Norway** [3]  196/19 196/20 196/24
**Norwegian** [2]  196/19 196/20
**not** [91]
**note** [1]  205/1
**noted** [5]  184/22 190/13 201/12 226/19 257/10
**notes** [5]  190/11 193/23 202/13 204/17 225/8
**nothing** [2]  200/21 223/13
**notice** [1]  179/6
**noting** [2]  193/20 204/11
**notions** [2]  216/14 246/22

**now** [37]  181/20 182/9 187/14 193/6 197/6 199/14 201/2 202/1 205/1 207/23 208/8 210/9 211/22 211/23 212/8 213/6 217/8 218/23 223/25 228/16 230/25 232/7 233/12 235/6 238/2 238/3 239/24 241/12 245/11 247/1 247/7 249/3 254/20 255/25 256/21 257/3 257/21
**nowadays** [1]  221/13
**number** [39]  180/10 181/21 183/17 183/23 185/21 186/3 187/20 205/11 205/24 207/14 216/21 218/10 219/7 223/18 226/23 226/24 227/6 228/2 228/4 228/5 229/10 229/11 230/4 233/10 233/16 234/3 234/7 234/18 235/4 236/14 239/15 241/7 246/17 252/14 252/20 252/24 253/4 253/25 254/2
**numbers** [8]  205/11 206/1 243/6 248/14 249/18 252/9 252/17 253/21
**numbers of** [1]  205/11

**O**

**O'Brien** [8]  177/4 179/9 179/15 179/19 185/17 225/1 251/20 259/1
**o'clock** [3]  224/10 258/10 258/22
**Objection** [1]  237/21
**observed** [1]  184/25
**obviously** [6]  185/24 219/12 227/7 234/14 252/5 258/11
**occasionally** [1]  192/24
**occasions** [3]  226/25 231/20 242/23
**occupation** [1]  256/8
**occurred** [3]  229/7 255/3 255/22
**occurring** [2]  240/19 252/25
**off** [10]  179/20 192/24 193/13 193/15 205/21 225/7 225/24 236/10 249/16 251/24
**offend** [2]  218/22 219/11
**offense** [3]  208/6 222/24 222/25
**offenses** [1]  223/4
**offer** [3]  182/17 223/25 241/24
**offered** [3]  192/3 234/17 253/15
**offers** [1]  245/8
**Office** [2]  176/2 176/7
**officers** [1]  228/14
**Official** [1]  261/10
**officials** [3]  201/20 202/11 202/12
**often** [5]  195/22 203/19 203/22 206/13 251/16
**oftentimes** [3]  181/9 182/22 185/7
**oh** [2]  193/5 224/12
**okay** [24]  189/5 191/15 193/5 198/16 201/21 210/11 212/2 212/7 212/13 224/8 232/12 232/23 239/17 240/23 241/12 243/4 244/24 247/20 251/5 252/8 254/6 255/25 260/7 260/9
**once** [2]  182/7 220/12
**one** [48]  180/9 180/10 184/15 186/5 186/6 186/24 186/25 187/2 187/8 187/19 188/11 189/5 191/5 191/21 194/22 195/11 196/1 197/4 197/4 199/21 200/3 201/25 202/2 202/12 202/20 204/4 204/21 205/4 207/5 209/12 209/14 209/14 211/4 213/12 216/14 224/2 225/9 227/12 227/16 229/13 233/5 236/13 236/17 237/9 246/20 253/23 254/18 256/2
**one's** [2]  209/13 209/14
**only** [16]  181/25 187/25 189/17 195/15 201/20 206/16 215/8 220/20 227/10 228/19 229/23 231/4 243/22 244/16 255/8 255/17
**oOo** [1]  261/2
**open** [3]  191/7 258/18 259/3
**Operation** [4]  205/22 205/23 206/3 206/15
**opponents** [1]  257/16
**opportunity** [2]  237/13 244/21
**opposed** [2]  196/23 247/10
**oral** [1]  178/7
**order** [1]  241/19
**OREGON** [4]  175/2 175/7 176/3 176/8
**origin** [3]  186/17 194/2 214/5
**original** [1]  261/6
**originally** [5]  211/22 212/21 214/11 228/13 234/18
**Origins** [4]  192/6 203/17 211/12 256/22
**other** [36]  181/17 183/8 186/24 189/3 197/11 197/12 198/4 201/18 202/15 204/5 204/14 205/10 205/19 209/17 217/13 219/6 220/12 222/19 223/13 226/6 226/7 226/7 226/23 235/7 235/11 241/2 242/11 245/6 245/12 246/3 247/14 247/14 249/4

**O**

other... [3]  251/9 253/23 255/14
Others [1]  247/20
otherwise [1]  259/9
our [10]  178/9 178/23 190/22 210/14 210/21 223/16 224/1
225/4 231/8 234/5
out [22]  179/20 182/1 186/20 190/22 191/6 191/6 193/25
194/16 197/7 199/10 202/9 205/5 210/10 210/15 213/18 238/15
239/4 244/3 244/5 245/7 254/12 257/9
outcast [1]  202/15
outlaw [1]  202/16
outside [1]  243/15
over [36]  181/23 184/9 185/13 187/11 190/1 190/12 192/1 192/4
193/17 199/4 199/5 199/5 203/12 204/3 205/7 208/16 210/7
211/8 211/13 216/20 216/21 226/2 227/3 227/7 233/1 233/3
233/5 233/19 235/21 236/4 237/6 253/21 254/25 258/6 258/9
260/1
over-caffeinated [1]  260/1
overall [3]  240/12 246/6 248/25
overhaul [1]  255/5
overrule [1]  238/4
oversee [1]  249/3
overstays [4]  187/24 188/4 223/18 234/3
overwhelming [1]  246/7
own [3]  203/23 219/21 248/8
Oxford [1]  231/12

**P**

pachuco [1]  225/14
pachucos [5]  189/7 189/12 201/19 214/24 217/3
Pacific [6]  195/15 196/1 197/20 198/2 211/14 213/21
page [7]  191/18 225/10 233/10 237/9 244/17 249/16 256/15
pages [4]  216/21 216/22 244/23 256/17
paid [2]  184/14 188/18
pain [2]  223/2 223/8
paired [1]  182/9
Pan [1]  247/12
Pan-Americanism [1]  247/12
panethnic [1]  187/16
paper [3]  225/14 225/15 225/17
parents [1]  196/18
parlance [2]  190/21 190/21
part [28]  180/15 184/2 184/8 189/21 190/20 191/16 198/18
198/20 200/20 203/12 206/22 215/10 216/12 217/4 221/1
227/19 231/1 234/20 235/1 236/19 236/20 240/20 245/10 246/1
248/25 255/23 257/4 257/11
participant [1]  186/11
particular [13]  182/25 194/20 194/21 198/17 199/21 204/12
204/15 206/15 216/11 220/8 230/5 244/17 258/20
particularized [1]  216/7
particularly [2]  182/11 205/4
Paso [1]  254/8
pass [4]  197/9 229/14 229/22 240/25
passage [20]  184/20 195/14 199/3 211/18 211/23 214/11 215/3
215/7 227/9 240/7 240/10 240/18 240/21 244/20 248/24 249/13
249/17 250/19 254/20 255/9
passages [2]  211/21 247/17
passed [5]  190/3 215/6 229/1 229/1 247/4
passing [3]  195/11 222/16 222/16
passport [2]  229/17 243/9
passports [1]  242/10
past [5]  195/5 195/6 224/10 224/15 238/3
Patrick [1]  194/22
patrol [7]  233/15 233/25 236/17 236/21 236/25 237/3 239/2
pay [2]  181/20 181/22
payment [1]  181/15
PC [1]  202/4
peddlers [1]  189/13
peer [3]  231/2 231/10 231/23
peer-review [1]  231/2
penalties [1]  205/5
penalty [1]  209/1

**P**

peonage [1]  190/16
people [44]  188/6 188/4 188/10 189/25 187/25 188/1
190/14 191/13 192/10 192/16 194/6 194/25 195/7 197/10
197/13 201/14 206/2 206/22 206/7 206/11 206/12 207/1 207/12
208/13 208/17 213/19 214/4 215/15 216/15 217/7 221/5 222/4
222/12 223/6 223/7 223/7 223/11 223/12 228/23 246/4 247/14
249/7 250/7
per [1]  198/9
perceived [1]  234/24
percent [4]  219/22 228/8 243/23 246/10
percentage [2]  188/2 188/3
percentile [1]  220/2
perfect [2]  210/9 224/3
perhaps [4]  194/10 235/7 241/2 254/2
period [43]  181/4 186/19 189/11 191/6 191/7 191/8 196/13
198/6 200/7 202/18 203/3 204/22 207/6 207/8 218/5 227/7
233/1 233/3 233/18 235/22 241/15 241/16 242/8 242/14 242/20
243/16 246/23 247/19 248/1 247/9 248/7 248/11 248/20 249/11
249/13 249/22 249/24 249/25 253/1 254/5 254/21 254/25 255/3
periods [1]  200/19
permanence [1]  184/11
permanent [1]  243/11
perpetuating [1]  200/6
persons [1]  234/7
Pete [1]  234/19
Peyton [3]  204/10 204/11 215/10
Philippines [1]  251/11
phrase [2]  180/13 186/2
physical [2]  221/5 234/2
physically [1]  223/7
pick [3]  213/12 215/20 224/25
Picking [1]  225/24
piece [7]  210/5 210/9 211/5 214/16 220/4 252/4 255/8
pieces [4]  214/21 251/19 255/1 255/3
place [2]  211/15 233/24
placed [1]  181/8
places [5]  204/15 206/14 217/11 217/13 217/14
Plaintiff [1]  175/5
play [1]  246/23
played [1]  246/1
please [8]  178/13 178/18 179/25 180/16 207/22 216/2 217/25
232/16
plus [1]  244/22
point [24]  186/16 190/22 197/8 197/10 198/3 199/16 202/22
202/25 203/14 204/18 206/8 206/10 226/10 231/4 232/13 233/5
233/15 240/19 241/18 244/1 249/19 252/21 257/9 258/4
pointed [1]  193/25
points [4]  240/7 240/15 249/9 251/2
police [3]  222/1 228/20 230/17
policies [9]  203/20 203/21 214/1 220/8 222/17 228/11 239/7
241/7 256/14
policy [33]  189/25 210/3 210/4 210/23 212/3 212/8 213/4 213/6
213/15 215/13 215/14 215/15 216/27/16 228/10 228/20
228/21 229/11 230/17 236/12 238/24 240/12 240/18 241/18
242/16 242/16 247/1 247/5 247/7 252/3 253/17 257/6 257/17
policymaking [3]  203/20 210/22 255/24
political [10]  186/3 208/11 209/3 209/19 209/25 245/1 245/14
245/22 250/16 251/8
politics [8]  230/17 242/15 242/21 242/22 242/25 243/2 243/3
246/13
pops [1]  187/5
population [12]  184/1 184/13 219/1 219/10 219/11 222/10
237/1 237/2 239/11 239/16 239/17 239/21
populations [1]  241/8
portion [3]  216/20 231/3 231/5
Portland [4]  175/7 176/3 176/8 176/24
portrayed [2]  195/22 257/5
pose [2]  184/5 221/5
posed [1]  257/14
position [1]  242/23
posits [1]  256/21
possible [1]  259/19
possibly [1]  194/7

**P**

**post** [6] 181/4 191/8 242/7 248/1 257/6 257/6
**potential** [5] 199/12 204/5 213/4 230/2 232/1
**potentially** [3] 197/11 222/5 226/22
**Practically** [1] 190/13
**pre** [6] 200/8 200/11 200/12 253/17 254/3 254/6
**pre-examination** [6] 200/8 200/11 200/12 253/17 254/3 254/6
**preceded** [1] 256/13
**preceding** [5] 184/20 199/3 233/18 237/3 249/13
**preference** [4] 194/10 256/8 259/18 260/2
**preferences** [1] 259/17
**preferring** [1] 194/11
**present** [4] 178/20 179/22 227/23 256/7
**presented** [1] 232/6
**preserved** [1] 256/11
**preserving** [2] 192/13 256/21
**President** [2] 216/18 257/18
**press** [4] 230/22 231/6 231/11 231/13
**pressure** [2] 240/7 240/14
**pretty** [1] 258/18
**prevent** [2] 199/6 215/14
**preventing** [1] 201/4
**previous** [3] 195/10 200/9 222/3
**previously** [1] 253/17
**prey** [1] 220/23
**prices** [1] 253/8
**primacy** [1] 245/20
**primarily** [1] 180/18
**prime** [1] 187/6
**principle** [1] 242/2
**prior** [7] 190/4 195/13 217/22 249/23 249/24 249/25 256/2
**prison** [1] 219/10
**privileges** [1] 258/6
**probably** [9] 200/22 206/22 208/12 208/17 213/19 224/11 231/18 258/15 258/16
**problem** [9] 183/22 184/14 190/14 193/9 203/1 211/17 225/18 253/7 253/12
**problematic** [8] 184/1 189/10 195/6 210/8 212/15 213/16 232/1 257/5
**problems** [5] 201/9 211/13 215/17 225/23 236/7
**procedural** [1] 182/9
**procedures** [1] 181/14
**proceedings** [3] 175/12 224/22 261/5
**proceeds** [1] 182/25
**process** [6] 231/2 231/2 231/2 231/23 241/3 241/5
**produce** [1] 229/16
**product** [1] 251/7
**professor** [21] 179/9 179/10 179/15 179/19 185/17 185/19 204/6 221/7 224/2 225/1 225/20 230/16 232/3 239/25 241/17 244/9 248/23 250/13 251/20 259/1 259/20
**profiles** [2] 186/12 186/20
**profiling** [3] 228/18 228/22 228/25
**program** [40] 180/17 180/19 181/3 181/7 181/11 181/12 181/13 181/23 181/24 182/2 182/4 182/10 182/14 182/22 182/25 183/5 183/9 183/10 183/16 183/18 183/22 205/25 234/10 234/10 234/14 234/14 234/21 235/7 235/10 235/12 235/13 235/14 235/16 235/19 235/24 236/5 236/14 236/16 238/25 239/14
**programs** [4] 234/15 234/17 235/7 235/11
**progressive** [1] 195/22
**project** [1] 231/14
**promised** [2] 181/20 182/7
**prompt** [1] 192/17
**prompted** [1] 236/5
**prone** [1] 223/12
**proof** [2] 228/14 228/24
**proportions** [1] 253/22
**proposed** [2] 257/21
**Proposition** [1] 240/10
**Proposition 187** [1] 240/10
**prosecuted** [1] 208/18
**prosecution** [1] 228/7
**prosecutions** [5] 205/9 205/11 205/13 228/5 230/4

**prostitutes** [1] 189/14
**protect** [1] 229/9
**protection** [1] 208/3
**protections** [1] 180/22
**prove** [1] 229/17
**proves** [1] 191/24
**provide** [2] 236/3 236/3
**provided** [1] 229/4
**providing** [1] 235/1
**provision** [1] 203/7
**Proviso** [2] 199/9 199/9
**psychology** [1] 186/4
**public** [2] 176/7 237/15
**publication** [5] 230/21 230/25 230/25 231/2 231/11
**publications** [2] 231/8 231/9
**published** [1] 184/19
**Puerto** [1] 227/13
**pull** [2] 184/9 233/11 236/10
**punishment** [1] 236/6
**punitive** [1] 236/6
**purity** [3] 184/6 191/9 212/22
**purposes** [3] 196/22 216/10 255/20
**push** [2] 184/9 214/23
**pushed** [1] 248/12
**put** [5] 197/20 198/8 216/17 233/24 254/17

**Q**

**quantify** [4] 252/24 253/2 253/25 254/4
**quantifying** [2] 253/3 253/24
**quarter** [1] 196/21
**question** [27] 185/16 185/18 190/19 191/15 194/1 197/19 198/12 198/23 209/2 212/12 215/12 216/18 216/22 217/9 218/3 218/14 218/23 221/12 227/21 232/4 235/17 241/13 241/23 241/24 250/13 250/15 251/18
**questioned** [2] 206/24 207/16
**questions** [4] 197/18 213/5 219/5 230/9
**quick** [1] 213/11
**quite** [1] 258/15
**quota** [16] 195/20 196/1 196/5 196/7 196/8 196/23 196/23 197/5 197/19 197/21 197/22 197/24 198/2 198/9 210/14 256/22
**quotas** [26] 192/6 192/11 192/13 193/1 195/14 195/16 195/25 197/12 198/1 198/6 203/17 210/12 211/12 214/8 216/13 245/5 247/11 247/15 247/21 248/2 248/3 256/5 256/6 256/8 257/22 257/24
**quotation** [1] 244/25
**quote** [4] 189/2 190/9 190/9 217/1

**R**

**race** [6] 185/12 186/17 194/11 215/13 219/5 221/18
**race-neutral** [1] 215/13
**races** [2] 191/9 194/8
**racial** [31] 184/6 189/21 191/9 191/11 193/22 194/2 194/10 194/14 195/12 206/20 210/12 210/21 210/25 211/5 211/22 212/14 212/21 213/18 214/10 216/14 220/24 228/18 228/22 228/25 230/7 238/15 245/9 246/22 256/11 257/11 258/2
**racialization** [1] 257/13
**racialized** [25] 180/7 184/15 185/8 185/11 185/20 187/3 187/15 188/9 188/11 189/19 192/5 194/25 196/8 201/8 201/14 202/18 207/10 210/3 210/7 211/7 211/13 212/16 223/19 257/3 257/3
**racially** [14] 180/11 200/1 200/21 204/20 208/13 210/22 210/22 211/9 212/3 213/3 214/17 214/18 246/5 248/5
**racism** [5] 191/22 192/3 213/20 214/10 222/3
**racism-driven** [1] 222/3
**racist** [10] 192/17 192/19 192/20 192/21 210/3 214/3 214/3 214/4 214/6 214/8
**raids** [1] 206/13
**rail** [1] 254/9
**raised** [2] 228/18 231/22
**random** [2] 186/20 226/13
**Rankin** [1] 257/10
**ranking** [3] 186/6 226/12 226/14
**rape** [2] 222/13 226/21
**rapes** [1] 226/17

**R**

**rate [1]** 253/21
**rates [5]** 217/18 218/5 218/6 219/2 219/12
**rather [3]** 238/2 238/3 256/23
**rays [1]** 181/17
**RDR [2]** 176/23 261/10
**re [2]** 182/3 239/6
**re-entrenchment [1]** 239/6
**re-negotiation [1]** 182/3
**reaction [1]** 237/14
**reactions [1]** 221/15
**read [3]** 192/1 233/11 256/16
**reading [3]** 252/16 252/19 254/11
**ready [1]** 230/12
**real [2]** 213/11 215/8
**really [12]** 184/3 192/19 203/16 204/21 211/3 212/10 240/19
241/18 242/2 242/4 251/3 258/22
**reason [8]** 194/17 239/15 243/19 244/6 244/7 247/23 248/18
253/20
**reasonable [1]** 209/15
**reasons [2]** 183/17 207/5
**recall [5]** 231/18 233/8 250/24 252/13 254/3
**received [2]** 179/6 213/9
**receivers [1]** 204/19
**recess [4]** 224/1 224/12 224/21 260/11
**recodification [4]** 211/2 211/19 213/17 215/3
**recodified [4]** 211/25 212/6 213/2 214/12
**recognize [1]** 210/11
**recognized [1]** 231/11
**recollection [3]** 239/19 239/23 247/13
**recollections [1]** 231/4
**reconsidered [1]** 215/12
**reconstitute [1]** 210/14
**record [11]** 188/3 194/23 194/24 198/24 200/18 203/8 215/22
225/4 235/15 246/25 261/5
**records [1]** 208/10
**recounted [2]** 248/16 249/15
**recourse [1]** 182/6
**red [1]** 182/14
**ReDirect [1]** 177/3
**reduce [1]** 238/20
**reduced [1]** 245/17
**Reed [13]** 192/4 192/7 192/14 195/1 210/7 213/24 215/6
245/10 247/10 248/1 249/14 256/12 258/1
**reenact [7]** 208/5 208/15 212/6 212/6 212/7 212/7 213/2
**reenacted [1]** 212/1
**reenactment [7]** 208/22 208/22 209/7 211/20 217/21 226/4
226/4
**reenter [1]** 236/24
**reentry [12]** 198/17 198/20 198/25 204/24 205/6 205/9 208/6
209/1 209/10 209/20 227/24 236/7
**refer [1]** 228/12
**reference [16]** 184/18 187/7 192/7 197/10 199/4 202/14 203/9
204/20 215/4 215/8 220/7 220/20 225/6 232/13 235/10 258/4
**referenced [3]** 185/12 189/7 235/11
**references [3]** 196/12 252/15 253/6
**referencing [2]** 235/12 254/12
**referring [2]** 247/5 253/7
**reflected [4]** 209/18 237/20 238/9 246/24
**reform [13]** 203/24 203/25 204/5 217/23 218/2 222/20 226/2
226/25 234/16 235/15 240/1 240/3 240/2
**reformed [1]** 254/24
**refresh [1]** 201/23
**refreshed [1]** 201/23
**refreshes [1]** 202/2
**regarding [4]** 186/14 186/15 241/15 254/2
**regardless [4]** 181/21 218/16 218/16 218/19
**regards [6]** 185/12 203/9 218/18 235/11 236/18 238/17
**region [4]** 195/15 196/1 198/2 213/21
**regionally [1]** 218/17
**regions [1]** 182/12
**registration [1]** 181/16

**related [4]** 223/4 227/20 227/21 243/1
**relationship [1]** 247/8
**relatively [6]** 198/1 211/11 233/15 234/12 241/20 246/24
**reliance [2]** 182/12 220/13
**reliant [1]** 227/18
**relied [1]** 182/15
**rely [1]** 259/11
**remain [1]** 194/5
**remained [1]** 255/7
**remedies [1]** 236/7
**remember [1]** 249/15
**remembering [1]** 188/17
**remind [2]** 193/10 232/15
**remove [1]** 195/12
**removed [3]** 195/4 196/9 231/23
**repass [1]** 208/5
**repatriate [2]** 206/8 206/12
**Repatriation [1]** 207/13
**repeat [3]** 180/16 217/25 252/1
**rephrased [1]** 231/22
**replacement [2]** 190/25 191/3
**replacements [1]** 191/4
**report [9]** 184/2 201/12 216/20 217/3 217/23 218/10 218/13
256/15 256/17
**reported [1]** 182/1
**reporter [6]** 176/23 178/9 190/8 206/21 224/1 261/10
**reporters [1]** 229/5
**reports [1]** 217/8
**represent [1]** 195/7
**representation [6]** 227/2 227/4 227/18 227/22 241/6 241/6
**representative [8]** 193/17 193/19 193/25 218/20 226/13 226/15
237/11 257/10
**Representative Celler [1]** 193/19
**Representative Wood [1]** 193/17
**representatives [1]** 209/19
**represented [1]** 237/13
**requested [1]** 204/12
**required [2]** 231/8 242/24
**requirements [3]** 181/8 182/18 249/6
**requiring [1]** 249/7
**research [6]** 183/21 202/25 252/16 252/19 253/6 253/19
**researchers [1]** 186/8
**reservation [1]** 244/16
**respect [1]** 192/16
**respondents [2]** 219/23 219/24
**response [5]** 191/20 193/18 194/1 222/3 251/15
**responses [1]** 222/6
**Responsibility [6]** 222/21 226/3 227/1 240/2 240/4 240/22
**rest [1]** 258/18
**restrict [2]** 246/2 246/11
**restriction [7]** 195/12 200/20 245/2 245/5 246/7 246/19 246/22
**restrictionism [3]** 245/15 245/23 246/13
**restrictions [1]** 242/10 243/10
**restrictive [1]** 222/17
**result [2]** 248/8
**resulted [1]** 256/14
**results [1]** 230/6
**resumed [2]** 177/2 224/22
**retain [1]** 257/22
**retained [1]** 256/5
**retrospect [1]** 195/7
**return [4]** 184/5 236/24 237/2 239/2
**returned [1]** 236/22
**review [4]** 186/6 231/2 231/10 231/23
**reviewed [1]** 231/1
**revised [2]** 230/20 231/19
**revision [1]** 256/23
**Revolution [6]** 248/9 248/12 249/4 250/17
**reworded [1]** 198/20
**Rico [1]** 227/13
**rid [1]** 210/25
**right [45]** 179/14 184/9 193/8 194/13 196/14 199/14 202/1
207/23 207/23 209/13 213/8 213/14 224/23 231/17 232/22

**R**

**right... [30]** 232/23 235/9 239/7 239/13 239/18 239/22 240/13
241/4 241/5 242/5 242/12 244/14 245/6 247/3 247/12 247/16
248/9 248/15 249/8 252/10 255/10 255/15 256/3 256/14 256/15
256/16 257/2 257/19 258/17 259/14
**rigid [1]** 242/9
**Rio [7]** 180/4 180/15 184/19 213/19 216/16 225/9 225/11
**Rio Grande [1]** 180/4
**Riots [1]** 189/8
**rise [3]** 228/6 245/25 246/18
**risen [1]** 239/18
**risks [1]** 201/5
**River [1]** 180/4
**RMR [1]** 261/10
**robberies [1]** 226/17
**robust [2]** 211/11 233/15
**role [2]** 246/2 246/23
**Room [1]** 176/24
**rough [1]** 255/19
**royalties [2]** 236/10 254/13
**running [1]** 234/14
**runs [2]** 220/3 253/18

**S**

**sabotage [1]** 226/22
**safe [1]** 241/20
**said [8]** 185/17 186/21 197/19 207/6 224/16 229/5 232/3 238/3
**sales [2]** 226/17 236/11
**Salvador [2]** 186/25 251/11
**same [28]** 182/11 187/22 189/15 191/11 191/11 191/18 192/13
192/14 195/25 198/2 201/8 205/17 206/4 207/12 209/3 209/8
211/11 212/22 213/4 213/23 214/12 214/14 220/1 220/24 221/8
237/9 253/21 253/21
**San [3]** 220/15 220/16 242/24
**San Diego [1]** 242/24
**San Francisco [2]** 220/15 220/16
**Sarah [6]** 176/2 178/14 224/8 230/12 258/10 259/4
**saw [5]** 189/16 207/13 222/3 239/15 256/23
**say [17]** 187/3 197/13 200/20 207/13 208/5 208/22 212/13
217/10 217/12 220/16 227/20 241/20 247/8 252/2 253/23 255/1
258/16
**saying [18]** 189/19 194/15 195/23 196/17 199/11 201/20 205/25
217/15 220/11 220/18 222/11 223/3 223/6 223/23 228/20
228/21 228/23 230/7
**says [5]** 184/3 187/10 200/2 223/1 256/23
**SB1070 [5]** 228/12 229/1 229/10 229/13 229/23
**scale [3]** 203/3 205/22 253/7
**scantest [1]** 211/20
**scarcity [1]** 246/12
**scare [1]** 206/11
**scholarly [1]** 208/1
**scholars [1]** 185/19
**scholarship [3]** 252/16 252/19 253/19
**schools' [1]** 231/8
**science [2]** 186/3 209/3
**scientist [2]** 210/1 217/15
**scientists [1]** 208/11
**scoping [1]** 223/17
**screen [1]** 181/18
**scroll [1]** 225/8
**Seaboard [1]** 204/16
**second [5]** 198/12 201/25 212/25 225/13 231/12
**second-class [1]** 212/25
**secondary [3]** 206/17 206/18 230/6
**seconds [1]** 193/8
**section [2]** 205/5 208/4
**Section 126 [1]** 208/4
**sector [1]** 254/8
**security [1]** 256/1
**see [38]** 179/9 179/10 179/11 180/9 181/21 182/12 182/19
183/19 184/8 185/12 185/15 190/23 191/24 192/3 192/5 192/9
192/23 196/11 199/4 201/2 203/24 207/14 207/18 209/21

209/25 210/24 211/1 218/9 220/7 224/17 238/17 247/15 247/17
247/22 247/25 248/1 258/9 259/9
**seeing [4]** 201/8 201/11 201/11 252/13
**seek [1]** 252/9
**seeking [2]** 245/16 248/13
**seemed [1]** 194/24
**seems [2]** 193/8 194/1
**seen [8]** 184/1 192/17 246/4 248/4 252/23 253/3 253/10 253/19
**self [1]** 207/16
**self-deport [1]** 207/16
**Semitic [1]** 194/24
**Semitism [1]** 194/14
**Senate [4]** 190/6 190/6 190/10 226/18
**Senator [8]** 190/1 190/5 190/9 190/10 190/12 199/15 199/18
247/10
**Senator Kilgore [1]** 190/1
**senators [2]** 195/1 257/16
**sentence [2]** 206/22 207/19
**sentencing [1]** 224/10
**separate [1]** 221/4
**separated [1]** 222/7
**serious [1]** 226/23
**serve [2]** 181/5 212/10
**served [1]** 232/13
**serves [3]** 212/9 231/24 232/1
**Service [2]** 243/22 254/8
**serving [2]** 227/6 227/10
**session [1]** 200/9
**set [3]** 191/15 213/14 240/20
**set-up [2]** 191/15 240/20
**several [2]** 208/17 240/6
**Shall [1]** 259/14
**shape [1]** 243/2
**shaped [1]** 258/3
**shaping [1]** 223/22
**shared [1]** 237/12
**she [15]** 187/10 225/12 225/20 229/4 232/13 238/1 244/8
245/12 245/15 245/17 245/19 251/9 251/10 254/13 256/23
**sheer [1]** 205/11
**shift [4]** 238/9 238/19 240/12 248/8
**shifted [1]** 234/1
**shooting [1]** 220/15
**shootings [1]** 222/1
**short [2]** 224/17 240/6
**should [12]** 192/20 193/5 195/4 195/8 200/2 202/9 209/14
212/3 220/15 231/7 241/11 255/19
**shouldn't [1]** 209/20
**show [1]** 194/7
**showing [2]** 192/10 245/25
**shown [1]** 216/11
**SI [2]** 175/5 178/8
**sickness [1]** 189/3
**side [1]** 201/18
**sides [1]** 204/3
**signature [3]** 261/7 261/7 261/7
**signed [1]** 261/7
**significant [3]** 216/20 238/9 246/23
**significantly [2]** 192/24 237/6
**signing [1]** 261/4
**similar [5]** 207/18 219/24 226/8 229/12 248/5
**SIMON [1]** 175/13
**simple [1]** 232/4
**simply [5]** 211/25 212/6 236/22 243/1 244/10
**Simpson [1]** 234/19
**Simpson-Mazzoli [1]** 234/19
**simultaneously [1]** 241/21
**since [11]** 180/4 202/15 212/8 228/3 232/24 233/17 234/5
239/24 244/2 251/6 252/8
**single [3]** 211/5 220/4 221/8
**situation [2]** 209/8 233/17
**size [8]** 219/9 233/25 236/17 236/21 236/24 237/1 239/1 239/16
**skin [1]** 200/25
**slight [1]** 241/14

**S**

slip **[2]**  192/24 193/13
slipped **[1]**  193/15
slowly **[3]**  193/11 210/19 232/16
slur **[1]**  201/2
smaller **[1]**  234/17
Smith **[4]**  222/22 225/25 226/9 226/12
smugglers **[1]**  189/14
so **[109]**
social **[2]**  201/9 217/15
socially **[1]**  192/22
society **[1]**  209/18
socioeconomic **[2]**  248/8 250/16
sociological **[2]**  186/6 209/4
sociologists **[1]**  208/11
sociology **[1]**  186/7
some **[59]**  182/11 182/20 183/10 183/10 183/15 183/16 183/22
 185/11 186/14 186/15 186/16 189/22 190/14 190/22 191/16
 191/17 193/15 194/11 194/19 197/8 201/16 202/10 204/11
 204/12 210/3 210/12 210/15 211/21 212/15 214/13 215/17
 216/7 217/10 217/13 219/21 222/9 225/25 226/7 226/13 228/12
 228/18 228/24 231/21 234/13 234/15 238/15 241/14 241/24
 243/1 245/7 245/12 247/9 247/14 247/14 251/10 254/1 257/13
 258/15 259/15
somebody **[4]**  186/22 187/22 204/16 219/3
someone **[9]**  187/4 195/8 196/18 206/19 207/8 207/9 220/23
 234/18 242/15
something **[32]**  182/15 185/3 185/17 188/18 194/3 194/15
 194/18 195/8 200/7 203/25 207/21 207/25 212/21 221/24
 221/25 222/11 223/8 225/12 226/24 229/4 238/12 238/17 239/9
 243/16 244/1 244/13 244/18 244/19 247/18 247/18 254/17
 255/22
sometimes **[6]**  193/13 193/15 201/24 202/13 221/25 240/25
somewhere **[1]**  204/16
sorry **[7]**  190/8 190/17 193/14 204/6 206/9 207/18 239/4
sort **[4]**  183/4 192/15 207/24 226/5
sounds **[4]**  188/11 230/3 239/9 244/19
source **[3]**  225/7 225/8 225/9
south **[7]**  180/3 198/5 213/19 216/15 229/19 249/12 251/11
South America **[1]**  229/19
southern **[15]**  179/24 183/6 188/1 192/12 207/1 208/19 213/24
 223/17 233/16 233/23 234/2 246/2 253/16 255/12 258/6
Southwest **[2]**  250/9 250/11
sovereign **[4]**  213/7 213/10 213/13 242/5
sovereignty **[2]**  209/13 245/20
speak **[11]**  193/10 209/24 231/3 232/15 235/5 236/9 242/13
 243/12 243/12 244/1 244/2
speaking **[1]**  255/17
speaks **[1]**  217/2
specialist **[1]**  242/15
specific **[15]**  190/18 194/11 203/9 204/22 205/18 218/18 235/12
 243/6 244/15 244/20 247/1 247/5 247/17 251/7 251/18
specifically **[11]**  179/23 199/17 205/5 216/18 217/9 218/23
 221/10 240/8 252/13 255/8 255/12
specifics **[1]**  231/18
specified **[1]**  245/14
specify **[1]**  243/5
specter **[1]**  228/18
Spencer **[1]**  226/18
spending **[1]**  215/5
spent **[1]**  210/1
spiel **[1]**  205/21
split **[1]**  234/20
sponsor **[1]**  247/10
sponsors **[1]**  194/22
spots **[4]**  181/12 181/13 196/2 234/18
spur **[3]**  181/9 181/9 235/16
spurred **[3]**  183/5 235/20 249/3
spurring **[1]**  235/8
stage **[2]**  190/16 197/9
standards **[1]**  190/15
standing **[1]**  179/2

standpoint **[1]**  187/10
start **[5]**  190/9 195/1 259/11 259/16 259/3
started **[6]**  205/21 248/13 248/14 249/20 250/20 252/2
starting **[2]**  202/23 241/13
starts **[1]**  180/7
starvation **[1]**  189/3
state **[11]**  190/13 219/3 219/3 236/1 242/2 242/10 242/24
 245/21 249/5 249/5 250/17
stated **[1]**  236/2
statement **[7]**  194/9 233/8 233/11 233/21 237/11 241/25 257/15
statements **[13]**  192/2 194/23 194/24 195/4 195/5 195/6 231/16
 232/5 232/8 232/10 237/20 238/9 257/20
states **[51]**  175/1 175/4 175/14 176/23 178/7 178/15 180/3
 180/19 180/21 180/23 182/5 182/8 182/12 183/15 183/24 184/6
 184/11 187/12 187/16 190/6 195/13 195/17 200/13 219/10
 229/12 232/25 236/15 236/23 241/9 241/9 241/22 242/12
 243/24 244/24 248/6 249/5 249/10 250/3 250/6 250/11 250/24
 251/7 251/9 251/13 252/9 252/14 252/17 253/11 254/5 257/7
 257/14
States' **[1]**  256/24
States's **[1]**  251/15
stating **[1]**  199/19
statistic **[4]**  243/25 244/2 244/6 244/7
statistics **[6]**  194/7 244/15 252/12 252/13 253/24 254/1
Statuary **[1]**  195/5
statue **[1]**  195/4
status **[7]**  188/22 212/25 223/5 228/14 228/24 239/14 253/15
statute **[1]**  179/23
statutory **[1]**  204/18
stay **[3]**  213/1 236/23 248/22
stays **[1]**  211/15
Steinle **[1]**  220/15
steps **[2]**  182/9 241/1
stereotypes **[3]**  191/12 216/14 222/4
still **[24]**  179/14 193/2 194/5 194/18 195/25 196/7 196/8 196/21
 197/14 197/15 197/15 198/13 198/13 201/7 201/8 201/11
 207/25 220/24 227/5 228/5 233/22 249/10 257/13 258/6
stocks **[1]**  193/22
stone **[2]**  194/3 194/17
stop **[1]**  240/9
stopped **[1]**  190/23
stories **[1]**  208/10
story **[1]**  248/16
Street **[1]**  176/7
stretch **[1]**  210/6
stricter **[1]**  240/7
strictly **[1]**  249/6
strip **[1]**  257/2
stripped **[1]**  192/4
stripping **[1]**  245/7
strips **[2]**  210/15 238/15
strongly **[1]**  253/1
struck **[1]**  199/19
student **[1]**  232/11
studies **[5]**  186/3 216/11 219/8 221/20 225/7
study **[16]**  184/18 184/22 186/5 186/12 186/18 187/21 188/16
 188/17 188/23 203/1 216/7 225/5 225/6 225/12 243/1 256/13
studying **[1]**  210/1
stuff **[1]**  210/15
Subcommittee **[1]**  226/11
subconscious **[1]**  222/15
subconsciously **[1]**  221/24
subject **[1]**  187/9
subjected **[2]**  231/10 231/13
Subjects **[8]**  187/7 202/12 232/20 241/25 242/8 244/23 248/17
 256/21
submissive **[1]**  214/21
submitting **[1]**  181/16
subsequent **[3]**  211/19 213/22 249/14
subsequently **[1]**  198/8
substantial **[2]**  230/24 255/5
substantially **[3]**  222/9 235/23 254/24
substitute **[1]**  180/8

**S**

such [2]  185/7 226/22
suffering [2]  223/2 223/8
suggested [1]  252/19
suggesting [1]  229/19
suggests [1]  252/16
Suit [1]  189/8
Suite [2]  176/3 176/7
superiority [1]  189/23
supplemental [2]  179/7 179/7
support [1]  246/6
supported [2]  229/2 247/24
supporters [1]  246/10
supposed [2]  181/20 212/10
sure [6]  183/3 191/18 215/24 225/4 241/23 245/11
survey [2]  218/12 219/23
suspect [2]  228/23
suspected [1]  228/15
SW [3]  176/3 176/7 176/24
Sweden [2]  197/23 198/3
swept [2]  206/13 207/12
switch [1]  217/5
switches [1]  203/17 258/5
system [3]  210/15 231/9 256/8

**T**

take [4]  182/10 212/2 224/11 241/12
taken [2]  204/13 219/4
taking [3]  204/18 242/23 253/7
talk [15]  180/12 191/20 195/9 198/16 201/15 207/21 210/7
210/8 210/13 216/10 224/14 252/4 254/6 255/14 255/25
talked [8]  212/10 215/1 217/11 245/12 245/15 245/17 245/19
251/5
talking [4]  191/8 192/25 200/19 201/14 203/17 210/18 214/15
215/6 217/5 221/18 222/18 243/15 252/3 257/12
talks [1]  251/9
tape [1]  182/14
target [3]  199/17 206/13 206/25
targeting [1]  206/3
tasked [1]  218/2
taught [1]  242/22
teach [2]  242/21 242/24
technological [1]  191/17
telephonically [1]  178/4
tell [4]  193/23 207/8 215/21 225/25
temporary [3]  183/24 184/1 184/7
ten [6]  186/12 186/20 222/22 224/1 224/19 258/22
ten o'clock [1]  258/22
ten-minute [1]  224/1
tend [3]  187/6 203/24 227/17
tended [1]  238/17
tendency [1]  216/16
tends [1]  206/25
tens [1]  197/25
term [38]  179/25 180/2 180/6 180/7 180/8 180/13 184/14
184/15 185/4 185/6 185/8 185/10 185/20 185/20 185/22 185/24
185/25 186/9 188/9 188/11 188/13 188/20 189/16 189/19
190/20 190/25 191/2 199/5 201/2 201/7 201/14 202/4 204/21
214/17 214/17 215/9 225/6 238/16
termed [1]  205/22
terminology [2]  191/10 191/10
terms [17]  180/12 180/12 181/25 186/2 187/1 187/6 191/4
191/9 214/3 215/17 218/18 219/3 221/18 222/19 236/9 252/5
256/11
terms of [1]  222/19
territorial [3]  242/1 242/5 245/20
test [1]  254/10
testimony [10]  195/10 231/24 231/25 234/4 235/6 237/25
239/25 241/14 248/3 253/13
Texan [1]  226/15
Texas [5]  188/23 188/24 199/9 199/9 222/22
Texas Proviso [1]  199/9

than [19]  181/12 182/13 182/17 193/24 202/9 211/20 212/19
216/6 218/22 219/6 220/12 225/3 225/7 225/17 231/19 238/2
238/3 240/1 244/10
thank [19]  179/4 179/8 179/12 179/12 179/16 198/10 202/7
224/20 225/2 225/22 230/11 230/13 232/17 238/6 240/5 250/13
254/16 259/6 260/13
Thanks [1]  260/12
that [590]
that's [39]  179/12 179/23 187/19 191/15 192/4 194/9 196/25
197/2 203/1 204/24 206/8 207/12 208/23 215/1 216/6 219/2
219/9 222/10 222/11 222/13 225/23 227/20 230/8 233/3 236/18
238/12 238/22 238/23 239/19 241/20 243/4 246/24 247/9
247/13 248/10 249/9 249/15 254/11 254/12
thee [1]  199/13
their [22]  186/17 186/17 187/5 188/21 189/18 189/20 196/5
196/7 196/18 203/23 208/13 209/19 213/14 214/5 221/4 222/4
223/3 223/4 223/9 227/19 253/15 257/20
them [15]  184/4 184/10 186/12 196/22 201/11 202/12 201/16
221/2 221/3 221/4 221/4 221/10 223/11 231/8 249/7
themselves [2]  181/1 181/9
then [32]  179/22 181/19 184/5 186/16 186/23 191/1 198/8
201/18 207/19 208/5 208/21 209/14 210/22 211/8 212/1 212/3
213/4 214/12 215/2 215/16 217/4 217/16 218/9 224/8 227/18
228/25 229/2 249/14 253/2 258/12 258/18 260/11
then-Governor [1]  229/2
theories [1]  243/1
theory [1]  208/20
there [90]
therefore [5]  180/5 219/16 227/18 244/17 253/11
therein [1]  232/8
these [52]  180/21 181/22 184/10 186/1 186/20 188/19 188/20
189/8 189/9 189/10 189/12 189/16 189/20 190/14 190/17 191/4
193/15 195/3 196/8 199/12 200/18 201/12 201/16 201/19
201/20 202/17 205/18 206/1 206/10 206/13 210/12 214/2 214/8
214/21 214/22 219/6 220/13 220/16 221/20 222/18 224/16
226/20 228/11 231/9 238/1 238/2 240/13 241/1 245/22 245/24
251/1 251/12
they [118]
they're [7]  182/7 182/7 184/6 207/10 214/24 215/5 219/16
thing [3]  183/8 193/13 207/13
things [23]  181/1 181/17 187/6 187/17 207/24 214/2 219/6
219/24 220/12 222/1 222/18 228/11 231/21 232/2 236/13 238/2
238/2 240/14 241/1 241/2 243/10 254/7 259/15
think [48]  180/15 186/24 187/5 187/6 187/8 190/8 191/3 192/1
193/3 195/9 199/7 209/25 210/3 210/24 212/12 212/14 212/18
213/4 213/16 215/12 215/17 216/6 217/11 221/13 223/1 223/25
226/8 229/5 233/25 236/12 237/8 240/17 241/20 245/7 245/24
245/24 246/20 246/23 246/23 249/22 250/5 250/23 251/2
254/12 254/12 254/16 256/10 257/2
thinking [7]  187/23 187/24 187/25 188/1 191/7 192/20 194/14
Third [2]  176/3 176/24
this [238]
those [29]  182/21 183/11 185/15 185/25 195/15 198/7 202/19
205/5 206/16 206/25 209/16 222/5 225/7 226/1 226/5 226/5
227/12 229/5 229/13 229/23 236/6 236/10 241/8 243/11 243/14
246/20 248/5 251/17 253/16
though [1]  194/2
thought [2]  192/20 239/5
thoughts [1]  192/21
thousand [2]  205/23 205/24
thousands [1]  197/25
thread [1]  221/21
threads [1]  246/20
threat [11]  184/5 194/25 206/6 206/12 220/19 220/20 221/5
222/6 230/17 257/12 257/14
threats [1]  232/8
three [8]  187/1 190/4 195/2 199/2 203/14 227/10 245/14 245/22
through [18]  179/21 181/15 182/14 182/22 183/15 188/12
192/1 200/18 201/5 210/16 210/17 210/20 227/23 229/3 234/9
236/5 256/6 258/8
throw [1]  194/17
thrust [2]  257/3 257/4
Tibbetts [1]  220/14

**tides [1]** 240/9
**tie [2]** 194/3 194/17
**ties [2]** 251/8 256/9
**tighter [1]** 250/17
**time [51]** 182/11 190/22 191/2 194/21 195/11 195/25 198/3
198/13 200/19 202/8 203/16 205/8 205/17 206/5 210/1 211/11
212/22 213/12 214/14 215/5 218/5 223/25 224/4 224/9 226/6
226/10 227/3 227/7 231/17 232/5 232/7 232/10 233/15 234/14
240/13 240/19 241/15 241/15 242/3 243/8 247/3 248/7 248/11
248/14 249/4 249/11 250/15 252/21 256/2 258/15 259/24
**time-bound [1]** 234/14
**times [6]** 193/7 222/23 230/21 232/14 232/19 234/5
**tissues [1]** 179/20
**title [3]** 225/15 225/17 230/16
**titled [2]** 184/18 225/17
**today [14]** 179/19 185/3 185/22 185/23 188/4 206/24 207/24
208/9 212/14 212/18 215/18 227/6 232/14 232/19
**together [3]** 184/24 203/23 216/17
**tomorrow [8]** 258/18 258/20 258/21 259/2 259/3 259/5 260/8
260/10
**tone [1]** 200/25
**tongue [1]** 240/4
**too [11]** 188/7 200/9 203/22 207/7 208/22 210/19 217/12 224/2
224/13 236/23 237/8
**took [2]** 198/19 202/8
**tool [1]** 256/24
**top [3]** 187/1 225/7 249/16
**topic [1]** 216/6
**total [1]** 205/24
**totally [1]** 209/17
**touch [1]** 239/24
**touched [1]** 195/10
**toward [2]** 213/24 216/16
**towards [8]** 203/21 203/21 213/18 213/19 213/21 216/25 218/8
223/12
**track [1]** 219/5
**Trade [1]** 240/11
**tradition [1]** 247/11
**traditionally [2]** 180/22 182/15
**trafficking [1]** 226/21
**tragedy [1]** 220/14
**tragic [1]** 220/16
**training [1]** 221/14
**traits [2]** 202/18 202/19
**transcript [3]** 175/12 261/5 261/6
**traveling [1]** 181/16
**treason [1]** 226/22
**treat [1]** 221/4
**treatment [3]** 189/2 200/6 201/17
**Treaty [1]** 250/10
**tremendous [1]** 209/5
**trend [2]** 243/7 245/1
**trends [2]** 245/15 245/23
**trial [1]** 187/11
**triangle [2]** 197/20 211/14
**tried [6]** 234/6 234/11 234/12 236/4 236/12 254/4
**trilateral [1]** 180/18
**true [11]** 237/5 237/19 238/8 241/17 243/22 249/17 250/18
254/8 254/11 256/5 257/21
**Truman [1]** 257/18
**Truman's [2]** 257/4 257/15
**try [4]** 213/11 234/25 235/3 235/3
**trying [4]** 192/25 209/21 248/22 252/24
**turning [3]** 241/18 247/25 248/1
**tweaks [1]** 255/4
**twister [1]** 240/4
**two [6]** 188/25 195/1 197/18 200/6 227/13 243/14
**type [3]** 219/2 221/17 251/12
**types [2]** 236/6 251/17
**typical [1]** 226/6

**U.S [12]** 176/2 210/4 214/24 217/22 218/1 229/17 241/18
242/16 245/17 248/13 255/5 257/5
**U.S. [1]** 228/9
**U.S.-Mexico [1]** 228/9
**UAA [1]** 241/16
**unarmed [1]** 222/1
**unauthorized [1]** 252/18
**unconstitutional [2]** 208/3 208/23
**unconstitutionality [1]** 208/21
**under [20]** 182/21 183/4 196/6 196/23 197/5 197/12 198/7
198/9 204/9 204/14 205/13 205/14 205/25 206/12 208/18 211/6
226/11 234/16 235/4 258/4
**undermine [1]** 245/17
**underrepresented [2]** 227/5 227/5
**understand [10]** 178/23 198/19 201/3 209/21 232/3 243/8
248/21 248/23 249/22 257/24
**understanding [4]** 197/2 197/3 249/11 250/21
**understood [1]** 188/10
**undesirable [15]** 180/9 185/13 205/3 205/14 209/6 210/2 211/6
211/18 213/17 214/11 215/7 216/12 227/9 249/14 255/7
**undocumented [73]** 181/6 181/10 182/13 182/16 182/20
182/23 183/1 183/5 183/11 183/19 184/13 188/2 188/3 190/24
199/13 201/4 202/21 203/21 204/3 204/22 206/16 206/19 207/2
207/17 215/16 219/9 219/11 219/25 220/9 220/19 220/21
220/21 220/22 227/21 228/3 228/4 228/6 228/15 228/17 228/23
229/21 229/24 230/16 230/23 233/2 235/4 235/16 235/20
235/21 235/23 236/19 237/1 237/7 238/10 238/14 238/16
238/20 238/22 239/11 239/15 239/16 239/17 239/21 250/4
252/14 252/24 253/25 254/22 254/25 255/4 255/5 255/9 255/13
**unfortunately [2]** 244/21 249/16
**unilaterally [1]** 182/4
**unintended [1]** 235/8
**Union [2]** 190/13 241/22
**UNITED [49]** 175/1 175/4 175/14 176/23 178/7 178/15 180/3
180/19 180/21 180/23 182/5 182/8 183/15 183/24 184/6 184/11
187/12 187/16 195/13 195/17 197/24 200/13 219/10 232/20
236/15 236/23 241/9 241/9 243/12 243/24 248/6 249/5 249/10
250/3 250/6 250/11 250/24 251/7 251/9 251/13 251/15 252/9
252/14 252/17 253/11 254/5 256/24 257/7 257/14
**United States [42]** 178/7 178/15 180/3 180/19 180/21 180/23
182/5 182/8 183/15 183/24 184/6 184/11 187/12 187/16 195/13
195/17 200/13 219/10 232/25 236/15 236/23 241/9 241/9
243/12 243/24 248/6 249/5 249/10 250/3 250/6 250/11 250/24
251/7 251/9 251/13 252/9 252/14 252/17 253/11 254/5 257/7
257/14
**United States' [1]** 256/24
**United States's [1]** 251/15
**university [6]** 221/7 225/21 230/22 231/6 231/12 231/13
**unlawfully [1]** 232/25
**unsanitary [1]** 189/4
**unsecured [1]** 252/22
**unstated [1]** 221/19
**until [4]** 253/18 255/5 255/9 260/11
**untangle [2]** 221/13 221/17
**up [36]** 179/22 180/5 185/16 187/1 191/2 191/15 192/23 197/1
197/7 197/18 197/19 198/12 206/16 206/21 207/12 207/20
207/22 208/18 209/15 213/12 215/20 216/4 218/16 218/19
219/25 224/25 225/8 225/24 226/24 227/23 232/1 233/11
234/20 240/20 249/24 254/18
**upon [3]** 182/16 208/8 231/1
**urgent [1]** 256/25
**us [13]** 179/22 187/6 188/15 199/12 199/14 200/22 200/23
201/22 203/2 207/10 212/10 221/3 221/13
**use [11]** 184/4 188/13 190/22 195/15 195/20 206/6 214/8 215/9
230/1 258/1 258/1
**used [10]** 180/2 180/7 184/15 185/7 185/24 190/23 219/9
220/17 221/25 221/25
**users [1]** 189/13
**using [5]** 185/25 191/2 209/20 214/16 219/8
**usually [3]** 185/25 211/21 220/23
**utilize [1]** 195/20

## V

**vague** [1] 231/4
**valid** [1] 209/10
**Valley** [3] 184/19 225/10 225/11
**variables** [1] 252/5
**variation** [1] 217/19
**varies** [2] 186/5 219/2
**variety** [1] 187/17
**verbally** [1] 222/14
**Vermont** [1] 199/18
**version** [3] 231/20 236/11 255/18
**versus** [1] 178/7
**very** [20] 184/15 185/9 192/3 201/14 202/19 202/22 203/11 203/13 206/11 211/5 212/7 214/2 214/13 214/13 215/4 216/15 222/7 229/12 230/11 232/4
**veto** [3] 257/5 257/15 257/18
**via** [4] 178/3 207/1 255/12 260/4
**victims** [2] 223/2 223/9
**video** [1] 178/3
**Vietnam** [1] 251/11
**viewed** [2] 189/10 246/4
**viewpoints** [3] 194/20 194/22 226/6
**violated** [1] 181/25
**violating** [1] 182/1
**violation** [1] 208/3
**violations** [1] 222/25
**violent** [1] 223/13
**Virgina** [1] 199/15
**Virginia** [5] 190/1 190/12 230/22 231/6 231/12
**virtually** [2] 205/4 211/4
**virtue** [1] 195/24
**visa** [4] 187/24 188/3 223/18 234/3
**visas** [2] 196/2 249/7
**visual** [2] 206/11 230/1
**voluntarily** [1] 206/8
**voting** [1] 227/12

## W

**wage** [3] 180/24 181/20 181/21
**wages** [3] 181/22 182/16 189/3
**wait** [1] 193/5
**Walter** [32] 179/22 184/20 190/4 191/16 191/25 192/2 192/6 192/8 192/10 193/16 193/18 195/12 195/21 196/9 196/22 198/19 198/21 199/3 203/7 203/12 203/16 204/9 204/23 205/8 209/6 210/5 211/13 215/3 257/3 257/10 258/5 258/9
**wander** [1] 205/21
**want** [27] 179/5 179/19 180/12 184/10 184/18 190/18 191/18 195/9 195/11 196/13 196/14 198/16 199/16 200/9 206/8 208/7 210/24 210/25 213/1 215/21 223/11 224/2 225/16 241/14 247/17 252/4 259/16
**wanted** [6] 186/7 186/8 188/7 190/18 216/4 225/4
**war** [20] 191/8 192/15 192/18 196/13 241/17 241/21 242/1 242/7 242/9 242/14 242/20 243/8 243/11 243/24 244/25 245/1 250/12 251/6 251/10 257/6
**War II** [4] 191/8 192/15 192/18 251/6
**War II/post** [1] 257/6
**was** [129]
**washes** [1] 197/7
**wasn't** [2] 204/8 210/5
**way** [26] 181/3 181/4 183/25 187/19 188/10 189/15 194/16 209/15 210/14 210/15 213/20 213/23 213/25 220/17 222/9 234/13 236/8 237/2 237/14 237/23 238/9 238/15 243/2 253/23 257/5 258/7
**ways** [8] 183/23 185/22 187/20 188/11 209/17 222/19 235/4 253/15
**we** [111]
**we're** [8] 185/23 192/25 199/13 200/19 215/18 227/7 237/9 252/3
**we've** [5] 187/10 212/7 212/8 214/9 217/8
**wear** [1] 189/9
**website** [1] 236/9
**weeds** [1] 217/12

**week** [4] 191/16 216/2 254/6 254/14
**well** [52] 180/6 182/25 197/4 201/16 206/18 214/15 216/19 216/21 220/10 220/11 221/12 223/18 225/5 228/1 231/25 233/9 233/24 236/8 237/25 239/14 240/17 242/11 243/4 244/15 246/3 249/15 249/22 251/21 255/17 257/24 258/17 259/7
**went** [2] 226/17 241/2
**were** [89]
**weren't** [3] 195/18 255/1 255/3
**West** [4] 190/1 190/12 199/15 245/6
**Western** [8] 192/11 194/6 194/7 197/21 197/25 198/7 247/2 258/6
**wet** [1] 180/5
**wetback** [43] 180/1 180/2 180/13 183/21 184/14 184/14 184/18 185/6 185/10 185/24 185/25 188/9 188/20 189/16 190/2 190/11 190/14 190/19 190/20 198/18 199/2 199/4 199/5 199/17 201/3 201/7 202/14 203/15 205/8 205/23 205/23 206/3 206/4 206/15 215/10 225/9 225/11 225/16 225/18 255/2 255/10 255/14 255/21
**Wetback Bill** [2] 199/2 203/15
**wetbacks** [11] 188/24 188/25 189/6 189/6 189/7 191/13 214/20 214/20 217/5 219/15 225/6
**what** [66] 180/22 181/7 181/21 183/6 183/21 184/4 185/2 186/7 186/8 186/11 186/18 187/4 187/4 187/5 187/23 188/10 188/14 190/2 190/4 191/3 191/23 192/9 192/16 192/22 198/4 198/23 203/7 205/10 209/24 209/25 210/24 210/24 211/23 212/3 213/16 214/9 214/14 215/5 216/11 217/16 218/4 218/9 218/15 218/20 220/18 220/19 223/23 224/11 225/25 230/3 230/7 231/3 231/4 231/18 236/5 238/17 240/17 241/23 241/23 243/13 243/14 247/5 250/1 254/23 255/18
**what's** [4] 199/6 199/8 237/23 259/16
**whatever** [2] 185/6 193/1
**when** [16] 187/22 190/5 194/19 204/3 205/7 206/5 210/15 214/15 217/5 218/24 219/1 228/4 228/11 240/6 247/3 257/12
**where** [12] 179/20 185/15 200/8 204/11 209/22 215/22 225/24 229/6 233/17 241/13 251/24 254/21
**whether** [10] 186/15 188/15 199/20 208/9 212/9 218/17 219/5 238/1 243/7 250/24
**which** [36] 186/6 187/16 187/19 188/2 197/6 200/8 203/1 214/12 216/6 216/17 217/10 220/5 220/14 220/16 226/3 228/12 228/13 231/4 231/23 234/3 236/1 238/10 239/15 240/11 241/12 242/25 245/8 245/8 245/10 255/2 255/18 255/19 256/7 257/5 258/2 259/25
**while** [8] 195/11 199/7 204/8 210/5 212/22 214/14 228/12 256/5
**white** [2] 220/23 227/19
**who** [66] 178/20 182/1 182/21 182/22 184/16 185/4 185/5 185/5 185/6 185/8 186/9 188/1 188/24 189/2 189/9 189/17 189/20 195/8 197/11 197/13 199/11 199/14 201/17 201/19 202/21 202/24 205/15 206/4 206/16 206/24 206/25 207/1 207/2 207/3 207/8 207/9 207/15 208/18 212/20 214/6 214/20 214/22 218/24 220/23 220/25 221/5 222/5 226/8 227/11 228/17 229/5 229/20 229/24 229/24 233/22 236/15 236/22 242/15 243/23 246/4 250/6 250/7 253/4 253/14 253/16 254/2
**whole** [3] 187/17 222/23 250/15
**whom** [1] 221/1
**why** [3] 210/23 238/23 257/25
**Wickersham** [3] 216/17 217/9 217/20
**wildly** [1] 219/3
**will** [23] 178/12 178/17 178/24 201/17 204/18 208/11 213/11 215/25 224/11 224/14 224/17 224/19 244/5 254/13 254/17 254/18 259/1 259/18 259/25 260/2 260/4 260/7 260/10
**Wilson** [1] 234/19
**win** [1] 196/14
**wind** [1] 180/5
**winning** [1] 196/12
**within** [4] 183/21 226/14 235/23 246/6
**without** [7] 212/1 212/2 222/17 244/20 250/6 252/9 261/6
**Witnesses** [1] 177/3
**wolf** [1] 226/5
**won't** [1] 248/19
**wondering** [1] 221/13
**Wood** [2] 193/17 193/25
**words** [4] 186/1 199/23 199/24 210/19
**work** [7] 183/14 212/25 219/21 221/1 244/3 248/13 254/3

**W**

**worked [3]** 182/21 194/4 194/16
**worker [11]** 225/14 234/10 234/15 234/17 234/21 235/14 235/16 235/19 236/5 236/16 238/25
**workers [23]** 180/20 180/21 180/23 182/6 182/13 182/17 182/20 182/22 182/23 183/9 189/2 189/17 199/13 201/6 201/15 201/15 201/16 214/20 233/6 233/13 233/20 234/23 234/23
**workforce [3]** 212/23 212/23 212/24
**working [1]** 199/14
**world [19]** 191/8 192/15 192/18 240/11 241/17 241/19 241/21 242/1 242/7 242/9 242/14 242/20 243/8 243/11 243/24 244/25 245/1 251/6 257/6
**worldwide [1]** 242/11
**worried [1]** 220/18
**would [71]** 180/20 180/22 180/24 180/24 180/25 181/23 186/10 188/9 190/2 192/11 193/23 194/7 194/12 196/7 196/22 196/23 198/7 198/8 203/25 204/13 205/1 206/18 207/22 207/25 208/16 208/18 208/18 208/22 209/24 209/25 211/23 212/19 212/20 212/20 215/24 217/16 217/17 218/11 218/25 221/5 224/7 224/15 226/3 228/13 229/15 230/21 231/13 231/15 233/6 233/10 233/10 234/5 234/10 234/20 234/20 236/22 241/12 241/21 243/13 244/9 244/12 244/19 245/3 245/4 247/17 253/20 254/21 257/9 258/16 259/21 259/22
**wouldn't [4]** 200/23 201/15 217/18 248/25
**writing [1]** 225/16
**written [3]** 187/8 244/11 244/13
**wrong [2]** 200/21 237/23
**wrote [15]** 232/10 237/5 237/8 237/10 237/16 237/19 238/8 238/12 238/19 239/3 239/5 246/6 247/20 254/20 255/7

**X**

**X-rays [1]** 181/17
**XIAP [4]** 175/7 178/8 178/20 178/22

**Y**

**Yeah [8]** 190/23 192/18 200/21 201/11 205/13 205/21 216/12 230/20
**year [3]** 184/20 208/16 254/21
**years [5]** 208/17 212/8 215/6 226/1 235/24
**yes [19]** 178/10 179/1 213/2 215/16 216/1 224/24 235/2 235/18 237/8 237/17 238/12 241/9 242/7 251/14 252/3 254/23 257/2 259/5 259/13
**yesterday [1]** 179/5
**yet [5]** 211/4 212/8 220/6 221/6 245/13
**you [341]**
**you'd [2]** 218/9 225/15
**you're [15]** 201/11 201/11 201/14 203/17 210/19 219/1 222/11 222/11 222/16 230/7 230/12 235/12 240/23 245/7 250/3
**you've [5]** 189/8 209/4 232/3 232/14 240/24
**young [2]** 189/9 223/16
**your [67]** 178/12 178/14 178/18 178/19 178/25 179/1 179/16 185/19 191/20 196/16 201/23 204/6 206/22 207/18 207/22 208/1 209/3 212/12 215/12 215/25 221/14 221/24 224/5 224/24 225/2 225/7 230/9 230/13 230/16 230/19 230/24 232/4 232/7 232/7 232/12 232/17 233/4 235/6 236/1 236/2 237/5 237/10 237/19 238/6 238/8 239/25 240/5 241/14 241/24 243/4 252/15 253/6 253/19 254/15 254/20 255/15 258/16 258/25 259/2 259/5 259/7 259/8 259/11 259/13 259/16 259/22 260/13
**Your Honor [11]** 178/14 178/19 207/18 215/25 224/24 230/9 258/16 259/5 259/8 259/13 259/22
**yourself [2]** 244/11 244/13

**Z**

**Zone [1]** 214/3
**Zoot [1]** 189/8

1              IN THE UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF OREGON

3

4    UNITED STATES OF AMERICA,         )
                                       )
5              Plaintiff,              )    3:19-cr-00407-SI
                                       )
6    vs.                               )    February 4, 2021
                                       )
7    AUGUSTIN MACHIC-XIAP,             )    Portland, Oregon
                                       )
8              Defendant.              )

9

10

11                      (Motion Hearing)

12                 TRANSCRIPT OF PROCEEDINGS

13           BEFORE THE HONORABLE MICHAEL H. SIMON

14             UNITED STATES DISTRICT COURT JUDGE

15

16

17

18

19

20

21

22

23

24

25

```
 1                            APPEARANCES

 2   FOR THE GOVERNMENT:        Sarah Barr
                                U.S. Attorney's Office
 3                              1000 SW Third Avenue, Suite 600
                                Portland, Oregon 97204
 4

 5

 6   FOR THE DEFENDANT:         Alison Clark
                                Elizabeth Daily
 7                              Federal Public Defender's Office
                                101 SW Main Street, Suite 1700
 8                              Portland, Oregon  97204

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23   COURT REPORTER:           Dennis W. Apodaca, RDR, FCRR, CRR
                                United States District Courthouse
24                              1000 SW Third Avenue, Room 301
                                Portland, OR  97204
25                              (503) 326-8182
```

```
 1                            INDEX

 2  Motion hearing                                      4

 3  Witnesses:  (For the Defense)   Direct  Cross  ReDirect

 4  Benjamin Gonzalez O'Brien                  266       294

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                        (February 4, 2021)

 2                    P R O C E E D I N G S

 3              (The following motion hearing was held via video

 4    conference and telephonically:)

 5              THE COURT:  So do we have Sarah Barr?

 6              MS. BARR:  Yes, Your Honor.

 7              THE COURT:  Liz Daily, do we have you?

 8              MS. DAILY:  Yes, Your Honor.  I'm here.

 9              THE COURT:  Okay.  Professor, do we still have you?

10              THE WITNESS:  I am still here, Your Honor.

11              THE COURT:  Thank you so much.

12              Andre, do we have you?

13              THE INTERPRETER:  Yes, I'm here, Judge.

14              THE COURT:  Mr. Machic-Xiap, do we still have you,

15    sir?

16              THE DEFENDANT:  Yeah, I'm here.

17              THE COURT:  All right.  Very good.  Thank you,

18    everyone.  I apologize for the technological difficulties.  I

19    have no idea what caused it.

20              All right.  We are back on the record by telephone

21    only, and we are in the cross-examination of Professor Gonzalez

22    O'Brien.

23              Ms. Barr, you may continue whenever you wish.

24              MS. BARR:  Thank you, Your Honor.  I apologize in

25    advance if my voice sounds a little stilted.  I'm going to try
```

B. Gonzalez O'Brien - X

1    to do my best to try to speak particularly slowly given that

2    we're all on the phone.

3              THE COURT:   Thank you.

4                          CROSS-EXAMINATION

5    BY MS. BARR:

6    Q    Professor Gonzalez O'Brien, yesterday we left off

7    discussing the preservation of the National Origins quota.   I

8    had given you a statement from Mae Ngai's book indicating that

9    the National Origins quota was not the central motivation for

10   the bill, and we were in the process of discussing that.   So

11   that's where I am going to pick up now, okay?

12   A    Sounds great.

13   Q    Now, Professor, isn't it true that by 1952 the quotas were

14   less impactful than in 1929 because other bills had been

15   enacted that allowed for the entry outside the quota system?

16   For example, like the Displaced Persons Act and amendments to

17   that Act in 1950 and 1951?

18   A    That's true.  Although as I mentioned yesterday, the

19   quotas that were put into place under the McCarran-Walter Act

20   also still continued to privilege many of the same groups that

21   were privileged under the Johnson-Reed Act of 1924.

22   Q    Now, Truman gave a statement on the 1950 amendment to the

23   Displaced Persons Act.  Are you familiar with that statement?

24   A    Not off the top of my head, no.

25   Q    Is it your understanding that President Truman was pleased

B. Gonzalez O'Brien - X

1  with the expansion of aliens who were able to come into the
2  United States outside the quota system by virtue of the 1950
3  amendment to the Displaced Persons Act?
4  A    Yes.   Truman was an advocate for bringing in some of the
5  displaced individuals from Europe resulting from the kind of
6  post World War II period.
7  Q    Now, the 1952 INA, Immigration and Nationality Act,
8  received political support for a variety of reasons, wouldn't
9  you agree?
10 A    I would agree with that statement.
11 Q    One example of that is the Secretary of State Dean Acheson
12 supported the bill because of its elimination of the racial bar
13 to citizenship, which he believed promised to resolve "a
14 serious irritant of long-standing in U.S. Japanese relations."
15           Are you familiar with that?
16 A    I am.
17 Q    And are you familiar with other congressmen -- with
18 congressmen's approval of the new preference system concept
19 that was infused on top of the quotas that tied immigration to
20 occupational skills and familial ties to the United States?
21 A    Yes.   If I recall correct, the congressional debate around
22 McCarran-Walter correctly, there were members of Congress who
23 did support it for those reasons.
24 Q    Now I would like briefly discuss your testimony about the
25 term "wetbacks."

B. Gonzalez O'Brien - X

1   A    Okay.

2   Q    You testified last week that the term "wetbacks" refers

3   not to Mexicans but to illegal migrants in general.  Do you

4   recall that testimony?

5   A    I do.

6   Q    Okay.  Yesterday my understanding was that you were

7   testifying to the term "wetbacks" being a sort of racially

8   infused term specific to Mexicans.  Did I understand that

9   right, or did you mean something else?

10  A    I believe that when I -- I believe during testimony

11  yesterday that I said that some of the studies noted that it

12  was -- the two studies that I cited noted that this was a term

13  used generally to describe individuals that were Mexican.  But

14  in my testimony I also clarified that the differences between

15  Mexicans and other individuals from Central America, that there

16  weren't a lot of distinctions between the two, and that goes

17  back to some of the statements made in the early part of the

18  1920s -- or in the latter part of the 1920s -- excuse me -- by

19  individuals like Representative Green, who lumped all

20  individuals from south of the Rio Grande kind of together,

21  because all of these individuals were seen as racially

22  problematic for the same reasons, which is that kind of mixture

23  of the indigenous, white, and black blood.

24  Q    Isn't it true that the term "wetback" necessarily implies

25  illegal activity insofar as the term derives from people who

B. Gonzalez O'Brien - X

1    avoided inspection points and crossed the Rio Grande to sneak

2    into the country?

3    A    It does imply undocumented entry, although I would argue

4    that the applicability of that term, as noted in that study of

5    "The Wetback in the Lower Rio Grande Valley," that the

6    distinctions of who was or wasn't or could or could not be a

7    potential undocumented entrant, that the distinctions were

8    largely racial ones.

9    Q    Do you agree that the term "wetback," as used in the 1950s

10   by members of Congress and President Truman, meant specifically

11   illegal Mexican migrants seeking labor in the United States?

12   A    That was how the term was used to describe individuals who

13   had entered outside of the designated entry points.

14   Q    Now, I would like to draw a little bit of context in the

15   1950s leading up to the '52 Act.  Congress passed the Migrant

16   Labor Agreement Act in 1951; isn't that right?

17   A    To my recollection, that's correct.

18   Q    And that's the program that congressionally extended the

19   statute -- that congressionally extended the Bracero Program?

20   A    That's correct.

21   Q    And that statute didn't contain provisions to address or

22   control enforcement against illegal entrants, right?  It was

23   focused on the legal labor program itself?

24   A    Based on my recollection, that's correct.

25   Q    Are you familiar with the message President Truman made to

B. Gonzalez O'Brien - X

1  Congress in 1951 that I believe is entitled "Special Message to
2  the Congress on the Employment of Agricultural Workers From
3  Mexico"?
4  A    No, I'm not familiar with that -- with that specific
5  address.
6  Q    Would it be consistent with your understanding of
7  President Truman's belief at that time and position and
8  political positions at that time that he was enthusiastic about
9  the Labor Act insofar as it was one step in a comprehensive
10 plan to address immigration?
11 A    Since I don't have a recollection of that particular
12 document, my general understanding is that there was a desire
13 to extend the Bracero Program and to continue to have access to
14 Mexican labor.
15 Q    Okay.  If I may refresh your recollection here, Professor,
16 I would like to read some quotations from that message.
17        MS. BARR:  Your Honor, I'm happy to submit as an
18 exhibit this whole statement following this hearing.
19        THE COURT:  That will be fine.  And just remember to
20 read slowly.
21        MS. BARR:  Yes, Your Honor.  Thank you.
22 BY MS. BARR:
23 Q    I'm going to read a couple of quotations.  I will read
24 slowly the first quote.  "This Act can be a first step toward a
25 comprehensive program to bring badly needed improvements in the

B. Gonzalez O'Brien - X

1   living and working conditions of migratory farmworkers, both

2   foreign and domestic.  At the same time, this Act can help to

3   assure an adequate supply of labor to meet the needs of

4   American agriculture.  On the other hand, if enactment of this

5   legislation becomes an excuse for delay on these other

6   measures, it will hamper our efforts to meet more basic

7   problems, including the pressing problem of illegal

8   immigration."

9          Sir, does that refresh your recollection, or is that

10  your understanding of President Truman's position at that time?

11  A    Yes, it is.

12  Q    Now, President Truman went on in that message to state the

13  following:  "But this is very limited progress, which hardly

14  touches our basic farm labor problem.  The really crucial

15  point, which this Act scarcely faces, is the steady stream of

16  illegal immigrants from Mexico, the so-called 'wetbacks,' who

17  cross the Rio Grande or the western stretches of our long

18  border in search of employment.  These people are coming into

19  our country in phenomenal numbers -- and at an increasing rate.

20  Last year 500,000 illegal immigrants were apprehended and

21  returned to Mexico.  In 1949, less than 300,000 were returned."

22          Now, Professor, would you agree that President Truman

23  specifically tied the term "wetback" here to illegal Mexican

24  laborers?

25  A    Yes.  That's what he did in that statement.

B. Gonzalez O'Brien - X

1   Q    Would you agree that on the occasions in the
2   Congressional Record, where the term "wetback" appears prior to
3   and during consideration of the 1952 Act, it's virtually always
4   in connection with a specific discussion about illegal entrants
5   and labor or other security issues?
6   A    It is in some places discussed in those terms.  I think
7   that in other places there are attachments of inherent traits
8   to "wetbacks"; some of the discussion that we had, I believe,
9   yesterday regarding the attachment of criminality to the group
10  of individuals who were entering without inspection.  That is,
11  in my opinion, the kind of racialized aspect of this.  There
12  always has been kind of two streams of debate in this country.
13  One is the debate around the need for access to Mexican labor,
14  and the other is the debate around the continued reliance of
15  U.S. employers on undocumented entrants.
16  Q    You testified to a statement made by Lamar Alexander in
17  the 1990s, as I recall; is that right?
18  A    That's correct.  1996, during debate over the Illegal
19  Immigration Reform and Immigrant Responsibility Act.
20  Q    And with respect to his testimony, do you have any reason
21  to believe that he didn't believe the factual basis of the
22  statement that he made?  In other words, he didn't believe that
23  there were more Mexicans who were committing more crimes of
24  that nature of what he said on the record?
25  A    I can't speak to what representative Lamar Smith believed

B. Gonzalez O'Brien - X

1    or did not believe when he made that statement.  But what I can

2    testify to is he was a ranking member of the Judiciary

3    Committee.  He was someone who had served in Congress for a

4    long period of time by that point.  He was -- and prior to the

5    statement that he made, there was that report that I mentioned

6    by the U.S. Commission on Immigration Reform in 1994, which

7    served in part as the basis for some of the changes that we

8    would see later in the 1990s to immigration policy, and he had

9    access to that report.  I'm assuming, as a ranking member of

10   the Judiciary Committee, that Lamar Smith would have read that

11   report by the U.S. Commission on Immigration Reform.  But

12   again, that's an assumption that I can't guarantee any more

13   than I can guarantee what Lamar Smith believed in regards to

14   the statement that he made during debate over the Illegal

15   Reform and Immigrant Responsibility Act.

16   Q    Have you read that report?

17   A    I have read portions of that report.

18   Q    But you have not read the report in its totality?

19   A    I don't recall if I read the report in its totality at

20   some point.  I read the report in part for my first book, and

21   my recollection of how much of that report I read at that point

22   in time is patchy.

23   Q    Okay.  And I believe you made a reference to Senator

24   Kilgore yesterday; is that right?

25   A    I believe so.

B. Gonzalez O'Brien - X

1    Q    Okay.  You have no --

2    A    Yes.  Sorry.  I did reference Senator Kilgore of

3    West Virginia.

4    Q    In reference -- please go ahead.

5    A    Excuse me.

6    Q    Please, Professor.  Go ahead.  You were starting to say

7    that was in reference to --

8    A    I was just going to say in reference to the discussion of

9    the -- of what he termed the "wetback problem" in 1952.

10   Q    Are you familiar with the third supplemental

11   Appropriations Bill of 1952 and the hearings before the

12   Committee on Supplemental Appropriations for the fiscal year

13   ending June 30th, 1952?

14   A    I can't say that I am.

15   Q    Are you aware that Senator Kilgore was a member of that

16   committee?

17   A    I'm not aware of who the members of that committee were.

18   Q    I would like to read some statements to you from that

19   hearing for which Senator Kilgore was a member.

20        MS. BARR:  Your Honor, again, I'm happy to provide

21   this hearing report as an exhibit following this hearing.

22        THE COURT:  Excellent.  Thank you.

23   BY MS. BARR:

24   Q    Now, this was a supplemental Appropriations Bill that in

25   part sought to fund the INS and the INS's enforcement

B. Gonzalez O'Brien - X

1    mechanisms.  Are you familiar generally with the discussion of
2    that nature around that time period?
3    A    Yes.
4    Q    And this would be President Truman's funding request,
5    right, a funding request coming from the INS to fund its
6    enforcement activities?
7    A    That would be my understanding, although -- yes.  I mean,
8    Congress handles appropriations itself.
9    Q    Okay.  So during this testimony the INS commissioner --
10   during the hearing -- excuse me -- the INS commissioner
11   testified.  I would like to read you the following exchange
12   that occurred between two senators on the committee?
13   A    Certainly.
14   Q    Chairman McKellar asked:  "Why do they call them
15   'wetbacks,' Senator Ellender?"
16        Senator Ellender replied:  "They come into the
17   country illegally, Senator, and swim the Rio Grande.  It seems
18   they get employment before they get dry, so they are called
19   'wetbacks.'"
20        Would you agree that this exchange explicitly ties
21   the term "wetbacks" to illegal migrants who seek employment?
22   A    As I mentioned, that was how that term was used in part.
23   Q    Do you see any other parts to this exchange?
24   A    I don't see any other parts to that particular exchange,
25   but I think if you look at the use of the term "wetback" more

B. Gonzalez O'Brien - X

1   broadly, that it was used both during other portions of the

2   congressional debate, which I've mentioned, but also kind of

3   more broadly in the period of the 1940s and 1950s as a

4   racialized term to describe individuals who may have

5   predispositions towards criminal behavior beyond the act of

6   undocumented entry.

7   Q    Okay.  This exchange continued.

8        Chairman McKellar asked Senator Ellender to explain

9   why the funds were needed, and Senator Ellender replied:

10  "Senator, when we were in Mexico City some time ago trying to

11  obtain a new contract with the Mexican government for the

12  importation of labor, the Mexican government made it plain to

13  us that we had to do something about preventing the illegal

14  entry of Mexicans into the United States."

15       Professor, do you agree that Senator Ellender here

16  explicitly tied the INS desire to prevent illegal entry of

17  Mexican laborers to a request made by the Mexican government?

18  A    I believe that he is -- that he's stating that is part of

19  it.  I don't think that the Senator is saying that is the

20  entire reason for the request for additional funding.

21  Q    In continuation with that conversation, Chairman McKellar

22  asked for more information, and INS Commissioner Mackey

23  explained:  "The best that we could do with our skeleton force

24  was to put them back across the river.  They would reenter and,

25  of course, be apprehended."

B. Gonzalez O'Brien - X

1    So would you agree that there was discussion that

2 illegal reentry was a problem during this hearing?

3 A    I would agree with that.

4 Q    Now, Chairman McKellar himself later used the term

5 "wetbacks" again during this discussion.  He said, "Is the

6 reason for the crossing of the 'wetbacks' to the American side

7 the increased pay of Americans, or is it to get into America

8 generally?"

9    INS Commissioner Mackey responded:  "The rate of

10 exchange with Mexico is 8.65 pesos for one dollar.  So you can

11 see that the American dollar is very attractive to the Mexican

12 agricultural laborer.  He is anxious to get here."

13    Professor, do you agree that the term "wetback" here

14 is again tied specifically to the illegal entry of the Mexican

15 laborer?

16 A    Yes.

17 Q    And this was a hearing that happened for the

18 appropriations of 1952.  So it happened certainly less than a

19 year before the INA passed.  My understanding is that this

20 hearing happened in August, which would be just two months, I

21 believe, before the Act that became the 1952 Act was introduced

22 into Congress; is that right?

23 A    That would be my understanding.

24 Q    Are you aware that Senator McCarran was also on this

25 Appropriations Committee that held this hearing?

B. Gonzalez O'Brien - X

1  A    Again, I can't speak to the individual membership of that

2  committee, but I would trust if you are saying that he was a

3  member, that he was a member.

4  Q    Now, you mentioned a statement by Senator Kilgore -- or I

5  believe a portion of a statement by Senator Kilgore that was

6  related to what you referred to as the "Wetback Bill"; is that

7  right?

8  A    That was a reference to what was introduced.  It was

9  Senate Bill 1851, which was introduced in referenced as the

10  "Wetback Bill."

11  Q    Okay.  So that leads to a question of mine, because when I

12  Googled the term "Wetback Bill," nothing came up.

13  A    Yeah.  It is not going to come -- sorry.  Go ahead.

14  Q    You said it was Senate Bill 1851.  Was there a formal name

15  that that bill eventually went by or official name?

16  A    Yes.  I mentioned it yesterday.  It was the Act of

17  March 20th, 1952.

18  Q    Okay.  That was the actual title?

19  A    That was -- yeah, that was the title.  Or it may have been

20  The Immigration Act -- let me see.  Yeah, the Act -- well, the

21  date was March 20th, 1952.  I also have the statute, that large

22  number, if that's needed.

23  Q    No, this is fine.  Did that bill in fact become law?

24  A    Yes.  That's what contained the Texas Proviso.  The date

25  that it became law was March 20th, 1952, and so the debate

B. Gonzalez O'Brien - X

1   obviously preceded that.

2   Q     And you said that was an anti-harboring bill; is that

3   right?

4   A     It was an anti-harboring bill.

5   Q     So does that mean it was a bill specifically to address

6   circumstances in which people were hiding or protecting illegal

7   entrants?

8   A     Yes.  Or bringing individuals -- or bringing undocumented

9   individuals into the United States, again, with an exemption in

10  the case of employers, because employment was not considered

11  harboring in the language of the bill.

12  Q     Now, yesterday you testified a little bit to the fact that

13  there were some concerns expressed around this time during the

14  passage of the 1952 INA, concerns of exploitation of the

15  illegal migrants that came in; that they were in an easily

16  exploitable position by virtue of their illegal status.  Is

17  that correct?

18  A     That's correct.  Well, there were expressions of

19  exploitation on the part of some of the individuals who were

20  laboring under the Bracero Program as well as some of the

21  concerns that abuses of the program would drive undocumented

22  immigration and also some concerns on the part of the Mexican

23  government with the treatment of Braceros, which was supposed

24  to be guaranteed as part of the Bracero Program, but which, as

25  I mentioned yesterday, Mexico was a bit of a junior partner to.

B. Gonzalez O'Brien - X

1   They didn't have the unilateral ability to collaborate with

2   employers.  I believe, as I mentioned during testimony

3   yesterday, there was very little -- enforcement was relatively

4   lax when it came to employers who violated the terms of those

5   contracts.

6   Q     Okay.  Isn't it true that President Truman was one person

7   who expressed concern for the well-being of illegal Mexican

8   migrants because they were in this state of exploitation.  So

9   one reason why the "problem" or "issue" of illegal Mexican

10  migrants -- one reason that was a problem was because of

11  exploitation?  So isn't that true that President Truman

12  believed in that?

13  A     I don't recall if President Truman explicitly made that

14  linkage between abuses of the Bracero Program and undocumented

15  entry, but I do believe that he had concerns based on my

16  recollection -- that he had concerns about the Bracero Program

17  itself and some of the abuses of the Bracero Program.

18  Q     Okay.  If I may, again, just refresh your recollection

19  from the statement that President Truman made, this special

20  message to the Congress on the employment of agricultural

21  workers from Mexico issued July 13th, 1951, which will later be

22  submitted to the record, President Truman said, "The presence

23  of these illegal workers has a seriously depressing effect on

24  wages and working conditions in farm areas throughout the

25  Southwest.  The standards of living and job opportunities of

B. Gonzalez O'Brien - X

1   American farmworkers are under constant downward pressure.

2   Thousands of our own citizens, particularly those of Latin

3   descent, are displaced from employment or forced to work under

4   substandard conditions because of the competition of these

5   illegal immigrants.  Everyone suffers from the presence of

6   these illegal immigrants in the community.  They themselves are

7   hurt, first of all."  Then he goes on to talk about the

8   lowering of the working and living standards and things of that

9   nature.

10          So would you agree that he expressed this concern --

11  A    Yes.

12  Q    -- for their well-being?

13  A    Yes.

14  Q    And the statement that you attributed to Senator Kilgore,

15  or the partial statement that you attributed to him yesterday,

16  if I recall, was something about how they could be kept in a

17  state of peonage; is that correct?

18          Did I hear you correctly?

19  A    Right.  The statement that I read from Senator Kilgore

20  during debate over Senate Bill 1851 or the Act of March 20th,

21  1952 -- would you like me to re-read it?

22  Q    Sure.

23  A    "Practically every state in the Union has had the wetback

24  problem.  Some of these people cannot meet the standards of

25  immigration.  They may be criminals.  Because they are

B. Gonzalez O'Brien - X

1   wetbacks, they can be kept in a state of be peonage."

2   Q    Okay.  So that phrase, "because they are wetbacks, they

3   can be kept in a state of peonage," would you agree that that

4   is an expression of concern, similar to President Truman and

5   others expressed their concern that by their very illegality,

6   they are in an exploitable position, and that is a problem that

7   the United States should address?

8   A    I can't speak to whether that is meant to express a

9   concern with the state of undocumented immigrants once they

10  enter the United States or a concern with the state that those

11  individuals are potentially held in, either driving down the

12  wages of American workers or something else.

13            The association of peonage was one that was long made

14  with undocumented entrants and also carried a lot of baggage,

15  particularly in the period of the 1920s, 1930s, again, with

16  linkages back to kind of eugenicist thinking that peonage was

17  in part due to racial characteristics and things like

18  feeblemindedness or a greater likelihood of being feebleminded

19  on the part of certain nonwhite racial groups.

20  Q    Did Senator Kilgore make any other statements, or was

21  there any other surrounding context to this statement that

22  would suggest he was imposing feeblemindedness or other

23  characteristics onto the illegal Mexican laborer?

24  A    I don't believe that he made any explicit statements about

25  feeblemindedness, but I think it's good to understand the term

B. Gonzalez O'Brien - X

1  "peonage" in the historical context of how it had been used,

2  similarly how it is important to understand the usage of the

3  term "wetback" and the way in which that was used in a racially

4  derogatory fashion.

5  Q    Now, you submitted -- the attorneys submitted, based on

6  your reference to a statement made by Peyton Ford, who was a

7  deputy attorney general in 1952; is that right?

8  A    That's correct.

9  Q    Do you agree -- well, he used the term "wetback" once in

10  his statement; is that right?

11  A    That's correct.

12  Q    Do you agree that it was made in the context of giving

13  immigration officers the authority to "enter on farms, ranches,

14  or other enclosed land to search for illegal aliens"?

15  A    That's correct.

16  Q    And it was -- I heard you say "that's correct"?

17  A    That's correct, yes.

18  Q    Okay.

19  A    If you want me to finish reading it, that's fine, but I

20  agree with the context of that statement.

21  Q    Okay.  And he wanted the agency to be empowered to "take

22  action against the conveyors and receivers" of illegal aliens

23  and "effectively deal with the smuggler and intermediary."

24  Those were his concerns, right?

25  A    That's correct.

B. Gonzalez O'Brien - X

1    Q    Now, you discussed this 1953 study, which gave a different

2    name to Mexican immigrants, who they viewed as criminals,

3    prostitutes, and peddlers of false documents, the "pachucos,"

4    right?

5    A    The pachucos.

6    Q    Can you spell that for me, please.

7    A    P-A-C-H-U-C-O-S.

8    Q    Are you aware of any reference to the term "pachucos" in

9    the Congressional Record?

10   A    I am not.  I don't think I have stumbled across that in

11   the Congressional Record, at least in reference to the

12   legislation that I've looked at.

13   Q    And it wasn't clear to me from your testimony yesterday --

14   you mentioned a 1951 study and a 1953 study both by sort of

15   special interest groups.  Did you read those studies yourself?

16   A    The 1951 study, "The Wetback in the Lower Rio Grande

17   Valley," that was based on a citation in Mae Ngai's work.  The

18   GI Forum of Texas and Texas Federation of Labor Report, that

19   was actually cited in a contemporary academic paper at the time

20   titled -- I don't remember the title off the top of my head,

21   but I can find it -- by Eleanor Hadley that was published in

22   1956.  It was published in a peer-reviewed journal.

23           Would you like the title of the Eleanor Hadley paper

24   from 1956?

25   Q    No.  Thank you.  I don't think it's necessary.

B. Gonzalez O'Brien - X

1   A    I mean, just for background reading in case you're
2   interested.
3   Q    Thank you.
4   A    Go ahead.
5   Q    Have you seen any reference to that publication in the
6   Congressional Record?
7   A    I have not.
8   Q    Have you seen any reference to either of those two
9   publications that you've cited in the Congressional Record?
10  A    I have not seen explicit reference to either of those
11  studies, although the use of those studies was to contextualize
12  the use of the term "wetback" during the period of the 1950s.
13  Q    Professor, are you familiar with an individual known or
14  named Cesar Chavez?
15  A    Yes.
16  Q    Would it be accurate to characterize him as a Latino
17  American labor rights activist who was considered by many to be
18  a civil rights hero?
19  A    Yes.
20  Q    And he was the founder of the United Farm Workers group;
21  isn't that right?
22  A    That's correct.
23  Q    Isn't it true that he himself used the term "wetbacks" to
24  describe unauthorized Mexican laborers who he viewed as scabs
25  who crossed the picket line during farm labor strikes?

B. Gonzalez O'Brien - X

1    A    That's correct.

2    Q    And he wasn't referring to Mexicans in general.  He was

3    referring specifically to illegal Mexican migrants, right?

4    A    He was.  But I think that there is some additional context

5    that is necessary to that statement, if I may provide that.

6    Q    Well, let me ask you this, Professor:  Do you have any

7    reason to believe that his use of that term was motivated by

8    racial animus?

9    A    I think that the use of that term and the desire to create

10   a distinction between the group that was largely demonized, the

11   "wetbacks," and Mexican-Americans or illegal Mexican

12   farmworkers, I believe that was the reason behind the use of

13   that statement.

14        I think, as I mentioned during the testimony

15   yesterday, one of the issues -- one of the issues even

16   expressed in that 1951 study that was requested or funded in

17   part by a Mexican-American group, when you're a member of a

18   marginalized group in this country, in some cases you see other

19   individuals -- other individuals who are also members of the

20   same racial group as potential threats to the status that

21   you've gained or the status that you're trying to gain.

22        I think that's an important distinction when

23   discussing the use of the term "wetback" by Cesar Chavez.  And

24   the use of the term of the term "wetback" in the Latino

25   community is that this is still seen as a derogatory term.  And

B. Gonzalez O'Brien - X

1    this is used in a derogatory fashion, and it is used in a way

2    that is meant to draw distinctions between Mexican-Americans or

3    legal Mexican immigrants and a distinction that is meant to

4    give or imply greater status for one group.  And this is

5    something that results from Latinos in this country being a

6    marginalized group for most of American history.  And this

7    desire to -- or this fear that -- as was expressed in the 1951

8    study that the characteristics of undocumented entrants would

9    be and are applied broadly to all individuals of Mexican

10   descent or individuals who look like they could be of Mexican

11   descent.  Having grown up in a Latino community, I can tell you

12   that even in my childhood, the use of the term "wetback," even

13   by another Latino, was meant in a derogatory fashion --

14   Q    So is your testimony now --

15   A    -- or was perceived to be derogatory.

16   Q    So are you providing this testimony in your capacity as a

17   personal lay witness or in your capacity as an expert?

18   A    I'm providing this as an expert on racial and ethnic

19   politics and immigration policy.

20   Q    Based on what I heard you just say, wouldn't you agree

21   that Cesar Chavez's use of that term was to distinguish between

22   illegal Mexican migrants and legal workers; it was not based on

23   racial animus?

24   A    I would agree that his use of the term was meant to draw a

25   distinction between undocumented entrants and either

B. Gonzalez O'Brien - X

1   Mexican-Americans or legal Mexican workers.

2   Q    Professor, do you consider the 1965 Immigration Act to be

3   an inflection point on the past of immigration controls or

4   immigration actions and efforts to address immigration matters?

5   A    Yeah.  The 1965 Hart-Celler Act was a significant shift in

6   immigration policy and removed the National Origins system that

7   had been in place since 1924 in the passage of the Johnson-Reed

8   Act.

9   Q    Would you agree that Congress reimagined the immigration

10  framework in an intentionally nonracial way?

11  A    They did.  By 1965, you have Congress change tack a little

12  bit, and you have the use of hemispheric quotas instead of the

13  National Origins quotas.

14          Are you still there?

15  Q    I'm here, yes.  I'm sorry.

16  A    I heard a click, and I got a little worried.  I thought

17  that my phone had dropped.

18  Q    Thank you, Professor.

19  A    No problem.  I mean, I know we all want to come back again

20  tomorrow but -- (laughter.)

21  Q    I think I'm getting somewhat close to wrapping up.

22          I do want to address this notion of criminality and

23  ask you about criminality now briefly.

24          Now, isn't it true that in the case of unauthorized

25  reentry, and I'm using that term "unauthorized" specifically to

B. Gonzalez O'Brien - X

1    try and get rid of any connotation of the idea of a crime.

2    Isn't it true that the case of "unauthorized reentry," which is

3    in fact the basis of the crime -- excuse me.  Let me start

4    over.

5              Isn't it true that in the case of unauthorized

6    reentry that necessarily requires that an alien has previously

7    violated the Immigration and Nationality Act, was deported or

8    removed, and then made another unauthorized entry despite

9    prohibition against return?

10   A    That's correct.

11   Q    So wouldn't you agree that the circumstance of

12   unauthorized reentry presents a factual scenario that is

13   necessarily outside the scope of any other generalized view,

14   legitimate or not, that the foreign born are predisposed to

15   violate the law; that the circumstances, by definition of

16   "illegal reentry," involve two violations of the law that have

17   in fact occurred by people who are necessarily foreign born?

18   A    That's correct.  But again, I think that the additional

19   attributions -- the attribution is not simply that individuals

20   who have reentered after deportation broke a law in reentering

21   after deportation.  The problematic attribution is that their

22   criminality extends beyond this, and that their criminality

23   extends into areas that pose a threat to the physical safety of

24   American citizens or to the physical safety of other

25   individuals within the United States, extending to things like

B. Gonzalez O'Brien - X

1    drug sales, gang activity, murder, rape, other things that have
2    been mentioned both in the context of the debate around
3    immigration as well as the kind of -- the debate around
4    immigration in the Congressional Record but also the broader
5    debate in median society around the issue of undocumented
6    entry.
7    Q    Okay.  Professor, we talked a little bit about this
8    yesterday, and I briefly would like to come back to it.
9         Would you agree that between 1929 and 1997 there
10   were a substantial number, perhaps an innumerable number, of
11   intervening events that helped shape Congress's decisions on
12   illegal reentry and on immigration in general between that time
13   period, 1929 and 1997?
14   A    There were a number of events, although I think it's
15   important to keep the kind of overall arc of development of
16   immigration policy as it relates to undocumented entry in mind
17   in considering all of those intervening events, because as I
18   mentioned in my book, the number of times that Congress kind of
19   attempts to comprehensively address immigration policy is
20   really -- or undocumented entry -- excuse me -- is really
21   limited to the debate over the Undesirable Aliens Act and then
22   the passage of the Immigration Reform and Control Act of 1986.
23   Other intervening events, in terms of policymaking on
24   immigration, tend to be less comprehensive in their attempts to
25   change -- to address the kind of push-and-pull factors or to

B. Gonzalez O'Brien - X

1   address undocumented immigration specifically.  I guess the
2   non-long-winded version of that is, yes, I agree that there
3   were such a careening events over the course between 1929 and
4   1996.
5   Q    Okay.  Professor, I'm just reviewing my notes briefly, so
6   if I could indulge you for a moment of silence here.
7   A    Okay.
8   Q    Or a moment of silence from me at least.  One moment,
9   please.
10  A    Then I won't ask if you can hear me or if you are still
11  there.
12              (Pause in proceedings.)
13  Q    I'll ask you hopefully, finally, a question extending on
14  your testimony just now.
15  A    Okay.  Certainly.
16  Q    Isn't it true that by the early 1950s tens of thousands of
17  U.S. service members were coming home to a post-war recession?
18  A    That's true.
19  Q    And so this would be the broad external circumstances by
20  which Congress was considering its approach to immigration and
21  to the issue of illegal entry and more specifically illegal
22  Mexican migrant labor, right?
23  A    That's true.  But also during this post World War II
24  period, you did have the continuation of the Bracero Program,
25  which would continue through to 1964, which I believe speaks to

B. Gonzalez O'Brien - X

1  the continued need for Mexican labor during this period and

2  during the post World War II period broadly.

3  Q    Okay.  I have one last question, which you may not be able

4  to answer.  If that's true, let me know.  You testified

5  yesterday about your limited knowledge of foreign immigration

6  policy; I'm not sure the extent of that.  But my question is,

7  based on your generalized research and scholarship, do you have

8  an understanding that the United States is one of 124 countries

9  that treat illegal entry as a crime?

10 A    Again, off the top of my head, I can't say that I know the

11 exact number of countries internationally that treat

12 undocumented entry as a crime, how that is penalized, and the

13 effect that that has on future immigration to the country in

14 question.  So I can't speak to that, not without seeing -- not

15 without actually seeing the statistics myself.

16        MS. BARR:  Okay.  Thank you, Professor.  I have no

17 further questions.  I appreciate your time.

18        THE WITNESS:  Thank you.

19        THE COURT:  This is Judge Simon.  Before we go to any

20 redirect, let me just say to Ms. Barr that if you are going to

21 make an argument in your closing written submissions about the

22 fact that 124 countries have criminalized illegal reentry, I

23 would really appreciate you showing support, legal authority.

24 I don't want you to have to go to a lot of work unnecessarily

25 but I think it would be helpful if you could give me some legal

```
 1   authority that would support that conclusion.
 2              MS. BARR:  Thank you, Your Honor.  I will do that.
 3   If I may, with your leave, I will submit a limited number of
 4   additional documents related to the testimony specifically of
 5   Professor Gonzalez O'Brien today -- those hearings before and
 6   the like and the statements by President Truman.
 7              THE COURT:  Thank you.  You certainly have that.
 8              Redirect examination.
 9              MS. CLARK:  Your Honor, this is Alison Clark.  Before
10   we get started, when the testimony concludes, can we take up a
11   few housekeeping matters with the Court before we adjourn?
12              THE COURT:  Absolutely.  Of course.
13              MS. CLARK:  Thank you.
14              THE COURT REPORTER:  Judge, this is Dennis.  I need a
15   five-minute break.
16              THE COURT:  Of course.  Let's take a five-minute
17   recess.  You are welcome to keep the line open, which seems to
18   be working fine, or just hang up and call back in.  We will be
19   in recess for five minutes.
20              (Recess.)
21              (Proceedings resumed:)
22              THE CLERK:  Do we have Andre?
23              THE INTERPRETER:  Yes.
24              THE CLERK:  How about Mr. Machic-Xiap?
25              THE DEFENDANT:  I'm here.
```

B. Gonzalez O'Brien - ReD

1      THE CLERK:  Thank you.  Do we have Ms. Clark and

2  Ms. Daily?

3      MS. DAILY:  Liz Daily.  I'm here.

4      THE CLERK:  Do we have Ms. Barr?

5      MS. BARR:  Yes, I'm here.

6      THE CLERK:  Ms. Clark?

7      MS. CLARK:  Yes.

8      THE CLERK:  And Professor Gonzalez O'Brien?

9      THE WITNESS:  I'm here.

10     THE COURT:  If we are ready, let's go back to

11 Ms. Daily for any redirect.

12     MS. DAILY:  Yes, Your Honor.  Am I coming in okay

13 over the line?

14     THE COURT:  Yes.

15                   REDIRECT EXAMINATION

16 BY MS. DAILY:

17 Q    Professor Gonzalez O'Brien, there was testimony in your

18 cross-examination about the Bracero Program and also about the

19 guest worker program that was enacted under IRCA in 1986.  Am I

20 correct that those are temporary forms of entrance, not

21 permanent?

22 A    That is correct.

23 Q    You were also asked about an exception to the entrants

24 inspection, the delousing and such, an exception for people

25 coming by first-class rail.  The question was do those

B. Gonzalez O'Brien - ReD

1    exceptions apply to both Europeans and Mexicans.  Can I ask
2    you, do you know what race was primarily coming into the
3    country by first-class rail?
4    A    I believe that it was largely individuals who were not of
5    Mexican descent, although I don't know the exact numbers.
6    Q    You were asked a series of questions about statements in
7    Mae Ngai's book *Impossible Subjects*.  Did those statements
8    accurately convey the overall thesis or context of that book?
9    A    They did.
10   Q    What did you understand the thesis to be?
11   A    Well, they did, with the caveat that some of the
12   statements that were mentioned or some of the passages that
13   were mentioned also tended to ignore the story about race that
14   is in the vetted part of the very title of Mae Ngai's book
15   *Impossible Subjects*; that essentially Mexicans in particular
16   but Mexican laborers have been for a good portion of U.S.
17   history held in a second-class status; that was in part related
18   to notions of racial inferiority, both in the past and then in
19   the adoption of those notions of racial inferiority in future
20   debates around immigration and the attribution of the same kind
21   of racialized traits to different groups that traces back to
22   the initial debate over undocumented entry in the early part of
23   the 20th century.
24   Q    Would you agree that one of the points of impossible
25   subjects is that in the '20s and in the '50s that legislators

B. Gonzalez O'Brien - ReD

1    were careful to use race-neutral language when they were

2    crafting the laws even though there were in fact racial reasons

3    motivating the legislation?

4    A    Yes.  Ngai mentions this very explicitly in reference to

5    the McCarran-Walter Act of 1952.

6    Q    Now, Truman vetoes the McCarran-Walter Act, correct?

7    A    He did.

8    Q    You were asked about the 900-page report that preceded the

9    1952 Act, the McCarran-Walter Act.  Do you know how many of

10   those 900 pages related to the decision to reenact the crime of

11   illegal reentry?

12   A    I do not.

13            MS. BARR:  Objection -- withdrawn.

14            THE COURT:  You may proceed.

15            MS. DAILY:  Thank you.

16   BY MS. DAILY:

17   Q    In its questions, the Government had a line of questions

18   about the use of the term "wetback," with the point that the

19   use of term in Congressional Record was neutral; that it only

20   referred to illegal workers from south of the Rio Grande.  Was

21   this term "wetback" applicable to entrants from Canada?

22   A    No.

23   Q    Would it have been applied to somebody who was a visa

24   overstay?

25   A    No.

B. Gonzalez O'Brien - ReD

1   Q    Could it have been thought to be -- in the 1940s and

2   1950s, could it have been thought to mean anyone else other

3   than a Latino?

4   A    No.

5   Q    In your studies on race and American history, does the use

6   of a derogatory racial term by someone of the target race

7   negate its derogatory meaning?

8   A    No, it does not.

9   Q    There was a line of questioning about the problem of

10  exploitation of Mexican workers.  Can you tell me, either from

11  your own studies or other studies you have read, what is the

12  effectiveness of criminalization of that group that's subject

13  to potential exploitation?  What are the effects of

14  criminalization on preventing exploitation?

15  A    Based on my own research as well as some of the secondary

16  research that I have read, criminalization further marginalizes

17  an already marginalized racial group in this country.  It also

18  makes it impossible or unlikely that the workers -- the

19  undocumented workers, if they are being exploited, if they are

20  being abused, that they will have the ability to get that

21  addressed in any way, shape, or form.  And we know that this

22  also extends not only to abuses within the workplace, but we

23  know that criminalization also affects the likelihood of

24  immigrants to interact with the police; that it also affects

25  the willingness of undocumented immigrants specifically to,

B. Gonzalez O'Brien - ReD

1   say, call the police if they're the victims of a crime against
2   themselves or if they're witnesses to a crime.  That is based
3   on some of my own research looking at calls to 911 in El Paso,
4   Texas, after the passage of Texas's SB4, which was an
5   anti-sanctuary bill but also allowed police officers to ask
6   about proof of citizenship or legal status.  What you saw in
7   El Paso is you saw drop-off of calls to 911 from areas of a
8   high foreign-born population.

9        There is also evidence of this in the form of
10  statements made by police chiefs, I think on the heels of the
11  election of Donald Trump and the kind of amping up deportation
12  procedures, that the reported sexual assaults, reported rapes,
13  reports of domestic violence among Latinos in cities like
14  Los Angeles with a large Latino population dropped
15  significantly because of the fear that interactions with the
16  police would lead to either incarceration or deportation either
17  of the individual in question or collateral deportations and
18  detentions.

19       So the criminalization of undocumented entry puts a
20  workforce that, again, has been laboring in this country -- I
21  mean, if we think about the history of undocumented entry
22  stretching back over a hundred years, that has been laboring in
23  this country and providing necessary labor for this country, it
24  makes them more easily exploited and it makes them -- it makes
25  it harder for them to address either that workplace

B. Gonzalez O'Brien - ReD

1    exploitation or crimes that they are the victims of.

2    Q    Now, throughout the years that illegal reentry has been

3    criminalized as a felony, starting in 1929 and continuing

4    through to the present, has there been congressional study and

5    debate regarding the effectiveness of that crime for the

6    purposes of deterring reentry -- for deterring and enforcing

7    these immigration laws --

8    A    I'm sorry.  There has not been.

9    Q    You were asked about the 1965 Hart-Celler Act.  Did

10   Congress amend 1326 in 1965?

11   A    They did not.

12   Q    You were also asked about IRCA.  Did 1326 get amended in

13   IRCA?

14   A    It did not.

15   Q    Now, you ended your cross-examination testimony discussing

16   some of the changes in immigration policy and our country's

17   circumstances during the long period of time between 1929 and

18   1996.  Throughout those changes, did Congress ever revisit the

19   idea of criminalizing illegal reentry?

20   A    They did not.

21   Q    So based on everything that you have seen, does it remain

22   your professional opinion that a racially discriminatory

23   purpose against Latinos was a motivating factor in the original

24   criminalization of the illegal reentry?

25   A    Yes.

1    Q    Have you found evidence that Congress ever acknowledged or

2    repudiated that purpose?

3    A    No.

4    Q    Is it your professional opinion that the discriminatory

5    statute has had and continues to have the intended effect of

6    disparately impacting Latinos?

7    A    Yes.

8              MS. DAILY:  Thank you.  No further questions.

9              THE COURT:  Anything further, Ms. Barr?

10             MS. BARR:  No, Your Honor.  Thank you.

11             THE COURT:  All right.  Professor Gonzalez O'Brien,

12   thank you very much for your testimony.  I really appreciate

13   not only your testimony and expertise but also your patience

14   for coming back for three sessions.  If you want tomorrow at

15   8:00 a.m, we can talk some more.

16             THE WITNESS:  Certainly -- a coffee date.

17             THE COURT:  Otherwise, I will close this testimony at

18   this time.

19             I know that Ms. Clark wants to talk about some other

20   matters.  You're welcome to stay with us, Professor, but you

21   also don't have to.  Thank you very much for your

22   participation.

23             THE WITNESS:  Thank you.  It has been a pleasure.

24             THE COURT:  All right.  Ms. Clark.

25             MS. CLARK:  Thank you, Your Honor.

1            We are moving into another section of our litigation

2    in this case, and I wanted to check in with the Court.  We

3    received a briefing deadline of February 17th.  We plan to

4    present oral argument on March 9th.

5            I wanted to thank Dennis Apodaca.  He very kindly

6    rushed us a transcript of Your Honor's key questions that you

7    had from the end of our proceedings on January 28th of what our

8    briefs should cover in part.

9            What I learned yesterday, Your Honor, is I think it

10   will be two weeks -- and perhaps the court reporter can verify

11   this, and I don't mean to rush him.  But I wanted to note for

12   the Court that our February 17th briefing deadline is right

13   around the time the transcript is going to be ready.  That's

14   fine.  But I wanted to know the expectations of the Court about

15   how many transcript references that the Court expected in the

16   briefing so we would be able to change the dates or carry on

17   with the constraints of the transcript preparation in mind.

18           THE COURT:  Sure.  Let me say this, and then I'll see

19   if Ms. Barr has any comments.

20           First of all, am I correct, Ms. Clark, that

21   Mr. Machic-Xiap is not in custody?  Is that correct?

22           MS. CLARK:  That's correct, Your Honor.

23           THE COURT:  All right.  So let me tell you this:  I

24   find that the issues that both sides are presenting and arguing

25   in this case, the motion raised by the defendant and the

1  arguments by both sides, are both very important, very

2  complicated and complexion, and, frankly, very interesting.

3       I honestly have no idea yet -- sometimes I have

4  tentative ideas of how I want to rule.  In this case, my

5  tentative conclusions have been going back and forth.  So as of

6  right now, I really have no idea how I'm going to even

7  tentatively rule, but I'm reasonably confident that however I

8  rule, I would fully expect the losing side to appeal.  If I

9  rule for the defendant, I expect the Government to appeal.  If

10  I rule for the Government on this motion, if I deny the motion,

11  I would expect the defendant to appeal.

12       So I want to get both a correct answer to the best of

13  my ability, a well-documented and well-cited record and written

14  opinion, and so I'm fine with giving both sides as much time as

15  they want to make sure that they can get final versions of the

16  transcript, if that's what they wish to do and cite, and then

17  prepare their supplemental briefing and then participate in an

18  oral argument.  The only thing that I feel moderately strongly

19  about is I would like to see both supplemental briefing and an

20  oral argument, and I would want to have the supplemental

21  briefing before the oral argument.

22       So with that said, I am open to whatever schedule you

23  all want.  Let me do this:  Let me ask the court reporter a

24  question in a moment.  Then we can go off the record, he can

25  answer, and then we will go back on the record.

1          The question for the court reporter is:  When do you
2   think, Mr. Apodaca, is a realistic time that we will be able to
3   get final transcripts of the earlier hearings as well as taking
4   us through today's hearing?

5          THE COURT REPORTER:  Judge, my best estimate is
6   sometime the week of February 21st.

7          THE COURT:  Okay.  Let's go back on the record.

8          So our court reporter has said that his best estimate
9   is that he will be able to send the parties and the Court final
10  versions of the transcripts of our hearing through today's
11  hearing sometime the week of February 21st.

12         On the assumption that that is an accurate estimate
13  or that proves accurate, and if it proves inaccurate, just let
14  me know, and I'll be glad to modify the schedule.  But on the
15  assumption that proves accurate, then the parties should plan
16  on receiving the transcript sometime the week of February 21st,
17  and that week ends February 26th; basically the last business
18  day in February.

19         When would the parties like to file simultaneous
20  supplemental briefing?  Then I think we should assume that an
21  oral argument should be approximately a week to two weeks --
22  maybe two weeks, let's assume -- after that supplemental
23  briefing.  So when would the patients like to submit
24  supplemental briefing, assuming you get the transcript no later
25  than the last business day in February?

```
 1              Ms. Clark first and then Ms. Barr.

 2              MS. CLARK:  Your Honor, I did want to give the

 3    Government and also my co-counsel an opportunity to revise this

 4    suggestion.  I think we will prepare the best briefs with the

 5    best record and all of that if we have at least 30 days to

 6    brief once the transcript is complete.

 7              THE COURT:  Okay.  To keep things round, that means

 8    supplemental briefing on March 31st and then looking for an

 9    oral argument around the middle of April.

10              Let me hear Ms. Barr's position on that.

11              Any objection?

12              MS. BARR:  No objection to that, Your Honor.  I would

13    not have necessarily requested quite that long, but I do agree

14    with you that it's a complicated issue.  We have lengthy

15    testimony, there is a likelihood of appeal by either side, and

16    the record should be as clear and comprehensive as possible.

17    So if the defense believes that 30 days works best for them,

18    then that's fine with me.

19              THE COURT:  All right.  So I'm going to amend

20    Docket 44.

21              Mary, the parties' supplemental briefing regarding

22    the defendant's motion to dismiss, Docket 28, will be due

23    March 31st.

24              Let's look at our calendar for maybe about a two

25    weeks or so after.
```

```
 1              Mary, it looks to me, although some of the cases are
 2    set for trial, they are not likely to go to trial.
 3              What about Friday, April 16th?
 4              How does that look for you, Mary?  Then I'll ask the
 5    parties.
 6              THE CLERK:  That's fine.
 7              THE COURT:  How does Friday, April 16th, look for you
 8    for an oral argument?
 9              MS. DAILY:  Your Honor, this is Liz Daily.  I have a
10    Ninth Circuit oral argument that day.
11              THE COURT:  All right.  The Diaz trial is getting
12    postponed.  Let's take a look at the following week.
13              The following week, Monday, Tuesday, and Wednesday, I
14    have a lot of things going on.  We could do it on April 22nd,
15    Earth Day, or April 23rd.
16              How do either of those dates look for both sides?
17              MS. DAILY:  That's great for me.  This is Liz.
18              THE COURT:  Ms. Clark?
19              MS. CLARK:  That works for Ms. Clark.  Thank you.
20              THE COURT:  Thank you.  Ms. Barr?
21              MS. BARR:  Yes.  That works for me as well.
22              THE COURT:  Any preferences as between April 22nd,
23    Earth Day, or April 23rd?
24              MS. BARR:  No preference.
25              THE COURT:  Let's set it for the 22nd.
```

1           Mary, that trial is not likely to go.

2           Let's schedule this for Thursday, April 22nd, at

3    10:00 a.m.

4           Does that work for everybody?

5           We can talk when we get closer whether we will do it

6    by telephone or in person.  The only thing I can say right now,

7    unless we change our video conference system, I don't want to

8    do it by video.

9           All right.  It's scheduled for April 22nd at

10   10:00 a.m.

11          Is there anything else we should talk about right

12   now?

13          MS. CLARK:  Yes, Your Honor.  This is Alison Clark.

14          Your Honor, on the first day of our proceedings, on

15   the 28th, Your Honor had a question, and it seems to fall into

16   the category of something we were going to supplement.  The

17   Court had asked about a racist poem that we had mentioned that

18   was read by Senator Blease of South Carolina into the

19   Congressional Record and what the circumstances were.

20          I looked into it.  I found out that the poem itself

21   was authored by an anonymous poet and published in 1901,

22   because Booker T. Washington had been invited by

23   Teddy Roosevelt to the White House as a guest.  The poem was

24   then reprised by Senator Blease in 1929 and read on the floor

25   of the Senate in reaction to First Lady Hoover inviting the

1    wife of the only black Congressman to the White House as a

2    guest.  That was one of the outstanding questions.

3              Thank you.

4              THE COURT:  Thank you.

5              I've got to tell you right now, when I talked about

6    sort of my tentative assessments of things, I feel reasonably

7    confident that the Undesirable Aliens Act is ripe with strong

8    evidence showing that it was motivated by racial animus.

9              I think the more interesting, maybe the more

10   difficult questions will be starting with the 1952 Act,

11   including all of its various reiterations of Section 1326 from

12   1952 forward.  Obviously you need to make a complete record,

13   but I would not put much time and attention into trying to

14   persuade me on the defense side that the Undesirable Aliens Act

15   of 1929 was motivated by racial animus, nor would I think that

16   would be a good use of the Government's time to try to persuade

17   me that it was not.

18             But from 1952, with the INA, going forward with about

19   five or so various reenactments of Section 1326, that's where I

20   think the time should be spent, coupled with some of the

21   hypothetical questions that I talked about about current day.

22   So I would not worry one iota about a racist poem from 1901.

23             Does that give the parties some guidance?

24             MS. CLARK:  Yes, Your Honor.

25             MS. BARR:  Yes, Your Honor.

1              THE COURT:  Anything else we should talk about?

2              All right.  I continue to express my appreciation to

3    both sides for their excellent advocacy here, both in writing

4    and orally in this hearing, and I look forward to reading what

5    you submit by the end of March.  I look forward to speaking

6    with you and hearing your arguments on April 22nd at 10:00 a.m.

7              We will be in recess in this matter, unless someone

8    needs my attention in this case until then.

9              Thank you all very much.

10             MS. CLARK:  Thank you.

11             MS. DAILY:  Thank you.  Have a good day.

12             MS. BARR:  Thank you, Your Honor.

13             (End of proceedings.)

14

15

16

17

18

19

20

21

22

23

24

25

1

2                              --oOo--

3

4              I certify, by signing below, that the foregoing is a

5     correct transcript of the record of proceedings in the

6     above-entitled cause.   A transcript without an original

7     signature, conformed signature, or digitally signed signature

8     is not certified.

9
      /s/ Dennis W. Apodaca                   March 1, 2021
10    DENNIS W. APODACA, RDR, RMR, FCRR, CRR              DATE
      Official Court Reporter
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

BY MS. BARR: [3] 266/4 270/21 274/22
BY MS. DAILY: [2] 294/15 296/15
MS. BARR: [15] 265/5 265/23 270/16 270/20 274/19 292/15
293/1 294/4 296/12 300/9 304/11 305/20 305/23 307/24 308/11
MS. CLARK: [10] 293/8 293/12 294/6 300/24 301/21 304/1
305/18 306/12 307/23 308/9
MS. DAILY: [8] 265/7 294/2 294/11 296/14 300/7 305/8 305/16
308/10
THE CLERK: [7] 293/21 293/23 293/25 294/3 294/5 294/7
305/5
THE COURT REPORTER: [2] 293/13 303/4
THE COURT: [33] 265/4 265/6 265/8 265/10 265/13 265/16
266/2 270/18 274/21 292/18 293/6 293/11 293/15 294/9 294/13
296/13 300/8 300/10 300/16 300/23 301/17 301/22 303/6 304/6
304/18 305/6 305/10 305/17 305/19 305/21 305/24 307/3
307/25
THE DEFENDANT: [2] 265/15 293/24
THE INTERPRETER: [2] 265/12 293/22
THE WITNESS: [5] 265/9 292/17 294/8 300/15 300/22

'
'20s [1] 295/25
'50s [1] 295/25
'52 [1] 269/15
'wetbacks' [1] 277/6
'wetbacks,' [2] 271/16 275/15
'wetbacks.' [1] 275/19

-
--oOo [1] 309/2

/
/s [1] 309/9

1
1000 [2] 263/3 263/24
101 [1] 263/7
10:00 [2] 306/3 308/6
10:00 a.m [1] 306/10
124 [2] 292/8 292/22
1326 [4] 299/10 299/12 307/11 307/19
13th [1] 280/21
16th [2] 305/3 305/7
1700 [1] 263/7
17th [1] 301/3
1851 [3] 278/9 278/14 281/20
1901 [2] 306/21 307/22
1920s [3] 268/18 268/18 282/15
1924 [2] 266/21 288/7
1929 [8] 266/14 290/9 290/13 291/3 299/3 299/17 306/24
307/15
1930s [1] 282/15
1940s [2] 276/3 297/1
1949 [1] 271/21
1950 [3] 266/17 266/22 267/2
1950s [6] 269/9 269/15 276/3 285/12 291/16 297/2
1951 [8] 266/17 269/16 270/1 280/21 284/14 284/16 286/16
287/7
1952 [19] 266/13 267/7 272/3 274/9 274/11 274/13 277/18
277/21 278/17 278/21 278/25 279/14 281/21 283/7 296/5 296/9
307/10 307/12 307/18
1953 [2] 284/1 284/14
1956 [2] 284/22 284/24
1964 [1] 291/25
1965 [5] 288/2 288/5 288/11 299/9 299/10
1986 [2] 290/22 294/19
1990s [2] 272/17 273/8
1994 [1] 273/6
1996 [3] 272/18 291/4 299/18
1997 [2] 290/9 290/13

2
2021 [3] 262/6 265/1 309/9
20th [4] 278/17 278/21 278/25 281/20
20th century [1] 295/23
21st [3] 303/6 303/11 303/16
22nd [4] 305/14 305/22 305/25 306/2
23rd [2] 305/15 305/23
266 [1] 264/4
26th [1] 303/17
28 [1] 304/22
28th [2] 301/7 306/15
294 [1] 264/4

3
30 [2] 304/5 304/17
300,000 [1] 271/21
301 [1] 263/24
30th [1] 274/13
31st [2] 304/8 304/23
326-8182 [1] 263/25
3:19-cr-00407-SI [1] 262/5

4
44 [1] 304/20

5
500,000 [1] 271/20
503 [1] 263/25

6
600 [1] 263/3

8
8.65 [1] 277/10
8182 [1] 263/25
8:00 [1] 300/15

9
900 [1] 296/10
900-page [1] 296/8
911 [2] 298/3 298/7
97204 [3] 263/3 263/8 263/24
9th [1] 301/4

A
a.m [4] 300/15 306/3 306/10 308/6
ability [3] 280/1 297/20 302/13
able [4] 267/1 292/3 301/16 303/2 303/9
about [38] 267/24 270/8 272/4 276/13 280/16 281/7 281/16
282/24 288/23 290/7 292/5 292/21 293/24 294/18 294/18
294/23 295/6 295/13 296/8 296/18 297/9 298/6 298/21 299/9
299/12 300/19 301/14 302/19 304/24 305/3 306/11 306/17
307/5 307/18 307/21 307/21 307/22 308/1
above [1] 309/6
above-entitled [1] 309/6
Absolutely [1] 293/12
abused [1] 297/20
abuses [4] 279/21 280/14 280/17 297/22
academic [1] 284/19
access [3] 270/13 272/13 273/9
accurate [4] 285/16 303/12 303/13 303/15
accurately [1] 295/8
Acheson [1] 267/11
acknowledged [1] 300/1
across [2] 276/24 284/10
act [37] 266/16 266/17 266/19 266/21 266/23 267/3 267/7
269/15 269/16 270/9 270/24 271/2 271/15 272/3 272/19 273/15
276/5 277/21 277/21 278/16 278/20 278/20 281/20 288/2 288/5
288/8 289/7 290/21 290/22 296/5 296/6 296/9 296/9 299/9
307/7 307/10 307/14
action [1] 283/22
actions [1] 288/4

**A**

**activist** [1]  285/17
**activities** [1]  275/6
**activity** [2]  268/25 290/1
**actual** [1]  278/18
**actually** [2]  284/19 292/15
**additional** [4]  276/20 286/4 289/18 293/4
**address** [11]  269/21 270/5 270/10 279/5 282/7 288/4 288/22 290/19 290/25 291/1 298/25
**addressed** [1]  297/21
**adequate** [1]  271/3
**adjourn** [1]  293/11
**adoption** [1]  295/19
**advance** [1]  265/25
**advocacy** [1]  308/3
**advocate** [1]  267/4
**affects** [2]  297/23 297/24
**after** [5]  289/20 289/21 298/4 303/22 304/25
**again** [12]  273/12 274/20 277/5 277/14 278/1 279/9 280/18 282/15 288/19 289/18 292/10 298/20
**against** [5]  269/22 283/22 289/9 298/1 299/23
**agency** [1]  283/21
**ago** [1]  276/10
**agree** [23]  267/9 267/10 269/9 271/22 272/1 275/20 276/15 277/1 277/3 277/13 281/10 282/3 283/9 283/12 283/20 287/20 287/24 288/9 289/11 290/9 291/2 295/24 304/13
**Agreement** [1]  269/16
**agricultural** [3]  270/2 277/12 280/20
**agriculture** [1]  271/4
**ahead** [4]  274/4 274/6 278/13 285/4
**Alexander** [1]  272/16
**alien** [1]  289/6
**aliens** [6]  267/1 283/14 283/22 290/21 307/7 307/14
**Alison** [3]  263/6 293/9 306/13
**all** [21]  265/17 265/20 266/2 268/19 268/21 281/7 287/9 288/19 290/17 300/11 300/24 301/20 301/23 302/23 304/5 304/19 305/11 306/9 307/11 308/2 308/9
**allowed** [2]  266/15 298/5
**already** [1]  297/17
**also** [23]  266/20 268/14 276/2 277/24 278/21 279/22 282/14 286/19 290/4 291/23 294/18 294/23 295/13 297/17 297/22 297/23 297/24 298/5 298/9 299/12 300/13 300/21 304/3
**although** [7]  266/18 269/3 275/7 285/11 290/14 295/5 305/1
**always** [2]  272/3 272/12
**am** [9]  265/10 266/11 267/16 274/14 284/10 294/12 294/19 301/20 302/22
**amend** [2]  299/10 304/19
**amended** [1]  299/12
**amendment** [2]  266/22 267/3
**amendments** [1]  266/16
**AMERICA** [3]  262/4 268/15 277/7
**American** [10]  271/4 277/6 277/11 281/1 282/12 285/17 286/17 287/6 289/24 297/5
**Americans** [4]  277/7 286/11 287/2 288/1
**among** [1]  298/13
**amping** [1]  298/11
**Andre** [2]  265/12 293/22
**Angeles** [1]  298/14
**animus** [4]  286/8 287/23 307/8 307/15
**anonymous** [1]  306/21
**another** [3]  287/13 289/8 301/1
**answer** [3]  292/4 302/12 302/25
**anti** [3]  279/2 279/4 298/5
**anti-harboring** [1]  279/2 279/4
**anti-sanctuary** [1]  298/5
**anxious** [1]  277/12
**any** [19]  272/20 273/12 275/23 275/24 282/20 282/21 282/24 284/8 285/5 285/8 286/6 289/1 289/13 292/19 294/11 297/21 301/19 304/11 305/22
**anyone** [1]  297/2
**anything** [3]  300/9 306/11 308/1
**Apodaca** [5]  263/23 301/5 303/2 309/9 309/10

**apologize** [2]  265/18 265/24
**appear** [4]  302/10 302/23 302/11 304/15
**APPEARANCES** [1]  263/1
**appears** [1]  272/2
**applicability** [1]  269/4
**applicable** [1]  296/21
**applied** [2]  287/9 296/23
**apply** [1]  295/1
**appreciate** [3]  292/17 292/23 300/12
**appreciation** [1]  308/2
**apprehended** [2]  271/20 276/25
**approach** [1]  291/20
**appropriations** [6]  274/11 274/12 274/24 275/8 277/18 277/25
**approval** [1]  267/18
**approximately** [1]  303/21
**April** [10]  304/9 305/3 305/7 305/14 305/15 305/22 305/23 306/2 306/9 308/6
**April 16th** [2]  305/3 305/7
**April 22nd** [3]  305/14 305/22 306/2
**April 22nd at** [2]  306/9 308/6
**April 23rd** [2]  305/15 305/23
**arc** [1]  290/15
**are** [43]  265/20 265/21 266/23 267/15 267/17 269/25 271/18 272/7 274/10 274/15 275/1 275/18 277/24 278/2 281/1 281/3 281/6 281/25 282/2 282/6 282/11 284/8 285/13 286/19 287/6 287/16 288/14 289/14 289/17 291/10 292/20 293/17 294/10 294/20 297/13 297/19 297/19 299/1 301/1 301/24 302/1 305/1 305/2
**areas** [3]  280/24 289/23 298/7
**argue** [1]  269/3
**arguing** [1]  301/24
**argument** [9]  292/21 301/4 302/18 302/20 302/21 303/21 304/9 305/8 305/10
**arguments** [2]  302/1 308/6
**around** [11]  267/21 272/13 272/14 275/2 279/13 290/2 290/3 290/5 295/20 301/13 304/9
**as** [50]
**ask** [8]  286/6 288/23 291/10 291/13 295/1 298/5 302/23 305/4
**asked** [9]  275/14 276/8 276/22 294/23 295/6 296/8 299/9 299/12 306/17
**aspect** [1]  272/11
**assaults** [1]  298/12
**assessments** [1]  307/6
**assume** [2]  303/20 303/22
**assuming** [2]  273/9 303/24
**assumption** [3]  273/12 303/12 303/15
**assure** [1]  271/3
**attachment** [1]  272/9
**attachments** [1]  272/7
**attempts** [2]  290/19 290/24
**attention** [2]  307/13 308/8
**attorney** [1]  283/7
**Attorney's** [1]  263/2
**attorneys** [1]  283/5
**attractive** [1]  277/11
**attributed** [2]  281/14 281/15
**attribution** [3]  289/19 289/21 295/20
**attributions** [1]  289/19
**August** [1]  277/20
**AUGUSTIN** [1]  262/7
**authored** [1]  306/21
**authority** [3]  283/13 292/23 293/1
**Avenue** [2]  263/3 263/24
**avoided** [1]  269/1
**aware** [4]  274/15 274/17 277/24 284/8

**B**

**back** [14]  265/20 268/17 276/24 282/16 288/19 290/8 293/18 294/10 295/21 298/22 300/14 302/5 302/25 303/7
**background** [1]  285/1
**badly** [1]  270/25
**baggage** [1]  282/14

**B**

**bar [1]** 267/12
**Barr [9]** 263/2 265/5 265/23 292/20 294/4 300/9 301/19 304/1 305/20
**Barr's [1]** 304/10
**based [10]** 269/24 280/15 283/5 284/17 287/20 287/22 292/7 297/15 298/2 299/21
**basic [2]** 271/6 271/14
**basically [1]** 303/17
**basis [3]** 272/21 273/7 289/3
**be [44]** 269/6 270/6 270/19 270/24 275/4 275/7 276/25 277/20 277/23 279/24 280/21 281/16 281/25 282/1 282/1 282/3 283/21 285/16 285/17 287/9 287/10 287/15 288/2 290/24 291/19 292/3 292/25 293/18 293/18 295/10 297/1 301/10 301/13 301/16 303/2 303/9 303/14 303/21 304/16 304/22 307/10 307/16 307/20 308/7
**became [2]** 277/21 278/25
**because [13]** 266/14 267/12 268/21 278/11 279/10 280/8 280/10 281/4 281/25 282/2 290/17 298/15 306/22
**become [1]** 278/23
**becomes [1]** 271/5
**been [18]** 266/14 272/12 278/19 283/1 288/7 290/2 295/16 296/23 297/1 297/2 298/20 298/22 299/2 299/4 299/8 300/23 302/5 306/22
**before [10]** 262/13 274/11 275/18 277/19 277/21 292/19 293/5 293/9 293/11 302/21
**behavior [1]** 276/5
**behind [1]** 286/12
**being [7]** 268/7 280/7 281/12 282/18 287/5 297/19 297/20
**belief [1]** 270/7
**believe [20]** 268/10 268/10 270/1 272/8 272/21 272/21 272/22 273/1 273/23 273/25 276/18 277/21 278/5 280/2 280/15 282/24 286/7 286/12 291/25 295/4
**believed [4]** 267/13 272/25 273/13 280/12
**believes [1]** 304/17
**below [1]** 309/6
**Benjamin [1]** 264/4
**best [8]** 266/1 276/23 302/12 303/5 303/8 304/4 304/5 304/17
**between [13]** 268/14 268/16 275/12 280/14 286/10 287/2 287/21 287/25 290/9 290/12 291/3 299/17 305/22
**beyond [1]** 276/5 289/22
**bill [17]** 266/10 267/12 274/11 274/24 278/6 278/9 278/10 278/12 278/14 278/15 278/23 279/2 279/4 279/5 279/11 281/20 298/5
**bills [1]** 266/14
**bit [5]** 269/14 279/12 279/25 288/12 290/7
**black [2]** 268/23 307/1
**Blease [2]** 306/18 306/24
**blood [1]** 268/23
**book [6]** 266/8 273/20 290/18 295/7 295/8 295/14
**Booker [1]** 306/22
**border [1]** 271/18
**born [3]** 289/14 289/17 298/8
**both [15]** 271/1 276/1 284/14 290/2 295/1 295/18 301/24 302/1 302/1 302/12 302/14 302/19 305/16 308/3 308/3
**Bracero [9]** 269/19 270/13 279/20 279/24 280/14 280/16 280/17 291/24 294/18
**Braceros [1]** 279/23
**break [1]** 293/15
**brief [1]** 304/6
**briefing [11]** 301/3 301/12 301/16 302/17 302/19 302/21 303/20 303/23 303/24 304/8 304/21
**briefly [4]** 267/24 288/23 290/8 291/5
**briefs [2]** 301/8 304/4
**bring [1]** 270/25
**bringing [3]** 267/4 279/8 279/8
**broad [1]** 291/19
**broader [1]** 290/4
**broadly [4]** 276/1 276/3 287/9 292/2
**broke [1]** 289/20
**business [2]** 303/17 303/25

**C**

**calendar [1]** 304/24
**call [3]** 275/14 293/18 298/1
**called [2]** 271/16 275/18
**calls [2]** 298/3 298/7
**came [3]** 278/12 279/15 280/4
**can [21]** 270/24 271/2 273/1 273/13 277/10 282/1 282/3 284/6 284/21 287/11 291/10 293/10 295/1 297/10 300/15 301/10 302/15 302/24 302/24 306/5 306/6
**can't [7]** 272/25 273/12 274/14 278/1 282/8 292/10 292/14
**Canada [1]** 296/21
**cannot [1]** 281/24
**capacity [2]** 287/16 287/17
**careening [1]** 291/3
**careful [1]** 296/1
**Carolina [1]** 306/18
**carried [1]** 282/14
**carry [1]** 301/16
**case [9]** 279/10 285/1 288/24 289/2 289/5 301/2 301/25 302/4 308/8
**cases [2]** 286/18 305/1
**category [1]** 306/16
**cause [1]** 309/6
**caused [1]** 265/19
**caveat [1]** 295/11
**Celler [2]** 288/5 299/9
**central [2]** 266/9 268/15
**century [1]** 295/23
**certain [1]** 282/19
**certainly [5]** 275/13 277/18 291/15 293/7 300/16
**certified [1]** 309/8
**certify [1]** 309/4
**Cesar [3]** 285/14 286/23 287/21
**Chairman [4]** 275/14 276/8 276/21 277/4
**change [4]** 288/11 290/25 301/16 306/7
**changes [3]** 273/7 299/16 299/18
**characteristics [3]** 282/17 282/23 287/8
**characterize [1]** 285/16
**Chavez [2]** 285/14 286/23
**Chavez's [1]** 287/21
**check [1]** 301/2
**chiefs [1]** 298/10
**childhood [1]** 287/12
**Circuit [1]** 305/10
**circumstance [1]** 289/11
**circumstances [5]** 279/6 289/15 291/19 299/17 306/19
**citation [1]** 284/17
**cite [1]** 302/16
**cited [4]** 268/12 284/19 285/9 302/13
**cities [1]** 298/13
**citizens [2]** 281/2 289/24
**citizenship [2]** 267/13 298/6
**City [1]** 276/10
**civil [1]** 285/18
**clarified [1]** 268/14
**Clark [11]** 263/6 293/9 294/1 294/6 300/19 300/24 301/20 304/1 305/18 305/19 306/13
**class [3]** 294/25 295/3 295/17
**clear [2]** 284/13 304/16
**click [1]** 288/16
**close [2]** 288/21 300/17
**closer [1]** 306/5
**closing [1]** 292/21
**co [1]** 304/3
**co-counsel [1]** 304/3
**coffee [1]** 300/16
**collaborate [1]** 280/1
**collateral [1]** 298/17
**come [5]** 267/1 275/16 278/13 288/19 290/8
**coming [7]** 271/18 275/5 291/17 294/12 294/25 295/2 300/14
**comments [1]** 301/19
**Commission [2]** 273/6 273/11

## C

commissioner [4]  275/9 275/10 276/22 277/9
committee [8]  273/3 273/10 274/12 274/16 274/17 275/12 277/25 278/2
committing [1]  272/23
community [3]  281/6 286/25 287/11
competition [1]  281/4
complete [2]  304/6 307/12
complexion [1]  302/2
complicated [2]  302/2 304/14
comprehensive [4]  270/9 270/25 290/24 304/16
comprehensively [1]  290/19
concept [1]  267/18
concern [6]  280/7 281/10 282/4 282/5 282/9 282/10
concerns [7]  279/13 279/14 279/21 279/22 280/15 280/16 283/24
concludes [1]  293/10
conclusion [1]  293/1
conclusions [1]  302/5
conditions [3]  271/1 280/24 281/4
conference [2]  265/4 306/7
confident [2]  302/7 307/7
conformed [1]  309/7
Congress [16]  267/22 269/10 269/15 270/1 270/2 273/3 275/8 277/22 280/20 288/9 288/11 290/18 291/20 299/10 299/18 300/1
Congress's [1]  290/11
congressional [11]  267/21 272/2 276/2 284/9 284/11 285/6 285/9 290/4 296/19 299/4 306/19
Congressional Record [1]  272/2
congressionally [2]  269/18 269/19
Congressman [1]  307/1
congressman [1]  267/17
congressmen's [1]  267/18
connection [1]  272/4
connotation [1]  289/1
consider [1]  288/2
consideration [1]  272/3
considered [2]  279/10 285/17
considering [2]  290/17 291/20
consistent [1]  270/6
constant [1]  281/1
constraints [1]  301/17
contain [1]  269/21
contained [1]  278/24
contemporary [1]  284/19
context [8]  269/14 282/21 283/1 283/12 283/20 286/4 290/2 295/8
contextualize [1]  285/11
continuation [2]  276/21 291/24
continue [4]  265/23 270/13 291/25 308/2
continued [4]  266/20 272/14 276/7 292/1
continues [1]  300/5
continuing [1]  299/3
contract [1]  276/11
contracts [1]  280/5
control [2]  269/22 290/22
controls [1]  288/3
conversation [1]  276/21
convey [1]  295/8
conveyors [1]  283/22
correct [26]  267/21 269/17 269/20 269/24 272/18 279/17 279/18 281/17 283/8 283/11 283/15 283/16 283/17 283/25 285/22 286/1 289/10 289/18 294/20 294/22 296/6 301/20 301/21 301/22 302/12 309/5
correctly [2]  267/22 281/18
could [10]  269/6 269/6 276/23 281/16 287/10 291/6 292/25 297/1 297/2 305/14
counsel [1]  304/3
countries [3]  292/8 292/11 292/22
country [12]  269/2 271/19 272/12 275/17 286/18 287/5 292/13 295/3 297/17 298/20 298/23 298/23

country's [1]  299/16
couple [1]  276/8
coupled [1]  307/20
course [5]  276/25 291/3 293/12 293/16
court [15]  262/1 262/14 263/23 293/11 301/2 301/10 301/12 301/14 301/15 302/23 303/1 303/8 303/9 306/17 309/10
Courthouse [1]  263/23
cover [1]  301/8
cr [1]  262/5
crafting [1]  296/2
create [1]  286/9
crime [8]  289/1 289/3 292/9 292/12 296/10 298/1 298/2 299/5
crimes [2]  272/23 299/1
criminal [1]  276/5
criminality [5]  272/9 288/22 288/23 289/22 289/22
criminalization [6]  297/12 297/14 297/16 297/23 298/19 299/24
criminalized [2]  292/22 299/3
criminalizing [1]  299/19
criminals [2]  281/25 284/2
cross [6]  264/3 265/21 266/4 271/17 294/18 299/15
cross-examination [4]  265/21 266/4 294/18 299/15
crossed [2]  269/1 285/25
crossing [1]  277/6
CRR [2]  263/23 309/10
crucial [1]  271/14
current [1]  307/21
custody [1]  301/21

## D

Daily [6]  263/6 265/7 294/2 294/3 294/11 305/9
date [4]  278/21 278/24 300/16 309/10
dates [2]  301/16 305/16
day [8]  303/18 303/25 305/10 305/15 305/23 306/14 307/21 308/11
days [2]  304/5 304/17
deadline [2]  301/3 301/12
deal [1]  283/23
Dean [1]  267/11
debate [15]  267/21 272/12 272/13 272/14 272/18 273/14 276/2 278/25 281/20 290/2 290/3 290/5 290/21 295/22 299/5
debates [1]  295/20
decision [1]  296/10
decisions [1]  290/11
defendant [5]  262/8 263/6 301/25 302/9 302/11
defendant's [1]  304/22
Defender's [1]  263/7
defense [3]  264/3 304/17 307/14
definition [1]  289/15
delay [1]  271/5
delousing [1]  294/24
demonized [1]  286/10
Dennis [5]  263/23 293/14 301/5 309/9 309/10
deny [1]  302/10
deportation [4]  289/20 289/21 298/11 298/16
deportations [1]  298/17
deported [1]  289/7
depressing [1]  280/23
deputy [1]  283/7
derives [1]  268/25
derogatory [7]  283/4 286/25 287/1 287/13 287/15 297/6 297/7
descent [4]  281/3 287/10 287/11 295/5
describe [4]  268/13 269/12 276/4 285/24
designated [1]  269/13
desire [4]  270/12 276/16 286/9 287/7
despite [1]  289/8
detentions [1]  298/18
deterring [2]  299/6 299/6
development [1]  290/15
Diaz [1]  305/11
did [24]  267/23 268/8 268/9 271/25 273/1 274/2 278/23 281/18 282/20 284/15 288/11 291/24 295/7 295/9 295/10 295/11 296/7 299/9 299/11 299/12 299/14 299/18 299/20 304/2
didn't [4]  269/21 272/21 272/22 280/1

**D**

differences [1] 268/14
different [2] 284/1 295/21
difficult [1] 307/10
difficulties [1] 265/18
digitally [1] 309/7
Direct [1] 264/3
discriminatory [2] 299/22 300/4
discuss [1] 267/24
discussed [2] 272/6 284/1
discussing [4] 266/7 266/10 286/23 299/15
discussion [6] 272/4 272/8 274/8 275/1 277/1 277/5
dismiss [1] 304/22
disparately [1] 300/6
displaced [5] 266/16 266/23 267/3 267/5 281/3
distinction [4] 286/10 286/22 287/3 287/25
distinctions [4] 268/16 269/6 269/7 287/2
distinguish [1] 287/21
DISTRICT [4] 262/1 262/2 262/14 263/23
do [39] 265/5 265/7 265/9 265/12 265/14 266/1 266/3 268/5
269/9 272/20 275/14 275/23 276/13 276/15 276/23 277/13
280/15 283/9 283/12 286/6 288/2 288/22 292/7 293/2 293/22
294/1 294/4 294/25 295/2 296/9 296/12 302/16 302/23 303/1
304/13 305/14 305/16 306/5 306/8
Docket [2] 304/20 304/22
Docket 44 [1] 304/20
document [1] 270/12
documented [1] 302/13
documents [2] 284/3 293/4
does [10] 269/3 271/9 279/5 297/5 297/8 299/21 305/4 305/7
306/4 307/23
dollar [2] 277/10 277/11
domestic [2] 271/2 298/13
don't [14] 270/11 273/19 275/24 276/19 280/13 282/24 284/10
284/20 284/25 292/24 295/5 300/21 301/11 306/7
Donald [1] 298/11
down [1] 282/11
downward [1] 281/1
draw [3] 269/14 287/2 287/24
drive [1] 279/21
driving [1] 282/11
drop [1] 298/7
drop-off [1] 298/7
dropped [2] 288/17 298/14
drug [1] 290/1
dry [1] 275/18
due [2] 282/17 304/22
during [19] 268/10 272/3 272/18 273/14 275/9 275/10 276/1
277/2 277/5 279/13 280/2 281/20 285/12 285/25 286/14 291/23
292/1 292/2 299/17

**E**

earlier [1] 303/3
early [3] 268/17 291/16 295/22
Earth [2] 305/15 305/23
easily [2] 279/15 298/24
effect [3] 280/23 292/13 300/5
effectively [1] 283/23
effectiveness [2] 297/12 299/5
effects [1] 297/13
efforts [2] 271/6 288/4
either [10] 282/11 285/8 285/10 287/25 297/10 298/16 298/16
298/25 304/15 305/16
El [2] 298/3 298/7
El Paso [1] 298/7
Eleanor [2] 284/21 284/23
election [1] 298/11
elimination [1] 267/12
Elizabeth [1] 263/6
Ellender [5] 275/15 275/16 276/8 276/9 276/15
else [5] 268/9 282/12 297/2 306/11 308/1
employers [4] 272/15 279/10 280/2 280/4

employment [7] 270/2 271/18 275/18 275/21 279/10 280/20
281/3
empowered [1] 283/21
enacted [2] 266/15 294/19
enactment [1] 271/4
enclosed [1] 283/14
end [3] 301/7 308/5 308/13
ended [1] 299/15
ending [1] 274/13
ends [1] 303/17
enforcement [4] 269/22 274/25 275/6 280/3
enforcing [1] 299/6
enter [2] 282/10 283/13
entered [1] 269/13
entering [1] 272/10
enthusiastic [1] 270/8
entire [1] 276/20
entitled [2] 270/1 309/6
entrance [1] 294/20
entrant [1] 277/1
entrants [9] 269/22 272/4 272/15 279/7 282/14 287/8 287/25
294/23 296/21
entry [18] 266/15 269/3 269/13 276/6 276/14 276/16 277/14
280/15 289/8 290/6 290/16 290/20 291/21 292/9 292/12 295/22
298/19 298/21
essentially [1] 295/15
estimate [3] 303/5 303/8 303/12
ethnic [1] 287/18
eugenicist [1] 282/16
Europe [1] 267/5
Europeans [1] 295/1
even [3] 286/15 287/12 287/12 296/2 302/6
events [5] 290/11 290/14 290/17 290/23 291/3
eventually [1] 278/15
ever [2] 299/18 300/1
every [1] 281/23
everybody [1] 306/4
everyone [2] 265/18 281/5
everything [1] 299/21
evidence [3] 298/9 300/1 307/8
exact [2] 292/1 295/5
examination [6] 265/21 266/4 293/8 294/15 294/18 299/15
example [2] 266/16 267/11
excellent [2] 274/22 308/3
exception [2] 294/23 294/24
exceptions [1] 295/1
exchange [6] 275/11 275/20 275/23 275/24 276/7 277/10
excuse [6] 268/18 271/5 274/5 275/10 289/3 290/20
exemption [1] 279/9
exhibit [2] 270/18 274/21
expansion [1] 267/1
expect [3] 302/8 302/9 302/11
expectations [1] 301/14
expected [1] 301/15
expert [2] 287/17 287/18
expertise [1] 300/13
explain [1] 276/8
explained [1] 276/23
explicit [2] 282/24 285/10
explicitly [4] 275/20 276/16 280/13 296/4
exploitable [2] 279/16 282/6
exploitation [8] 279/14 279/19 280/8 280/11 297/10 297/13
297/14 299/1
exploited [2] 297/19 298/24
express [2] 282/8 308/2
expressed [6] 279/13 280/7 281/10 282/5 286/16 287/7
expression [1] 282/4
expressions [1] 279/18
extend [1] 270/13
extended [2] 269/18 269/19
extending [2] 289/25 291/13
extends [3] 289/22 289/23 297/22
extent [1] 292/6

## E

external [1] 291/19

## F

faces [1] 271/15
fact [6] 278/23 279/12 289/3 289/17 292/22 296/2
factor [1] 299/23
factors [1] 290/25
factual [2] 272/21 289/12
fall [1] 306/15
false [1] 284/3
familial [1] 267/20
familiar [8] 266/23 267/15 267/17 269/25 270/4 274/10 275/1 285/13
farm [4] 271/14 280/24 285/20 285/25
farms [1] 283/13
farmworkers [3] 271/1 281/1 286/12
fashion [3] 283/4 287/1 287/13
FCRR [2] 263/23 309/10
fear [2] 287/7 298/15
February [10] 262/6 265/1 301/3 301/12 303/6 303/11 303/16 303/17 303/18 303/25
February 17th [1] 301/3
February 17th briefing [1] 301/12
February 21st [2] 303/11 303/16
February 26th [1] 303/17
Federal [1] 263/7
Federation [1] 284/18
feebleminded [1] 282/18
feeblemindedness [3] 282/18 282/22 282/25
feel [2] 302/18 307/6
felony [1] 299/3
few [1] 293/11
file [1] 303/19
final [3] 302/15 303/3 303/9
finally [1] 291/13
find [2] 284/21 301/24
fine [8] 270/19 278/23 283/19 293/18 301/14 302/14 304/18 305/6
finish [1] 283/19
first [10] 270/24 270/24 273/20 281/7 294/25 295/3 301/20 304/1 306/14 306/25
first-class [2] 294/25 295/3
fiscal [1] 274/12
five [4] 293/15 293/16 293/19 307/19
five-minute [2] 293/15 293/16
floor [1] 306/24
focused [1] 269/23
following [7] 265/3 270/18 271/13 274/21 275/11 305/12 305/13
force [1] 276/23
forced [1] 281/3
Ford [1] 283/6
foregoing [1] 309/4
foreign [5] 271/2 289/14 289/17 292/5 298/8
foreign-born [1] 298/8
form [2] 297/21 298/9
formal [1] 278/14
forms [1] 294/20
forth [1] 302/5
Forum [1] 284/18
forward [4] 307/12 307/18 308/4 308/5
found [2] 300/1 306/20
founder [1] 285/20
framework [1] 288/10
frankly [1] 302/2
Friday [2] 305/3 305/7
fully [1] 302/8
fund [2] 274/25 275/5
funded [1] 286/16
funding [3] 275/4 275/5 276/20
funds [1] 276/9

further [4] 292/19 297/16 300/8 300/9
future [2] 292/18 293/13

## G

gain [1] 286/21
gained [1] 286/21
gang [1] 290/1
gave [2] 266/22 284/1
general [5] 268/3 270/12 283/7 286/2 290/12
generalized [2] 289/13 292/7
generally [3] 268/13 275/1 277/8
get [13] 275/18 275/18 277/7 277/12 289/1 293/10 297/20 299/12 302/12 302/15 303/3 303/24 306/5
getting [2] 288/21 305/11
GI [1] 284/18
give [4] 287/4 292/25 304/2 307/23
given [2] 266/1 266/8
giving [2] 283/12 302/14
glad [1] 303/14
go [10] 274/4 274/6 278/13 285/4 292/19 292/24 294/10 302/24 302/25 303/7 305/2 306/1
goes [2] 268/16 281/7
going [13] 265/25 266/11 270/23 274/8 278/13 292/20 301/13 302/5 302/6 304/19 305/14 306/16 307/18
Gonzalez [7] 264/4 265/21 266/6 293/5 294/8 294/17 300/11
good [5] 265/17 282/25 295/16 307/16 308/11
Googled [1] 278/12
got [2] 288/16 307/5
government [9] 263/2 276/11 276/12 276/17 279/23 296/17 302/9 302/10 304/3
Government's [1] 307/16
Grande [7] 268/20 269/1 269/5 271/17 275/17 284/16 296/20
great [2] 266/12 305/17
greater [2] 282/18 287/4
Green [1] 268/19
group [10] 272/9 285/20 286/10 286/17 286/18 286/20 287/4 287/6 297/12 297/17
groups [4] 266/20 282/19 284/15 295/21
grown [1] 287/11
guarantee [2] 273/12 273/13
guaranteed [1] 279/24
guess [1] 291/1
guest [3] 294/19 306/23 307/2
guidance [1] 307/23

## H

had [20] 266/8 266/14 269/13 272/8 273/3 273/8 276/13 280/15 280/16 281/23 283/1 288/7 288/17 296/17 300/5 301/7 306/15 306/17 306/17 306/22
Hadley [2] 284/21 284/23
hamper [1] 271/6
hand [1] 271/4
handles [1] 275/8
hang [1] 293/18
happened [3] 277/17 277/18 277/20
happy [2] 270/17 274/20
harboring [3] 279/2 279/4 279/11
harder [1] 298/25
hardly [1] 271/13
Hart [2] 288/5 299/9
Hart-Celler [2] 288/5 299/9
has [14] 272/12 280/23 281/23 289/6 292/13 298/20 298/22 299/2 299/4 299/8 300/5 300/23 301/19 303/8
have [61]
Having [1] 287/11
he [38] 267/13 270/8 271/25 272/21 272/22 272/22 272/24 273/1 273/2 273/3 273/4 273/5 273/8 273/14 274/9 276/18 277/5 277/12 278/2 278/3 280/15 280/16 281/7 281/10 282/22 282/24 283/9 283/21 285/20 285/23 285/24 286/2 286/2 286/4 296/7 301/5 302/24 303/9
he's [1] 276/18
head [3] 266/24 284/20 292/10
hear [3] 281/18 291/10 304/10

**H**

**heard [3]** 283/16 287/20 288/16
**hearing [17]** 262/11 264/2 265/3 270/18 274/19 274/21 274/21 275/10 277/2 277/17 277/20 277/25 303/4 303/10 303/11 308/4 308/6
**hearings [3]** 274/11 293/5 303/3
**heels [1]** 298/10
**held [4]** 265/3 277/25 282/11 295/17
**help [1]** 271/2
**helped [1]** 290/11
**helpful [1]** 292/5
**hemispheric [1]** 288/12
**here [16]** 265/8 265/10 265/13 265/16 270/15 271/23 276/15 277/12 277/13 288/15 291/6 293/25 294/3 294/5 294/9 308/3
**hero [1]** 285/18
**hiding [1]** 279/6
**high [1]** 298/8
**him [3]** 281/15 285/16 301/11
**himself [2]** 277/4 285/23
**his [6]** 272/20 283/10 283/24 286/7 287/24 303/8
**historical [1]** 283/1
**history [4]** 287/6 295/17 297/5 298/21
**home [1]** 291/17
**honestly [1]** 302/3
**Honor [23]** 265/6 265/8 265/10 265/24 270/17 270/21 274/20 293/2 293/9 294/12 300/10 300/25 301/9 301/22 304/2 304/12 305/9 306/13 306/14 306/15 307/24 307/25 308/12
**Honor's [1]** 301/6
**HONORABLE [1]** 262/13
**Hoover [1]** 306/25
**hopefully [1]** 291/13
**House [2]** 306/23 307/1
**housekeeping [1]** 293/11
**how [15]** 269/12 273/21 275/22 281/16 283/1 283/2 292/12 293/24 296/9 301/15 302/4 302/6 305/4 305/7 305/16
**however [1]** 302/7
**hundred [1]** 298/22
**hurt [1]** 281/7
**hypothetical [1]** 307/21

**I**

**I'll [4]** 291/13 301/18 303/14 305/4
**I'm [26]** 265/8 265/13 265/16 265/25 270/4 270/17 270/23 273/9 274/17 274/20 287/18 288/15 288/15 288/21 288/22 291/5 292/6 293/25 294/3 294/5 294/9 299/8 302/6 302/7 302/14 304/19
**I've [3]** 276/2 284/12 307/5
**idea [5]** 265/19 289/1 299/19 302/3 302/6
**ideas [1]** 302/4
**ignore [1]** 295/13
**II [3]** 267/6 291/23 292/2
**illegal [41]** 268/3 268/25 269/11 269/22 271/7 271/16 271/20 271/23 272/4 272/18 273/14 275/21 276/13 276/16 277/2 277/14 279/6 279/15 279/16 280/7 280/9 280/23 281/5 281/6 282/23 283/14 283/22 286/3 286/11 287/22 289/16 290/12 291/21 291/21 292/9 292/22 296/11 296/20 299/2 299/19 299/24
**illegality [1]** 282/5
**illegally [1]** 275/17
**Immigrant [2]** 272/19 273/15
**immigrants [9]** 271/16 271/20 281/5 281/6 282/9 284/2 287/3 297/24 297/25
**immigration [34]** 267/7 267/19 270/10 271/8 272/19 273/6 273/8 273/11 278/20 279/22 281/25 283/13 287/19 288/2 288/3 288/4 288/4 288/6 288/9 289/7 290/3 290/4 290/12 290/16 290/19 290/22 290/24 291/1 291/20 292/5 292/13 295/20 299/7 299/16
**impactful [1]** 266/14
**impacting [1]** 300/6
**implies [1]** 268/24
**imply [2]** 269/3 287/4
**important [4]** 283/2 286/22 290/15 302/1

**importation [1]** 276/12
**imposing [1]** 276/3
**impossible [4]** 295/7 295/15 295/24 297/18
**improvements [1]** 270/25
**INA [4]** 267/7 277/19 279/14 307/18
**inaccurate [1]** 303/13
**incarceration [1]** 298/16
**including [2]** 271/7 307/11
**increased [1]** 277/7
**increasing [1]** 271/19
**INDEX [1]** 264/1
**indicating [1]** 266/8
**indigenous [1]** 268/23
**individual [3]** 278/1 285/13 298/17
**individuals [20]** 267/5 268/13 268/15 268/19 268/20 268/21 269/12 272/10 276/4 279/8 279/9 279/19 282/11 286/19 286/19 287/9 287/10 289/19 289/25 295/4
**indulge [1]** 291/6
**inferiority [2]** 295/18 295/19
**inflection [1]** 288/3
**information [1]** 276/22
**infused [2]** 267/19 268/8
**inherent [1]** 272/7
**initial [1]** 295/22
**innumerable [1]** 290/10
**INS [7]** 274/25 275/5 275/9 275/10 276/16 276/22 277/9
**INS's [1]** 274/25
**insofar [2]** 268/25 270/9
**inspection [3]** 269/1 272/10 294/24
**instead [1]** 288/12
**intended [1]** 300/5
**intentionally [1]** 288/10
**interact [1]** 297/24
**interactions [1]** 298/15
**interest [1]** 284/15
**interested [2]** 285/2
**interesting [2]** 302/2 307/9
**intermediary [1]** 283/23
**internationally [1]** 292/11
**intervening [3]** 290/11 290/17 290/23
**introduced [3]** 277/21 278/8 278/9
**invited [1]** 306/22
**inviting [1]** 306/25
**involve [1]** 289/16
**iota [1]** 307/22
**IRCA [3]** 294/19 299/12 299/13
**irritant [1]** 267/14
**is [94]**
**isn't [11]** 266/13 268/24 269/16 280/6 280/11 285/21 285/23 288/24 289/2 289/5 291/16
**issue [4]** 280/9 290/5 291/21 304/14
**issued [1]** 280/21
**issues [4]** 272/5 286/15 286/15 301/24
**it [78]**
**it's [6]** 272/3 282/25 284/25 290/14 304/14 306/9
**its [8]** 267/12 273/18 273/19 275/5 291/20 296/17 297/7 307/11
**itself [4]** 269/23 275/8 280/17 306/20

**J**

**January [1]** 301/7
**January 28th [1]** 301/7
**Japanese [1]** 267/14
**job [1]** 280/25
**Johnson [2]** 266/21 288/7
**Johnson-Reed [2]** 266/21 288/7
**journal [1]** 284/22
**JUDGE [5]** 262/14 265/13 292/19 293/14 303/5
**Judge Simon [1]** 292/19
**Judiciary [2]** 273/2 273/10
**July [1]** 280/21
**July 13th [1]** 280/21
**June [1]** 274/13
**June 30th [1]** 274/13

## J

**junior [1]** 279/25
**just [11]** 270/19 274/8 277/20 280/18 285/1 287/20 291/5
291/14 292/20 293/18 303/13

## K

**keep [3]** 290/15 293/17 304/7
**kept [3]** 281/16 282/1 282/3
**key [1]** 301/6
**Kilgore [9]** 273/24 274/2 274/15 274/19 278/4 278/5 281/14
281/19 282/20
**kind [13]** 267/5 268/20 268/22 272/11 272/12 276/2 282/16
290/3 290/15 290/18 290/25 295/20 298/11
**kindly [1]** 301/5
**know [11]** 288/19 292/4 292/10 295/2 295/5 296/9 297/21
297/23 300/19 301/14 303/14
**knowledge [1]** 292/5
**known [1]** 285/13

## L

**labor [16]** 269/11 269/16 269/23 270/9 270/14 271/3 271/14
272/5 272/13 276/12 284/18 285/17 285/25 291/22 292/1
298/23
**laborer [3]** 277/12 277/15 282/23
**laborers [4]** 271/24 276/17 285/24 295/16
**laboring [3]** 279/20 298/20 298/22
**Lady [1]** 306/25
**Lamar [4]** 272/16 272/25 273/10 273/13
**land [1]** 283/14
**language [2]** 279/11 296/1
**large [2]** 278/21 298/14
**largely [3]** 269/8 286/10 295/4
**last [5]** 268/2 271/20 292/3 303/17 303/25
**later [4]** 273/8 277/4 280/21 303/24
**Latin [1]** 281/2
**Latino [6]** 285/16 286/24 287/11 287/13 297/3 298/14
**Latinos [4]** 287/5 298/13 299/23 300/6
**latter [1]** 268/18
**laughter [1]** 288/20
**law [5]** 278/23 278/25 289/15 289/16 289/20
**laws [2]** 296/2 299/7
**lax [1]** 280/4
**lay [1]** 287/17
**lead [1]** 298/16
**leading [1]** 269/15
**leads [1]** 278/11
**learned [1]** 301/9
**least [3]** 284/11 291/8 304/5
**leave [1]** 293/3
**left [1]** 266/6
**legal [7]** 269/23 287/3 287/22 288/1 292/23 292/25 298/6
**legislation [3]** 271/5 284/12 296/3
**legislators [1]** 295/25
**legitimate [1]** 289/14
**lengthy [1]** 304/14
**less [4]** 266/14 271/21 277/18 290/24
**let [11]** 278/20 286/6 289/3 292/4 292/20 301/18 301/23 302/23
302/23 303/13 304/10
**let's [8]** 293/16 294/10 303/7 303/22 304/24 305/12 305/25
306/2
**like [18]** 266/16 267/24 268/19 269/14 270/16 274/18 275/1
281/21 282/17 284/23 287/10 289/25 290/8 293/6 298/13
302/19 303/19 303/23
**likelihood [3]** 282/18 297/23 304/15
**likely [2]** 305/2 306/1
**limited [4]** 271/13 290/21 292/5 293/3
**line [5]** 285/25 293/17 294/13 296/17 297/9
**linkage [1]** 280/14
**linkages [1]** 282/16
**litigation [1]** 301/1
**little [7]** 265/25 269/14 279/12 280/3 288/11 288/16 290/7
**living [3]** 271/1 280/25 281/8

**liz [4]** 265/7 294/3 305/9 305/17
**long [7]** 267/14 291/17 294/1 294/5 299/13 299/17 304/13
**long-standing [1]** 267/14
**look [9]** 275/25 287/10 304/24 305/4 305/7 305/12 305/16 308/4
308/5
**looked [2]** 284/12 306/20
**looking [2]** 298/3 304/8
**looks [1]** 305/1
**Los [1]** 298/14
**Los Angeles [1]** 298/14
**losing [1]** 302/8
**lot [4]** 268/16 282/14 292/24 305/14
**Lower [2]** 269/5 284/16
**lowering [1]** 281/8
**lumped [1]** 268/19

## M

**MACHIC [4]** 262/7 265/14 293/24 301/21
**MACHIC-XIAP [1]** 262/7
**Mackey [2]** 276/22 277/9
**made [18]** 268/17 269/25 272/16 272/22 273/1 273/5 273/14
273/23 276/12 276/17 280/13 280/19 282/13 282/24 283/6
283/12 289/8 298/10
**Mae [4]** 266/8 284/17 295/7 295/14
**Main [1]** 263/7
**make [4]** 282/20 292/21 302/15 307/12
**makes [4]** 297/18 298/24 298/24 298/24
**many [4]** 266/20 285/17 296/9 301/15
**March [9]** 278/17 278/21 278/25 281/20 301/4 304/8 304/23
308/5 309/9
**March 20th [4]** 278/17 278/21 278/25 281/20
**March 31st [2]** 304/8 304/23
**March 9th [1]** 301/4
**marginalized [3]** 286/18 287/6 297/17
**marginalizes [1]** 297/16
**Mary [4]** 304/21 305/1 305/4 306/1
**matter [1]** 308/7
**matters [3]** 288/4 293/11 300/20
**may [10]** 265/23 270/15 276/4 278/19 280/18 281/25 286/5
292/3 293/3 296/14
**maybe [3]** 303/22 304/24 307/9
**McCarran [6]** 266/19 267/22 277/24 296/5 296/6 296/9
**McCarran-Walter [5]** 266/19 267/22 296/5 296/6 296/9
**McKellar [4]** 275/14 276/8 276/21 277/4
**me [30]** 268/18 274/5 275/10 278/20 281/21 283/19 284/6
284/13 286/6 289/3 289/3 290/20 291/8 291/10 292/4 292/20
292/25 297/10 301/18 301/23 302/23 302/23 303/14 304/10
304/18 305/1 305/17 305/21 307/14 307/17
**mean [8]** 268/9 275/7 279/5 285/1 288/19 297/2 298/21 301/11
**meaning [1]** 297/7
**means [1]** 304/7
**meant [6]** 269/10 282/8 287/2 287/3 287/13 287/24
**measures [1]** 271/6
**mechanisms [1]** 275/1
**median [1]** 290/5
**meet [3]** 271/3 271/6 281/24
**member [7]** 273/2 273/9 274/15 274/19 278/3 278/3 286/17
**members [5]** 267/22 269/10 274/17 286/19 291/17
**membership [1]** 278/1
**mentioned [15]** 266/18 273/5 275/22 276/2 278/4 278/16
279/25 280/2 284/14 286/14 290/2 290/18 295/12 295/13
306/17
**mentions [1]** 296/4
**message [5]** 269/25 270/1 270/16 271/12 280/20
**Mexican [33]** 268/13 269/11 270/14 271/23 272/13 276/11
276/12 276/17 276/17 277/11 277/14 279/22 280/7 280/9
282/23 284/2 285/24 286/3 286/11 286/11 286/17 287/2 287/3
287/9 287/10 287/22 288/1 288/1 291/22 292/1 295/5 295/10
297/10
**Mexican-American [1]** 286/17
**Mexican-Americans [3]** 286/11 287/2 288/1
**Mexicans [8]** 268/3 268/8 268/15 272/23 276/14 286/2 295/1
295/15

## M

**Mexico [7]** 270/3 271/16 271/21 276/10 277/10 279/25 280/21
**MICHAEL [1]** 262/13
**middle [1]** 304/9
**migrant [2]** 269/15 291/22
**migrants [8]** 268/3 269/11 275/21 279/15 280/8 280/10 286/3 287/22
**migratory [1]** 271/1
**mind [2]** 290/16 301/17
**mine [1]** 278/11
**minute [2]** 293/15 293/16
**minutes [1]** 293/19
**mixture [1]** 268/22
**moderately [1]** 302/18
**modify [1]** 303/14
**moment [4]** 291/6 291/8 291/8 302/24
**Monday [1]** 305/13
**months [1]** 277/20
**more [12]** 271/6 272/23 272/23 273/12 275/25 276/3 276/22 291/21 298/24 300/15 307/9 307/9
**most [1]** 287/6
**motion [7]** 262/1 264/2 265/3 301/25 302/10 302/10 304/22
**motivated [3]** 286/7 307/8 307/15
**motivating [2]** 296/3 299/23
**motivation [1]** 266/9
**moving [1]** 301/1
**Mr. [4]** 265/14 293/24 301/21 303/2
**Mr. Apodaca [1]** 303/2
**Mr. Machic-Xiap [3]** 265/14 293/24 301/21
**Ms. [18]** 265/23 292/20 294/1 294/2 294/4 294/6 294/11 300/9 300/19 300/24 301/19 301/20 304/1 304/1 304/10 305/18 305/19 305/20
**Ms. Barr [7]** 265/23 292/20 294/4 300/9 301/19 304/1 305/20
**Ms. Barr's [1]** 304/10
**Ms. Clark [8]** 294/1 294/6 300/19 300/24 301/20 304/1 305/18 305/19
**Ms. Daily [1]** 294/2 294/11
**much [7]** 265/11 273/21 300/12 300/21 302/14 307/13 308/9
**murder [1]** 290/1
**my [31]** 265/25 266/1 266/24 268/6 268/14 269/17 269/24 270/12 272/11 273/20 273/21 275/7 277/19 277/23 280/15 284/20 287/12 288/17 290/18 291/5 292/6 292/10 297/15 298/3 302/4 302/13 303/5 304/3 307/6 308/2 308/8
**myself [1]** 292/15

## N

**name [3]** 278/14 278/15 284/2
**named [1]** 285/14
**National [4]** 266/7 266/9 288/6 288/13
**Nationality [2]** 267/7 289/7
**nature [3]** 272/24 275/2 281/9
**necessarily [5]** 268/24 289/6 289/13 289/17 304/13
**necessary [3]** 284/25 286/5 298/23
**need [4]** 272/13 292/1 293/14 307/12
**needed [3]** 270/25 276/9 278/22
**needs [2]** 271/3 308/8
**negate [1]** 297/7
**neutral [2]** 296/1 296/19
**new [2]** 267/18 276/11
**Ngai [1]** 296/4
**Ngai's [4]** 266/8 284/17 295/7 295/14
**Ninth [1]** 305/10
**Ninth Circuit [1]** 305/10
**no [20]** 265/19 266/24 270/4 274/1 278/23 284/25 288/19 292/16 296/22 296/25 297/4 297/8 300/3 300/8 300/10 302/3 302/6 303/24 304/12 305/24
**non [1]** 291/2
**non-long-winded [1]** 291/2
**nonracial [1]** 288/10
**nonwhite [1]** 282/19
**not [38]** 266/9 266/24 268/3 269/6 270/4 273/1 273/18 274/17 278/13 279/10 284/10 285/7 285/10 287/22 289/14 289/19 292/3 292/6 292/14 292/14 294/20 295/4 296/12 297/8 297/22 298/6 299/11 299/4 299/20 300/3 301/25 304/13 305/2 306/1 307/13 307/17 307/22 309/8
**note [1]** 301/11
**noted [3]** 268/11 268/12 269/4
**notes [1]** 291/5
**nothing [1]** 278/12
**notion [1]** 288/22
**notions [2]** 295/18 295/19
**now [25]** 266/11 266/13 266/22 267/7 267/24 269/14 271/12 271/22 274/24 277/4 278/4 279/12 283/5 284/1 287/14 288/23 288/24 291/14 296/6 299/2 299/15 302/6 306/6 306/10 307/5
**number [7]** 278/22 290/10 290/10 290/14 290/18 292/11 293/3
**numbers [2]** 271/19 295/5

## O

**O'Brien [7]** 264/4 265/22 266/6 293/5 294/8 294/17 300/11
**objection [3]** 296/13 304/11 304/12
**obtain [1]** 276/11
**obviously [2]** 279/1 307/12
**occasions [1]** 272/1
**occupational [1]** 267/20
**occurred [2]** 275/12 289/17
**off [6]** 266/6 266/24 284/20 292/10 298/7 302/24
**Office [2]** 263/2 263/7
**officers [2]** 283/13 298/5
**official [2]** 278/15 309/10
**okay [25]** 265/9 266/11 268/1 268/6 270/15 273/23 274/1 275/9 276/7 278/11 278/18 280/6 280/18 282/2 283/18 283/21 290/7 291/5 291/7 291/15 292/3 292/16 294/12 303/7 304/7
**once [3]** 282/9 283/9 304/6
**one [17]** 267/11 270/9 272/13 277/10 280/6 280/9 280/10 282/13 286/15 286/15 287/4 291/8 292/3 292/8 295/24 307/2 307/22
**ones [1]** 269/8
**only [7]** 265/21 296/19 297/22 300/13 302/18 306/6 307/1
**oOo [1]** 309/2
**open [2]** 293/17 302/22
**opinion [4]** 272/11 299/22 300/4 302/14
**opportunities [1]** 280/25
**opportunity [1]** 304/3
**oral [8]** 301/4 302/18 302/20 302/21 303/21 304/9 305/8 305/10
**orally [1]** 308/4
**OREGON [4]** 262/2 262/7 263/3 263/8
**original [2]** 299/23 309/6
**Origins [4]** 266/7 266/9 288/6 288/13
**other [25]** 266/14 267/17 268/15 271/4 271/5 272/5 272/7 272/14 272/22 275/23 275/24 276/1 282/20 282/21 282/22 283/14 286/18 286/19 289/13 289/24 290/1 290/23 297/2 297/11 300/19
**others [1]** 282/5
**Otherwise [1]** 300/17
**our [16]** 271/6 271/14 271/17 271/19 276/23 281/2 299/16 301/1 301/7 301/7 301/12 303/8 303/10 304/24 306/7 306/14
**out [1]** 306/20
**outside [4]** 266/15 267/2 269/13 289/13
**outstanding [1]** 307/2
**over [9]** 272/18 273/14 281/20 289/4 290/21 291/3 294/13 295/22 298/22
**overall [2]** 290/15 295/8
**overstay [1]** 296/24
**own [4]** 281/2 297/11 297/15 298/3

## P

**P-A-C-H-U-C-O-S [1]** 284/7
**pachucos [3]** 284/3 284/5 284/8
**page [1]** 296/8
**pages [1]** 296/10
**paper [2]** 284/19 284/23
**part [17]** 268/17 268/18 273/7 273/20 274/25 275/22 276/18 279/19 279/22 279/24 282/17 282/19 286/17 295/14 295/17 295/22 301/8
**partial [1]** 281/15

**P**

participate [1] 302/17
participation [1] 300/22
particular [3] 270/11 275/24 295/15
particularly [3] 266/1 281/2 282/15
parties [5] 303/9 303/15 303/19 305/5 307/23
parties' [1] 304/21
partner [1] 279/25
parts [2] 275/23 275/24
Paso [2] 298/3 298/7
passage [4] 279/14 288/7 290/22 298/4
passages [1] 295/12
passed [2] 269/15 277/19
past [2] 288/3 295/18
patchy [1] 273/22
patience [1] 300/13
patients [1] 303/23
Pause [1] 291/12
pay [1] 277/7
peddlers [1] 284/3
peer [1] 284/22
peer-reviewed [1] 284/22
penalized [1] 292/12
peonage [6] 281/17 282/1 282/3 282/13 282/16 283/1
people [6] 268/25 271/18 279/6 281/24 289/17 294/24
perceived [1] 287/15
perhaps [2] 290/10 301/10
period [11] 267/6 273/4 275/2 276/3 282/15 285/12 290/13 291/24 292/1 292/2 299/17
permanent [1] 294/21
person [2] 280/6 306/6
personal [1] 287/17
Persons [3] 266/16 266/23 267/3
persuade [2] 307/14 307/16
pesos [1] 277/10
Peyton [1] 283/6
phenomenal [1] 271/19
phone [2] 266/2 288/17
phrase [1] 282/2
physical [2] 289/23 289/24
pick [1] 266/11
picket [1] 285/25
place [2] 266/19 288/7
places [2] 272/6 272/7
plain [1] 276/12
Plaintiff [1] 262/5
plan [3] 270/10 301/3 303/15
please [4] 274/4 274/6 284/6 291/9
pleased [1] 266/25
pleasure [1] 300/23
poem [4] 306/17 306/20 306/23 307/22
poet [1] 306/21
point [6] 271/15 273/4 273/20 273/21 288/3 296/18
points [3] 269/1 269/13 295/24
police [5] 297/24 298/1 298/5 298/10 298/16
policy [7] 273/8 287/19 288/6 290/16 290/19 292/6 299/16
policymaking [1] 290/23
political [2] 267/8 270/8
politics [1] 287/19
population [2] 298/8 298/14
portion [2] 278/5 295/16
portions [2] 273/17 276/1
Portland [4] 262/7 263/3 263/8 263/24
pose [1] 289/23
position [5] 270/7 271/10 279/16 282/6 304/10
positions [1] 270/8
possible [1] 304/16
post [4] 267/6 291/17 291/23 292/2
post-war [1] 291/17
postponed [1] 305/12
potential [3] 269/7 286/20 297/13
potentially [1] 282/11

**P**

practically [1] 281/23
preceded [2] 296/5 296/6
predisposed [1] 289/14
predispositions [1] 276/5
preference [2] 267/18 305/24
preferences [1] 305/22
preparation [1] 301/17
prepare [2] 302/17 304/4
presence [2] 280/22 281/5
present [2] 299/4 301/4
presenting [1] 301/24
presents [1] 289/12
preservation [1] 266/7
President [15] 266/25 269/10 269/25 270/7 271/10 271/12 271/22 275/4 280/6 280/11 280/13 280/19 280/22 282/4 293/6
President Truman [1] 280/11
pressing [1] 271/7
pressure [1] 281/1
prevent [1] 276/16
preventing [2] 276/13 297/14
previously [1] 289/6
primarily [1] 295/2
prior [2] 272/2 273/4
privilege [1] 266/20
privileged [1] 266/21
problem [10] 271/7 271/14 274/9 277/2 280/9 280/10 281/24 282/6 288/19 297/9
problematic [2] 268/22 289/21
problems [1] 271/7
procedures [1] 298/12
proceed [1] 296/14
proceedings [3] 262/12 291/12 293/21 301/7 306/14 308/13 309/5
process [1] 266/10
professional [2] 299/22 300/4
Professor [21] 265/9 265/21 266/6 266/13 270/15 271/22 274/6 276/15 277/13 285/13 286/6 288/2 288/18 290/7 291/5 292/16 293/5 294/8 294/17 300/11 300/20
program [14] 269/18 269/19 269/23 270/13 270/25 279/20 279/21 279/24 280/14 280/16 280/17 291/24 294/18 294/19
progress [1] 271/13
prohibition [1] 289/9
promised [1] 267/13
proof [1] 298/6
prostitutes [1] 284/3
protecting [1] 279/6
proves [3] 303/13 303/13 303/15
provide [2] 274/20 286/5
providing [3] 287/16 287/18 298/23
provisions [1] 269/21
Proviso [1] 278/24
Public [1] 263/7
publication [1] 285/5
publications [1] 285/9
published [3] 284/21 284/22 306/21
pull [1] 290/25
purpose [2] 299/23 300/2
purposes [1] 299/6
push [1] 290/25
push-and-pull [1] 290/25
put [3] 266/19 276/24 307/13
puts [1] 298/19

**Q**

question [10] 278/11 291/13 292/3 292/6 292/14 294/25 298/17 302/24 303/1 306/15
questioning [1] 297/9
questions [9] 292/17 295/6 296/17 296/17 300/8 301/6 307/2 307/10 307/21
quite [1] 304/13
quota [4] 266/7 266/9 266/15 267/2
quotas [5] 266/13 266/19 267/19 288/12 288/13
quotations [2] 270/16 270/23

**Q**

**quote [1]** 270/24

**R**

**race [5]** 295/2 295/13 296/1 297/5 297/6
**race-neutral [1]** 296/1
**racial [15]** 267/12 269/8 282/17 282/19 286/8 286/20 287/17 287/23 295/18 295/19 296/2 297/6 297/17 307/8 307/15
**racialized [3]** 272/11 276/4 295/21
**racially [4]** 268/7 268/21 283/3 299/22
**racist [2]** 306/17 307/22
**rail [2]** 294/25 295/3
**raised [1]** 301/25
**ranches [1]** 283/13
**ranking [2]** 273/2 273/9
**rape [1]** 290/1
**rapes [1]** 298/12
**rate [2]** 271/19 277/9
**RDR [2]** 263/23 309/10
**re [1]** 281/21
**re-read [1]** 281/21
**reaction [1]** 306/25
**read [20]** 270/16 270/20 270/23 270/23 273/10 273/16 273/17 273/18 273/19 273/20 273/21 274/18 275/11 281/19 281/21 284/15 297/11 297/16 306/18 306/24
**reading [3]** 283/19 285/1 308/4
**ready [2]** 294/10 301/13
**realistic [1]** 303/2
**really [6]** 271/14 290/20 290/20 292/23 300/12 302/6
**reason [7]** 272/20 276/20 277/6 280/9 280/10 286/7 286/12
**reasonably [2]** 302/7 307/6
**reasons [4]** 267/8 267/23 268/22 296/2
**recall [6]** 267/21 268/4 272/17 273/19 280/13 281/16
**received [2]** 267/8 301/3
**receivers [1]** 283/22
**receiving [1]** 303/16
**recess [4]** 293/17 293/19 293/20 308/7
**recession [1]** 291/17
**recollection [8]** 269/17 269/24 270/11 270/15 271/9 273/21 280/16 280/18
**record [19]** 265/20 272/2 272/24 280/22 284/9 284/11 285/6 285/9 290/4 296/19 302/13 302/24 302/25 303/7 304/5 304/16 306/19 307/12 309/5
**redirect [5]** 264/3 292/20 293/8 294/11 294/15
**Reed [2]** 266/21 288/7
**reenact [1]** 296/10
**reenactments [1]** 307/19
**reenter [1]** 276/24
**reentered [1]** 289/20
**reentering [1]** 289/20
**reentry [13]** 277/2 288/25 289/2 289/6 289/12 289/16 290/12 292/22 296/11 299/2 299/6 299/19 299/24
**reference [13]** 273/23 274/2 274/4 274/7 274/8 278/8 283/6 284/8 284/11 285/5 285/8 285/10 296/4
**referenced [1]** 278/9
**references [1]** 301/15
**referred [2]** 278/6 296/20
**referring [2]** 286/2 286/3
**refers [1]** 268/2
**Reform [5]** 272/19 273/6 273/11 273/15 290/22
**refresh [3]** 270/15 271/9 280/18
**regarding [3]** 272/9 299/5 304/21
**regards [1]** 273/13
**reimagined [1]** 288/9
**reiterations [1]** 307/11
**related [4]** 278/6 293/4 295/17 296/10
**relates [1]** 290/16
**relatively [1]** 280/3
**reliance [1]** 272/14
**remain [1]** 299/21
**remember [2]** 270/19 284/20

**removed [2]** 288/6 289/8
**replied [2]** 273/8 273/9
**report [12]** 273/5 273/9 273/11 273/16 273/17 273/18 273/19 273/20 273/21 274/21 284/18 296/8
**reported [2]** 298/12 298/12
**reporter [6]** 263/23 301/10 302/23 303/1 303/8 309/10
**reports [1]** 298/13
**representative [2]** 268/19 272/25
**reprised [1]** 306/24
**repudiated [1]** 300/2
**request [4]** 275/4 275/5 276/17 276/20
**requested [2]** 286/16 304/13
**requires [1]** 289/6
**research [4]** 292/7 297/15 297/16 298/3
**resolve [1]** 267/13
**respect [1]** 272/20
**responded [1]** 277/9
**Responsibility [2]** 272/19 273/15
**resulting [1]** 267/5
**results [1]** 287/5
**resumed [1]** 293/21
**return [1]** 289/9
**returned [2]** 271/21 271/21
**reviewed [1]** 284/22
**reviewing [1]** 291/5
**revise [1]** 304/3
**revisit [1]** 299/18
**rid [1]** 289/1
**right [31]** 265/17 265/20 268/9 269/16 269/22 272/17 273/24 275/5 277/22 278/7 279/3 281/19 283/7 283/10 283/24 284/4 285/21 286/3 291/22 300/11 300/24 301/12 301/23 302/6 304/19 305/11 306/6 306/9 306/11 307/5 308/2
**rights [2]** 285/17 285/18
**Rio [7]** 268/20 269/1 269/5 271/17 275/17 284/16 296/20
**ripe [1]** 307/7
**river [1]** 276/24
**RMR [1]** 309/10
**Room [1]** 263/24
**Roosevelt [1]** 306/23
**round [1]** 304/7
**rule [5]** 302/4 302/7 302/8 302/9 302/10
**rush [1]** 301/11
**rushed [1]** 301/6

**S**

**safety [2]** 289/23 289/24
**said [8]** 268/11 272/24 277/5 278/14 279/2 280/22 302/22 303/8
**sales [1]** 290/1
**same [5]** 266/20 268/22 271/2 286/20 295/20
**sanctuary [1]** 298/5
**Sarah [2]** 263/2 265/5
**saw [2]** 298/6 298/7
**say [10]** 274/6 274/8 274/14 283/16 287/20 292/10 292/20 298/1 301/18 306/6
**saying [2]** 276/19 278/2
**SB4 [1]** 298/4
**scabs [1]** 285/24
**scarcely [1]** 271/15
**scenario [1]** 289/12
**schedule [3]** 302/22 303/14 306/2
**scheduled [1]** 306/9
**scholarship [1]** 292/7
**scope [1]** 289/13
**search [2]** 271/18 283/14
**second [1]** 295/17
**second-class [1]** 295/17
**secondary [1]** 297/15
**Secretary [1]** 267/11
**section [3]** 301/1 307/11 307/19
**Section 1326 [2]** 307/11 307/19
**security [1]** 272/5
**see [8]** 273/8 275/23 275/24 277/11 278/20 286/18 301/18 302/19

## S

**seeing [2]** 292/14 292/15
**seek [1]** 275/21
**seeking [1]** 269/11
**seems [3]** 275/17 293/17 306/15
**seen [6]** 268/21 285/5 285/8 285/10 286/25 299/21
**Senate [4]** 278/9 278/14 281/20 306/25
**Senator [20]** 273/23 274/2 274/15 274/19 275/15 275/16 275/17 276/8 276/9 276/10 276/15 276/19 277/24 278/4 278/5 281/14 281/19 282/20 306/18 306/24
**senators [1]** 275/12
**send [1]** 303/9
**series [1]** 295/6
**serious [1]** 267/14
**seriously [1]** 280/23
**served [2]** 273/3 273/7
**service [1]** 291/17
**sessions [1]** 300/14
**set [2]** 305/2 305/25
**sexual [1]** 298/12
**shape [2]** 290/11 297/21
**shift [1]** 288/5
**should [9]** 282/7 301/8 303/15 303/20 303/21 304/16 306/11 307/20 308/1
**showing [2]** 292/23 307/8
**SI [1]** 262/5
**side [4]** 277/6 302/8 304/15 307/14
**sides [5]** 301/24 302/1 302/14 305/16 308/3
**signature [3]** 309/7 309/7 309/7
**signed [1]** 309/7
**significant [1]** 288/5
**significantly [1]** 298/15
**signing [1]** 309/4
**silence [2]** 291/6 291/8
**similar [1]** 282/4
**similarly [1]** 283/2
**SIMON [2]** 262/13 292/19
**simply [1]** 289/19
**simultaneous [1]** 303/19
**since [2]** 270/11 288/7
**sir [2]** 265/15 271/9
**skeleton [1]** 276/23
**skills [1]** 267/20
**slowly [3]** 266/1 270/20 270/24
**Smith [3]** 272/25 273/10 273/13
**smuggler [1]** 283/23
**sneak [1]** 269/1
**so [38]** 265/5 265/11 266/10 271/16 273/25 275/9 275/18 277/1 277/10 277/18 278/11 278/25 279/5 280/8 280/11 281/10 282/2 287/14 287/16 289/11 291/5 291/19 292/14 298/19 299/21 301/16 301/23 302/5 302/12 302/14 302/22 303/8 303/23 304/17 304/19 304/25 307/19 307/22
**so-called [1]** 271/16
**society [1]** 290/5
**some [29]** 267/4 268/11 268/17 270/16 272/6 272/8 273/7 273/20 274/18 276/10 279/13 279/19 279/20 279/22 280/17 281/24 286/4 286/18 292/25 295/11 295/12 297/15 298/3 299/16 300/15 300/19 305/1 307/20 307/23
**somebody [1]** 296/23
**someone [3]** 273/3 297/6 308/7
**something [6]** 268/9 276/13 281/16 282/12 287/5 306/16
**sometime [3]** 303/6 303/11 303/16
**sometimes [1]** 302/3
**somewhat [1]** 288/21
**sorry [4]** 274/2 278/13 288/15 299/8
**sort [3]** 268/7 284/14 307/6
**sought [1]** 274/25
**sounds [2]** 265/25 266/12
**south [3]** 268/20 296/20 306/18
**Southwest [1]** 280/25
**speak [5]** 266/1 272/25 278/1 282/8 292/14
**speaking [1]** 308/5

**speaks [1]** 291/25
**special [3]** 270/8 286/9 294/13
**specific [3]** 268/8 270/4 272/4
**specifically [10]** 269/10 271/23 277/14 279/5 286/3 288/25 291/1 291/21 293/4 297/25
**spell [1]** 284/6
**spent [1]** 307/20
**standards [3]** 280/25 281/8 281/24
**standing [1]** 267/14
**start [1]** 289/3
**started [1]** 293/10
**starting [3]** 274/6 299/3 307/10
**state [9]** 267/11 271/12 280/8 281/17 281/23 282/1 282/3 282/9 282/10
**statement [23]** 266/8 266/22 266/23 267/10 270/18 271/25 272/16 272/22 273/1 273/14 278/4 278/5 280/19 281/14 281/15 281/19 282/21 283/6 283/10 283/20 286/5 286/13
**statements [9]** 268/17 274/18 282/20 282/24 293/6 295/6 295/7 295/12 298/10
**STATES [13]** 262/1 262/4 262/14 263/3 267/2 267/20 269/11 276/14 279/9 282/7 282/10 289/25 292/8
**stating [1]** 276/18
**statistics [1]** 292/15
**status [6]** 279/16 286/20 286/21 287/4 295/17 298/6
**statute [4]** 269/19 269/21 278/21 300/5
**stay [1]** 300/20
**steady [1]** 271/15
**step [2]** 270/9 270/24
**still [7]** 265/9 265/10 265/14 266/20 286/25 288/14 291/10
**stilted [1]** 265/25
**story [1]** 295/13
**stream [1]** 271/15
**streams [1]** 272/12
**Street [1]** 263/7
**stretches [1]** 271/17
**stretching [1]** 298/22
**strikes [1]** 285/25
**strong [1]** 307/7
**strongly [1]** 302/18
**studies [8]** 268/11 268/12 284/15 285/11 285/11 297/5 297/11 297/11
**study [8]** 269/4 284/1 284/14 284/14 284/16 286/16 287/8 299/4
**stumbled [1]** 284/10
**subject [1]** 297/12
**subjects [3]** 295/7 295/15 295/25
**submissions [1]** 292/21
**submit [4]** 270/17 293/3 303/23 308/5
**submitted [3]** 280/22 283/5 283/5
**substandard [1]** 281/4
**substantial [1]** 290/10
**such [2]** 291/3 294/24
**suffers [1]** 281/5
**suggest [1]** 282/22
**suggestion [1]** 304/4
**Suite [2]** 263/3 263/7
**supplement [1]** 306/16
**supplemental [11]** 274/10 274/12 274/24 302/17 302/19 302/20 303/20 303/22 303/24 304/4 304/21
**supply [1]** 271/3
**support [4]** 267/8 267/23 292/23 293/1
**supported [1]** 267/12
**supposed [1]** 279/23
**sure [4]** 281/22 292/6 301/18 302/15
**surrounding [1]** 282/21
**SW [3]** 263/3 263/7 263/24
**swim [1]** 275/17
**system [5]** 266/15 267/2 267/18 288/6 306/7

## T

**tack [1]** 288/11
**take [4]** 283/21 293/10 293/16 305/12
**taking [1]** 303/3
**talk [6]** 281/7 300/15 300/19 306/5 306/11 308/1

**T**

**talked [3]** 290/7 307/5 307/21
**target [1]** 297/6
**technological [1]** 265/18
**Teddy [1]** 306/23
**Teddy Roosevelt [1]** 306/23
**telephone [2]** 265/20 306/6
**telephonically [1]** 265/4
**tell [4]** 287/11 297/10 301/23 307/5
**temporary [1]** 294/20
**tend [1]** 290/24
**tended [1]** 295/13
**tens [1]** 291/16
**tentative [3]** 302/4 302/5 307/6
**tentatively [1]** 302/7
**term [39]** 267/25 268/2 268/7 268/8 268/12 268/24 268/25
269/4 269/9 269/12 271/23 272/2 275/21 275/22 275/25 276/4
277/4 277/13 278/12 282/25 283/3 283/9 284/8 285/12 285/23
286/7 286/9 286/23 286/24 286/24 286/25 287/12 287/21
287/24 288/25 296/18 296/19 296/21 297/6
**termed [1]** 274/9
**terms [3]** 272/6 280/4 290/23
**testified [5]** 268/2 272/16 275/11 279/12 292/4
**testify [1]** 273/2
**testifying [1]** 268/7
**testimony [20]** 267/24 268/4 268/10 268/14 272/20 275/9 280/2
284/13 286/14 287/14 287/16 291/14 293/4 293/10 294/17
299/15 300/12 300/13 300/17 304/15
**Texas [4]** 278/24 284/18 284/18 298/4
**Texas's [1]** 298/4
**than [6]** 266/14 271/21 273/13 277/18 297/3 303/25
**thank [31]** 265/11 265/17 265/24 266/3 270/21 274/22 284/25
285/3 288/18 292/16 292/18 293/2 293/7 293/13 294/1 296/15
300/8 300/10 300/12 300/21 300/23 300/25 301/5 305/19
305/20 307/3 307/4 308/9 308/10 308/11 308/12
**that [340]**
**that's [35]** 266/11 266/18 269/17 269/18 269/20 269/24 271/25
272/18 273/12 278/22 278/24 279/18 283/8 283/11 283/15
283/16 283/17 283/19 283/25 285/22 286/1 286/2 286/22 289/10
289/18 291/18 291/23 292/4 297/12 301/13 301/22 302/16
304/18 305/6 305/17 307/19
**the kind [1]** 290/3
**their [9]** 279/16 281/12 282/5 282/5 289/21 289/22 290/24
302/17 308/3
**them [6]** 275/14 276/24 298/24 298/24 298/25 304/17
**themselves [2]** 281/6 298/2
**then [18]** 281/7 289/8 290/21 291/10 295/18 301/18 302/16
302/17 302/24 302/25 303/15 303/20 304/1 304/8 304/18 305/4
306/24 308/8
**there [27]** 267/22 268/15 270/12 272/7 272/11 272/23 273/5
277/1 278/14 279/13 279/18 280/3 282/21 286/4 288/14 290/9
290/14 291/2 291/11 294/17 296/2 297/9 298/9 299/4 299/8
304/15 306/11
**these [8]** 268/21 271/5 271/18 280/23 281/4 281/6 281/24 299/7
**thesis [2]** 295/8 295/10
**they [34]** 275/14 275/16 275/18 275/18 275/18 276/24 279/15
280/1 280/8 281/6 281/16 281/25 281/25 282/1 282/2 282/2
282/6 282/9 284/2 287/10 288/11 295/9 295/11 296/1 297/19
297/19 297/20 299/1 299/11 299/20 302/15 302/15 302/16
305/2
**they're [2]** 298/1 298/2
**thing [2]** 302/18 306/6
**things [7]** 281/8 282/17 289/25 290/1 304/7 305/14 307/6
**think [23]** 272/6 275/25 276/19 282/25 284/10 284/25 286/4
286/9 286/14 286/22 288/21 289/18 290/14 292/25 298/10
298/21 301/9 303/2 303/20 304/4 307/9 307/15 307/20
**thinking [1]** 282/16
**third [3]** 263/3 263/24 274/10
**this [76]**
**those [19]** 267/23 272/6 280/4 281/2 282/10 283/24 284/15
285/8 285/10 285/11 290/17 293/5 294/20 294/25 295/7 295/19
296/10 299/18 305/16

**though [1]** 296/2
**thought [3]** 289/6 289/1 297/2
**thousands [2]** 281/2 291/16
**threat [3]** 289/23
**threats [1]** 286/20
**three [1]** 300/14
**through [4]** 291/25 299/4 303/4 303/10
**throughout [3]** 280/24 299/2 299/18
**Thursday [1]** 306/2
**tied [4]** 267/19 271/23 276/16 277/14
**ties [2]** 267/20 275/20
**time [20]** 270/7 270/8 271/2 271/10 273/4 273/22 275/2 276/10
279/13 284/19 290/12 292/17 299/17 300/18 301/13 302/14
303/2 307/13 307/16 307/20
**times [1]** 290/18
**title [5]** 278/18 278/19 284/20 284/23 295/14
**titled [1]** 284/20
**to come [1]** 278/13
**today [1]** 293/5
**today's [2]** 303/4 303/10
**together [1]** 268/20
**tomorrow [2]** 288/20 300/14
**top [4]** 266/24 267/19 284/20 292/10
**totality [2]** 273/18 273/19
**touches [1]** 271/14
**toward [1]** 270/24
**towards [1]** 276/5
**traces [1]** 295/21
**traits [2]** 272/7 295/21
**transcript [11]** 262/12 301/6 301/13 301/15 301/17 302/16
303/16 303/24 304/6 309/5 309/6
**transcripts [2]** 303/3 303/10
**treat [2]** 292/9 292/11
**treatment [1]** 279/23
**trial [4]** 305/2 305/2 305/11 306/1
**true [13]** 266/13 266/18 268/24 280/6 280/11 285/23 288/24
289/2 289/5 291/16 291/18 291/23 292/4
**Truman [15]** 266/22 266/25 267/4 269/10 269/25 271/12 271/22
280/6 280/11 280/13 280/19 280/22 282/4 293/6 296/6
**Truman's [3]** 270/7 271/10 275/4
**Trump [1]** 298/11
**trust [1]** 278/2
**try [4]** 265/25 266/1 289/1 307/16
**trying [3]** 276/10 286/21 307/13
**Tuesday [1]** 305/13
**two [11]** 268/12 268/16 272/12 275/12 277/20 285/8 289/16
301/10 303/21 303/22 304/24

**U**

**U.S [7]** 263/2 267/14 272/15 273/6 273/11 291/17 295/16
**unauthorized [7]** 285/24 288/24 288/25 289/2 289/5 289/8
289/12
**under [6]** 266/19 266/21 279/20 281/1 281/3 294/19
**understand [4]** 268/8 282/25 283/2 295/10
**understanding [9]** 266/25 268/6 270/6 270/12 271/10 275/7
277/19 277/23 292/8
**Undesirable [3]** 290/21 307/7 307/14
**undocumented [21]** 269/3 269/7 272/15 276/6 279/8 279/21
280/14 282/9 282/14 287/8 287/25 290/16 290/20 291/1
292/12 295/22 297/19 297/25 298/19 298/21
**unilateral [1]** 280/1
**Union [1]** 281/23
**UNITED [14]** 262/1 262/4 262/14 263/23 267/2 267/20 269/11
276/14 279/9 282/7 282/10 285/20 289/25 292/8
**United States [9]** 267/2 267/20 269/11 276/14 279/9 282/7
282/10 289/25 292/8
**unless [2]** 306/7 308/7
**unlikely [1]** 297/18
**unnecessarily [1]** 292/24
**until [1]** 308/8
**up [8]** 266/11 269/15 278/12 287/11 288/21 293/10 293/18
298/11
**us [4]** 276/13 300/20 301/6 303/4

**U**

**usage** [1]  283/2
**use** [17]  275/25 285/11 285/12 286/7 286/9 286/12 286/23 286/24 287/12 287/21 287/24 288/12 296/1 296/18 296/19 297/5 307/16
**used** [5]  268/13 269/9 269/12 275/22 276/1 277/4 283/1 283/3 283/9 285/23 287/1 287/1
**using** [1]  288/25

**V**

**Valley** [2]  269/5 284/17
**variety** [1]  267/8
**various** [2]  307/11 307/19
**verify** [1]  301/10
**version** [1]  291/2
**versions** [2]  302/15 303/10
**very** [14]  265/17 271/13 277/11 280/3 282/5 295/14 296/4 300/12 300/21 301/5 302/1 302/2 308/9
**vetoes** [1]  296/6
**vetted** [1]  295/14
**via** [1]  265/3
**victims** [2]  298/1 299/1
**video** [3]  265/3 306/7 306/8
**view** [1]  289/13
**viewed** [2]  284/2 285/24
**violate** [1]  289/15
**violated** [2]  280/4 289/7
**violations** [1]  289/16
**violence** [1]  298/13
**Virginia** [1]  274/3
**virtually** [1]  272/3
**virtue** [2]  267/2 279/16
**visa** [1]  296/23
**voice** [1]  265/25

**W**

**wages** [2]  280/24 282/12
**Walter** [5]  266/19 267/22 296/5 296/6 296/9
**want** [12]  283/19 288/19 288/22 292/24 300/14 302/4 302/12 302/15 302/20 302/23 304/2 306/7
**wanted** [5]  283/21 301/2 301/5 301/11 301/14
**wants** [1]  300/19
**war** [4]  267/6 291/17 291/23 292/2
**War II** [3]  267/6 291/23 292/2
**was** [110]
**Washington** [1]  306/22
**wasn't** [3]  269/6 284/13 286/2
**way** [4]  283/3 287/1 288/10 297/21
**we** [50]
**we're** [1]  266/2
**Wednesday** [1]  305/13
**week** [8]  268/2 303/6 303/11 303/16 303/17 303/21 305/12 305/13
**weeks** [4]  301/10 303/21 303/22 304/25
**welcome** [2]  293/17 300/20
**well** [14]  278/20 279/18 279/20 280/7 281/12 283/9 286/6 290/3 295/11 297/15 302/13 302/13 303/3 305/21
**well-being** [2]  280/7 281/12
**well-cited** [1]  302/13
**well-documented** [1]  302/13
**went** [2]  271/12 278/15
**were** [43]  266/10 266/13 266/19 266/21 267/1 267/22 268/6 268/13 268/21 269/7 271/20 271/21 272/10 272/23 272/23 274/6 274/17 276/9 276/10 279/6 279/13 279/15 279/18 279/19 280/8 283/24 290/10 290/14 291/3 291/17 294/23 295/4 295/6 295/12 295/13 296/1 296/1 296/2 296/8 299/9 299/12 306/16 306/19
**weren't** [1]  268/16
**West** [1]  274/3
**West Virginia** [1]  274/3
**western** [1]  271/17
**wetback** [21]  268/24 269/5 269/9 271/23 272/2 274/9 275/25

**wetbacks** [10]  267/25 268/2 268/7 272/8 275/21 277/5 282/1 282/2 285/23 286/11
**what** [22]  265/19 271/25 272/24 272/25 273/1 273/13 274/9 278/6 278/8 278/24 287/20 295/2 295/10 297/11 297/13 298/6 301/7 301/9 302/16 305/3 306/19 308/4
**whatever** [1]  302/22
**when** [14]  268/10 273/1 276/10 278/11 280/4 286/17 286/22 293/10 296/1 303/1 303/19 303/23 306/5 307/5
**when I** [1]  268/10
**whenever** [1]  265/23
**where** [3]  266/11 272/2 307/19
**whether** [2]  282/8 306/5
**which** [22]  267/13 268/22 271/13 271/15 273/6 274/19 276/2 277/20 278/9 279/6 279/24 280/21 283/3 284/1 289/2 291/20 291/25 291/25 292/3 293/17 298/4
**white** [3]  268/23 306/23 307/1
**who** [27]  267/1 267/22 268/19 268/25 269/6 269/12 271/16 272/10 272/23 273/3 274/17 275/21 276/4 279/19 280/4 280/7 283/6 284/2 285/17 285/24 285/25 286/19 287/10 289/17 289/20 295/4 296/23
**whole** [1]  270/18
**why** [3]  275/14 276/9 280/9
**wife** [1]  307/1
**will** [18]  270/19 270/23 271/6 280/21 293/2 293/3 293/18 297/20 300/17 301/10 302/25 303/2 303/9 304/4 304/22 306/5 307/10 308/7
**willingness** [1]  297/25
**winded** [1]  291/2
**wish** [2]  265/23 302/16
**withdrawn** [1]  296/13
**within** [2]  289/25 297/22
**without** [2]  272/10 292/14 292/15 309/6
**witness** [1]  287/17
**witnesses** [2]  264/3 298/2
**won't** [1]  291/10
**words** [1]  272/22
**work** [4]  281/3 284/17 292/24 306/4
**worker** [1]  294/19
**workers** [11]  270/2 280/21 280/23 282/12 285/20 287/22 288/1 296/20 297/10 297/18 297/19
**workforce** [1]  298/20
**working** [4]  271/1 280/24 281/8 293/18
**workplace** [2]  297/22 298/25
**works** [3]  304/17 305/19 305/21
**World** [3]  267/6 291/23 292/2
**worried** [1]  288/16
**worry** [1]  307/22
**would** [53]
**wouldn't** [3]  267/8 287/20 289/11
**wrapping** [1]  288/21
**writing** [1]  308/3
**written** [2]  292/21 302/13

**X**

**XIAP** [4]  262/7 265/14 293/24 301/21

**Y**

**yeah** [5]  265/16 278/13 278/19 278/20 288/5
**year** [3]  271/20 274/12 277/19
**years** [2]  298/22 299/2
**yes** [34]  265/6 265/8 265/13 267/4 267/21 270/21 271/11 271/25 274/2 275/3 275/7 277/16 278/16 278/24 279/8 281/11 281/13 283/17 285/15 285/19 288/15 291/2 293/23 294/5 294/7 294/12 294/14 296/4 299/25 300/7 305/21 306/13 307/24 307/25
**yesterday** [16]  266/6 266/18 268/6 268/11 272/9 273/24 278/16 279/12 279/25 280/3 281/15 284/13 286/15 290/8 292/5 301/9
**yet** [1]  302/3
**you** [156]
**you're** [4]  285/1 286/17 286/21 300/20
**you've** [2]  285/9 286/21

**Y**
**your [53]**
**Your Honor [16]**  265/8 265/10 265/24 270/17 270/21 274/20
293/9 294/12 301/9 301/22 304/2 304/12 305/9 306/13 306/14
306/15
**Your Honor's [1]**  301/6
**yourself [1]**  284/15