UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR19-00189 JAK | Date | December 27, 2021 |
|---|---|---|---|

| Present: The Honorable | John A. Kronstadt, United States District Judge |
|---|---|
| Interpreter | N/A |

| T. Jackson | Not Reported | Not Present: David R. Friedman |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Fredy Stanley Cruz Ramos | No | | X | David L. Menninger | No | | |

**Proceedings:** **(IN CHAMBERS) ORDER RE DEFENDANT FREDY STANLEY CRUZ RAMOS'S MOTION TO DISMISS INDICTMENT UNDER EQUAL PROTECTION CLAUSE (DKT. 75)**

On September 4, 2018, Fredy Stanley Cruz Ramos ("Cruz-Ramos" or "Defendant") was charged through a criminal complaint with violating 8 U.S.C. §§ 1326(a), (b)(1), "Illegal Alien Found in the United States Following Deportation." Dkt. 1. On March 26, 2019, a grand jury in this District returned an indictment stating this charge against Defendant. Dkt. 5.

On August 30, 2021, Defendant filed a "Motion to Dismiss Indictment Under Equal Protection Clause (the "Motion"). Dkt. 75. On September 13, 2021, the Government filed an opposition to the Motion (the "Opposition"). Dkt. 76. On September 20, 2021, Defendant filed a reply (the "Reply"). Dkt. 77.

A hearing on the Motion was held on October 7, 2021, and it was taken under submission. Dkt. 80.

The Motion raises arguments that are substantively the same as those raised in the "Motion to Dismiss the Indictment Under the Equal Protection Clause" that was filed on November 18, 2021, in *United States v. Chacon*, No. CR 20-00321-JAK (C.D. Cal. July 28, 2020) (the "*Chacon* Motion"). The *Chacon* Motion was denied in an order issued on December 27, 2021 (the "*Chacon* Order"). The legal analysis in the *Chacon* Order is adopted by this reference. For the reasons stated in that Order, the Motion is **DENIED.**

**IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| Initials of Preparer | ha | |